IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)    C.A. No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that plaintiff Boehringer Ingelheim International GmbH indirectly owns all of the stock of plaintiff Boehringer Ingelheim Pharmaceutical, Inc. and that no publicly traded corporation owns more than 10% of the stock of Boehringer Ingelheim International GmbH.

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Jack B. Blumenfeld_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
 Attorneys for Plaintiffs
 Boehringer Ingelheim International GmbH
 and Boehringer Ingelheim Pharmaceutical,
 Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700


September 26, 2005