# United States District Court

**DISTRICT OF DELAWARE**

Boehringer Ingelheim International GmbH,
and Boehringer Ingelheim Pharmaceutical, Inc.

    Plaintiffs,

v.

Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-700

TO: Barr Laboratories, Inc.
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*Evette Walker* (signature)
BY DEPUTY CLERK

DATE: SEP 2 6 2005

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE  September 27, 2005 |
| NAME OF SERVER (PRINT)  Shawn Boylan | TITLE  Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Service of the Summons and Complaint was made upon defendant Barr Laboratories, Inc. by delivering copies thereof to defendant's registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/05
       Date            Signature of Server
                       Blue Marble Logistics
                       800 King Street, Wilmington, DE 19801

                       *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure