# United States District Court

_____ DISTRICT OF **DELAWARE** _____

Boehringer Ingelheim International GmbH,
and Boehringer Ingelheim Pharmaceutical, Inc.

                                              **SUMMONS IN A CIVIL ACTION**

      Plaintiffs,

v.

Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

                                       CASE NUMBER:  05-700

      Defendants.

TO:    Barr Pharmaceuticals, Inc.
         c/o Corporation Service Company
         2711 Centerville Road
         Suite 400
         Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

      Jack B. Blumenfeld
      Morris, Nichols, Arsht & Tunnell
      1201 N. Market Street, P.O. Box 1347
      Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      SEP 2 6 2005

_____      _____
CLERK                                                                           DATE

*Evelle Watson* (signature)
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE September 27, 2005 |
| NAME OF SERVER (PRINT) Sharon Fraylon | TITLE Courier |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Barr Pharmaceuticals, Inc. by delivering copies thereof to defendant's registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/27/05
Date

Signature of Server
Blue Marble Logistics
800 King Street, Wilmington, DE 19801

Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure