IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>      Plaintiffs,<br><br>  v.<br><br>BARR LABORATORIES, INC.,<br><br>      Defendant. | Civil Action No. 05-0700 (KAJ) |

### BARR LABORATORIES, INC.'S MOTION TO STRIKE PLAINTIFFS' ALLEGATIONS CONCERNING WILLFUL INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 12(f), defendant Barr Laboratories, Inc. ("Barr Labs") respectfully moves this Court to strike the allegations concerning willful infringement raised by Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. in paragraphs 19 and 24, and the paragraph lettered "B" of the Amended Complaint (D.I. 7). The grounds for this Motion are fully set forth in the accompanying brief. A form of Order granting Barr Labs' motion is attached hereto as Exhibit A.

Respectfully submitted,

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com
*Attorneys for Defendant Barr
Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

Dated: October 28, 2005

## RULE 7.1.1 CERTIFICATE

The undersigned certifies that counsel for movants have made reasonable effort to reach agreement with the opposing attorneys on the matters set forth in this Motion.

_____
Adam W. Poff (#3990)

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on October 28, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on October 28, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Steven C. Cherny, Esquire
> Latham & Watkins LLP
> 885 Third Avenue, suite 1000
> New York, NY 10022-4834
>
> Kenneth G. Schuler, Esquire
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Barr Laboratories, Inc.