IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>      Plaintiffs,<br><br>  v.<br><br>BARR LABORATORIES, INC.,<br><br>      Defendant. | Civil Action No. 05-0700 (KAJ) |

## ORDER

Upon consideration of Defendant Barr Laboratories, Inc.'s Motion to Strike, IT IS HEREBY ORDERED on this ___ day of _____ that

 (i) Defendant's Motion to Strike is GRANTED; and

 (ii) Plaintiffs' allegations concerning willful infringement in paragraphs 19 and 24, and paragraph lettered "B" of the Amended Complaint are hereby STRICKEN.

                _____
                The Honorable Kent A. Jordan
                United States District Judge