IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 05-700 (KAJ)<br>) |
| BARR LABORATORIES, INC., | )<br>)<br>) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Glenn J. Pfadenhauer, Jessamyn S. Berniker, Dov P. Grossman and Brett R. Tobin of Williams & Connolly, LLP, 725 12th St. NW, Washington, D.C. 20005, to represent defendant Barr Laboratories, Inc. in this matter.

DATED: November 15, 2005

Adam W. Poff (#3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
apoff@ycst.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is GRANTED.

DATED: November___, 2005            United States District Court Judge

DB01:1448124.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on November 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on November 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Steven C. Cherny, Esquire
>Latham & Watkins LLP
>885 Third Avenue, suite 1000
>New York, NY 10022-4834

>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>Chicago, IL 60606

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>
>Attorneys for Barr Laboratories, Inc.