# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Massachusetts and the District of Columbia, the bar of the United States District Court for the District of Maryland, and the United States Court of Appeals for the Federal Circuit and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*[signature]*
Jessamyn S. Berniker
Williams & Connolly LLP
725 12th St. NW
Washington, DC 20005

DATED: November 10, 2005

DB01:1197131.1