**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Maryland, the United States District Court for the District of Maryland, the United States Court of Federal Claims, and the United States Court of Appeals for the Federal Circuit, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Dov P. Gossman
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

DATED: November 10, 2005

231371