# CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Brett R. Tobin*
Brett R. Tobin
Williams & Connolly, LLP
725 Twelfth St. NW
Washington, D.C. 20005

DATED: November 2, 2005

DB01:1197131.1