IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. <br><br>          Plaintiffs, <br><br>     v. <br><br> BARR LABORATORIES, INC. <br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-700-(KAJ) |

**REPLY OF PLAINTIFFS BOEHRINGER INGELHEIM GMBH AND
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
TO COUNTERCLAIMS OF DEFENDANT BARR LABORATORIES, INC.**

Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Plaintiffs" or "Boehringer") hereby reply to the Counterclaims of Defendant Barr Laboratories, Inc. ("Defendant" or "Barr") as follows:

33. On information and belief, Plaintiffs admit that Barr is a Delaware corporation, having a principal place of business at 2 Quaker Road, Pomona, New York 10970. Plaintiffs are without knowledge and information sufficient to admit or deny the remaining allegations in paragraph 33 of Barr's Counterclaims.

34. Admitted.

35. Admitted.

36. Denied.

37. Admitted that Barr purports to assert counterclaims for declaratory judgment, but denied that Barr is entitled to any relief with respect to its counterclaims.

38. Admitted.

39. Admitted that this Court has personal jurisdiction over Plaintiffs/Counterclaim defendants in this matter; otherwise denied.

40. Admitted that this Court has personal jurisdiction over Plaintiffs/Counterclaim defendants in this matter; otherwise denied.

41. Admitted.

42. Admitted that a justiciable controversy exists between the parties with respect to the '812 patent; otherwise denied.

43. Admitted that a justiciable controversy exists between the parties with respect to the '086 patent; otherwise denied.

## First Counterclaim

44. Plaintiffs incorporate by reference each of their Answers to paragraphs 33 through 42 of Barr's Counterclaims as if fully set forth herein.

45. Denied.

## Second Counterclaim

46. Plaintiffs incorporate by reference each of their Answers to paragraphs 33 through 41 and paragraph 43 of Barr's Counterclaims as if fully set forth herein.

47. Denied.

## Third Counterclaim

48. Plaintiffs incorporate by reference each of their Answers to paragraphs 33 through 42 of Barr's Counterclaims as if fully set forth herein.

49. Denied.

**Fourth Counterclaim**

50. Plaintiffs incorporate by reference each of their Answers to paragraphs 33 through 41 and paragraph 43 of Barr's Counterclaims as if fully set forth herein.

51. Denied.

Plaintiffs deny that Barr is entitled to any relief requested in its prayer for relief or any other relief. All allegations contained in the Counterclaims not explicitly admitted herein are denied.

**PRAYER FOR RELIEF**

A. A judgment that Barr takes nothing by way of its Counterclaims;

B. A judgment that Barr has infringed the '812 and '086 patents;

C. A judgment that the '812 and '086 patents are valid;

D. An order issued pursuant to 35 U.S.C. § 271(e)(4)(a) that the effective date of any approval of Barr's ANDA No. 77-724 and any amendment thereto under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) be a date which is not earlier than the expiration dates of the '812 and '086 patents;

E. A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Barr and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from infringement of the '812 and '086 patents for the full term thereof;

F. A declaration that this is an exceptional case and an award of attorneys' fees pursuant to 35 U.S.C. § 285;

G. Costs and expenses in this action; and

H. Such other and further relief as the Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika (#3208)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com
  Attorneys for Plaintiffs
  Boehringer Ingelheim International GmbH and
  Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

November 17, 2005

CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on November 17, 2005, I caused to be electronically filed **Reply of Plaintiffs Boehringer Ingelheim GmBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Counterclaims of Defendant Barr Laboratories, Inc.** with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor

and that I caused copies to be served upon the following in the manner indicated:

> **BY HAND**
>
> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE  19899
>
> **BY FEDERAL EXPRESS**
>
> Glenn J. Pfadenhauer
> Williams & Connolly LLP
> 725 Twelfth Street, NW
> Washington, DC  20005

>> /s/   Maryellen Noreika (#3208)
>> Morris, Nichols, Arsht & Tunnell
>> 1201 N. Market Street
>> P.O. Box 1347
>> Wilmington, DE  19899
>> (302) 658-9200
>> mnoreika@mnat.com