IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 05-0700 (KAJ) |

## STIPULATION AND ORDER

The parties hereby STIPULATE and AGREE as follows:

WHEREAS, in the Amended Complaint, including paragraph G of the prayer for relief, Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical Inc. (collectively "Boehringer") do not seek any type or amount of damages for Barr Laboratories Inc.'s ("Barr Labs") alleged infringement of U.S. Patent No. 4,843,086 ("the '086 patent") and U.S. Patent No. 4,886,812 ("the '812 patent");

WHEREAS, in the Reply to Barr Labs' Counterclaims, including paragraph H of the prayer for relief, Boehringer does not seek any type or amount of damages for Barr Labs' alleged infringement of the '086 and '812 patents;

WHEREAS, Boehringer would be required to further amend the Amended Complaint, amend the Reply to Barr Labs' Counterclaims, or file a new action as a prerequisite to any claim for damages for Barr Labs' alleged infringement of the '086 and '812 patents; and

WHEREAS, nothing in the Amended Complaint, the Answer and Counterclaims, or the Reply to Barr Labs' Counterclaims presently gives rise to a right to a jury trial;

THEREFORE, Barr Labs hereby withdraws the jury demand plead in the Answer and Counterclaims.

Based on the foregoing, it is ORDERED that:

1. Barr Labs' jury demand is no longer part of the Answer and Counterclaims in this case;

2. Barr Labs' withdrawal of its jury demand does not enlarge or diminish the rights of any party to assert a jury demand should, at some future time, (a) any new issue or claim to which a jury trial right attaches under the Seventh Amendment enter into this litigation, or (b) any party become entitled, as a result of a Federal Circuit or U.S. Supreme Court decision after the date of this Stipulation and Order, to a jury trial under the Seventh Amendment as to an issue or claim currently in this litigation; and

3. Nothing in this stipulation and order shall enlarge or diminish the rights of any party to seek leave to later amend their respective pleadings.

| MORRIS, NICHOLS, ARSHT & TUNNEL | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| _____/s/ Jack B. Blumenfeld_____<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1337<br>(302) 658-9200<br><br>OF COUNSEL:<br>Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>(212) 906-1200<br><br>Kenneth G. Schuler<br>Amanda J. Hollis<br>Joel Neckers<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Attorneys for Plaintiffs | /s/ Karin E. Keller<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>Karin E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br><br>OF COUNSEL:<br>Glenn J. Pfadenhauer<br>Jessamyn S. Berniker<br>Dov P. Grossman<br>Brett R. Tobin<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434-5000<br><br>Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2005,


_____
Hon. Kent A. Jordan
United States District Judge

DB02:5129066.1                                                                                                                    063987.1002