IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM )
INTERNATIONAL GMBH and )
BOEHRINGER INGELHEIM )
PHARMACEUTICAL, INC., )
)
        Plaintiffs, )
)
v. )   Civil Action No. 05-700-KAJ
)
BARR LABORATORIES, INC., )
)
        Defendant. )

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington, this 20th day of December, 2005

IT IS ORDERED that:

1.    A telephonic scheduling conference to be initiated by plaintiffs' counsel

shall be held on **January 10, 2006 at 2:00 p.m.** *See* D. Del. LR 16.2.

2.    Prior to the telephone conference scheduled herein, counsel shall confer

pursuant to Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the

undersigned not later than three (3) business days prior to the conference with the

Court. The discovery plan shall conform to the form of scheduling order previously

issued. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) need not be made prior to

the teleconference with the Court.

3.    At the teleconference with the Court, all parties shall be represented by

counsel who shall have full authority to bind their clients in all pretrial matters.

4.    If any party enters an appearance after the date of this order and before the teleconference set by this order, counsel for plaintiff shall notify said party of the teleconference and forward to that party a copy of these materials.

5.    The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled teleconference may be canceled.

UNITED STATES DISTRICT JUDGE