IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-700-KAJ ) ) ) ) ) |

### ORDER

At Wilmington this **9th** day of **January, 2006**,

IT IS ORDERED that the Rule 16 scheduling conference presently set for **January 10, 2006 at 2:00 p.m.** is hereby rescheduled to **January 26, 2006 at 2:30 p.m.** Plaintiffs' counsel shall initiate the teleconference.

_____
UNITED STATES DISTRICT JUDGE