IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-700-KAJ |

## NOTICE OF SERVICE

I, Maryellen Noreika, hereby certify that copies of Plaintiff's First Set of Interrogatories to Barr and Plaintiff's First Set of Requests for the Production of Documents and Things to Barr were caused to be served on January 10, 2006, upon the following in the manner indicated

### BY HAND

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

### BY FEDERAL EXPRESS

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

           MORRIS, NICHOLS, ARSHT & TUNNELL

           */s/ Maryellen Noreika (#3208)*

           ―――――――――――――――――――
           Jack B. Blumenfeld (#1014)
           Maryellen Noreika (#3208)
           1201 North Market Street
           P. O. Box 1347
           Wilmington, DE  19899-1347
           (302) 658-9200
           mnoreika@mnat.com
            Attorneys for Plaintiffs
            Boehringer Ingelheim International GmbH and
            Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

January 10, 2006