IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. ) ) ) ) Plaintiffs, ) ) v. ) ) BARR LABORATORIES, INC., ) ) Defendant. ) ) | Civil Action No. 05-0700 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 10, 2006, copies of (1) Defendant Barr Laboratories, Inc.'s First Set of Requests for the Production of Documents and Things to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc. and (2) Defendant Barr Laboratories, Inc.'s First Set of Interrogatories Directed to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc. (Nos. 1-9) were served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

### BY FEDERAL EXPRESS

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Additionally, on January 11, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

|  |  |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ |
| Glenn J. Pfadenhauer | Josy W. Ingersoll (#1088) |
| Jessamyn S. Berniker | John W. Shaw (#3362) |
| Dov P. Grossman | Adam W. Poff (#3990) |
| Brett R. Tobin | Karen E. Keller (#4489) |
| WILLIAMS & CONNOLLY LLP | The Brandywine Building |
| 725 Twelfth Street, NW | 1000 West Street, 17th Floor |
| Washington, DC 20005 | P.O. Box 391 |
| (202) 434-5000 | Wilmington, Delaware 19899-0391 |
|  | (302) 571-6600 |
| Dated: January 11, 2006 | Attorneys for Defendant |

2

DB02:5147395.1

063987.1002