# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

January 17, 2006

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

> Re: Boehringer Ingelheim v. Barr; C.A. No. 05-700 (KAJ)
> Boehringer Ingelheim v. Mylan; C.A. No. 05-854 (KAJ)

Dear Judge Jordan:

Attached is a proposed Scheduling Order for discussion during the January 26, 2006 telephone conference. Subject to the Court's approval, the parties have agreed on all of the provisions, except for three issues noted in the preamble, and paragraphs 3.a and 18.

Respectfully,

/s/ Jack B. Blumenfeld (#1014)

Jack B. Blumenfeld

JBB/bls

cc: Peter T. Dalleo, Clerk (By Hand)
Josy W. Ingersoll, Esquire (By Hand)
Mary B. Matterer, Esquire (By Hand)
Glenn J. Pfadenhauer, Esquire (By Fax)
David J. Harth, Esquire (By Fax)
Steven C. Cherny, Esquire (By Fax)
Kenneth G. Schuler, Esquire (By Fax)