# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

January 30, 2006

<u>BY ELECTRONIC FILING</u>

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

      Re:   <u>Boehringer Ingelheim v. Barr; C.A. No. 05-700 (KAJ)</u>
              <u>Boehringer Ingelheim v. Mylan; C.A. No. 05-854 (KAJ)</u>

Dear Judge Jordan:

      Attached is a Scheduling Order including the dates set last Friday, which has been agreed upon by all parties. If the Order is acceptable to the Court, we request that it be entered.

                                Respectfully,

                                */s/ Jack B. Blumenfeld*
                                Jack B. Blumenfeld

JBB/bav
Attachment

cc:    Peter T. Dalleo, Clerk (By Hand w/Attachment)
        Josy W. Ingersoll, Esquire (By Hand w/Attachment)
        Mary B. Matterer, Esquire (By Hand w/Attachment)
        Glenn J. Pfadenhauer, Esquire (By Fax w/Attachment)
        David J. Harth, Esquire (By Fax w/Attachment)
        Shannon Bloodworth, Esquire (By Fax w/Attachment)
        Steven C. Cherny, Esquire (By Fax w/Attachment)
        Kenneth G. Schuler, Esquire (By Fax w/Attachment)