IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>BARR LABORATORIES, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-700-(KAJ)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF NON-PARTY SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, defendant Barr Laboratories, Inc. is serving subpoenas duces tecum in the form annexed hereto upon:

    Eli Lilly and Company
    c/o Robert A. Armitage
    Lilly Corporate Center
    Indianapolis, IN 46285

    Eli Lilly International Corp.
    c/o Robert A. Armitage
    Lilly Corporate Center
    Indianapolis, IN 46285

    Eli Lilly Asia, Inc.
    c/o National Registered Agents, Inc.
    160 Greentree Drive, Suite 101
    Dover, DE 19904

    E L Management, LLC
    c/o National Registered Agents, Inc.
    160 Greentree Drive, Suite 101
    Dover, DE 19904

/s/

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Defendant Barr
Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

Dated: January 27, 2006

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on January 27, 2006, copies of the foregoing Notice of Non-Party Subpoena Duces Tecum was served upon the following in the manner indicated:

### BY FEDERAL EXPRESS

Jack B. Blumenfeld
Maryellen Norieka
MORRIS, NICHOLS, ARSHT
& TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

Mary B. Matterer
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue 10th Floor
Wilmington, DE 19801

David J. Harth
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703

_____
Adam W. Poff