IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-854 (KAJ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Amanda J. Hollis, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, IL 60606 to represent plaintiffs in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiffs
  Boehringer Ingelheim International GmbH and
  Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  January 31, 2006

## **ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                                    _____
                                                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*Amanda Hollis*
Amanda J. Hollis
Latham & Watkins LLP
Sears Tower
Suite 5800
Chicago, IL  60606
(312) 876-7700

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 31, 2006, I caused to be electronically filed a true and correct copy of Motion and Order for Admission *Pro Hac* Vice with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Matterer
> Morris, James, Hitchens & Williams
>
> Adam Wyatt Poff
> Young, Conaway, Stargatt & Taylor

and that I caused copies to be served upon the following in the manner indicated:

> BY HAND
>
> Mary B. Matterer
> Morris, James, Hitchens & Williams
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
>
> Adam Wyatt Poff
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
>
>
> BY FEDERAL EXPRESS
>
> David J. Harth
> David L. Anstaett
> Melody K. Glazer
> Heller Ehrman LLP
> One East Main Street, Suite 201
> Madison, Wisconsin 53703
>
> Shannon M. Bloodworth
> Heller Ehrman LLP
> 1717 Rhode Island Ave., NW
> Washington, DC 20036

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

*/s/ Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilimgton, DE 19899
(302) 658-9200
jblumenfeld @mnat.com