IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-700-KAJ ) ) ) ) ) |

### ORDER

At Wilmington this **31st** day of **January, 2006**,

For the reasons set forth by the Court during the teleconference on January 27, 2006,

IT IS ORDERED that defendant's motion to strike plaintiffs' allegations concerning willful infringement (D.I. 9) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE