IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 05-700-KAJ <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No. 05-854-KAJ |

### ORDER OF CONSOLIDATION

At Wilmington this **31st** day of **January, 2006**,

IT IS ORDERED that, without prejudice to any parties' right to move for a separate trial, C.A. No. 05-700-KAJ and C.A. No. 05-854-KAJ are consolidated.

Hereafter all papers will be filed under C.A. No. 05-700-KAJ.

UNITED STATES DISTRICT JUDGE