## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. <br><br> BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 05-0700 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 10, 2006, copies of (1) Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH And Boehringer Ingelheim Pharmaceutical, Inc.'s First Request For Production of Documents were served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

063987.1002

DB02:5147395.1

**BY FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Additionally, on February 10, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ |
| OF COUNSEL: | Josy W. Ingersoll (#1088) |
|  | John W. Shaw (#3362) |
| Glenn J. Pfadenhauer | Adam W. Poff (#3990) |
| Jessamyn S. Berniker | Karen E. Keller (#4489) |
| Dov P. Grossman | The Brandywine Building |
| Brett R. Tobin | 1000 West Street, 17th Floor |
| **WILLIAMS & CONNOLLY LLP** | P.O. Box 391 |
| 725 Twelfth Street, NW | Wilmington, Delaware 19899-0391 |
| Washington, DC 20005 | (302) 571-6600 |
| (202) 434-5000 |  |
|  |  |
| Dated: February 10, 2006 | Attorneys for Defendant |

2