## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> BARR LABORATORIES, INC. and MYLAN PHARMACEUTICALS INC., <br><br> Defendants and Counterclaim Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 05-700 (KAJ) <br> CONSOLIDATED |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 14th day of February, 2006, copies of the following documents, **DEFENDANT MYLAN PHARMACEUTICALS INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**, were served on counsel indicated via email:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Glenn J. Pfadenhauer, Esq.
Jessamyn S. Berniker, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Dated: February 14, 2006

By    */s/ Mary B. Matterer*
     Mary B. Matterer (#2696)
     **MORRIS JAMES HITCHENS**
     **& WILLIAMS LLP**
     222 Delaware Avenue, 10th Floor
     Wilmington, DE 19801
     (302) 888-6960
     mmatterer@morrisjames.com

     *Attorney for Defendant and Counterclaim Plaintiff*
     *Mylan Pharmaceuticals Inc.*

OF COUNSEL:
David J. Harth
David L. Anstaett
Melody K. Glazer
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC 20036
(202) 912-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 14th day of February, 2006, the foregoing document was served via email on the following non-registered participants:

Steven C. Cherny, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
212.906.1200

Kenneth G. Schuler, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
312.876.7700

Glenn J. Pfadenhauer, Esq.
Jessamyn S. Berniker, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202.434.5000

_____ */s/ Mary B. Matterer* _____
Mary B. Matterer (#2696)
**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
*Attorneys for Defendant and Counterclaim Plaintiff*
*Mylan Pharmaceuticals Inc.*