IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Jack Blumenfeld, hereby certify that copies of *Plaintiff's Initial Disclosures* were caused to be served on February 14, 2006, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
    Attorneys for Plaintiffs
    Boehringer Ingelheim International GmbH and
    Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

February 14, 2006

2

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on February 14, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>
>Josy W. Ingersoll
>Young Conaway Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Mary B. Matterer<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer<br>Dov P. Grossman<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5901 | David J. Harth<br>David L. Anstaett<br>Melody K. Glazer<br>Heller Ehrman LLP<br>One East Main Street, Suite 201<br>Madison, Wisconsin 53703 |
| Shannon M. Bloodworth<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., NW<br>Washington, DC 20036 | |

>/s/ *Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com