## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br> Plaintiffs, <br> v. <br> BARR LABORATORIES, INC. <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-700 (KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br> Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-854 (KAJ) |

## DECLARATION AND AGREEMENT TO BE BOUND

I, _____ declare and state under penalty of perjury that:

1. My present residential address is _____.

2. My present employer is and the address of my present employer is _____

_____.

3. My present occupation or job description is _____

_____.

4. I have received and carefully read the Stipulated Protective Order dated

_____ and understand its provisions. Specifically, I understand that I am

obligated, under order of the Court, to hold in confidence and not to disclose the contents

of anything marked CONFIDENTIAL or HIGHLY CONFIDENTIAL to anyone other than the persons permitted by paragraphs 4-5 of the Stipulated Protective Order. I further understand that I am not to disclose to anyone other than the persons permitted by paragraphs 4-5 of the Stipulated Protective Order any words, substances, summaries, abstracts or indices of any CONFIDENTIAL or HIGHLY CONFIDENTIAL information disclosed to me. I will use the CONFIDENTIAL or HIGHLY CONFIDENTIAL information solely for purposes relating to the above-captioned litigation. I will never use any CONFIDENTIAL or HIGHLY CONFIDENTIAL information, directly or indirectly, in competition with the disclosing party, nor will I knowingly permit others to do so. In addition to the foregoing, I understand that I must abide by all of the provisions of the Stipulated Protective Order.

     5.    At the termination of this action or at any time requested by counsel, I will return to counsel for the party by whom I am employed or by whom I have been retained, all documents and other materials, including notes, computer data, summaries, abstracts, or any other materials containing or reflecting CONFIDENTIAL or HIGHLY CONFIDENTIAL information which have come into my possession, and will return all documents or things I have prepared relating to or reflecting such information.

     6.    I understand that if I violate the provisions of the Stipulated Protective Order, I will be in violation of a Court order and subject to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages by the disclosing party. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on_____                _____
                                                                                                                Signature