IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |
| | | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Jack Blumenfeld, hereby certify that copies of PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT BARR LABORATORIES, INC.'S FIRST SET OF INTERROGATORIES were caused to be served on March 2, 2006, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer  
Dov P. Grossman  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5901  

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Ave., NW  
Washington, DC 20036  

David J. Harth  
David L. Anstaett  
Melody K. Glazer  
Heller Ehrman LLP  
One East Main Street, Suite 201  
Madison, Wisconsin 53703  

MORRIS, NICHOLS, ARSHT & TUNNELL LLP  

*/s/ Jack Blumenfeld*  
Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200  
jblumenfeld@mnat.com  
   Attorneys for Plaintiffs  
   Boehringer Ingelheim International GmbH and  
   Boehringer Ingelheim Pharmaceuticals, Inc.  

Of Counsel:

Steven C. Cherny  
LATHAM & WATKINS LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022-4834  
(212) 906-1200  

Kenneth G. Schuler  
Amanda J. Hollis  
Joel Neckers  
LATHAM & WATKINS LLP  
Sears Tower, Suite 5800  
Chicago, IL 60606  
(312) 876-7700  

March 2, 2006

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on March 2, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> Morris, James, Hitchens & Williams
>
> Josy W. Ingersoll
> Young Conaway Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Mary B. Matterer | Josy W. Ingersoll |
| Morris, James, Hitchens & Williams | Young, Conaway, Stargatt & Taylor |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

> */s/ Jack B. Blumenfeld*
> Jack B. Blumenfeld (#1014)
> jblumenfeld@mnat.com