IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |
| | | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Jack Blumenfeld, hereby certify that copies of PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT MYLAN PHARMACEUTICALS, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS were caused to be served on March 3, 2006, upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Mary B. Matterer | Josy W. Ingersoll |
| Morris, James, Hitchens & Williams | Young, Conaway, Stargatt & Taylor |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
    Attorneys for Plaintiffs
    Boehringer Ingelheim International GmbH and
    Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

March 3, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 2, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>
>Josy W. Ingersoll
>Young Conaway Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

| | |
|---|---|
| Mary B. Matterer | Josy W. Ingersoll |
| Morris, James, Hitchens & Williams | Young, Conaway, Stargatt & Taylor |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

### BY FEDERAL EXPRESS

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com