IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700(KAJ) <br><br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 05-854 (KAJ) |

## NOTICE OF SERVICE

I, Jack Blumenfeld, hereby certify that copies of *Plaintiffs Boehringer Ingelheim International GmbH And Boehringer Ingelheim Pharmaceutical, Inc.'s Response To Defendant Mylan Pharmaceuticals, Inc.'s First Set Of Interrogatories* were caused to be served on March 10, 2006, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer  
Dov P. Grossman  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5901  

David J. Harth  
David L. Anstaett  
Melody K. Glazer  
Heller Ehrman LLP  
One East Main Street, Suite 201  
Madison, Wisconsin 53703  

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Avenue, N.W.  
Washington, D.C. 20036  

MORRIS, NICHOLS, ARSHT & TUNNELL LLP  

*/s/ Jack Blumenfeld*  
Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200  
jblumenfeld@mnat.com  
*Attorney for Plaintiffs*  
*Boehringer Ingelheim International GmbH and*  
*Boehringer Ingelheim Pharmaceuticals, Inc.*  

OF COUNSEL:  

Steven C. Cherny  
LATHAM & WATKINS LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022-4834  
(212) 906-1200  

Kenneth G. Schuler  
Amanda J. Hollis  
Joel Neckers  
LATHAM & WATKINS LLP  
Sears Towers, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
(312) 876-7700  

March 10, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfield, hereby certify that on March 10, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court CM/ECF, which will send notification of such filings(s) to the following:

> Mary B. Matterer
> Morris, James, Hitchens & Williams
>
> Josy W. Ingersoll
> Young, Conway, Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

### BY FEDERAL EXPRESS

Glenn J. Pfadenhauer
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, DC 20036

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)