# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 10, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

        Re:    Boehringer Ingelheim v. Barr and Mylan; C.A. No. 05-700 (KAJ)

Dear Judge Jordan:

        I am writing pursuant to D.Del. LR 7.1.2(c) to bring to the Court's attention Chief Judge Robinson's March 31, 2006 Memorandum Order in Item Development AB v. Sicor, Inc., C.A. No. 05-336-SLR (Exh. A), which is relevant to Mylan's pending motion for reconsideration (D.I. 39). In Item Development, Judge Robinson dismissed plaintiffs' claim of willful infringement based upon the submission of an ANDA, but declined to dismiss the allegations of exceptional case and the request for attorneys' fees. She also noted that "Plaintiffs shall have the opportunity to establish facts which support a claim for exceptional case . . ." (Mem. Order at 6).

        We understand that, based on the recent decisions of this Court, plaintiffs' willful infringement allegations are likely to be dismissed. We believe, however, in accordance with the Item Development decision, that plaintiffs should be permitted to take discovery to establish facts supporting their exceptional case allegations.

        Respectfully,

        /s/ Jack B. Blumenfeld (#1014)

        Jack B. Blumenfeld

JBB/bls
cc:    Peter T. Dalleo, Clerk (By Hand)
       Mary B. Matterer, Esquire (By Hand)
       Josy W. Ingersoll, Esquire (By Hand)
       Glenn J. Pfadenhauer, Esquire (By Fax)
       David J. Harth, Esquire (By Fax)
       Shannon M. Bloodworth, Esquire (By Fax)
       Steven C. Cherny, Esquire (By Fax)
       Kenneth G. Schuler, Esquire (By Fax)