IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-700 (KAJ)<br>)<br>)   CONSOLIDATED<br>)<br>)<br>) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | )<br>)<br>)<br>)   C.A. No. 05-854 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

    The undersigned hereby certifies that copies of Plaintiffs' Response to Defendant Barr Laboratories, Inc.'s Second Set of Requests for the Production of Documents and Things were caused to be served on April 17, 2006, upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| Mary B. Matterer<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com
   Attorneys for Plaintiffs
   Boehringer Ingelheim International GmbH and
   Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

April 17, 2006