# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN E. LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JULIE C. PANARO
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 18, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re: <u>Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc. and Mylan Pharmaceuticals Inc.</u>,
> No. 05-0700 (KAJ) (D. Del.) Consolidated

Dear Judge Jordan:

I write on behalf of Defendant Barr Laboratories, Inc. ("Barr") concerning Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.'s (collectively "Boehringer") April 10, 2006 letter to the Court. In its letter, Boehringer acknowledges that, based on recent decisions of this Court, Boehringer's willful infringement allegations are likely to be dismissed. Barr believes that such a course of action would be appropriate.[1] However, Barr disagrees with Boehringer's suggestion that it be permitted to take discovery now regarding its exceptional case allegations. Section 285 discovery generally takes place following an adjudication on the merits—<u>i.e.</u>, after a court has determined that there is a

---

[1] Barr and Defendant Mylan Pharmaceuticals, Inc. ("Mylan") independently submitted motions to strike Boehringer's willfulness allegations. See D.I. 9 (Barr's motion); D.I. 8 (05-854-KAJ) (Mylan's motion). The Court denied those motions without prejudice on January 31, 2006, leaving open the possibility that the defendants could re-file their motions at some future point. See D.I. 32. Mylan subsequently submitted a Motion for Reargument and/or Reconsideration, D.I. 39, which is currently pending before the Court. Should the Court grant Mylan's motion, Barr will renew without delay its motion to strike Boehringer's willfulness allegations.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
April 18, 2006
Page 2

"prevailing party" within the meaning of 35 U.S.C. § 285. See Scutellaro v. Walt Disney Co., Civ. A. No. 92-671-MMS, 1993 WL 393003 (D. Del. Sept. 24, 1993) (denying discovery relating to attorney fees before judgment on the merits) (attached hereto as Exhibit A); McNeil-PPC, Inc. v. Proctor & Gamble Co., 138 F.R.D. 136, 137-38 (D. Colo. 1991) ("any litigation of the exceptional case issue must also be deferred until after a verdict and after the prevailing party has been determined"); see also 35 U.S.C. § 285 ("court in exceptional cases may award reasonable attorney fees to the *prevailing* party") (emphasis added). It therefore would be premature to proceed with such discovery at this early stage in the litigation.

Indeed, the above-stated principles are particularly applicable here because the discovery Boehringer seeks is the production of the legal basis for Barr's ANDA filing and Barr's analysis of the patents-in-suit. See, e.g., Plaintiffs' First Set of Document Requests to Barr, Request No. 33. However, in the absence of a willful infringement claim, any such opinion of counsel does not bear on the merits of this action—rather, Boehringer's apparent purpose in seeking such material is to obtain privileged information and attorney work product concerning Barr's potential litigation strategy. Any such election of privilege by Barr is properly reserved until post-trial, as requiring otherwise "would destroy the purpose behind the work product and attorney client privileges." McNeil-PPC, 138 F.R.D. at 138 (relying on Hickman v. Taylor, 329 U.S. 495 (1947)).

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg

cc:  Clerk of the Court (by CM/ECF and hand delivery)
    Jack B. Blumenfeld, Esquire (by electronic filing/e-mail)
    Mary B. Matterer, Esquire (by electronic filing/e-mail)
    Steven C. Cherny, Esquire (by e-mail)
    Kenneth G. Schuler, Esquire (by e-mail)
    David J. Harth, Esquire (by e-mail)
    Shannon M. Bloodworth, Esquire (by e-mail)
    Glenn Pfadenhauer, Esquire (by e-mail)