# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 19, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

       Re:    <u>Boehringer Ingelheim v. Barr and Mylan; C.A. No. 05-700 (KAJ)</u>

Dear Judge Jordan:

       I am writing in response to Mylan's April 12 letter (D.I. 53) and Barr's April 18 letter (D.I. 55). Mylan argues, notwithstanding Chief Judge Robinson's *Item Development* decision, that plaintiffs should not get any discovery on the exceptional case issue. Barr simply ignores that decision, arguing that the issue should be deferred. Moreover, both Mylan and Barr ignore the Federal Circuit's holding in *Yamanouchi Pharm. Co. v. Danbury Pharmacal, Inc.*, 231 F. 3d 1339, 1344 (Fed. Cir. 2000), that the Hatch-Waxman Act imposes on paragraph IV filers a duty of care, and that baseless certifications may result in an exceptional case finding. That some of the discovery that relates to the exceptional case issue may be the same discovery that would relate to willfulness is not a basis to deny plaintiffs that discovery. There is also no good reason to defer that discovery, when plaintiffs will be taking the depositions of the people who made the decision to submit the ANDAs with paragraph IV certifications and who will know the facts concerning their compliance with the statutory duty of care. As in *Item Development,* plaintiffs should "have the opportunity to establish facts which support a claim for exceptional case . . .."

       Respectfully,

       */s/ Jack B. Blumenfeld (#1014)*

       Jack B. Blumenfeld

JBB/ncf
cc    Peter T. Dalleo, Clerk (By Hand)
      Mary B. Matterer, Esquire (By Hand)
      Josy W. Ingersoll, Esquire (By Hand)
      Glenn J. Pfadenhauer, Esquire (By Fax)
      David J. Harth, Esquire (By Fax)
      Shannon M. Bloodworth, Esquire (By Fax)
      Steven C. Cherny, Esquire (By Fax)
      Kenneth G. Schuler, Esquire (By Fax)