IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 05-0700 (KAJ) (consolidated) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of Jill M. Ondos of the Mylan Laboratories Inc. to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary B.Matterer*
　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　　　　　　　　　　　**MORRIS JAMES HITCHENS**
　　　　　　　　　　　　　　　　　　　　　　　　**& WILLIAMS LLP**
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 888-6960
　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

Dated:  May 1, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____         _____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  April 18, 2006

Signed: _____
Jill M. Ondos, Esq.
Mylan Laboratories Inc.
1500 Corporate Drive, Suite 400
Canonsburg, PA  15317
(724) 514-1800

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19899

Additionally, I hereby certify that on the 1st day of May, 2006, the foregoing document was served via email on the following non-registered participants:

> Steven C. Cherny, Esquire
> Latham & Watkins LLP
> 885 Third Avenue, Suite 1000
> New York, NY 10022-4834
>
> Kenneth G. Schuler, Esquire
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> Chicago, IL 60606

>      /s/ Mary B. Matterer
> Mary B. Matterer (#2696)
> **MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801
> (302) 888-6960
> *Attorneys for Defendant and Counterclaim Plaintiff*
> *Mylan Pharmaceuticals Inc.*