IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | C.A. No. 05-854 (KAJ) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Second Set of Interrogatories to Barr and Plaintiffs' Second Set of Interrogatories to Mylan were caused to be served on May 23, 2006 upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer  
Dov P. Grossman  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5901  

David J. Harth  
David L. Anstaett  
Melody K. Glazer  
Heller Ehrman LLP  
One East Main Street, Suite 201  
Madison, Wisconsin 53703  

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Ave., NW  
Washington, DC 20036  

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
jblumenfeld@mnat.com  
    *Attorneys for Plaintiffs*  
    *Boehringer Ingelheim International GmbH and*  
    *Boehringer Ingelheim Pharmaceuticals, Inc.*

OF COUNSEL:

Steven C. Cherny  
LATHAM & WATKINS LLP  
885 Third Avenue, Suite 1000  
New York, NY  10022-4834  
(212) 906-1200  

Kenneth G. Schuler  
Amanda J. Hollis  
Joel Neckers  
LATHAM & WATKINS LLP  
Sears Tower, Suite 5800  
Chicago, IL  60606  
(312) 876-7700  

May 23, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that copies of the foregoing were caused to be served this 23rd day of May, 2006, upon the following in the manner indicated

**BY HAND**

| | |
|---|---|
| Mary B. Matterer | Josy W. Ingersoll |
| Morris, James, Hitchens & Williams | Young, Conaway, Stargatt & Taylor |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Ave., NW  
Washington, DC 20036

_____  
Jack B. Blumenfeld (#1014)