IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL GMBH and )
BOEHRINGER INGELHEIM )
PHARMACEUTICAL, INC., )
)
Plaintiffs, )
)
v. )
) Civil Action No. 05-700-KAJ
BARR LABORATORIES, INC., et al., ) (Consolidated)
)
Defendants. )

### ORDER

At Wilmington this **23rd** day of **May, 2006**,

IT IS ORDERED that the tutorial presently set for **June 26, 2006 at 10:00 a.m.** is hereby rescheduled to **September 8, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE