IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>              Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC.,<br><br>              Defendant. | C.A No. 05-0700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>              Defendant. | CONSOLIDATED<br><br>C.A. No. 05-0854 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 5, 2006, copies of Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc.'s Second Request for Production of Documents were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Mary B. Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

**BY FEDERAL EXPRESS AND E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins, LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

Additionally, on June 6, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mary Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins, LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
HELLER & EHRMAN LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

OF COUNSEL:
Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Dated: June 6, 2006

YOUNG CONAWAY STARGATT
& TAYLOR LLP

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendant Barr Laboratories, Inc.*