IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　Defendant.<br><br>BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | C.A No. 05-0700 (KAJ)<br><br><br><br><br>**CONSOLIDATED**<br><br><br><br><br>C.A. No. 05-0854 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 6, 2006, copies of Notice of Non-Party Deposition Subpoena were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY FEDERAL EXPRESS AND FACSIMILE**

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

Kenneth G. Schuler, Esquire
Latham & Watkins, LLP
Sears Tower, Suite 5800
Chicago, IL 60606

**BY FEDERAL EXPRESS**

    Steven C. Cherny, Esquire
    Latham & Watkins LLP
    885 Third Avenue, Suite 1000
    New York, NY 10022-4834

Additionally, on June 7, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Mary Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

**BY E-MAIL**

| | |
|---|---|
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Kenneth G. Schuler, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |

Shannon M. Bloodworth, Esquire
HELLER & EHRMAN LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

| | |
|---|---|
| | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br><br>*/s/ Adam W. Poff* |
| OF COUNSEL:<br>Glenn J. Pfadenhauer<br>Jessamyn S. Berniker<br>Dov P. Grossman<br>Brett R. Tobin<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434-5000 | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com |
| Dated: June 7, 2006 | *Attorneys for Defendant Barr Laboratories, Inc.* |