## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>Plaintiffs,<br>    v.<br><br>BARR LABORATORIES, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-700 (KAJ)<br>CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>Plaintiffs,<br>    v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-854 (KAJ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Objections And Responses To Defendant Barr Laboratories Inc.'s Third Set Of Requests For The Production Of Documents And Things were caused to be served on June 21, 2006, upon the following in the manner indicated:

BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

<u>BY FEDERAL EXPRESS</u>

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP


       */s/ Rodger D. Smith II*
       Jack B. Blumenfeld (#1014)
       Maryellen Noreika (#3208)
       Rodger D. Smith II (#3778)
       1201 North Market Street
       P. O. Box 1347
       Wilmington, DE  19899-1347
       (302) 658-9200
        Attorneys for Plaintiffs Boehringer Ingelheim
        International GmbH and Boehringer Ingelheim
        Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

June 21, 2006