IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., )
                                    )
        Plaintiffs,                 )
                                    )
            v.                      )        C.A. No. 05-700-(KAJ)
                                    )        CONSOLIDATED
BARR LABORATORIES, INC.,            )
                                    )
        Defendant.                  )
                                    )
BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., )
                                    )
        Plaintiffs,                 )
                                    )
            v.                      )        C.A. No. 05-854-(KAJ)
                                    )
MYLAN PHARMACEUTICALS, INC.,        )
                                    )
        Defendant.                  )
_____)

## NOTICE OF NON-PARTY DEPOSITION SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, defendant Barr Laboratories, Inc., through its counsel, is serving a subpoena for the

deposition of Richard Hahn on July 6, 2006 at 2:00 p.m. at the offices of Harrison & Moberly,

LLP, 135 N. Pennsylvania St., Suite 2100, Indianapolis, Indiana 46204.  The deposition will be

taken before a notary public or some other officer authorized by law to administer oaths, will be

recorded by stenographic and/or sound-and-video means, and will continue from day to day until

completed.  You are invited to attend and participate.  This subpoena is being served in the form

annexed hereto upon:

Richard Hahn
c/o Jim Leeds
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285

Josy W. Ingersoll (#1088)
Adam Poff (#3990)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Barr*
*Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C.  20005
(202) 434-5000

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on June 29, 2006, I caused a copy of the foregoing document to be served by hand delivery on the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on June 29, 2006, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

### BY FAX AND FEDERAL EXPRESS

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*

063987.1002