IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(KAJ) |

**NOTICE OF DEPOSITION OF ELI LILLY AND COMPANY
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, defendant Barr Laboratories, Inc., through its counsel, is serving a subpoena for the deposition of Eli Lilly & Company on July 5, 2006 at 10:30 a.m. at the offices of Harrison & Moberly, LLP, 135 N. Pennsylvania St., Suite 2100, Indianapolis, Indiana 46204. The deposition will be taken before a notary public or some other officer authorized by law to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate. This

subpoena is being served in the form annexed hereto upon:

        Eli Lilly and Company
        c/o Jim Leeds
        Lilly Corporate Center
        Indianapolis, IN 46285

At the time of the deposition, Eli Lilly and Company ("Eli Lilly") shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Eli Lilly as to all information known or reasonably available to Eli Lilly regarding:

1. The documents produced by Eli Lilly in this action with Bates numbers LLY 38 and LLY 39; and

2. Any physical samples of Eli Lilly compounds with Serial Nos. 178694, 188305, 197511, or 253815.

/s/ Karen␣E.␣Keller
Josy W. Ingersoll (#1088)
Adam Poff (#3990)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Defendant Barr Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on June 29, 2006, I caused a copy of the foregoing document to be served by hand delivery on the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on June 29, 2006, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY FAX AND FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*

DB02:5084130.2                                                                          063987.1002