IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., BARR PHARMACEUTICALS, INC., and MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 05-700-KAJ<br>(Consolidated) |

### ORDER

At Wilmington this **18th** day of **July, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **July 25, 2006 at 4:30 p.m.** with the undersigned. **Counsel for Defendant, Mylan Pharmaceuticals, Inc., shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_/s/ Kent A. Jordan_
UNITED STATES DISTRICT JUDGE