**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., Plaintiffs, v. BARR LABORATORIES, INC. Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-700 (KAJ) CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., Plaintiffs, v. MYLAN PHARMACEUTICALS, INC., Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 05-854 (KAJ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Third Set of Requests for the Production of Documents and Things to Barr and Plaintiffs' Third Set of Interrogatories to Barr were caused to be served on August 11, 2006, upon the following in the manner indicated:

BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

BY FEDERAL EXPRESS

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/  Julia Heaney*
    Jack B. Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    Julia Heaney (#3052)
    1201 North Market Street
    P. O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
     *Attorneys for Plaintiffs Boehringer Ingelheim*
     *International GmbH and Boehringer Ingelheim*
     *Pharmaceuticals, Inc.*

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

August 11, 2006

# **CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on August 11, 2006, I caused a true and correct copy of the foregoing Notice of Service to be served by hand on the following:

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>
>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391

and that I caused copies to be served upon the following by Federal Express:

>Glenn J. Pfadenhauer
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005-5901
>
>David J. Harth
>Heller Ehrman LLP
>One East Main Street, Suite 201
>Madison, Wisconsin 53703
>
>Shannon M. Bloodworth
>Heller Ehrman LLP
>1717 Rhode Island Ave., NW
>Washington, DC 20036

>*/s/ Julia Heaney*
>Julia Heaney (#3052)