IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-700 (KAJ) ) CONSOLIDATED ) ) ) ) ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-854 (KAJ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to Defendant Barr Laboratories, Inc.'s Fourth Set of Requests for the Production of Documents and Things (Nos. 140-148)* and *Plaintiffs' Objections and Responses to Defendant Barr Laboratories, Inc.'s First Requests for Admission (Nos. 1-2)* were caused to be served on August 14, 2006, upon the following in the manner indicated:

**HAND DELIVERY**

Mary B. Matterer  
Morris, James, Hitchens & Williams  
222 Delaware Avenue  
P.O. Box 2306  
Wilmington, DE 19899

Adam Wyatt Poff  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391

**FEDERAL EXPRESS**

Glenn J. Pfadenhauer  
Dov P. Grossman  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5901

David J. Harth  
David L. Anstaett  
Melody K. Glazer  
Heller Ehrman LLP  
One East Main Street, Suite 201  
Madison, Wisconsin 53703

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Ave., NW  
Washington, DC 20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Julia Heaney (#3052)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
    Attorneys for Plaintiffs Boehringer Ingelheim
    International GmbH and Boehringer Ingelheim
    Pharmaceuticals, Inc.

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

August 14, 2006
532643

**CERTIFICATE OF SERVICE**

I, Julie Heaney, hereby certify that on August 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>Morris, James, Hitchens
>
>Josy Ingersoll
>Young, Conaway, Stargatt & Taylor LLP

and further certify that I caused a true and correct copy of the foregoing to be served on the following in the manner indicated:

**HAND DELIVERY**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**FEDERAL EXPRESS**

Glenn J. Pfadenhauer
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

*/s/ Julia Heaney (#3052)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com