# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 30, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:     Boehringer Ingelheim v. Barr and Mylan; C.A. No. 05-700 (KAJ)

Dear Judge Jordan:

      Given the status of proceedings and the early stage of discovery, the parties believe that the technology tutorial currently scheduled for September 8, 2006 would be more beneficial to the Court if presented at a time close to trial. Therefore, the parties jointly request that the September 8 tutorial be rescheduled to a date closer to the November 2007 trial. An Order to that effect is attached. If it meets with the Court's approval, the parties request that it be entered.

      Respectfully,

      */s/ Jack B. Blumenfeld (#1014)*

      Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Mary B. Matterer, Esquire (By Hand)
       Josy W. Ingersoll, Esquire (By Hand)
       Glenn J. Pfadenhauer, Esquire (By Fax)
       David J. Harth, Esquire (By Fax)
       Shannon M. Bloodworth, Esquire (By Fax)
       Steven C. Cherny, Esquire (By Fax)
       Kenneth G. Schuler, Esquire (By Fax)

534791