IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## REVISED SCHEDULING ORDER

The Court having considered the August __, 2006 joint letter application of the parties,

IT IS HEREBY ORDERED this ___ day of August, 2006, that the Court's January 31, 2006 Scheduling Order (D.I. 30) is revised as follows:

9.    Tutorial Describing the Technology and Matters in Issue.  A technology tutorial should be scheduled prior to trial.  In that regard, each party may submit a videotape of not more than thirty minutes.  The parties may choose to present the tutorial in person.  In either event, the tutorial should focus on the technology in issue and should not be used to argue the

parties' claim construction contentions.  If the parties choose to file videotapes, they should be filed under seal as part of the Court's file, subject to any protective order in effect.  Each party may comment, in writing (in no more than 5 pages) on the opposing party's videotape tutorial. Any such comment shall be filed within ten (10) days of submission.

All other provisions of the Court's January 31, 2006 Scheduling Order (D.I. 30) remain in effect.

_____
United States District Court Judge

534795