IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., BARR PHARMACEUTICALS, INC., and MYLAN PHARMACEUTICALS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-700-KAJ<br>)    (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The court, having considered the parties' joint request (D.I. 78),

IT IS HEREBY ORDERED that the tutorial hearing scheduled for September 8, 2006 at 9:30 a.m. is **VACATED**.

All other provisions of the court's January 31, 2006 Scheduling Order (D.I. 30), remain in effect.

                                                                                 */s/ Kent A. Jordan*
                                                  UNITED STATES DISTRICT JUDGE

August 30, 2006
Wilmington, Delaware