# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 11, 2006

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Boehringer Ingelheim v. Barr and Mylan; C.A. No. 05-700 (KAJ)

Dear Judge Jordan:

Pursuant to paragraph 7 of the January 31, 2006 Scheduling Order, I am writing on behalf of all parties to provide an interim report on the status of this patent infringement action and the progress of discovery.

Boehringer Ingelheim, Barr and Mylan have all served interrogatories and document requests, and responses thereto. The parties have been working cooperatively to work out any disputes concerning those responses. In addition, Boehringer and Barr have produced substantial numbers of documents, and Mylan has agreed to begin producing documents by September 18. Boehringer and Barr have been discussing scheduling depositions, which they expect to begin shortly.

Given the status of the action, the parties do not believe that there is any need for the September 18 status conference, and request that it be taken off calendar.

Respectfully,

/s/ Jack B. Blumenfeld (#1014)

Jack B. Blumenfeld

JBB/bav
cc:   Peter T. Dalleo, Clerk (By Hand)
      Mary B. Matterer, Esquire (By Hand and Email)
      Josy W. Ingersoll, Esquire (By Hand and Email)
      Glenn J. Pfadenhauer, Esquire (By Email)
      David J. Harth, Esquire (By Email)
      Shannon M. Bloodworth, Esquire (By Email)
      Steven C. Cherny, Esquire (By Email)
      Kenneth G. Schuler, Esquire (By Email)