IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-700 (KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-854 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Third Set of Interrogatories to Mylan were caused to be served on September 11, 2006, upon the following in the manner indicated:

## HAND DELIVERY

| | |
|---|---|
| Mary B. Matterer <br> Morris, James, Hitchens & Williams <br> 222 Delaware Avenue <br> P.O. Box 2306 <br> Wilmington, DE 19899 | Adam Wyatt Poff <br> Young, Conaway, Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 |

**FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Dov P. Grossman | David L. Anstaett |
| Williams & Connolly LLP | Melody K. Glazer |
| 725 Twelfth Street, N.W. | Heller Ehrman LLP |
| Washington, D.C. 20005-5901 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |
| | |
| | Shannon M. Bloodworth |
| | Heller Ehrman LLP |
| | 1717 Rhode Island Ave., NW |
| | Washington, DC 20036 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*

Jack B. Blumenfeld (#1014)
OF COUNSEL:  Maryellen Noreika (#3208)
Julia Heaney (#3052)
Steven C. Cherny  1201 North Market Street
LATHAM & WATKINS LLP  P. O. Box 1347
885 Third Avenue, Suite 1000  Wilmington, DE 19899-1347
New York, NY 10022-4834  (302) 658-9200
(212) 906-1200          Attorneys for Plaintiffs Boehringer Ingelheim
          International GmbH and Boehringer Ingelheim
Kenneth G. Schuler          Pharmaceuticals, Inc.
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

September 11, 2006