IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | C.A No. 05-0700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | CONSOLIDATED<br><br>C.A. No. 05-0854 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 11, 2006, copies of 1) Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GmbH and Boerhringer Ingelheim Pharmaceutical, Inc.'s Third Set of Interrogatories, and 2) Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GmbH and Boerhringer Ingelheim Pharmaceutical, Inc.'s Third Request for Production of Documents were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY E-MAIL AND FEDERAL EXPRESS**

    Shannon M. Bloodworth, Esquire    Kenneth G. Schuler, Esquire
    Heller Ehrman LLP    Latham & Watkins, LLP
    1717 Rhode Island Ave., N.W.    Sears Tower, Suite 5800
    Washington, DC 20036    Chicago, IL 60606

    Steven C. Cherny, Esquire
    Latham & Watkins LLP
    885 Third Avenue, Suite 1000
    New York, NY 10022-4834

Additionally, on September 12, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

    Jack B. Blumenfeld, Esquire    Mary Matterer, Esquire
    Morris, Nichols, Arsht & Tunnell    Morris, James, Hitchens & Williams
    1201 North Market Street    222 Delaware Avenue, 10th Floor
    P.O. Box 1347    P.O. Box 2306
    Wilmington, DE 19899-1347    Wilmington, DE 19899-2306

**BY E-MAIL**

    Steven C. Cherny, Esquire    Kenneth G. Schuler, Esquire
    Latham & Watkins LLP    Latham & Watkins, LLP
    885 Third Avenue, Suite 1000    Sears Tower, Suite 5800
    New York, NY 10022-4834    Chicago, IL 60606

    Shannon M. Bloodworth, Esquire
    HELLER & EHRMAN LLP
    1717 Rhode Island Ave., N.W.
    Washington, DC 20036

                                                              YOUNG CONAWAY STARGATT
                                                                         & TAYLOR LLP

OF COUNSEL:                                  Josy W. Ingersoll (#1088)
Glenn J. Pfadenhauer                 John W. Shaw (#3362)
Jessamyn S. Berniker                 Adam W. Poff (#3990)
Dov P. Grossman                       Karen E. Keller (#4489)
Brett R. Tobin                             The Brandywine Building
Williams & Connolly LLP              1000 West Street, 17th Floor
725 Twelfth Street, NW                Wilmington, Delaware 19801
Washington, DC 20005                (302) 571-6600
(202) 434-5000                              apoff@ycst.com
                                            *Attorneys for Defendant Barr Laboratories,*
Dated: September 12, 2006           *Inc.*