IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-700-KAJ |
| BARR LABORATORIES, INC., | : : | |
| Defendant. | : : | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-854-KAJ |
| MYLAN PHARMACEUTICALS, INC., | : : | <u>CONSOLIDATED CASES</u> |
| Defendant. | : | |

<u>**ORDER**</u>

At Wilmington this **25th** day of **September, 2006,**

IT IS ORDERED that the mediation conference scheduled for Tuesday, November 14, 2006 at 9:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, November 14, 2006 at 9:00 a.m.** with Judge Thynge. **Counsel for Mylan**

**Pharmaceuticals Inc. shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE