IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>BARR LABORATORIES, INC.<br>　　　　　　　　　　　　Defendant. | C.A. No. 05-700 (KAJ)<br>CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　　　　　　　　Defendant. | C.A. No. 05-854 (KAJ) |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

　　　　IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30) is hereby amended as follows:

　　1.　　All motions to amend or supplement the pleadings shall be filed no later than November 9, 2006.

　　2.　　Fact discovery shall be initiated so that it will be completed by January 8, 2007 except that the parties may continue to serve requests for admission such that they will be responded to no later than March 23, 2007.

　　3.　　Expert discovery shall be completed by April 23, 2007.

　　4.　　Unless otherwise agreed, the parties shall serve their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on all issues for which a party bears the burden of proof on or before February 12, 2007.  The opposing party

shall serve its disclosures to contradict or rebut evidence in the same subject matter on or before March 9, 2007, and the party bearing the burden of proof on an issue may serve its supplemental disclosures to reply on the same subject matter on or before April 2, 2007.  Any objections to expert testimony based on the principles announced in *Daubert* shall be made by motion no later than the deadline for dispositive motions (May 16, 2007), unless otherwise ordered by this Court.

5. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motions shall be served and filed on or before May 16, 2007.  Answering briefs will be served and filed on or before June 13, 2007.  Reply briefs will be due on or before June 27, 2007.

6. The parties shall exchange a list of those claim term(s)/phrase(s) that they believe need constructions not later than November 27, 2006.  The parties shall exchange a list of their proposed claim construction of those term(s)/phrase(s) not later than December 18, 2006.

7. The parties' Joint Claim Construction Chart shall be submitted to the Court no later than May 16, 2007.  Plaintiffs and Defendants shall simultaneously serve and file opening briefs regarding issues of claim construction on or before May 23, 2007.  Responsive briefs regarding issues of claim construction will be served and filed on or before June 20, 2007.

8. Beginning at _____ __.m. on July 9, 2007, the Court will hear evidence and argument on summary judgment and/or claim construction.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| /s/ Jack B. Blumenfeld (#1014)<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>  *Attorneys for Plaintiffs* | /s/ Josy W. Ingersoll (#1088)<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam Wyatt Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>  *Attorneys for Defendant*<br>  *Barr Laboratories, Inc.* |
| | MORRIS, JAMES, HITCHENS & WILLIAMS  LLP |
| | /s/ Mary B. Matterer (#2696)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6960<br>  *Attorneys for Defendant Mylan*<br>  *Pharmaceuticals, Inc.* |

So ordered this _____ day of October, 2006.

_____
District Judge