IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700 (KAJ) CONSOLIDATED |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854 (KAJ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Objections and Responses of Plaintiffs Boehringer Ingelhein International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr Laboratories, Inc.'s Second Set of Interrogatories were caused to be served on October 10, 2006, upon the following in the manner indicated:

### HAND DELIVERY

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | Shannon M. Bloodworth |
| Dov P. Grossman | Heller Ehrman LLP |
| Williams & Connolly LLP | 1717 Rhode Island Ave., NW |
| 725 Twelfth Street, N.W. | Washington, DC 20036 |
| Washington, D.C. 20005-5901 | |

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)

OF COUNSEL:

Maryellen Noreika (#3208)
Julia Heaney (#3052)
Steven C. Cherny                                    1201 North Market Street
LATHAM & WATKINS LLP                     P. O. Box 1347
885 Third Avenue, Suite 1000                Wilmington, DE  19899-1347
New York, NY  10022-4834                    (302) 658-9200
(212) 906-1200
    Attorneys for Plaintiffs Boehringer Ingelheim
    International GmbH and Boehringer Ingelheim
Kenneth G. Schuler                                  Pharmaceuticals, Inc.
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

October 10, 2006