IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |
| | | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | C.A. No. 05-854 (KAJ) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc., through their attorneys, will take the deposition of Rajendra Rana, at the Hilton Woodcliff Lake Hotel, 200 Tice Boulevard, Woodcliff Lake, NJ 07656 at 9:00 a.m. on October 13, 2006, or other such date as may be agreed upon by the parties, and will continue from day to day until completed. The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Plaintiffs*
*Boehringer Ingelheim International GmbH and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Sandy Choi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
(415) 395-8095

Carisa S. Yee
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, California 94025-3656
(650) 328-4600

October 10, 2006
540900

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on October 10, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Mary B. Matterer
> Morris, James, Hitchens
>
> Adam Wyatt Poff
> Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer | Adam Wyatt Poff |
| Morris, James, Hitchens & Williams | Young, Conaway, Stargatt & Taylor LLP |
| 222 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

**BY EMAIL**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Jessamyn S. Berniker | Heller Ehrman LLP |
| Dov P. Grossman | One East Main Street, Suite 201 |
| Williams & Connolly LLP | Madison, Wisconsin 53703 |
| 725 Twelfth Street, N.W. | |
| Washington, D.C. 20005-5901 | |
| | Shannon M. Bloodworth |
| | Heller Ehrman LLP |
| | 1717 Rhode Island Ave., NW |
| | Washington, DC 20036 |

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)