IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700 (KAJ) CONSOLIDATED |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854 (KAJ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF BARR LABORATORIES, INC.
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on December 7, 2006 at the offices of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, or at another mutually agreed upon time and place, Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc., through their attorneys, will take the deposition of Barr Laboratories, Inc. ("Barr") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

At the time of the deposition, Barr shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Barr as to all

information known or reasonably available to Barr regarding the subject matters set forth in Attachment A.  Boehringer requests that Barr's 30(b)(6) designee(s) be the person(s) with the most knowledge regarding each of the subjects listed in Attachment A.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed.  You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika (#3208)

_____
Jack Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiffs Boehringer Ingelheim
  International GmbH and Boehringer Ingelheim
  Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

October 16, 2006

# ATTACHMENT A

## INSTRUCTIONS AND DEFINITIONS

1. As used herein, the term "Boehringer" shall mean the entities Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. and specifically shall include all subsidiaries, affiliates officers, directors, employees, agents, counsel, and representatives thereof.

2. As used herein, the term "Barr" shall mean Barr Laboratories, Inc. and specifically shall include all subsidiaries, affiliates, officers, employees, agents, counsel, and representatives thereof.

3. As used herein, the terms "you" and "your" shall mean Barr and Barr's respectively.

4. The words "and" and "or," as used herein, shall be construed either conjunctively or disjunctively, as required by the context, to bring within the scope of these requests any information which might be deemed outside their scope by any other construction.

5. Except as specifically provided herein, words imparting the singular shall include the plural and vice versa.

6. As used herein, "any" shall also include "all" and vice versa.

7. As used herein, the term "person" shall mean an individual, proprietorship, partnership, firm, corporation, association, governmental agency, or other entity.

10. As used herein, the term "Barr's ANDA" shall mean the Abbreviated New Drug Application No. 77-724 submitted to the FDA.

11. As used herein, the term "pramipexole" shall mean any compound having the same chemical structure of the compound now known as pramipexole whether or not it was known at the time to have such structure.

1

12. As used herein, the term "Barr's Proposed Product" shall mean Barr's generic pramipexole dihydrochloride product that is the subject of ANDA No. 77-724.

13. As used herein, the term "FDA" shall mean the United States Food and Drug Administration including without limitation its employees, scientists, technicians, agents, examiners, and laboratories.

14. As used herein, the term "communication" shall mean the transmission or receipt of information of any kind through any means, including but not limited to speech, writing, language (machine, foreign, or otherwise), computer electronics of any kind, magnetic tape, video tape, photograph, graph, symbol, sign, magnetic disk, sound, radio and/or video signal, telephone, teletype, telecommunication, telegram, microfilm, microfiche, film or media of any kind.

15. As used herein, the term "API" shall mean active pharmaceutical ingredient.

## TOPICS

1. The facts and circumstances regarding Barr's decision to file Barr's ANDA.

2. The drafting and preparation of Barr's ANDA.

3. The approval status of Barr's ANDA, including but not limited to any amendment to or deficiencies in Barr's ANDA that has been requested, required, or acknowledged by the FDA, Barr's responses to any such request, requirement, or acknowledgement, and any data on which those responses are based.

4. All communications with the FDA regarding Barr's ANDA.

5. The development of Barr's Proposed Product, from the time Barr first considered developing a product containing pramipexole to the present, including, without limitation, the reasons why Barr chose to attempt to manufacture and market pramipexole instead of any other dopamine agonist.

6. Barr's projected sales, costs, pricing, profits, marketing, market share, sales volumes, market projections or analysis, or consumer or customer profiles concerning Barr's Proposed Product.

7. The chemical structure of each substance in Barr's Proposed Product, including actual and potential impurities, and the performance and activity of the API in Barr's Proposed Product.

8. All testing, evaluations, analyses, or examinations that Barr has made or has had made on its behalf at any time of or on any product containing pramipexole.

9. Any impurities in Barr's Proposed Product or API.

10. The proposed labeling for Barr's Proposed Product.

11. Communications with the supplier of the API for Barr's Proposed Product.

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on October 16, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>Morris, James, Hitchens
>
>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY HAND DELIVERY**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

>*/s/     Maryellen Noreika (#3208)*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com