# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>      **Plaintiffs and Counterclaim Defendants,**<br><br>    **v.**<br><br>BARR LABORATORIES, INC. and MYLAN PHARMACEUTICALS INC.,<br><br>      **Defendants and Counterclaim Plaintiffs.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No.: 05-700 (KAJ)**<br>**(Consolidated)** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 16th day of October, 2006, copies of the following documents,

1.  **DEFENDANT'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO MYLAN;**

2.  **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES TO MYLAN; and**

3.  **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES TO MYLAN.**

were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

**VIA EMAIL AND FEDEX**
Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Glenn J. Pfadenhauer, Esq.
Jessamyn S. Berniker, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Dated: October 16, 2006

By ___ /s/ Mary B. Matterer _____
    Mary B. Matterer (#2696)
    **MORRIS JAMES HITCHENS**
    **& WILLIAMS LLP**
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801
    (302) 888-6960
    mmatterer@morrisjames.com

    *Attorney for Defendant and Counterclaim Plaintiff*
    *Mylan Pharmaceuticals Inc.*

OF COUNSEL:
David J. Harth
David L. Anstaett
Melody K. Glazer
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin  53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC  20036
(202) 912-2000

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2006, I electronically filed the foregoing

document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following:

Jack B. Blumenfeld, Esq.　　　　　　　Josy W. Ingersoll, Esq.
Maryellen Noreika, Esq.　　　　　　　　Adam W. Poff, Esq.
Morris, Nichols, Arsht & Tunnell　　　　Young Conaway Stargatt & Taylor
1201 N. Market Street　　　　　　　　　1000 West Street, 17th Floor
Wilmington, DE 19801　　　　　　　　　Wilmington, DE 19801

Additionally, I hereby certify that on the 16th day of October, 2006, the foregoing

document was served via email and hand delivery on the above listed counsel and also via email

and federal express on the following non-registered participants:

Steven C. Cherny, Esq.　　　　　　　　Glenn J. Pfadenhauer, Esq.
Latham & Watkins LLP　　　　　　　　Jessamyn S. Berniker, Esq.
885 Third Avenue, Suite 1000　　　　　Williams & Connolly LLP
New York, NY 10022-4834　　　　　　　725 Twelfth Street, NW
212.906.1200　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　202.434.5000
Kenneth G. Schuler, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
312.876.7700

　　　　　　　　　　　　_____/s/ Mary B. Matterer_____
　　　　　　　　　　　　Mary B. Matterer (#2696)
　　　　　　　　　　　　**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　(302) 888-6960
　　　　　　　　　　　　*Attorneys for Defendant and Counterclaim Plaintiff*
　　　　　　　　　　　　*Mylan Pharmaceuticals Inc.*