IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon Byron Chemical Company, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com
    Attorneys for Plaintiffs
    Boehringer Ingelheim International GmbH and
    Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

October 16, 2006

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 16, 2006, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Mary B. Matterer
> Morris, James, Hitchens
>
> Adam Wyatt Poff
> Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY HAND DELIVERY

| | |
|---|---|
| Mary B. Matterer<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899 | Adam Wyatt Poff<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

### BY FEDERAL EXPRESS

| | |
|---|---|
| Glenn J. Pfadenhauer<br>Jessamyn S. Berniker<br>Dov P. Grossman<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5901 | David J. Harth<br>Heller Ehrman LLP<br>One East Main Street, Suite 201<br>Madison, Wisconsin 53703<br><br>Shannon M. Bloodworth<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., NW<br>Washington, DC 20036 |

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)