IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700 (KAJ) CONSOLIDATED |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854 (KAJ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Third Set of Document Requests to Mylan were caused to be served on October 23, 2006, upon the following in the manner indicated:

## HAND DELIVERY

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | Shannon M. Bloodworth |
| Dov P. Grossman | Heller Ehrman LLP |
| Williams & Connolly LLP | 1717 Rhode Island Ave., NW |
| 725 Twelfth Street, N.W. | Washington, DC 20036 |
| Washington, D.C. 20005-5901 | |

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

| | |
|---|---|
| Steven C. Cherny | /s/ Julia Heaney (#3052) |
| LATHAM & WATKINS LLP | Jack B. Blumenfeld (#1014) |
| 885 Third Avenue, Suite 1000 | Julia Heaney (#3052) |
| New York, NY 10022-4834 | Maryellen Noreika (#3208) |
| (212) 906-1200 | 1201 North Market Street |
| | P. O. Box 1347 |
| | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |

Kenneth G. Schuler    Attorneys for Plaintiffs Boehringer Ingelheim
Amanda J. Hollis      International GmbH and Boehringer Ingelheim
Joel S. Neckers       Pharmaceuticals, Inc.
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Sandy Choi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
(415) 395-8095

Carisa S. Yee
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, California 94025-3656
(650) 328-4600

October 23, 2006