IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(KAJ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Barr Laboratories, Inc., through its counsel, will take the deposition upon oral examination of Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.'s former or current employee, **Gunter Schingnitz,** at the offices of Latham and Watkins L.L.P. at 885 Third Ave., New York, N.Y. 10022-4834, **at 9:00 am on November 7, 2006,** or other such date as may be agreed upon by the parties, and will continue from day to day until completed. The deposition will take place before a notary public or some

other officer authorized by law to administer oaths, and will be recorded by stenographic and/or sound-and-video means.

                                                                        Josy W. Ingersoll (#1088)
                                                                       Adam W. Poff (#3990)
                                                                       Karen E. Keller (#4489)
                                                                       YOUNG CONAWAY STARGATT
                                                                       & TAYLOR, LLP
                                                                       The Brandywine Building
                                                                       1000 West Street, 17th Floor
                                                                       P.O. Box 391
                                                                       Wilmington, DE 19899-0391
                                                                       (302) 571-6600
                                                                       apoff@ycst.com
                                                                       *Attorneys for Defendant Barr Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

Dated: October 26, 2006

2

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on October 26, 2006, I caused a copy of the foregoing document to be served by CM/ECF and hand delivery on the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on October 26, 2006, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Barr Laboratories, Inc.*