IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-700-KAJ (Consolidated) |
| BARR LABORATORIES, INC., BARR PHARMACEUTICALS, INC., and MYLAN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **7th** day of **November, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 22, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Defendant, Barr Laboratories, Inc., shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE