IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(KAJ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED ANSWER AND COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 15(a) and D. Del. L. R. 15.1, defendant Barr Laboratories, Inc. ("Barr") hereby files its Unopposed Motion for Leave to File a First Amended Answer and Counterclaims (the "Motion"). (Attached hereto as Exhibit A is the First Amended Answer and Counterclaims with an additional copy and attached hereto as Exhibit B is a copy of the First Amended Complaint and Counterclaims marked to show changes from the initial Answer and Counterclaims.) This is the first time Barr has sought to amend it Answer and Counterclaims, and the Motion is timely, is not brought in bad faith or with a dilatory motive, and will not result in any prejudice or undue delay to plaintiffs Boehringer Ingelheim International GMBH and

Boehringer Ingelheim Pharmaceuticals, Inc. (together, "Boehringer"). Pursuant to D. Del. L. R. 7.1.1, counsel for Barr has conferred with counsel for Boehringer and counsel for Boehringer has confirmed that Boehringer does not oppose this Motion. As additional grounds in support of this Motion, Barr states as follows:

(1)     Barr seeks to amend its Answer and Counterclaims to assert the expiration of one of the patents in suit and to assert a defense and counterclaim that one of the patents in suit is unenforceable due to inequitable conduct. The addition of a defense of patent expiration is plainly appropriate given that, since the time Barr's original Answer and Counterclaims was filed in this case, one of the patents in suit, U.S. Patent No. 4,843,086, has expired. The addition of a defense and counterclaim of unenforceability is appropriate because, having conducted discovery on this allegation, Barr now has sufficient information to satisfy the heightened pleading requirement for such claims.

(2)     Barr's motion is timely and complies with the stipulated amendment to the Scheduling Order (D.I. 90) entered in this case on October 11, 2006 , which sets the deadline for filing motions to amend pleadings as November 9, 2006. Barr's proposed amendment will not delay trial in this action, which is currently scheduled for November 2007, nor will it place any additional discovery burdens on Boehringer since fact discovery is still ongoing. Indeed, Boehringer does not oppose the filing of this amended pleading.

(3)     Leave to amend or supplement a pleading pursuant to Fed. R. Civ. P. 15 should be "freely granted when justice so requires." *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Alvin v. Suzuki*, 227 F.3d 107, 121 (3d Cir. 2000); *Agere Sys. Guardian Corp. v. Proxim, Inc.*, 190 F. Supp.2d 726, 732 (D. Del. 2002); *United States for B&R, Inc. v. Donald Lane Constr.*, 19 F. Supp.2d 217, 221 (D. Del. 1998). Here, granting Barr's motion would serve the interests of

justice for the reasons set forth above. Accordingly, this Court should permit Barr to file its proposed amended pleading. (Attached hereto as Exhibit C is a proposed form of order.)

                                                          Josy W. Ingersoll (#1088)
                                                          Adam Poff (#3990)
                                                          Karen E. Keller (#4489)
                                                          YOUNG CONAWAY STARGATT
                                                          & TAYLOR, LLP
                                                          The Brandywine Building
                                                          1000 West Street, 17th Floor
                                                          P.O. Box 391
                                                          Wilmington, DE 19899-0391
                                                          (302) 571-6600
                                                          kkeller@ycst.com
                                                          *Attorneys for Defendant Barr*
                                                          *Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

Dated: November 9, 2006

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on November 9, 2006, I caused a copy of the foregoing document to be served by CM/ECF and hand delivery on the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on November 9, 2006, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Barr Laboratories, Inc.*