# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(KAJ) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(KAJ) |

## ORDER

Defendant Barr Laboratories, Inc. ("Barr") having moved the Court for leave to amend its Answer and Counterclaims and such motion being unopposed;

Upon consideration of the Motion

IT IS HEREBY ORDERED this ____ day of _____, 2006, that:

Barr's Motion to File First Amended Answer and Counterclaims is granted. The amended pleading shall be deemed filed as of the date of this Order.

_____
U.S.D.J.