# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM                :
INTERNATIONAL GMBH and              :
BOEHRINGER INGELHEIM                :
PHARMACEUTICALS, INC.,              :
                                    :
                    Plaintiffs,     :
                                    :
          v.                        :    Civil Action No. 05-700-KAJ
                                    :
BARR LABORATORIES, INC.,            :
                                    :
                    Defendant.      :
_____     :
                                    :
BOEHRINGER INGELHEIM                :
INTERNATIONAL GMBH and              :
BOEHRINGER INGELHEIM                :
PHARMACEUTICALS, INC.,              :
                                    :
                    Plaintiffs,     :
                                    :
          v.                        :    Civil Action No. 05-854-KAJ
                                    :
MYLAN PHARMACEUTICALS, INC.,        :    <u>CONSOLIDATED CASES</u>
                                    :
                    Defendant.      :

## <u>ORDER</u>

At Wilmington this **14th** day of **November, 2006,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday,**

**January 31, 2007 at 9:30 a.m.** with Judge Thynge to discuss the Magistrate Judge's role

in this matter and the mediation tentatively scheduled for June 11 and 12, 2007.  **Counsel**

**for Barr Laboratories shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE