# EXHIBIT B

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

JESSAMYN S. BERNIKER
(202) 434-5474
jberniker@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 12, 2006

*By Fax and First Class Mail*

Kenneth G. Schuler, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Re:   **Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc., et al., No. 05-0700 (KAJ) (D. Del.)**

Dear Ken:

      This letter is to memorialize the status of the deposition schedule in the above-captioned matter, as discussed in our telephone conversations on September 7, 2006 and September 11, 2006 with Dov Grossman (on both calls) and Amanda Hollis (on the September 7 call only), as well as our subsequent confirmation of witness schedules. We propose, consistent with our discussions, the following schedule:

    September 29, 2006 – Claus Schneider (Frankfurt, Germany)

    October 10 and 11, 2006 – Alan Stempel (New York, NY or Danbury, CT)

    October 13, 2006 – Krishna Venkatesh (Roseland, NJ)

    October 17, 2006 – Rajendra Rana (Roseland, NJ)

    October 18, 2006 – Walter Kobinger (Vienna, Austria)

    October 19 and 20, 2006 – Ludwig Pichler (Vienna, Austria)

    October 20, 2006 – Rajendra Alvencar (Roseland, NJ)

    October 24, 2006 – Rudolf Hurnaus (Biberach, Germany)

    October 25, and 26, 2006 – Rolf Fleischer (Biberach, Germany)

    October 31, 2006 – Mary-Ellen Devlin (New York, NY or Danbury, CT)

    November 2, 2006 – David Frankhouser (PA, location to be identified)

    November 7, 2006 – Gunter Schingnitz (New York, NY)

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 12, 2006
Page 2

    November 9, 2006 – Joachim Mireau (New York, NY)

    November 13, 2006 – Elizabeth Keating (New York, NY or Danbury, CT)

    November 16, 2006 – Linda O'Dea (Roseland, NJ)

    November 17, 2006 – Jing Cheung (Roseland, NJ)

    November 29, 2006 – Christine Mundkur (Roseland, NJ)

   The Barr witness depositions will take place at the offices of Greenbaum, Rowe, Smith & Davis LLP, 75 Livingston Avenue, Roseland, NJ 07068. In addition, we understand from our in-person discussions in Indianapolis and subsequence correspondence that the depositions being held abroad will be conducted according to the Federal Rules of Civil Procedure and that the witnesses will be testifying under oath.

   We are in the process of looking into deposition dates for the remaining Barr witnesses, Pruthvipathy Katikaneni and Madhu Shaik. Per our discussions, we understand that you are looking into deposition dates for Dieter Hinzen, Dieter Laudien and Juergen Kauffman. With respect to Michael Herschel, you have stated that you will inform us this week whether he will be made available for deposition.

   Finally, on our September 7, 2006 call, we also agreed that Barr and Boehringer would exchange privilege logs on September 22, 2006.

   Please let us know as soon as possible whether you have any modifications to this proposed schedule.

             Sincerely,

              Jessamyn S. Berniker

cc:  Jack Blumenfeld, Esq. (by fax)
    Mary Matterer, Esq. (by fax)
    Josy Ingersoll, Esq. (by fax)
    Shannon Bloodworth, Esq. (by fax)
    David Harth, Esq. (by fax)

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

DOV P. GROSSMAN
(202) 434-5812
dgrossman@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 18, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**
Kenneth G. Schuler, Esq.
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Re: **Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc., et al., No. 05-0700 (KAJ) (D. Del.)**

Dear Ken:

I write regarding deposition scheduling and your September 15, 2006 letter to Jessamyn Berniker.

It is our understanding that you did not receive a copy of Jessamyn Berniker's letter to you dated September 12th—in which we set forth a tentative schedule for depositions based on our phone conversations of September 7th and September 11th—until after you sent your September 15th letter. We therefore recognize that the dates and locations set forth in your letter do not constitute an up-to-date reflection of the parties' discussions. We look forward to resolving any remaining scheduling issues, and we propose a call on Tuesday, September 19, 2006 at 3 pm ET to discuss them.

In the meantime, however, there are a few points in your September 15th letter that we would like to respond to:

First, you mentioned in your September 15th letter that Barr had requested that the depositions of Drs. Laudien and Hinzen—which were tentatively scheduled for the first week of October—be moved back in the schedule. You failed to note, however, that the reason Barr made this request during our September 11th call was that Boehringer produced over 130,000 pages of documents to us just a few weeks before depositions of Boehringer's witnesses are scheduled to commence (September 29, 2006). See Letters dated September 5, 6, and 8, 2006 from Kristina Barr to Jessamyn Berniker. You also did not mention that when we made this request we explained that Barr had made a good faith effort to review those documents in advance of the depositions, but concluded that it was not possible given the volume of the production. Nonetheless, we appreciate Boehringer's willingness to postpone those depositions and look forward to scheduling dates for them within the timeframe for fact discovery.

