IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM<br>INTERNATIONAL GmbH and BOEHRINGER<br>INGELHEIM PHARMACEUTICAL, INC.,<br><br>        Plaintiffs and<br>        Counterclaim Defendants,<br><br>   v.<br><br>BARR LABORATORIES, INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-700 (KAJ)<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on this 22nd day of November, 2006, copies of the following document, **DEFENDANT'S RESPONSES TO PLAINTIFFS' THIRD SET OF DOCUMENT REQUESTS TO MYLAN**, were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

**VIA EMAIL AND FEDEX**
Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

Josy W. Ingersoll, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Glenn J. Pfadenhauer, Esq.
Jessamyn S. Berniker, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

Dated: November 22, 2006

By ___/s/ Mary B. Matterer_____
Mary B. Matterer (#2696)
**MORRIS JAMES HITCHENS
& WILLIAMS LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
mmatterer@morrisjames.com

*Attorney for Defendant and Counterclaim Plaintiff Mylan Pharmaceuticals Inc.*

OF COUNSEL:
David J. Harth
David L. Anstaett
Melody K. Glazer
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin  53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC  20036
(202) 912-2000