IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700 (KAJ) CONSOLIDATED |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854 (KAJ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

**REPLY OF PLAINTIFFS BOEHRINGER INGELHEIM GMBH AND BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. TO FIRST AMENDED DEFENSES AND COUNTERCLAIMS OF DEFENDANT BARR LABORATORIES, INC.**

Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. ("Plaintiffs" or "Boehringer") hereby reply to the First Amended Defenses and Counterclaims of Defendant Barr Laboratories, Inc. ("Defendant" or "Barr") as follows:

**Fifth Defense**

32.   Denied.

33.   Admitted.

34. Barr purports to characterize or quote from a document that speaks for itself, and Boehringer denies the allegations of Paragraph 34 to the extent that they vary therefrom; otherwise denied.

35. Barr purports to characterize or quote from documents that speak for themselves, and Boehringer denies the allegations of Paragraph 35 to the extent that they vary therefrom; otherwise denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Barr purports to characterize or quote from a document that speaks for itself, and Boehringer denies the allegations of Paragraph 40 to the extent that they vary therefrom; otherwise denied.

41. Denied.

42. Denied

### Sixth Defense

43. Admitted.

### Seventh Defense

44. Plaintiffs deny that Barr is entitled to any further defenses or counterclaims.

### AMENDED COUNTERCLAIMS

45. On information and belief, Plaintiffs admit that Barr is a corporation organized and existing under the laws of the State of Delaware, having a principal place of

business at 2 Quaker Road, Pomona, New York 10970. Plaintiffs are without knowledge and information sufficient to admit or deny the remaining allegations contain in paragraph 45 of Barr's Counterclaims.

    46.    Admitted.

    47.    Admitted.

    48.    Denied.

    49.    Admitted that Barr purports to assert counterclaims for declaratory judgment, but denied that Barr is entitled to any relief with respect to its counterclaims.

    50.    Admitted.

    51.    Admitted that this Court has personal jurisdiction over Plaintiffs/Counterclaim defendants in this matter; otherwise denied.

    52.    Admitted that this Court has personal jurisdiction over Plaintiffs/Counterclaim defendants in this matter; otherwise denied.

    53.    Admitted.

    54.    Admitted that a justiciable controversy exists between the parties with respect to the '812 patent; otherwise denied.

    55.    Denied.

### First Counterclaim

    56.    Plaintiffs incorporate by reference each of their Answers to paragraphs 45 through 54 of Barr's Amended Counterclaims as if fully set forth herein.

    57.    Denied.

## Second Counterclaim

58.    Plaintiffs incorporate by reference each of their Answers to paragraphs 45 through 53 and 55 of Barr's Amended Counterclaims as if fully set forth herein.

59.    Denied as moot.

## Third Counterclaim

60.    Plaintiffs incorporate by reference each of their Answers to paragraphs 45 through 54 of Barr's Amended Counterclaims as if fully set forth herein.

61.    Denied.

## Fourth Counterclaim

62.    Plaintiffs incorporate by reference each of their Answers to paragraphs 45 through 53 and 55 of Barr's Amended Counterclaims as if fully set forth herein.

63.    Denied as moot.

## Fifth Counterclaim

64.    Plaintiffs incorporate by reference each of their Answers to paragraphs 45 through 54 of Barr's Amended Counterclaims as if fully set forth herein

65.    Denied.

Plaintiffs deny that Barr is entitled to any relief requested in its prayer for relief or any other relief. All allegations contained in the Counterclaims not explicitly admitted herein are denied.

## PRAYER FOR RELIEF

A.    A judgment that Barr takes nothing by way of its Counterclaims;

B.    A judgment that Barr has infringed the '812 patent;

C.    A judgment that the '812 patent is valid;

  D.  A judgment that the '812 patent is enforceable;

  E.  An order issued pursuant to 35 U.S.C. § 271(e)(4)(a) that the effective date of any approval of Barr's ANDA No. 77-724 and any amendment thereto under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) be a date which is not earlier than the expiration dates of the '812 patent;

  F.  A permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining Barr and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from infringement of the '812 patent for the full term thereof;

  G.  A declaration that this is an exceptional case and an award of attorneys' fees pursuant to 35 U.S.C. § 285;

  H.  Costs and expenses in this action; and

  I.  Such other and further relief as the Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 Attorneys for Plaintiffs
 Boehringer Ingelheim International GmbH and
 Boehringer Ingelheim Pharmaceutical, Inc.

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on November 29, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>
>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### HAND DELIVERY

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

### FEDERAL EXPRESS

Glenn J. Pfadenhauer
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth
David L. Anstaett
Melody K. Glazer
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika
mnoreika@mnat.com