IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Fourth Set of Interrogatories to Barr and Plaintiffs' Fourth Set of Interrogatories to Mylan were caused to be served on December 8, 2006 upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer  
Dov P. Grossman  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5901  

David J. Harth  
David L. Anstaett  
Melody K. Glazer  
Heller Ehrman LLP  
One East Main Street, Suite 201  
Madison, Wisconsin 53703  

Shannon M. Bloodworth  
Heller Ehrman LLP  
1717 Rhode Island Ave., NW  
Washington, DC 20036  

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
mnoreika@mnat.com  
   Attorneys for Plaintiffs  
   Boehringer Ingelheim International GmbH and  
   Boehringer Ingelheim Pharmaceuticals, Inc.

Of Counsel:

Steven C. Cherny  
LATHAM & WATKINS LLP  
885 Third Avenue, Suite 1000  
New York, NY  10022-4834  
(212) 906-1200  

Kenneth G. Schuler  
Amanda J. Hollis  
Joel Neckers  
LATHAM & WATKINS LLP  
Sears Tower, Suite 5800  
Chicago, IL  60606  
(312) 876-7700  

December 8, 2006

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on December 8, 2006, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Mary B. Matterer
> Morris, James, Hitchens
>
> Adam Wyatt Poff
> Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer | Adam Wyatt Poff |
| Morris James LLP | Young, Conaway, Stargatt & Taylor LLP |
| 500 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Jessamyn S. Berniker | Heller Ehrman LLP |
| Dov P. Grossman | One East Main Street, Suite 201 |
| Williams & Connolly LLP | Madison, Wisconsin 53703 |
| 725 Twelfth Street, N.W. | |
| Washington, D.C. 20005-5901 | |
| | Shannon M. Bloodworth |
| | Heller Ehrman LLP |
| | 1717 Rhode Island Ave., NW |
| | Washington, DC 20036 |

> */s/ Maryellen Noreika (#3208)*
> Maryellen Noreika (#3208)