IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br>       Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC. <br>       Defendant. | ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-700 (KAJ) <br>       CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br>       Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br>       Defendant. | ) ) ) ) ) ) ) ) ) )    C.A. No. 05-854 (KAJ) |

**NOTICE OF DEPOSITION OF MYLAN PHARMACEUTICALS, INC.
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

      PLEASE TAKE NOTICE that commencing at 9:00 a.m. on January 4, 2007 at the Waterfront Place Hotel, Two Waterfront Place, Morgantown, WV 26501-5958, or at another mutually agreed upon time and place, Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc., through their attorneys, will take the deposition of Mylan Pharmaceuticals, Inc. ("Mylan") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

      At the time of the deposition, Mylan shall designate one or more of its directors, officers, managing agents, or other persons who will testify on behalf of Mylan as to all information known or reasonably available to Mylan regarding the subject matters set forth in

Attachment A. Boehringer requests that Mylan's 30(b)(6) designee(s) be the person(s) with the most knowledge regarding each of the subjects listed in Attachment A.

The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound-and-video means, and will continue from day to day until completed. You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Maryellen Noreika (#3208)*
Jack Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.*

Of Counsel:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel S. Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: December 11, 2006

# ATTACHMENT A

## INSTRUCTIONS AND DEFINITIONS

1. As used herein, the term "Boehringer" shall mean the entities Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. and specifically shall include all subsidiaries, affiliates officers, directors, employees, agents, counsel, and representatives thereof.

2. As used herein, the term "Mylan" shall mean Mylan Pharmaceuticals, Inc. and specifically shall include all subsidiaries, affiliates, officers, employees, agents, counsel, and representatives thereof.

3. As used herein, the terms "you" and "your" shall mean Mylan and Mylan's respectively.

4. The words "and" and "or," as used herein, shall be construed either conjunctively or disjunctively, as required by the context, to bring within the scope of these requests any information which might be deemed outside their scope by any other construction.

5. Except as specifically provided herein, words imparting the singular shall include the plural and vice versa.

6. As used herein, "any" shall also include "all" and vice versa.

7. As used herein, the term "person" shall mean an individual, proprietorship, partnership, firm, corporation, association, governmental agency, or other entity.

8. As used herein, the term "Mylan's ANDA" shall mean the Abbreviated New Drug Application No. 77-854 submitted to the FDA.

9. As used herein, the term "pramipexole" shall mean any compound having the same chemical structure of the compound now known as pramipexole whether or not it was known at the time to have such structure.

10. As used herein, the term "Mylan's Proposed Product" shall mean Mylan's generic pramipexole dihydrochloride product that is the subject of ANDA No. 77-854.

11. As used herein, the term "FDA" shall mean the United States Food and Drug Administration including without limitation its employees, scientists, technicians, agents, examiners, and laboratories.

12. As used herein, the term "communication" shall mean the transmission or receipt of information of any kind through any means, including but not limited to speech, writing, language (machine, foreign, or otherwise), computer electronics of any kind, magnetic tape, video tape, photograph, graph, symbol, sign, magnetic disk, sound, radio and/or video signal, telephone, teletype, telecommunication, telegram, microfilm, microfiche, film or media of any kind.

13. As used herein, the term "API" shall mean active pharmaceutical ingredient.

## TOPICS

1. The facts and circumstances regarding Mylan's decision to file Mylan's ANDA.

2. The drafting of Mylan's ANDA.

3. The approval status of Mylan's ANDA, including but not limited to any amendment to or deficiencies in Mylan's ANDA that has been requested, required, or acknowledged by the FDA, Mylan's responses to any such request, requirement, or acknowledgement, and any data on which those responses are based.

4. All communications with the FDA regarding Mylan's ANDA.

5. The development of Mylan's Proposed Product, from the time Mylan first considered developing a product containing pramipexole to the present, including, without limitation, the reasons why Mylan chose to attempt to manufacture and market pramipexole as opposed to any other dopamine agonist.

6. Mylan's projected sales, costs, pricing, profits, marketing, market share, sales volumes, market projections or analysis, or consumer or customer profiles concerning Mylan's Proposed Product.

7. The proposed labeling for Mylan's Proposed Product.

8. Communications with the supplier of the API for Mylan's Proposed Product.

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on December 11, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>Morris James LLP
>
>Adam Wyatt Poff
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer | Adam Wyatt Poff |
| Morris James LLP | Young, Conaway, Stargatt & Taylor LLP |
| 500 Delaware Avenue | The Brandywine Building |
| P.O. Box 2306 | 1000 West Street, 17th Floor |
| Wilmington, DE  19899 | P.O. Box 391 |
| | Wilmington, DE  19899-0391 |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer | David J. Harth |
| Jessamyn S. Berniker | Heller Ehrman LLP |
| Dov P. Grossman | One East Main Street, Suite 201 |
| Williams & Connolly LLP | Madison, WI  53703 |
| 725 Twelfth Street, N.W. | |
| Washington, DC  20005-5901 | |
| | Shannon M. Bloodworth |
| | Heller Ehrman LLP |
| | 1717 Rhode Island Ave., NW |
| | Washington, DC  20036 |

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)