IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br>BARR LABORATORIES, INC.<br>　　　　　　　　　　　　Defendant. | C.A. No. 05-700 (***)<br>CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br>MYLAN PHARMACEUTICALS INC.,<br>　　　　　　　　　　　　Defendant. | C.A. No. 05-854 (***) |

## **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the Court's Order dated October 11, 2006, is hereby amended as follows:

1.　　The fact discovery deadline shall be extended to January 23, 2007. No additional interrogatories or document requests will be served by the parties, but the parties shall be allowed to take depositions of fact-witnesses, including but not limited to Rule 30(b)(6) witnesses, until January 23, 2007.

2.　　All other provisions of the Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the October 11, 2006 Stipulation and Order to Amend Scheduling Order (D.I. 90), remain in effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Jack Blumenfeld (#1014) | /s/ Adam W. Poff (#3990) |
| Jack Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Adam Wyatt Poff (#3990) |
| P.O. Box 1347 | Karen E. Keller (#4489) |
| Wilmington, DE 19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| *Attorneys for Plaintiffs* | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| | *Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Mary B. Matterer (#2696)
Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 8886902
    *Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

So ordered this _____ day of _____, _____

_____
United States District Judge