IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>   Plaintiffs and<br>   Counterclaim Defendants,<br><br> v.<br><br>BARR LABORATORIES, INC. and MYLAN PHARMACEUTICALS INC.,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Civil Action No.: 05-700 (KAJ)<br>(Consolidated) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 8th day of January, 2007, copies of the following document, **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO MYLAN**, were served on counsel as indicated:

| | |
|---|---|
| **VIA EMAIL AND HAND DELIVERY**<br>Jack B. Blumenfeld, Esquire<br>Maryellen Noreika, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | **VIA EMAIL AND FEDEX**<br>Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br><br>Kenneth G. Schuler, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Josy W. Ingersoll, Esq.<br>Adam W. Poff, Esq.<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Glenn J. Pfadenhauer, Esq.<br>Jessamyn S. Berniker, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005 |

Dated: January 8, 2007

By ___/s/ Mary B. Matterer_____
    Mary B. Matterer (#2696)
    **MORRIS JAMES LLP**
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801-1494
    (302) 888-6800
    mmatterer@morrisjames.com

*Attorney for Defendant and Counterclaim Plaintiff Mylan Pharmaceuticals Inc.*

OF COUNSEL:
David J. Harth
**HELLER EHRMAN LLP**
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

Shannon M. Bloodworth
**HELLER EHRMAN LLP**
1717 Rhode Island Ave., NW
Washington, DC 20036
(202) 912-2000