IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A No. 05-0700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CONSOLIDATED<br><br>C.A. No. 05-0854 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 30, 2007, copies of Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc.'s Fourth Set of Interrogatories were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**BY E-MAIL ON JANUARY 30, 2007 AND**
**FEDERAL EXPRESS ON JANUARY 31, 2007**

| | |
|---|---|
| Shannon M. Bloodworth, Esquire<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., N.W.<br>Washington, DC 20036 | Kenneth G. Schuler, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Additionally, on January 31, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Mary Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

**BY E-MAIL**

| | |
|---|---|
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Kenneth G. Schuler, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |

Shannon M. Bloodworth, Esquire
HELLER & EHRMAN LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

| | |
|---|---|
| OF COUNSEL:<br>Glenn J. Pfadenhauer<br>Jessamyn S. Berniker<br>Dov P. Grossman<br>Brett R. Tobin<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434-5000<br><br>Dated: January 31, 2007 | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br><br>_____<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com<br>*Attorneys for Defendant Barr Laboratories, Inc.* |

2

DB02:5248589.1                                                                                                            063987.1002