IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-700-*** |
| BARR LABORATORIES, INC., | : : | |
| Defendant. | : : | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-854-*** |
| MYLAN PHARMACEUTICALS, INC., | : : | CONSOLIDATED CASES |
| Defendant. | : : | |

## ORDER

At Wilmington this **31st** day of **January, 2007,**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Friday, February 23, 2007 at 9:00 a.m. Eastern Time to be initiated by plaintiffs' counsel.** The purpose of the teleconference is to discuss defendants' proposal regarding certain case dispositive motions and mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE