# EXHIBIT 1

Case 1:05-cv-00700-JJF   Document 128-2   Filed 02/06/2007   Page 1 of 7

# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

November 9, 2006

**VIA EMAIL AND FIRST CLASS MAIL**
Kenneth G. Schuler, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Re: *Boehringer Ingelheim International GmbH, et al. v.*
*Barr Laboratories, Inc. and Mylan Pharmaceuticals Inc.,*
Civil Action No.: 05-0700-KAJ (consolidated)

Dear Mr. Schuler:

We note that the deadline for filing motions to amend the pleadings is today. Mylan has just received Barr's proposed First Amended Answer and Counterclaims to the Amended Complaint, and its letter requesting Boehringer's consent to the motion for leave to amend. While Mylan does not have facts that would allow it to independently plead the inequitable conduct defense that Barr is seeking to add, we intend to review the evidence and facts alleged by Barr in its First Amended Answer and Counterclaims to the Amended Complaint and reserve the right to file a similar amendment if and when Barr's amended pleading is allowed.

Sincerely yours,

Mary Matterer

Mary B. Matterer

cc: Jack B. Blumenfeld, Esq. (via email and hand delivery)
Steven C. Cherny, Esq. (via email and first class mail)
Josy W. Ingersoll, Esq. (via email and hand delivery)
Jessamyn S. Berniker, Esq. (via email and first class mail)

# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 2

Joel S. Neckers
Direct Dial: (312) 777-7007
joel.neckers@lw.com

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

039355-0002

November 13, 2006

**VIA FACSIMILE AND U.S. MAIL**

Mary B. Matterer, Esq.
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621

Re: Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc. and Mylan Pharmaceuticals, Inc., Civil Action No.: 05-0700-KAJ (consolidated)

Dear Mary:

I write in response to your letter to Ken Schuler dated November 9, 2006, where you purport to reserve the right to amend your answer to Boehringer's complaint. Pursuant to the Amended Scheduling Order, all motions to amend the pleadings were due on or before November 9, 2006. *See* Oct. 11, 2006 Amended Scheduling Order at ¶ 1. Mylan filed no such pleading within the deadline stipulated by the parties and ordered by the Court. In these circumstances, Boehinrger does not believe that Mylan has any right to "reserve" an option to amend its pleadings. *See id.*

Sincerely,

Joel S. Neckers
of Latham & Watkins LLP

cc: Josy W. Ingersoll (by fax)
Glenn J. Pfadenhauer (by fax)
Shannon Bloodworth (by fax)
David J. Harth (by fax)
Jessamyn S. Berniker (by fax)

# EXHIBIT 3

# HellerEhrman LLP

January 19, 2007

*Via E-mail*

Shannon M. Bloodworth
Shannon.Bloodworth@hellerehrman.com
Direct +1.202.912.2165
Main +1.202.912.2000
Fax +1.202.912.2020

Ken Schuler
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Re:   Boehringer Ingelheim International, et al. v. Mylan Pharmaceuticals, Inc.

Dear Ken:

Enclosed is a copy of Mylan Pharmaceuticals Inc.'s First Amended Answer and Counterclaims, which adds as Mylan's Fourth Defense and Third Counterclaim that the '812 patent is unenforceable due to inequitable conduct. These additions mirror those added by Barr in its First Amended Answer and Counterclaims to the Amended Complaint. Boehringer did not oppose Barr's Motion for leave to amend its Answer and Counterclaims. Please let us know by Monday, January 22, 2007, whether Boehringer will also not oppose Mylan's motion for leave to amend this pleading. Because January 22nd is also the deadline for close of fact discovery, I appreciate your timely reply.

Very truly yours,

Shannon M. Bloodworth

Enclosures

Heller Ehrman LLP  1717 Rhode Island Avenue, NW,  Washington, D.C.  20036-3001  www.hellerehrman.com

Anchorage   Beijing   Hong Kong   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle
Silicon Valley   Singapore   **Washington, D.C.**

HellerEhrman LLP

Ken Schuler
January 19, 2007
Page 2

cc: Jack Blumenfeld
Dov Grossman
Josy Ingersoll
Mary Matterer