IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-700-(***) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-854-(***) |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the Court's Order dated October 11, 2006 (D.I. 90), is hereby further amended as follows:

1. Expert discovery shall be completed by May 18, 2007.

2. The parties may continue to serve requests for admission such that they will be responded to no later than April 18, 2007.

3. Unless otherwise agreed, the parties shall serve their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on all issues for which a party bears the burden of proof on or before March 7, 2007. The opposing party shall serve its disclosures to contradict or rebut evidence in the same subject matter on or before April 6, 2007, and the party bearing the burden of proof on an issue may serve its supplemental disclosures to reply on the same subject matter on or before April 27, 2007. Any objections to expert testimony based on the principles announced in *Daubert* shall be made by motion no later than the deadline for dispositive motions, unless otherwise ordered by this Court.

4. At a later date the parties will discuss further amendment of the scheduled dates for (a) briefing and argument for case dispositive motions, (b) briefing and argument for issues of claim construction, and (c) submission of the parties' Joint Claim Construction Chart.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Josy W. Ingersoll* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Adam Wyatt Poff (#3990) |
| P.O. Box 1347 | Karen E. Keller (#4489) |
| Wilmington, DE 19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| *Attorneys for Plaintiffs* | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| | *Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ *Mary B. Matterer*
Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6960
*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

So ordered this ____ day of February, 2007

_____
United States Magistrate Judge