IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant and<br>Counterclaim Plaintiff. | C.A. No. 05-700 ***<br>(Consolidated) |

**DECLARATION OF SHANNON M. BLOODWORTH IN SUPPORT OF MYLAN'S REPLY TO ITS MOTION FOR LEAVE TO FILE AMENDED ANSWER, SEPARATE DEFENSES AND COUNTERCLAIMS**

I, Shannon M. Bloodworth, declare as follows:

1. I am an associate with the law firm of Heller Ehrman LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036, attorneys for Defendant and Counterclaim Plaintiff, Mylan Pharmaceuticals Inc. ("Mylan"). I make this declaration based on my personal knowledge and in support of Mylan's Reply Brief To Plaintiff's Answering Brief In Opposition To Mylan's Motion For Leave To File Amended Answer, Separate Defenses and Counterclaims.

2. On January 19, 2007, I sent a letter to Mr. Ken Schuler, counsel for Boehringer, attaching a copy of Mylan Pharmaceuticals Inc.'s First Amended Answer and Counterclaims, and seeking Boerhinger's response regarding whether or not Boehringer would oppose Mylan's motion to amend.

3. I telephoned Mr. Schuler on Monday, January 22, 2007, following up on my letter and again seeking a response from Boehringer on whether it would oppose Mylan's motion. Mr. Schuler informed me that he still needed to hear from his client.

4. On Tuesday, January 23, 2007, I telephoned Mr. Schuler and left a voicemail message, again seeking a response.

5. Later the same day, Mr. Joel Neckers, another attorney for Boehringer, called me in response to my voicemail message to Mr. Schuler. In this conversation with Mr. Neckers, Mr. Neckers informed me that he had not received a response from his client on the issue. In response, I specifically asked him if it was then appropriate for me to characterize Boehringer's response as neither consenting nor objecting to Mylan's motion. Mr. Neckers agreed with this characterization.

6. After my conversation with Mr. Neckers, I believed that Boehringer's position on the motion was that Boehringer was neither consenting to nor objecting Mylan's motion, as represented by Mr. Neckers. Attached hereto as Exhibit A is the email correspondence I sent to Mr. Neckers after our phone conversation memorializing my understanding of Boehringer's position. Mr. Neckers never responded to this email.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on February 13, 2007.

*Shannon M. Bloodworth*
Shannon M. Bloodworth

# EXHIBIT A

| | |
|---|---|
| From: | Bloodworth, Shannon M. |
| Sent: | Tuesday, January 23, 2007 8:57 PM |
| To: | joel.neckers@lw.com |
| Cc: | Harth, David J.; kenneth.schuler@lw.com |
| Subject: | Boehringer v. Mylan - Amended complaint |

Dear Joel,

Attached is Mylan's amended Answer and Counterclaims, showing the changes from the original Answer in blackline. As we discussed on the phone this afternoon, the response to paragraph 17 has been altered slightly from the proposed amendment enclosed in my letter of last Friday. The change was made to incorporate the original Answer's denial of the remaining allegations, if any, in paragraph 17.

From our conversation this afternoon, it is also my understanding that Boehringer does not consent to or oppose Mylan's motion for leave to amend its Answer and Counterclaims at this time. Because today is the last day of fact discovery, we will file the motion this evening. I would appreciate it if you would let me know what Boehringer's position is once you learn of it.

Regards,
Shannon



Amended
wer_Mylan.pdf (2 M

**Shannon Bloodworth** | Attorney | **HellerEhrman**LLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
tel: +1.202.912.2165 | fax: +1.202.912.2020 | email: shannon.bloodworth@hellerehrman.com | web:
www.hellerehrman.com

1