IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (***) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| | | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (***) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Supplemental Objections and Responses of Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr Laboratories, Inc.'s Third Set of Interrogatories (Nos. 29 and 40) were caused to be served on March 28, 2007 upon the following in the manner indicated:

**BY EMAIL and HAND DELIVERY**

Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue
Wilmington, DE 19801

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY EMAIL and FEDERAL EXPRESS**

Glenn J. Pfadenhauer, Esquire
Jessamyn S. Berniker, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

David J. Harth, Esquire
David L. Anstaett, Esquire
Melody K. Glazer, Esquire
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC 20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiffs*
  *Boehringer Ingelheim International GmbH and*
  *Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Sandy Choi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
(415) 395-8095

Carisa S. Yee
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, California 94025-3656
(650) 328-4600

March 28, 2007

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on March 28, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer, Esquire
>Morris, James, Hitchens
>
>Adam Wyatt Poff, Esuire
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY EMAIL and HAND DELIVERY

| | |
|---|---|
| Mary B. Matterer, Esquire<br>Morris James LLP<br>500 Delaware Avenue<br>Wilmington, DE  19801 | Adam Wyatt Poff, Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |

### BY EMAIL and FEDERAL EXPRESS

| | |
|---|---|
| Glenn J. Pfadenhauer, Esquire<br>Jessamyn S. Berniker, Esquire<br>Dov P. Grossman, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005-5901 | David J. Harth, Esquire<br>David L. Anstaett, Esquire<br>Melody K. Glazer, Esquire<br>Heller Ehrman LLP<br>One East Main Street, Suite 201<br>Madison, WI  53703<br><br>Shannon M. Bloodworth, Esquire<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., NW<br>Washington, DC  20036 |

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)