IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. )<br><br>Plaintiffs, )<br><br>v. )<br><br>BARR LABORATORIES, INC., )<br><br>Defendant. ) | C.A No. 05-0700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN PHARMACEUTICALS, INC., )<br><br>Defendant. ) | CONSOLIDATED<br><br>C.A. No. 05-0854 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2007, Dov P. Grossman, Esquire of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 caused copies of 1) Expert Report of Eric V. Anslyn, Ph.D., 2) Expert Report of Walter G. Chambliss, Ph.D., and 3) Expert Report of Dale H. Hoscheit, Esquire to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

BY E-MAIL AND FEDERAL EXPRESS

    Shannon M. Bloodworth, Esquire    Kenneth G. Schuler, Esquire
    Heller Ehrman LLP    Latham & Watkins, LLP
    1717 Rhode Island Ave., N.W.    Sears Tower, Suite 5800
    Washington, DC 20036    Chicago, IL 60606

    Additionally, the undersigned hereby certifies that on March 29, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

BY CM/ECF & HAND DELIVERY

    Jack B. Blumenfeld, Esquire    Mary Matterer, Esquire
    Morris, Nichols, Arsht & Tunnell    Morris, James, Hitchens & Williams
    1201 North Market Street    222 Delaware Avenue, 10th Floor
    P.O. Box 1347    P.O. Box 2306
    Wilmington, DE 19899-1347    Wilmington, DE 19899-2306

BY E-MAIL

    Steven C. Cherny, Esquire    Kenneth G. Schuler, Esquire
    Latham & Watkins LLP    Latham & Watkins, LLP
    885 Third Avenue, Suite 1000    Sears Tower, Suite 5800
    New York, NY 10022-4834    Chicago, IL 60606

    Shannon M. Bloodworth, Esquire
    HELLER & EHRMAN LLP
    1717 Rhode Island Ave., N.W.
    Washington, DC 20036

                YOUNG CONAWAY STARGATT
                  & TAYLOR LLP

OF COUNSEL:    Josy W. Ingersoll (#1088)
Glenn J. Pfadenhauer    John W. Shaw (#3362)
Jessamyn S. Berniker    Adam W. Poff (#3990)
Dov P. Grossman    Karen E. Keller (#4489)
Brett R. Tobin    The Brandywine Building
Williams & Connolly LLP    1000 West Street, 17th Floor
725 Twelfth Street, NW    Wilmington, Delaware 19801
Washington, DC 20005    (302) 571-6600
(202) 434-5000    apoff@ycst.com
    *Attorneys for Defendant Barr Laboratories, Inc.*

Dated: March 29, 2007