IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A No. 05-0700 (***) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| | ) | **CONSOLIDATED** |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-0854 (***) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 12, 2007, copies of Defendant Barr Laboratories, Inc.'s Fourth Set of Interrogatories Directed to Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. (Nos. 46-48) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary B. Matterer, Esquire |
| Morris, Nichols, Arsht & Tunnell | Morris, James, Hitchens & Williams |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1347 | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-2306 |

BY E-MAIL AND FEDERAL EXPRESS

    Shannon M. Bloodworth, Esquire  
    Heller Ehrman LLP  
    1717 Rhode Island Ave., N.W.  
    Washington, DC 20036

    Kenneth G. Schuler, Esquire  
    Latham & Watkins, LLP  
    Sears Tower, Suite 5800  
    Chicago, IL 60606

    Steven C. Cherny, Esquire  
    Latham & Watkins LLP  
    885 Third Avenue, Suite 1000  
    New York, NY 10022-4834

Additionally, on April 12, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

BY CM/ECF & HAND DELIVERY

    Jack B. Blumenfeld, Esquire  
    Morris, Nichols, Arsht & Tunnell  
    1201 North Market Street  
    P.O. Box 1347  
    Wilmington, DE 19899-1347

    Mary Matterer, Esquire  
    Morris, James, Hitchens & Williams  
    222 Delaware Avenue, 10th Floor  
    P.O. Box 2306  
    Wilmington, DE 19899-2306

BY E-MAIL AND FEDERAL EXPRESS

    Steven C. Cherny, Esquire  
    Latham & Watkins LLP  
    885 Third Avenue, Suite 1000  
    New York, NY 10022-4834

    Kenneth G. Schuler, Esquire  
    Latham & Watkins, LLP  
    Sears Tower, Suite 5800  
    Chicago, IL 60606

    Shannon M. Bloodworth, Esquire  
    HELLER & EHRMAN LLP  
    1717 Rhode Island Ave., N.W.  
    Washington, DC 20036

OF COUNSEL:  
Glenn J. Pfadenhauer  
Jessamyn S. Berniker  
Dov P. Grossman  
Brett R. Tobin  
Williams & Connolly LLP  
725 Twelfth Street, NW  
Washington, DC 20005  
(202) 434-5000

Dated: April 12, 2007

YOUNG CONAWAY STARGATT  
& TAYLOR LLP

_____  
Josy W. Ingersoll (#1088)  
John W. Shaw (#3362)  
Adam W. Poff (#3990)  
Karen E. Keller (#4489)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600  
apoff@ycst.com  
*Attorneys for Defendant Barr Laboratories, Inc.*

2