IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 05-700-(***) ) ) ) ) ) ) |

## STIPULATION AND ORDER FOR BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that the parties be allowed full briefing in connection with Defendant Barr Laboratories, Inc.'s ("Barr's") motion to compel production of documents pursuant to the crime-fraud exception, pursuant to the following schedule:

1. Barr's opening brief shall be filed no later than May 7, 2007.

2. Plaintiffs' opposition brief shall be filed no later than June 8, 2007.

3. Barr's reply brief shall be filed no later than June 25, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Adam W. Poff |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> *Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Adam W. Poff (#3990) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> *Attorneys for Defendant Barr Laboratories, Inc.* |

So ordered this _____ day of May, 2007

											_____
											United States Magistrate Judge