Case 1:05-cv-00700-***   Document 142   Filed 05/04/2007   Page 1 of 2

/142

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 05-700-(***) ) ) ) ) ) ) |

## STIPULATION AND ORDER FOR BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that the parties be allowed full briefing in connection with Defendant Barr Laboratories, Inc.'s ("Barr's") motion to compel production of documents pursuant to the crime-fraud exception, pursuant to the following schedule:

1. Barr's opening brief shall be filed no later than May 7, 2007. *[Page limitation of 30 pages]*

2. Plaintiffs' opposition brief shall be filed no later than June 8, 2007. *[Page limitation of 30 pages]*

3. Barr's reply brief shall be filed no later than June 25, 2007. *[Page limitation of 15 pages]*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Adam W. Poff |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> *Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Adam W. Poff (#3990) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> *Attorneys for Defendant Barr Laboratories, Inc.* |

Case 1:05-cv-00700-***   Document 142   Filed 05/04/2007   Page 2 of 2

So ordered this ___4___ day of May, 2007

_____
United States Magistrate Judge