IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>           Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>           Defendant. | Civil Action No. 05-0700 (***) |

**DEFENDANT BARR LABORATORIES, INC.'S MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION**

Pursuant to the Crime-Fraud Exception, defendant Barr Laboratories, Inc. ("Barr") respectfully moves this Court to conduct an *in camera* inspection and to compel production of documents that have been withheld under a claim of privilege by Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. The grounds for this Motion are fully set forth in the accompanying brief. A form of Order granting Barr's motion is attached hereto.

Counsel hereby certify that they have complied with the requirements of Local Rule 7.1.1.

Respectfully submitted,

_____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam Poff (#3990)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Defendant Barr
Laboratories, Inc.*

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Dated: May 7, 2007

2

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire hereby certify that on May 7, 2007, I caused a copy of the foregoing document to be served by CM/ECF, e-mail, and hand-delivery on the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on May 7, 2007, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Barr Laboratories, Inc.*