IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 05-0700 (***) |

## ORDER

Upon consideration of Defendant Barr Laboratories, Inc.'s Motion for *In Camera* Inspection and to Compel Production of Documents Pursuant to the Crime-Fraud Exception, IT IS HEREBY ORDERED on this ___ day of _____ that

　　(i)　　Defendant's Motion is GRANTED;

　　(ii)　　Plaintiffs' shall submit the Court within ___ days of this Order the documents listed on their privilege log and dated between February 2, 1987 and December 12, 1989 for *in camera* inspection;

　　(iii)　　Within ___ days of this Order, Plaintiffs' shall review all of their documents withheld as privileged to identify the actual first reference to any of the Eli Lilly applications; and

(iv)    Should the first reference to the Eli Lilly be earlier than February 2, 1987, Plaintiffs shall also submit for *in camera* inspection the documents listed on their privilege log between that date and February 2, 1987.

_____
The Honorable May Pat Thynge
United States Magistrate Judge