**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:05-cv-00700-JJF   Document 146   Filed 05/07/2007   Page 1 of 1