IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(***) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(***) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the Court's Orders dated October 11, 2006 (D.I. 90), February 13, 2007 (D.I. 129), and March 8, 2007 (D.I. 135), is hereby further amended as follows:

1. Expert discovery shall be completed by July 20, 2007.

2. The parties may continue to serve requests for admission such that they will be responded to no later than June 20, 2007.

3. The parties served their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on all issues for which a party bears the burden of proof on or before March 28, 2007. Unless otherwise agreed, the opposing party shall serve its disclosures to contradict or rebut evidence in the same subject matter on or before May 18, 2007, and the party bearing the burden of proof on an issue may serve its supplemental disclosures to reply on the same subject matter on or before June 15, 2007. Any objections to expert testimony based on the principles announced in *Daubert* shall be made by motion no later than the deadline for dispositive motions, unless otherwise ordered by this Court.

4. At a later date the parties will discuss further amendment of the scheduled dates for (a) briefing and argument for case dispositive motions, (b) briefing and argument for issues of claim construction, and (c) submission of the parties' Joint Claim Construction Chart.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiffs*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

*/s/ Josy W. Ingersoll*
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam Wyatt Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant
Barr Laboratories, Inc.*

MORRIS, JAMES, HITCHENS
& WILLIAMS LLP

/s/ Mary B. Matterer
Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6960

*Attorneys for Defendant
Mylan Pharmaceuticals, Inc.*

So ordered this ____ day of May, 2007

_____
United States Magistrate Judge