## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., )
                                   Plaintiffs, )
     v. )
                                    )
BARR LABORATORIES, INC. )
                           Defendant. )
                                      )

C.A. No. 05-700 (***)

**Redacted Version –
Publicly Filed**

---

## VOLUME I - APPENDIX OF EXHIBITS TO
## DEFENDANT BARR LABORATORIES, INC.'S MOTION FOR *IN CAMERA* INSPECTION
## AND TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO
## THE CRIME-FRAUD EXCEPTION

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen L. Pascale (#2903)
Adam W. Poff (#3990)
Karen E. Keller  (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C.  20005
(202) 434-5000

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: May 7, 2007

**INDEX OF EXHIBITS TO DEFENDANT BARR LABORATORIES, INC.'S
MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION
OF DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION**

Exhibit A    Excerpts from Boehringer's Privilege Log

Exhibit B    Certified Translation of Second German Patent Application DE 35 08 947

Exhibit C    Excerpts from the deposition of Dr. Claus Schneider

Exhibit D    Excerpts from the deposition of Dr. Rolf A. Fleischer

Exhibit E    Excerpts from the 30(b)(6) deposition of Heinz-Gerd Klaes

Exhibit F    Expert Report of Eric V. Anslyn, Ph.D.

Exhibit G    Intentionally left blank

Exhibit H    Excerpts from the deposition of Alan Stempel

Exhibit I    Excerpts from the deposition of Mary-Ellen Devlin

Exhibit J    Objections and Responses of Plaintiffs Boehringer Ingelheim International
GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr
Laboratories, Inc.'s Second Set of Interrogatories (Nos. 10-17)

Exhibit K    Excerpts from the 30(b)(6) deposition of Timothy X. Witkowski

Exhibit L    Objections and Responses of Plaintiffs Boehringer Ingelheim International
GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr
Laboratories, Inc.'s Third Set of Interrogatories (Nos. 18-45)

Exhibit M    Excerpts from the deposition of Dr. Dieter Laudien

Exhibit N    Excerpts from the deposition of Juergen Kauffmann

Exhibit O    Section 2303 of the Manual of Patent Examining Procedure (1988)

Exhibit 3    U.S. Patent No. 4,886,812

Exhibit 11

Exhibit 15                            REDACTED

Exhibit 16

| | |
|---|---|
| Exhibit 18 | Eli Lilly U.S. Application |
| Exhibit 22 | Eli Lilly European Application |
| Exhibit 30 | **REDACTED** |
| Exhibit 52 | Foreign Filing Text in English |
| Exhibit 53 | Certified English Translation of First German Patent Application DE 34 47 075 |
| Exhibit 92 | Boehringer Letter to EPO (Februrary 2, 1987) |
| Exhibit 95 | Boehringer Letter to EPO (May 10, 1988) |
| Exhibit 98 | Dr. Fleischer's copy of Second Preliminary Amendment and Information Disclosure Statement |
| Excerpt of Exhibit 99 | Excerpt from the Certified Copy of U.S. Application 07/256,671 |
| Exhibit 100 | Boehringer's Privilege Document Log |
| Exhibit 127 | **REDACTED** |

# EXHIBIT A

## EXHIBIT A

## Chronological Entries on Plaintiffs' Privilege Log From February 2, 1987 to December 12, 1989

| | DOC TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | CC | SUBJECT MATTER | BASIS |
|---|---|---|---|---|---|---|---|
| 74. | Letter | 2/2/1987 | Roger Milnes*<br>Dr. Rolf Fleischer* | Alan Stempel* | | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 298. | Handwritten notes with attachment | 2/9/1987 | Dr. Rolf Fleischer* | Dr. Hurnaus | | Attorney-client communication concerning patent application | AC |
| 297. | Letter | 3/2/1987 | Dr. Rolf Fleischer*<br>Roger Milnes* | Law Offices of International Rights and Patents* | | Attorney-client communication concerning patent application | AC |
| 67. | Memorandum with message and attachment | 5/26/1987 | Dr. Hoffmann* | Dr. Fleischer* | | Attorney-client communication regarding other corporation's patent | AC |
| 212. | Letter | 6/22/1987 | Leitzinger Oy* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 296. | Letter with handwritten notes | 6/24/1987 | Budapesti Nemzetközi Ügyvédi Munkaközösség* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 292. | Letter | 6/26/1987 | Hahn & Hahn* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding prosecution strategy | AC |
| 211. | Letter | 7/15/1987 | Dr. Rolf Fleischer*<br>Mr. Bubeck | Leitzinger Oy* | | Attorney-client communication concerning patent application | AC |
| 291. | Letter | 9/18/1987 | Hahn & Hahn* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 45. | Letter | 9/21/1987 | Dr. Rolf Fleischer* | Mr. Hopkins | | Attorney-client communication concerning patent application | CI AC |
| 440. | Memorandum | 10/22/1987 | Irmtraut Kalsner* | Dr. Fleischer* | Dr. Herschel | Attorney-client communication concerning patent application | AC |
| 73. | Facsimile with message | 10/27/1987 | Roger Milnes* | Mary-Ellen Timbers* | | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 72. | Facsimile with message | 11/11/1987 | Alan Stempel* | Roger Milnes* | | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 80. | Letter | 11/25/1987 | Boehringer Ingelheim GmbH Patent Office* | Roger Milnes* | | Attorney-client communication regarding patent assignment | WP AC |

1

| No. | Document type | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 439. | Letter with attached Report | 11/25/1987 | Roger Milnes* | Dr. Herschel | | Attorney-client communication (reflecting an attorney's mental impressions) regarding a potential interference proceeding | AC WP |
| 71. | Facsimile with message | 11/26/1987 | Roger Milnes* / Dr. Fleischer* | Alan Stempel* | | Attorney-client communication regarding prosecution strategy | AC |
| 66. | Memorandum | 12/2/1987 | Dr. Laudien* | Dr. David Frankhouser* | | Attorney-client communication (including attorney's mental impressions) regarding a potential interference proceeding | WP AC |
| 70. | Letter | 1/4/1988 | Dr. Fleischer* | Alan Stempel* | | Attorney-client communication (incl regarding prosecution strategy | AC WP |
| 41. | Letter | 1/18/1988 | Alan Stempel* | John Sweeney* | Philip J. Franks* / Dr. David Frankhouser* / Roger Milnes* / Dr. Dieter Laudien* | Attorney-client communication communication regarding (and containing attorney's mental impressions concerning) potential patent prosecution | WP AC |
| 268. | Letter | 1/18/1988 | Dr. Rolf Fleischer* | Fetherstonhaugh & Co.* | | Attorney-client communication concerning patent application, and other corporation's patent | AC |
| 65. | Letter | 2/2/1988 | Dr. Laudien* | Mr. Dehio / Mr. Teague | Prof. Waldeck | Attorney-client communication (including attorney's mental impressions) regarding a potential interference proceeding | WP AC |
| 104. | Memorandum with attachment | 2/5/1988 | K.J. McGough* | John Sweeney* / Bartholomew Verdivarne | | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 267. | Letter with handwritten notes | 2/11/1988 | Michael E. Wheeler* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 79. | List | 2/25/1988 | Dr. Klas* | | | Attorney work product regarding potential interference | WP |
| 78. | Letter with attachment | 2/29/1988 | John Sweeney* | David Frankhouser* | | Attorney-client communication regarding prosecution strategy | AC WP |
| 266. | Letter | 3/1/1988 | Dr. Rolf Fleischer* | Fetherstonhaugh & Co.* | | Attorney-client communication concerning patent application | AC |
| 64. | Letter with handwritten notes | 3/14/1988 | Dr. Laudien* | Prof. Waldeck | | Attorney-client communication regarding patent assignment | AC |
| 176. | Handwritten notes with attachment | 3/17/1988 | Dr. Klas* | To Personal File | | Attorney-client communication regarding a potential interference proceeding | AC |

| No. | Document | Date | From | To | CC | Privilege Description | Code |
|---|---|---|---|---|---|---|---|
| 69. | Facsimile with message | 3/18/1988 | Alan Stempel* | Dr. Dieter Laudien* | Dr. David Frankhouser* | Attorney-client communication regarding a potential interference proceeding | AC |
| 77. | Telex | 3/18/1988 | Dr. Dieter Laudien* | David Frankhouser* | | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 86. | Routing Page with attached Letter | 3/18/1988 | W. Lackstrom | David Frankhouser* | | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 102. | Telex with message | 3/18/1988 | Dr. Laudien* | David Frankhouser* | | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 103. | Facsimile with message | 3/18/1988 | Alan Stempel* | Dr. Laudien* | | Attorney-client communication concerning patent application | AC |
| 175. | Facsimile with attachment | 3/18/1988 | Dr. Laudien* | Dr. Rosenthal, Dr. Kutter | | Attorney-client communication (including the mental impressions of an attorney) regarding a potential interference proceeding | AC WP |
| 265. | Letter with attachments and handwritten notes | 3/24/1988 | David L. Conn* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding interpretation of claim, and patent law interpretation | AC |
| 58. | Letter with attachment | 3/30/1988 | Dr. Merz | Dr. Rolf Fleischer* | | Attorney-client communication regarding interpretation of claim | AC |
| 57. | Letter with attachment | 4/6/1988 | Dr. Mierau | Dr. Fleischer, Dr. Merz | | Attorney-client communication regarding a potential interference proceeding | AC |
| 85. | Letter | 4/12/1988 | Dr. Dieter Laudien* | David Frankhouser* | | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 174. | Handwritten notes with attachment | 4/12/1988 | Dr. Kauffmann | Dr. Herschel, Dr. Laudien*, Dr. Merz, Ap. Kauffmann | Prof. Daniel, Dr. Hoppe, Dr. Kutter | Attorney-client communication (including the mental impressions of an attorney) regarding a potential interference proceeding | AC WP |
| 421. | Letter | 4/12/1988 | Dr. Rolf Fleischer* | Dr. Merz | Dr. Hurnaus | Attorney-client communication concerning patent application | AC |
| 59. | Facsimile with message, handwritten notes, and attachment | 4/20/1988 | Dr. Rolf Fleischer* | Dr. Merz | | Attorney-client communication concerning patent application | AC |

