[Stamp: 3508947]

~~-35-~~ -38- [page no. change by hand]

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 38% of theory,
M.p.: 282-283°C (decomp.)

| Calculated: | C 42.56 | H 6.07 | N 14.89 |
|---|---|---|---|
| Found: | 42.17 | 6.07 | 14.71 |

2-Amino-6-[N-(2-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield: 40% of theory,
M.p.: >280°C (decomp.)

| Calculated: | C 45.85 | H 4.95 | N 11.45 |
|---|---|---|---|
| Found: | 45.50 | 4.86 | 11.08 |

2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 35% of theory,
M.p.: 268-270°C (decomp.)

| Calculated: | C 42.86 | H 5.40 | N 15.00 |
|---|---|---|---|
| Found: | 42.78 | 5.59 | 14.79 |

2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrobromide
Yield: 25% of theory,
M.p.: 312-313°C (decomp.)

| Calculated: | C 27.84 | H 4.38 | N 12.18 |
|---|---|---|---|
| Found: | 27.78 | 4.46 | 12.21 |

[Stamp: ORIGINAL INSPECTED]

BARR209390

[Stamp: 3508947]

~~-36-~~ -39- [page no. change by hand]

Example 6

2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride-monohydrate

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-4,5,6,7-
tetrahydro-benzthiazole in 50 ml of methanol are added 10 g
(0.08 Mol) of n-propylbromide and 11.1 g of potassium
carbonate and the mixture is refluxed for 3 days. Then 100 ml
of water are added and the mixture is extracted with
ethylacetate. The solvent is distilled off and the residue is
chromatographed on silica gel (eluant: methylenechloride/
methanol = 80/20). The corresponding fraction is concentrated
by evaporation and the desired compound is precipitated in the
form of the hydrochloride.
Yield: 1.9 g (28% of theory),
M.p.: 271-273°C

| Calculated: | C 45.34 | H 7.90 | N 12.20 |
|-------------|---------|--------|---------|
| Found:      | 45.00   | 7.98   | 12.00   |

Example 7

2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-4,5,6,7-
tetrahydro-benzthiazole in 34 ml of dimethylformamide are
added 1.8 g (0.022 Mol) of n-butanal and the mixture is heated
to 50°C for 1 hour. After cooling, the reaction solution is
mixed with 0.8 g (0.02 Mol) of sodium borohydride and heated
to 50°C for 30 minutes. The solvent is largely eliminated in
vacuo. While cooling with ice, the residue is mixed with 20 ml
of water and 2N hydrochloric acid until a pH of 1 is obtained.

BARR209391

[Stamp: 3508947]

~~-37-~~ -40- [page no. change by hand]

The aqueous solution is extracted with ethylacetate and the
organic phase discarded.  The aqueous phase is mixed with
potassium carbonate until an alkaline reaction is obtained and
then extracted with ethyl acetate. The organic phase is dried
and concentrated. The compound crystallizes out when ethereal
hydrochloric acid is added.

Yield: 2.3 g (39% of theory),

M.p.: 254-256°C

| Calculated: | C 44.29 | H 7.10 | N 14.09 |
|---|---|---|---|
| Found: | 44.44 | 7.31 | 14.07 |

The following compounds were prepared analogously to Example 7:

2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

Yield:  38% of theory,

M.p.:  296-297°C

| Calculated: | C 40.00 | H 6.34 | N 15.55 |
|---|---|---|---|
| Found: | 39.97 | 6.41 | 15.35 |

2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazole-
semifumarate

Yield:  42% of theory,

M.p.:  >270°C

| Calculated: | C 56.54 | H 7.79 | N 14.13 |
|---|---|---|---|
| Found: | 56.13 | 7.80 | 13.97 |

2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

Yields:  49% of theory,

M.p.:  272-274°C

| Calculated: | C 47.85 | H 7.72 | N 12.88 |
|---|---|---|---|
| Found: | 47.96 | 7.65 | 12.71 |

[Stamp: ORIGINAL INSPECTED]

BARR209392

[Stamp: 3508947]

—38— -41- [page no. change by hand]

2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield:  42% of theory,
M.p.:  286-288°C

| | | | |
|---|---|---|---|
| Calculated: | C 42.25 | H 6.74 | N 14.78 |
| Found: | 42.05 | 6.77 | 14.57 |

2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazole-dioxalate
Yield:  36% of theory,
M.p.:  212-213°C

| | | | |
|---|---|---|---|
| Calculated: | C 46.04 | H 5.55 | N 10.07 |
| Found: | 45.95 | 5.28 | 10.08 |

2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield: 38% of theory,
M.p.: 288-290°C

| | | | |
|---|---|---|---|
| Calculated: | C 48.14 | H 7.15 | N 12.96 |
| Found: | 47.88 | 7.16 | 12.74 |

Example 8

6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

A solution of 1 g (0.0044 Mol) of 6-acetylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole in 20 ml of absolute tetrahydrofuran is mixed with 0.4 g (0.01 Mol) of lithiumaluminium hydride and refluxed for 2 hours. After cooling, 50 g of a 40% diammonium tartrate solution are added dropwise.

BARR209393

[Stamp: 3508947]

—39— -42- [page no. change by hand]

The organic phase is separated off and concentrated by
evaporation. The residue is chromatographed on silica gel
(eluant: methylene chloride/methanol = 80/20).  The
corresponding fraction is concentrated by evaporation. The
compound crystallizes out when ethereal hydrochloric acid is
added.

Yield:  0.3 g (33% of theory),
M.p.:  >260°C
Calculated:    m/e = 211
Found:         m/e = 211


The following compounds were prepared analogously
to Example 8:


2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 37% of theory,
M.p.: 218-220°C (decomp.)
Calculated:    C 46.45      H 6.82      N 13.54
Found:            46.60        7.03        13.66


2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-
benzthiazole-oxalate hydrate
Yield:  20% of theory,
M.p.:  189-190°C
Calculated:    C 46.83      H 6.95      N 12.60
Found:            47.03        6.89        12.49

[Stamp: ORIGINAL INSPECTED]

BARR209394

[Stamp: 3508947]

-40- -43- [page no. change by hand]

Example 9

6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole

To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml of absolute tetrahydrofuran are added 2.2 g of triethylamine and 3.1 g (0.022 Mol) of benzoylchloride and the mixture is refluxed for 3 hours.  The reaction mixture is mixed with water and extracted with ethyl acetate. The organic phase is concentrated by evaporation. The residue is recrystallized from methanol.
Yield:  3 g (48% of theory),
M.p.:  >260°C
Calculated:    m/e = 315
Found:         m/e = 315


The following compounds were prepared analogously to Example 9:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  50% of theory,
M.p.:  258-259°C
Calculated:    m/e = 252
Found:         m/e = 252


6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 44% of theory,
M.p.:  >260°C
Calculated:    m/e = 266
Found:         m/e = 266

BARR209395

[Stamp: 3508947]

—41— -44- [page no. change by hand]

6-Acetylamino-2-phenylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  78% of theory,
M.p.:  112°C
Calculated:    m/e = 329
Found:         m/e = 329

Example 10

2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-2-
benzoylamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml of
absolute tetrahydrofuran are added 0.24 g (64 mMol) of lithium
aluminium hydride and the mixture is refluxed for 1 hour. It is
then worked up as in Example 8.
Yield:  0.4 g (34% of theory),
M.p.:  242-245°C
Calculated:    C 53.33    H 6.43    N 19.68
Found:           53.59      6.37      19.42

The following compounds were prepared analogously to Example
10:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 38% of theory,
M.p.:  241-243°C
Calculated:    C 44.29    H 7.10    N 14.09
Found:           44.06      7.27      13.85

[Stamp: ORIGINAL INSPECTED]

BARR209396

[Stamp: 3508947]

~~-42-~~ -45- [page no. change by hand]

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield:  32% of theory,

M.p.:  267-268°C

| | | | |
|---|---|---|---|
| Calculated: | C 46.15 | H 7.42 | N 13.46 |
| Found: | 45.95 | 7.53 | 13.33 |

6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride-hemihydrate

Yield: 26% of theory,

M.p.: 248-251°C

| | | | |
|---|---|---|---|
| Calculated: | C 53.25 | H 6.84 | N 10.96 |
| Found: | 53.31 | 6.64 | 10.89 |

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole

Prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

Yield:  33% of theory,

M,p.:  234-235°C

| | |
|---|---|
| Calculated: | m/e = 238 |
| Found: | m/e = 238 |

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole

prepared from 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole prepared from 6-acetylamino-2-propionylamino-4,5,6,7,-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydrobenzthiazole.

BARR209397

[Stamp: 3508947]

—43— -46- [page no. change by hand]

Example 11

6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Prepared from 6-acetylamino-2-ethylamino,4,5,6,7-tetrahydro-benzthiazole analogously to Example 4.
Yield:  45% of theory,
M.p.:  155-158°C

| Calculated: | C 40.00 | H 6.34 | N 15.55 |
|---|---|---|---|
| Found: | 39.86 | 6.31 | 15.26 |

The following compounds were prepared analogously to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-(N-(2-phenyl-ethyl)amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

Example 12

2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole are dissolved in 15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride are added dropwise. After standing overnight the mixture is concentrated, mixed with soda solution and extracted with chloroform. The chloroform extract is concentrated and then chromatographed on silica gel (eluant:

[Stamp: ORIGINAL INSPECTED]

BARR209398

[Stamp: 3508947]

—44— -47- [page no. change by hand]

methylenechloride/methanol = 9/1). The isolated base (melting point 174°C) is dissolved in acetone and the dihydrochloride is precipitated with isopropanolic hydrochloric acid.
Yield: 2.8 g (49% of theory),
M.p.: 284°C (decomp.)

Calculated:    C 51.33    H 5.65    N 11.23    Cl 18.94
Found:            51.51        5.76        11.32        18.75

Example 13

6-Acetylamino-2-amino-4,5,6,7-tetrohydro-benzthiazole

3.1 g (20 mMol) of 4-acetylamino-cyclohexanone and 6.2 g (20 mMol) of formamidine-disulfide-dihydrobromide are intimately mixed and heated in a heating bath at a temperature of 120 – 130°C for 2 hours with stirring. The mixture is then taken up in water, made alkaline with ammonia and extracted with chloroform. After the extracts have been dried they are concentrated by evaporation, triturated with acetone and suction filtered.
Yield: 1.8 g (42.6% of theory),
M.p.: 230°C

Calculated:    C 51.17    H 6.20    N 19.89
Found:            51.09        6.22        19.75

Starting from 4-dimethylamino-cyclohexanone the following compound was prepared analogously to Example 13:

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 21% of theory,
M.p.: 189-190°C

Calculated:    C 54.80    H 7.66    N 21.29
Found:            54.71        7.53        21.12

BARR209399

[Stamp: 3508947]

~~-45-~~ -48- [page no. change by hand]

<u>Example I</u>

<u>Tablet core containing 5 mg of 2-amino-6-n-propylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

Composition:
1 tablet core contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Lactose | 33.5 mg |
| Corn Starch | 10.0 mg |
| Gelatin | 1.0 mg |
| Magnesium stearate | <u>0.5 mg</u> |
| | 50.0 mg |

<u>Preparation</u>

A mixture of the active substance with lactose and corn starch
is granulated with a 10% aqueous gelatine solution through a
screen with a mesh size of 1 mm, dried at 40°C and again
rubbed through this screen. The granulate thus obtained is
mixed with magnesium stearate and compressed to form tablet
cores. The tablets must be prepared in darkened rooms.

Weight of core:    50 mg
Punch:             5 mm, convex.

The tablet cores thus obtained are coated by the usual method
with a coating consisting essentially of sugar and talc. The
finished coated tablets are polished with beeswax.

