DR. ROLF A. FLEISCHER

**202**

04:39:23 1 Exhibits 4 and 5 again, for a moment.
04:39:28 2     MR. CHERNY: No. No. No. Not
04:39:30 3 that.
04:39:37 4     (Witness complying)
04:39:40 5 BY MS. BERNIKER:
04:39:40 6     Q.   And if you would turn in Exhibit 4
04:39:42 7 to the page that's handwritten page 10. And then
04:39:55 8 if you could turn in Exhibit 5 to the page that's
04:39:57 9 handwritten page 5.
04:40:04 10     (Witness complying)
04:40:11 11     On page 10 of Exhibit 4 and on page
04:40:15 12 5 of Exhibit 5, that's where general formula Roman
04:40:20 13 Numeral I, the definition for that, begins in
04:40:23 14 those applications.
04:40:24 15     Is that right, sir?
04:40:38 16     A.   Yes.
04:40:38 17     Q.   And will you tell me whether -- and
04:40:43 18 I believe you might have to flip through the next
04:40:45 19 page, and will you tell me whether the definition
04:40:47 20 of R1 in those general formulas are the same in
04:40:51 21 those two documents?
04:40:52 22     A.   Well, I would have to read it.  I

**203**

04:41:09 1 cannot tell right now.
04:41:10 2     Q.   Please take a look.  I believe --
04:41:11 3     MR. CHERNY: I assume you want
04:41:14 4 him to compare the text to see if the same words
04:41:16 5 are there?
04:41:16 6     MS. BERNIKER: Yes.  If the
04:41:17 7 definition is the same.
04:41:18 8     MR. CHERNY: Well, I assume you are
04:41:19 9 not asking him to do a chemical analysis.  You are
04:41:22 10 just asking him to see if the words are the same,
04:41:25 11 just so that he knows what you want him to do.
04:41:28 12     MS. BERNIKER: I want him to
04:41:29 13 compare R1 and tell me if it's the same.
04:41:31 14     MR. CHERNY: Okay.  Translate.
04:41:33 15     (Interpreter Mueller-Grant translating)
04:41:52 16 BY MS. BERNIKER:
04:41:52 17     Q.   And if it helps, I believe you can
04:41:54 18 look at page 11 of Exhibit 4 and page 6 of Exhibit
04:41:59 19 5, and I think you can find what the definitions
04:42:06 20 are.
04:42:10 21     A.   Which definition are you referring
04:42:31 22 to, R1, R2, R3?

**204**

04:42:33 1     Q.   R1.  Sorry.
04:43:04 2     A.   R1 are identical on pages 6 and 11.
04:43:08 3     Q.   Thank you.  And if you would please
04:43:12 4 look at Exhibit 88 now for a moment, the Foreign
04:43:22 5 Filing Text?
04:43:22 6     (Witness complying)
04:43:25 7     MR. CHERNY: I am sorry.  What
04:43:27 8 page, Jessamyn?
04:43:44 9 BY MS. BERNIKER:
04:43:44 10     Q.   And if you look at the page with
04:43:29 11 the number 2 on the top, which is actually the
04:43:32 12 third page?  And that is where formula 1 is
04:43:42 13 defined.
04:43:44 14     Is that correct, sir?
04:43:45 15     A.   Yes.
04:43:49 16     Q.   And if you compare that to Exhibit
04:43:54 17 4 and the definition of R1 on page 11, can you
04:44:05 18 tell me whether they are the same?
04:44:06 19     A.   They don't exactly match.
04:44:31 20     Q.   Is there more -- what is the
04:44:36 21 difference between them?
04:44:36 22     A.   The difference is in the

**205**

04:44:54 1 possibility of the substitution of the phenylalkyl
04:44:59 2 or phenylalkanoyl group within the aromatic.
04:45:06 3     Q.   And that is included in the
04:45:07 4 definition of R1 in Exhibit 88, the Foreign Filing
04:45:11 5 Text but it is not included in Exhibit 4, the
04:45:13 6 first priority application?
04:45:25 7     MR. CHERNY: Objection.  The
04:45:26 8 document speak for themselves.
04:46:08 9     THE WITNESS:
04:46:10 10     A.   Yes.  That's correct.
04:46:25 11 BY MS. BERNIKER:
04:46:25 12     Q.   And the text that appears in
04:46:27 13 Exhibit 88, the Foreign Filing Text, but that does
04:46:31 14 not appear in Exhibit 4, that text says that the
04:46:36 15 R1 position -- excuse me -- "the R1 of general
04:46:40 16 formula 1 can be a phenylalkyl group or a
04:46:49 17 phenylalkanoyl group that is substituted with one
04:46:52 18 or two halogen atoms."
04:46:56 19     Is that what it says, sir?
04:47:22 20     MR. CHERNY: Objection.  The
04:47:23 21 document speaks for itself.
04:47:34 22     THE WITNESS:

52  (Pages 202 to 205)

DR. ROLF A. FLEISCHER

206

04:47:34 1    A.   Yes.
04:47:35 2    BY MS. BERNIKER:
04:47:35 3    Q.   And R1, as defined in Exhibit 88,
04:47:40 4    the Foreign Filing Text, describes more compounds
04:47:46 5    than R1 as described in -- as contained in Exhibit
04:47:50 6    4, the original German application?
04:47:53 7    A.   Yes. -
04:48:08 8    Q.   Why was that language added to R1
04:48:21 9    in Exhibit 88, the Foreign Filing Text?
04:48:30 10       MR. CHERNY: Objection. Lack of
04:48:31 11   foundation. You can answer if you recall.
04:48:44 12       THE WITNESS: After this long time,
04:48:45 13   I cannot remember why this was added.
04:48:48 14   BY MS. BERNIKER:
04:48:48 15   Q.   Were you provided information about
04:48:50 16   compounds with halogenated phenyl groups in R1
04:49:00 17   between the time the original application was
04:49:02 18   filed and the preparation of the Foreign Filing
04:49:06 19   Text?
04:49:06 20   A.   I cannot remember. I am very
04:49:30 21   sorry.
04:50:06 22   Q.   All right. Sir, if you look in the

207

04:50:09 1    Foreign Filing Text at the page that has a 36 at
04:50:28 2    the top?
04:50:49 3       (Witness complying)
04:50:51 4       And if you look toward the end of
04:50:54 5    the page, it begins -- there is an example that's
04:50:58 6    listed, "2-Amino-6-n" -- I am sorry. Are you on
04:51:02 7    page 36?
04:51:03 8       MR. CHERNY: This page.
04:51:03 9       (Indicating)
04:51:05 10      THE WITNESS:
04:51:06 11   A.   Yes.
04:51:06 12   BY MS. BERNIKER:
04:51:06 13   Q.   And if you look at toward the
04:51:08 14   bottom of the page, there is an example,
04:51:11 15   "2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
04:51:20 16   benzthiazol-dihydrochlorid."
04:51:21 17      Do you see that, sir?
04:51:29 18   A.   Yes.
04:51:29 19   Q.   And then below that, there is
04:51:31 20   another example,
04:51:37 21   (-)-2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
04:51:40 22   benzothiazol-dihydrochloride"?

208

04:51:42 1    A.   Yes.
04:51:49 2    Q.   Do you recognize that compound as
04:51:54 3    Pramipexole?
04:51:55 4    A.   Yes.
04:51:57 5    Q.   And then turning to the next page
04:52:04 6    it says at the top,
04:52:09 7    (+)-2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
04:52:18 8    benzothiazol-dihydrochlorid"?
04:52:21 9    A.   Yes.
04:52:22 10   Q.   Now, if you look at the German
04:52:31 11   applications, Exhibits 4 and 5, and you turn to
04:52:43 12   page 43 of Exhibit 4 and page 41 of Exhibit 5, and
04:53:03 13   if you look on those pages, sir.
04:53:05 14      Do you see that on each of those
04:53:10 15   pages, there is an example
04:53:16 16   "2-Amino-6-propylamino-4,5,6,7-
04:53:20 17   tetrahydrobenzothiazol-dihydrochlorid"?
04:53:33 18   A.   Yes.
04:53:33 19   Q.   But there is not the specific
04:53:36 20   examples of the plus or minus of that compound.
04:53:41 21      Is that correct?
04:53:51 22   A.   Yes.

209

04:53:51 1    Q.   So those examples of the plus or
04:54:00 2    minus of that compound were included in the
04:54:03 3    Foreign Filing Text, Exhibit 88, but were not in
04:54:06 4    the original German applications?
04:54:07 5    A.   Yes.
04:54:24 6    Q.   And why were those examples added
04:54:27 7    to the Foreign Filing Text?
04:54:35 8       MR. CHERNY: Objection. Lack of
04:54:35 9    foundation.
04:54:41 10      THE WITNESS:
04:54:41 11   A.   I do not know any more after that
04:54:45 12   long time. I am sorry.
04:54:47 13   BY MS. BERNIKER:
04:54:51 14   Q.   Did you get the data regarding
04:54:54 15   these examples after you had filed the original --
04:54:58 16   after Boehringer had filed the original
04:55:00 17   applications in German?
04:55:01 18   A.   I cannot remember, but...
04:55:25 19      I am finished.
04:55:28 20   Q.   Was there more to your answer, sir?
04:55:31 21   A.   No.
04:55:32 22   Q.   If you had that information when

53  (Pages 206 to 209)

DR. ROLF A. FLEISCHER

### 210

```
04:55:34  1   you filed the original German application, would
04:55:36  2   you have included it in the application?
04:55:49  3         MR. CHERNY: Objection. Lack of
04:55:51  4   foundation. Calls for speculation. Incomplete
04:55:55  5   hypothetical.
04:56:04  6         THE WITNESS:
04:56:13  7         A.   Yes. Because both compounds are
04:56:15  8   within the scope of the patent claim.
04:56:24  9         MR. CHERNY: As a housekeeping
04:56:26 10   matter, I think we are probably going to end up
04:56:29 11   today probably at 5 o'clock.
04:56:30 12         I think we have to get out of this
04:56:32 13   room because someone has to be in here at 6:00.
04:56:35 14   And I think he indicated to me earlier that he was
04:56:37 15   starting to feel a little bit tired.
04:56:44 16         Take your time, just to give you a
04:56:48 17   heads up, because I think they told me that there
04:56:51 18   is going to be a function in this room and we have
04:56:52 19   to break all the equipment down.
04:56:55 20         MS. BERNIKER: Sure.
04:57:02 21   BY MS. BERNIKER:
04:57:03 22         Q.   All right. Sir, if -- you know,
```

### 211

```
04:57:14  1   let me start over again.
04:57:18  2         If you turn to example 10 in the
04:57:23  3   Foreign Filing Text, which begins on page 40?
04:57:36  4         MR. CHERNY: Page 39?
04:57:38  5         MS. BERNIKER: Oh, I am sorry. It
04:57:39  6   begins on page 39. Correct, and it continues on
04:57:47  7   to page 40.
04:57:48  8         (Witness complying)
04:57:55  9         THE WITNESS: Okay.
04:57:56 10   BY MS. BERNIKER:
04:57:56 11         Q.   If you look on page 40 at the
04:57:58 12   bottom?
04:58:02 13         A.   Yes.
04:58:03 14         Q.   There is an example,
04:58:08 15   "2-(4-chlor-benzylamino)-6-ethylamino-4,5,6,7-
04:58:28 16   tetrahydro-benz-thiazol-dihydrochlorid".
04:58:30 17         Do you see that, sir?
04:58:31 18         A.   Yes.
04:58:31 19         Q.   And if you turn to the next page,
04:58:35 20   there are two more examples on top.
04:58:41 21         Do you see that, sir?
04:58:42 22         A.   Yes.
```

### 212

```
04:58:44  1         Q.   Are those compounds where at the R
04:58:48  2   position, there is a phenylalkyl or phenylalkanoyl
04:58:57  3   group that is substituted with a halogen atom or
04:59:00  4   two halogen atoms?
04:59:02  5         A.   Yes.
04:59:54  6         Q.   And if you can just turn and look
04:59:58  7   at Exhibits 4 and 5, if you could look at Exhibit
05:00:02  8   4 on page 47, the handwritten page 47, sir.
05:00:23  9         MR. CHERNY: Did you have a page
05:00:24 10   for 5?
05:00:24 11         MS. BERNIKER: Yes. And if you
05:00:25 12   look at page 5 --
05:00:29 13         MR. CHERNY: Here. Will you allow
05:00:30 14   me?
05:00:30 15         MS. BERNIKER: Please.
05:00:33 16         (Counsel turning to page)
05:00:36 17         What's --
05:00:37 18         MR. CHERNY: What's the page on 5?
05:00:39 19         MS. BERNIKER: On page 5, if you
05:00:45 20   could turn to page 45.
05:00:49 21   BY MS. BERNIKER:
05:00:50 22         Q.   Do you see that, sir?
```

### 213

```
05:00:51  1         A.   Yes.
05:00:52  2         Q.   And if you look on those pages on
05:00:54  3   Exhibits 4 and 5, they do not include the three
05:01:00  4   examples with the halogenated phenyl rings in the
05:01:03  5   R1 that we just discussed in Exhibit 88, the
05:01:08  6   Foreign Filing Text?
05:01:28  7         A.   Yes.
05:01:29  8         Q.   Why weren't those examples included
05:01:32  9   in the original German applications?
05:01:40 10         MR. CHERNY: Objection. Lack of
05:01:40 11   foundation.
05:01:49 12         THE WITNESS: Unfortunately, I
05:01:51 13   cannot tell you after that long time.
05:01:53 14   BY MS. BERNIKER:
05:01:53 15         Q.   If you had had those -- data for
05:01:56 16   those examples or information about those
05:01:58 17   compounds when you filed the original German
05:02:00 18   applications, would you have included them in
05:02:02 19   those applications?
05:02:03 20         A.   No.
05:02:15 21         Q.   Why not?
05:02:16 22         A.   These three compounds are not part
```

54 (Pages 210 to 213)