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 18, 2006
Page 2

   Second, with regard to Mr. Stempel's deposition, we believe that seven hours will not be sufficient time for his deposition given his knowledge of a number of key issues in this litigation. In addition, we think it would be appropriate to reserve two days in advance for his deposition rather than scheduling one day and then continuing the deposition on a non-consecutive day later on during fact discovery. Please let us know whether you will reconsider your position and make him available for more than seven hours. In the meantime, given the dispute over the length of Mr. Stempel's deposition, we intend to serve a notice of deposition for him stating that the deposition will continue from day-to-day until complete.

   Third, with regard to Dr. Pichler's deposition, we appreciate that he will be testifying in English and not German (as you had previously indicated). However, we question whether starting his deposition at 1:00 pm is a good idea, as a full deposition without breaks would conclude at 8:00 pm on a Friday night. We understand that Dr. Pichler has scheduling commitments, but we wonder whether there is any flexibility that would allow the deposition to continue on Saturday or, if he is available on Thursday, whether his deposition could be switched with Dr. Kobinger's. We look forward to trying to work out a mutually acceptable schedule that takes Dr. Pichler's needs into account.

   Fourth, you suggested both in your letter and during one of our previous conversations that while the majority of Boehringer's German witnesses will be testifying in English, you still believe it would be a good idea to have a translator present. We appreciate the suggestion and are happy to make arrangements for a translator. However, given that these are Boehringer's witnesses, we would request that the parties share the cost of the translators for the foreign witnesses. In addition, with respect to Dr. Fleischer (and any other witness who will be testifying in German), we recommend that each party to have a translator present at the deposition. Please let us know whether you concur with these proposals.

   Fifth, as we have previously noted, the parties have agreed that the depositions conducted abroad will be under oath and pursuant to the Federal Rules of Civil Procedure. See, e.g., Jessamyn Berniker's September 12, 2006 letter to Ken Schuler. However, we wish to clarify that you agree that the court reporter—who will not be a notary, unlike in the United States—will have authority to administer the oath to the witnesses and that the witnesses will be bound by that oath.

   Sixth, we propose that Pruthvipathy Katikaneni's deposition take place on Tuesday, November 21, 2006, and that Madhu Shaik's deposition take place on Friday, December 1, 2006. Both depositions will take place at the office of Greenbaum, Rowe, Smith & Davis LLP, 75 Livingston Avenue, Roseland, NJ 07068. Please let us know whether those dates are acceptable.

   Finally, look forward to hearing from you soon with proposed dates and locations for the depositions of Drs. Laudien and Hizen and Messrs. Herschel and Kauffmann.

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 18, 2006
Page 3

        We look forward to resolving these and other scheduling matters in the near future.

                              Sincerely,

                              Dov P. Grossman

cc:    Jack Blumenfeld, Esq. (by fax)
        Mary Matterer, Esq. (by fax)
        Josy Ingersoll, Esq. (by fax)
        Shannon Bloodworth, Esq. (by fax)
        David Harth, Esq. (by fax)

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JESSAMYN S. BERNIKER
(202) 434-5474
jberniker@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 21, 2006

*By Fax and First Class Mail*

Kenneth G. Schuler, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Re:    **Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc., et al., No. 05-0700 (KAJ) (D. Del.)**

Dear Ken:

This letter memorializes the status of the deposition schedule in the above-captioned matter as discussed in our telephone conversation on September 19, 2006 with Dov Grossman and Brett Tobin and documented in the parties' recent correspondence.

As an initial matter, we note that for everyone's convenience we have moved the locations of the Barr witness depositions to Woodcliff Lake, NJ. All except for Ms. Cheung's are scheduled to take place at the Hilton Woodcliff Lake, 200 Tice Blvd., Woodcliff Lake, NJ 07677. Because the Hilton is unavailable the day of Ms. Cheung's deposition, it will take place at the Marriott Park Ridge, 300 Brae Blvd, Park Ridge, NJ 07656, which is near Woodcliff Lake.

Based on our phone conversations and correspondence, we understand that the parties have confirmed the following depositions:

- September 29, 2006 – Claus Schneider (Latham & Watkins, Frankfurt, Germany)
- October 10, 2006 – Alan Stempel (Danbury, CT)

    As we previously discussed, Barr has a continuing objection to limiting Mr. Stempel's deposition to 7 hours. You have stated that Boehringer will be reasonable in allowing additional time if necessary. However, we understand that Mr. Stempel is not available on October 11, 2006 and, therefore, if his deposition carries over to another day, it will need to be scheduled for a later date within the timeframe for fact discovery.

- October 13, 2006 – Krishna Venkatesh (Hilton Woodcliff Lake, NJ)

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 21, 2006
Page 2

- October 17, 2006 – Rajendra Rana (Hilton Woodcliff Lake, NJ)

    Unfortunately, we are unable to accommodate your request that Mr. Venkatesh's and Mr. Rana's depositions be moved to the same week. Please let us know as soon as possible whether, as a result, you will need to re-schedule either of these depositions. As of now, we understand them to be confirmed for these dates.