3

| No. | Type | Date | | | | Description | |
|---|---|---|---|---|---|---|---|
| 76. | Letter | 4/21/1988 | David Frankhouser* | John Sweeney* | Alan Stempel* / P. J. Franks* / Dr. Dieter Laudien* | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 83. | Letter | 4/21/1988 | David Frankhouser* | John Sweeney* | Alan Stempel* / P. Franks* / Dr. Dieter Laudien* | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 84. | Facsimile with attachment | 4/21/1988 | David Frankhouser* | Dr. Dieter Laudien* | D. Barrios / P. Franks* / Dr. W. Wardell / Dr. A. Rosenthal | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 264. | Letter with attachments | 4/22/1988 | David L. Conn* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 82. | Letter | 5/3/1988 | Dr. Laudien* | David Frankhouser* | | Attorney-client communications (including attorney's mental impressions) regarding a potential interference proceeding | AC WP |
| 39. | Facsimile with message | 5/6/1988 | Roger Milnes* / Dr. Rolf Fleischer* | Alan Stempel* | | Attorney-client communication regarding a potential interference proceeding | AC |
| 40. | Facsimile with handwritten notes and attachment with handwritten notes | 5/8/1988 | Alan Stempel* | Roger Milnes* | | Attorney-client communication regarding (and containing attorney's mental impressions concerning) prosecution strategy | WP AC |
| 100. | Letter | 5/10/1988 | John Sweeney* | David Frankhouser* | Alan R. Stempel* / John D. Foley* | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 68. | Letter with attachment | 5/11/1988 | Dr. Fleischer* | Alan Stempel* | | Attorney-client communication regarding a potential interference proceeding. | AC |
| 308. | Letter with attachment | 5/24/1988 | Frank B. Dehn & Co. * | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding prosecution strategy | AC |
| 99. | Memorandum | 6/6/1988 | Alan Stempel* | Dr. James Oliver | David Frankhouser* | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 98. | Facsimile with message, handwritten notes, and attachment | 6/10/1988 | Dr. William M. Wardell | Dr. Herschel / Dr. Hertkorn | | Attorney-client communication concerning patent application and patent rights and discussing legal advice from Dr. Laudien* [Head of German Patent Department] | AC WP |

4

| No. | Document | Date | Author | Recipient | | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 101. | Memorandum with attachment and handwritten notes | 6/22/1988 | David Frankhouser* | Philip J. Franks* | | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 97. | Letter | 6/23/1988 | Philip J. Franks* | Alex Dehio | Dr. Huber Dr. Laudien* Dr. Frankhouser* Mr. Barrios Mr. Lackstrom | Attorney-client communication reflecting the mental impressions of an attorney regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 96. | Facsimile with message and attachment | 6/24/1988 | Philip J. Franks* | Alex Dehio | Dr. Huber Dr. Laudien* | Attorney-client communication reflecting mental impressions of an attorney regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 33. | Facsimile with message and handwritten notes | 6/29/1988 | David Frankhouser* | Roger Milnes* | | Attorney-client communication (including attorney's mental impressions) regarding potential patent prosecution | CI WP AC |
| 32. | Facsimile with handwritten notes and attachment | 8/3/1988 | Boehringer Ingelheim GmbH Patent Office* | Dr. Karl Thomae GmbH Patent Office* | | Attorney-client communication regarding potential patent prosecution (including attorney's mental impressions regarding potential patent prosecution) | WP AC |
| 307. | Letter | 8/22/1988 | Roger Milnes* Dr. Rolf Fleischer* | Messrs. Frank B. Dehn & Co.* | | Attorney-client communication concerning patent application | AC |
| 438. | Facsimile with attachment | 8/27/1988 | Mr. Warren Lackstrom* | Dr. Herschel Dr. Hertkorn | | Attorney-client communication regarding a potential interference proceeding relayed by attorney Alan R. Stempel* | AC |
| 38. | Facsimile with message | 8/28/1988 | Alan Stempel* | Dr. Dieter Laudien* | Dr. David Frankhouser* | Attorney-client communication regarding potential patent prosecution (including attorney's mental impressions regarding potential patent prosecution) | WP AC |
| 61. | Facsimile with message and attachment | 9/9/1988 | Guenter Schingnitz | Dr. Fleischer* | | Attorney-client communication concerning patent application | AC |
| 37. | Letter with handwritten notes | 9/15/1988 | Roger Milnes* Mr. Bubeck | Dr. David Frankhouser* | | Attorney-client communication regarding (and containing attorney's mental impressions concerning) potential legal consequence of new data | WP AC |
| 60. | Facsimile with message, handwritten notes and attachment | 9/22/1988 | Dr. Mierau | Dr. Fleischer* | | Attorney-client communication concerning patent application | AC |

| No. | Document | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 62. | Facsimile with message and attachment | 9/27/1988 | Guenter Schingnitz | Dr. Fleischer* | | Attorney-client communication concerning patent application | AC |
| 245. | Letter with attachment | 9/28/1988 | Frank B. Dehn & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding prosecution strategy | AC |
| 36. | Facsimile with message and attachment | 10/3/1988 | Alan Stempel* | Dr. Dieter Laudien* | | Attorney-client communication regarding (and containing attorney's mental impressions concerning) potential patent protection claim | WP AC |
| 75. | Facsimile with message and attachment | 10/3/1988 | Alan Stempel* | Roger Milnes* | | Attorney-client communication regarding a potential interference proceeding | AC WP |
| 95. | Facsimile with message and attachment | 10/3/1988 | Alan Stempel* | Dr. Laudien* | | Attorney-client communication reflecting mental impressions of an attorney regarding a potential interference proceeding and in anticipation of litigation | AC WP |
| 63. | Letter | 10/5/1988 | Dr. Rolf Fleischer* | Dr. Laudien | | Attorney-client communication regarding other corporation's patent | AC |
| 427. | Letter | 10/11/1988 | Dr. Hoffmann* Dr. Klas* | Dr. Frankhouser* | | Attorney-client communication concerning patent application | AC |
| 420. | Letter with notes | 10/14/1988 | Dr. Rolf Fleischer* | Dr. Merz | Dr. Hurnaus | Attorney-client communication regarding prosecution strategy | AC |
| 56. | Facsimile with message and attachment | 10/17/1988 | Dr. Laudien* | Dr. Frankhouser* | Roger Milnes* Dr. Rolf Fleischer* | Attorney-client communication regarding prosecution strategy | AC |
| 109. | Letter with attachment | 11/10/1988 | Dr. Hoffmann* Dr. Klas* | David Frankhouser* | | Attorney-client communication regarding prosecution strategy | AC |
| 108. | Facsimile with message | 11/23/1988 | Dr. Laudien* | David Frankhouser* | | Attorney-client communication regarding prosecution strategy | AC |
| 94. | Facsimile with attachment | 12/9/1988 | David Frankhouser* | Dr. Dieter Laudien | | Attorney-client communication reflecting mental impressions of an attorney regarding a potential interference proceeding and the possibility of a settlement agreement | AC WP |
| 27. | Handwritten notes with attachment | 12/22/1988 | Dr. Schingnitz | Dr. Dieter Laudien* | | Attorney-client communication regarding analysis of patent | AC |
| 81. | Memorandum with attachment | 12/22/1988 | Warren Lackstrom | Dr. Janice Wahl | | Attorney-client communication regarding prosecution strategy | AC WP |
| 55. | Facsimile with message and attachment | 1/10/1989 | Boehringer Ingelheim GmbH Patent Office* | Dr. Karl Thomae GmbH Patent Office* | | Attorney-client communication concerning patent application | AC CI |