Weight of coated tablet: 100 mg

[Stamp: ORIGINAL INSPECTED]

BARR209400

[Stamp: 3508947]

─46─ -49- [page no. change by hand]

Example II

Drops containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:
100 ml of drops substance:

| | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisole | 0.05 g |
| Menthol | 0.06 g |
| Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodium phosphate x 2 $H_2O$ | 0.3 g |
| Sodium cyclamate | 1.0 g |
| Glycerol | 15.0 g |
| Distilled water | ad  100.0 ml |

Preparation

The p-hydroxybenzoates, anisole and menthol are dissolved in ethanol (Solution I).
The buffer substances, active substance and sodium cyclamate are dissolved in distilled water and glycerol is added (Solution II). Solution I is stirred into Solution II and the mixture is topped up to the volume specified with distilled water. The finished drops solution is filtered through a suitable filter. The preparation and bottling of the drops solution must be carried out away from the light and under a protective gas.

BARR209401

[Stamp: 3508947]

~~-48-~~ -51- [page no. change by hand]

<u>Preparation</u>

The buffer substances, active substance and sodium pyrosulphite are successively dissolved in deionised water which has been cooled under $CO_2$ gas. The solution is made up to the specified volume with boiled water and filtered free from pyrogens.

> Bottling: in brown ampoules under protective gas
> Sterilization: 20 minutes at 120°C.

The preparation and transferring of the ampoule solution must be carried out in darkened rooms.

<u>Example V</u>

<u>Coated tablets containing 1 mg of 2-amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

1 tablet core contains:

| | |
|---|---|
| Active substance | 1.0 mg |
| Lactose | 35.5 mg |
| Corn starch | 12.0 mg |
| Gelatin | 1.0 mg |
| Magnesium stearate | <u>0.5 mg</u> |
| | 50.0 mg |

<u>Preparation</u>

Analogous to Example I

| | |
|---|---|
| Weight of core: | 50 mg |
| Punch: | 5 mm, convex |
| Weight of coated tablet: | 100 mg |

BARR209403

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
--------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM      )
PHARMACEUTICALS                    )
  Plaintiffs,                      )
                    v.             ) C.A. No. 05-700-(KAJ)
                                   ) CONSOLIDATED
BARR LATORATORIES, INC.,           )
              Defendant.           )
--------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOETRINGER INGELHEIM      )
PHARMACEUTICALS, INC.,             )
              Plaintiffs,          )
                    v.             ) C.A. No. 05-854-(KAJ)
                                   )
MYLAN PHARMACEUTICALS, INC.,       )
              Defendant            )
--------------------------------X


             DEPOSITION OF:  DR. CLAUS SCHNEIDER

         ON FRIDAY, 29TH SEPTEMBER, 2006

                    TAKEN AT:

   THE OFFICES OF LATHAM & WATKINS, FRANKFURT, GERMANY



JOB NO. 10329




**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor        600 Anton Boulevard, 11th Floor
New York, NY 10022                 Costa Mesa, CA 92626
(800) 642-1099                     (866) DFW-1380

DR. CLAUS SCHNEIDER

---

66

**REDACTED**

17  337 Q.  Now, looking back at column 18 of Exhibit 3, earlier you
18       testified that the first 2-Amino-6-n-propylamino example
19       was the racemic mixture?
20   A.  Yes, in this context, yes.
21  338 Q.  What does that mean in this context?
22   A.  In this context the name of the headline to this data
23       describes that the data belonged to the racemate, the
24       mixture out of two enantiomers.
25  339 Q.  And you were distinguishing the racemate from the two

---

67

1       enantiomers in this column?
2   A.  Yes, they are different data.
3  340 Q.  What is a racemic mixture?
4   A.  A racemic mixture is a mixture out of two enantiomers.
5  341 Q.  And it's a mixture of two enantiomers in roughly equal
6       ratios, right?
7   A.  Usually it is but it need not be
8  342 Q.  But it's -- definition wise, a racemic mixture is
9       approximately a 50:50 ratio of one enantiomer to the other?
10   A.  Yes.
11
12       MR. SCHULER:  Time for a break.
13
14       VIDEOGRAPHER:  Going off the record; the time is 11:13.
15
16       THE DEPOSITION ADJOURNED BRIEFLY AND RESUMED AS FOLLOWS:
17
18       VIDEOGRAPHER:  We are back on record; the time is 11:31.
19
20  343 Q.  MR. GROSSMAN:  Dr. Schneider, if you could turn back to
21       column 18 of Exhibit 3, and there were the
22       2-Amino-6-n-propylamino-tetrahydro-benzthiazoles we were
23       looking at.  Are you there, sir?
24   A.  Yes, I see it.
25  344 Q.  For the third example with the plus, how do you know that

---

68

1       that's the R enantiomer?
2   A.  We know the R enantiomer is convention, and the R
3       enantiomer is that definition and the definition is then
4       correct if you have the stylographic data.
5  345 Q.  And meaning that based on the absolute configuration of the
6       molecule in space, if the order of seniority of the
7       different compounds off a carbon goes in a clock.
8       Wise direction it's given in R notation, right?
9   A.  Yes.
10  346 Q.  And here for this compound that corresponds to a plain
11       rotation for a plain polarized light, correct?
12   A.  Yes.
13  347 Q.  And it's the opposite for the minus example listed here,
14       correct?
15   A.  Yes.
16  348 Q.  And the top example, how do you know that that is a
17       racemate?
18   A.  I cannot take it out of this data here.  We would have
19       measured the rotation that we could see if it's a racemate
20       by definition or if it is a kind of, it's a not one-to-one
21       mixture.  We would need the rotation experiment.
22  349 Q.  But there is no indication here of any stereochemistry,
23       correct?
24   A.  Out of this data here we have no proof.
25  350 Q.  Well, out of the name of the compound there is no

---

69

1       indication of any stereochemistry.
2
3       MR. SCHULER:  I object to the form.
4   A.  The name is just a name; it refers to the structure not to
5       the stereo product.
6
7  351 Q.  MR. GROSSMAN:  Well, you have separate examples here that
8       are referring to the stereo products, right?
9   A.  In the context of the data, yes, if I have a minus and I
10       put it in this way, then it's referring to the minus.
11  352 Q.  Right.  And you are referring to a minus and a plus here
12       because you are distinguishing them from the one that's a
13       racemate, right?
14   A.  Yes.
15  353 Q.  And the two lab assistants that we have been talking about
16       for the laboratory notebooks we just looked at, I can't
17       remember their names, but their initials are HB and RK?
18   A.  Thank you, that's fine.
19  354 Q.  Where are they now?
20   A.  I don't know where Rosmary Kurz is, I don't know.  I know
21       that Hanfried Baltes is working in the manufacturing side
22       in Ingelheim.
23  355 Q.  Dr. Schneider, I am going to hand you Exhibit 8.  Do you
24       recognise this document?
25

---

18  (Pages 66 to 69)

DR. CLAUS SCHNEIDER

| | 70 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | **REDACTED** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | 72 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | **REDACTED** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | 71 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | **REDACTED** |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | 73 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | **REDACTED** |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

19 (Pages 70 to 73)

DR. CLAUS SCHNEIDER

| 74 | | 76 |
|---|---|---|
| 1 | | 1 |
| 2 | | 2 |
| 3 | | 3 |
| 4 | | 4 |
| 5 | | 5 |
| 6 | | 6 |
| 7 | | 7 |
| 8 | REDACTED | 8 |
| 9 | | 9 |
| 10 | | 10 |
| 11 | | 11 REDACTED |
| 12 | | 12 |
| 13 | | 13 |

REDACTED

REDACTED

REDACTED

Dr. Schneider, in chemical terminology what is a group?
A. I wonder if there is a real strict definition of a group
you can find in a text book. The convention that is used
in the way that you say it is a part of a molecule.

20  (Pages 74 to 77)

## DR. CLAUS SCHNEIDER

### 150

1    756 Q.  Did you know any of the people in the Boehringer Patent
2         Department in the United States?
3    A.  Actually not. I have to be polite because one of these
4         guys has been with us in February, I do not recollect.
5    757 Q.  Do you recall the name Alan Stempel?
6    A.  Not really. Might be I have met him or not. I cannot tell
7         that, there is so many people I met in this time that I
8         cannot tell you and I have no picture in front of me. If
9         ten people coming in I could not tell you if this is
10        Stempel.
11   758 Q.  David Frankhouser?
12   A.  Familiar to me, but I also think I have never met him.
13   759 Q.  Mary Ellen Timbers? She sometimes goes by the name Mary
14        Ellen Devlin?
15   A.  It's not on this page here. That's just asking a name that
16        I am not finding here.
17   760 Q.  That name is not familiar to you?
18   A.  No. I have to admit I am not very good at names and
19        recognising faces.
20   761 Q.  Were you involved in the determination of what would be in
21        this patent application?
22   A.  Say that again.
23   762 Q.  Were you involved in the determination of the substance of
24        this patent application?
25   A.  Were you involved in the substance?

### 151

1    763 Q.  The contents of the application?
2    A.  No, it was not discussed with me. It was proposed and
3         sent, prepared by the patent attorneys and then I have seen
4         it. Everything is done on the basis of information we send
5         in in any format, any document format to the attorneys and
6         they prepare paper and the inventors get to read it before
7         it is filed or signed.
8    764 Q.  Let me just make sure I understand you. You and your
9         co-inventors synthesized compounds, evaluated them
10        biologically etc. You then took that information and
11        forwarded it to the Patent Department, right?
12   A.  Yes.
13   765 Q.  And the Patent Department assembled the application, gave
14        it to you for your review, you read it, let them know if
15        there were anything that needed to be changed, and then
16        they would file it?
17   A.  Yes, that's correct. It's correct that I have not seen the
18        documents other inventors sent to the patent attorney.
19   766 Q.  But you did see the completed application?
20   A.  I have seen in the end the completed application.
21   767 Q.  And the completed application reflected both your work and
22        the work of your co-inventors?
23   A.  That's correct.
24   768 Q.  Now, if you could, Dr. Schneider, pull out from the pile of
25        exhibits there, I believe it's Exhibit 4, it was the first

### 152

1         German application we looked at earlier today. If you
2         could keep both of those documents open actually, and if
3         you could go back to page 120 of Exhibit 46 that we were
4         just looking at. This page is the inventor's oath?
5    A.  Yeah.
6    769 Q.  And you understand what the inventor's oath for a United
7         States patent application is, correct?
8    A.  Yes.
9    770 Q.  And in this document you affirmed that you had read the
10        application and understood it, right?
11   A.  Yes.
12   771 Q.  And you also affirmed that you understood that you had a
13        duty to disclose material information to the United States
14        Patent Office, right?
15   A.  Yes.
16   772 Q.  Now, if you could go to page Barr 70 in Exhibit 46, you see
17        that, sir?
18   A.  Yes, page with the general formula. 70.
19   773 Q.  Yes, with the general formula. And what I'd like you to do
20        is open Exhibit 4 to the number Boehringer 4008?
21   A.  Yes, I have it.
22   774 Q.  Now, if you look at general formula 1 in Exhibit 46 and
23        what the possibilities are for R 1 -- this is the US patent
24        application -- and you will see it goes from pages 17 to
25        71.