DR. ROLF A. FLEISCHER

214

05:02:38 1 of the scope of the German patent application.
05:02:41 2 They are not part of the substance.
05:02:46 3    Q.   Sir, just — I know that we need to
05:02:49 4 break in a minute, so let me just ask you one
05:02:51 5 other question about Exhibit 88 for a moment.
05:02:55 6       Exhibit 88, this was a document
05:02:57 7 that was prepared in the ordinary course of your
05:02:58 8 work at Boehringer Ingelheim?
05:02:59 9    A.   Yes.
05:03:16 10       MS. BERNIKER: Why don't we break
05:03:18 11 here for the day.
05:03:21 12       THE VIDEOGRAPHER: This is the end
05:03:22 13 of volume 1 of the videodeposition of Rolf
05:03:24 14 Fleischer. The time is 5:03 p.m.
05:03:27 15       MS. BERNIKER: Can I just ask to
05:03:29 16 put on the record, as we agreed, that Dr.
05:03:32 17 Fleischer will be here to testify tomorrow?
05:03:34 18       MR. CHERNY: We already said that
05:03:36 19 he would be.
05:03:37 20       MS. BERNIKER: I just wanted to put
05:03:38 21 it on the record.
05:03:39 22       MR. CHERNY: We already said it on

215

05:03:41 1 the record.
05:03:41 2       MS. BERNIKER: Thank you very much
05:03:43 3 Dr. Fleischer.
05:04:08 4       (Whereupon, an evening recess was
05:04:11 5 taken at 5:04 p.m)
6
7
8
9
10
11
12
13 ——
14
15
16
17
18
19
20
21
22

216

1       ERRATA
2 CORRECTION                PAGE
3       _____  ___  ___
4       _____  ___  ___
5       _____  ___  ___
6       _____  ___  ___
7       _____  ___  ___
8       _____  ___  ___
9       _____  ___  ___
10      _____  ___  ___
11      _____  ___  ___
12      _____  ___  ___
13      _____  ___  ___
14      _____  ___  ___
15      _____  ___  ___
16      _____  ___  ___
17      _____  ___  ___
18      _____  ___  ___
19      _____  ___  ___
20      _____  ___  ___
21      _____
22 Signature          Date

217

1       I, Dr. Rolf Fleischer, am a deponent in
2 the foregoing videodeposition. I have read the
3 foregoing videodeposition, and having made such
4 changes and corrections as I desired, I certify
5 that the transcript is a true and accurate record
6 of my responses to the questions put to me on
7 Wednesday, October 25, 2006.
8
9
10
11
12
13
14
15
16
17
18
19
20
21 Signed: _____
22       DR. ROLF FLEISCHER

55  (Pages 214 to 217)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------X

BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM       )
PHARMACEUTICALS,                    )
                                    )  C.A. No.
                    Plaintiffs,     )  05-700-(KAJ)
          v.                        )  CONSOLIDATED
BARR LABORATORIES, INC.,            )
                                    )
                    Defendant.      )
---------------------------------X

BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM       )
PHARMACEUTICALS, INC.,              )
                                    )
                    Plaintiffs,     )
          v.                        )
MYLAN PHARMACEUTICALS, INC.,        )
                                    )
                    Defendant.      )
---------------------------------X


VIDEODEPOSITION UPON ORAL EXAMINATION OF

DR. ROLF A. FLEISCHER, VOLUME II


Taken on:
Thursday, 26 October, 2006
Commencing at 9:04 a.m.


Taken at:
Park Hotel Jordanbad,
Im Jordanbad 7,
88400 Biberach, Germany


REPORTED BY:  FREDERICK WEISS, CSR, CM




**David Feldman**

W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

DR. ROLF FLEISCHER

232

09:14:36 1 applications, they were not included.
09:14:47 2        Is that what you are saying, sir?
09:14:47 3    A.  Yes.
09:15:08 4    Q.  I see. Thank you, sir.
09:15:10 5        Was there anything else that you
09:15:22 6 wanted to correct?
09:15:23 7    A.  No. Right now, I don't remember
09:15:25 8 that any correction would be necessary.
09:15:27 9    Q.  Okay. Thank you very much.
09:15:28 10       MR. CHERNY: And thank you for
09:15:29 11 working with him.
09:15:32 12       MS. BERNIKER: Certainly.
09:15:33 13 BY MS. BERNIKER:
09:15:35 14   Q.  Dr. Fleischer, I just wanted to go
09:15:37 15 over something that I know we touched on briefly
09:15:37 16 yesterday.
09:15:38 17       But you understand that the patent
09:15:43 18 applications that we have been discussing since
09:15:45 19 yesterday relate to, among other things, the
09:15:57 20 compound that's known as pramipexole?
09:15:59 21       MR. CHERNY: Objection. Just can
         22 you specify when he said the patent applications,
         23
         24
         25

233

09:16:07 1 you know, which ones by exhibit number just so he
09:16:09 2 knows? You said "the patent applications" that we
09:16:09 3 are discussing.
09:16:12 4       MS. BERNIKER: The Case 5/920 and
09:16:12 5 related --
09:16:14 6       MR. CHERNY: That's fine.
09:16:15 7       MS. BERNIKER: -- patent
09:16:19 8 applications.
09:16:20 9       THE WITNESS:
09:16:20 10   A.  Yes.
09:16:20 11 BY MS. BERNIKER:
09:16:22 12   Q.  And --
09:16:23 13       INTERPRETER MUELLER-GRANT:
09:16:26 14 (Translating) And the related ones, I think he
09:16:28 15 said: Case 5/920 and related ones.
09:16:29 16       MR. CHERNY: Okay.
09:16:33 17       (Interpreter Translating)
09:16:35 18       MR. CHERNY: I think he said,
09:16:35 19 "yes."
09:16:37 20       THE WITNESS: Yes.
09:16:37 21 BY MS. BERNIKER:
         22   Q.  And pramipexole was ultimately
         23
         24
         25

234

09:16:42 1 commercialized by Boehringer Ingelheim?
09:16:43 2       MR. CHERNY: Objection. Lack of
09:16:51 3 foundation.
09:16:51 4 BY MS. BERNIKER:
09:16:52 5    Q.  You can answer.
09:16:52 6    A.  Yes.
09:16:55 7    Q.  I would just like to talk to you
09:16:57 8 generally about the United States applications
09:17:01 9 that were filed in Case 5/920.
09:17:07 10       Mr. Alan Stempel was your key
09:17:12 11 United States contact on these applications.
09:17:28 12       Is that correct, sir?
09:17:29 13       (Interpreter translating)
09:17:32 14       INTERPRETER MUELLER-GRANT: Key
09:17:34 15 wasn't translated. Was your key contact?
09:17:36 16       MR. CHERNY: I just wanted to know
09:17:38 17 how that is translated in German.
09:17:44 18       (Interpreter translating)
09:17:44 19       INTERPRETER MUELLER-GRANT: "Was
09:17:44 20 responsible."
09:17:48 21       MR. CHERNY: I just don't -- want
         22 to see how key is translated.
         23
         24
         25

235

09:17:50 1       MS. BERNIKER: I will change the
09:17:51 2 question. That's fine.
09:17:57 3       MR. CHERNY: And objection, vague.
09:17:57 4       THE WITNESS: Yes.
09:17:58 5 BY MS. BERNIKER:
09:18:03 6    Q.  And Mr. Stempel handled the United
09:18:14 7 States filings for the applications in Case 5/920?
09:18:15 8    A.  Yes.
09:18:18 9    Q.  And did you send him the order
09:18:21 10 document at the beginning to start the process of
09:18:29 11 filing a United States patent application?
09:18:29 12       MR. CHERNY: Objection. Lack of
09:18:35 13 foundation.
09:18:36 14       (To interpreter) Speak up.
09:18:36 15       INTERPRETER MUELLER-GRANT: The
09:18:39 16 translation is a bit imprecise. The question was:
09:18:40 17       "Did you send him the order
09:18:42 18 document at the beginning to start the process of
09:18:45 19 filing a US patent application?"
09:18:48 20       There was no reference to "Case
09:18:50 21 5/920," which was in the translation.
         22       MS. BERNIKER: Can we get a new
         23
         24
         25

5 (Pages 232 to 235)

DR. ROLF FLEISCHER

**236**

09:18:55 1  translation from the question by somebody?
09:19:02 2  (Interpreter Translating)
09:19:19 3  THE WITNESS:
09:19:22 4  A. For clarification, what do you
09:19:24 5  mean, "sent?" Because I didn't close the envelope
09:19:26 6  myself. That was the work of the secretary.
09:19:28 7  BY MS. BERNIKER:
09:19:29 8  Q. But you prepared the document and
09:19:31 9  you would have given it to -- and you gave it to the
09:19:42 10 secretary to physically send to Mr. Stempel?
09:19:42 11 A. Yes.
09:19:47 12 Q. And that order document -- never
09:19:52 14 mind.
09:19:59 15 And with respect to the United
09:20:01 16 States filings in the applications for Case 5/920,
09:20:02 17 you were consulted about substantive filings
09:20:11 18 before they were filed.
09:20:13 19 Right, sir?
09:20:16 20 MR. CHERNY: Objection. Vague.
09:20:20 21 And I will also instruct you not --
22 to the extent you recall, not to divulge any
23 specific consultations.
24
25

**238**

09:22:02 1  filing in the United States Patent Office in
09:22:05 2  connection with Case 5/920.
09:22:18 3  Is that right, sir?
09:22:19 4  MR. CHERNY: Objection. Lack of
09:22:22 5  foundation.
09:22:23 6  THE WITNESS: Yes.
09:22:23 7  BY MS. BERNIKER:
09:22:25 8  Q. And in the upper right-hand corner,
09:22:28 9  there is a -- what looks to be a symbol in
09:22:29 10 handwriting.
09:22:35 11 Do you see that, sir?
09:22:36 12 A. Yes.
09:22:40 13 Q. Can you tell me what that is?
09:22:41 14 MR. CHERNY: Objection. Lack of
09:22:45 15 foundation.
09:22:47 16 THE WITNESS:
09:22:49 17 A. That's my initial.
09:22:50 18 BY MS. BERNIKER:
09:22:50 19 Q. That's your handwriting?
09:22:54 20 A. Yes.
09:22:57 21 Q. And then in the -- as well on the
22 top of the page in the center, there's a box that
23
24
25

**237**

09:20:34 1  (Interpreter Mueller-Grant translating)
09:20:34 2  THE WITNESS:
09:20:34 3  A. Yes.
09:20:39 4  BY MS. BERNIKER:
09:20:40 5  Q. And in addition, you were forwarded
09:20:43 6  copies of all filings after they were submitted to
09:20:59 7  the United States Patent Office, in Case 5/920?
09:20:59 8  A. Yes.
09:21:00 9  (Whereupon, Exhibit No. 89 was
09:21:00 10 marked for identification)
09:21:29 11 Q. Dr. Fleischer, I am handing you
09:21:38 12 what's been marked Exhibit 89.
09:21:47 13 (Handing)
09:21:50 14 And this is a --
09:21:52 15 MR. CHERNY: Why don't you just let
09:21:54 16 him read it for a second, unless you want him to
09:21:54 17 identify it.
09:21:56 18 MS. BERNIKER: I am actually going
09:21:57 19 to identify it.
09:21:57 20 MR. CHERNY: Okay.
09:21:58 21 BY MS. BERNIKER:
22 Q. This is a letter forwarding a
23
24
25

**239**

09:23:07 1  looks like -- and it looks like a grid. It looks
09:23:08 2  like it's a stamp.
09:23:11 3  Do you see what I am referring to,
09:23:20 4  sir?
09:23:21 5  (Witness indicating on document)
09:23:23 6  Yes, the one that's farther to the
09:23:23 7  left?
09:23:25 8  MR. CHERNY: Oh, this. Okay.
09:23:26 9  (Indicating.)
09:23:26 10 BY MS. BERNIKER:
09:23:28 11 Q. And in the middle of the stamp, the
09:23:39 12 one I am referring to has the date 18 October,
09:23:39 13 1988.
09:23:40 14 Do you see that, sir?
09:23:40 15 A. Yes.
09:23:43 16 Q. Can you tell me what this stamp
09:23:43 17 represents?
09:23:57 18 A. That's the stamp of the -- incoming
09:24:00 19 stamp for the patent department in Ingelheim.
09:24:08 20 Q. And so when a document is received
09:24:10 21 in Ingelheim, somebody stamps the document with a
22 received date. And that's the date here.
23
24
25

6 (Pages 236 to 239)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

DR. ROLF FLEISCHER

---

**240**

```
09:24:12  1        Correct?
09:24:17  2        MR. CHERNY: Objection.
09:24:19  3        (Interpreter translating)
09:24:21  4        Objection. Lack of foundation.
09:24:22  5        THE WITNESS:
09:24:22  6    A.   Yes.
09:24:22  7   BY MS. BERNIKER:
09:24:24  8    Q.   And do you see that there is an X
09:24:28  9   on the left? It might be a little bit hard to
09:24:42 10   read, on the left side of that grid?
09:24:42 11    A.   Yes.
09:24:46 12    Q.   And underneath the X is -- I am
09:24:48 13   sorry -- and underneath the X I believe are the
09:24:59 14   letters TH?
09:25:01 15    A.   (English) Yes.
09:25:04 16    Q.   If you could verbalize. Thank you,
09:25:04 17   sir.
09:25:06 18        Do you know what that represents?
09:25:09 19    A.   No.
09:25:12 20        MR. CHERNY: I figured out what
09:25:15 21   Stempel means in English.
         22   BY MS. BERNIKER:
         23
         24
         25
```

---

**241**

```
09:25:18  1    Q.   Do you know, sir, whether this is
09:25:22  2   the short form or the way it was -- excuse me.
09:25:23  3   Let me start over.
09:25:26  4        Do you know if this indicates Dr.
09:25:32  5   Karl Thomae, the TH?
09:25:33  6        MR. CHERNY: Objection. Asked and
09:25:40  7   answered.
09:25:41  8        THE WITNESS:
09:25:41  9    A.   I don't know.
09:25:42 10   BY MS. BERNIKER:
09:25:44 11    Q.   Do you know what any of the other
09:25:55 12   letters or boxes in that stamp represent, sir?
09:25:57 13    A.   No.
09:26:10 14    Q.   Sir, can you tell me why you put
09:26:13 15   your initials or your signature on the -- or your
09:26:14 16   initials, I am sorry.
09:26:16 17        Can you tell me why you put your
09:26:21 18   initials on the top right part of this document?
09:26:22 19        MR. CHERNY: Objection. Lack of
09:26:35 20   foundation. You may answer, if you recall.
09:26:42 21        THE WITNESS:
         22    A.   That is just to acknowledge that I
         23
         24
         25
```