- October 19, 2006 – Walter Kobinger (Vienna, Austria)

- October 20, 2006 – Ludwig Pichler (Vienna, Austria)

    We note that you have indicated that Dr. Pichler's deposition will begin at 1:00 pm due to his schedule, but that he is willing to continue into the early evening. You further suggested that it would be better to address any timing issues – such as going very late on Friday or continuing on Saturday – at the deposition itself rather than in advance. While we do not necessarily concur with that approach, and while we object to Dr. Pichler potentially being made available for less than 7 hours, we look forward to working with you and the witness at the time of the deposition to ensure that Barr is able to complete its examination.

- October 20, 2006 – Rajendra Alvencar (Hilton Woodcliff Lake, NJ)

- October 24, 2006 – Rudolf Hurnaus (Biberach, Germany)

- October 25, and 26, 2006 – Rolf Fleischer (Biberach, Germany)

    As we discussed Tuesday, you have agreed to make Mr. Fleischer available for more than 7 hours because he will be testifying in German and, therefore, will require a translator. We further understand that the precise order of deposition days for Dr. Hurnaus and Dr. Fleischer may change somewhat, although the timeframe for their depositions is confirmed for October 24-26.

- October 31, 2006 – Mary-Ellen Devlin (Danbury, CT)

- November 7, 2006 – Gunter Schingnitz (Latham & Watkins, New York, NY)

- November 9, 2006 – Joachim Mireau (Latham & Watkins, New York, NY)

- November 16, 2006 – Linda O'Dea (Hilton Woodcliff Lake, NJ)

- November 17, 2006 – Jing Cheung (Marriott Park Ridge, NJ)

In addition, we are able to confirm the following deposition dates and locations proposed by you during Tuesday's call:

- November 16, 2006 – Elizabeth Keating (Danbury, CT)

- November 28, 2006 – Dieter Hinzen (Latham & Watkins, Frankfurt, Germany)

- November 29, 2006 – Dieter Laudien (Latham & Watkins, Frankfurt, Germany)

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 21, 2006
Page 3

- November 30, 2006 – Juergen Kauffman (Latham & Watkins, Frankfurt, Germany)

- December 8, 2006 – Michael Herschel (Munich, Germany)

The following questions remain unresolved regarding the remaining witnesses:

- We await a response from you regarding whether Mr. Frankhouser is available for deposition on November 2, 2006 instead of October 13, 2006.

- We await a response from you regarding whether you will go forward with Dr. Shaik's deposition on December 1, 2006.

- With respect to Dr. Katikaneni, you indicated during Tuesday's call that you would need to inquire into whether November 21, 2006 is acceptable to Boehringer for his deposition. If that date does not work, we propose December 5, 2006 in Woodcliff Lake, NJ as an alternative.

Further, we wish to raise the following issues concerning scheduling:

- In order to accommodate the foreign travel for the depositions of Dr. Hinzen and Messrs. Laudien and Kauffmann, we will need to move the deposition of Christine Mundkur, currently scheduled for November 29, 2006. We will propose an alternative date as soon as possible.

- We have concluded that we would like to take the deposition of Dr. Heinz-Gerd Kläs. While we understand that Dr. Kläs is a current Boehringer employee and therefore should be brought to the United States for deposition, we are happy to go forward with his deposition in Biberach (where we understand him to be located) on October 27, 2006, while we are there for the depositions of Mr. Fleischer and Dr. Hurnaus. Please let us know as soon as possible whether that date is acceptable.

Finally, we write to follow-up on two issues we discussed during our call Tuesday:

- With regard to translators, you have indicated that Boehringer will be bringing its own "check" translator for the depositions of its foreign witnesses. We therefore understand that Barr and Boehringer will each be bringing a translator and that the parties will not be sharing costs on this issue.

- You asked us to provide additional information on what would be required with respect to the witness oath in order to make the deposition "American-style." We intend to use a court reporter from the United Kingdom because it is substantially

WILLIAMS & CONNOLLY LLP
Kenneth G. Schuler, Esq.
September 21, 2006
Page 4

less expensive than bringing a court reporter from the United States. It is also our understanding that U.K. court reporters are not notaries like United States court reporters. However, we further understand that U.K. court reporters can administer an oath to the witness if the attorneys present stipulate on the record that the reporter can do so. We further understand that this is normal practice for foreign depositions that are conducted according to the Federal Rules of Civil Procedure – something we agreed we would stipulate to during our in-person discussions in Indianapolis and in subsequent correspondence. Therefore, please confirm that Boehringer will be willing to enter into such a stipulation regarding the witness oath.

Please feel free to contact either myself or Dov Grossman should you wish to discuss any of these matters further. We look forward to hearing from you regarding the outstanding issues.

Sincerely,

Jessamyn S. Berniker

cc: Jack Blumenfeld, Esq. (by fax)
Mary Matterer, Esq. (by fax)
Josy Ingersoll, Esq. (by fax)
Shannon Bloodworth, Esq. (by fax)
David Harth, Esq. (by fax)