6

| No. | Document | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 306. | Letter | 1/10/1989 | Mr. Bubeck Dr. Rolf Fleischer* | Messrs. Frank B. Dehn & Co.* | | Attorney-client communication concerning patent application | AC |
| 28. | Facsimile with attachment | 1/16/1989 | Dr. Rolf Fleischer* Roger Milnes* | Alan Stempel* | | Attorney-client communication discussing patent application | AC |
| 34. | Facsimile with attachment | 1/16/1989 | Boehringer Ingelheim GmbH Patent Office* | Alan Stempel* | | Attorney-client communication between counsel regarding filing of new method claim | AC |
| 35. | Letter with attachments | 1/23/1989 | Alan Stempel* | Roger Milnes* | | Attorney-client communication attaching copies of Office Action, Statement of Disclosures, Notice of Allowance, and taxes regarding potential patent interference proceeding | WP AC |
| 226. | Letter | 2/1/1989 | Alan R. Stempel* | Ponce, Enrile, Cayetano, Reyes and Manalastas* | Dr. Laudien* | Attorney-client communication concerning patent application | AC |
| 243. | Letter with handwritten notes and attachments | 2/2/1989 | Frank B. Dehn & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding prosecution strategy | AC |
| 23. | Facsimile with message and attachment | 2/15/1989 | Alan Stempel* | Roger Milnes* | | Attorney-client communication regarding status of patent applications and potential interference proceeding (including attorney's mental impressions concerning potential interference proceeding) and attaching draft response to Office Action (forwarded by Alan Stempel* to Roger Milnes*) | AC WP |
| 106. | Memorandum | 2/27/1989 | Alan Stempel* | Heidi Reidis | David Frankhouser* Warren Lackstrom | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |
| 107. | Memorandum | 2/27/1989 | Alan Stempel* | Heidi Reidis | David Frankhouser* Warren Lackstrom | Attorney-client communication reflecting an attorney's mental impressions regarding a potential interference proceeding | AC WP |

| No. | Type | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 156. | Memorandum | 2/27/1989 | H. Reidies | B. Brooks, J. Cott, D. Greenwood, S. Hattox, K. Jason, L. Kudzy, A. Ranhosky | A. Stempel* | Attorney-client communication regarding prosecution strategy | AC |
| 26. | Letter | 3/6/1989 | Dr. Laudien* | Dr. Herschel | | Attorney-client communication (including attorney's mental impressions) regarding a potential interference proceeding | AC WP |
| 110. | Facsimile with message | 3/6/1989 | Dr. Laudien* | David Frankhouser* | | Attorney-client communication regarding prosecution strategy | AC |
| 173. | Letter | 3/6/1989 | Dr. Laudien* | Dr. Herschel | | Attorney-client communication (including the mental impressions of an attorney) regarding a potential interference proceeding | AC WP |
| 21. | Facsimile with message | 3/8/1989 | Alan Stempel* | Dr. Dieter Laudien* | Dr. David Frankhouser* | Attorney-client communication (including attorney's mental impressions) regarding potential patent interference proceeding | AC WP |
| 20. | Letter with attachment | 3/13/1989 | Alan Stempel* | Dr. Dieter Laudien* | Dr. David Frankhouser* | Attorney-client communication (including attorney's mental impressions) regarding potential patent interference proceeding | AC WP |
| 24. | Letter | 3/14/1989 | Roger Milnes* | Dr. Schingnitz | | Attorney-client communication concerning patent application | AC |
| 22. | Facsimile with message | 3/20/1989 | Dr. Fleischer*, Roger Milnes* | Alan Stempel* | | Attorney-client communication regarding patent applications | AC |
| 105. | Meeting Notes | 3/21/1989 | Dr. Herschel | David Frankhouser*, Ap. Kauffmann, Dr. Hertkorn, Dr. Laudien* | | Attorney-client communication regarding prosecution strategy | AC |
| 220. | Letter | 3/30/1989 | Frank B. Dehn & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding interpretation of claim | AC |
| 199. | Letter with attachment | 3/31/1989 | Tomkins & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 205. | Letter | 4/4/1989 | Dr. Rolf Fleischer*, Dr. Bubeck | Dr. Reinhold Cohn & Partners* | | Attorney-client communication concerning patent application | AC |

8

| No. | Type | Date | | | | Description | Designation |
|---|---|---|---|---|---|---|---|
| 263. | Letter with attachment | 4/4/1989 | Michael E. Wheeler* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 445. | E-mail string | 4/14/1989 | Dr. Yasuko Kohno | Irmtraut Kaisner* | Dr. Joachim Mierau Tsuneki Kawabata Yoshimitsu Makino Dr. Shigeyasu Mannen Hisao Nagasawa Takashi Yamashita Dr. Peter Boehm | Attorney-client communication concerning patent application | AC |
| 204. | Letter with attachments | 5/8/1989 | Dr. Reinhold Cohn and Partners* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding prosecution strategy | AC |
| 262. | Letter | 5/8/1989 | Roger Milnes* Dr. Rolf Fleischer* | Fetherstonhaugh & Co.* | | Attorney-client communication concerning patent application | AC |
| 317. | Letter with attachments and handwritten notes | 6/5/1989 | Johan Garbitz | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 261. | Facsimile with message | 6/6/1989 | David L. Conn* | Mr. Roger Milnes* | | Attorney-client communication concerning patent application | AC |
| 225. | Facsimile with message | 6/7/1989 | Mr. Bubeck Dr. Rolf Fleischer* | Ponce, Enrile, Cayetano, Reyes & Manalastas* | | Attorney-client communication concerning patent application | AC |
| 260. | Facsimile with message | 6/9/1989 | Dr. Rolf Fleischer* Roger Milnes* | Fetherstonhaugh & Co.* | | Attorney-client communication regarding a potential interference proceeding | AC |
| 200. | Letter with attachment | 6/21/1989 | Tomkins & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 203. | Letter | 6/21/1989 | Roger Milnes* | Dr. Reinhold Cohn & Partners* | • | Attorney-client communication concerning patent application | AC |
| 202. | Letter with attachments and handwritten notes | 7/18/1989 | Dr. Reinhold Cohn and Partners* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 259. | Letter with attachments and handwritten notes | 7/24/1989 | David L. Conn* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication concerning patent application | AC |
| 54. | Letter | 7/26/1989 | Dr. Laudien* | BI Medical Dept. | Prof. Waldeck Prof. Kutter Mr. Dehio | Attorney-client communication (including attorney's mental impressions) regarding a potential interference proceeding | AC WP |
| 258. | Memorandum with attachments | 8/24/1989 | Fetherstonhaugh & Co.* | Boehringer Ingelheim GmbH Patent Office* | | Attorney-client communication regarding patent law interpretation | AC |

| 289. | Letter | 9/6/1989 | Hahn & Hahn* | Boehringer Ingelheim GmbH Patent Office* | Attorney-client communication concerning patent application | AC |
| 290. | Letter | 9/6/1989 | Hahn & Hahn* | Boehringer Ingelheim GmbH Patent Office* | Attorney-client communication regarding patent law interpretation | AC |
| 224. | Letter | 10/6/1989 | Dalisay O. San Jose* | Dr. Dieter Laudien* | Attorney-client communication regarding patent application | AC |
| 244. | Letter | 10/10/1989 | Dr. Rolf Fleischer* | Messrs. Frank B. Dehn & Co.* | Attorney-client communication concerning patent application | AC |
| 316. | Letter | 10/11/1989 | R. Miles*<br>Dr. Rolf Fleischer* | Bryn & Aarflot* | Attorney-client communication concerning patent application | AC |
| 315. | Letter | 10/16/1989 | Roger Milnes*<br>Dr. Rolf Fleischer* | Bryn & Aarflot* | Attorney-client communication concerning patent application | AC |
| 223. | Letter | 10/24/1989 | Roger Milnes*<br>Dr. Rolf Fleischer* | Alan Stempel* | Attorney-client communication regarding patent law interpretation | AC |
| 242. | Letter with attachment | 10/25/1989 | Frank B. Dehn & Co.* | Boehringer Ingelheim GmbH Patent Office* | Attorney-client communication regarding patent law interpretation | AC |
| 305. | Letter with attachment | 11/6/1989 | Frank B. Dehn & Co.* | Boehringer Ingelheim GmbH Patent Office* | Attorney-client communication regarding prosecution strategy | AC |
| 311. | Letter | 11/14/1989 | Dr. Rolf Fleischer*<br>Roger Milnes* | Octrooibureau Vriesendorp & Gaade* | Attorney-client communication concerning patent application | AC |
| 304. | Letter | 11/30/1989 | Roger Milnes*<br>Dr. Rolf Fleischer* | Messrs. Frank B. Dehn & Co.* | Attorney-client communication concerning patent application | AC |

10

# EXHIBIT B



**TRANSPERFECT**
T R A N S L A T I O N S

AFFIDAVIT OF ACCURACY

I, Tyler Mickelson, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [German Patent Application DE 35 08 947 A1: Exhibit 5] from German into English.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