### 153

1    A.  Yes.
2    775 Q.  And if you see on the top of page 71 it describes that R1
3         can be a phenylalkyl group, among other things?
4    A.  Yes, if you are referring to this. I see it.
5    776 Q.  And it also says that the phenyl nuclei may be substituted
6         by one or two halogen atoms, right?
7    A.  Yes, one or two halogen atoms.
8    777 Q.  Now, if you look back at Exhibit 4?
9    A.  Yes.
10   778 Q.  On page with Boehringer 4009, it says that R1 can be a
11        phenylalkyl group, right?
12   A.  Yes.
13   779 Q.  But it doesn't include the sentence about the phenylalkyl
14        group being substituted by one or two halogen atoms, right?
15   A.  Yes.
16   780 Q.  Do you know why that material was in the US application but
17        not in the original German application?
18   A.  I can't answer it specifically. The general way is that
19        the first application there were a certain number of
20        compounds in general synthesized and, as we discussed
21        today, all the time we did not discontinue synthesizing the
22        compounds, so over the time additional products were
23        synthesized and it's a usual practice that in the later
24        application additional products are taken into account.
25   781 Q.  So, the additional products that you synthesized after the

**DAVID FELDMAN WORLDWIDE, INC.**
**805 Third Avenue, New York, New York 10022 (212) 705-8585**

DR. CLAUS SCHNEIDER

**154**

1      first German priority application was filed were provided
2      to the Patent Department, and those compounds were then
3      included in the United States application?
4    A.  That's usually the way, yes.
5  782 Q.  And in this case those compounds were compounds with the
6      phenylalkyl substituent that was substituted by one or two
7      halogens, right?
8    A.  Yes.
9  783 Q.  Were you aware of this difference between R1 in general
10     formula 1 of the United States patent application and R1 of
11     the German application before today?
12   A.  I cannot tell you that I specifically have been aware of
13     it. I was aware that additional compounds were synthesized
14     in my laboratory, and the same may be true for the
15     colleagues, they also may have added other molecules, or
16     included in so far the reference to any Rs may be spread or
17     why the group of atoms, of that I am aware. But
18     specifically if you asked me let me know which group has
19     which specification, I would not have it by heart.
20 784 Q.  But the other inventors may have been aware of it, right?
21
22     MR. SCHULER: Object to the form.
23   A.  I don't know what the other inventors are aware of. I
24     can't tell you. I have not contacted them.
25

**155**

1  785 Q.  MR. GROSSMAN: But Dr. Fleischer was certainly aware of the
2      practice of adding additional information to the patent
3      application after the first application was filed, right?
4    A.  I guess that he definitely was aware of that.
5  786 Q.  You believe your co-inventors were aware of that practice
6      as well?
7    A.  I guess that they behave in the same way.
8  787 Q.  Now, Dr. Schneider, can you return to Exhibit 46, the page
9      with Bates Barr 116?
10   A.  46 is the big one.
11 788 Q.  Yes, the United States application.
12   A.  Which page?  116?
13 789 Q.  And you see on that page, under No. 7, it says
14     2-Amino-6-α-propylamino-4,5,6,7-tetrahydro-benzthiazole?
15   A.  Yes.
16 790 Q.  And that's the racemate of SND 919.
17
18     MR. SCHULER: Objection, that calls for a legal conclusion.
19   A.  Okay. I said this is only referring to the research by
20     itself and not expressing any specificity in the structure.
21     It's the usual way.
22
23 791 Q.  MR. GROSSMAN: What does that mean?
24   A.  What do you mean what does that mean? What's written here
25     or what I'm saying?

**156**

1  792 Q.  What you said.
2    A.  It's saying whenever there is a language that is describing
3      a structure, this is according to rules of chemistry and so
4      on, then this is referring to the general structure, but
5      generally not, if not expressly stated, to a stereo
6      chemical -- to a stereo -- to the stereo chemistry of this
7      structure.
8  793 Q.  When did you arrive at that understanding what this
9      compound at number 7 means?
10   A.  Again, that's not a point of I am arriving. I am saying
11     that it is a convention, whenever a chemist gives a
12     structure a name and saying this is bill blah blah blah,
13     then it's only referring to the structure. This is by
14     itself never referring to a stereospecific structure. In
15     case it would be so, then name need to have attachments or
16     extensions specifying that it's addressing a specific
17     stereo structure. If this is not the case, it's referring
18     to the structure and then including all possibilities on
19     the stereo chemistry.
20 794 Q.  So how would you indicate that a specific compound was a
21     racemic mixture of two enantiomers?
22   A.  If I wanted to tell that this language, this name is
23     specifically restricted to the racemic mixture, I would
24     have added it to the name.
25 795 Q.  What would you have added?

**157**

1
2     MR. SCHULER: Objection; it's an incomplete hypothetical.
3     But go ahead and answer it if you can
4    A.  There is a couple of ways so I have to think about what
5      might be the most appropriate way to do so that this would
6      make sense. If there is a reason behind to say, okay, in a
7      certain case it specifically discussed the racemate, then
8      if it's specifically expressed we can go to scientific
9      papers where stereo chemistry is discussed, then there are
10     a couple of ways to refer to the stereospecific structures.
11     I guess I have used some language in my paper because in
12     this paper stereospecificity was discussed, not in this
13     paper.
14 796 Q.  One of the ways you do that is to just have the name of the
15     compound without a plus, a minus, an S or an R, correct?
16
17     MR. SCHULER: I'll object. The witness stated this in his
18     prior testimony.
19   A.  To repeat, I do not get your question. I only can refer
20     that, again, the names referring to the structure and there
21     is no specificity to the stereo chemical. I cannot state
22     it differently.
23
24 797 Q.  MR. GROSSMAN: You read this application before it was
25     filed with the United States patent office, right?

40  (Pages 154 to 157)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------X

BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM      )
PHARMACEUTICALS,                   )
                                   ) C.A. No.
            Plaintiffs,            ) 05-700-(KAJ)
                 v.                ) CONSOLIDATED
BARR LABORATORIES, INC.,           )
                                   )
            Defendant.             )
------------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM      )
PHARMACEUTICALS, INC.,             )
                                   )
            Plaintiffs,            )
                 v.                )
MYLAN PHARMACEUTICALS, INC.,       )
                                   )
            Defendant.             )
------------------------------------X

VIDEODEPOSITION UPON ORAL EXAMINATION OF
DR. ROLF A. FLEISCHER, VOLUME I

Taken on:
Wednesday, 25 October, 2006
Commencing at 9:04 a.m.

Taken at:
Park Hotel Jordanbad,
Im Jordanbad 7,
88400 Biberach Germany

REPORTED BY:  FREDERICK WEISS, CSR, CM
JOB NO. 10337



**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

DR. ROLF A. FLEISCHER

**74**

11:11:32 1  started working for the company.
11:11:33 2      Q.   What were the responsibilities of
11:12:01 3  the patent department at Boehringer Ingelheim in
11:12:06 4  general?
11:12:13 5          MR. CHERNY: Objection. Vague.
11:12:27 6          THE WITNESS:
11:12:27 7      A.   The normal work to be done by a
11:12:29 8  patent department.
11:12:34 9  BY MS. BERNIKER:
11:12:3410      Q.   They were involved in -- you and
11:12:3611  the Boehringer patent department were involved in
11:12:3912  filing applications in Germany.
11:12:4013      Correct?
11:12:4114      A.   Yes.
11:12:5215      Q.   The office was also involved in
11:12:5416  filing applications with the European patent
11:12:5617  office?
11:12:5618          MR. CHERNY: "The office" being the
11:12:5919  Boehringer Ingelheim office?
11:13:0020          MS. BERNIKER: Exactly.
11:13:0921          THE WITNESS:
11:13:0922      A.   Yes.

**75**

11:13:10 1  BY MS. BERNIKER:
11:13:11 2      Q.   And the Boehringer Ingelheim patent
11:13:13 3  office was also responsible for overseeing
11:13:16 4  applications that were filed around the world.
11:13:18 5      Correct?
11:13:21 6          MR. CHERNY: Objection. Vague.
11:13:24 7  Lack of foundation.
11:13:30 8          THE WITNESS:
11:13:43 9      A.   Yes.
11:13:4410  BY MS. BERNIKER:
11:13:4711      Q.   For patent applications that you
11:13:5012  drafted, were you responsible for overseeing the
11:13:5213  worldwide patent applications?
11:14:1514      A.   Yes.
11:14:1515      Q.   And you were responsible for
11:14:1916  coordinating with foreign attorneys around the
11:14:2317  world?
11:14:3018      A.   Yes.
11:14:3019      Q.   And sometimes this involved more
11:14:3620  than 20 applications around the world?
11:14:4021          MR. CHERNY: I am not sure I --
11:14:4322  just asking for clarification, are you talking

**76**

11:14:45 1  about 20 of the same application, or 20 --
11:14:46 2          MS. BERNIKER: Twenty applications
11:14:48 3  -- applications in 20 different countries or more.
11:14:50 4          MR. CHERNY: That's what I...
11:14:56 5          (Interpreter Translating)
11:15:02 6          THE WITNESS:
11:15:02 7      A.   Yes.
11:15:03 8          MR. CHERNY: Is it a good time to
11:15:05 9  take another break, Jessamyn?
11:15:0710          MS. BERNIKER: Yes.
11:15:0811          THE VIDEOGRAPHER: We are going off
11:15:0912  the record. The time is 11:15 a.m.
11:15:1313          (Short recess taken)
11:27:2414          THE VIDEOGRAPHER: We are going on
11:27:2515  the record. The time is 11:27 a.m.
11:27:2816  BY MS. BERNIKER:
11:27:2917      Q.   Dr. Fleischer, during the period
11:27:3218  1984 through 1990, did Dr. Milnes also draft
11:27:3919  patent applications?
11:27:4020          MR. CHERNY: Objection. Lack of
11:27:4121  foundation.
11:27:5422          THE WITNESS: Yes.

**77**

11:27:57 1  BY MS. BERNIKER:
11:27:57 2      Q.   Did Dr. Sommer also draft patent
11:28:00 3  applications during that time period?
11:28:02 4      A.   I don't remember.
11:28:08 5      Q.   Did Dr. Sommer review filings that
11:28:17 6  you were submitting to patent offices?
11:28:37 7      A.   Very rarely.
11:28:38 8      Q.   Did Dr. Milnes review filings that
11:28:42 9  you were submitting to patent offices?
11:28:4410      A.   Very rarely.
11:28:5211      Q.   Did you discuss patent
11:29:0012  applications, that you were involved with, with
11:29:0213  Dr. Sommer and Dr. Milnes?
11:29:0514          MR. CHERNY: Objection. Compound.
11:29:0915          THE WITNESS:
11:29:1316      A.   (English) Yes.
11:29:1517          (Discussion in German)
11:29:2218          (Interpreter translating)
11:29:4919      I have to ask, again. Am I to
11:29:5220  supposed to have checked or reviewed patent
11:29:5521  applications that were drafted by Dr. Sommer or
11:29:5722  Dr. Milnes?

20   (Pages 74 to 77)

DR. ROLF A. FLEISCHER

|  | 102 |
|---|---|
| 01:30:59 1 | results. |
| 01:30:59 2 | BY MS. BERNIKER: |
| 01:31:00 3 | Q. Is it important to the company that |
| 01:31:01 4 | they obtain patents relating to their research? |
| 01:31:04 5 | MR. CHERNY: Objection. Lack of -- |
| 01:31:05 6 | I am sorry. |
| 01:31:09 7 | (Interpreter Translating) |
| 01:31:14 8 | MR. CHERNY: Objection. Lack of |
| 01:31:15 9 | foundation. Calls for speculation. |
| 01:31:23 10 | THE WITNESS: |
| 01:31:24 11 | A. Yes. |
| 01:31:24 12 | BY MS. BERNIKER: |
| 01:31:29 13 | Q. And it's important to have patents |
| 01:31:34 14 | that are as broad as possible. |
| 01:31:36 15 | Is that correct? |
| 01:31:37 16 | MR. CHERNY: Objection. Vague. |
| 01:31:51 17 | THE WITNESS: |
| 01:31:53 18 | A. I don't know. |
| 01:31:53 19 | BY MS. BERNIKER: |
| 01:31:54 20 | Q. Well, when you drafted patent |
| 01:31:54 21 | applications, did you try to make them as broad as |
| 01:31:59 22 | possible? |

|  | 103 |
|---|---|
| 01:32:07 1 | MR. CHERNY: Objection. Vague. |
| 01:32:09 2 | THE WITNESS: |
| 01:32:12 3 | A. That depends always on the specific |
| 01:32:14 4 | case. |
| 01:32:15 5 | BY MS. BERNIKER: |
| 01:32:16 6 | Q. Were there cases where you believe |
| 01:32:21 7 | you had invented something broader than what you |
| 01:32:24 8 | applied for in your patent application? |
| 01:32:38 9 | MR. CHERNY: Objection. Vague. |
| 01:32:41 10 | Lack of foundation. |
| 01:32:47 11 | THE WITNESS: |
| 01:32:48 12 | A. No. |
| 01:32:49 13 | BY MS. BERNIKER: |
| 01:33:04 14 | Q. Has Boehringer, to your knowledge, |
| 01:33:06 15 | ever commercialized a product when it didn't have |
| 01:33:09 16 | a patent or a license to a patent covering that |
| 01:33:13 17 | product? |
| 01:33:22 18 | MR. CHERNY: Objection. Vague. |
| 01:33:23 19 | Lack of foundation. |
| 01:33:31 20 | THE WITNESS: |
| 01:33:31 21 | A. I don't know. |
| 01:33:32 22 | BY MS. BERNIKER: |