---

**242**

```
09:26:48  1   took notice of this document.
09:26:54  2   BY MS. BERNIKER:
09:26:56  3    Q.   And if you will see in the middle
09:26:59  4   of the page, it says, "Attention, Dr. Dieter
09:27:01  5   Laudien"?
09:27:03  6        I am sorry. I keep mispronouncing
09:27:03  7   it?
09:27:04  8        MR. CHERNY: Laudien.
09:27:04  9   BY MS. BERNIKER:
09:27:06 10    Q.   And to the right of that, it says,
09:27:21 11   "5/920-FL-D2"?
09:27:22 12        MR. CHERNY: And you are referring
09:27:23 13   to the handwriting, right?
09:27:10 14        MS. BERNIKER: Yes. The
09:27:33 15   "5/920-FL-D2".
09:27:33 16        THE WITNESS:
09:27:33 17    A.   Yes.
09:27:34 18   BY MS. BERNIKER:
09:27:38 19    Q.   Do you know whose handwriting this
09:27:38 20   is?
09:27:40 21    A.   That's my handwriting.
         22    Q.   And why did you write that?
         23
         24
         25
```

---

**243**

```
09:27:58  1    A.   It's an internal denomination, an
09:27:58  2   internal code.
09:28:00  3    Q.   And the FL represents your name?
09:28:08  4    A.   Yes. It just indicates that this
09:28:10  5   case is my responsibility.
09:28:14  6    Q.   And the D2, what does that mean?
09:28:22  7    A.   Division 2.
09:28:40  8    Q.   And what is division 2?
09:28:41  9        MR. CHERNY: It seems like we have
09:28:43 10   a word we don't know.
09:28:43 11        INTERPRETER ROOSE-STAEHLE: I don't
09:28:49 12   know the word in German, Ausscheidungsanmeldung.
09:28:51 13        I don't know the word.
09:28:54 14        THE WITNESS: (English) Division
09:28:54 15   application.
09:28:54 16        INTERPRETER MUELLER-GRANT:
09:28:57 17   Division application it is.
09:28:58 18        INTERPRETER ROOSE-STAEHLE: It's
09:29:00 19   the second divisional application.
09:29:01 20   BY MS. BERNIKER:
09:29:08 21    Q.   I see. And --
         22        INTERPRETER MUELLER-GRANT: It's
         23
         24
         25
```

---

7 (Pages 240 to 243)

DR. ROLF FLEISCHER

### 248

```
              1   mean, seriously, you just rattled off a chemical
              2   formula.
              3         THE REPORTER: I missed what you
09:34:46      4   said; I was still on the chemical formula.
09:34:46      5         MS. BERNIKER: That's fine.
09:34:56      6         MR. CHERNY: I don't mind you
09:34:59      7   asking him if he remembers the topic, but when you
09:34:59      8   start rattling the enantiomers off --
09:35:01      9         MR. GROSSMAN: Okay.
09:35:02     10         MR. CHERNY: -- just point to the
09:35:02     11   page.
09:35:03     12   BY MS. BERNIKER:
09:35:15     13      Q.  Sir, if you look at Exhibit 88 on
09:35:28     14   page 36, we discussed yesterday that the last
09:35:32     15   example or the last compound, with the date listed
09:35:35     16   on that page and the first one listed on the
09:35:37     17   second page, are not included in Exhibits 4 and 5,
09:35:39     18   the original German applications.
09:36:01     19         Do you remember that?
09:36:08     20         (Discussion between interpreters)
09:36:08     21      A.  Yes.
             22      Q.  And then we also discussed general
             23
             24
             25
```

### 250

```
09:38:25      1   clarify. You are just asking him if he remembers
09:38:28      2   the discussion, not asking him new questions.
09:38:28      3   Correct?
09:38:30      4         MS. BERNIKER: No. I am just
09:38:31      5   asking if he remembers the discussion.
09:38:32      6         MR. CHERNY: Okay.
09:38:33      7         THE WITNESS:
09:38:33      8      A.  Yes.
09:38:34      9   BY MS. BERNIKER:
09:38:36     10      Q.  Now, if you would please turn to
09:38:56     11   page 4 of the Foreign Filing Text.
09:39:05     12         (Witness complying)
09:39:08     13         And in the middle of the page,
09:39:09     14   begins a discussion of particularly preferred
09:39:14     15   compounds right before the general formula Ia.
09:39:29     16         Is that right, sir?
09:39:30     17         MR. CHERNY: You just want to know
09:39:32     18   if he sees it?
09:39:33     19         MS. BERNIKER: No. I am asking him
09:39:36     20   to tell me whether or not that's what it says on
09:39:45     21   the page.
             22         MR. CHERNY: Well, answer the
             23
             24
             25
```

### 249

```
09:36:20      1   formula I in Exhibit 88, as listed on page 2 of
09:36:24      2   the document and how it included compounds that
09:36:26      3   were not included in the original German
09:36:27      4   application.
09:36:46      5         Do you remember that, sir?
09:36:49      6         (Interpreter Translating).
09:36:50      7         You may answer, sir.
09:36:51      8      A.  Yes.
09:36:53      9      Q.  I am just trying to remind us where
09:36:55     10   we were yesterday. And those compounds that were
09:36:59     11   added to general formula I, in the Foreign Filing
09:37:02     12   Text were compounds where there is a phenyl alkyl
09:37:06     13   or phenyl alkanoyl substituted with one or two
09:37:14     14   halogen atoms in the definition of R1.
09:37:46     15         Right?
09:37:47     16      A.  Yes.
09:37:49     17      Q.  And then finally we also discussed
09:37:51     18   as you raised this morning that there were
09:37:55     19   additional compounds in example 10 of the Foreign
09:37:58     20   Filing Text on pages 40 and 41 that were not in
09:38:22     21   the original German application.
             22         MR. CHERNY: I just need to
             23
             24
             25
```

### 251

```
09:39:47      1   question.
09:39:48      2         THE WITNESS: Yes.
09:39:49      3         MR. CHERNY: Answer the question.
09:39:50      4         THE WITNESS:
09:39:50      5      A.  Yes.
09:39:50      6   BY MS. BERNIKER:
09:39:54      7      Q.  And the definition of R1 -- at the
09:39:58      8   bottom of page 4, the definition of R1 in those
09:40:02      9   in the -- let me take a step back.
09:40:04     10         It describes general formula Ia
09:40:07     11   now. It's a different general formula than we
09:40:08     12   discussed earlier.
09:40:11     13         And that is the formula for the
09:40:12     14   preferred compounds.
09:40:27     15         Right?
09:40:28     16         MR. CHERNY: Objection. The
09:40:33     17   document speaks for itself.
09:40:33     18   BY MS. BERNIKER:
09:40:34     19      Q.  You can answer.
09:40:34     20      A.  Yes.
09:40:38     21      Q.  And in formula Ia on page 4, it
             22   shows -- it says that R1 can be defined as a -- I
             23
             24
             25
```

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

DR. ROLF FLEISCHER

**252**

09:40:48 1 am sorry. That R1 can be, among other things,
09:40:52 2 "2-chlor-benzyl, 4-chlor-benzyl or
09:40:53 3 3,4-Dichlor-benzyl."
09:41:15 4     Is that right?
09:41:17 5     (Interpreter Translating)
09:41:18 6     You can answer.
09:41:18 7     A.   Yes.
09:41:22 8     Q.   And where R1 is -- where R1 is one
09:41:25 9 of those three substituents, that would make the
09:41:31 10 compounds a phenyl alkyl or a phenyl alkanoyl
09:41:36 11 substituted with one or two halogen atoms at the
09:41:37 12 R1 position?
09:42:11 13     A.   A phenyl alkanoyl?
09:42:12 14     INTERPRETER BROCKSCHNIEDER: He
09:42:29 15 understood phenyl alkyl.
09:42:29 16     (Discussion in German(
09:42:30 17     MR. CHERNY: Re-ask the question.
09:42:31 18 BY MS. BERNIKER:
09:42:33 19     Q.   Those would be phenyl alkyl,
09:42:37 20 correct, substituted with one or two halogen
09:42:47 21 atoms?
22     A.   Yes.
23
24
25

**253**

09:42:53 1     Q.   And if look at the original German
09:42:59 2 applications, if you look at Exhibit 4 in the
09:43:11 3 first application, and if you look at handwritten
09:43:18 4 page 13 of Exhibit 4, and if you look at Exhibit 5
09:43:35 5 on the handwritten page 8, those -- R1 in those
09:43:39 6 German applications, original German applications,
09:43:44 7 is not defined to include those three
09:43:45 8 substituents.
09:44:23 9     Is that right, sir?
09:44:24 10     A.   Yes.
09:44:26 11     Q.   At the time that you added these
09:44:29 12 examples to the Foreign Filing Text, you
09:44:33 13 thought that they were among the preferred
09:44:35 14 compounds in the patent application.
09:44:36 15     Correct?
09:44:38 16     MR. CHERNY: Objection. Lack of
09:44:43 17 foundation. Also to the extent that that would
09:44:46 18 require you to divulge any conversations or
09:44:47 19 communications, I instruct you not to answer.
09:44:50 20     But if you recall and it would not
09:45:03 21 require any such divulging, you can answer.
22     INTERPRETER MUELLER-GRANT:
23
24
25

**254**

09:45:03 1     (Translating)
09:45:03 2     THE WITNESS: (English) The
09:45:15 3 translation is coming, yes?
09:45:15 4     INTERPRETER BROCKSCHNIEDER: The
09:45:21 5 translation isn't come yet.
09:45:31 6     (Translating)
09:45:34 7     THE WITNESS:
09:45:36 8     A.   I cannot remember the addition of
09:45:38 9 these examples.
09:45:38 10 BY MS. BERNIKER:
09:45:41 11     Q.   But you wouldn't have -- it wasn't
09:45:44 12 your practice to describe in patent applications
09:45:47 13 something that was a preferred compound if at the
09:45:48 14 time you didn't think it was preferred.
09:46:08 15     Correct?
09:46:08 16     A.   Yes. That's correct.
09:46:10 17     Q.   So at the time, you would have
09:46:11 18 believed that they were among your preferred
09:46:18 19 compounds?
09:46:19 20     MR. CHERNY: Objection. Asked and
09:46:29 21 answered. Lack of foundation.
22     THE WITNESS:
23
24
25

**255**

09:46:34 1     A.   I cannot remember at this point in
09:46:35 2 time.
09:46:53 3 BY MS. BERNIKER:
09:46:55 4     Q.   The Foreign Filing Text, Exhibit
09:46:57 5 88, was the basis for patent applications filed
09:46:58 6 around the world.
09:47:19 7     Right?
09:47:31 8     MR. CHERNY: Objection. Vague.
09:48:07 9     THE WITNESS: The problem is that
09:48:13 10 this Exhibit 88 is a printed copy of the patent
09:48:17 11 application at the European Patent Office, and I
09:48:21 12 cannot say whether this text here is identical
09:48:23 13 with the text which was then finally sent to the
09:48:25 14 individual countries. That's something I would
09:48:27 15 have to check.
09:48:30 16 BY MS. BERNIKER:
09:48:40 17     Q.   If you had sent this text -- hang
09:48:47 18 on just a minute.
09:48:49 19     Sir, are you referring to the fact
09:48:52 20 that the claims might be different as filed in
09:49:05 21 other countries?
22     A.   That's something I cannot tell
23
24
25

10   (Pages 252 to 255)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

DR. ROLF FLEISCHER

256

09:49:28 1 right now. The description may contain minor
09:49:31 2 changes or also the claims. That's something I
09:49:31 3 cannot tell right now.
09:49:35 4     Q.   Well, but this is the copy of the
09:49:38 5 Foreign Filing Text as filed at the EPO.
09:49:58 6     Is that right?
09:50:00 7     A.   Again, I would have to check it,
09:50:05 8 because I do not have the original German Foreign
09:50:07 9 Filing Text, and this is just a printed copy of
09:50:18 10 it.
09:50:26 11     Q.   Can you tell me what this document
09:50:27 12 is, then, sir?
09:50:51 13     A.   Now, this is a printed copy. And
09:50:54 14 on this basis and on the basis of this printed
09:50:58 15 copy, the patent is printed and then issued by the
09:51:00 16 European Patent Office.
09:51:23 17     Q.   And this document was prepared by
09:51:26 18 you, as it says in the upper right-hand corner, as
09:51:26 19 you testified yesterday.
09:51:36 20     Correct?
09:51:37 21     · MR. CHERNY:  Objection.
22 Mischaracterizes his testimony.
23
24
25

257

09:51:47 1     THE WITNESS:
09:51:50 2     A.   No.
09:51:50 3 BY MS. BERNIKER:
09:51:52 4     Q.   You are telling me that you didn't
09:51:56 5 prepare this document, sir?
09:52:12 6     A.   Yes, that's what I am saying.
09:52:16 7 Because this document is prepared by the EPO, the
09:52:19 8 European Patent Office, on the basis of the
09:52:20 9 documents that are available after examination or
09:52:21 10 review.
09:52:26 11     Q.   And the basis for this document was
09:52:30 12 the form filing text that you submitted to the
09:52:30 13 EPO?
09:52:43 14     A.   Yes.
09:53:11 15     Q.   Sir, and you can put that Exhibit
09:53:14 16 aside for a minute.  We will come back to it in a
09:53:14 17 second.
09:53:15 18     (Witness complying)
09:53:31 19     If Boehringer filed claims with the
09:53:36 20 patent office encompassing phenyl alkyl or phenyl
09:53:40 21 alkanoyl substitute compounds -- excuse me.  Let
22 me start over.
23
24
25