Tyler Mickelson
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 320 North
Washington, DC 20005

Sworn to before me this
26th day of March 2007

Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

Stamp, Notary Public

Washington, DC

BARR209351

[Stamp: **Exhibit 5**]

| | | |
|---|---|---|
| (19) **FEDERAL REPUBLIC of GERMANY** | (12) **First Publication** (11) **DE 35 08 947 A1** | (51) Int.Cl.[4]: **A 61 K 31/ 425** |

[federal eagle]

**GERMAN PATENT OFFICE**

(21) File reference:
    **P 35 08 947.4**

C 07 D 417/10
C 07 D 295/04
C 07 D 277/82

(22) Application Date:
    13. 3. 1985

(43) First publication date:
    18. 9. 1986

---

(71) Applicant(s):

Boehringer Ingelheim KG, 6507 Ingelheim, DE

(72) Inventor(s):

Hinzen, Dieter, Prof. Dr., 6501 Zornheim, DE; Schingnitz, Günter, Dr., 6550 Bad Kreuznach, DE; Griss, Gerhart, Graduated Chemist, Dr., 7950 Biberach, (deceased), DE; Pichler, Ludwig, Dr., Vienna, AT; Schneider, Claus, Graduated Chemist, Dr., 6507 Ingelheim, DE; Humaus, Rudolf, Graduated Chemist, Dr., 7950 Biberach, DE; Kobinger, Walter, Prof. Dr.,Vienna, AT; Bauer, Rudolf, Dr., 6200 Wiesbaden, DE; Mierau, Joachim, Dr., 6500 Mainz, DE

---

(54) Composition for the Treatment of Parkinsonism or Parkinson's Disease

[left & right margins: **DE 35 08 947 A1**]

BARR209352

[Stamp: 3508947]

-49- [strikethrough by hand]

Patent Claims

1.   Tetrahydro-benzthiazoles of general formula



(I)

wherein

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6
carbon atoms, an alkenyl or alkynyl group each having 3 to 6
carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a
phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon
atoms in the alkyl part,

$R_2$ represents a hydrogen atom or an alkyl group with 1 to 4
carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 7
carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an
alkenyl or alkynyl group having 3 to 6 carbon atoms, an
alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or
phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl
part, whilst the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms,

[Stamp: ORIGINAL INSPECTED]

BARR209353

[Stamp: 3508947]
[Stamp: **follow-up submission**]

—50— -2- [page no. change by hand]

$R_4$ represents a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, and the acid addition salts thereof, for the treatment of Parkinson's disease or Parkinsonism.

2.     2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole or the acid addition salts thereof for the treatment of Parkinson's disease or Parkinsonism.

3.     Use of a compound of the general formula I according to claim 1 or one of its acid addition salts for the production of a pharmaceutical suitable to treat Parkinson's disease and/or Parkinsonism.

4.     A process as claimed in claim 3, characterized in that 2-amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole or an acid addition salt thereof is used.

[Stamp: ORIGINAL INSPECTED]

BARR209354

[Stamp: 3508947]
[Stamp: **follow-up submission**]
—51— -3- [page no. change by hand]

5.    Pharmaceutical composition for treating Parkinson's
disease or Parkinsonism wherein said pharmaceutical composition
contains as its active substance a compound of the general
formula I according to claim 1 or one of its acid addition
salts.

6.    Pharmaceutical composition as claimed in claim 5,
characterized in that 2-amino-6-n-propylamino-4,5,6,7-
tetrahydro-benzthiazole or an acid addition salt thereof is
used.

BARR209355

[Stamp: 3508947]

—1— -4- [page no. change by hand]

Case 1/737
Rm/Is

**BOEHRINGER INGELHEIM KG, D-6507 INGELHEIM/RHEIN**

**Agent for treating Parkinsonism or**
**Parkinson's disease**

[Stamp: ORIGINAL INSPECTED]

BARR209356

[Stamp: 3508947]

—2— -5-[page no. change by hand]

German Patent Application No. 34 47 075.1 describes tetrahydro-benzthiazoles of general formula



(I)

the enantiomers and acid addition salts thereof, particularly the physiologically acceptable acid addition salts thereof with inorganic or organic acids, and processes for preparing them.

If in general formula I one of the groups $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group, these compounds of general formula I are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or the circulation.

BARR209357

[Stamp: 3508947]

~~-3-~~ -6- [page no. change by hand]

In general formula I above

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part,

$R_2$ represents a hydrogen atom or an alkyl group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

Preferred compounds of general formula I above are those wherein the group $\begin{smallmatrix} R_3 \\ R_4 \end{smallmatrix}{>}N{-}$ is in the 5 or 6-position.

[Stamp: ORIGINAL INSPECTED]

BARR209358

[Stamp: 3508947]

—4— -7- [page no. change by hand]

As examples of the definitions of the groups



the  group represents an amino, methylamino,

ethylamino, n-propylamino, isopropylamino, n-butylamino,
isobutylamino, tert.butylamino, n-pentylamino, isoamylamino,
n-hexylamino, dimethylamino, diethylamino, di-n-propylamino,
di-n-butylamino, methyl-ethylamino, methyl-n-propylamino,
methyl-isopropylamino, ethyl-isopropylamino, allylamino,
buten-2-ylamino, hexen-2-ylamino, N-methyl-allylamino,
N-ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-
allylamino, propargylamino, N-methyl-propargylamino,
N-n-propyl-propargylamino, formylamino, acetylamino,
propionylamino, butanoylamino, hexanoylamino, N-methyl-
acetylamino, N-allyl-acetylamino, N-propargyl-acetylamino,
benzylamino, N-methyl-benzylamino, 1-phenylethylamino, 2-
phenylethylamino, 3-phenyl-n-propylamino, benzoylamino,
phenacetylamino or 2-phenyl-propionylamino group and

the group may represent an amino, methylamino,

ethylamino, n-propylamino, isopropylamino, n-butylamino,
isobutylamino, tert.butylamino, n-pentylamino,
isoamylamino, n-hexylamino, n-heptylamino, dimethylamino,
diethylamino, di-n-propylamino, Di-n-butylamino, methyl-
ethylamino, methyl-n-propylamino, methyl-isopropylamino, ethyl-
isopropylamino, allylamino, buten-2-ylamino, hexen-2-ylamino,
diallylamino, N-methyl-allylamino, N-ethyl-allylamino, N-n-
propyl-allylamino, N-n-butyl-

BARR209359

[Stamp: 3508947]

—5— -8- [page no. change by hand]

allylamino, propargylamino, butin-2-ylamino, hexin-
2-ylamino, dipropargylamino, N-methyl-propargylamino,
N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino,
cyclopentylamino, cyclohexylamino, cycloheptylamino,
N-methyl cyclohexylamino, N-ethyl-cyclohexylamino,
formylamino, acetylamino, propionylamino, butanoylamino,
pentanoylamino, hexanoylamino, heptanoylamino, N-methyl-
acetylamino, N-ethyl-acetylamino, N-n-propyl-acetylamino,
N-allyl-acetylamino, benzoylamino, fluorobenzoylamino,
chlorobenzoylamino, bromobenzoylamino, phenylacetamino,
2-phenylpropionylamino, N-methyl-benzoylamino, N-ethyl-
chlorobenzoylamino, Dichlorobenzoylamino, N-cyclohexyl-
acetylamino, benzylamino, chlorobenzylamino, bromobenzylamino,
1-phenylethylamino, 2-phenylethylamino, 2-phenyl-n-
propylamino, 3-phenyl-n-propylamino, N-methyl-benzylamino,
N-ethyl-benzylamino, N-ethyl-chlorobenzylamino, N-ethyl-2-
phenylethylamino, N-acetyl-benzylamino, N-acetyl-
chlorobenzylamino, N-allyl-benzylamino, N-allyl-
chlorobenzylamino, pyrrolidino, piperidino, hexamethyleneimino
or morpholino group.

Particularly preferred compounds of general formula I are,
however, the compounds of general formula



wherein

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 3
carbon atoms, an allyl, benzyl or phenylethyl group,

BARR209360

[Stamp: 3508947]

─6─ -9- [page no. change by hand]

$R_2$ represents a hydrogen atom, a methyl or ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, but particularly the compounds wherein the group

$R_3$
$\searrow$
$\quad$ N- is in the 6-position, and the acid addition salts
$R_4$
$\nearrow$

thereof, particularly the physiologically acceptable acid addition salts.


According to the invention the new compounds are obtained by the following methods:

a) Reacting a cyclohexanone of general formula



(II)

wherein
$R_3$ and $R_4$ are as hereinbefore defined and
X represents a nucleophilically exchangeable group such as a halogen atom, e.g. a chlorine or bromine atom, with a thiourea of general formula

BARR209361

[Stamp: 3508947]

—7— -10- [page no. change by hand]



(III)

wherein
$R_1$ and $R_2$ are as hereinbefore defined.