|  | 104 |
|---|---|
| 01:33:35 1 | Q. I'd like to go back to our |
| 01:33:36 2 | discussion before lunch when we were discussing |
| 01:33:39 3 | the Foreign Filing Text. |
| 01:33:51 4 | The Foreign Filing Text, I believe |
| 01:33:53 5 | you testified, was prepared after an original |
| 01:33:56 6 | application was filed in Germany, generally? |
| 01:34:09 7 | A. Yes. |
| 01:34:10 8 | Q. And was the same person who drafted |
| 01:34:12 9 | the original application also responsible for |
| 01:34:15 10 | drafting the Foreign Filing Text? |
| 01:34:25 11 | MR. CHERNY: Objection. Lack of |
| 01:34:26 12 | foundation. |
| 01:34:31 13 | THE WITNESS: |
| 01:34:33 14 | A. Yes. |
| 01:34:33 15 | BY MS. BERNIKER: |
| 01:34:34 16 | Q. And was it typical for you to |
| 01:34:38 17 | always prepare a Foreign Filing Text, or was that |
| 01:34:41 18 | only in certain circumstances? |
| 01:34:56 19 | A. Yes and no. In certain |
| 01:35:08 20 | circumstances, because it was always specific. |
| 01:35:12 21 | Q. So sometimes you would prepare a |
| 01:35:15 22 | Foreign Filing Text and sometimes you wouldn't? |

|  | 105 |
|---|---|
| 01:35:16 1 | A. Yes. Sometimes you wouldn't. |
| 01:35:25 2 | Q. And where you were going to file |
| 01:35:30 3 | applications in foreign countries, in those |
| 01:35:32 4 | instances, did you always prepare a Foreign Filing |
| 01:35:45 5 | Text? |
| 01:35:45 6 | MR. CHERNY: Objection. Vague. |
| 01:35:48 7 | THE WITNESS: |
| 01:35:51 8 | A. No. |
| 01:35:52 9 | BY MS. BERNIKER: |
| 01:35:53 10 | Q. How did you decide when to prepare |
| 01:35:55 11 | a Foreign Filing Text and when not to? |
| 01:36:07 12 | A. Well, the decision was rather easy. |
| 01:36:18 13 | If the Foreign Filing Text was identical with the |
| 01:36:22 14 | German text, then it was not necessary to draw up |
| 01:36:25 15 | a separate Foreign Filing Text. |
| 01:36:27 16 | Q. So you only prepared foreign filing |
| 01:36:30 17 | texts where there were going to be changes from |
| 01:36:33 18 | the German application? |
| 01:36:44 19 | A. Yes. |
| 01:36:44 20 | Q. Is that something that was the |
| 01:36:48 21 | general practice for everyone in the patent |
| 01:36:50 22 | department at Boehringer? |

27 (Pages 102 to 105)

DR. ROLF A. FLEISCHER

| 114 | 116 |
|---|---|

01:51:59 1     A.  If you file for a new patent

01:52:20 2 application, you have got a new priority year, and

01:52:23 3 the inventor then has the idea to further enhance

01:52:28 4 on his new inventor's idea.

01:52:32 5       INTERPRETER MUELLER-GRANT:

01:52:33 6 (Translating) And has the time.

01:52:34 7       INTERPRETER ROOSE-STAEHLE:

01:52:34 8 (Translating) And has the time.

01:52:36 9       INTERPRETER BROCKSCHNIEDER:

01:52:38 10 (Translating) And has the time.

01:52:39 11 BY MS. BERNIKER:

01:52:40 12     Q.  And if you amended the Foreign

01:52:42 13 Filing Text to include the new invention, what

01:52:44 14 priority date would you have in that circumstance?

01:52:46 15       MR. CHERNY: Objection. Incomplete

01:52:58 16 hypothetical. Calls for a legal conclusion.

01:53:30 17     - (Pause)

01:53:39 18     (Adjusting microphone)

01:53:44 19     THE WITNESS:

01:53:45 20     A.  That would not be covered by the

01:53:47 21 original application.

01:53:57 22 BY MS. BERNIKER:

| 115 | 117 |
|---|---|

01:53:58 1     Q.  So you couldn't claim priority back

01:54:00 2 to the original application in that circumstance?

01:54:10 3       MR. CHERNY: Objection. Calls for

01:54:11 4 a legal conclusion.

01:54:17 5     THE WITNESS:

01:54:20 6     A.  No. Only to the addition.

01:54:23 7 BY MS. BERNIKER:

01:54:28 8     Q.  Only to the first application where

01:54:30 9 that addition was disclosed? Is that what you

01:54:39 10 mean?

01:54:39 11       MR. CHERNY: Objection. Calls for

01:54:45 12 a legal conclusion.

01:54:46 13     THE WITNESS:

01:54:59 14     A.  Now, that's something that I do not

01:55:00 15 exactly understand, because the original patent

01:55:03 16 application remains intact.

01:55:11 17 BY MS. BERNIKER:

01:55:11 18     Q.  With respect to the addition of a

01:55:18 19 new invention that you add during the Foreign

01:55:23 20 Filing Text that is not in the original

01:55:24 21 application, for that subject matter, you can't

01:55:29 22 claim priority to the original application.

01:55:31 1     Correct?

01:55:32 2       MR. CHERNY: I am waiting for him.

01:55:37 3     (Interpreter Translating)

01:56:09 4     THE WITNESS:

01:56:09 5     A.  No.

01:55:53 6       MR. CHERNY: You have got to let me

01:55:59 7 have a chance to object.

01:56:05 8     But he answered, so...

01:56:10 9 BY MS. BERNIKER:

01:56:10 10     Q.  What priority can you claim for

01:56:12 11 additional subject matter that's included in the

01:56:14 12 Foreign Filing Text but not in the original

01:56:16 13 application?

01:56:26 14       MR. CHERNY: Objection. Vague.

01:56:28 15 Calls for a legal conclusion.

01:56:28 16     THE WITNESS:

01:56:40 17     A.  That depends on the specific case.

01:56:42 18 BY MS. BERNIKER:

01:56:43 19     Q.  What does it depend on in the

01:56:50 20 specific case?

01:56:59 21     A.  Whether this substance claim is

01:57:01 22 covered by the original priority.

01:57:07 1     Q.  Have there been situations where,

01:57:10 2 when you draft the Foreign Filing Text, you change

01:57:16 3 the general formula of compounds that are included

01:57:20 4 in a patent application?

01:57:34 5     A.  Yes.

01:57:35 6     Q.  In those circumstances, have you

01:57:39 7 made the general formula broader than it was in

01:57:41 8 the original application?

01:57:51 9       MR. CHERNY: Objection. Vague.

01:57:53 10 Incomplete hypothetical.

01:57:55 11     THE WITNESS: Depends on the

01:58:02 12 specific case.

01:58:04 13 BY MS. BERNIKER:

01:58:05 14     Q.  Have there been cases where you

01:58:07 15 have made the general formula broader in the

01:58:10 16 Foreign Filing Text than it was in the original

01:58:13 17 application?

01:58:20 18     A.  Yes.

01:58:20 19     Q.  And why would you do this?

01:58:24 20     (Witness speaking in German)

01:58:24 21       MR. CHERNY: Stop.

01:58:25 22     Tell him to give me time to object.

30  (Pages 114 to 117)

DR. ROLF A. FLEISCHER

**118**

01:58:29 1    THE WITNESS: Yes.
01:58:30 2    (Interpreter translating)
01:58:31 3    THE WITNESS: Okay.
01:58:32 4    INTERPRETER MUELLER-GRANT: It's
01:58:33 5    clear. Okay. Thank you.
01:58:36 6    BY MS. BERNIKER:
01:58:40 7    Q.    Why have you done that?
01:58:41 8    A.    I don't remember.
01:58:47 9    Q.    In that situation, would the
01:58:59 10    compounds that are added in the Foreign Filing
01:59:03 11    Text, but that are not in the original
01:59:06 12    application, what priority date would they be
01:59:09 13    entitled to?
01:59:25 14    MR. CHERNY: Objection. Vague.
01:59:26 15    Calls for speculation and a legal conclusion.
01:59:43 16    THE WITNESS:
01:59:44 17    A.    The day of the filing -- filing the
01:59:45 18    application.
01:59:46 19    BY MS. BERNIKER:
01:59:47 20    Q.    Of filing which application?
01:59:56 21    A.    The day of filing the application
02:00:00 22    is the filing day.

**119**

02:00:01 1    Q.    Are you saying that they are
02:00:04 2    entitled to the priority date of the original
02:00:07 3    application or priority date of the application of
02:00:10 4    the Foreign Filing Text in that country?
02:00:23 5    MR. CHERNY: Objection. Vague,
02:00:25 6    incomplete hypothetical, calls for speculation.
02:00:34 7    THE WITNESS:
02:00:38 8    A.    They are filing the foreign filing.
02:00:40 9    BY MS. BERNIKER:
02:01:21 10    Q.    Dr. Fleischer, once you prepared
02:01:23 11    the Foreign Filing Text for the applications for
02:01:26 12    which you were responsible, what did you do with
02:01:31 13    that Foreign Filing Text?
02:01:39 14    MR. CHERNY: Objection. Are you
02:01:39 15    talking generally or any specific text?
02:01:41 16    MS. BERNIKER: Generally.
02:01:54 17    THE WITNESS:
02:01:59 18    A.    This text was handed over to the
02:02:02 19    group for control.
02:02:06 20    BY MS. BERNIKER:
02:02:06 21    Q.    Which group are you referring to,
02:02:08 22    sir?

**120**

02:02:14 1    A.    The group to which the application
02:02:19 2    belonged.
02:02:19 3    Q.    The inventors and their team
02:02:24 4    leader?
02:02:25 5    A.    Yes.
02:02:27 6    Q.    And you would provide them with a
02:02:32 7    draft of the Foreign Filing Text so they could
02:02:36 8    review it and let you know if they had any
02:02:39 9    comments or questions?
02:02:40 10    A.    Yes.
02:02:46 11    Q.    In what language would you draft
02:02:49 12    the Foreign Filing Text?
02:02:51 13    A.    That specifically depended on the
02:03:12 14    language on which the original application was
02:03:14 15    drafted.
02:03:15 16    Q.    Would you draft the Foreign Filing
02:03:17 17    Text in the same language as the original
02:03:19 18    application was drafted?
02:03:20 19    A.    Specifically seen, yes.
02:03:32 20    Q.    I am not sure what you mean by
02:03:41 21    "specifically seen."
02:03:47 22    A.    As I said before, if I have a text

**121**

02:04:06 1    in English or German or French, it would be normal
02:04:09 2    to phrase it in German.
02:04:25 3    Q.    If the original application was in
02:04:27 4    German, would the Foreign Filing Text be also
02:04:32 5    prepared in German?
02:04:33 6    A.    Yes.
02:04:44 7    Q.    After you received comments, if
02:04:50 8    any, from the inventors and the group, what would
02:04:55 9    you do next with the Foreign Filing Text?
02:04:58 10    A.    After assessing the proposed
02:05:28 11    changes, the text was accordingly modified or not.
02:05:32 12    That was depending on the specific case.
02:05:36 13    Q.    After you made the decision to
02:05:41 14    modify or not modify the Foreign Filing Text after
02:05:46 15    you resolved these questions, what did you do with
02:05:49 16    the Foreign Filing Text?
02:05:58 17    A.    Then it was -- then one waited to
02:06:19 18    see whether the application would be filed abroad
02:06:22 19    or not.
02:06:24 20    Q.    Who determined whether the
02:06:26 21    application would be filed abroad?
02:06:28 22    A.    It was decided by research,

31 (Pages 118 to 121)

DR. ROLF A. FLEISCHER

122

02:06:50 1  together with the patent department.
02:06:52 2      Q.    When you say that was decided by
02:06:55 3  research, are you talking about the group who were
02:06:57 4  involved with the application?
02:06:58 5      A.    The group is part of the research
02:07:23 6  department, and the first decision or opinion came
02:07:29 7  from there.
02:07:30 8      Q.    What would be taken into
02:07:33 9  consideration in deciding whether to file the
02:07:35 10 application abroad?
02:07:39 11         MR. CHERNY:  And I will caution you
02:07:41 12 not to disclose any specific -- I am sorry.  Maybe
02:07:45 13 it's -- I don't want to stand in the way of the
02:07:48 14 translation.  I just want to make sure I get my
02:07:50 15 objection in before.
02:07:51 16         MS. BERNIKER:  That's fine.  Why
02:07:52 17 don't you make your objection, and then...
02:07:55 18         MR. CHERNY:  I caution you not to
02:07:56 19 reveal any specific communications relate to a go a
02:07:58 20 decision.
02:07:59 21         She is only asking generally if
02:08:02 22 there is an answer.