258

09:53:43 1     If Boehringer filed claims with a
09:53:45 2 patent office encompassing compounds that had at
09:53:50 3 the R1 position phenyl alkyl or phenyl alkanoyl
09:53:55 4 groups substituted with one or two halogen atoms,
09:53:57 5 would Boehringer be able to claim priority to
09:54:03 6 either of the two original German applications?
09:54:04 7     MR. CHERNY:  And I am going to have
09:54:37 8 an objection.  So translate, then.,.
09:54:37 9     (Interpreter translating)
09:54:38 10     Objection.  Incomplete
09:54:43 11 hypothetical; also compound because it doesn't
09:54:44 12 specify which patent office.
09:54:53 13     You can answer if you understand.
09:54:55 14     (Interpreter Translating)
09:55:03 15     Also calls for a legal conclusion.
09:55:04 16     THE WITNESS:
09:55:06 17     A.   Honestly I do not entirely
09:55:34 18 understand this question.
09:55:35 19 BY MS. BERNIKER:
09:55:36 20     Q.   Let's go back to Exhibit 88 again
09:55:45 21 for a minute.
22     This document includes the
23
24
25

259

09:55:54 1 disclosure of phenyl alkyl or phenyl alkanoyl
09:56:04 2 groups substituted with halogen atoms at the R1
09:56:04 3 position.
09:56:13 4     We went over that earlier.  Right?
09:56:13 5     A.   Yes.
09:56:16 6     Q.   And that disclosure was not in the
09:56:17 7 original German applications.
09:56:27 8     Correct?
09:56:29 9     MR. CHERNY:  Objection.  Asked and
09:56:30 10 answered.
09:56:30 11     THE WITNESS:
09:56:31 12     A.   Yes.
09:56:32 13 BY MS. BERNIKER:
09:56:36 14     Q.   And so for Exhibit 88, for this
09:56:41 15 application as it is in Exhibit 88, it wouldn't be
09:56:44 16 correct to claim priority for the entire
09:56:47 17 application to Exhibits 4 and 5, the original
09:56:48 18 German applications.
09:56:06 19     Correct?
09:57:08 20     MR. CHERNY:  Objection.  Calls for
09:57:10 21 a legal conclusion.  And I assume you are asking
22 priority under European law?
23
24
25

11  (Pages 256 to 259)

DR. ROLF FLEISCHER

|  | 280 |
|---|---|
| 10:55:12 1 | Q. Before you file a patent |
| 10:55:15 2 | application, it was generally -- I am just talking |
| 10:55:18 3 | generally now. It's generally a practice to do a |
| 10:55:19 4 | prior art search. |
| 10:55:21 5 | Is that correct? |
| 10:55:21 6 | INTERPRETER ROOSE-STAEHLE: A prior |
| 10:55:24 7 | art search? |
| 8 | (Discussion between interpreters) |
| 10:55:38 9 | MR. CHERNY: Objection. Lack of |
| 10:55:50 10 | foundation. Vague. |
| 10:55:50 11 | THE WITNESS: |
| 10:55:53 12 | A. That was done case by case. |
| 10:55:53 13 | BY MS. BERNIKER: |
| 10:55:54 14 | Q. At some point during the |
| 10:55:57 15 | prosecution of every application, would you review |
| 10:56:14 16 | the relevant state of the art? |
| 10:56:18 17 | MR. CHERNY: Objection. Vague. |
| 10:56:30 18 | THE WITNESS: |
| 10:56:31 19 | A. I don't understand your questions, |
| 10:56:37 20 | because I said before that this is done case by |
| 10:56:37 21 | case. |
| 22 | BY MS. BERNIKER: |
| 23 | |
| 24 | |
| 25 | |

|  | 281 |
|---|---|
| 10:56:39 1 | Q. So I am just trying to understand |
| 10:56:40 2 | what you meant by that, sir. |
| 10:56:42 3 | Are there times when you don't |
| 10:56:49 4 | review the state of the art during the prosecution |
| 10:56:57 5 | of a patent application? |
| 10:57:01 6 | MR. CHERNY: Objection. Vague. |
| 10:57:10 7 | THE WITNESS: |
| 10:57:12 8 | A. Yes. There are cases like that. |
| 10:57:13 9 | BY MS. BERNIKER: |
| 10:57:15 10 | Q. When you did perform prior art |
| 10:57:38 11 | searches, who performed the search? |
| 10:57:40 12 | A. The company has their own |
| 10:57:44 13 | documentation. And on the basis of this |
| 10:57:45 14 | documentation, it was done. |
| 10:57:54 15 | Q. I see. Okay. |
| 10:57:57 16 | INTERPRETER ROOSE-STAEHLE: |
| 10:57:58 17 | (Translating) Normally, normally done. |
| 10:57:59 18 | BY MS. BERNIKER: |
| 10:58:00 19 | Q. I have an unrelated question for |
| 10:58:02 20 | you, sir. |
| 10:58:06 21 | Do you know who Dr. Hornykiewicz |
| 22 | is? |
| 23 | |
| 24 | |
| 25 | |

|  | 282 |
|---|---|
| 10:58:08 1 | INTERPRETER ROOSE-STAEHLE: I am |
| 10:58:10 2 | sorry. I didn't get the name. |
| 10:58:11 3 | BY MS. BERNIKER: |
| 10:58:17 4 | Q. Hornykiewicz? |
| 10:58:43 5 | A. No. |
| 10:58:46 6 | (Whereupon, Exhibit No. 92 was |
| 10:58:50 7 | marked for identification) |
| 10:58:53 8 | Q. I am handing you what's been marked |
| 10:58:57 9 | Exhibit 92, Dr. Fleischer. |
| 10:58:58 10 | (Handing) |
| 10:58:59 11 | MR. CHERNY: Just as a matter of |
| 10:59:01 12 | housekeeping, do you want to renumber or do you |
| 10:59:06 13 | want to keep 91 for the document that we -- I |
| 10:59:06 14 | don't care. |
| 10:59:08 15 | MS. BERNIKER: Let's keep it so the |
| 10:59:09 16 | record will be clear. |
| 10:59:18 17 | MR. CHERNY: Okay. |
| 10:59:19 18 | MR. BERNIKER: We can replace it |
| 10:59:22 19 | with a page that says intentionally omitted or |
| 10:59:22 20 | something like that. |
| 10:59:24 21 | MR. CHERNY: And I assume obviously |
| 22 | that all English translations of 91 will also be |
| 23 | |
| 24 | |
| 25 | |

|  | 283 |
|---|---|
| 10:59:29 1 | destroyed, just to make sure? |
| 10:59:31 2 | MR. CHERNY: Yes. They will all be |
| 10:59:32 3 | destroyed. |
| 10:59:33 4 | MR. GROSSMAN: And to the extent |
| 10:59:35 5 | there was -- but to the extent that there was any |
| 10:59:38 6 | substantive testimony to that document, we are not |
| 10:59:48 7 | going to pose any motion to strike. |
| 10:59:49 8 | MR. CHERNY: Yes. I understand. |
| 10:59:50 9 | BY MS. BERNIKER: |
| 10:59:52 10 | Q. Do you have Exhibit 92 in front of |
| 10:59:52 11 | you, sir? |
| 10:59:52 12 | A. Yes. |
| 10:59:58 13 | Q. This is a letter that you and Dr. |
| 11:00:01 14 | Milnes submitted to the European Patent Office. |
| 11:00:11 15 | Is that right? |
| 11:00:11 16 | A. Yes. |
| 11:00:17 17 | Q. And the date is February 2nd, 1987? |
| 11:00:17 18 | A. Yes. |
| 11:00:23 19 | Q. And that's your signature toward |
| 11:00:26 20 | the bottom of the page? |
| 11:00:28 21 | A. Yes. |
| 22 | Q. And is that Dr. Milnes' signature |
| 23 | |
| 24 | |
| 25 | |

17 (Pages 280 to 283)

DR. ROLF FLEISCHER

284

| | |
|---|---|
| 11:00:38 1 | to the left of it? |
| 11:00:39 2 | A.   Yes. |
| 11:00:42 3 | Q.   The letters "i.V." on top of your |
| 11:00:52 4 | name, what does that mean?  Oh, I am sorry.  To be |
| 11:00:56 5 | clear, it says "I.V." |
| 11:01:07 6 | A.   No.  It's "i.V."  If I am correct, |
| 11:01:12 7 | it means "by substitute." |
| 11:01:14 8 | Q.   What does that represent when you |
| 11:01:35 9 | include that on a document? |
| 11:01:41 10 | A.   That means that I have authority |
| 11:01:44 11 | within my department to represent the company |
| 11:01:44 12 | outside. |
| 11:01:46 13 | Q.   Is that different from PPA? |
| 11:01:49 14 | A.   Yes. |
| 11:01:54 15 | Q.   Can you explain the difference? |
| 11:02:22 16 | A.   Well, I am not a specialist in |
| 11:02:26 17 | this.  But when I write PPA, power of attorney, |
| 11:02:29 18 | then I represent the whole company to the outside. |
| 11:02:32 19 | But for the technical -- |
| 11:02:34 20 | technicalities, as I said, you would have to |
| 11:02:36 21 | address a specialist. |
| 22 | Q.   To be clear, both you and Dr. |
| 23 | |
| 24 | |
| 25 | |

285

| | |
|---|---|
| 11:02:50 1 | Milnes are representing the company in this |
| 11:02:52 2 | document in some way, however. |
| 11:02:54 3 | Correct? |
| 11:02:55 4 | A.   Yes. |
| 11:03:01 5 | Q.   To the left of the date of the |
| 11:03:06 6 | document, it says, "Pat.-Fl/Kp." |
| 11:03:17 7 | Do you see that, sir? |
| 11:03:19 8 | A.   Yes. |
| 11:03:20 9 | Q.   Does that mean that you drafted |
| 11:03:23 10 | this document? |
| 11:03:25 11 | A.   Yes. |
| 11:03:29 12 | Q.   And then below that, it says |
| 11:03:35 13 | "Anmeldung Nr." And then there is the number "86 |
| 11:03:45 14 | 304 754.4," and then parenthesis, |
| 11:03:45 15 | "EP-A-0.207.696." |
| 11:03:51 16 | Do you see that? |
| 11:03:51 17 | A.   Yes. |
| 11:04:02 18 | Q.   What does that mean? |
| 11:04:03 19 | A.   It's the reference number of the |
| 11:04:05 20 | European application. |
| 11:04:09 21 | Q.   And then can you tell me, there is |
| 22 | one sentence of text that you submitted to the |
| 23 | |
| 24 | |
| 25 | |

286

| | |
|---|---|
| 11:04:15 1 | European Patent Office, can you tell me what that |
| 11:04:42 2 | says? |
| 11:04:44 3 | A.   That is the indication to the |
| 11:04:47 4 | European Patent Office that in the opinion of |
| 11:04:51 5 | Boehringer, an older application exists for this |
| 11:05:02 6 | application. |
| 11:05:05 7 | Q.   I see.  Essentially, are you saying |
| 11:05:09 8 | that the application listed in the body of the |
| 11:05:13 9 | text anticipates the application that's at the top |
| 11:05:24 10 | that's listed as the Anmeldung number. |
| 11:05:26 11 | Is that what you are saying? |
| 11:05:31 12 | MR. CHERNY:  Objection.  Calls for |
| 11:05:32 13 | a legal conclusion. |
| 11:05:47 14 | THE WITNESS:  Yes. |
| 11:05:50 15 | BY MS. BERNIKER: |
| 11:05:58 16 | Q.   And the fact that Dr. Milnes signed |
| 11:05:58 17 | on to this letter with you -- actually, let me |
| 11:06:02 18 | change that question. |
| 11:06:05 19 | When you make a representation to |
| 11:06:08 20 | the patent office, a patent office that one |
| 21 | application is earlier than another -- is |
| 22 | anticipated by another, is that something where |
| 23 | |
| 24 | |
| 25 | |

287

| | |
|---|---|
| 11:06:12 1 | you would involve other attorneys in your group, |
| 11:06:27 2 | generally? |
| 11:06:33 3 | Or patent agents, to be clear? |
| 11:06:33 4 | A.   I don't know. |
| 11:06:38 5 | Q.   But in this case, Dr. Milnes was |
| 11:06:39 6 | involved? |
| 11:06:49 7 | A.   I don't know. |
| 11:07:03 8 | Q.   Well, that's what -- his name is on |
| 11:07:04 9 | the document? |
| 11:07:05 10 | MR. CHERNY:  Objection.  The |
| 11:07:16 11 | document speaks for itself. |
| 11:07:16 12 | BY MS. BERNIKER: |
| 11:07:17 13 | Q.   I am going to hand you, sir, what's |
| 11:07:20 14 | been previously marked as Exhibit 47. |
| 11:07:21 15 | MR. CHERNY:  Do you want him to |
| 11:07:23 16 | answer the question as to whether the -- |
| 11:07:24 17 | MS. BERNIKER:  Yes.  I am sorry. |
| 11:07:25 18 | THE WITNESS: |
| 11:07:25 19 | A.   Yes. |
| 11:07:26 20 | BY MS. BERNIKER: |
| 11:07:27 21 | Q.   Yes.  Okay. |
| 22 | I am going the to hand you what's |
| 23 | |
| 24 | |
| 25 | |

18   (Pages 284 to 287)

DR. ROLF FLEISCHER

288

11:07:33 1    been previously marked Exhibit 47.
11:07:48 2         (Handing)
11:07:50 3         MR. CHERNY: He has got another
11:07:53 4    copy of it. Oh, I am sorry. I thought you had
11:07:54 5    given him one.
11:07:55 6         (Handing to witness.)
11:07:56 7    BY MS. BERNIKER:
11:07:58 8         Q.   That's Boehringer's European patent
11:08:00 9    application that was published.
11:08:09 10        Is that right?
11:08:11 11        MR. CHERNY: Please read the
11:08:13 12   document to make sure that.
11:08:13 13   BY MS. BERNIKER:
11:08:18 14        Q.   In Case 5/920, just to be clear?
11:08:20 15        MR. CHERNY: Same instruction.
11:08:32 16   Read the document to make sure.
11:09:20 17        (Pause)
11:09:22 18        THE WITNESS:
11:09:24 19        A.   I am not absolutely sure, since I
11:09:26 20   do not have the original text.
11:09:26 21   BY MS. BERNIKER:
         22        Q.   But this is the text that was
         23
         24
         25