The reaction is carried out in a melt or in a solvent or
mixture of solvents such as water, ethanol, water/ethanol,
pyridine, dioxan, dioxan/water, glacial acetic acid,
tetrahydrofuran or dimethylformamide, conveniently at
temperatures of between 0 and 150°C, preferably at
temperatures of between 20 and 100°C and optionally in the
presence of a base, e.g. sodium hydroxide solution, sodium
acetate, pyridine, triethylamine or N-ethyl-diisopropylamine.
The compounds of general formula II used as starting materials
need not be isolated.

b)    Reacting a compound of general formula

(IV)

wherein
$R_3$ and $R_4$ are as hereinbefore defined, with a formamidine
disulfide of general formula

(V)

[Stamp: ORIGINAL INSPECTED]

BARR209362

[Stamp: 3508947]

—8— -11- [page no. change by hand]

wherein

$R_1$ and $R_2$ are as hereinbefore defined and

Y⁻ represents an anion of an inorganic or organic acid.

The reaction is preferably carried out in a melt or in a high-boiling solvent such as glycol, dimethylformamide, diphenylether or dichlorobenzene, conveniently at temperatures of between 25 and 200°C, preferably at temperatures of between 70 and 150°C.

c)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a hydrogen atom:

Splitting off a protecting group from a compound of general formula



(VI)

wherein

at least one of the groups $R_1'$, $R_2'$, $R_3'$ or $R_4'$ represents a protecting group for an amino group such as an acyl or alkoxycarbonyl group, e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with the nitrogen atom between them represent an imido group, e.g. the phthalimido group, and

BARR209363

[Stamp: 3508947]

—9— -12- [page no. change by hand]

the other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the meanings given for $R_1$ to $R_4$ hereinbefore, with the exception of the acyl groups mentioned hereinbefore.

The splitting off of a protecting group is preferably carried out by hydrolysis in the presence of a base such as sodium hydroxide solution or potassium hydroxide solution or in the presence of an acid such as hydrochloric or sulphuric acid in an aqueous solvent such as water/ethanol, water/dioxin or water/tetrahydrofuran at temperatures of between 50 and 150°C, preferably at the boiling temperature of the reaction mixture. An imido group such as the phthalimido group used as a protecting group is preferably split off with hydrazine in a solvent such as water, water/ethanol or water/dioxan at the boiling temperature of the solvent used.

d)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned alkyl, cycloalkyl, alkenyl or phenylalkyl groups:

Reduction of a compound of general formula



VII

wherein
at least one of the groups $R_1''$, $R_2''$, $R_3''$ or $R_4''$ represents one of the acyl or phenylacyl groups mentioned hereinbefore and

[Stamp: ORIGINAL INSPECTED]

BARR209364

[Stamp: 3508947]

—10— -13- [page no. change by hand]

the other groups have the meanings given for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore, with a metal hydride in a solvent.

The reduction is carried out in a suitable solvent such as diethylether, tetrahydrofuran, glycoldimethylether or dioxan with a metal hydride, e.g. with a complex metal hydride such as lithium aluminium hydride, at temperatures of between 0 and 100°C, but preferably at temperatures of between 20 and 80°C.

In order to prepare compounds of general formula I wherein one of the groups $R_3$ or $R_4$ represents one of the acyl groups mentioned hereinbefore, it is particularly advantageous to carry out the reaction with lithium aluminium hydride at temperatures of between 0 and 30°C, preferably at ambient temperature.

e)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned hereinbefore:

Reacting a compound of general formula



(VIII)

wherein
at least one of the groups $R_1''''$, $R_2''''$, $R_3''''$ or $R_4''''$ represents a hydrogen atom and the other groups $R_1''''$, $R_2''''$, $R_3''''$ or $R_4''''$ have the meanings given for $R_1$ to $R_4$ hereinbefore, with a compound of general formula

BARR209365

[Stamp: 3508947]

-11- -14- [page no. change by hand]

$$R_s - Z \qquad (IX)$$

wherein
$R_s$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or
phenylalkyl groups mentioned for $R_1$ to $R_4$ hereinbefore and Z
represents a nucleophilically exchangeable group such as a
halogen atom or a sulfonic acid group, e.g. a chlorine,
bromine or iodine atom, a methoxysulfonyloxy or p-toluene-
sulfonyloxy group, or Z together with an adjacent
hydrogen of the group $R_s$ represents an oxygen.

The reaction is carried put in a solvent such as water,
methanol, ethanol, tetrahydrofuran, dioxane, acetone,
acetonitrile or dimethylsulfoxide with an alkylating agent
such as methyliodide, dimethylsulfate, ethylbromide,
diethylsulfate, allyliodide, benzylbromide,
2-phenylethylbromide or methyl-p-toluenesulfonate, optionally
in the presence of a base such as sodium hydroxide solution,
potassium carbonate, sodium hydride, potassium-tert.butoxide
or triethylamine, conveniently at temperatures of between -10
and 50°C, but preferably at temperatures of between 0 and
30°C. However, the reaction may also be carried out without a
solvent.

Alkylation of the nitrogen atom may also be effected using
formaldehyde/formic acid at elevated temperatures, e.g. at the
boiling temperature of the reaction mixture, or with a
corresponding carbonyl compound and a complex metal hydride
such as sodium borohydride or sodiumcyanoborohydride in a
solvent such as water/methanol, ethanol, ethanol/water,
dimethylformamide or tetrahydrofuran at temperatures of between
0 and 50°C, but preferably at ambient temperature.

[Stamp: ORIGINAL INSPECTED]

BARR209366

[Stamp: 3508947]

—12—  -15-  [page no. change by hand]

If according to the invention a compound of general formula I
is obtained wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$
represents a hydrogen atom, this may be converted by
corresponding acylation into a corresponding compound of
general formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the acyl groups mentioned herein
before.

The subsequent acylation is appropriately carried out in a
solvent such as methylene chloride, chloroform,
carbontetrachloride, ether, tetrahydrofuran, dioxan, glacial
acetic acid, benzene, toluene, acetonitrile or
dimethylformamide, optionally in the presence of an acid-
activating agent or a dehydrating agent, e.g. in the presence
of ethyl chloroformate, thionylchloride,
N,N-dicyclohexylcarbodiimide, N,N'-dicyclohexylcarbodiimide/
N-hydroxysuccinimide, N,N'-carbonyldiimidazole or N,N'-
thionyldiimidazole or triphenylphosphine/carbontetrachloride,
or an agent which activates the amino group, e.g. phosphorus
trichloride, and optionally in the presence of an inorganic
base such as sodium carbonate or a tertiary organic base such
as triethylamine or pyridine, which may simultaneously be used
as solvent, at temperatures of between -25°C and 250°C, but
preferably at temperature of between -10°C and the boiling
temperature of the solvent used. The reaction may also be
carried out without a solvent and furthermore any water formed
during the reaction may be removed by azeotropic distillation,
e.g. by heating with toluene using a water separator, or by
adding a drying agent such as magnesium sulphate or molecular
sieve.

The compounds of general formula I which have at least one
chiral center can be resolved into their enantiomers by
conventional methods,

BARR209367

[Stamp: 3508947]

—13—  -16- [page no. change by hand]

e.g. by column chromatography on a chiral phase, by
fractional distillation of the diastereomeric salts or by
column chromatography of their conjugates with optically
active auxiliary acids such as tartaric acid, O,O-dibenzoyl-
tartaric acid, camphor acid, camphorsulfonic acid or
α-methoxy-phenylacetic acid.

The compounds may also be converted into the acid addition
salts thereof, particularly the physiologically acceptable
acid addition salts with inorganic or organic acids. Suitable
acids for this include, for example, hydrochloric,
hydrobromic, sulfuric, phosphoric, lactic, citric, tartaric,
succinic, maleic or fumeric acid.  The compounds of general
formulae II to IX used as starting materials are known from
the literature in some cases or may be obtained using methods
known from the literature.

Thus, for example, a compound of general formula II is
obtained by halogenation of the corresponding cyclohexanone,
which is in turn prepared by oxidation of the corresponding
cyclohexanol and optional subsequent alkylation and/or
acylation.

The compounds of general formulae VI, VII and VIII used as
starting materials are obtained by condensation of a
corresponding α—bromo—cyclohexanone with a corresponding
thiourea.

As already mentioned hereinbefore, the compounds of general
formula I wherein at least one of the groups $R_1$ to $R_4$
represents one of the acyl groups mentioned above are valuable
intermediate products for preparing the compounds of general
formula I wherein $R_1$ to $R_4$

[Stamp: ORIGINAL INSPECTED]

BARR209368

[Stamp: 3508947]

~~-14-~~ -17- [page no. change by hand]

have the meanings given to $R_1$ to $R_4$ hereinbefore, with the
exception of the acyl groups referred to hereinbefore. These
compounds and the physiologically acceptable acid addition
salts thereof have valuable pharmacological properties,
particularly an effect on blood pressure, a heart
rate-lowering effect and an effect on the central
nervous system, particularly a stimulant effect
on the dopamine receptors.