124

02:10:46 1  question means.
02:10:47 2      Q.    After you filed the original
02:10:48 3  application, was there a time period within which
02:10:51 4  you would generally file the foreign applications?
02:10:56 5      A.    The time period always depended on
02:11:34 6  the priority, how much time there was available to
02:11:37 7  prepare the text.  There was no general rule.
02:11:40 8      Q.    Would you generally file the
02:11:42 9  foreign applications within a year of the original
02:11:45 10 application?
02:11:45 11     A.    I don't remember.  I mean, after
02:12:17 12 all, the priority year lasts for a year, and there
02:12:21 13 were certainly applications which were not going
02:12:24 14 abroad.
02:12:31 15     Q.    How long after the original
02:12:32 16 application was filed did you draft the Foreign
02:12:39 17 Filing Text in general?
02:12:50 18         INTERPRETER ROOSE-STAEHLE:  Filed?
02:12:51 19         MS. BERNIKER:  Drafted.
02:12:52 20         MR. CHERNY:  Objection.  Vague.
02:12:53 21 Calls for speculation.
02:13:02 22         THE WITNESS:

123

02:08:03 1          (Interpreter translating)
02:08:36 2      (Interpreter translated question in German)
02:08:41 3          THE WITNESS:
02:08:54 4      A.    It was always the success chances
02:08:59 5  given at the time whether there would be a
02:09:01 6  development or not.
02:09:04 7  BY MS. BERNIKER:
02:09:04 8      Q.    When you say "success chances," are
02:09:06 9  you speaking about the potential success of a drug
02:09:11 10 product encompassed within the application?
02:09:18 11     A.    Yes.
02:09:33 12     Q.    If you thought a drug was likely to
02:09:38 13 be successful, would you generally file foreign
02:09:43 14 applications?
02:09:52 15         MR. CHERNY:  Objection.  Vague.
02:10:07 16         THE WITNESS:
02:10:08 17     A.    The scope always depended on the
02:10:11 18 chances which were perceived at the time.
02:10:22 19 BY MS. BERNIKER:
02:10:22 20     Q.    Was there a time period within
02:10:24 21 which you would file foreign applications?
02:10:40 22     A.    I don't understand what this

125

02:13:03 1      A.    It was case dependent.
02:13:07 2  BY MS. BERNIKER:
02:13:07 3      Q.    After you had completed any
02:13:10 4  modifications to the Foreign Filing Text that you
02:13:13 5  received from the research groups, what did you do
02:13:17 6  with the Foreign Filing Text at that time,
02:13:20 7  generally?
02:13:20 8      A.    This text was preserved, was kept
02:13:46 9  on stock, as it were, until the decision was made
02:13:50 10 to file abroad or not.
02:13:51 11     Q.    And once the decision was made to
02:13:53 12 file abroad, what did you do?
02:13:55 13     A.    That depended on the scope of the
02:14:16 14 decisions.  Normally the text were then sent out
02:14:19 15 for translation.
02:14:20 16     Q.    And who translated the text?
02:14:22 17     A.    In English, Frank B. Dehn.
02:14:33 18     Q.    In other languages?
02:14:35 19     A.    Spanish, the office of El Sabiro.
02:15:12 20     Q.    I am sorry.  Dehn and Company,
02:15:14 21 that's in England?
02:15:17 22     A.    (English)  Frank B. Dehn, yes.

32  (Pages 122 to 125)

DR. ROLF A. FLEISCHER

126

02:15:19 1    Q.    That's located in London?
02:15:21 2    A.    Yeah.  Yes.
02:15:25 3    Q.    And after the Frank B. Dehn company
02:15:35 4    translated -- that's a company.
02:15:37 5         Correct?
02:15:48 6    A.    I don't know the corporate form,
02:15:51 7    but...
02:15:52 8    Q.    After the Frank B. Dehn company
02:15:55 9    translated the Foreign Filing Text to English,
02:15:59 10   what would they do with that translation?
02:16:31 11   A.    This translation was then sent out
02:16:33 12   to our representatives in order to do the filing
02:16:36 13   involved.
02:16:37 14   Q.    Did you also receive a copy of the
02:16:38 15   translation?
02:16:39 16   A.    Yes.
02:16:39 17   Q.    Did Dehn -- did the Dehn company
02:16:44 18   send the translation to your representatives to do
02:16:47 19   the filing or did you send the translation?
02:17:01 20   A.    This changed over the years, and
02:17:07 21   this is why I cannot remember how it was done in
02:17:11 22   the respective years.

127

02:17:12 1    Q.    Was the Dehn company instructed to
02:17:18 2    create an accurate translation of the Foreign
02:17:22 3    Filing Text that you sent them?
02:17:23 4    A.    Yes.
02:17:31 5    Q.    And for applications that were
02:17:42 6    being filed in the United States, who was the
02:17:45 7    recipient of the English translation?
02:17:55 8         MR. CHERNY:  For all the
02:17:56 9    applications?
02:17:57 10        MS. BERNIKER:  Generally, yes.
02:18:02 11        THE WITNESS:
02:18:05 12   A.    The patent department in the United
02:18:07 13   States.
02:18:07 14   Q.    And that department is located in
02:18:09 15   Ridgefield, Connecticut?
02:18:11 16   A.    Yes.
02:18:15 17   Q.    What is the responsibility of the
02:18:22 18   patent department office in Ridgefield,
02:18:24 19   Connecticut?
02:18:33 20        MR. CHERNY:  Objection.  Lack of
02:18:34 21   foundation.  Calls for speculation.
02:18:55 22        THE WITNESS:  The patent department

128

02:18:58 1    is in charge of the filing the applications and to
02:19:01 2    follow that up.
02:19:05 3    BY MS. BERNIKER:
02:19:11 4    Q.    When the patent department in the
02:19:15 5    United States was provided with an English
02:19:18 6    translation of the Foreign Filing Text that you
02:19:20 7    prepared, what were they expected to do with that?
02:19:37 8         MR. CHERNY:  Objection.  Vague.
02:19:38 9    Lack of foundation.
02:19:42 10        THE WITNESS:
02:19:58 11   A.    As far as I know, the text was
02:20:01 12   adjusted to US practice.
02:20:04 13   BY MS. BERNIKER:
02:20:08 14   Q.    What part of the text was adjusted?
02:20:10 15   A.    (English) The claims.
02:20:17 16        (Through the interpreter) The
02:20:19 17   claims.
02:20:19 18   Q.    Was any other part of the text
02:20:22 19   adjusted?
02:20:22 20   A.    Sometimes.  I don't know.  It
02:20:33 21   depended on the specific case.
02:20:35 22   Q.    Would the US patent department in

129

02:20:39 1    Ridgefield, Connecticut make -- I am sorry.  Let
02:20:44 2    me ask a different question.
02:20:45 3         Would you be informed of any
02:20:49 4    changes made by the US patent department in
02:20:51 5    Ridgefield, Connecticut?
02:20:52 6    A.    Yes.
02:20:58 7    Q.    And you would be informed of those
02:21:02 8    changes before the application was filed in the
02:21:04 9    United States?
02:21:06 10   A.    That's different case by case.  It
02:21:20 11   is time dependent.
02:21:22 12   Q.    If there was time, you would have
02:21:27 13   reviewed those changes before the application was
02:21:29 14   filed?
02:21:30 15        Is that your testimony?
02:21:31 16   A.    As a rule, yes.
02:21:46 17   Q.    Did the attorneys in the United
02:21:51 18   States patent department in Ridgefield,
02:21:54 19   Connecticut ever have conversations with the
02:21:57 20   inventors directly?
02:22:04 21        MR. CHERNY:  Objection.  Calls for
02:22:06 22   speculation.

33  (Pages 126 to 129)

DR. ROLF A. FLEISCHER

**134**

02:38:10 1 the United States attorneys and the inventors
02:38:15 2 where you did not participate?
02:38:17 3 　A. That's something I cannot tell.
02:38:25 4 　Q. Do you know of any situations where
02:38:28 5 that happened?
02:38:32 6 　MR. CHERNY: Objection. Asked and
02:38:33 7 answered.
02:38:36 8 　THE WITNESS:
02:38:38 9 　A. No.
02:38:39 10 BY MS. BERNIKER:
02:38:40 11 　Q. Was there ever a circumstance where
02:38:42 12 the attorneys in the United States told you that
02:38:44 13 they wanted to change who was listed as an
02:38:47 14 inventor on the patent application?
02:39:08 15 　A. Not that I know of.
02:39:10 16 　Q. If they had decided that they
02:39:15 17 wanted to change the inventors on a patent
02:39:17 18 application, would they have to consult with you
02:39:20 19 before doing so?
02:39:31 20 　MR. CHERNY: Objection. Incomplete
02:39:32 21 hypothetical.
02:39:33 22 　THE WITNESS:

**135**

02:39:38 1 　A. I don't know.
02:39:38 2 BY MS. BERNIKER:
02:39:43 3 　Q. When you provided the attorneys in
02:39:47 4 the United States with copies of the Foreign
02:39:52 5 Filing Text -- I am sorry. Let me ask a different
02:39:54 6 question.
02:39:55 7 　How did the attorneys in the United
02:39:59 8 States know whether they could claim priority to
02:40:02 9 any original application?
02:40:03 10 　A. Now, this information was contained
02:40:26 11 in a so-called order document.
02:40:30 12 　Q. What was the order document?
02:40:31 13 　A. The order document was the document
02:40:51 14 that we sent out to the representatives in those
02:40:54 15 countries where foreign applications were to be
02:40:57 16 filed.
02:40:57 17 　Q. What was included in the order
02:41:02 18 document?
02:41:06 19 　MR. CHERNY: In general, correct?
02:41:07 20 　MS. BERNIKER: Generally.
02:41:08 21 　THE WITNESS:
02:41:10 22 　A. (English) The name of the (through

**136**

02:41:14 1 the interpreter) The name of the inventors, the
02:41:29 2 priority date itself, and that's it. Well, also
02:41:32 3 the Foreign Filing Text.
02:41:34 BY MS. BERNIKER:
02:41:34 5 　Q. Who prepared the order document?
02:41:36 6 　A. The corresponding clerk, under
02:41:48 7 normal circumstances, except for holiday times.
02:41:53 8 　Q. What do you mean by "clerk?" Are
02:41:56 9 you saying the person who was responsible for the
02:41:59 10 prosecution of that application?
02:42:10 11 　A. Yes.
02:42:11 12 　Q. So where you were responsible --
02:42:13 13 where you had drafted the original patent
02:42:15 14 application and the Foreign Filing Text, you would
02:42:18 15 also prepare the order document?
02:42:19 16 　A. Yes.
02:42:30 17 　Q. Did you also provide the attorneys
02:42:34 18 in the United States with translations of the
02:42:37 19 priority application or applications?
02:42:38 20 　A. Now this procedure has changed.
02:43:11 21 Normally we made the translations available to
02:43:13 22 them only through Frank B. Dehn.