289

11:09:30 1    published by the European Patent Office.
11:09:31 2         Right?
11:09:36 3         A.   Yes.
11:09:47 4         Q.   Is this the document then that's
11:09:50 5    being referenced in your letter, Exhibit 92, in
11:09:55 6    the text as the document that is the patent
11:09:57 7    application that anticipates the other
11:09:59 8    application?
11:10:29 9         A.   According to the numbers, yes. But
11:10:33 10   in the letter, there is no case number mentioned.
11:10:35 11   So I am not sure if I can identify it correctly.
11:10:38 12        Q.   Well, you identified it to the
11:10:41 13   European Patent Office by case number — I am
11:10:44 14   sorry, by application number.
11:10:45 15        Right?
11:10:59 16        A.   Yes.
11:11:02 17        Q.   And that application number was
11:11:03 18   0186087.
11:11:16 19        Correct?
11:11:17 20        A.   Yes.
11:11:20 21        Q.   That's the number of the — the
         22   publication number, to be clear?
         23
         24
         25

290

11:11:25 1         A.   Yes.
11:11:27 2         Q.   And the other number associated
11:11:30 3    with the European application — I am sorry, with
11:11:33 4    the document that you identified to the European
11:11:37 5    Patent Office was 85116016.8.
11:11:45 6         Correct?
11:11:47 7         A.   Yes.
11:11:53 8         Q.   And if you look at Exhibit 47, the
11:11:56 9    — it lists a publication number that's the same
11:11:59 10   and an application number that's the same.
11:12:05 11        Correct?
11:12:05 12        MR. CHERNY: Objection.
11:12:08 13        (Interpreter Translating.)
11:12:11 14        Objection. Vague.
11:12:12 15        THE WITNESS:
11:12:13 16        A.   Yes.
11:12:13 17   BY MS. BERNIKER:
11:12:16 18        Q.   So you were referring to the
11:12:23 19   European patent application with this number in
11:12:25 20   your letter, Exhibit 92?
11:12:30 21        A.   Yes.
         22        Q.   Why did you submit this letter to
         23
         24
         25

291

11:12:52 1    the European Patent Office, Exhibit 92?
11:12:53 2         MR. CHERNY: Objection. Lack of
11:12:54 3    foundation.
11:13:01 4         THE WITNESS:
11:13:02 5         A.   I cannot remember. I cannot
11:13:04 6    identify it.
11:13:11 7    BY MS. BERNIKER:
11:13:13 8         Q.   Was this document, Exhibit 92,
11:13:16 9    prepared in the ordinary course of your work at
11:13:24 10   Boehringer Ingelheim?
11:13:26 11        MR. CHERNY: Object. Lack of
11:13:32 12   foundation.
11:13:33 13        THE WITNESS:
11:13:33 14        A.   No.
11:13:34 15   BY MS. BERNIKER:
11:13:44 16        Q.   Why do you say that?
11:13:55 17        A.   Because it was no longer a practice
11:14:05 18   to supply documents to the European Patent Office.
11:14:05 19        Q.   That was unusual?
11:14:07 20        A.   That would be going too far.
11:14:12 21        Q.   In what circumstances would you
         22   provide patents to the European Patent Office?
         23
         24
         25

19   (Pages 288 to 291)

DR. ROLF FLEISCHER

292

| | |
|---|---|
| 11:14:15 1 | MR. CHERNY: I think he said |
| 11:14:16 2 | documents. |
| 11:14:16 3 | BY MS. BERNIKER: |
| 11:14:27 4 | Q.   Documents to the European Patent |
| 11:14:27 5 | Office? |
| 11:14:28 6 | MR. CHERNY: Objection. Vague. |
| 11:14:39 7 | Calls for a legal conclusion. |
| 11:15:05 8 | THE WITNESS: |
| 11:15:07 9 | A.   Only if and when we were interested |
| 11:15:13 10 | in having a quick registration, a quick |
| 11:15:17 11 | information, supplying of information, or |
| 11:15:22 12 | destruction of protection right. |
| 11:15:23 13 | MR. BERNIKER: What was the word? |
| 11:15:34 14 | Was it destruction? |
| 11:15:35 15 | INTERPRETER ROOSE-STAEHLE: Refusal |
| 11:15:39 16 | is the word that I am looking for. |
| 11:15:39 17 | BY MS. BERNIKER: |
| 11:15:41 18 | Q.   What do you mean by if you were |
| 11:16:21 19 | interested in having a quick registration? |
| 11:16:36 20 | A.   Well, in the examination process, |
| 11:16:41 21 | when we were interested that the examiner would |
| 22 | receive all arguments and all objections so that |
| 23 | |
| 24 | |
| 25 | |

293

| | |
|---|---|
| 11:17:01 1 | he could refer it again, or return it again. |
| 11:17:04 2 | (English) With the aid of Boehringer, this |
| 11:17:10 3 | application. |
| 11:17:11 4 | INTERPRETER ROOSE-STAEHLE: With |
| 11:17:11 5 | the aid of Boehringer, this application. |
| 11:17:13 6 | BY MS. BERNIKER: |
| 11:17:16 7 | Q.   So let me just see if I have this |
| 11:17:20 8 | correct. Sometimes you would submit documents to |
| 11:17:31 9 | the patent office when you wanted to speed up the |
| 11:17:34 10 | examiner's process of rejecting different |
| 11:17:49 11 | applications, somebody else's application? |
| 11:17:56 12 | MR. CHERNY: Objection. |
| 11:17:58 13 | Mischaracterizes his testimony. |
| 11:17:58 14 | ____ THE WITNESS: |
| 11:17:58 15 | A.   Yes. |
| 11:17:59 16 | BY MS. BERNIKER: |
| 11:18:00 17 | Q.   And that's what you were doing here |
| 11:18:03 18 | with Exhibit 92? |
| 11:18:04 19 | MR. CHERNY: Objection. Asked and |
| 11:18:08 20 | answered. |
| 11:18:09 21 | THE WITNESS: |
| 22 | A.   Yes. |
| 23 | |
| 24 | |
| 25 | |

294

| | |
|---|---|
| 11:18:46 1 | BY MS. BERNIKER: |
| 11:18:47 2 | Q.   Before you would make this kind of |
| 11:18:51 3 | representation to the European Patent Office, you |
| 11:18:53 4 | would review the application, the other |
| 11:18:56 5 | application that you were submitting? Let me |
| 11:18:57 6 | start over.  I am sorry. |
| 11:18:59 7 | Before you would make a |
| 11:19:04 8 | representation like this to the European Patent |
| 11:19:07 9 | Office, that your application anticipated another |
| 11:19:08 10 | application, you would read that second |
| 11:19:08 11 | application. |
| 11:19:26 12 | Correct? |
| 11:19:27 13 | A.   Yes. |
| 11:19:35 14 | Q.   All right.  I am handing you what's |
| 11:19:37 15 | been marked Exhibit 22, sir. |
| 11:19:52 16 | (Handing) |
| 11:19:55 17 | That's European patent application |
| 11:20:00 18 | with publication number 0 207 696. |
| 11:20:13 19 | Is that right? |
| 11:20:14 20 | A.   Yes. |
| 11:20:16 21 | MR. CHERNY: Read the document to |
| 22 | make sure you get the answer. |
| 23 | |
| 24 | |
| 25 | |

295

| | |
|---|---|
| 11:20:20 1 | MS. BERNIKER: You should feel free |
| 11:20:22 2 | to look at any documents.  But, please, when you |
| 11:20:24 3 | handed the document we are dealing with. |
| 11:20:25 4 | MR. CHERNY: Jessamyn, we are |
| 11:20:29 5 | dealing with an older man, who doesn't know, and I |
| 11:20:33 6 | am not sure if he understands that you want him to |
| 11:20:33 7 | read it. |
| 11:20:35 8 | MS. BERNIKER: Sure.  Well, you are |
| 11:20:41 9 | definitely invited to look at the document. |
| 11:20:42 10 | THE WITNESS: Yes. |
| 11:20:42 11 | BY MS. BERNIKER: |
| 11:20:44 12 | Q.   And this European patent |
| 11:21:02 13 | application that's application number 86304754.4? |
| 11:21:03 14 | A.   Yes. |
| 11:21:06 15 | Q.   Is this the European patent |
| 11:21:10 16 | application that's referred to on the subject line |
| 11:21:34 17 | of Exhibit 92, after the word "Anmeldung?" |
| 11:21:34 18 | A.   Yes. |
| 11:21:40 19 | Q.   So in Exhibit 92, is it correct |
| 11:21:44 20 | that you are telling the patent office, the |
| 11:21:47 21 | European Patent Office, that your European |
| 22 | application, Exhibit 47, anticipates the |
| 23 | |
| 24 | |
| 25 | |

20  (Pages 292 to 295)

DR. ROLF FLEISCHER

320

```
01:22:25  1          Correct?
01:22:26  2     A.  That depended on the individual
01:22:29  3  case. I cannot give you the specifics.
01:22:31  4     Q.  But in the cases where you were
01:22:33  5  responsible for the case, you maintained copies of
01:22:34  6  documents like this.
01:22:36  7          Correct?
01:22:37  8     A.  (English) Yes.
01:22:39  9          MR. CHERNY: Just let her
01:22:39 10  translate.
01:22:41 11          THE WITNESS:
01:22:42 12     A.  Yes.
01:22:42 13          INTERPRETER ROOSE-STAEHLE: Do you
01:22:43 14  want me to translate?
01:22:46 15          MR. CHERNY: You might as well.
01:22:46 16          INTERPRETER ROOSE-STAEHLE: He
01:22:48 17  answered the question.
01:22:48 18          MR. CHERNY: All right.
01:23:00 19          (Whereupon, Exhibit No. 98 was
01:23:00 20  marked for identification).
01:23:03 21  BY MS. BERNIKER:
         22     Q.  Dr. Fleischer, I am handing you an
         23
         24
         25
```

321

```
01:23:20  1     Exhibit marked Exhibit 98.
01:23:22  2          This is a copy on file with the
01:23:24  3  patent and trademark office.
01:23:24  4          Correct?
01:23:40  5     A.  I do not remember this document.
01:23:44  6     Q.  At the top right is your signature
01:23:47  7  -- or your initials.
01:23:47  8          Correct?
01:23:49  9     A.  (English) Correct.
01:23:53 10     Q.  And then it says to the left of
01:23:54 11  that "5/920."
01:23:55 12          Do you see that?
01:23:58 13     A.  Yes.
01:24:03 14     Q.  And this document was filed in
01:24:09 15  connection with Case 5/920.
01:24:13 16          (Knock at door)
01:24:14 17          MR. CHERNY: Can I have the
01:24:16 18  question back?
01:24:17 19  BY MS. BERNIKER:
01:24:19 20     Q.  And this document was filed in
01:24:27 21  connection with Case 5/920?
         22          MR. CHERNY: Objection. Lack of
         23
         24
         25
```

322

```
01:24:32  1  foundation.
01:24:33  2          THE WITNESS:
01:24:33  3     A.  Yes.
01:24:37  4  BY MS. BERNIKER:
01:24:39  5     Q.  Feel free to take a look at this
01:24:41  6  document if you need to, sir, but I would like to
01:24:46  7  ask you about the third page.
01:24:49  8          So when you are ready, I have some
01:24:55  9  questions.
01:24:56 10          MR. CHERNY: Is there a question
01:24:58 11  about the words?
01:24:58 12          INTERPRETER MUELLER-GRANT: No.
01:25:00 13  Just the rest.
01:25:00 14          INTERPRETER ROOSE-STAEHLE: I
01:25:03 15  didn't hear any rest. Sorry.
01:25:04 16          INTERPRETER MUELLER-GRANT: So when
01:25:09 17  you are ready.
01:25:10 18          INTERPRETER ROOSE-STAEHLE:
01:25:18 19  (Translating)
01:27:20 20          (Pause)
01:27:21 21          THE WITNESS:
         22     A.  Yes.
         23
         24
         25
```

323

```
01:27:21  1  BY MS. BERNIKER:
01:27:23  2     Q.  All right. If you would turn to
01:27:27  3  the third page --
01:27:27  4          INTERPRETER ROOSE-STAEHLE: Yes
01:27:28  5  BY MS. BERNIKER:
01:27:29  6     Q.  Sorry. If you would turn to the
01:27:32  7  third page of the document, at the heading C, it
01:27:35  8  says, "Possibly Interfering Application of
01:27:37  9  Another."
01:27:37 10          Do you see that?
01:27:37 11          MR. CHERNY: Ms. Roose-Staehle, I
01:27:56 12  was just wondering if you could retranslate? You
01:27:56 13  can understand, I am not sure what --
01:27:57 14          MS. BERNIKER: Well, the translator
01:27:58 15  hasn't been corrected.
01:27:59 16          MR. CHERNY: That's what I am
01:28:00 17  asking.
01:28:00 18          MS. BERNIKER: Okay.
01:28:00 19          (Interpreter translating).
01:28:01 20  BY MS. BERNIKER:
01:28:02 21     Q.  Do you see that, sir?
         22     A.  Yes.
         23
         24
         25
```

27 (Pages 320 to 323)

DR. ROLF FLEISCHER

### 348

02:07:50 1        (Interpreter Translating)
02:07:51 2        MR. CHERNY: Now objection. Lack
02:08:12 3 of foundation.
02:08:13 4        THE WITNESS:
02:08:16 5       A. After drawing up the Foreign Filing
02:08:18 6 Text, I was not aware of the fact that this
02:08:22 7 included additional information.
02:08:23 8 BY MS. BERNIKER:
02:08:25 9       Q. You testified yesterday that you
02:08:28 10 prepared the Foreign Filing Text by taking Exhibit
02:08:32 11 4, the first German application and Exhibit 5, the
02:08:34 12 second German application, and combining them.
02:08:36 13       And now you are telling me that you
02:08:39 14 didn't know that when you did that, you added
02:09:22 15 material that wasn't in either of those?
02:09:23 16       MR. CHERNY: Objection.
02:09:41 17 Argumentative, and mischaracterizes his testimony.
02:09:55 18       THE WITNESS:
02:09:59 19       A. When I drew up this application, I
02:10:06 20 correctly — when I drew up the Foreign Filing
02:10:09 21 Text, I did so by correctly combining the two
        22 German priority applications by integrating the
        23
        24
        25