For example, therefore, in order to investigate the effect on
presynaptic dopamine receptors, the following compounds

A = 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride,

B = 2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride,

C = 2-amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride,

D = 2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
    benzthiazole-dihydrochloride,

E = 6-[N-allyl-N-(4-chloro-benzyl)-amino]-2-amino-4,5,6,7-
    tetrahydro-benzthiazole-dihydrochloride and

F = 2-amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride

were tested first for their effect on the exploratory activity
of mice and then, after any effect on postsynaptic dopamine
receptors had been clarified (motility in animals pretreated
with reserpine), the effect on dopamine turnover and dopamine
synthesis was determined as follows:

BARR209369

[Stamp: 3508947]

~~-15-~~ -18- [page no. change by hand]

1. Inhibition of the exploratory activity

The activity was measured in observation cages fitted with an
infra-red light barrier. The frequency of interruption of the
light beam by a group of 5 mice within 5 minutes is measured.
Groups of 5 animals are given the test substance, unless
otherwise specified, in a dosage of 10 mg/kg by subcutaneous
injection. One hour later the animals are moved into the
observation cages where their exploratory activity over a
period of 5 minutes is immediately measured. In parallel or
alternately with groups treated with test substance, control
groups treated with common salt are investigated (0.9%
solution; 0.1 ml/10 g of body weight by subcutaneous
route).

The results are assembled in the following table:

| Substance | Dosage[1] (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|-----------|------------------------|-----------------------------------------------------------------------------------|
| A | 2.7 | 50 |
| B | 10.0 | 94 |
| C | 10.0 | 20* |
| D | 10.0 | 76* |
| E | 10.0 | 56* |
| F | 10.0 | 60* |

*)  measurement of exploration:  75 minutes after
administration of the substance
1)  read off from the dosage/activity curve in
the range from 1-10 mg/kg subcutaneously

[Stamp: ORIGINAL INSPECTED]

BARR209370

[Stamp: 3508947]

~~-16-~~ -19- [page no. change by hand]

## 2. Determining the inhibition of dopamine turnover

The inhibition of dopamine turnover was measured in mice. In animals treated with α-methylparatyrosine (AMPT) (250 mg/kg by intraperitoneal route) 15 minutes into the experiment, the dopamine concentration throughout the brain decreases as the test progresses. By administering substances which act on autoreceptors, the dopamine reduction (compared with control animals treated with common salt solution) can be prevented.

Test substances are administered at time 0 of the experiment in a dosage of 5 mg/kg s.c., unless otherwise stated. Four hours and 15 minutes into the experiment the animals are killed and the brains are subjected to dopamine determination using high pressure liquid chromatography with electrochemical detection. This determines the percentage inhibition, caused by the test substance, of the dopamine reduction induced by AMPT.

| Substance | Dosage[1] (mg/kg s.c.) | % inhibition of AMPT effect |
|-----------|------------------------|-----------------------------|
| A | 0.95 | 50 |
| B | 5 | 67 |
| D | 5 | 52 |
| E | 5 | 32 |

1)   read off from the dosage/activity curve in the range from 0.5-3 mg/kg s.c.

## 3. Determining the inhibition of dopamine synthesis

For this purpose, 5 animals are given the test substance in a dosage of 10 mg/kg s.c., unless otherwise stated. After 5

BARR209371

[Stamp: 3508947]

~~-17-~~ -20- [page no. change by hand]

minutes, 750 mg/kg of γ-butyrolactone are administered by
intraperitoneal route in order to rule out the effect of
postsynaptic feed back loops on the rate of dopamine synthesis
by blocking the presynaptic impulse line. This results in a
considerable increase in the synthesis of DOPA or dopamine. In
order to inhibit the decarboxylation of DOPA, 200 mg/kg of
3-hydroxybenzyl-hydrazin-hydrochloride are administered by
intraperitoneal route after a further 5 minutes. Forty minutes
after administration of the substance the animals are killed
and the corpus striatum is prepared. The DOPA content is
measured by HPLC with electrochemical detection (standard:
dihydroxybenzylamine).

The percentage inhibition, produced by the test substance, of
the DOPA accumulation stimulated by γ-butyrolactone compared
with the controlled animals treated with 0.9% common salt
solution is determined.

The results of this experiment are shown in the following
table:

| Substance | Dosage[1] (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|-----------|------------------------|---------------------------------------------------------------------------------------------|
| A         | 0.55                   | 50                                                                                          |
| C         | 10                     | 60                                                                                          |

1)    read off from the dosage/activity curve in the range from
0.1-1.0 mg/kg by subcutaneous route.

[Stamp: ORIGINAL INSPECTED]

BARR209372

[Stamp: 3508947]

-18- -21- [page no. change by hand]

4.  Determining the anti-Parkinsonism activity
    or the activity against Parkinson's disease

The discovery, eighteen months ago, of the neurotoxin
1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) (Langston
et al., Science 219, 979 (1983)) provided an animal model for
Parkinson's disease.

The irreversible neurological syndrome triggered by MPTP in
man and in monkeys largely resembles the idiopathic
Parkinson's disease in its clinical, pathological, biochemical
and pharmacological characteristics (Markey et al., Nature
311, 464 (1984)). The reason for this convincing similarity is
the fact that MPTP selectively destroys the small group of
dopaminergic nerve cells in the substantia nigra of the brain
which are also destroyed by degenerative processes in
naturally occurring Parkinson's disease. There is even some
talk that the cause of idiopathic Parkinson's disease is MPTP
or a similar compound forming in the organism (Snyder, S.H.,
Nature 311, 514 (1984)). Possibly as a result of the specific
metabolism of MPTP, the clinical impression of the MPTP-
Parkinson picture has hitherto been demonstrated only in
monkeys and man.

The MPTP model realized in Rhesus monkeys is therefore
exceptionally suitable for testing the activity of anti-
Parkinson's disease drugs. Seven Rhesus monkeys were given
MPTP (for 3 days, 1 x 0.15 mg/kg i.m. daily, 3 days' break,
then 3 days 1 x 0.30-0.40 mg/kg daily) and showed the
following symptoms; the animals were akinetic and not capable
of taking water or food. They showed a typical bowed posture;
occasionally, cataleptic states occurred. The extremities
showed a rigor which was interspersed by clonic convulsions on
passive movement. As a rule, voluntary movements of the rump
and the extremities could not be triggered even by very
powerful and painful stimulation.

BARR209373

[Stamp: 3508947]

~~-19-~~ -22- [page no. change by hand]

After intramuscular administration of compound C (10-100 µg/kg)
voluntary movements first occurred after a time interval of 5
to 10 minutes, which were followed in the subsequent 10 to 30
minutes by a gradual, extensive normalization of the motor
function. The animals were capable of taking food. They stayed
perfectly upright and straight inside their cages and were
also satisfactory in terms of their vigilance and species-
specific behavior. The only residual symptoms recorded were an
occasional transient and slight resting tremor and a reduction
in rough strength.  There was no sedation. Circulation in the
skin appeared to be greater than before the compound C was
administered.

The effect of compound C diminished after about 5 to 7 hours
and the animals reverted to the Parkinson symptoms described
above; a fresh administration of this compound again leads to
an improvement or substantial removal of the clinically
pathological manifestations. The advantageous effects of the
compounds were thus reproduced several times in each
individual animal.

No side effects were detected at the dosages used hitherto.

Moreover, the compounds prepared according to the invention
are largely non-toxic. Thus, when the substances were tested
in mice at dosages of between 27 and 50 mg/kg s.c., no deaths
were recorded.

In view of their pharmacological properties, the compounds of
general formula I prepared according to the invention and the
physiologically acceptable acid addition salts thereof are
suitable for the treatment of central nervous,
neuropsychiatric diseases, particularly schizophrenia, for the
treatment of Parkinsonism or Parkinson's disease and/or for
treating circulatory disorders, particularly hypertension.