**137**

02:43:16 1 　Q. So the translations weren't
02:43:19 2 provided as part of the order document.
02:43:20 3 　Is that right?
02:43:34 4 　A. Here the procedure has also
02:43:41 5 changed, and I cannot tell you exactly as of when
02:43:43 6 this change has been implemented.
02:43:48 7 　Q. Do you recall whether the --
02:43:50 8 approximately 1985, the procedure was to provide
02:43:54 9 the United States attorneys of the translations of
02:43:57 10 the priority document or documents?
02:44:01 11 　(Witness speaking in German)
02:44:04 12 　MR. CHERNY: Why don't you wait for
02:44:06 13 the translator.
02:44:07 14 　THE WITNESS: (English) yes.
02:44:09 15 　(Interpreter Translating)
02:44:13 16 　THE WITNESS:
02:44:15 17 　A. I don't know.
02:44:15 18 BY MS. BERNIKER:
02:44:16 19 　Q. Did you expect the United States
02:44:17 20 attorneys who were handling the prosecutions in
02:44:21 21 the United States to look into the question of
02:44:24 22 whether it was appropriate to claim priority to

35　(Pages 134 to 137)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022　(212) 705-8585

DR. ROLF A. FLEISCHER

138

02:44:28 1  those applications?
02:44:53 2        (Discussion between interpreters)
02:45:07 3        INTERPRETER MUELLER-GRANT: Would I
02:45:07 4  translate the whole question once again?
02:45:10 5        MR. CHERNY: I don't know what's
02:45:10 6  happening.
02:45:11 7        MS. BERNIKER: Please.
02:45:12 8        INTERPRETER MUELLER-GRANT: Okay.
02:45:15 9        (Translating)
02:45:42 10        THE WITNESS:
02:45:43 11        A.   I can no longer recall.
02:45:49 12  BY MS. BERNIKER:
02:45:50 13        Q.   Did you understand that they were
02:45:51 14  relying on your representation about what to claim
02:45:58 15  priority to?
02:45:58 16        A.   The question was what do you mean
02:46:22 17  by relying on your representation?  Who or what is
02:46:26 18  "your?"
02:46:28 19        Q.   The representation that you
02:46:29 20  included in the order document about what to claim
02:46:32 21  priority to?
02:46:32 22        A.   I do not exactly understand that.

139

02:46:52 1  We sent them the priority date -- data.  Maybe you
02:46:57 2  could once again elaborate on that question.
02:46:59 3  BY MS. BERNIKER:
02:47:00 4        Q.   You sent them the priority data?
02:47:01 5        A.   (English) Yes.
02:47:02 6        Q.   And you expected them to include
02:47:03 7  that in the United States patent application.
02:47:05 8        Correct?
02:47:06 9        A.   My expectations do not go that far.
02:47:33 10  We instructed them to prepare and file the patent
02:47:37 11  applications in accordance with US law.
02:47:46 12        Q.   Did you tell them the differences
02:47:48 13  between the priority applications and the Foreign
02:48:10 14  Filing Text?
02:48:10 15        A.   I cannot remember of that time.
02:48:16 16        Q.   Included in the order document, was
02:48:19 17  there information regarding differences between
02:48:22 18  the Foreign Filing Text and the priority
02:48:25 19  application?
02:48:36 20        A.   Here the same applies as before.  I
02:48:45 21  cannot remember.
02:48:46 22        Q.   Were there instances where the

140

02:48:47 1  United States attorneys decided not to rely on the
02:48:50 2  priority dates that you provided them in the order
02:48:53 3  document?
02:48:53 4        A.   I cannot recall.  I am sorry.
02:49:11 5        Q.   You don't recall any specific
02:49:15 6  instances where they did not rely on the priority
02:49:18 7  documents?
02:49:30 8        (Interpreter Translating)
02:49:30 9        INTERPRETER MUELLER-GRANT:
02:49:30 10  "Priority documents."
02:49:39 11        (Interpreter Translating)
02:49:45 12        THE WITNESS:
02:49:45 13        A.   That's something I cannot assess
02:49:47 14  because I don't know.
02:49:47 15  BY MS. BERNIKER:
02:49:51 16        Q.   You were provided with copies of
02:49:52 17  the applications that the United States attorneys
02:49:54 18  filed with the United States Patent Office?
02:50:09 19        A.   Yes.
02:50:09 20        Q.   Sitting here today, do you remember
02:50:13 21  any instances specifically of situations where
02:50:18 22  they did not include -- where they did not claim

141

02:50:22 1  priority to applications that you had included in
02:50:24 2  the order document?
02:50:47 3        MR. CHERNY:  Objection.  Asked and
02:50:48 4  answered.
02:50:56 5        THE WITNESS:
02:50:57 6        A.   I cannot tell you.  I cannot
02:50:58 7  recall.
02:50:59 8  BY MS. BERNIKER:
02:51:04 9        Q.   If they -- if there had been
02:51:06 10  instances where the United States attorneys did
02:51:08 11  not claim priority to the applications you listed
02:51:13 12  in the order document, would they have to discuss
02:51:15 13  this with you before making that decision?
02:51:36 14        MR. CHERNY:  Objection.  Asked and
02:51:37 15  answered.  Incomplete hypothetical.
02:51:45 16        THE WITNESS:
02:51:49 17        A.   I cannot speak on behalf of any of
02:51:51 18  my colleagues.  I don't know.
02:52:00 19  BY MS. BERNIKER:
02:52:01 20        Q.   For United States patent
02:52:03 21  applications where they are first submitted, you
02:52:07 22  are aware, sir, that the inventors have to sign a

36  (Pages 138 to 141)

DR. ROLF A. FLEISCHER

142

02:52:11 1    declaration?

02:52:17 2        A.   Yes.

02:52:26 3        Q.   And the declaration says that they

02:52:30 4    are cognizant of their duty to be candid with the

02:52:34 5    patent office and truthful?

02:52:47 6        MR. CHERNY:  I am just going to

02:52:49 7    object.  I mean, are you asking for his memory of

02:52:53 8    the document?  Because I don't know if you are

02:52:54 9    representing that the language --

02:52:55 10        MS. BERNIKER:  No.  I am just

02:52:56 11    searching for his memory.  I am not representing

02:52:58 12    that that's the exact language.

02:53:00 13        MR. CHERNY:  Oh, okay.

02:53:02 14        INTERPRETER BROCKSCHNIEDER:  Do you

02:53:02 15    want me to translate this or just back to the --

02:53:05 16        MR. CHERNY:  Sure.

02:53:06 17        (Interpreter Translating)

02:53:28 18        THE WITNESS:

02:53:30 19        A.   Yes.  He is aware of the general

02:53:31 20    contents of this declaration.

02:53:37 21    BY MS. BERNIKER:

02:53:38 22        Q.   Did the United States attorneys

143

02:53:40 1    contact the inventors directly in general to

02:53:44 2    obtain signed copies of this document, or did they

02:53:47 3    go through the German Boehringer Ingelheim patent

02:53:49 4    office?

02:54:06 5        A.   Usually they went through the

02:54:08 6    German patent department.

02:54:09 7        Q.   So for applications where you had

02:54:11 8    drafted the Foreign Filing Text, would you obtain

02:54:15 9    the inventors' signatures on these documents?

02:54:37 10        A.   I received the declaration, and

02:54:49 11    then the signatures were obtained through a

02:54:51 12    special secretary.

02:54:52 13        Q.   Who did you receive the declaration

02:54:59 14    form from?  Was that from the United States

02:55:03 15    office?

02:55:03 16        A.   Yes.

02:55:09 17        Q.   Who filled in the priority

02:55:15 18    applications that were included on that form?

02:55:17 19        A.   The US colleague.

02:55:30 20        Q.   Who instructed the inventors

02:55:40 21    regarding the oath and what it meant before they

02:55:45 22    signed it?

144

02:55:56 1        MR. CHERNY:  Again, you are talking

02:55:59 2    in general?

02:56:00 3        MS. BERNIKER:  Generally.

02:56:01 4        THE WITNESS:

02:56:51 5        A.   As a rule, the head of the patent

02:56:53 6    department or patent office delivered the lecture

02:56:58 7    to the inventors on general patent affairs and, in

02:57:01 8    particular, pointed out to the significance of the

02:57:05 9    signature on the US declaration.

02:57:08 10        And apart from that, each

02:57:10 11    colleague, including myself, on any occasion were

02:57:15 12    requested or reminded or instructed the inventors

02:57:19 13    on the specific importance of the signature on

02:57:21 14    this declaration.

02:57:23 15        INTERPRETER ROOSE-STAEHLE:

02:57:24 16    (Translating)  This lecture was generally on legal

02:57:25 17    aspects of patent law and patent application.

02:57:28 18        MR. CHERNY:  Okay.

02:57:29 19    BY MS. BERNIKER:

02:57:30 20        Q.   So were those Dr. Laudien and Dr.

02:57:36 21    Finke who would provide those lectures about

02:57:39 22    patent law?

145

02:57:49 1        MR. CHERNY:  I assume you are

02:57:50 2    talking about a specific time period.

02:57:51 3        MS. BERNIKER:  Between 1984 to

02:58:04 4    1990.

02:58:07 5        THE WITNESS:

02:58:37 6        A.   Now, I was not entirely clear in my

02:58:39 7    previous statement.  Usually the head of the local

02:58:42 8    patent department delivered that lecture.

02:58:47 9        And I am not quite sure whether Dr.

02:58:50 10    Finke delivered such a lecture in Biberach.  I

02:58:53 11    know for sure -- now I have got to be cautious in

02:58:57 12    what I am saying, but I know for sure that Dr.

02:59:04 13    Sommer delivered the lecture in Biberach.

02:59:06 14        And in between, as far as I know,

02:59:08 15    Dr. Laudien also delivered such a lecture here in

02:59:11 16    Biberach.

02:59:12 17    BY MS. BERNIKER:

02:59:12 18        Q.   Did Dr. Milnes also deliver such a

02:59:16 19    lecture at some point?

02:59:18 20        A.   I can't recall.  I am not sure.  I

02:59:22 21    believe so.

02:59:22 22        Q.   When you were the head of the

37  (Pages  142  to  145)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212) 705-8585

DR. ROLF A. FLEISCHER

146

02:59:24 1 patent department in Biberach, did you deliver
02:59:26 2 that lecture?
02:59:27 3     MR. CHERNY: I want him to speak
02:59:31 4 before, to stop.
02:59:37 5     You translate.
02:59:38 6     (Interpreter Translating)
02:59:41 7     Objection. Vague.
02:59:43 8     THE WITNESS:
02:59:44 9     A.   No.
02:59:47 10 BY MS. BERNIKER:
02:59:47 11     Q.   Did you attend the lectures that
02:59:49 12 had been delivered by either Dr. Sommer or Dr
02:59:51 13 Laudien?
03:00:04 14     A.   Yes.
03:00:04 15     Q.   And in those lectures, did they
03:00:06 16 discuss the obligation to be candid with the
03:00:11 17 United States Patent Office?
03:00:22 18     MR. CHERNY: I will let him answer
03:00:24 19 that, as long as you are not going to assert any
03:00:26 20 type of waiver, because we are starting to get
03:00:28 21 into the specifics of conversations.
03:00:30 22     MS. BERNIKER: Okay. No. We are

147

03:00:31 1 not going to assert a waiver.
03:00:33 2     MR. CHERNY: Okay. I know.
03:00:35 3     You can answer if you remember.
03:00:38 4     THE WITNESS:
03:00:38 5     A.   Yes.
03:00:39 6 BY MS. BERNIKER:
03:00:43 7     Q.   And you understood at that time
03:00:45 8 that the obligation to be candid with the United
03:00:54 9 States Patent Office extended to everyone making
03:00:56 10 representations on behalf of Boehringer Ingelheim
03:00:59 11 in front of the patent office?
03:01:12 12     A.   Yes.
03:01:12 13     Q.   And you understood at that time,
03:01:19 14 between 1984 and 1990, that the obligation to be
03:01:24 15 truthful with the United States Patent Office
03:01:27 16 extended to you, to the extent that you had been
03:01:29 17 involved in drafting patent applications or with
03:01:32 18 respect to applications that you had drafted?
03:01:52 19     A.   Yes.
03:01:52 20     Q.   With respect to applications that
03:01:57 21 you had drafted that were being prosecuted in the
03:02:00 22 United States, were you regularly consulted

148

03:02:03 1 regarding foreign filings before they were filed?
03:02:09 2     MR. CHERNY: Could I have that?
03:02:10 3 Let me read it back to myself, so...
03:02:13 4     MS. BERNIKER: Let me repeat the
03:02:15 5 question, modified.
03:02:16 6     Q.   With respect to applications that
03:02:17 7 you had drafted that were being prosecuted in the
03:02:19 8 United States, were you regularly consulted
03:02:23 9 regarding filings before they were filed with the
03:02:25 10 United States Patent Office?
03:02:36 11     MR. CHERNY: Objection. Lack of
03:02:37 12 foundation. Vague.
03:02:49 13     THE WITNESS:
03:02:49 14     A.   I don't understand the word
03:02:50 15 "application" in the first sentence.
03:02:53 16     INTERPRETER MUELLER-GRANT: It may
03:02:54 17 be a translation error here. A patent
03:02:58 18 application, is to my knowledge, patent anmeldung.
03:03:02 19     INTERPRETER ROOSE-STAEHLE: Right.
03:03:04 20     INTERPRETER MUELLER-GRANT: Okay.
03:03:07 21     INTERPRETER ROOSE-STAEHLE:
03:03:08 22 Anmeldung.