### 349

02:10:17 1 matter of the second patent application.
02:10:18 2 BY MS. BERNIKER:
02:10:20 3       Q. And you also added additional
02:10:22 4 subject matter that wasn't in either application,
02:10:37 5 as we discussed yesterday and today?
02:10:38 6       MR. CHERNY: Objection.
02:10:50 7 Mischaracterizes his testimony.
02:10:51 8       THE WITNESS:
02:10:52 9       A. Obviously, I was not aware of that
02:10:54 10 fact.
02:10:55 11 BY MS. BERNIKER:
02:10:57 12       Q. You weren't aware of it when you
02:11:07 13 included it in the Foreign Filing Text?
02:11:08 14       MR. CHERNY: Stop.
02:11:20 15       Objection. Argumentative.
02:11:25 16       THE WITNESS:
02:11:27 17       A. I cannot remember how this
02:11:32 18 additional subject matter was added to the Foreign
02:11:32 19 Filing Text.
02:11:32 20 BY MS. BERNIKER:
02:11:33 21       Q. Well, you testified that you
        22 drafted the Foreign Filing Text?
        23
        24
        25

### 350

02:11:42 1       A. Yes.
02:11:45 2       Q. And you submitted the Foreign
02:12:02 3 Filing Text for applications in Europe?
02:12:03 4       A. Yes.
02:12:05 5       Q. And you provided the Foreign Filing
02:12:08 6 Text to the British company to create translations
02:12:22 7 for filing all over the world?
02:12:23 8       A. Yes.
02:12:50 9       Q. So you knew what was in the Foreign
02:12:50 10 Filing Text?
02:13:03 11       A. I can only repeat that I cannot
02:13:06 12 remember how this additional subject matter was
02:13:08 13 added to the Foreign Filing Text.
02:13:10 14       And obviously I didn't notice it
02:13:13 15 either.
02:13:14 16       Q. Do you think that somebody else
02:13:23 17 added that to the Foreign Filing Text?
02:13:24 18       A. I don't know.
02:13:41 19       Q. Sir, is it your testimony that in
02:13:44 20 1985, when you prepared the Foreign Filing Text,
02:13:56 21 you didn't know what was in that document?
        22       MR. CHERNY: Objection.
        23
        24
        25

### 351

02:14:08 1 Mischaracterizes his testimony.
02:14:08 2       THE WITNESS:
02:14:11 3       A. Now, this statement goes too far.
02:14:11 4 BY MS. BERNIKER:
02:14:14 5       Q. Well, what did you know?
02:14:15 6       MR. CHERNY: Objection. Lack of
02:14:27 7 foundation.
02:14:27 8       THE WITNESS:
02:14:30 9       A. Now, how am I supposed to define
02:14:41 10 accurately today what I knew at that time?
02:14:42 11 BY MS. BERNIKER:
02:14:43 12       Q. Do you have any reason to believe
02:14:45 13 that you didn't know the contents of this
02:14:47 14 document, the Foreign Filing Text, which you
02:14:57 15 drafted?
02:14:58 16       MR. CHERNY: Objection. Asked and
02:15:06 17 answered. Argumentative.
02:15:20 18       THE WITNESS:
02:15:23 19       A. Now, 21 years have passed since
02:15:25 20 1985. And to the best of my knowledge, I cannot
02:15:28 21 remember all of the details.
        22 BY MS. BERNIKER:
        23
        24
        25

34 (Pages 348 to 351)

DR. ROLF FLEISCHER

352

```
02:15:30  1        Q.   But you have no reason to believe
02:15:35  2   that you didn't know what was in the document that
02:15:39  3   you created that you submitted to the European
02:15:41  4   Patent Office and that you sent to the translators
02:15:43  5   for filing -- to create translations for filing
02:15:44  6   around the world.
02:16:04  7            Right?
02:16:06  8        MR. CHERNY:  Objection.  Asked and
02:16:11  9   answered.
02:16:17 10        THE WITNESS:
02:16:18 11        A.   I don't understand this question,
02:16:20 12   because it doesn't change anything about the
02:16:24 13   situation.
02:16:24 14   BY MS. BERNIKER:
02:16:26 15        Q.   I am asking you if you have any
02:16:28 16   reason to believe you didn't know what was in that
02:16:35 17   document?
02:16:36 18        MR. CHERNY:  Objection.  Asked and
02:16:45 19   answered.
02:16:54 20        THE WITNESS:
02:16:57 21        A.   I cannot remember these specific
         22   explicit details.
         23
         24
         25
```

353

```
02:17:01  1   BY MS. BERNIKER:
02:17:02  2        Q.   You submitted a document to the
02:17:06  3   European Patent Office that said that your patent
02:17:09  4   application, your European patent application
02:17:15  5   anticipated the Eli Lilly patent application.
02:17:16  6            And in order to make that statement
02:17:20  7   before you made it, you reviewed the applications
02:17:22  8   to make sure that you knew that statement was
02:17:23  9   accurate.
02:17:50 10            Didn't you, sir?
02:17:57 11        MR. CHERNY:  Objection.
02:17:57 12        (Interpreter translating)
02:18:14 13        Objection.  Asked and answered.
02:18:15 14        THE WITNESS:
02:18:16 15        A.   Here the same applies.  This is
02:18:19 16   once again something that happened about 21 years
02:18:23 17   ago.  How am I supposed to remember all of these
02:18:24 18   details?
02:18:26 19        MR. CHERNY:  Jessamyn, before you
02:18:30 20   ask the question, when we get a chance, can we
02:18:32 21   take a break so I can open a window?  I am not
         22   talking about a long break.
         23
         24
         25
```

354

```
02:18:35  1        MS. BERNIKER:  In a minute.
02:18:35  2        MR. CHERNY:  Fine.
02:18:36  3   BY MS. BERNIKER:
02:18:38  4        Q.   Sir, you testified before lunch
02:18:47  5   about Exhibit 92, the letter -- the first letter
02:18:48  6   you sent to the European Patent Office in
02:18:51  7   connection with the Eli Lilly application.
02:18:53  8            And you testified before lunch that
02:18:55  9   you would not have sent this document without
02:18:56 10   having confirmed for yourself that you were
02:19:05 11   entitled to assert that you anticipated the Eli
02:19:34 12   Lilly application.
02:19:36 13        MR. CHERNY:  Objection.
02:20:01 14   Mischaracterizes his testimony.
02:20:02 15        THE WITNESS:
02:20:04 16        A.   Here the same applies.  This letter
02:20:07 17   dates back to the year 1987.  How am I supposed to
02:20:11 18   remember the details of what this EPA something
02:20:12 19   contained?
02:20:12 20   BY MS. BERNIKER:
02:20:13 21        Q.   I understand that you are saying,
         22   sir, that sitting here today, you don't remember
         23
         24
         25
```

355

```
02:20:16  1   the details.
02:20:18  2            But you testified before lunch that
02:20:23  3   in 1987, before you would submit this letter to
02:20:28  4   the European Patent Office, you would have assured
02:20:30  5   yourself that you were entitled to claim
02:20:32  6   anticipation, and you would have done that by
02:20:34  7   reviewing applications.
02:20:36  8            And therefore, you must have
02:20:37  9   reviewed the applications.
02:21:07 10            Correct, sir?
02:21:08 11        MR. CHERNY:  Objection.  Asked and
02:21:27 12   answered, and mischaracterizes his testimony.
02:21:29 13        THE WITNESS:
02:21:31 14        A.   My opinion stays and my statement
02:21:35 15   stays, that I cannot remember these details.
02:21:52 16   BY MS. BERNIKER:
02:21:53 17        Q.   Did you ever have conversations
02:21:56 18   with Dr. Laudien -- and I am not asking for the
02:22:00 19   substance of the conversations -- about the Eli
02:22:01 20   Lilly patent applications?
02:22:04 21        MR. CHERNY:  I am going to -- okay.
         22   Before we get to the translation, I will let him
         23
         24
         25
```

35  (Pages 352 to 355)

# EXHIBIT E



10

Klas
1
2    A. I think there was one, but I don't
3    know when and I don't know the title.
4       Q. What did you do after -- well,
5    actually let me take a step back.
6       While you were working on your
7    thesis, did you also have a separate --
8    separate employment or was that a full-time
9    task?
10    A. It was a full-time day, but since
11    '83 I started to work for a patent attorney.
12    Q. And starting in 1983, what was your
13    first employment as -- with the patent
14    attorney?
15    A. It was only on a day-to-day basis.
16    So I got some work to answer some office
17    actions to the German patent office, but was
18    no employment in the sense of employment
19    within a company.
20    Q. I see. Were you just working for a
21    solo practitioner or a law firm of some
22    nature?
23    A. It's difficult to explain. As soon
24    as you finished your diploma, you are in the
25    position to do some work for patent

11

Klas
1
2    attorneys, but the patent attorney has the
3    supervision.
4       Q. Did the patent attorney work for a
5    company?
6       A. It was a private practice.
7       Q. And how long did you work for that
8    patent attorney?
9       A. I think it was until I was employed
10    by Boehringer.
11    Q. And when did you become employed by
12    Boehringer?
13    A. In March '84.
14    Q. And what was your first title at
15    Boehringer?
16    A. I think we haven't special titles.
17    I was a patent agent. It was like training
18    on the job. So I started to do patent work.
19    Maybe patent agent or whatever it was.
20    Q. What were --
21    A. In the -- in the German title was
22    Patentanwalt (phonetic). I don't know how to
23    translate this into English.
24       THE OFFICIAL INTERPRETER: Patent
25    agent, I think.

12

Klas
1
2    Q. Were you working in Ingelheim in
3    1984 when you began with Boehringer?
4       A. Yes.
5       Q. And were you working at the
6    Boehringer patent department in Ingelheim?
7       A. Sorry.
8       Q. Were you working for the Boehringer
9    patent department, the Ingelheim office?
10    A. Yes.
11    Q. And how long were you a patent
12    agent in that office?
13    A. I'm still employed within
14    Boehringer, but after some years, I did my
15    European examination.
16    Q. And at that point did your position
17    change?
18    A. No, the position didn't change at
19    that time.
20    Q. When did you sit for the European
21    examination?
22    A. I think it was in '89.
23    Q. Prior to -- actually, let's take a
24    step back.
25       Prior to beginning at Boehringer in

13

Klas
1
2    March of 1984, have you had any legal
3    training?
4       A. If you understand the working for
5    the patent agent as legal training, then it
6    would be legal training.
7       Q. Did you have any formal legal
8    training or courses?
9       A. Before I came to Boehringer, no.
10    Q. When did you first have any formal
11    legal training or course work?
12    A. I can't remember the exact time it
13    was. Maybe in the first year within
14    Boehringer that there were lessons and
15    courses from outside firms who offered how to
16    write a patent application, how to do an
17    examination.
18    Q. And you attended those?
19    A. Yes.
20    Q. Did those firms come to Boehringer
21    to provide the courses?
22    A. No.
23    Q. Or did you go to them?
24    A. No, you have to go to them.
25    Q. Did other patent agents at

4   (Pages 10 to 13)

126

Klas

1
2    Q.  I'm not asking whether you handled
3    any applications where this happened.  I'm
4    asking whether you are aware of any
5    situations where a German application or
6    applications filed by Boehringer --
7    A.  Yes.
8    Q.  -- was filed by Boehringer and
9    then subsequently the foreign filing text was
10   modified to be broader.
11   A.  Broader than the original disclosed
12   invention?
13   Q.  Yes.
14   MR. SCHULER:  Same objection, also
15   asked and answered.
16   A.  No, I have no case in mind.
17   Q.  And are you aware of any situations
18   where an application filed with the European
19   Patent Office had a broader general formula
20   than the original application or applications
21   that were filed with the German patent
22   office?
23   MR. SCHULER:  Again, it goes beyond
24   the scope.
25   But if you have personal knowledge,

127

Klas

1
2    you can answer.  But I assume that was
3    asked and answered.
4    MS. BERNIKER:  It's a different
5    question.
6    A.  The question before you asked me
7    whether I have any knowledge about
8    application where a broader claim and which
9    goes beyond the -- beyond the original scope
10   of the invention.
11   Q.  Okay.  But the first time I asked
12   you, I believe I was asking about foreign
13   filing text and the second time I was asking
14   you about your --
15   MR. SCHULER:  He already told you
16   that any application beyond the German
17   is a foreign filing text, including the
18   EPO.
19   MS. BERNIKER:  Could you let the
20   witness testify?  Thanks, Ken.
21   MR. SCHULER:  But that's why I said
22   it was asked and answered.  You
23   expressly asked him earlier about would
24   you also file EPO application.  He said
25   that's also a foreign filing text.