[Stamp: ORIGINAL INSPECTED]

BARR209374

[Stamp: 3508947]

-20- -23- [page no. change by hand]

For pharmaceutical use, the new compounds and the physiologically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules. The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

Example A

4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

75.8 g (0.5 Mol) of 4-amino-cyclohexanol-hydrochloride are dissolved in 60 ml of water and, after the addition of 36 g (0.26 Mol) of potassium carbonate and 500 ml of toluene, boiled with a water separator until the separation of water has ended. Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde are slowly added with further boiling using the water separator. After the calculated quantity of water has been separated, the residue is added to water and the toluene phase is separated off and concentrated. The concentration residue is dissolved in 500 ml of ethanol and 19 g (0.5 Mol) of sodium borohydride are added in batches with stirring. After standing overnight, the mixture is concentrated, mixed with water and extracted with chloroform. After drying and concentrating the extracts, the residue is recrystallized from ethyl acetate.
Yield: 93.4 g (78% of theory),
M.p.: 103-104°C

| Calculated: | C 65.12 | H 7.57 | N 5.84 | Cl 14.79 |
|---|---|---|---|---|
| Found: | 65.21 | 7.68 | 5.93 | 14.65 |

BARR209375

[Stamp: 3508947]

~~-21-~~ -24- [page no. change by hand]

The following compound was prepared analogously to Example A using propionaldehyde:

4-n-propylamino-cyclohexanol
Yield:  12.4% of theory,
M.p.:  < 20°C
Calculated:      m/e = 157
Found:           m/e = 157

Example B

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-amino]-cyclohexanol are dissolved in 30 ml of dimethylformamide, and after the addition of 2.2 g (16 mMol)of potassium carbonate, 4.26 g (30 mMol) of methyliodide are added dropwise. When the slightly exothermic reaction has ended, the mixture is concentrated by evaporation, mixed with water and extracted with chloroform.
The concentrated extracts are chromatographed on silica gel to purify them (eluant; methylene chloride/methanol = 20/1).
Yield:  3.3 g (43.4% of theory),
M.p.:  74-75°C
Calculated:      C 66.26    H 7.94    N 5.52    Cl 13.97
Found:           66.36      7.95      5.46      13.81

The following compounds were prepared analogously to Example B:

4-Hexamethyleneimino-cyclohexanol

[Stamp: ORIGINAL INSPECTED]

BARR209376

[Stamp: 3508947]

—22— -25- [page no. change by hand]

Prepared from 4-amino-cyclohexanol and 1,6-dibromohexane.
Yield:  47.3% of theory,
M.p.: <20°C
Calculated:    m/e = 197
Found:         m/e = 197


4-Diallylamino-cyclohexanol

Prepared from 4-amino-cyclohexanol and allylbromide.
Yield: 51% of theory,
M.p.: <20°C
Calculated:    m/e = 195
Found:         m/e = 195


4-Piperidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,5-dibromopentane.
Yield: 65.8% of theory,
M.p.:  <20°C
Calculated:    m/e = 183
Found:         m/e = 183


4-Pyrrolidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,4-dibromo-butane.
Yield:  35.8% of theory,
M.p.:  <20°C
Calculated:    m/e = 169
Found:         m/e = 169

BARR209377

[Stamp: 3508947]

~~-23-~~ -26- [page no. change by hand]

Example C

4-Diethylamino-cyclohexanol

28.75 g (0.25 Mol) of 4-amino-cyclohexanol are dissolved
in 150 ml of water, with the addition of 20 g (0.5 Mol) of
sodium hydroxide and then 65.6 ml (0.5 Mol) of diethylsulfate
are added dropwise. The mixture then heats up to 65°C. It is
stirred for an hour at 70°C, then poured onto ice and extracted
with chloroform.
Yield:  18.2 g (42.5% of theory),
M.p.:  <20°C
Calculated:    m/e = 171
Found:         m/e = 171

Example D

4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone

23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-amino]-cyclohexanol
are suspended in 125 ml of ice water and 32 ml of concentrated
sulphuric acid are added.  Then 29.4g (0.1 Mol) of potassium
dichromate are added in 2 batches and the mixture is heated
for 5 hours at 50°C.  It is then cooled, made alkaline with
sodium hydroxide solution and extracted with chloroform. After
concentration, a yellowish oily liquid is obtained.
Yield:  8.2 g (34% of theory),
M.p.:  <20°C
Calculated:    m/e = 237/239
Found:         m/e = 237/239

[Stamp: ORIGINAL INSPECTED]

BARR209378

[Stamp: 3508947]

~~-24-~~ -27- [page no. change by hand]

The following compounds were prepared analogously to Example D:

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone
Yield: 38% of theory,
M.p.: <20°C
Calculated:     m/e = 251/253
Found:          m/e = 251/253

4-Diallylamino-cyclohexanone
Yield: 21% of theory,
M.p.: <20°C
Calculated:     m/e = 193
Found:          m/e = 193

4-Piperidino-cyclohexanone
Yield: 22.2% of theory,
M.p.: <20°C
Calculated:     m/e = 181
Found:          m/e = 181

4-Pyrrolidino-cyclohexanone
Yield: 45.1% of theory,
M.p.: <20°C
Calculated:     m/e = 167
Found:          m/e = 167

4-Diethylamino-cyclohexanone
Yield: 49.7% of theory,
M.p.: <20°C
Calculated:     m/e = 169
Found:          m/e = 169

BARR209379

[Stamp: 3508947]

~~-25-~~ -28- [page no. change by hand]

4-n-Propylamino-cyclohexanone
Yield:  33% of theory,
M.p.:  <20°C
Calculated:     m/e = 155
Found:          m/e = 155


Example E

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-amino]-cyclohexanone
are dissolved in 50 ml of absolute dimethylformamide and,
after the addition of 2.6 g (18.7 mMol) of potassium
carbonate, 5.0 g (35 mMol) of methyliodide are added dropwise
at 25-30°C. After standing overnight the mixture is
concentrated, mixed with water and extracted with chloroform.
The extracts are dried and concentrated.
Yield:  8.1 g (93% of theory),
M.p.:  <20°C
Calculated:     m/e = 251/253
Found:          m/e = 251/253


The following compounds were prepared analogously to Example E:

4-[N—Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone
Yield: 70.7% of theory,
M.p.: <20°C
Calculated:     m/e = 277/279
Found:          m/e = 277/279

[Stamp: ORIGINAL INSPECTED]

BARR209380

[Stamp: 3508947]

—26— -29- [page no. change by hand]

4-[N-(4-Chloro-benzyl)-ethylamino]—cyclohexanone

Yield:  30% of theory,
M.p.:  <20°C
Calculated:      m/e = 265/267
Found:           m/e = 265/267

Example F
4-Hexamethyleneimino-cyclohexanone

At 20 to 25°C, a solution of 47 g (0.5 Mol) of 4-
hexamethyleneimino—cyclohexanol in 300 ml of methylenechloride
is added dropwise to a suspension of 107.5 g (0.5 Mol) of
pyridiniumchlorochromate and 40 g (0.5 Mol) of sodium acetate
in 700 ml of methylenechloride. After stirring for one hour
at 20°C the mixture is poured onto ice water and sodium
hydroxide solution and extracted with methylene chloride.
After drying and concentration of the extracts a colored oily
liquid is left.
Yield:  16.8 g (35.8% of theory),
M.p.:  <20°C
Calculated:      m/e = 195
Found:           m/e = 195

BARR209381

[Stamp: 3508947]

—27—  -30-  [page no. change by hand]

Example 1

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

2.82 g (0.02 Mol) of 4-dimethylamino-cyclohexanone are
dissolved in 20 ml of glacial acetic acid, mixed with 4.7 ml
of 36% of hydrobromic acid in glacial acetic acid and then a
solution of 1.0 ml (0.02 Mol) of bromine in 12 ml of glacial
acetic acid is added dropwise with cooling. The mixture is
then concentrated by evaporation in vacuo and the residue is
triturated several times with diethylether. The ether
extracts are discarded and the residue is dissolved in 50 ml
of ethanol.  After 3.04 g (40 mMol) of thiourea have been added
the mixture is refluxed for 5 hours. It is then concentrated by
evaporation, made alkaline with sodium hydroxide solution and
extracted with chloroform. After drying and concentration of
the extracts, the residue is purified by column chromatography
on silica gel (eluant: chloroform/methanol= 1/1). Then the
base (mp: 191°C) is dissolved in acetone and converted into
the dihydrochloride with isopropanolic hydrochloric acid.
Yield: 1.09g (20% of theory),
M.p.: 272° C
Calculated:     C 40.00    H 6.34    N 15.55   Cl 26.24
Found:            39.63       6.55       15.31      26.29

The following tetrahydrobenzthiazoles were prepared analogously
to Example 1 from the corresponding ketones:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 25% of theory,
M.p.: 182-183°C
Calculated:     C 58.62    H 8.49    N 18.64
Found:            58.65       8.72       18.50

[Stamp: ORIGINAL INSPECTED]

BARR209382

[Stamp: 3508947]

—28— -31- [page no. change by hand]

2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  13% of theory,
M.p.:  280°C

| Calculated: | C 46.45 | H 6.82 | N 13.55 | Cl 22.85 |
|---|---|---|---|---|
| Found: | 46.37 | 6.75 | 13.41 | 22.95 |

2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole
Yield:  24.4% of theory,
M.p.:  204-206°C

| Calculated: | C 59.15 | H 7.67 | N 18.81 |
|---|---|---|---|
| Found: | 59.50 | 7.74 | 18.95 |

2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  19% of theory,
M.p.:  242°C

| Calculated: | C 48.44 | H 6.56 | N 13.03 | Cl 22.00 |
|---|---|---|---|---|
| Found: | 47.90 | 6.49 | 12.95 | 22.21 |

2-Amino-6-[N-(4-chloro-behzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazole
Yield:  35% of theory,
M.p.:  146°C

| Calculated: | C 57.23 | H 5.49 | N 14.30 | Cl 12.06 |
|---|---|---|---|---|
| Found: | 56.93 | 5.56 | 13.86 | 12.04 |