149

03:03:30 1     (Interpreter Translating)
03:03:31 2     INTERPRETER MUELLER-GRANT: It's
03:03:31 3 not accurate enough.
03:03:32 4     MR. CHERNY: Would it be easier
03:03:33 5 just to rephrase it? I mean, I don't want to
03:03:36 6 deviate from your question. I don't know what the
03:03:38 7 issue is here.
03:03:38 8 BY MS. BERNIKER:
03:03:38 9     Q.   Let me rephrase the question.
03:03:39 10     Were you regularly consulted
03:03:41 11 regarding filings that went to the United States
03:03:47 12 Patent Office before those filings were submitted?
03:04:06 13     (Interpreter discussion)
03:04:10 14     INTERPRETER MUELLER-GRANT: That
03:04:11 15 was the problem. They referred to --
03:04:17 16     MR. CHERNY: Let's stop and work it
03:04:18 17 out. What is the issue?
03:04:20 18     INTERPRETER MUELLER-GRANT: I think
03:04:20 19 the main issue is tiredness; and the second issue
03:04:23 20 is she's referred a couple of times now to
03:04:26 21 Auslandstext, which is Foreign Filing Text, and
03:04:29 22 you just mentioned filing.

38 (Pages 146 to 149)

DR. ROLF A. FLEISCHER

**150**

```
03:04:30  1        MS. BERNIKER: I just meant general
03:04:33  2    filing text.
03:04:34  3        Would it be easier if I said
03:04:36  4    submission?
03:04:37  5        INTERPRETER ROOSE-STAEHLE: Right.
03:04:39  6        MS. BERNIKER: Let me try again.
03:04:43  7    BY MS. BERNIKER:
03:04:43  8    Q.    Dr. Fleischer, did the United
03:04:46  9    States attorneys in Ridgefield Connecticut consult
03:04:50 10    with you before submitting documents to the United
03:05:10 11    States Patent Office?
03:05:10 12        MR. CHERNY: Objection. Vague.
03:05:11 13    Calls for speculation.
03:05:18 14        THE WITNESS:
03:05:19 15    A.    It depends on the case.
03:05:22 16    BY MS. BERNIKER:
03:05:23 17    Q.    Were you provided with drafts of
03:05:25 18    claim amendments before they were submitted to the
03:05:30 19    United States Patent Office?
03:05:39 20    A.    It is also case dependent.
03:05:46 21    Q.    Under which circumstances would you
03:05:47 22    receive those drafts?
```

**151**

```
03:05:48  1    A.    It's a question of time.
03:06:01  2    Q.    If there was time to -- if there
03:06:06  3    was enough time for you to review them in advance
03:06:09  4    of their filing, would you receive drafts of claim
03:06:12  5    amendments before they were submitted to the
03:06:16  6    patent office?
03:06:22  7        MR. CHERNY: Objection. Vague.
03:06:23  8    Calls for speculation.
03:06:23  9        (Interpreter translating)
03:06:23 10        INTERPRETER MUELLER-GRANT:
03:06:30 11    (Interpreting) Draft amendments or claim
03:06:31 12    amendments.
03:06:32 13        MR. CHERNY: What did you mean?
03:06:33 14        MS. BERNIKER: I said claim
03:06:39 15    amendments.
03:06:44 16        INTERPRETER MUELLER-GRANT:
03:06:48 17    Amendments.
03:06:49 18        THE WITNESS:
03:06:50 19    A.    Now, dependent on the colleague in
03:06:52 20    the United States, but basically yes.
03:06:55 21    BY MS. BERNIKER:
03:06:55 22    Q.    Did you receive drafts of responses
```

**152**

```
03:06:57  1    to office actions before they were filed in the
03:07:01  2    United States, in general?
03:07:31  3    A.    An office action on which one had
03:07:33  4    to act?
03:07:34  5    Q.    Yes.
03:07:35  6    A.    (English) Yes.
03:07:39  7        (Through the interpreter) Yeah.
03:07:41  8    Yes.
03:07:43  9    Q.    Did you review drafts of -- strike
03:07:51 10    that.
03:07:51 11        Where the United States attorneys
03:07:58 12    had questions regarding how to proceed before the
03:08:01 13    patent office, did they regularly consult with
03:08:03 14    you?
03:08:16 15        MR. CHERNY: Objection. Vague.
03:08:17 16    Lack of foundation.
03:08:24 17        THE WITNESS:
03:08:25 18    A.    Yes.
03:08:25 19    BY MS. BERNIKER:
03:08:26 20    Q.    And you also received copies of the
03:08:28 21    filings after they had been filed with the patent
03:08:31 22    office.
```

**153**

```
03:08:31  1        Is that correct?
03:08:48  2    A.    Yes.
03:08:49  3    Q.    And part of your responsibility was
03:08:56  4    to oversee the patent prosecutions that were
03:09:00  5    taking place, not only in the United States, but
03:09:02  6    also around the world.
03:09:04  7        I believe you testified to that
03:09:05  8    earlier?
03:09:23  9    A.    Yes.
03:09:25 10    Q.    During the course of your tenure at
03:09:33 11    Boehringer Ingelheim, Dr. Fleischer, approximately
03:09:37 12    how many patent applications in the United States
03:09:41 13    did you oversee?
03:09:48 14        (Interpreter Translating)
03:09:49 15        INTERPRETER MUELLER-GRANT: Tenure
03:09:54 16        INTERPRETER BROCKSCHNIEDER:
03:09:55 17    Tenure.
03:10:02 18        THE WITNESS:
03:10:04 19    A.    I don't know. It's speculation.
03:10:06 20    BY MS. BERNIKER:
03:10:07 21    Q.    Can you approximate for me? Was it
03:10:10 22    about 100? Was it more or less?
```

39  (Pages 150 to 153)

DR. ROLF A. FLEISCHER

**158**

```
03:15:56  1        A.   (No audible response)
03:15:56  2   BY MS. BERNIKER:
03:15:56  3        Q.   Did you prepare this document, sir?
03:15:57  4        A.   I don't remember.
03:16:04  5        Q.   Is that your handwriting on the
03:16:08  6   document?
03:16:09  7        A.   No.
03:16:13  8        Q.   Would you have reviewed this
03:16:16  9   document in the course of your work?
03:16:18 10        A.   Yes.
03:16:26 11        Q.   Was this document prepared at your
03:16:29 12   request?
03:16:30 13        A.   Yes and no.  This document would
03:17:04 14   normally be prepared by the secretary as soon as a
03:17:07 15   decision was made in what countries to file a
03:17:12 16   foreign application.
03:17:15 17        Q.   On the top of the document in the
03:17:16 18   middle, that's your name.
03:17:19 19             Correct, Dr. Fleischer?
03:17:21 20        A.   Yes.
03:17:26 21        Q.   And what is the word on top of it?
03:17:28 22        A.   The definition of the one in the
```

**159**

```
03:17:53  1   patent department who is in charge of this case.
03:17:58  2        Q.   And you are in charge of Case
03:18:03  3   5/920.
03:18:03  4             Correct?
03:18:03  5        A.   Yes.
03:18:05  6        Q.   And on the right, it says I
03:18:08  7   believe, "Datum," and then it says, I believe, the
03:18:11  8   date is October 21st, 1985.
03:18:13  9             Is that correct?
03:18:22 10        A.   The date merely states when the
03:18:34 11   decision was made; when the secretary had
03:18:41 12   correctly filled in -- or if the secretary had
03:18:45 13   correctly filled in the list.
03:18:47 14        Q.   That would be then the date the
03:18:48 15   decision was made to file applications abroad?
03:18:51 16        A.   Yes.
03:18:58 17        Q.   And I know we discussed this
03:19:04 18   earlier, sir.
03:19:05 19             But that decision was made after
03:19:09 20   the Foreign Filing Text was prepared?
03:19:17 21             MR. CHERNY:  Objection.  Asked and
03:19:18 22   answered.  Or -- when you said you discussed it
```

**160**

```
03:19:24  1   before, I just want to make it clear, I think you
03:19:26  2   discussed it in general.
03:19:27  3             Are you asking him as to this
03:19:29  4   document?
03:19:29  5             MS. BERNIKER:  Let me ask him
03:19:32  6   specifically about this document first.
03:19:45  7             THE WITNESS:
03:19:46  8        A.   I do not remember specifically, but
03:19:48  9   when I compare the data, that must be so.
03:19:55 10             INTERPRETER MUELLER-GRANT:
03:19:56 11   "Dates."  Not data; dates.
03:19:56 12             INTERPRETER ROOSE-STAEHLE:
03:19:58 13   (Interpreting)  Dates.
03:19:58 14   BY MS. BERNIKER:
03:19:59 15        Q.   How do you know that from comparing
03:20:00 16   the dates?
03:20:01 17        A.   In the top right corner it says
03:20:22 18   21st October, '85; and it says in the right, right
03:20:28 19   next to Australia, 24th October, 1985.  There are
03:20:33 20   three days' difference.
03:20:36 21        Q.   So you must have prepared the
03:20:38 22   Foreign Filing Text before that in order to have
```

**161**

```
03:20:40  1   the text prepared to file with Australia three
03:20:43  2   days later?
03:20:45  3        A.   The date 24 October '85 merely
03:21:16  4   states that Australia has received the text.
03:21:20  5             INTERPRETER MUELLER-GRANT:
03:21:20  6   (Translating)  On that date if everything was
03:21:21  7   correctly done.
03:21:28  8             THE WITNESS:  (Continuing)  By only
03:21:30  9   assuming that the secretary has filled it in
03:21:33 10   correctly.
03:21:34 11   BY MS. BERNIKER:
03:21:34 12        Q.   Looking at the second line of the
03:21:36 13   document where I believe it says, "Prioritaet."
03:21:41 14             Do you see that, sir, at the top
03:21:43 15   left?
03:21:47 16             MR. CHERNY:  You don't mind if I
03:21:49 17   point, do you?
03:21:50 18             MS. BERNIKER:  Yes, please.
03:21:50 19             (Mr. Cherny indicating)
03:22:18 20   BY MS. BERNIKER:
03:22:18 21        Q.   And up above that, are there two
03:21:54 22   dates listed, December 22nd, 1984 and March 18th,
```

41  (Pages 158 to 161)

DR. ROLF A. FLEISCHER

---

**166**

03:27:50 1    Q.    Was sent for filing to the foreign
03:27:54 2 patent office?
03:28:02 3    A.    No. Because we never corresponded
03:28:23 4 or communicated directly with the patent office.
03:28:26 5 It always went through representatives, with the
03:28:29 6 exception of Australia, New Zealand, South Africa,
03:28:34 7 and the Philippines.
03:28:35 8    Q.    So does this column represent the
03:28:37 9 date that the priority document was sent --
03:28:41 10    A.    And Ireland. Sorry.
03:28:45 11    Q.    So this date represents the date
03:28:51 12 that the priority document -- in this case the
03:28:53 13 German patent applications -- were sent to those
03:28:58 14 representatives?
03:29:18 15    A.    Yes. Assuming that the secretary
03:29:30 16 filled it in correctly, with the exception of a
03:29:34 17 few countries. And these countries required sworn
03:29:38 18 English translations, and they were directly
03:29:41 19 provided by Frank B. Dehn.
03:29:49 20    Q.    Dr. Fleischer, do you have any
03:29:52 21 reason to believe the secretary did not fill this
03:29:54 22 document in properly?