128

Klas

1
2    MS. BERNIKER:  Thank you.
3    MR. SCHULER:  So you clearly asked
4    and answered the question.
5    Q.  Dr. Klas, when a foreign filing
6    text is prepared, is that text in that form
7    filed -- I'm sorry.  Let me rephrase.
8    Does that text get modified before
9    it's filed in the patent offices around the
10   world?
11   MR. SCHULER:  Object to the form.
12   A.  Don't think so.  The foreign filing
13   text is sent for translation, and this text
14   is normally filed as the -- with the UPO --
15   the EPO, sorry.
16   Q.  And that's -- that's -- and it's
17   also the same text that gets filed in other
18   jurisdictions, like in the United States and
19   Japan and Australia and everywhere else?
20   A.  I think so, yes.
21   Q.  Okay.  And that's -- and that has
22   been true -- that was true in the period 1984
23   to 2000 as well?
24   A.  I think so, yes.
25   Q.  Okay.  You reviewed -- I believe

129

Klas

1
2    you testified earlier that you reviewed the
3    European application that Boehringer filed
4    that is listed as in Topic 21 of the 30(b)(6)
5    notice?
6    A.  Yes.
7    Q.  And you also testified that -- that
8    you reviewed the German applications that
9    Boehringer filed with the German patent
10   office that are described in Topic 20 of this
11   notice, the 30(b)(6) notice, Exhibit 235?
12   A.  You mean that are the 34 and 35
13   applications compared to the European?
14   Q.  Yeah, you reviewed all three
15   applications?
16   A.  Yes.
17   Q.  The two German applications and the
18   European application?
19   A.  Yes.
20   Q.  And did you compare the two German
21   applications to the European applications?
22   A.  Yes.  Not word by word, but I
23   compared them.
24   Q.  Okay.  And you're aware of the fact
25   that the European application has a different

33 (Pages 126 to 129)

178

Klas

1          Klas
2    beyond the scope.
3          If you have personal knowledge, you
4    can answer.
5    A.    Maybe Dr. Milnes or Mr. Milnes.
6    Q.    Do you know whether Dr. Laudien
7    ever received a copy?
8    A.    I don't know.
9          MR. SCHULER:  Same objection.  Go
10   ahead.
11   Q.    Do you know whether Dr. Milnes ever
12   received a copy of Exhibit 22, the European
13   application?
14         MR. SCHULER:  Same objection.
15         But if you know, you can answer.
16   A.    I don't know.
17   Q.    Did Dr. Fleischer receive a copy of
18   Exhibit 22, the European application?
19   A.    I think so because he requested the
20   file inspection.
21   Q.    If you turn to -- back to
22   Exhibit 92, the letter that was sent to the
23   European Patent Office on February 2, 1987,
24   who prepared this letter?
25         MR. SCHULER:  I'll object.  It goes

179

Klas

1          Klas
2    beyond the scope.
3          But you can answer, if you know.
4    A.    From this document, I think was
5    Dr. Fleischer.
6    Q.    And what makes you think that?
7    A.    Because his short name, "Dr. Fl."
8    is on the top.
9    Q.    You are referring toward the middle
10   toward the top --
11         THE OFFICIAL INTERPRETER:  Shortcut
12   of initials.
13   A.    The shortcut of his name.
14   Q.    The "Dr. Fl." refers to
15   Dr. Fleischer?
16   A.    Yes.
17   Q.    Was it the practice of the patent
18   department at Boehringer in the 1980s if
19   somebody's initials were on a document in
20   that format, that meant that they drafted it?
21   A.    I assumed, yes.
22   Q.    Is that how things generally
23   happened at the Boehringer patent department
24   at that time?
25         MR. SCHULER:  I'll object.  This

180

Klas

1          Klas
2    goes -- I think it goes beyond the
3    scope.
4          But you can answer as to your
5    personal knowledge.
6    A.    From my own case when I wrote a
7    letter, my shortcut was on the letter, and I
8    do not think that this practice or routine
9    was different in Biberach.
10   Q.    Okay.  And was Dr. Fleischer
11   responsible for Case 5/920?
12         MR. SCHULER:  Objection.  Goes
13   beyond the scope.
14         But you can answer, if you know.
15   A.    Yes.
16   Q.    Did Dr. Fleischer draft the
17   European patent application that was
18   submitted on behalf of Boehringer for Case
19   5/920?
20         MR. SCHULER:  I'm sorry.  What was
21   the end of that question?
22         MS. BERNIKER:  For Case 5/920.
23   A.    920, the European, yes.
24   Q.    Yes, he did?
25   A.    Yes.

181

Klas

1          Klas
2    Q.    Did Dr. Fleischer prepare the
3    foreign filing text for Case 5/920?
4    A.    Yes, he did.
5    Q.    And did Dr. Fleischer draft the
6    first German application that was designated
7    Case 5/920, which is Exhibit 4?
8    A.    Yes, he did.
9    Q.    And who drafted Exhibit 5, the
10   second German application?
11   A.    This case was drafted by
12   Mr. Milnes.
13   Q.    And did Mr. Milnes draft the whole
14   thing, or did he just add text and modify
15   some text of which was Exhibit 4, the first
16   German application?
17   A.    Sorry.  Can you say it again?
18   Q.    Yes.
19         Did Mr. Milnes draft the entirety
20   of Exhibit 5, or did he simply modify and add
21   text that was in Exhibit 4?
22   A.    He didn't draft the complete
23   specification because the chemical part is
24   identical to the priority application filed
25   in December drafted by Dr. Fleischer.

46 (Pages 178 to 181)

186

Klas

1
2 ridiculous.
3     And the company has no witness on
4 that topic. There is nothing on that
5 topic. It not even remotely comes close
6 to that.
7     But, again, if you have personal
8 knowledge, you can answer.
9     A.  I have no further personal
10 knowledge that I mentioned -- just mentioned
11 that's important, additional information --
12 interesting, important, additional
13 information.
14     Q.  Okay. Dr. Schingnitz and
15 Dr. Hinzen are inventors on Exhibit 5; right?
16     A.  Yes.
17     Q.  But they're not on Exhibit 4, the
18 first German?
19     A.  Yes.
20     Q.  Okay. What did they contribute to
21 the invention in Exhibit 5?
22     MR. SCHULER: Objection, goes
23 beyond the scope.
24     MS. BERNIKER: There is no way that
25 goes beyond the scope, Ken.

187

Klas

1
2     MR. SCHULER: Sure, it does. The
3 topic is what?
4     MS. BERNIKER: You have the topic.
5 You can take a look. Before you make a
6 beyond the scope objection, I suggest
7 you know what the topic says.
8     MR. SCHULER: Oh, I do know what
9 the topic says, and it clearly goes
10 beyond the scope, and the fact that
11 you're unable to articulate how it does
12 attests to me further confirmation.
13     But if you have personal knowledge,
14 you can answer.
15     A.  No, I have no -- no further
16 personal knowledge.
17     MS. BERNIKER: The topic is the
18 drafting and the preparation and the
19 filing of this exhibit. I'm asking him
20 why these individuals are listed as
21 inventors. That's clearly within the
22 scope.
23     MR. SCHULER: You said what did
24 they contribute to the invention in
25 Exhibit 5.

188

Klas

1
2     MS. BERNIKER: Yeah.
3     MR. SCHULER: That was your
4 original question, and I objected to
5 that.
6     MS. BERNIKER: And that's the
7 second German application.
8     MR. SCHULER: Now what's your
9 question?
10     Q.  What did Dr. Hinzen and
11 Dr. Schingnitz contribute to the second
12 German application in Exhibit 5?
13     MR. SCHULER: That was asked and
14 answered.
15     A.  They run this animal model.
16     Q.  And is performing that animal model
17 an invention on its own?
18     MR. SCHULER: Objection. Calls for
19 a legal conclusion, goes beyond the
20 scope.
21     You want his legal opinion as to
22 whether that's -- that's way beyond the
23 scope. It calls for a legal conclusion.
24     If you have personal factual
25 knowledge as opposed to your legal

189

Klas

1
2 opinion, you can answer.
3     A.  No, I have no further personal
4 knowledge.
5     Q.  Exhibit 5 has been assigned a case
6 number, and if you look at the page that's
7 handwritten 4, it's Case 1/737.
8     Do you see that?
9     A.  At page 4?
10     Q.  Exhibit -- handwritten 4 of
11 Exhibit 5.
12     A.  Yes.
13     Q.  Exhibits 4 and 5 were combined when
14 the foreign filing text was created for this,
15 for these applications?
16     A.  Yes.
17     Q.  And who created the -- you
18 testified that Dr. Fleischer created the
19 foreign filing text?
20     A.  Yes.
21     Q.  And at that point he was
22 responsible for both Case 5/920 and Case
23 1/737?
24     A.  Yes.
25     Q.  Why did Mr. Milnes prepare

48  (Pages 186 to 189)



194

Klas

1
2    Is that -- actually, let me ask you
3  a different question.
4        Could you please direct me where in
5  this file history, Exhibit 252, the
6  application that Boehringer submitted to the
7  patent office?
8        A.  Without checking it in detail, I
9  think it's BARR number 27915.
10       Q.  And who prepared this document?
11       A.  This document was prepared by
12  Dr. Fleischer.
13       Q.  Did anyone else contribute text to
14  this document?
15       A.  To the final version?
16       Q.  Yes.
17       A.  I don't know, but to make it clear,
18  information which came from inventors is
19  included in -- in this text, otherwise, there
20  would be no invention, but --
21       Q.  Is there any text in this document
22  that Dr. Fleischer was not aware of when he
23  filed this application?
24       MR. SCHULER:  Objection.  Goes
25  beyond the scope, lack of foundation.

195

Klas

1
2        You can answer it if you have
3  personal knowledge as to what he was
4  aware of.
5        A.  I don't know whether there is -- my
6  understanding is this was written by
7  Dr. Fleischer, but whether another guy
8  contributes to this text, I don't know.
9        Q.  You understand that you've been
10  designated to testify on behalf of Boehringer
11  regarding Topic 21, the drafting,
12  preparation, filing and prosecution of
13  European patent application 85116016.8;
14  right?
15       A.  Yes.
16       Q.  Can you tell me whether anyone
17  other than Dr. Fleischer drafted or prepared
18  this application, the application that begins
19  on page BARR 27915?
20       A.  I don't think so, because it's
21  Dr. Fleischer's case.
22       Q.  Okay.  If you look at the second --
23  page 2 of this application, which is BARR
24  27916 --
25       A.  Yes.

196

Klas

1
2        Q.  -- and you look at the definition
3  of R1, you see that it includes text that is
4  not included in Exhibits 4 and 5, the two
5  German applications; correct?
6        MR. SCHULER:  Objection, asked and
7  answered.
8        A.  Sorry, again.
9        Q.  You see the definition of R1 on page
10  BARR 27916 includes text that was not
11  included in Exhibits 4 and 5, the two German
12  applications that we discussed earlier;
13  right?
14       A.  Yes.
15       Q.  Who added that text?
16       A.  It was added by Dr. Fleischer.
17       Q.  Why did he add that text?
18       A.  Sorry?
19       Q.  Why did he add that text?
20       MR. SCHULER:  I'll object to the
21  extent that it goes beyond the scope.
22       A.  What I know is that Dr. Schneider,
23  the chemist, continued to synthesize the
24  examples, and he submitted those examples to
25  Dr. Fleischer.

197

Klas

1
2        Q.  Did Dr. Schneider synthesize
3  tetrahydrobenzthiazoles that had halogen
4  substituted phenyl rings in the R1 position?
5        A.  Yes.
6        Q.  Did he synthesize those after the
7  second German application, Exhibit 5, was
8  filed with the German patent office?
9        MR. SCHULER:  Objection, goes
10  beyond the scope.
11       But you can answer if you have
12  personal knowledge.
13       A.  I don't know whether it was
14  synthesized before or later.
15       Q.  And did Dr. Fleischer add this text
16  into this application in order to encompass
17  those compounds?
18       MR. SCHULER:  Objection, goes
19  beyond the scope.  Also to the extent
20  that it calls for a legal conclusion.
21       A.  Sorry.  Again, please.
22       Q.  Did Dr. Fleischer add this text to
23  the definition of R1 in order to encompass the
24  compounds that Dr. Schneider had been
25  synthesizing?

50  (Pages 194 to 197)

214

Klas

1
2    A. You are now with the case number.
3    Q. Yes, I'm sorry. To be clear, I'm
4 talking about the Boehringer case number.
5    A. Yes, maybe that Miss Kalzner
6 (phonetic) ordered priority documents, but
7 I'm not sure.
8    Q. What do you mean "ordered priority
9 documents"?
10    A. Yeah. If you do foreign filing,
11 you have to order priority documents to
12 submit it to the foreign patent office.
13    Q. Weren't Exhibits 4 and 5 combined
14 into a single foreign filing text that was
15 submitted to patent offices around the world?
16    A. I know we -- we talked about
17 Exhibit 5, and you have asked me who got
18 copies of this application and who might have
19 seen it.
20    Q. Okay.
21    A. And as I explain, the line from --
22 if there was any communication from the
23 German patent office to Boehringer, the line
24 was inbox, Laudien, Milnes. But it may be --
25 and I didn't check it -- that when Milnes

215

Klas

1
2 went to Biberach, another guy, and I assumed
3 it was Ms. Kalzner took formally over this
4 case.
5    Q. Took over prosecution of this case
6 in the German patent office; is that right?
7    A. There never has been prosecution.
8    Q. So what did they take over? What
9 did Ms. Kalzner take over?
10    A. The formal responsibility for this
11 case.
12    Q. Okay.
13    A. That's --
14    Q. Okay. So let me see if I have this
15 straight.
16       Dr. Fleischer had responsibility
17 for Case 5/920?
18    A. Yes.
19    Q. Dr. Fleischer had responsibility
20 for the combined Case 5/920 plus 1/737?
21    A. Yes.
22    Q. And Ms. Kalzner, you believe, had
23 responsibility for Case 1/737 on its own?
24    A. When Milnes went to Biberach,
25    Q. When Milnes -- sorry -- left for

216

Klas

1
2 Biberach.
3       And Case 1/737 on its own was not
4 filed in foreign patent offices; is that
5 right?
6    A. No -- or, yes, must be the answer.
7    Q. Let's just be clear. Case 1/737
8 was or was not filed in foreign --
9    A. Your question was, was not filed,
10 and I said no. And that's wrong. It must be
11 yes.
12    Q. So you are saying that it's correct
13 that it was not filed?
14    A. It was not filed in foreign
15 countries itself as a single alone standing
16 patent application.
17    Q. Thank you for clarifying that.
18       Dr. Fleischer -- Dr. Klas, you
19 testified that Dr. Fleischer prepared the
20 foreign filing text for Case 5/920 and Case
21 1/737?
22    A. Yes.
23    Q. In doing so, he looked at
24 Exhibit 5, the second German application;
25 right?