2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield:  36% of theory,
M.p.:  163°C

| Calculated: | C 58.69 | H 5.89 | N 13.64 | Cl 11.51 |
|---|---|---|---|---|
| Found: | 58.50 | 5.94 | 13.49 | 11.55 |

2-Amino-6-(N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-
tetrahydro-benzthiazole

BARR209383

[Stamp: 3508947]

-29- -32- [page no. change by hand]

Yield:  49% of theory,
M.p.:  258°C (decomposition)

| Calculated: | C 48.67 | H 5.61 | N 10.64 | Cl 26.94 |
|---|---|---|---|---|
| Found: | 48.30 | 5.85 | 10.57 | 26.97 |

2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride
Yield:  46.5% of theory,
M.p.:  240°C (decomposition)

| Calculated: | C 50.19 | H 5.45 | N 10.33 | Cl 26.14 |
|---|---|---|---|---|
| Found: | 49.84 | 5.68 | 9.97 | 26.04 |

2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield:  15.4% of theory,
M.p.:  295°C (decomposition)

| Calculated: | C 48.17 | H 7.14 | N 12.95 | Cl 21.86 |
|---|---|---|---|---|
| Found: | 47.90 | 7.34 | 12.44 | 21.64 |

2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Prepared from 4-dimethylamino-cyclohexanone
by bromination and subsequent reaction with allylthiourea.
Yield:  64% of theory,
M.p.:  248°C

| Calculated: | C 46.45 | H 6.82 | N 13.54 | Cl 22.85 |
|---|---|---|---|---|
| Found: | 46.30 | 7.00 | 13.29 | 22.99 |

2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Prepared from 3-dimethylamino-cyclohexanone.
Yield:  33% of theory,
M.p.:  194°C

| Calculated: | C 40.00 | H 6.34 | N 15.55 | Cl 26.24 |
|---|---|---|---|---|
| Found: | 39.74 | 6.37 | 15.15 | 25.96 |

[Stamp: ORIGINAL INSPECTED]

BARR209384

[Stamp: 3508947]

~~-30-~~ -33- [page no. change by hand]

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Prepared from 3-morpholino-cyclohexanone.
Yield:  7.4 g (20% of theory),
M.p.:  237-238°C

| Calculated: | C 42.31 | H 6.13 | N 13.46 |
|---|---|---|---|
| Found: | 42.00 | 6.29 | 13.13 |

Example 2

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

a)    (4-(Phthalimido)-cyclohexanol

75.5 g (0.5 Mol) of 4-aminocyclohexanol-hydrochloride and 74.0 g
(0.5 Mol) of phthalic acid anhydride are mixed with 65 g (0.5 Mol)
of ethyl-diisopropyl-amine and 1000 ml of toluene and boiled for
36 hours with a water separator. Then water is added, the toluene
phase is separated off and the aqueous phase is extracted several
times with chloroform.  The organic phases are combined, dried and
concentrated. The concentration residue is recrystallized from
isopropanol.
Yield:  95 g (77.8% of theory),
M.p.:  175-176°C.

b)    4-(Phthalimido)-cyclohexanone

95 g (0.388 Mol) of 4-(phthalimido)-cyclohexanol are dissolved
in 600 ml of chloroform and, after the addition of 450 ml of
water and 120 ml of sulfuric acid, 90 g (0.3 Mol) of potassium
dichromate are added in batches. The internal temperature of
the mixture is maintained at between 25 and 30°C by slight
cooling. The mixture is stirred for a further 3 hours, then
the chloroform phase is separated off and the mixture
extracted twice more with chloroform. After drying and
concentration of the extracts 82 g (86.9% of theory) are
obtained.

BARR209385

[Stamp: 3508947]

~~-31-~~ -34- [page no. change by hand]

c)    2-Amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazole

48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone are
brominated analogously to Example 1 with 32 g (0.2 Mol) of
bromine and then converted with thiourea into the 2-amino-6-
phthalimido-4,5,6,7-tetrahydro-benzthiazole.
Yield:  30 g (50% of theory),
M.p.:  244-246°C (decomposition)
Calculated:    C 60.18    H 4.38    N 14.04
Found:         60.05      4.25      13.95

d)    2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-
       dihydrochloride

9.5 g (31.7 mMol) of 2-amino-6-phthalmido-4,5,6,7-tetrahydro-
benzthiazole are suspended in 100 ml of ethanol and, after the
addition of 1.8 g (36 mMol) of hydrazine hydrate, refluxed for
2 hours. The mixture is then concentrated and purified by
column chromatography on silica gel using methanol as eluant.
Then the dihydrochloride is precipitated in ethanol with
ethanolic hydrochloric acid.
Yield:  2.0 g (26% of theory),
M.p.:  >315°C (decomposition)
Calculated:    C 34.72    H 5.41    N 17.35    Cl 29.25
Found:         35.00      5.26      16.95      29.10

Example 3
6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
hydrobromide

160 g (1.0 Mol) of bromine are added dropwise
to a solution of 155 g (1.0 Mol) of 4-acetylamino-
cyclohexanone in 1.5 1 of glacial acetic acid. The mixture is
stirred for 3 hours at ambient temperature.

[Stamp: ORIGINAL INSPECTED]

BARR209386

[Stamp: 3508947]

—32— -35- [page no. change by hand]

152.0 g (2.0 Mol) of thiourea are added to the reaction
mixture and the resulting mixture is refluxed for 30 minutes.
After cooling, the crystals precipitated are suction filtered
and washed with water and acetone.
Yield:  73 g (37% of theory),
M.p.:  292-293°C (decomposition)
Calculated:    C 36.99    H 4.83    N 14.38
Found:            36.82      4.76      14.18

By stirring the hydrobromide in aqueous potassium carbonate
solution and subsequently suction filtering, the free base is
obtained, m.p. 194-196°C (methanol).

The following compounds were prepared analogously to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  46% of theory,
M.p.:  194-196°C
Calculated:    m/e = 251
Found:         m/e = 251

6-Acetylamino-2-methylamino-4,5,6,7- tetrahydro-
benzthiazole
Yield:  64% of theory,
M.p.:  238-240°C
Calculated:    C 53.30    H 6.71    N 18.65
Found:            53.18      6.78      18.41

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:  51% of theory,
M.p.: 170-171°C
Calculated:    C 55.20    H 7.16    N 17.56
Found:            55.15      7.17      17.58

BARR209387

[Stamp: 3508947]

~~-33-~~ -36- [page no. change by hand]

Example 4

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-
benzthiazole-hydrobromide are dissolved in 20 ml of semi-
concentrated hydrobromic acid and refluxed for 6 hours. The
solution is then concentrated by evaporation and the residue
recrystallized from methanol.
Yield: 2.8 g (82% of theory),
M.p.: >315°C,
Melting point of the base: 233-236°C
Calculated:    C 25.39    H 3.96    N 12.69
Found:             25.34        3.93       12.51

The following compounds were prepared analogously to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole
hydrobromide
Yield: 57% of theory,
M.p.: 262-263°C
Calculated:    C 36.37    H 5.34    N 15.90
Found:             36.30        5.45       15.82

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-
oxalate
Yield: 5.2% of theory,
M.p.: 164-165°C (decomp.)
Calculated:    m/e = 209
Found:             m/e = 209

6-Amino-2-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 45% of theory,
M.p.: >270°C (decomp.)
Calculated:    C 30.10    H 4.77    N 11.70
Found:             30.13        4.84       11.68

[Stamp: ORIGINAL INSPECTED]

BARR209388

[Stamp: 3508947]

~~-34-~~ -37- [page no. change by hand]

Example 5

2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-tetrahydro-benzthiazole in 34 ml of dimethylformamide are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide and 2,6 g of potassium carbonate and the reaction mixture is stirred at 100°C for 3 hours. The potassium bromate precipitated is then suctioned off and the solvent is distilled off.  The residue is chromatographed on silica gel (ethyl acetate/methanol = 80/20 + 3% ammonia).
The desired compound crystallizes out from ethereal hydrochloric acid.
Yield:  2.1 g (30% of theory),
M.p.:  289-291°C

| | C | H | N |
|---|---|---|---|
| Calculated: | 52.02 | 6.11 | 12.13 |
| Found: | 51.82 | 6.13 | 12.16 |

The following compounds were prepared analogously to Example 5:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield: 28% of theory,
M.p.: 295-296°C (decomp.)

| | C | H | N |
|---|---|---|---|
| Calculated: | 42.25 | 6.74 | 14.78 |
| Found: | 41.95 | 7.09 | 14.50 |

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield: 35% of theory,
M.p.: 268°C (decomp.)

| | C | H | N |
|---|---|---|---|
| Calculated: | 44.29 | 7.10 | 14.09 |
| Found: | 43.97 | 7.17 | 13.97 |

BARR209389