---

**167**

03:30:01 1    MR. CHERNY: Objection. Calls for
03:30:01 2 speculation.
03:30:10 3    THE WITNESS:
03:30:10 4    A.    No.
03:30:12 5 BY MS. BERNIKER:
03:30:14 6    Q.    Dr. Fleischer, this document was
03:30:17 7 prepared in the ordinary course of business at
03:30:20 8 Boehringer Ingelheim?
03:30:29 9    A.    Yes.
03:30:29 10    Q.    Dr. Fleischer, I am handing you
03:31:08 11 what's been previously marked as Exhibit 4.
03:31:14 12    MR. CHERNY: I have it.
03:31:15 13    (Handing)
03:31:43 14 BY MS. BERNIKER:
03:31:44 15    Q.    Sir, is that the first German
03:31:45 16 priority application that you filed with the
03:31:48 17 German patent office relating to
03:31:53 18 tetrahydro-benzthiazole?
03:32:05 19    MR. CHERNY: Please read the
03:32:07 20 document if you need to.
03:32:19 21    THE WITNESS:
03:32:20 22    A.    Yes.

---

**168**

03:32:22 1 BY MS. BERNIKER:
03:32:25 2    Q.    And would you understand it or
03:32:30 3 would it be correct for me to refer to the patents
03:32:34 4 relating -- and the patent applications relating
03:32:36 5 to tetrahydro-benzthiazoles as those that are part
03:32:40 6 of Case 5/920?
03:32:57 7    A.    Yes.
03:32:57 8    Q.    This application was filed with the
03:33:01 9 German patent office on December 22nd, 1984.
03:33:05 10    Correct?
03:33:06 11    A.    Yes.
03:33:14 12    Q.    And you drafted this application?
03:33:16 13    A.    Yes.
03:33:20 14    Q.    Did you maintain drafts of patent
03:33:24 15 applications in your files, sir?
03:33:28 16    A.    I don't remember. I think no.
03:33:43 17    Q.    If you look at the first page of
03:33:46 18 this document, at the top of the page, there is a
03:33:55 19 handwritten FL.
03:33:57 20    Do you see that?
03:33:57 21    A.    Yes. But it's not my writing.
03:34:07 22    Q.    Do you know whose writing it is?

---

**169**

03:34:15 1    A.    Nein.
03:34:18 2    MR. CHERNY: Objection.
03:34:21 3    THE WITNESS: No.
03:34:22 4 BY MS. BERNIKER:
03:34:22 5    Q.    Does the FL refer to you?
03:34:24 6    A.    Yes.
03:34:24 7    Q.    What does it mean?
03:34:25 8    A.    That I have been identified,
03:34:43 9 probably by the secretary, as the patent agent.
03:34:46 10    MR. CHERNY: And I am going to
03:34:47 11 caution you not to speculate.
03:34:52 12    (Interpreter Translating)
03:34:54 13 BY MS. BERNIKER:
03:34:54 14    Q.    Does the FL mean that you received
03:34:56 15 a copy of this document?
03:34:57 16    A.    No.
03:35:05 17    Q.    Sir, what did you do with draft
03:35:13 18 patent applications?
03:35:20 19    MR. CHERNY: Objection. Vague.
03:35:28 20    THE WITNESS:
03:35:29 21    A.    I don't know.
03:35:29 22 BY MS. BERNIKER:

43 (Pages 166 to 169)

DR. ROLF A. FLEISCHER

**194**

```
04:26:17 1        MR. CHERNY: Okay. Translate.
04:26:19 2      (Interpreter Mueller-Grant translating)
04:26:38 3            THE WITNESS:
04:26:40 4      A.  I would have to look at it.
04:26:41 5            MS. BERNIKER: Please.
04:26:47 6            MR. CHERNY: And I am going to
04:26:49 7  renew my foundation objection regarding him
04:26:52 8  answering questions regarding this document.
04:26:53 9            This seems to be just an exercise
04:26:56 10 in having him read and compare documents, one of
04:27:02 11 which he says he didn't write.
04:27:03 12            MS. BERNIKER: Well, the witness
04:27:04 13 has testified that he has reviewed both documents.
04:27:06 14            MR. CHERNY: Okay.
04:27:07 15            MS. BERNIKER: We don't need to get
04:27:08 16 into a document.
04:27:09 17            MR. CHERNY: I am not going to
04:27:09 18 argue.
04:27:10 19            MS. BERNIKER: That's fine.
04:27:10 20            MR. CHERNY: It seems to me that
04:27:12 21 you are just asking the man to read and look to
04:27:13 22 see if the words are there. I mean, you could do
```

**195**

```
04:27:16 1  that as well as I could.
04:27:20 2            THE WITNESS:
04:27:22 3      A.  Okay. It's not contained in it.
04:27:24 4  BY MS. BERNIKER:
04:27:24 5      Q.  Okay. On Exhibit 5, you will also
04:27:29 6  note that the text on page 21 and 22 is a
04:27:32 7  different font than the rest of the document?
04:27:47 8            MR. CHERNY: Objection.
04:27:48 9  Mischaracterizes the document.
04:28:22 10 BY MS. BERNIKER:
04:28:22 11     Q.  Sir, would you --
04:28:20 12           (Reporter interrupted)
04:28:20 13     A.  Yes. This is correct. It's
04:28:21 14 another type.
04:28:22 15     Q.  Sir, would you understand it if I
04:28:25 16 referred to these two documents, Exhibit 4 and
04:28:28 17 Exhibit 5, as the original German application?
04:28:41 18     A.  Yes.
04:28:43 19     Q.  After these applications were filed
04:28:46 20 with the German patent office, you prepared a
04:28:49 21 Foreign Filing Text for this application for
04:28:56 22 filing abroad.
```

**196**

```
04:28:57 1            Is that correct?
04:29:09 2      A.  Yes.
04:29:29 3            (Whereupon, Exhibit No. 88 was
04:29:31 4  marked for identification)
04:29:32 5      Q.  I am handing you what's been marked
04:29:35 6  Exhibit 88, sir.
04:29:36 7            (Handing)
04:29:45 8            Is that the Foreign Filing Text
04:29:46 9  that you prepared with these applications?
04:29:53 10           MR. CHERNY: And please read the
04:29:54 11 document if you need to.
04:30:16 12           THE WITNESS:
04:30:16 13     A.  Yes.
04:30:19 14 BY MS. BERNIKER:
04:30:20 15     Q.  And in the top right-hand corner of
04:30:21 16 the document, it says, "Case 5/920" plus "Case
04:30:29 17 1/737".
04:30:30 18           Do you see that?
04:30:30 19     A.  Yes.
04:30:39 20     Q.  And does that mean that this text
04:30:41 21 was -- that you had prepared a single text for
04:30:44 22 foreign filing that was meant to encompass both
```

**197**

```
04:30:49 1  Case 5/920 and Case 1/737?
04:31:07 2      A.  Yes.
04:31:08 3      Q.  And then again your name is listed
04:31:09 4  there, "Dr.Fl".
04:31:11 5            That refers to you, Dr. Fleischer?
04:31:13 6      A.  Yes.
04:31:19 7      Q.  And underneath that is the word
04:31:23 8  "Auslandstext," and that means Foreign Filing Text
04:31:25 9  in German.
04:31:26 10           Correct?
04:31:26 11     A.  Yes.
04:31:37 12     Q.  And you prepared this document
04:31:42 13 originally in German.
04:31:44 14           Is that right?
04:31:44 15     A.  Yes.
04:31:47 16     Q.  And just to be clear, Exhibit 88,
04:31:50 17 which you are looking at, is in German?
04:31:52 18     A.  Yes.
04:32:01 19     Q.  And you prepared this text -- I am
04:32:08 20 sorry. Let me begin again.
04:32:09 21           And when you prepared this text,
04:32:14 22 you prepared it so that it could be translated and
```

50  (Pages 194 to 197)

DR. ROLF A. FLEISCHER

---

**198**

```
04:32:16  1   filed in countries all over the world.
04:32:20  2        Right?
04:32:31  3        MR. CHERNY: Objection. Lack of
04:32:32  4   foundation.
04:32:39  5        THE WITNESS:
04:32:39  6        A.  Yes.
04:32:39  7   BY MS. BERNIKER:
04:32:40  8        Q.  Sir, why didn't you just use
04:32:45  9   Exhibit 4, the original German application, and
04:32:49 10   have that translated for filing all over the
04:32:51 11   world?
04:33:02 12        MR. CHERNY: Objection. Lack of
04:33:04 13   foundation, but you may answer if you recall.
04:33:04 14        (Interpreter translating)
04:33:11 15        INTERPRETER MUELLER-GRANT: There's
04:33:11 16   a bit missing in the translation. The question
04:33:13 17   included the phrase, "the original German
04:33:15 18   application."
04:33:18 19        INTERPRETER BROCKSCHNIEDER: Let me
04:33:19 20   repeat the question.
04:33:20 21        (Interpreter re-translating
04:33:23 22   question)
```

**199**

```
04:33:29  1        MR. CHERNY: And I will repeat my
04:33:30  2   objection. Lack of foundation. But you may
04:33:32  3   answer if you can recall.
04:34:06  4        THE WITNESS:
04:34:06  5        A.  We received this application from
04:34:09  6   Ingelheim and were instructed to integrate it into
04:34:13  7   case 920.
04:34:15  8   BY MS. BERNIKER:
04:34:16  9        Q.  So one of the things you did in
04:34:18 10   preparing the Foreign Filing Text was look at both
04:34:20 11   the original German applications.
04:34:22 12        Is that correct?
04:34:33 13        A.  Yes.
04:34:33 14        Q.  How did you decide which
04:34:36 15   information to use from the first German
04:34:39 16   application and which information to include from
04:34:41 17   the second German application?
04:34:53 18        MR. CHERNY: Objection. Lack of
04:34:54 19   foundation.
04:35:16 20        THE WITNESS:
04:35:16 21        A.  I decided to integrate the
04:35:18 22   pharmacological part.
```

**200**

```
04:35:19  1   BY MS. BERNIKER:
04:35:19  2        Q.  When you say you decided to
04:35:21  3   integrate the pharmacological part, are you saying
04:35:24  4   that you decided to integrate the pharmacological
04:35:27  5   part of Exhibit 5, the second application, that
04:35:29  6   had not been included in the original Exhibit 4?
04:35:31  7        A.  Yes.
04:35:51  8        Q.  When did you prepare this Foreign
04:35:55  9   Filing Text, sir?
04:35:55 10        A.  I cannot remember the time or day,
04:36:15 11   but it must have been before the dispatch of the
04:36:18 12   Foreign Filing Text.
04:36:18 13        Q.  Did you wait for some time period
04:36:27 14   before drafting this application -- I am sorry --
04:36:30 15   before drafting this Foreign Filing Text to see
04:36:32 16   whether the inventors might synthesize new
04:36:36 17   examples to support the application?
04:36:53 18        MR. CHERNY: Objection. Vague.
04:36:55 19   Lack of foundation.
04:36:56 20        (Interpreter translating)
04:36:56 21        INTERPRETER MUELLER-GRANT: "To
04:36:57 22   support the application." (Interpreting)
```

**201**

```
04:37:14  1        THE WITNESS:
04:37:15  2        A.  I really don't remember. I can't
04:37:16  3   remember.
04:37:17  4   BY MS. BERNIKER:
04:37:20  5        Q.  In the time between the time you
04:37:25  6   filed the original German application, Exhibit 4,
04:37:27  7   and the time you prepared this Foreign Filing
04:37:30  8   Text, did you receive additional information from
04:37:35  9   the research group regarding compounds to be
04:37:43 10   included in this Foreign Filing Text?
04:37:44 11        MR. CHERNY: Objection. Vague.
04:37:46 12   Asked and answered.
04:38:15 13        THE WITNESS:
04:38:16 14        A.  I can't recall.
04:38:18 15   BY MS. BERNIKER:
04:38:18 16        Q.  But you might have?
04:38:24 17        MR. CHERNY: Objection. Asked and
04:38:25 18   answered.
04:38:26 19        THE WITNESS:
04:38:37 20        A.  That would be speculating.
04:39:20 21   BY MS. BERNIKER:
04:39:21 22        Q.  Dr. Fleischer, if you would look at
```

51 (Pages 198 to 201)