217

Klas

1
2    MR. SCHULER: Objection. Goes
3 beyond the scope.
4       You can answer if you know.
5    A. Can you ask your question, please,
6 again?
7    Q. Did Dr. Fleischer look at
8 Exhibit 5, the second German application, in
9 preparing the foreign filing text that
10 combined the two cases?
11    MR. SCHULER: Same objection.
12       You can answer if you know.
13    A. Yeah.
14    Q. Yes, he did?
15    A. I'm not sure whether I get your
16 question.
17       You ask me whether Dr. Fleischer
18 combined both cases?
19    Q. Yes.
20    A. Yes.
21    Q. And he had copies of both Exhibit 4
22 and Exhibit 5?
23    A. Okay. You're right. You are
24 right.
25    Q. So Dr. Fleischer also received a

55 (Pages 214 to 217)

286

```
1              Klas
2    knowledge, you may answer.
3        A.  No, I don't have.  So I think your
4    question calls for a legal conclusion and I
5    am no U.S. patent attorney.
6        Q.  Is your testimony that you don't
7    know then because you don't have personal
8    knowledge whether this statement is accurate?
9        MR. SCHULER:  Object to the form.
10       A.  Yes.
11       Q.  Yes, you don't know?  Is that your
12   testimony?
13       A.  Yes, because it's a legal
14   conclusion.  It's sent to the U.S. Patent
15   Office, and I am not a U.S. patent attorney
16   and so I can't comment on this, whether it's
17   correct or not correct.
18       Q.  Who is responsible for assuring
19   that the statements in this document,
20   Exhibit 98, were accurate?
21       MR. SCHULER:  Objection.  Lack of
22   foundation.  Goes beyond the scope, but
23   if you have personal knowledge, you can
24   answer it.
25       A.  I have no personal knowledge about
```

287

```
1              Klas
2    this, but I would -- it would be speculation.
3    The person who wrote this can give it to the
4    patent office.
5        Q.  Do you know who wrote this
6    document?
7        A.  If I see the signature for, it's
8    Alan Stempel.
9        Q.  Do you know whether Alan Stempel
10   wrote it?  Do you have personal knowledge
11   that Alan Stempel wrote this document?
12       A.  No.
13       Q.  Are you making that assumption
14   based on the fact that his name is at the
15   end?
16       A.  Yes.
17       Q.  Do you know who reviewed this --
18   drafts of this document before it was
19   submitted to the United States patent office?
20       A.  No.
21       Q.  Do you know who reviewed this
22   document after it was submitted to the United
23   States patent office?
24       A.  No, I don't know.
25       Q.  In the course of your work at
```

288

```
1              Klas
2    Boehringer, have you ever made
3    representations to a patent office regarding
4    the priority date of an application?
5        A.  Can you repeat it?
6        Q.  Yes.
7        A.  Please.
8        Q.  In the course of your work at
9    Boehringer --
10       A.  Yes.
11       Q.  -- have you ever made
12   representations regarding the priority date
13   of an application?
14       A.  Well, whenever I have filed a
15   patent application, I claim for priority when
16   we had priority -- when we had a priority
17   document and so in this context, I have to
18   say yes.
19       Q.  In the period 1984 to 1990, were
20   the patent agents who were responsible for a
21   case in the Boehringer patent department,
22   were they responsible for telling the foreign
23   representatives what patent applications to
24   claim -- what patent applications they could
25   claim priority back to?
```

289

```
1              Klas
2        MR. SCHULER:  Object to the form.
3        THE WITNESS:  Can you translate it
4    for me, please?
5        (The Official Interpreter
6    translates the question from English
7    into German.)
8        A.  So your question refers whether
9    patent attorneys explain to the outside
10   attorneys the scope of the claims?  If I got
11   the translation correctly.
12       THE OFFICIAL INTERPRETER:  And
13   priority.
14       MS. BERNIKER:  Let me try that
15   again.
16       THE WITNESS:  I will or --
17       A.  Every patent attorney by his own,
18   was responsible when filing a patent
19   application to include into the so-called
20   order letter which was sent out the correct
21   number and the correct date.
22       Q.  So when -- in order for patent
23   applications to be filed abroad, an order
24   letter would be prepared by the patent
25   attorney or patent agent responsible for that
```

73 (Pages 286 to 289)

290

Klas

1         Klas
2 case; is that right?
3     A. Patent attorney in cooperation with
4 the secretary, yes.
5     Q. Okay. And I just want to be clear,
6 when you say "patent attorney," are you
7 referring to individuals who are patent
8 agents at Boehringer also?
9     A. Yes, patent attorneys, patent
10 agents who are working with patents at the
11 Ingelheim office.
12     Q. So the patent attorneys -- I'm
13 sorry. Are you talking about just in
14 Ingelheim or also in Biberach?
15     A. Also in Biberach.
16     Q. Okay. So the patent attorneys at
17 the Boehringer patent department in Germany
18 would prepare an order letter in cooperation
19 with their secretary?
20     A. Yeah.
21     Q. And part of the order letter -- and
22 the order letter would include the foreign
23 filing text; right?
24     A. Yes. Sometimes it was sent
25 separately.

291

Klas

1         Klas
2     Q. Okay.
3     A. If -- depends on the language.
4     Q. Okay. And -- but the order letter
5 would include the names of the inventors?
6     A. I'm not sure I can't testify to
7 this.
8     Q. What did the order letter include?
9     A. The order letter, best of my
10 knowledge, gave the order to the outside
11 counsel to file an application in that
12 country. It includes the title of the
13 application and it includes the priority
14 number and the priority date of the
15 application for which we claim priority.
16     I'm -- I can't tell you whether it
17 also includes the names of the inventors. I
18 don't know.
19     Q. Okay. And it was expected that the
20 outside -- that the attorney in the foreign
21 country would then file an application with
22 that title and with that priority
23 information?
24     A. Yes.
25     Q. And this includes applications that

292

Klas

1         Klas
2 were going to be filed in the United States?
3     A. Yes.
4     Q. If you will turn back to
5 Exhibit 252 for a moment, the European file
6 history. And if you would turn to page
7 27796.
8     A. Yes.
9     Q. And that document there is a
10 declaration of priority under Roman Numeral
11 VII.
12     Do you see that?
13     A. Yes.
14     Q. And there are two patent
15 applications that are listed?
16     A. Yes.
17     Q. And those are the two German
18 applications, Exhibits 4 and 5 that we talked
19 about earlier; right?
20     A. Yes.
21     Q. And who decided that those two
22 patent applications should be listed there?
23     A. In this specific case?
24     Q. Yes.
25     A. Dr. Fleischer.

293

Klas

1         Klas
2     Q. And did Dr. Fleischer also tell Dr.
3 Stempel what patent applications to claim
4 priority to in the United States application?
5     MR. SCHULER: I object. Goes
6 beyond the scope.
7     If you know, you can answer.
8     A. I -- I didn't see the order letter
9 so I can't testify to it, whether it was
10 included or not.
11     Q. Dr. Fleischer was responsible for
12 preparing the order letter with his
13 secretary; is that right?
14     A. Yes.
15     Q. In --
16     (Discussion off the record.)
17     Q. Was it the practice of the United
18 States Office that was handling prosecutions
19 of United States patent applications for
20 Boehringer to rely on the priority
21 information that was included in the order
22 letter?
23     MR. SCHULER: Object the form.
24     A. I must say I don't understand your
25 question because I am not US PTO

74 (Pages 290 to 293)



294

Klas

1
2   Q.  Okay.
3   A.  I can't tell you whether the US PTO
4   relies on the document or the priority
5   application.
6   Q.  Okay.  With respect to — there was
7   an office in Ridgefield, Connecticut —
8   A.  Yes.
9   Q.  — that handled United States
10  patent applications for Boehringer; right?
11  A.  Yes.
12  Q.  And when United States patent
13  applications were being filed on behalf of
14  Boehringer the patent attorney or patent
15  agent in Germany would send that attorney in
16  the Ridgefield office, Ridgefield,
17  Connecticut office the order letter?
18  A.  Yes.
19  Q.  And whatever other relevant
20  documents; right?  Yes?
21  A.  Yes, sorry.
22  Q.  And was it the practice of the
23  attorneys in the Ridgefield, Connecticut
24  office when they received an order letter to
25  rely on the representation of priority that

295

Klas

1
2   was included in that letter?
3   MR. SCHULER:  Object to the form.
4   A.  Well, if they got the numbers and
5   the dates, they transferred to the forms and,
6   yes, that's it.
7   Q.  Did they have a practice of looking
8   into priority independently?
9   A.  I don't know.
10  Q.  Were they typically provided -- in
11  the period 1989 to 1990, were they typically
12  provided with a copy of the priority
13  documents?
14  A.  I think it was a request from the
15  US PTO to file priority document.  Maybe I'm
16  wrong, but that was my understanding.
17  Q.  Did the attorneys in the
18  Ridgefield, Connecticut office, were they
19  typically provided with a copy of the
20  priority documents in English?
21  A.  They were provided with a copy in
22  German as it was requested from the US PTO.
23  Q.  Were they also provided with a copy
24  in English?
25  MR. SCHULER:  Object to the form to

296

Klas

1
2   the extent it goes beyond the scope.
3   A.  I don't know.
4   Q.  Was there a standard practice to
5   give -- in the period 1984 to 1990, was there
6   a standard practice to give the attorneys in
7   the Ridgefield, Connecticut office copies of
8   English translations of priority documents?
9   A.  I don't have in mind that this was
10  the standard practice.  It was by decision of
11  the individual attorney.
12  Q.  Do you know whether Mr. Stempel was
13  ever provided with an English translation of
14  either of the two German applications in this
15  case, Exhibit 4, Exhibit 5?
16  MR. SCHULER:  Objection.  Goes
17  beyond the scope.
18  But you can answer of your personal
19  knowledge, if you have any.
20  A.  I don't know.
21  Q.  In the course of your work at
22  Boehringer, when you have made
23  representations about whether an application
24  is entitled to claim priority back, what did
25  you do to determine whether an application is

297

Klas

1
2   in fact entitled to claim priority back?
3   MR. SCHULER:  Object to the form.
4   Goes beyond the scope.  Also to the
5   extent that it calls for a legal
6   conclusion or your mental impressions
7   about any particular legal question upon
8   which you've given advice.
9   You understand that I'm instructing
10  you not to reveal any such mental
11  instructions?
12  THE WITNESS:  Yes.
13  A.  When we file for a patent
14  application, we claim for priority, and I
15  don't recall a case where we have to defend
16  the priority claim.
17  Q.  Okay.
18  MS. BERNIKER:  I understand the
19  videographer needs to change the video,
20  so let's take a break.
21  THE VIDEOGRAPHER:  The time is
22  4:57.  We're going off the record, and
23  this is the end of tape number 3.
24  (A brief recess was taken.)
25  THE VIDEOGRAPHER:  The time is

75 (Pages 294 to 297)

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM )
INTERNATIONAL GMBH and BOEHRINGER )    C.A. No. 05-700 (***)
INGELHEIM PHARMACEUTICALS, INC., )
                              Plaintiffs, )
      v. )
 )
BARR LABORATORIES, INC. )
                              Defendant. )

## EXPERT REPORT OF ERIC V. ANSLYN, Ph.D.

### I.    Background and Qualifications

1.      I am the Norman Hackerman Professor of Chemistry and a University Distinguished Teaching Professor at the University of Texas, Austin.

2.      I graduated with a doctorate in chemistry in 1987 (and formally received my Ph.D. in 1988) from the California Institute of Technology. The focus of my Ph.D. studies was organic chemistry.

3.      Following completion of my doctorate, I spent two years performing post-doctoral work in the field of bioorganic chemistry at Columbia University.

4.      For approximately the last 20 years, the focus of my work has been in the area of bioorganic chemistry, with an emphasis on using synthetic organic compounds to mimic biologically active moieties.

5.      I teach the introductory organic chemistry class at the University of Texas, a course I have frequently taught for over 17 years. This course covers topics such as organic structures, nomenclature, chirality, and synthesis of organic compounds, including biologically active molecules. During my career, I have also taught courses in bioorganic chemistry, physical organic chemistry, organometallic chemistry, and supramolecular chemistry.

6.    I am a co-author of *Modern Physical Organic Chemistry*, a graduate level textbook that covers, among other topics, organic structures, nomenclature, and chirality. I also am in the process of co-writing an undergraduate level organic chemistry textbook, entitled *Organic Chemistry*, which is scheduled to be published toward the end of 2007.

7.    For approximately the last seven years, I have been an Associate Editor of the *Journal of the American Chemical Society*.

8.    I am a founding member of the Texas Institute of Drug and Diagnostics Development. The primary goal of this institute is the creation of small molecule therapeutics for targets identified by Texas-based medical schools.

9.    I have recently been honored with the Arthur C. Cope Scholar Award from the American Chemical Society, which was established to recognize and encourage excellence in organic chemistry.

10.    My curriculum vitae is attached as Exhibit A.

## II.    Mandate

11.    I will testify as an expert in the area of organic chemistry.

12.    I have been asked by Barr's counsel to comment on certain aspects of three United States patents – U.S. Patent Nos. 4,731,374 ("the '374 patent"), 4,843,086 ("the '086 patent"), and 4,886,812 ("the '812 patent") – including a discussion of what is disclosed by these patents to the person of ordinary skill in the art, how the claims would be understood by the person of ordinary skill in the art, and the relationship between claims of the '086 patent and the '812 patent. I have also been asked to compare these U.S. patents to two earlier German patent applications, and to evaluate whether certain aspects of the general formula disclosed in the U.S. patents would be understood by a skilled artisan to be disclosed by those German applications. I

have also been asked to comment on certain compounds prepared at Eli Lilly & Company, and to analyze whether they are encompassed by the claims of the '812 patent as understood by a skilled artisan.

### III. Definition of One of Ordinary Skill in the Art

13.     I have been asked by counsel for Barr to provide opinions about the qualifications of the person of ordinary skill in the art ("skilled artisan") who would have understood and appreciated the disclosure and teachings of the '812 patent as of December 22, 1984, the date German application DE 3447075 ("the '075 German application") was filed.[1]  In my opinion, the skilled artisan would have had one of the following: (1) a bachelor's degree with an emphasis on organic chemistry, about two years of experience in that field, and a general understanding of medicinal chemistry or bioorganic chemistry; (2) a bachelor's degree with an emphasis on bioorganic chemistry or medicinal chemistry and about two years of experience in one of those fields; (3) a master's degree with an emphasis on organic chemistry, and a general understanding of medicinal chemistry or bioorganic chemistry; (4) a master's degree with an emphasis on bioorganic chemistry, or medicinal chemistry; or (5) comparable education, training, and/or experience.

### IV. Materials Relied Upon

14.     In addition to my training and experience, I have relied upon the following materials in forming the opinions set forth herein:

  •     the '374, '086, and '812 patents;

---

[1]     None of the opinions expressed in this Report would change if December 19, 1985, the filing date of the first U.S. application (the application that led to the '374 patent), were used as the date instead.

3