# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL ) 
GMBH and BOEHRINGER INGELHEIM ) C.A. No. 05-700 (***)
PHARMACEUTICALS, INC., )
Plaintiffs, )
)
v. )
)
BARR LABORATORIES, INC. )    **Redacted Version –**
Defendant. )    **Publicly Filed**
)
)

---

## VOLUME II - APPENDIX OF EXHIBITS TO
## DEFENDANT BARR LABORATORIES, INC.'S MOTION FOR *IN CAMERA* INSPECTION
## AND TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO
## THE CRIME-FRAUD EXCEPTION

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen L. Pascale (#2903)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

OF COUNSEL:

Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: May 7, 2007

**INDEX OF EXHIBITS TO DEFENDANT BARR LABORATORIES, INC.'S
MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION
OF DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION**

| | |
|---|---|
| Exhibit A | Excerpts from Boehringer's Privilege Log |
| Exhibit B | Certified Translation of Second German Patent Application DE 35 08 947 |
| Exhibit C | Excerpts from the deposition of Dr. Claus Schneider |
| Exhibit D | Excerpts from the deposition of Dr. Rolf A. Fleischer |
| Exhibit E | Excerpts from the 30(b)(6) deposition of Heinz-Gerd Klaes |
| Exhibit F | Expert Report of Eric V. Anslyn, Ph.D. |
| Exhibit G | Intentionally left blank |
| Exhibit H | Excerpts from the deposition of Alan Stempel |
| Exhibit I | Excerpts from the deposition of Mary-Ellen Devlin |
| Exhibit J | Objections and Responses of Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr Laboratories, Inc.'s Second Set of Interrogatories (Nos. 10-17) |
| Exhibit K | Excerpts from the 30(b)(6) deposition of Timothy X. Witkowski |
| Exhibit L | Objections and Responses of Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. to Defendant Barr Laboratories, Inc.'s Third Set of Interrogatories (Nos. 18-45) |
| Exhibit M | Excerpts from the deposition of Dr. Dieter Laudien |
| Exhibit N | Excerpts from the deposition of Juergen Kauffmann |
| Exhibit O | Section 2303 of the Manual of Patent Examining Procedure (1988) |
| Exhibit 3 | U.S. Patent No. 4,886,812 |
| Exhibit 11 | |
| Exhibit 15 | REDACTED |
| Exhibit 16 | |

Exhibit 18      Eli Lilly U.S. Application

Exhibit 22      Eli Lilly European Application

Exhibit 30                              **REDACTED**

Exhibit 52      Foreign Filing Text in English

Exhibit 53      Certified English Translation of First German Patent Application DE 34 47 075

Exhibit 92      Boehringer Letter to EPO (Februrary 2, 1987)

Exhibit 95      Boehringer Letter to EPO (May 10, 1988)

Exhibit 98      Dr. Fleischer's copy of Second Preliminary Amendment and Information
                Disclosure Statement

Excerpt of      Excerpt from the Certified Copy of U.S. Application 07/256,671
Exhibit 99

Exhibit 100     Boehringer's Privilege Document Log

Exhibit 127                     **REDACTED**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 03, 2006

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *4,886,812*
ISSUE DATE: *December 12, 1989*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



H. L. JACKSON

Certifying Officer

**EXHIBIT**

**3**

BOE00000001

# United States Patent [19]

## Griss, deceased et al.

[11] Patent Number: 4,886,812

[45] Date of Patent: Dec. 12, 1989

[54] TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

[75] Inventors: Gerhart Griss, deceased, late of Biberach, by Elizabeth Griss, legal representative; Claus Schneider, Ingelheim am Rhein; Rudolf Hurnaus, Biberach, all of Fed. Rep. of Germany; Walter Kobinger; Ludwig Pichler, both of Vienna, Austria; Rudolf Bauer, Wiesbaden, Fed. Rep. of Germany; Joachim Mierau, Mainz, Fed. Rep. of Germany; Dieter Hinzen, Zornheim, Fed. Rep. of Germany; Gunter Schingnitz, Bad Kreuznach, Fed. Rep. of Germany

[73] Assignee: Dr. Karl Thomae GmbH, Biberach an der Riss, Fed. Rep. of Germany

[21] Appl. No.: 256,671

[22] Filed: Oct. 12, 1988

### Related U.S. Application Data

[62] Division of Ser. No. 124,197, Nov. 23, 1987, Pat. No. 4,843,086, which is a division of Ser. No. 810,947, Dec. 19, 1985, Pat. No. 4,731,374.

[30] Foreign Application Priority Data

Dec. 22, 1984 [DE] Fed. Rep. of Germany ...... 3447073

Mar. 13, 1985 [DE] Fed. Rep. of Germany ...... 3508947

[51] Int. Cl.⁴ .................. C07D 277/82; A01K 31/425

[52] U.S. Cl. ........................... 514/321; 514/367; 548/161; 548/163; 548/164; 546/198; 540/603; 544/135

[58] Field of Search ............... 548/161, 163, 164; 546/198; 540/603; 544/135; 514/321, 367

[56] References Cited

#### U.S. PATENT DOCUMENTS

4,337,343 6/1982 Maillard et al. ............... 548/152

#### FOREIGN PATENT DOCUMENTS

21940 1/1981 European Pat. Off. ............ 548/161

0044443 1/1982 European Pat. Off. ......... 548/161
207496 8/1986 European Pat. Off. ......... 548/161
812512 4/1959 United Kingdom ......... 548/161

Primary Examiner—Robert Gerstl
Attorney, Agent, or Firm—David E. Frankhouser; Alan R. Stempel; Mary-Ellen M. Timbers

[57]                    ABSTRACT

This invention relates to new tetrahydrobenzthiazoles of general formula

$$R_3\!-\!N \quad\quad\quad\quad N\!-\!R_1 \qquad (I)$$
$$R_4 \quad\quad\quad S \quad\quad R_2$$

wherein

$R_1$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, while the above mentioned phenyl nucleis may each be substituted by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl group,

$R_3$ represents a hydrogen atom, an alkyl group a cyclo-alkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, while the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group, an alkyl or alkenyl group, or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, the enantiomers and the acid addition salts thereof.

The compounds of general formula I above in which one of the groups $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties. The new compounds may be prepared using methods known per se.

10 Claims, No Drawings

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000002

1

4,886,812

2

# TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

This is a division of application Ser. No. 124,197, filed Nov. 23, 1987, now U.S. Pat. No. 4,843,086, which is a division of Ser. No. 810,947, filed Dec. 19, 1985, now U.S. Pat. No. 4,731,374.

This invention relates to new tetrahydrobenzthiazoles of general formula



(I)

the enantiomers and acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts thereof with inorganic or organic acids, and processes for preparing them.

Compounds of general formula I wherein $R_1$ and $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or the circulation.

In general formula I above

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

Preferred compounds of general formula I above are those wherein the group



is in the 5 or 6-position.

As examples of the definitions of the groups

group represents an amino, methylamino, ethylamino, n-propylamino, isopropylamino, n-butylamino, isobutylamino, tert.butylamino, n-pentylamino, isoamylamino, n-hexylamino, dimethylamino, diethylamino, di-n-propylamino, di-n-butylamino, methylethylamino, methyl-n-propylamino, methyliso-propylamino, ethyl-isopropylamino, allylamino, buten-2-ylamino, hexen-2-ylamino, N-methylallylamino, N-ethyl-allylamino, N-n-propylallylamino, N-n-butyl-allylamino, propargylamino, N-methyl-propargylamino, N-n-propyl-propargylamino, formylamino, acetylamino, propionylamino, butanoylamino, hexanoylamino, N-methyl-acetylamino, N-allyl-acetylamino, N-propargyl-acetylamino, benzylamino, N-methyl-benzylamino, 2-chloro-benzylamino, 4-chloro-benzylamino, 4-fluoro-benzylamino, 3,4-dichloro-benzylamino, 1-phenylethylamino, 2-phenyl-ethylamino, 3-phenyl-n-propylamino, benzoylamino phenacetylamino or 2-phenylpropionylamino group and the group



may represent an amino, methylamino, ethylamino, n-propylamino, isopropylamino, n-butylamino, isobutylamino, tert.butylamino, n-pentylamino, isoamylamino, n-hexylamino, n-heptylamino, dimethylamino, diethylamino, di-n-propylamino, Di-n-butylamino, methyl-n-propylamino, methyl-isopropylamino, ethyl-iso-propylamino, allylamino, buten-2-ylamino, hexen-2-ylamino, diallylamino, N-methyl-allylamino, N-ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-allylamino, propargylamino, butin-2-ylamino, hexin-2-ylamino, dipropargylamino, N-methyl-propargylamino, N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino, cyclopentylamino, cyclohexylamino, cycloheptylamino, N-methyl cyclohexylamino, N-ethyl-cyclohexylamino, formylamino, acetylamino, propionylamino, butanoylamino, pentanoylamino, hexanoylamino, heptanoylamino, N-methyl-acetylamino, N-ethyl- acetylamino, N-n-propyl-acetylamino, N-allyl-acetylamino, benzoylamino, fluorobenzoylamino, chlorobenzoylamino, bromobenzoylamino, phenylacetamino, 2-phenylpropionylamino, N-methyl-benzylamino, N-ethyl-chlorobenzylamino, Di-chlorobenzylamino, N-cyclohexyl-acetylamino, benzylamino, chlorobenzylamino, bromobenzylamino, 1-phenylethylamino, 2-phenylethylamino, 2-phenyl-n-propylamino, 3-phenyl-n-propylamino, N-methyl-benzylamino, N-ethyl-benzylamino, N-ethyl-chloroben-

ClibPDF · www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000003

4,886,812

## 3

zylamino, N-ethyl-2-phenylethylamino, N-acetyl-benzylamino, N-acetyl-chlorobenzylamino, N-allyl-benzylamino, N-allyl-chlorobenzylamino, pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

Particularly preferred compounds of general formula I are, however, the compounds of general formula Ia

(Ia)

wherein

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl, 2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl or phenylethyl group,

$R_2$ represents a hydrogen atom, a methyl or ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, but particularly the compounds wherein the group

is in the 6-position, and the acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts.

According to the invention the new compounds are obtained by the following methods:

(a) Reacting a cyclohexanone of general formula

(II)

wherein

$R_3$ and $R_4$ are as hereinbefore defined and

X represents a nucleophilically exchangeable group such as a halogen atom, e.g. a chlorine or bromine atom, with a thiourea of general formula

(III)

wherein

$R_1$ and $R_2$ are as hereinbefore defined.

The reaction is carried out in a melt or in a solvent or mixture of solvents such as water, ethanol, water/ethanol, pyridine, dioxan, dioxan/water, glacial acetic acid, tetrahydrofuran or dimethylformamide, conveniently at temperatures of between 0° and 150° C., preferably at temperatures of between 20° and 100° C. and optionally in the presence of a base, e.g. sodium hydrox-

## 4

ide solution, sodium acetate, pyridine, triethylamine or N-ethyl-diisopropylamine. The compounds of general formula II used as starting materials need not be isolated.

(b) Reacting a compound of general formula

(IV)

wherein

$R_3$ and $R_4$ are as hereinbefore defined, with a formamidine disulfide of general formula

(V)

wherein

$R_1$ and $R_2$ are as hereinbefore defined and

$Y^-$ represents an anion of an inorganic or organic acid.

The reaction is preferably carried out in a melt or in a high-boiling solvent such as glycol, dimethylformamide, diphenylether or dichlorobenzene, conveniently at temperatures of between 25° and 200° C., preferably at temperatures of between 70° and 150° C.

(c) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_1$, $R_3$ or $R_4$ represents a hydrogen atom;

splitting off a protecting group from a compound of general formula

(VI)

wherein

at least one of the groups $R_1'$, $R_2'$, $R_3'$ or $R_4'$ represents a protecting group for an amino group such as an acyl or alkoxycarbonyl group, e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with the nitrogen atom between them represent an imido group, e.g. the phthalimido group, and

The other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the meanings given for $R_1$ to $R_4$ hereinbefore, with the exception of the acyl groups mentioned hereinbefore.

The splitting off of a protecting group is preferably carried out by hydrolysis in the presence of a base such as sodium hydroxide solution or potassium hydroxide solution or in the presence of an acid such as hydrochloric or sulphuric acid in an aqueous solvent such as water/ethanol, water/dioxan or water/tetrahydrofuran at temperatures of between 50° and 150° C., preferably at the boiling temperature of the reaction mixture. An imido group such as the phthalimido group used as a protecting group is preferably split off with hydrazine in a solvent such as water, water/ethanol or water/dioxan at the boiling temperature of the solvent used.

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000004

5
4,886,812
6

(d) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned alkyl, or phenylalkyl group:

Reduction of a compound of general formula

$$R_3'' - \text{[structure]} - R_1'' \quad \text{VII}$$

wherein

at least one of the groups $R_1''$, $R_2''$, $R_3''$ or $R_4''$ represents one of the acyl or phenylacyl groups mentioned hereinbefore and

the other groups have the meanings given for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore,

with a metal hydride in a solvent.

The reduction is carried out in a suitable solvent such as diethylether, tetrahydrofuran, glycoldimethylether or dioxan with a metal hydride, e.g. with a complex metal hydride such as lithium aluminium hydride, at temperatures of between 0° and 100° C., but preferably at temperatures of between 20° and 80° C.

In order to prepare compounds of general formula I wherein one of the groups $R_3$ or $R_4$ represents one of the acyl groups mentioned hereinbefore, it is particularly advantageous to carry out the reaction with lithium aluminium hydride at temperatures of between 0° and 30° C., preferably at ambient temperature.

(e) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned hereinbefore:

Reacting a compound of general formula

$$R_3''' - \text{[structure]} - R_1''' \quad \text{VIII}$$

wherein

at least one of the groups $R_1'''$, $R_2'''$, $R_3'''$ or $R_4'''$ represents a hydrogen atom and the other groups $R_1'''$, $R_2'''$, $R_3'''$ or $R_4'''$ have the meanings given for $R_1$ to $R_4$ hereinbefore,

with a compound of general formula

$$R_5 - Z \quad \text{IX}$$

wherein

$R_5$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned for $R_1$ to $R_4$ hereinbefore and Z represents a nucleophilically exchangeable group such as a halogen atom or a sulfonic acid group, e.g. a chlorine, bromine or iodine atom, a methoxysulfonyloxy or p- toluenesulfonyloxy group, or Z together with an adjacent hydrogen of the group $R_5$ represents an oxygen.

The reaction is carried out in a solvent such as water, methanol, ethanol, tetrahydrofuran, dioxan, acetone, acetonitrile or dimethylsulfoxide with an alkylating agent such as methyliodide, dimethylsulfate, ethylbromide, diethylsulfate, allyliodide, benzylbromide, 2-phenylethylbromide or methyl-p- toluenesulfonate, optionally in the presence of a base such as sodium hydroxide solution, potassium carbonate, sodium hydride, potassium-tert.butoxide or triethylamine, conveniently

at temperatures of between −10° and 50° C., but preferably at temperatures of between 0° and 30° C. However, the reaction may also be carried out without a solvent.

Alkylation of the nitrogen atom may also be effected using formaldehyde/formic acid at elevated temperatures, e.g. at the boiling temperature of the reaction mixture, or with a corresponding carbonyl compound and a complex metal hydride such as sodiumborohydride or sodiumcyanoborohydride in a solvent such as water/methanol, ethanol, ethanol/water, dimethylformamide or tetrahydrofuran at temperatures of between 0° and 50° C., but preferably at ambient temperature.

If according to the invention a compound of general formula I is obtained wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a hydrogen atom, this may be converted by corresponding acylation into a corresponding compound of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the acyl groups mentioned herein before.

The subsequent acylation is appropriately carried out in a solvent such as methylene chloride, chloroform, carbontetrachloride, ether, tetrahydrofuran, dioxan, glacial acetic acid, benzene, toluene, acetonitrile or dimethylformamide, optionally in the presence of an acid-activating agent or a dehydrating agent, e.g. in the presence of ethyl chloroformate, thionylchloride, N,N-dicyclohexylcarbodiimide, N,N'-dicyclohexyl carbodiimide/N-hydroxysuccinimide, N,N-carbonyldiimidazole or N,N'-thionyldiimidazole or triphenylphosphine/carbontetrachloride, or an agent which activates the amino group, e.g. phosphorus trichloride, and optionally in the presence of an inorganic base such as sodium carbonate or a tertiary organic base such as triethylamine or pyridine, which may simultaneously be used as solvent, at temperatures of between −25° C. and 250° C., but preferably at temperature of between −10° C. and the boiling temperature of the solvent used. The reaction may also be carried out without a solvent and furthermore any water formed during the reaction may be removed by azeotropic distillation, e.g. by heating with toluene using a water separator, or by adding a drying agent such as magnesium sulphate or molecular sieve.

The compounds of general formula I have at least one chiral center and can, therefore, exist in the form of various stereoisomers. The invention embraces all of these stereoisomers and mixtures thereof. Mixtures of these stereoisomers can be resolved by conventional methods, e.g. by column chromatography on a chiral phase, by fractional crystallization of the diastereomeric salts or by column chromatography of their conjugates with optically active auxiliary acids such as tartaric acid, O,O-dibenzoyl-tartaric acid, camphor acid, camphorsulfonic acid or α-methoxy-phenylacetic acid.

The compounds may also be converted into the acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts with inorganic or organic acids. Suitable acids for this include, for example, hydrochloric, hydrobromic, sulfuric, phosphoric, lactic, citric, tartaric, succinic, maleic or fumaric acid.

The compounds of general formulae II to IX used as starting materials are known from the literature in some cases or may be obtained using methods known from the literature.

Thus, for example, a compound of general formula II is obtained by halogenation of the corresponding cyclo-

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000005

7

4,886,812

8

hexanone, which is in turn prepared by oxidation of the corresponding cyclohexanol and optional subsequent alkylation and/or acylation.

The compounds of general formulae VI, VII and VIII used as starting materials are obtained by condensation of a corresponding α-bromo-cyclohexanone with a corresponding thiourea.

As already mentioned hereinbefore, the compounds of general formula I wherein at least one of the groups $R_1$ to $R_4$ represents one of the acyl groups mentioned above are valuable intermediate products for preparing the compounds of general formula I wherein $R_1$ to $R_4$ have the meanings given to $R_1$ to $R_4$ hereinbefore, with the exception of the acyl groups referred to hereinbefore. These compounds and the pharmaceutically acceptable acid addition salts thereof have valuable pharmacological properties, particularly a hypotensive effect on blood pressure, a heart rate lowering effect and an effect on the central nervous system, particularly a stimulant effect on the dopamine receptors.

For example, therefore, in order to investigate the effect on presynaptic dopamine receptors, the following compounds

A = 2-amino-6-dimethylamino-4,5,6,7-tetrahydrobenz-thiazol-dihydrochloride,

B = 2-amino-6-pyrrolidino-4,5,6,7-tetrahydrobenz-thiazol-dihydrochloride,

C = 2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenz-thiazol-dihydrochloride,

D = 2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride,

E = 6-[N-ally-N-(4-chloro-benzyl)-amino]-2-amino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride and

F = 2-amino-6-methylamino-4,5,6,7-tetrahydrobenz-thiazol-dihydrochloride

were tested first for their effect on the exploratory activity of mice and then, after any effect on postsynaptic dopamine receptors had been clarified (motility in animals pretreated with reserpine), the effect on dopamine turnover and dopamine synthesis was determined, as follows:

1. Inhibition of the exploratory activity

The activity was measured in observation cages fitted with an infra-red light barrier. The frequency of interruption of the light beam by a group of 5 mice within 5 minutes. Groups of 5 animals are given the test substance, unless otherwise specified, in a dosage of 10 mg/kg by subcutaneous injection. One hour later the animals are moved into the observation cages where their exploratory activity over a period of 5 minutes is immediately measured. In parallel or alternately with groups treated with test substance, control groups treated with common salt are investigated (0.9% solution; 0.1 ml/10 g of body weight by subcutaneous route).

The results are assembled in the following table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|---|---|---|
| A | 2.7[1] | 30 |
| B | 10.0 | 94 |
| C | 10.0 | 20[2] |
| D | 10.0 | 76[2] |
| E | 10.0 | 56[2] |

-continued

| Substance | Dosage (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|---|---|---|
| F | 10.0 | 60[2] |

[1] read off from the dosage/activity curve in the range from 1–10 mg/kg subcutaneously

[2] measurement of exploration 75 minutes after administration of the substance

2. Determining the inhibition of dopamine turnover

The inhibition of dopamine turnover was measured in mice. In animals treated with α-methylparatyrosine (AMPT) (250 mg/kg by intraperitoneal route) 15 minutes into the experiment, the dopamine concentration throughout the brain decreases as the test progresses. By administering substances which act on autoreceptors, the dopamine reduction (compared with control animals treated with common salt solution) can be prevented.

Test substances are administered at time O of the experiment in a dosage of 5 mg/kg s.c., unless otherwise stated. Four hours and 15 minutes after the experiment the animals are killed and the brains are subjected to dopamine determination using high pressure liquid chromatography with electrochemical detection. This determines the percentage inhibition, caused by the test substance, of the dopamine reduction induced by AMPT.

| Substance | Dosage (mg/kg s.c.) | % inhibition of AMPT effect |
|---|---|---|
| A | 0.95[1] | 50 |
| B | 5 | 57 |
| D | 5 | 55 |
| E | 5 | 32 |

[1] read off from the dosage/activity curve in the range from 0.5–5 mg/kg s.c.

3. Determining the inhibitor of dopamine synthesis

For this purpose, 5 animals are given the test substance in a dosage of 10 mg/kg s.c., unless otherwise stated. After 5 minutes, 750 mg/kg of γ-butyrolactone are administered by intraperitoneal route in order to rule out the effect of postsynaptic feed back loops on the rate of dopamine synthesis by blocking the presynaptic impulse line. This results in a considerable increase in the synthesis of DOPA or dopamine. In order to inhibit the decarboxylation of DOPA, 200 mg/kg of 3-hydroxybenzyl-hydrazinhydrochloride are administered by intraperitoneal route after a further 5 minutes. Forty minutes after administration of the substance the animals are killed and the corpus striatum is prepared. The DOPA content is measured by HPLC with electrochemical detection (standard: dihydroxybenzylamine).

The percentage inhibition, produced by the test substance, of the DOPA accumulation stimulated by γ-butyrolactone compared with the controlled animals treated with 0.9% common salt solution is determined.

The results of this experiment are shown in the following table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|---|---|---|
| A | 0.53[1] | 50 |

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000006

9       4,886,812       10

-continued

| Substance | Dosage (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|---|---|---|
| C | 10 | 60 |

[1]read off from the dosage/activity curve in the range from 0.1–1.0 mg/kg substances ream.

4. Determining the anti-Parkinsonism activity or the activity against Parkinson's disease

The discovery of the neurotoxin 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) (Langston et al., Science 219, 979 (1983)) provided an animal model for Parkinson's disease.

The irreversible neurological syndrome triggered by MPTP in man and in monkeys largely resembles the idiopathic Parkinson's disease in its clinical, pathological, biochemical and pharmacological characteristics (Markey et al., Nature 311, 464 (1984)). The reason for this convincing similarity is the fact that MPTP selectively destroys the small group of dopaminergic nerve cells in the substantia nigra of the brain which are also destroyed by degenerative processes in naturally occurring Parkinson's disease. There is even some speculation that the cause of idiopathic Parkinson's disease is MPTP or a similar compound forming in the organism (Synder, S.H., Nature 311, 514 (1984)). Possibly as a result of the specific metabolism of MPTP, the clinical impression of the MPTP-Parkinson picture has hitherto been demonstrated only in monkeys and man.

The MPTP model realised in Rhesus monkeys is therefore exceptionally suitable for testing the activity of anti-Parkinson's disease drugs. Seven Rhesus monkeys were given MPTP (for 3 days 1×0.15 mg/kg i.m. daily, 3 days' break, then 3 days 1×0.30–0.40 mg/kg daily) and showed the following symptoms; the animals were akinetic and not capable of taking water or food. They showed a typical bowed posture; occasionally, cataleptic states occured. The extremities showed a rigor which was interspersed by clonic convulsions on passive movement. As a rule, voluntary movements of the rump and the extremities could not be triggered even by very powerful and painful stimulation.

After intramuscular administration of compound C (10–100 μg/kg) voluntary movements first occured after a time interval of 5 to 10 minutes, which were followed in the subsequent 10 to 30 minutes by a gradual, extensive normalisation of the motor function. The animals were capable of taking food. They stayed perfectly upright and straight inside their cages and were also satisfactory in terms of their vigilance and species-specific behaviour. The only residual symptoms recorded were an occasional transient and slight resting tremor and a reduction in rough strength. There was no sedation. Circulation in the skin appeared to be greater than before the compound C was administered.

The effect of compound C diminished after about 5 to 7 hours and the animals reverted to the Parkinson symptoms described above; a fresh administration of this compound again leads to an improvement or substantial removal of the clinically pathological manifestations. The advantageous effects of the compounds were thus reproduced several times in each individual animal.

No side effects were detected at the dosages used hitherto.

Moreover, the compounds prepared according to the invention are largely non-toxic. Thus, when the substances were tested in mice at dosages of between 27 and 50 mg/kg s.c., no deaths were recorded.

In view of their pharmacological properties, the compounds of general formula I prepared according to the invention and the pharmaceutically acceptable acid addition salts thereof are suitable for the treatment of central nervous, neuropsychiatric diseases, particularly schizophrenia, for the treatment of Parkinsonism or Parkinson's disease and/or for treating circulatory disorders, particularly hypertension.

For pharmaceutical use, the new compounds and the pharmaceutically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules. The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

## EXAMPLE A

4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

75.8 g (0.5 Mol) of 4-amino-cyclohexanolhydrochloride are dissolved in 60 ml of water and, after the addition of 36 g (0.26 Mol) of potassium carbonate and 500 ml of toluene, boiled with a water separator until the separation of water has ended. Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde are slowly added with further boiling using the water separator. After the calculated quantity of water has been separated, the residue is added to water and the toluene phase is separated off and concentrated. The concentration residue is dissolved in 500 ml of ethanol and 19 g (0.5 Mol) of sodium borohydride are added in batches with stirring. After standing overnight, the mixture is concentrated, mixed with water and extracted with chloroform. After drying and concentrating the extracts, the residue is recrystallised from ethyl acetate.

Yield: 93.4 g (78% of theory), M.p.: 103°–104° C. Calculated: C, 65.12; H, 7.57; N, 3.84; Cl, 14.79. Found: C, 65.21; H, 7.68; N, 3.93; Cl, 14.65.

The following compound was prepared analogously to Example A using propionaldehyde: 4-n-propylamino-cyclohexanol Yield: 12.4% of theory, M.p.: 20° C. Calculated: m/e=157. Found: m/e=157.

## EXAMPLE B

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-amino]-cyclohexanol are dissolved in 30 ml of dimethyl-formamide, and after the addition of 2.2 g (16 mMol) of potassium carbonate, 4.26 g (30 mMol) of methyliodide are added dropwise. When the slightly exothermic reaction has ended, the mixture is concentrated by evaporation, mixed with water and extracted with chloroform. The concentrated extracts are chromatographed on silica gel to purify them (eluant; methylene chloride/methanol=20/1).

Yield: 3.5 g (43.4% of theory). M.p.: 74°–75° C. Calculated: C, 66.26; H, 7.94; N, 5.52; Cl, 13.97. Found: C, 66.36; H, 7.95; N, 5.46; Cl, 13.81.

The following compounds were prepared analogously to Example B:

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 02/02/2006

BOE00000007

11
4,886,812
12

#### 4-Hexamethyleneimino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,6-dibromohexane.

Yield: 47.3% of theory, M.p.: <20° C. Calculated: m/e=197. Found: m/e=197.

#### 4-Diallylamino-cyclohexanol

Prepared from 4-amino-cyclohexanol and allylbromide.

Yield: 51% of theory, M.p.: <20° C. Calculated: m/e=195. Found: m/e=195.

#### 4-Piperidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,5-dibromopentane.

Yield: 65.8% of theory, M.p.: <20° C. Calculated: m/e=183. Found: m/e=183.

#### 4-Pyrrolidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,4-dibromo-butane.

Yield: 35.8% of theory, M.p.: <20° C. Calculated: m/e=169. Found: m/e=169.

### EXAMPLE C

#### 4-Diethylamino-cyclohexanol

28.75 g (0.25 Mol) of 4-amino-cyclohexanol are dissolved in 150 ml of water, with the addition of 20 g (0.5 Mol) of sodium hydroxide and then 65.6 ml (0.5 Mol) of diethylsulfate are added dropwise. The mixture then heats up to 65° C. It is stirred for an hour at 70° C., then poured onto ice and extracted with chloroform.

Yield: 18.2 g (42.5% of theory, M.p.: <20° C. Calculated: m/e=171. Found: m/e=171.

### EXAMPLE D

#### 4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone

23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-amino]-cyclohexanol are suspended in 125 ml of ice water and 32 ml of concentrated sulphuric acid are added. Then 29.4 g (0.1 Mol) of potassium dichromate are added in 2 batches and the mixture is heated for 5 hours at 50° C. It is then cooled, made alkaline with sodium hydroxide solution and extracted with chloroform. After concentration, a yellowish oily liquid is obtained.

Yield: 8.2 g (34% of theory, M.p.: <20° C. Calculated: m/e=237/239. Found: m/e=237/239.

The following compounds were prepared analogously to Example D:

#### 4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

Yield: 38% of theory, M.p.: <20° C. Calculated: m/e=251/253. Found: m/e=251/253.

#### 4-Diallylamino-cyclohexanone

Yield: 21% of theory, M.p.: <20° C. Calculated: m/e=193. Found: m/e=193.

#### 4-Piperidino-cyclohexanone

Yield: 22.2% of theory, M.p.: <20° C. Calculated: m/e=181. Found: m/e=181.

#### 4-Pyrrolidino-cyclohexanone

Yield: 45.1% of theory, M.p.: <20° C. Calculated: m/e=167. Found: m/e=167.

#### 4-Diethylamino-cyclohexanone

Yield: 49.7% of theory, M.p.: <20° C. Calculated: m/e=169. Found: m/e=169.

#### 4-n-Propylamino-cyclohexanone

Yield: 33% of theory, M.p.: <20° C. Calculated: m/e=155. Found: m/e=155.

### EXAMPLE E

#### 4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-amino]-cyclohexanone are dissolved in 50 ml of absolute dimethylformamide and, after the addition of 2.6 g (18.7 mMol) of potassium carbonate, 5.0 g (35 mMol) of methyliodide are added dropwise at 25°–30° C. After standing overnight the mixture is concentrated, mixed with water and extracted with chloroform. The extracts are dried and concentrated.

Yield: 8.1 g (93% of theory, M.p.: <20° C. Calculated: m/e=251/253. Found: m/e=251/253.

The following compounds were prepared analogously to Example E:

#### 4-[N-Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone

Yield: 70.7% of theory, M.p.: <20° C. Calculated: m/e=277/279. Found: m/e=277/279.

#### 4-[N-(4-Chloro-benzyl)-ethylamino]-cyclohexanone

Yield: 30% of theory, M.p.: <20° C. Calculated: m/e=265/267. Found: m/e=265/267.

### EXAMPLE F

#### 4-Hexamethyleneimino-cyclohexanone

At 20° to 25° C. a solution of 47 g (0.5 Mol) of 4-hexamethyleneimino-cyclohexanol in 300 ml of methylenechloride is added dropwise to a suspension of 107.5 g (0.5 Mol) of pyridiniumchlorochromate and 40 g (0.5 Mol) of sodium acetate in 700 ml of methylenechloride. After stirring for one hour at 20° C. the mixture is poured onto ice water and sodium hydroxide solution and extracted with methylene chloride. After drying and concentration of the extracts a coloured oily liquid is left.

Yield: 16.8 g (35.8% of theory), M.p.: <20° C. Calculated: m/e=195. Found: m/e=195.

### EXAMPLE 1

#### 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

2.82 g (0.02 Mol of 4-dimethylamino-cyclohexanone are dissolved in 20 ml of glacial acetic acid, mixed with 4.7 ml of 36% of hydrobromic acid in glacial acetic acid and then a solution of 1.0 ml (0.02 Mol) of bromine in 12 ml of glacial acetic acid is added dropwise with cooling. The mixture is then concentrated by evaporation in vacuo and the residue is triturated several times with diethylether. The ether extracts are discarded and the residue is dissolved in 50 ml of ethanol. After 3.04 g (40 mMol) of thiourea have been added the mixture is refluxed for 5 hours. It is then concentrated by evaporation, made alkaline with sodium hydroxide solution and extracted with chloroform. After drying and concentration of the extracts, the residue is purified by column chromatography on silica gel (eluant: chloroform/methanol = 1/1). Then the base (mp: 191° C.) is dissolved

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000008

**4,886,812**

13

in acetone and converted into the dihydrochloride with isopropanolic hydrochloric acid.

Yield: 1.09 g (20% of theory). M.p.: 272° C. Calculated: C, 40.00; H, 6.34; N, 15.55; Cl, 26.24. Found: C, 39.63; H, 6.55; N, 15.31; Cl, 26.29.

The following tetrahydrobenzthiazoles were prepared analogously to Example 1 from the corresponding ketones:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benz-thiazole

Yield: 25% of theory.
M.p.: 182°–183° C.
Calculated: C, 58.62; H, 8.49; N, 18.64. Found: C, 58.65; H, 8.72; N, 18.50.

2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 13% of theory.
M.p.: 280° C.
Calculated: C, 46.45; H, 6.82; N, 13.55; Cl, 22.85. Found: C, 46.37; H, 6.75; N, 13.41; Cl, 22.95.

2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole

Yield: 24.4% of theory.
M.p.: 204°–206° C.
Calculated: C, 59.15; H, 7.67; N, 18.31. Found: C, 59.50; H, 7.74; N, 18.95.

2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benz-thiazole-dihydrochloride

Yield: 19% of theory.
M.p.: 242° C.
Calculated: C, 48.44; H, 6.56; N, 13.03; Cl, 22.00. Found: C, 47.90; H, 6.49; N, 12.95; Cl, 22.21.

2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tet-rahydro-benzthiazole

Yield: 35% of theory.
M.p.: 146° C.
Calculated: C, 57.23; H, 5.49; N, 14.30; Cl, 12.06. Found: C, 56.93; H, 5.56; N, 13.86; Cl, 12.04.

2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-tetrahydro-benzthiazole

Yield: 36% of theory.
M.p.: 163° C.
Calculated: C, 58.69; H, 5.89; N, 13.64; Cl, 11.51. Found: C, 58.50; H, 5.94; N, 13.49; Cl, 11.55.

2-Amino-6-[N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 49% of theory.
M.p.: 258° C. (decomposition).
Calculated: C, 48.67; H, 5.61; N, 10.64; Cl, 26.94. Found: C, 48.30; H, 5.85; N, 10.57; Cl, 26.97.

2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 46.5% of theory.
M.p.: 240° C. (decomposition)
Calculated: C, 50.19; H, 5.45; N, 10.33; Cl, 26.14. Found: C, 49.84; H, 5.68; N, 9.97; Cl, 26.04.

2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 15.4% of theory.
M.p.: 295° C. (decomposition).

14

Calculated: C, 48.17; H, 7.14; N, 12.95; Cl, 21.86. Found: C, 47.90; H, 7.34; N, 12.44; Cl, 21.64.

2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Prepared from 4-dimethylamino-cyclohexanone by bromination and subsequent reaction with allylthiourea.
Yield: 64% of theory.
M.p.: 248° C.
Calculated: C, 46.45; H, 6.82; N, 13.54; Cl, 22.85. Found: C, 46.30; H, 7.00; N, 13.29; Cl, 22.99.

2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benz-thiazole-dihydrochloride

Prepared from 3-dimethylamino-cyclohexanone.
Yield: 33% of theory.
M.p.: 194° C.
Calculated: C, 40.00; H, 6.34; N, 15.55; Cl, 26.24. Found: C, 39.74; H, 6.37; N, 15.15; Cl, 25.96.

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benz-thiazole-dihydrochloride

Prepared from 3-morpholino-cyclohexanone.
Yield: 7.4 g (20% of theory).
M.p.: 237°–238° C.
Calculated: C, 42.31; H, 6.13; N, 13.46. Found: C, 42.00; H, 6.29; N, 13.13.

EXAMPLE 2

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydro-chloride

(a) 4-(Phthalimido)-cyclohexanol
75.5 g (0.5 Mol) of 4-aminocyclohexanolhydrochloride and 74.0 g (0.5 Mol) of phthalic acid anhydride are mixed with 65 g (0.5 Mol) of ethyldiisopropyl-amine and 1000 ml of toluene and boiled for 36 hours with a water separator. Then water is added, the toluene phase is separated off and the aqueous phase is extracted several times with chloroform. The organic phases are combined, dried and concentrated. The concentration residue is recrystallized from isopropanol.
Yield: 95 g (77.8% of theory).
M.p.: 175°–176° C.

(b) 4-(Phthalimido)-cyclohexanone
95 g (0.388 Mol) of 4-(phthalimido)-cyclohexanol are dissolved in 600 ml of chloroform and, after the addition of 450 ml of water and 120 ml of sulfuric acid, 90 g (0.3 Mol) of potassium dichromate are added in batches. The internal temperature of the mixture is maintained at between 25° and 30° C. by slight cooling. The mixture is stirred for a further 3 hours, then the chloroform phase is separated off and the mixture extracted twice more with chloroform. After drying and concentration of the extracts 82 g (86.9% of theory) are obtained.

(c) 2-Amino-6-phthalimido-4,5,6,7-tetrahydro-benz-thiazol
48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone are brominated analogously to Example 1 with 32 g (0.2 Mol) of bromine and then converted into the 2-amino-6-phthalimido-4,5,6,7-tetrahydro-benz-thiazol.
Yield: 30 g (50% of theory)
M.p.: 244°–246° C. (decomposition).
Calculated: C, 60.18; H, 4.38; N, 14.04. Found: C, 60.05; H, 4.25; N, 13.95.

(d) 2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 03/02/2006

15
4,886,812
16

9.5 g (31.7 mMol) of 2-amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazole are suspended in 100 ml of ethanol and, after the addition of 1.8 g (36 mMol) of hydrazine hydrate, refluxed for 2 hours. The mixture is then concentrated and purified by column chromatography on silica gel using methanol as eluant. Then the dihydrochloride is precipitated in ethanol with ethanolic hydrochloric acid.

Yield: 2.0 g (26% of theory).
M.p.: >315° C. (decomposition).
Calculated: C, 34.72; H, 4.41; N, 17.35; Cl, 29.25.
Found: C, 35.00; H, 5.26; N, 16.95; Cl, 29.10.

EXAMPLE 3

6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benz-thiazole-hydrobromide

160 g (1.0 Mol) of bromine are added dropwise to a solution of 155 g (1.0 Mol) of 4-acetylamino-cyclohexanone in 1.5 l of glacial acetic acid. The mixture is stirred for 3 hours at ambient temperature. 152.0 g (2.0 Mol) of thiourea are added to this suspension and the resulting mixture is refluxed for 30 minutes. After cooling, the crystals precipitated are suction filtered and washed with water and acetone.

Yield: 73 g (37% of theory).
M.p.: 292°–293° C. (decomposition).
Calculated: C, 36.99; H, 4.83; N, 14.38. Found: C, 36.82; H, 4.76; N, 14.18.

By stirring the hydrobromide in aqueous potassium carbonate solution and subsequently suction filtering, the free base is obtained, m.p. 194°–196° C. (methanol).

The following compounds were prepared analogously to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benz-thiazole

Yield: 46% of theory.
M.p.: 194°–196° C.
Calculated: m/e=251. Found: m/e=251.

6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-benz-thiazole

Yield: 64% of theory.
M.p.: 238°–240° C.
Calculated: C, 53.30; H, 6.71; N, 18.65. Found: C, 53.18; H, 6.78; N, 18.41.

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 51% of theory.
M.p.: 170°–171° C.
Calculated: C, 55.20; H, 7.16; N, 17.56. Found: C, 55.15; H, 7.17; N, 17.58.

EXAMPLE 4

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-hydrobromide are dissolved in 20 ml of semi-concentrated hydrobromic acid and refluxed for 6 hours. The solution is then concentrated by evaporation and the residue recrystallised from methanol.

Yield: 2.8 g (82% of theory).
M.p.: >315° C., Melting point of the base: 233°–236° C.

Calculated: C, 25.39; H, 3.96; N, 12.69. Found: C, 25.34; H, 3.93; N, 12.51.

The following compounds were prepared analogously to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benz-thiazole-hydrobromide

Yield: 57% of theory.
M.p.: 262°–263° C.
Calculated: C, 36.37; H, 5.34; N, 15.90. Found: C, 36.20; H, 5.45; N, 15.82.

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-oxalate

Yield: 52% of theory.
M.p.: 164°–165° C. (decomp.).
Calculated: m/e=209. Found: m/e=209.

6-Amino-2-dimethylamino-4,5,6,7-tetrahydro-benz-thiazole-dihydrobromide

Yield: 45% of theory.
M.p.: >270° C. (decomp.).
Calculated: C, 30.10; H, 4.77; N, 11.70. Found: C, 30.13; H, 4.84; N, 11.68;

EXAMPLE 5

2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-tetrahydro-benzthiazole in 34 ml of dimethylformamide are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide and 2.6 g of potassium carbonate and the reaction mixture is stirred at 100° C. for 3 hours. The potassium bromide precipitated is then suctioned off and the solvent is distilled off. The residue is chromatographed on silica gel (ethyl acetate/methanol=80/20+3% ammonia. The desired compound crystallises out from ethereal hydrochloric acid.

Yield: 2.1 g (30% of theory).
M.p.: 289°–291° C.
Calculated: C, 52.02; H, 6.11; N, 12.13. Found: C, 51.82; H, 6.13; N, 12.16

The following compounds were prepared analgously to Example 5:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benz-thiazole-dihydrochloride

Yield: 28% of theory.
M.p.: 295°–296° C. (decomp.).
Calculated: C, 42.25; H, 6.74; N, 14.78. Found: C, 41.95; H, 7.09; N, 14.50.

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benz-thiazole-dihydrochloride

Yield: 35% of theory.
M.p.: 268° C. (decomp.).
Calculated: C, 44.29; H, 7.10; N, 14.09. Found: C, 43.97; H, 7.17; N, 13.97.

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 38% of theory.
M.p.: 282°–283° C. (decomp.).
Calculated: C, 42.56; H, 6.07; N, 14.89. Found: C, 42.17; H, 6.07; N, 14.71.

2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 40% of theory.

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 03/02/2006

17

4,886,812

18

M.p.: >280° C. (decomp.).
Calculated: C, 45.85; H, 4.95; N, 11.45. Found: C, 45.50; H, 4.86; N, 11.08.

### 2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 35% of theory.
M.p.: 268°–270° C. (decomp.).
Calculated: C, 42.86; H, 5.40; N, 15.00. Found: C, 42.78; H, 5.59; N, 14.79.

### 2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

Yield: 25% of theory.
M.p.: 312°–313° C. (decomp.).
Calculated: C, 27.84; H, 4.38; N, 12.18. Found: C, 27.78; H, 4.46; N, 12.21.

### EXAMPLE 6

### 2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride-monohydrate

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml of methanol are added 10 g (0.08 Mol) of n-propylbromide and 11.1 g of potassium carbonate and the mixture is refluxed for 3 days. Then 100 ml of water are added and the mixture is extracted with ethylacetate. The solvent is distilled off and the residue is chromatographed on silica gel (eluant: methylenechloride/methanol=80/20). The corresponding fraction is concentrated by evaporation and the desired compound is precipitated in the form of the hydrochloride.
Yield: 1.9 g (28% of theory).
M.p.: 271°–273° C.
Calculated: C, 45.34; H, 7.90; N, 12.20. Found: C, 45.00; H, 7.98; N, 12.00.

### EXAMPLE 7

### 2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino-4,5,6,7-tetrahydro-benzthiazole in 34 ml of dimethylformamide are added 1.8 g (0.022 Mol) of n-butanal and the mixture is heated to 50° C. for 1 hour. After cooling, the reaction solution is mixed with 0.8 g (0.02 Mol) of sodium borohydride and heated to 50° C. for 30 minutes. The solvent is largely eliminated in vacuo. Whilst cooling with ice, the residue is mixed with 20 ml of water and 2N hydrochloric acid until a pH of 1 is obtained. The aqueous solution is extracted with ethylacetate and the organic phase discarded. The aqueous phase is mixed with potassium carbonate until an alkaline reaction is obtained and then extracted with ethyl acetate. The organic phase is dried and concentrated. The compound crystallizes out when ethereal hydrochloric acid is added.
Yield: 2.3 g (39% of theory).
M.p.: 254°–256° C.
Calculated: C, 44.29; H, 7.10; N, 14.09. Found: C, 44.44; H, 7.31; N, 14.07.

The following compounds were prepared analogously to Example 7:

### 2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 38% of theory.
M.p.: 296°–297° C.

Calculated: C, 40.00; H, 6.34; N, 15.55. Found: C, 39.97; H, 6.41; N, 15.35.

### 2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazole-semifumarate

Yield: 42% of theory.
M.p.: >270° C.
Calculated: C, 56.54; H, 7.79; N, 14.13. Found: C, 56.13; H, 7.80; N, 13.97.

### 2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 49% of theory.
M.p.: 272°–274° C.
Calculated: C, 47.85; H, 7.72; N, 12.88. Found: C, 47.96; H, 7.65; N, 12.71.

### 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 42% of theory.
M.p.: 286°–288° C.
Calculated: C, 42.25; H, 6.74; N, 14.78. Found: C, 42.05; H, 6.77; N, 14.57.

### (−)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

M.p.: 270°–272° C.
$\alpha D^{20} = -56°$ (c≈1, methanol).

### (+)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

M.p.: 270°–272° C.
$\alpha D^{20} = +56°$ (c≈1, methanol).

### 2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazole-dioxalate

Yield: 36% of theory.
M.p.: 212°–213° C,
Calculated: C, 46.04; H, 5.55; N, 10.07. Found: C, 45.95; H, 5.28; N, 10.08.

### 2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 38% of theory.
M.p.: 288°–290° C.
Calculated: C, 48.14; H, 7.15; N, 12.96. Found: C, 47.88; H, 7.16; N, 12.74.

### EXAMPLE 8

### 6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

A solution of 1 g (0.0044 Mol) of 6-acetylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole in 20 ml of absolute tetrahydrofuran is mixed with 0.4 g (0.01 Mol) of lithiumaluminium hydride and refluxed for 2 hours. After cooling, 50 g of a 40% diammonium tartrate solution are added dropwise. The organic phase is separated off and concentrated by evaporation. The residue is chromatographed on silica gel (eluant: methylene chloride/methanol=80/20). The corresponding fraction is concentrated by evaporation. The compound crystallizes out when ethereal hydrochloric acid is added.
Yield: 0.3 g (33% of theory).
M.p.: 260° C,
Calculated: m/e=211. Found: m/e=211.

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000011

19                    4,886,812                    20

The following compounds were prepared analogously to Example 8:

2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 37% of theory.
M.p.: 218°-220° C. (decomp.).
Calculated: C, 46.45; H, 6.82; N, 13.54. Found: C, 46.60; H, 7.03; N, 13.66.

2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-oxalate hydrate

Yield: 20% of theory.
M.p.: 189°-190° C.
Calculated: C, 46.83; H, 6.95; N, 12.60. Found: C, 47.03; H, 6.89; N, 12.49.

EXAMPLE 9

6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole

To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml of absolute tetrahydrofuran are added 2.2 g (0.022 Mol) of triethylamine and 3.1 g (0.022 Mol) of benzoylchloride and the mixture is refluxed for 3 hours. The reaction mixture is mixed with water and extracted with ethyl acetate. The organic phase is concentrated by evaporation. The residue is recrystallized from methanol.
Yield: 3 g (48% of theory).
M.p.: >260° C.
Calculated: m/e=315. Found: m/e=315.
The following compounds were prepared analogously to Example 9:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 50% of theory.
M.p.: 258°-259° C.
Calculated: m/e=252. Found: m/e=252.

6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 44% of theory.
M.p.: >260° C.
Calculated: m/e=266. Found: m/e=266.

6-Acetylamino-2-phenylacetylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 78% of theory.
M.p.: 112° C.
Calculated: m/e=329. Found: m/e=329.

EXAMPLE 10

2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml of absolute tetrahydrofuran are added 0.24 g (64 mMol) of lithiumaluminiumhydride and the mixture is refluxed for 1 hour. It is then worked up as in Example 8.
Yield: 0.4 g (34% of theory).
M.p.: 242°-245° C.
Calculated: C, 53.33; H, 6.43; N, 19.68. Found: C, 53.59; H, 6.37; N, 19.42.
The following compounds were prepared analogously to Example 10:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 38% of theory.
M.p.: 241°-243° C.,
Calculated: C, 44.29; H, 7.10; N, 14.09. Found: C, 44.06; H, 7.27; N, 13.85.

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 32% of theory.
M.p.: 267°-268° C,
Calculated: C, 46.15; H, 7.42; N, 13.46. Found: C, 45.95; H, 7.53; N, 13.33.

6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride-hemihydrate

Yield: 26% of theory.
M.p.: 248°-251° C.
Calculated: C, 53.25; H, 6.84; N, 10.96. Found: C, 53.31; H, 6.64; N, 10.89.

2-(4-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 65% of theory.
M.p.: >260° C.
Calculated: C, 48.67; H, 5.62; N, 10.64. Found: C, 48.79; H, 5.80; N, 10.60.

2-(2-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride.

Yield: 36% of theory.
M.p.: 251°-253° C.
Calculated: C, 48.67; H, 5.62; N, 10.64. Found: C, 48.57; H, 5.78; N, 10.57.

2-(3,4-Dichloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 62.5% of theory.
M.p.: >260° C.
Calculated: C, 44.77; H, 4.93; N, 9.79. Found: C, 44.85; H, 4.82; N, 9.56.

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole

Prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.
Yield: 33% of theory.
M.p.: 234°-235° C.
Calculated: m/e=238. Found: m/e=238.

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole prepared from 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole prepared from 6-acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydrobenzthiazole.

EXAMPLE 11

6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Prepared from 6-acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole analogously to Example 4.
Yield: 45% of theory.

ClibPDF - www.fastio.com
Copy provided by USPTO from the PIRS Image Database on 03/02/2006

21                                4,886,812                              22

M.p.: 155°–158° C.

Calculated: C, 40.00; H, 6.34; N, 15.55. Found: C, 39.86; H, 6.31; N, 15.26.

The following compounds were prepared analogously to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide.

## EXAMPLE 12

2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydrobenzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole are dissolved in 15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride are added dropwise. After standing overnight the mixture is concentrated, mixed with soda solution and extracted with chloroform. The chloroform extract is concentrated and then chromatographed on silica gel (eluant: methylenechloride/methanol = 9/1). The isolated base (melting point 174° C.) is dissolved in acetone and the dihydrochloride is precipitated with isopropanolic hydrochloric acid.

Yield: 2.8 g (49% of theory).

M.p.: 284° C. (decomp.).

Calculated: C, 51.33; H, 5.65; N, 11.23; Cl, 18.94. Found: C, 51.51; H, 5.76; N, 11.32; Cl, 18.75.

## EXAMPLE 13

6-Acetylamino-2-amino-4,5,6,7-tetrohydro-benzthiazole

3.1 g (20 mMol) of 4-acetylamino-cyclohexanone and 6.2 g (20 mMol) of formamidine-disulfidedihydrobromide are intimately mixed and heated in a heating bath at a temperature of 120°–130° C. for 2 hours with stirring. The mixture is then taken up in water, made alkaline with ammonia and extracted with chloroform. After the extracts have been dried they are concentrated by evaporation, triturated with acetone and suction filtered.

Yield: 1.8 g (42.6% of theory).

M.p.: 195° C.

Calculated: C, 51.17; H, 6.20; N, 19.89. Found: C, 51.09; H, 6.22; N, 19.75.

Starting from 4-dimethylamino-cyclohexanone the following compound was prepared analogously to Example 13:

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-thiazole

Yield: 21% of theory.

M.p.: 189°–190° C.

Calculated: C, 54.80; H, 7.66; N, 21.29. Found: C, 54.71; H, 7.53; N, 21.12.

## EXAMPLE I

Tablet core containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

| Composition: 1 tablet core contains: | |
|---|---|
| Active substance | 5.0 mg |

### -continued

| Composition: 1 tablet core contains: | |
|---|---|
| Lactose | 33.5 mg |
| Corn starch | 10.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

#### Preparation

A mixture of the active substance with lactose and corn starch is granulated with a 10% aqueous gelatine solution through a screen with a mesh size of 1 mm, dried at 40° C. and again rubbed through this screen. The granulate thus obtained is mixed with magnesium stearate and compressed to form tablet cores. The tablets must be prepared in darkened rooms.

Weight of core: 50 mg.

Punch: 4 mm, convex.

The tablet cores thus obtained are coated by the usual method with a coating consisting essentially of sugar and talc. The finished coated tablets are polished with bees wax.

Weight of coated tablet: 100 mg.

## EXAMPLE II

Drops containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

| Composition: 100 ml of drops substance | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisol | 0.05 g |
| Menthol | 0.06 g |
| Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodiumphosphate × 2 H₂O | 0.3 g |
| Sodium cyclamate | 1.0 g |
| Glycerol | 15.0 g |
| Distilled water ad | 100.0 ml |

#### Preparation

The p-hydroxybenzoates, anisol and menthol are dissolved in ethanol (Solution I).

The buffer substances, active substance and sodium cyclamate are dissolved in distilled water and glycerol is added (Solution II). Solution I is stirred into Solution II and the mixture is topped up to the volume specified with distilled water. The finished drops solution is filtered through a suitable filter. The preparation and bottling of the drops solution must be carried out away from the light and under a protective gas.

## EXAMPLE III

Suppositories containing 10 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

| 1 suppository contains: | |
|---|---|
| Active substance | 10.0 mg |
| Suppository mass (e.g. Witepsol W 45) | 1690.0 mg |

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000013

**4,886,812**

23

-continued

| 1 suppository contains: | |
| --- | --- |
| | 1700.0 mg |

### Preparation

The finely powdered substance is stirred into the molten suppository mass, cooled to 40° C. with an immersion homogeniser. At 35° C. the mass is poured into slightly chilled moulds. Weight of suppository: 1.7 g

### EXAMPLE IV

Ampoules containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

| 1 Ampoule contains: | |
| --- | --- |
| Active substance | 5.0 mg |
| Citric acid | 7.0 mg |
| Sec. sodium phosphate × 2H₂O | 3.0 mg |
| Sodium pyrosulphite | 1.0 mg |
| Distilled water ad. | 1.0 ml. |

### Preparation

The buffer substances, active substance and sodium pyrosulphite are successively dissolved in deionised water which has been cooled under $CO_2$ gas. The solution is made up to the volume specified with boiled water and filtered free from pyrogens. Bottling: in brown ampoules under protective gas Sterilization: 20 minutes at 120° C.

The preparation and transferring of the ampoule solution must be carried out in darkened rooms.

### EXAMPLE V

Coated tablets containing 1 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

| 1 tablet core contains: | |
| --- | --- |
| Active substance | 1.0 mg |
| Lactose | 33.5 mg |
| Corn starch | 12.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

### Preparation

Analogous to Example I

| Weight of core: | 50 mg |
| --- | --- |
| Punch: | 5 mm. convex |
| Weight of coated tablet: | 100 mg |

Obviously, instead of the compound mentioned, all the other compounds of general formula I may be incorporated as active substance in the Pharmaceutical Examples I to V, such as 2-amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride.

What is claimed is:

1. A tetrahydro-benzthiazole of the formula:

24



wherein

$R_1$ is a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, wherein the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms;

$R_2$ is a hydrogen atom or an alkyl group with 1 to 4 carbon atoms;

$R_3$ is a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms; and,

$R_4$ is a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms; or,

$R_3$ and $R_4$ together with the nitrogen atom between them form a piperidino, hexamethyleneimino or morpholino group; or, an acid addition salt thereof.

2. A tetrahydro-benzthiazole of formula I, as claimed in claim 1, wherein the



group is in the 5 or 6-position.

3. A tetrahydro-benzthiazole of the formula:



wherein

$R_1$ is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl, 2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl or phenyl-ethyl group;

$R_2$ is a hydrogen atom, a methyl or ethyl group;

$R_3$ is a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chloro-benzyl, phenylethyl, cyclopentyl or cyclohexyl group; and,

$R_4$ is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group; or,

$R_3$ and $R_4$ together with the nitrogen atom between them form a piperidino, hexamethyleneimino or morpholino group; or, a pharmaceutically acceptable acid addition salt thereof.

4. A tetrahydro-benzthiazole of formula Ia, as claimed in claim 3 wherein the

CjbPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

25

**4,886,812**

26



group is in the 6-position.

5. A tetrahydro-benzthiazole of formula Ia, as claimed in claim 3, wherein

$R_1$ and $R_2$ together with the nitrogen atom between them form an amino or allylamino group; and,

$R_3$ and $R_4$ together with the nitrogen atom between them form a dimethylamino, diethylamino, N-allyl-N-(4-chloro-benzyl)-amino, n- propylamino or group.

6. 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole, or a pharmaceutically acceptable acid addition salt thereof.

7. 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole, or a pharmaceutically acceptable acid addition salt thereof.

8. A pharmaceutical composition, suitable for the treatment of a disorder selected from the group consist-

ing of high blood pressure, tachycardia, Parkinson's disease, Parkinsonism and schizophrenia, comprising a therapeutically effective amount of a compound according to claim 3 and a pharmaceutically acceptable carrier diluent.

9. A tetrahydrobenzthiazole of the formula



wherein R is an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms or a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl moiety, wherein the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms.

10. The compound of claim 9 wherein R is an alkyl group having 1 to 7 carbon atoms.

* * * * *

ClibPDF - www.fastio.com

Copy provided by USPTO from the PIRS Image Database on 03/02/2006

BOE00000015



# EXHIBIT 11
# REDACTED IN ITS ENTIRETY

# EXHIBIT 15

# REDACTED IN ITS ENTIRETY

# EXHIBIT 16

# REDACTED IN ITS ENTIRETY

GULAR UTILITY

TO-436
78)

747748    PATENT DATE

PATENT NUMBER

| L NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 747,748 | 06/24/85 | 424 | | 125 | |

ETT C. LAGUIZA, INDIANAPOLIS, IN; WILLIAM W. TURNER, BLOOMINGTON, IN.

NTINUING DATA********************
IFIED

REIGN/PCT APPLICATIONS***********
FIED

GN FILING LICENSE GRANTED 07/10/85

| | rity claimed  □ yes  □ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| | conditions met  □ yes  □ no | | IN | 5 | 11 | 1 | | |
| | Acknowledged  Examiner's Initials | | | | | | | |

LILLY AND CO.
DIV./JLR
Y CORPORATE CTR.
ANAPOLIS, IN 46285

TITLE

This is to certify that annexed hereto
is a true copy from the records of the
United States Patent and Trademark Office
of the application as originally filed
which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

C. W. Smith

Certifying Officer

DEFENDANT'S
EXHIBIT
**BARR-18**

Date   FEB 5  1986

BARR027389

X-670d                                   -1-

Dialkylaminotetrahydrobenzothiazoles and Oxazoles

### Background of the Invention

5          Certain complex amides of lysergic acid (I,
R=OH--9-ergolene-8β-carboxylic acid) are found in
ergoted rye; ie, rye contaminated by the growth of the
filamentous fungus <u>Claviceps purpurea</u>. Persons eating
bread prepared from ergoted rye were subject to ergot
10      poisoning, known in the Middle Ages as St. Anthony's
Fire because of the intense feeling of heat in the
extremities. Ergot poisoning was often fatal. The
peripheral vasoconstrictor properties of the ergot
alkaloids as a group are responsible for the fatalities
15      seen with ergot poisoning, with gangrene of the ex-
tremeties being a common precipitating factor.

20

25

                              I

X-6708                            -2-

Two dozen ergot alkaloids have been characterized from isolates from <u>Claviceps purpurea</u> infestations. Derivatives of lysergic acid include the simple amides, ergine
5   ($R=NH_2$) and ergonovine (ergometrine) ($I$, $-R=N-CHCH_2OH$), as well as the peptide alkaloids ($R=$a complex amide derived from a polypeptide by cyclization) including ergotamine, ergosine, ergocornine, ergocryptine,
10  ergocristine, etc. The corresponding alkaloids based on isolysergic acid (9-ergolene-8$\omega$-carboxylic acid) have also been isolated.

        The ergot alkaloids as a group have several interesting pharmacologic activities; uterine contrac-
15  tion (oxytocic action), peripheral vasoconstriction, adrenergic blockade, and serotonin antagonism plus varied CNS activities including the production of hallucinations. Certain of the alkaloids individually are used to produce post-partum uterine contractions and
20  in the sympomatic treatment of migraine. Pharmacologic activity, toxicity and central effects vary from alkaloid to alkaloid. In general, hydrogenation of the delta-9 double bond results in compounds of lowered activity as regards peripheral action but adrenolytic
25  and central inhibition of vasomotor centers may be enhanced.

        Derivatives of lysergic acid and dihydro-lysergic acid are too numerous to mention, but include, generically, substitution on the indole nitrogen, at
30  C-2 ($\alpha$-bromocryptine is a 2-bromo derivative), replacement of N-6 methyl by other alkyl groups or by allyl and replacement of the carboxamide function at C-8 by

BARR027391

X-6708                                  -3-

   various groups, particularly cyanomethyl, carboxamido-
   methyl, methylthiomethyl, and methoxymethyl. In
   addition, there has been substitution of simpler amide
   groups (butanolamide=methyl ergonovine diethyl amide)
 5 for the complex "polypeptide chains" of the natural
   alkaloids.

           In the past, there has been considerable
   speculation, frequently followed by a synthetic effort,
   as to what portions of the ergoline molecule are
10 responsible for pharmacologic activity; ie, do part-
   structures exist which retain, perhaps selectively,
   certain pharmacologic activities of the parent
   alkaloids? One part-structure which has been thoroughly
   examined is the amino tetrahydronaphthalene structure II
15 from which the B and D rings of an ergoline have been
   subtracted.



                            II

   where R is carboxamide, hydroxy, amino etc. The elements
25 of a β-phenethylamine can also be discerned from I using
   the phenyl ring and carbons 5 and 10 plus the nitrogen
   at 6, a part structures in which only the A ring is re-
   tained. In addition, tricyclics lacking the B (pyrrole)
   ring as well as benz[cd]indoles (lacking the D ring -
30 see United States patent 4,110,339) have been prepared.
   None of these part-structures seemed to have the desired

BARR027392

X-6708                                    -4-

degree of specificity as regards the dopamine D-2
agonist activity (prolactin inhibition etc) of ergo-
cornine, dihydroergocornine, lergotrile or pergolide
(United States patents 3,920,664, 4,054,660 and
4,166,182 for example).  Recently, however, Kornfeld and
Bach have found that the A ring of an ergoline is not
required for D-2 agonist activity.  These new part
structures are named as hexahydropyrrolo[4,3-g]quino-
lines- see United States patent 4,235,909.  A related
structure, a hexahydropyrazolo[4,3-g]quinoline, United
States patent 4,198,415, also has excellent D-2 agonist
action.  The corresponding 2-ring compounds, in which
the D ring of the ergoline is opened, are also active
D-2 agonists -- see United States patent 4,235,226 for
the amino-substituted isoindoles, and United States
patent 4,276,300 for the amino substituted indazoles
(like the three-ring pyrazoles).  It has now been found
that other hetero ring systems than pyrrole and pyrazole
can be attached to the perhydroquinoline ring (rings B +
C of an ergoline) to complete a three-ring analogue.
One of these is a pyrimidine - see Nichols and Kornfeld,
United States patent 4,501,890.

        2-Amino-6-dialkylaminotetrahydrobenzothiozoles
and oxazoles are not known.

## Summary of the Invention

        This invention provides tetrahydrobenzothia-
zoles and oxazoles of the formula

BARR027393

X-6708                                  -5-



wherein Y is S or O, $R^1$ and $R^2$ are independently H, methyl, ethyl or n-propyl, and $R^3$ and $R^4$ are independently H, methyl, ethyl, n-propyl or allyl; and pharmaceutically-acceptable acid addition salts thereof formed with non-toxic acids.

Compounds wherein Y is S are substituted-4,5,6,7-tetrahydrobenzothiazoles and those wherein Y is O are substituted-4,5,6,7-tetrahydrobenzoxazoles.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ is H are intermediates in that they can be allylated or alkylated to yield compounds of this invention wherein $R^3$ and $R^4$ are individually methyl, ethyl, n-propyl or allyl.

A preferred group of compounds according to XX are those in which $R^3$ and $R^4$ are both methyl, both n-propyl or both allyl. Another preferred group are those compounds according to XX in which $R^1$ and $R^2$ are both H.

The compounds of this invention wherein neither $R^3$ nor $R^4$ is H have receptor agonist activity; ie, they can increase the amounts centrally or peripherally or both of certain neurohormones. For example, compounds according to XX in which both $R^3$ and $R^4$ are allyl or n-propyl, are dopamine agonists, particularly

BARR027394

X-6708                                    -6-

dopamine D-2 agonists, capable of increasing the effec-
tive concentration of dopamine in the brain.  Compounds
wherein $R^3$ and $R^4$ are both methyl have α-agonist action.

5           Also included within the scope of this inven-
tion are acid addition salts of the nitrogenous bases
represented by XX.  The above compounds contain at least
three basic nitrogens; first, the amine group at C-6;
secondly, the ring nitrogen in the fused heterocyclic
ring; and thirdly, the $NR^1R^2$ group.  The nitrogen of the
10  C-6 amino group is generally the most basic of the amine
functions and readily forms acid addition salts.  Strong
inorganic acids such as the mineral acids or strong
organic acids, such as p-toluenesulfonic acid, can when
employed in excess form di salts with one of the other
15  amine functions in the compounds of this invention.

          Pharmaceutically-acceptable acid addition
salts of the compounds of this invention thus include
mono or di salts derived from inorganic acids such
as:  hydrochloric acid, nitric acid, phosphoric acid,
20  sulfuric acid, hydrobromic acid, hydriodic acid, phos-
phorous acid and the like, as well as salts derived from
organic acids such as aliphatic mono and dicarboxylic
acids, phenyl-substituted alkanoic acids, hydroxy-
alkanoic and alkandioic acids, aromatic acids, aliphatic
25  and aromatic sulfonic acids, etc.  Such pharmaceutically-
acceptable salts thus include sulfate, pyrosulfate,
bisulfate, sulfite, bisulfite, nitrate, phosphate,
monohydrogenphosphate, dihydrogenphosphate, metaphos-
phate, pyrophosphate, chloride, bromide, iodide, fluoride,

BARR027395

X-6708                        -7-

acetate, propionate, caprylate, acrylate, formate,
isobutyrate, caprate, heptanoate, propiolate, oxalate,
malonate, succinate, suberate, sebacate, fumarate,
maleate, mandelate, butyne-1,4-dioate, hexyne-1,6-
5   dioate, benzoate, chlorobenzoate, methylbenzoate,
dinitrobenzoate, hydroxybenzoate, methoxybenzoate,
phthalate, terephthalate, benzenesulfonate, toluene-
sulfonate, chlorobenzenesulfonate, xylenesulfonate,
phenylacetate, phenylpropionate, phenylbutyrate,
10  citrate, lactate, σ-hydroxybutyrate, glycollate, malate,
tartrate, methanesulfonate, propanesulfonate, naph-
thalene-1-sulfonate, naphthalene-2-sulfonate and the
like salts.

The compounds of this invention according
15  to XX above, where $R^3$ and $R^4$ are individually only
methyl, ethyl or n-propyl ($R^5$ and $R^6$) can be prepared
according to the following reaction scheme:

BARR027396

X-6708                                    -8-

### Reaction Scheme I



wherein Y, $R^1$ and $R^2$ have their previous meanings and
$R^5$ and $R^6$ are individually methyl, ethyl or n-propyl.

BARR027397

In Reaction Scheme I above, a blocked, as by ketal formation, cyclohexan-1,4-dione, is reductively aminated with a secondary amine, $HNR^5R^6$, using a borohydride in a mutual inert solvent as the reducing agent.
5   As a starting material, the ketal of cyclohexane-1,4-dione with 2,2-dimethyl-1,3-propanediol (XXI) is commercially available and is therefor preferred although monoketals with other diols; ie, ethylenediol, 1,3-propylenediol and the like, may also be used. Sodium
10  cyanoborohydride is the reducing agent of choice, although other metal hydrides can also be employed. Ethers, and particularly cyclic ethers such as THF, are the solvents of choice for this reaction.

The product of the reductive amination, XXII,
15  is next deprotected by treatment with acid to yield a 4-dialkylaminocyclohexanone. Bromination alpha to the carbonyl with bromine in HBr/acetic acid yields the alpha-bromoketone, XIV. Reaction of the bromoketone with urea, thiourea, an N-alkyl urea, an N,N-dialkyl
20  urea, an N-alkyl or an N,N-dialkyl thiourea yields directly XXa.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ are allyl are prepared by dealkylating a dialkyl amine XX where $R^3$ and $R^4$ are methyl (or XXa
25  where $R^5$ and $R^6$ are methyl) with CNBr to yield an intermediate compound wherein one or both $R^3$ and $R^4$ (or $R^5$ and $R^6$) are H and then reductively allylating this amine with acrylic acid or directly allylating with allylbromide in the presence of a base. If desired, a
30  primary amine group at C-2 can be protected as by acylation, and the acyl group removed by hydrolysis after the allylation at the C-6 amine is completed.

X-6708                          -10-

Compounds according to XX above have an asymmetric carbon, the C-6 carbon, to which the amino group ($NR^3R^4$) is attached. Thus, compounds represented by XX above include two optical isomers occurring as a (±) or dl pair or racemate. Resolution of a (±) pair of this invention into its optical antipodes can be accomplished by the usual empirical procedures used by those skilled in the art. Such separated optical isomers are included within the scope of my invention.

Compounds preparable by the above procedures which illustrate the scope of my invention include:

(-)-2,6-bis(dimethylamino)-5,6,7,8-tetrahydrobenzothiazole methanesulfonate,

(+)-2,6-bis(methyl-n-propylamino)-5,6,7,8-tetrahydrobenzoxazole hydrobromide,

(±)-2-dimethylamino-6-ethyl-n-propylamino-5,6,7,8-tetrahydrobenzoxazole sulfate,

(±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole hydrobromide,

(±)-2-methylethylamino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole maleate,

(-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-tetrahydrobenzoxazole succinate,

(±)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-tetrahydrobenzothiazole tartrate,

(-)-2-amino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole dinitrobenzoate,

(±)-2-ethylmethylamine-6-dimethylamino-5,6,7,8-tetrahydrobenzoxazole phosphate and the like.

This invention is further illustrated by the following specific examples.

BARR027399

X-6708                    -11-

## Example 1

Preparation of (±)-2-Amino-6-Di-n-propylamino-
5,6,7,8-tetrahydrobenzothiazole

5

About 125 ml of methanol were added to a 500 ml
round bottom flask under a nitrogen blanket. Forty-
two ml of di-n-propylamine were added and the resulting
solution cooled to about 0° in an ice/water bath.
10  Twenty ml of 5N methanolic hydrochloric acid were added.
The reaction mixture was stirred until salt formation
was complete. Ten grams of 1,4-cyclohexanedione-mono-
2,2-dimethyltrimethylene ketal were added as a solid.
The reaction mixture was stirred with cooling for
15  several minutes at which point 2.2 g of sodium cyano-
borohydride were added in one portion. A white slurry
developed rapidly which was stirred in the cold for
several minutes and then at room temperature under a
nitrogen blanket for about 30 hours. An additional
20  2.2 g of sodium cyanoborohydride were added. After an
additional 24 hours stirring at room temperature, at
which time TLC (chloroform/methanol 95:5) indicated a
new spot and the absence of a spot corresponding to
starting material. The reaction mixture was therefore
25  filtered and the filter cake washed with methanol. The
filtrate and wash were combined, and the solvent evap-
orated therefrom to yield a thick, white slurry. The
slurry was cooled to about 0°C and 100 ml of 1N hydro-
chloric acid were added with stirring. The resulting
30  solution was extracted twice with equal volumes of
ether. The ether extracts were separated and discarded.

BARR027400

X-6708                                    -12-

The aqueous layer was cooled and then made basic by the addition of 5N aqueous sodium hydroxide (pH ~12). The basic layer was extracted three times with 50 ml portions of methylene dichloride. The methylene di-
5    chloride extracts were combined, the combined extracts were washed once with saturated aqueous sodium bicar-bonate and were then dried. Evaporation of the solvent in vacuo yielded a yellow oil containing some solid; weight = 6.26 g. The residue was flash chromatographed
10   over silica using a 100:1 ether/triethylamine solvent as eluant. [The term "flash chromatography" refers to a procedure developed by Still et al., J. Org. Chem., 43, 2923 (1978)]. Fifty ml fraction were taken. Fractions 10-15 were shown by TLC to contain the desired material.
15   These fractions were combined and concentrated in vacuo to yield 5.40 g of a nearly colorless oil comprising 4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltri-methylene ketal.

       The ketal group was removed by dissolving
20   4.4 g of the above ketal in 110 ml of 6N hydrochloric acid with stirring under a nitrogen atmosphere for 48 hours at room temperature. The colorless solution was extracted with 50 ml of ether; the ether extract was discarded. The acidic solution was then made basic by
25   the addition of an excess of 5N aqueous sodium hydroxide. The resulting cloudy mixture was extracted three times with 50 ml portions of methylene dichloride. The methylene dichloride extracts were combined, and the combined extracts washed three times with 50-75 ml
30   portions of saturated aqueous sodium bicarbonate. The organic layer was then dried, and the solvent removed in vacuo to yield 2.96 g of a pale yellow oil comprising

BARR027401

-13-

4-di-n-propylaminocyclohexanone formed in the above
reaction. The compound showed the expected carbonyl
peak at 5.85µ in the infrared. The infrared also showed
no hydroxyl absorption.

5          A solution was prepared by dissolving 1 g
of 4-di-n-propylaminocyclohexanone in 7.5 ml of glacial
acetic acid. 1.2 ml of 31% hydrogen bromide in glacial
acetic acid was added followed by the dropwise addition
of 0.195 ml of bromine. The reaction mixture was
10   stirred under nitrogen for about ½ hour. The volatile
constituents were then removed in vacuo to leave a brown
viscous oil comprising 2-bromo-4-di-n-propylaminocyclo-
hexanone formed in the above reaction. 420 mg of
thiourea were added to this residue followed by 10 ml of
15   anhydrous ethanol. The mixture was stirred to give a
brown solution. The solution was heated to reflux
temperature under a nitrogen atmosphere for about 2
hours. The reaction mixture was stirred overnight at
ambient temperature, then filtered. The recovered
20   solid, comprising (±)-2-amino-5-di-n-propylamino-
4,5,6,7-benzothiazole dihydrobromide formed in the above
reaction weighed 1.05 g. The dihydrobromide salt was
recrystallized from a methanol/ether solvent mixture to
yield 589 mg of purified dihydrobromide salt.
25          Analysis calculated: C, 37.60; H, 6.07; N, 10.12;
                              Found: C, 37.63; H, 5.72; N, 10.00.

Mass spectrum, molecular ion (-2HBr) at 253.

BARR027402

X-6708                             -14-

The corresponding 2-aminotetrahydrobenzoxazole can be prepared in a similar fashion by substituting urea for thiourea in the above reaction.

5

### Example 2

Preparation of (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole

10        Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were mixed with 50 g of anhydrous dimethylamine in benzene solution at about 5°C. 4.75 g of $TiCl_4$ in benzene was added thereto in dropwise fashion. A precipitate formed. The reaction
15 mixture was allowed to warm to room temperature at which temperature it was stirred for about 1 hour. A solid which formed was separated by filtration. Evaporation of the solvent from the filtrate yielded about 9.88 g of an oil which was hydrogenated at 60 psi at room tem-
20 perature overnight in anhydrous ethanol with 0.5 g of Pd/C as the catalyst. The catalyst was removed by filtration. Evaporation of the filtrate in vacuo gave 8.82 g of an oil comprising 4-dimethylaminocyclohexane 2,2-dimethyltrimethylene ketal formed in the above
25 reaction. TLC showed one spot ($SiO_2$/EtOAc).
    Proton NMR ($CDCl_3$) δ 1.0 (s, 6H); 1.2-1.9 (m, 6H); 2.0-2.5 (m, 9H); 3.4 (s, 4H).

BARR027403

X-6708                    -15-

The ketal group was removed as follows:
0.37 g of the above ketal were dissolved in 90% aqueous
formic acid and the resulting solution heated at 85-90°C
for about 1 hour. The formic acid was removed by
evaporation in vacuo. The resulting residue was dis-
solved in $CH_2Cl_2$ and the organic solution extracted
twice with approximately equal volumes of 1N hydro-
chloric acid. The acidic extracts were combined.
Evaporation to dryness gave 0.2 g of 4-dimethylamino-
cyclohexanone hydrochloride [one spot by TLC
($SiO_2$/MeOH/AcOH)]. Two repeat runs with 1.58 g and
3.19 g of starting ketal gave 1.26 g and 2.35 g of amino
ketone, respectively.

Proton NMR ($CDCl_3$/DMSOd$_6$) δ 1.80-2.30 (m, 2H);
2.35-2.68 (m, 6H); 2.85 (d, 6H); 3.5-3.9 (m, 1H).

Mass spectrum: molecular ion at 141

Infrared spectrum: peak at 1725 cm$^{-1}$.

Following the procedure of Example 1, 1.26 g
of 4-dimethylaminocyclohexanone was brominated alpha
to the carbonyl to yield 2-bromo-4-dimethylaminocyclo-
hexanone, which derivative was reacted without further
purification with thiourea. The product of this
reaction, (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-
hydrobenzothiazole, was isolated as the dihydrobromide
salt.

Mass spectrum: molecular ion at 197

Infrared spectrum: peak at 1626.11cm$^{-1}$

Analysis: Calcd.: C, 30.10; H, 4.77; N, 11.70;
Br, 44.50;

Found: C, 29.95; H, 4.51; N, 11.72;
Br, 44.58.

BARR027404

X-6708                              -16-

As previously stated, the compounds of this invention (wherein neither $R^3$ nor $R^4$ is H) are receptor agonists; ie, they are capable of increasing the quantities of various neurohormones--dopamine and norepinephrine in particular--available for interaction with specific receptors. For example, the compound according to XX wherein $R^1$ and $R^2$ are H and $R^3$ and $R^4$ are both n-propyl, is a specific dopamine D-2 agonist. One of such dopamine agonist activities is the inhibition of prolactin secretion, as demonstrated according to the following protocol.

Adult male rats of the Sprague-Dawley strain weighing about 200 g were housed in an air-conditioned room with controlled lighting (lights on 6 a.m. – 8 p.m.) and fed lab chow and water ad libitum. Each rat received an intraperitoneal injection of 2.0 mg of reserpine in aqueous suspension 18 hours before administration of the test drug. The purpose of the reserpine was to keep the rat prolactin levels uniformly elevated. The compound was dissolved in 10 percent ethanol, and injected intraperitoneally to groups of ten rats at preselected dose levels. A control group of 10 intact males received an equivalent amount of 10 percent ethanol. One hour after treatment, all rats were killed by decapitation, and 150 µl aliquots of serum were assayed for prolactin.

The difference between the prolactin levels of the treated rats and the control rats, divided by the prolactin level of the control rats gives the percent inhibition of prolactin secretion attributable to the given dose. Inhibition percentages are given in Table 1

BARR027405

X-6708                          -17-

below for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetra-
hydrobenzothiazole dihydrobromide. In the table,
column 1 gives the dose and column 2, the percent
prolactin inhibition at the specified dose level.

5

Table 1

| Dose | % Inhibition |
|------|--------------|
| 50 mcg/kg | 30 |

10

Dopamine agonists are also known to affect
turning behavior in 6-hydroxydopamine-lesioned rats in
a test procedure designed to uncover compounds useful
for the treatment of Parkinsonism. In this test,
15  nigroneostriatal-lesioned rats are employed, as prepared
by the procedure of Ungerstedt and Arbuthnott, Brain
Res. 24, 485 (1970). A compound having dopamine agonist
activity causes the rats to turn in circles contralateral
to the side of the lesion. After a latency period,
20  which varies from compound to compound, the number of
turns is counted over a 15-minute period.

Results obtained from such testing for (±)-2-
amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole
dihydrobromide are set forth in Table 2 below. In the
25  table, column 1 gives the dose and column 2 the average
number of turns observed in first 15 minutes after the
end of the latency period.

BARR027406

X-6708                        -18-

## Table 2

| Dose | Average number of Turns |
|------|------------------------|
| 1000 mcg/kg | 51 |

Compounds according to XX, particularly those wherein both $R^3$ and $R^4$ are methyl, reduce the blood pressure of anesthetized spontaneously hypertensive rats, as illustrated by the following experiment:

Adult male spontaneously hypertensive rats (SHR) (Taconic Farms, Germantown, New York), weighing approximately 300 g. were anesthetized with pentobarbital sodium (60 mg./kg., i.p.). The trachea was cannulated and the SHR respired room air. Pulsatile arterial blood pressure was measured from a cannulated carotid artery using a Statham transducer (P23 ID). Mean arterial blood pressure was calculated as diastolic blood pressure plus 1/3 pulse pressure. Cardiac rate was monitored by a cardiotachometer which was triggered by the systolic pressure pulse. Drug solutions were administered i.v. through a catheter placed in a femoral vein. Arterial blood pressure and cardiac rate were recorded on a multichannel oscillograph (Beckman, Model RS11A). Fifteen minutes were allowed to elapse following surgery for equilibration of the preparation.

Table 3 which follows gives the results of this test using (±)-2-amino-6-di-n-propyl-5,6,7,8-tetra-hydrobenzothiazole dihydrobromide. In Table 3, column 1 gives the dose level, column 2, the change in mean arterial blood pressure.

X-6708                                   -19-

### Table 3

| Dose in mcg/kg | Decrease in Mean Arterial Blood Pressure |
|----------------|------------------------------------------|
| 1              | -16.1 ± 2.4                              |
| 10             | -21.0 ± 2.0                              |
| 100            | -34.1 ± 3.2                              |
| 1000           | +13.5 ± 4.4                              |

In another test for hypotensive action conscious SHR, cannulated in the femoral artery and vein, were used. The drug was administered i.v. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole was tested in this system as the dihydrobromide salt at a 1 mg/kg dose. Table 4 gives the results of this test. In the table, column 1 gives time in minutes after injection and columns 2 and 3 the mean percent decrease in arterial pressure and heart rate respectively for that time interval.

BARR027408

X-6708                          -20-

## Table 4

| Time after injection in minutes | PERCENT CHANGE FROM CONTROL | |
| --- | --- | --- |
| | Blood Pressure | Heart Rate |
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

The compounds of this invention are adminis-
tered for therapeutic purposes in a variety of formula-
tions including hard gelatin capsules prepared by mixing
the drug with these ingredients: dried starch, dried
magnesium stearate. The drug plus ingredients are mixed
and filled into hard gelatin capsules each containing
an effective dose of the drug.

Tablets are prepared by blending the drug
Cellulose, microcrystalline; fumed silicon dioxide, and
Stearic acid. The components are blended and compressed
to form tablets.

Suspensions are made by passing the drug
through a No. 45 mesh U.S. sieve and mixing the sieved
drug with sodium carboxymethylcellulose and syrup to
form a smooth paste. A preservative, flavor and color
are diluted with water and added with stirring. Suf-
ficient water is then added to produce the required
volume.

BARR027409

X-6708                                    -21-

I Claim:

1.  A compound of the formula



wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or
n-propyl and wherein $R^3$ and $R^4$ are individually H,
methyl, ethyl, n-propyl or allyl; Y is S or O; and
pharmaceutically-acceptable, acid addition salts thereof.

2.  A compound according to Claim 1 in which
neither $R^3$ nor $R^4$ is H.

3.  A compound according to Claim 1 in which
both $R^1$ and $R^2$ are H.

4.  A compound according to Claim 1 in which
$R^1$ and $R^2$ are each either H or methyl.

5.  A dihydrobromide salt of a compound accord-
ing to Claim 2.

6.  A compound according to Claim 1 in which
both $R^3$ and $R^4$ are n-propyl.

7.  An intermediate according to Claim 1 in
which one of $R^3$ and $R^4$ is H.

8.  An intermediate according to Claim 1 in
which both $R^3$ and $R^4$ is H.

9.  A compound according to Claim 1 in which
Y is S.

BARR027410

X-6708                                -22-

10.  A compound according to Claim 1, said com-
pound being (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetra-
hydrobenzothiazole.

11.  A compound according to Claim 1, said com-
pound being (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-
hydrobenzothiazole.

BARR027411

X-6708                    -23-

## Abstract

±-2-Amino-6-dialkylaminotetrahydrobenzothia-
soles or oxazoles, receptor agonists.

BARR027412

DECLARATION AND POWER OF ATTORNEY

Attorney's Docket No. X-6708

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated
below next to my name.
I believe I am the original, first, and sole inventor (if only
one name is listed below) or a joint inventor (if plural names
are listed below) of the invention entitled

DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES

which is described and claimed in the specification which:

(check   [X]  is attached hereto.
one)     [ ]  was filed on
              as Application Serial No.
              and was amended on                    (if applicable).

I hereby state that I have reviewed and understand the contents
of the above identified specification, including the claims, as
amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material
to the examination of this application in accordance with Title
37, Code of Federal Regulations, §1.56(a).

Power of Attorney: As a named inventor, I hereby a    t the
following attorney(s) and/or agent(s) to prosecute t
application and transact all business in the Patent and
Trademark Office connected therewith: Arthur R. Whale,
Registration No. 18778, Leroy Whitaker, Registration No. 22015,
Mary Ann Tucker, Registration No. 27081, and James L. Rowe,
Registration No. 18,448, said Arthur R. Whale to have in addition
full power of revocation, including the power to revoke the power
herein granted to said Leroy Whitaker, Mary Ann Tucker, and James
L. Rowe.

Send Correspondence To:              Direct Telephone Calls To:
                                     (name and telephone no.)
  ELI LILLY AND COMPANY
  Patent Division/JLR                  James L. Rowe
  Lilly Corporate Center               317-261-3370
  Indianapolis, Indiana 46285

BARR027413

DECLARATION AND POWER OF ATTORNEY (cont'd)

Attorney's Docket No. X-6703

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Full Name of Sole
or First Inventor        :  Bennett C. Laguzza

Inventor's Signature:                              Date:  6/19/85
Residence and
Post Office Address :  7340 North Grand Avenue
                       Indianapolis, Indiana  46250

Citizenship              :  United States


Full Name of Second
Joint Inventor, if Any:  William N. Turner

Inventor's Signature  :                            Date:  6/9/85
Residence and
Post Office Address  :  4000 Saratoga Drive
                        Bloomington, Indiana  47401

Citizenship              :  United States

BARR027414



⑲ Europäisches Patentamt
European Patent Office
Office européen des brevets

⑪ Publication number:  **0 207 696**
**A1**

⑫ **EUROPEAN PATENT APPLICATION**

㉑ Application number: 86304754.4

㉒ Date of filing: 20.06.86

�51 Int. Cl.⁴: **C 07 D 277/82**
**C 07 D 263/58, A 61 K 31/425**
**A 61 K 31/42**

㉚ Priority: 24.06.85 US 747748

㊽ Date of publication of application:
**07.01.87 Bulletin 87/2**

㊳ Designated Contracting States:
AT BE CH DE FR GB IT LI NL SE

㉛ Applicant: ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis Indiana 46285(US)

㉒ Inventor: Laguzza, Bennett Coleman
7340 North Grand Avenue
Indianapolis Indiana, 46250(US)

㉒ Inventor: Turner, William Wilson, Jr.
321 East 14th Street Apt. A3
Bloomington Indiana 47401(US)

㉞ Representative: Tapping, Kenneth George et al,
Erl Wood Manor
Windlesham Surrey, GU20 6PH(GB)

�civ Dialkylaminotetrahydrobenzothiazoles and oxazoles.

�seven ±-2-Amino-6-dialkylaminotetrahydrobenzothiazoles  or
oxazoles as receptor agonists.

**EP 0 207 696 A1**



DEFENDANT'S
EXHIBIT
**BARR-22**

BARR027263

X-6708                        -1-

### Dialkylaminotetrahydrobenzothiazoles and Oxazoles

Certain complex amides of lysergic acid (I,
R=OH--9-ergolene-8β-carboxylic acid) are found in
5   ergoted rye; ie, rye contaminated by the growth of the
filamentous fungus <u>Claviceps purpurea</u>.  Persons eating
bread prepared from ergoted rye were subject to ergot
poisoning, known in the Middle Ages as St. Anthony's
Fire because of the intense feeling of heat in the
10  extremities.  Ergot poisoning was often fatal.  The
peripheral vasoconstrictor properties of the ergot
alkaloids as a group are responsible for the fatalities
seen with ergot poisoning, with gangrene of the ex-
tremeties being a common precipitating factor.

15



20

25                         I

Two dozen ergot alkaloids have been characterized from
isolates from <u>Claviceps purpurea</u> infestations.  Deriva-
30  tives of lysergic acid include the simple amides, ergine

BARR027264

$(R=NH_2)$ and ergonovine (ergometrine) $(I, -R=N-CHCH_2OH)$,
as well as the peptide alkaloids ($R=$a complex amide

5   derived from a polypeptide by cyclization) including
ergotamine, ergosine, ergocornine, ergocryptine,
ergocristine, etc. The corresponding alkaloids based on
isolysergic acid (9-ergolene-8α-carboxylic acid) have
also been isolated.

10          The ergot alkaloids as a group have several
interesting pharmacologic activities; uterine contrac-
tion (oxytocic action), peripheral vasoconstriction,
adrenergic blockade, and serotonin antagonism plus
varied CNS activities including the production of

15   hallucinations. Certain of the alkaloids individually
are used to produce post-partum uterine contractions and
in the sympomatic treatment of migraine. Pharmacologic
activity, toxicity and central effects vary from
alkaloid to alkaloid. In general, hydrogenation of the

20   delta-9 double bond results in compounds of lowered
activity as regards peripheral action but adrenolytic
and central inhibition of vasomotor centers may be
enhanced.

            Derivatives of lysergic acid and dihydro-

25   lysergic acid are too numerous to mention, but include,
generically, substitution on the indole nitrogen, at
C-2 (α-bromocryptine is a 2-bromo derivative), replace-
ment of N-6 methyl by other alkyl groups or by allyl and
replacement of the carboxamide function at C-8 by

30   various groups, particularly cyanomethyl, carboxamido-
methyl, methylthiomethyl, and methoxymethyl. In

BARR027265

0207696

addition, there has been substitution of simpler amide
groups (butanolamide=methyl ergonovine diethyl amide)
for the complex "polypeptide chains" of the natural
alkaloids.

5          In the past, there has been considerable
speculation, frequently followed by a synthetic effort,
as to what portions of the ergoline molecule are
responsible for pharmacologic activity; ie, do part-
structures exist which retain, perhaps selectively,

10   certain pharmacologic activities of the parent
alkaloids? One part-structure which has been thoroughly
examined is the amino tetrahydronaphthalene structure II
from which the B and D rings of an ergoline have been
subtracted.

15



20                    II

where R is carboxamide, hydroxy, amino etc. The elements
of a $\beta$-phenethylamine can also be discerned from I using

25   the phenyl ring and carbons 5 and 10 plus the nitrogen
at 6, a part structures in which only the A ring is re-
tained.  In addition, tricyclics lacking the B (pyrrole)
ring as well as benz[cd]indoles (lacking the D ring -
see United States patent 4,110,339) have been prepared.

30   None of these part-structures seemed to have the desired

BARR027266

0207696

X-6708                           -4-

degree of specificity as regards the dopamine D-2
agonist activity (prolactin inhibition etc) of ergo-
cornine, dihydroergocornine, lergotrile or pergolide
(United States patents 3,920,664, 4,054,660 and
5    4,166,182 for example). Recently, however, Kornfeld and
Bach have found that the A ring of an ergoline is not
required for D-2 agonist activity. These new part
structures are named as hexahydropyrrolo[4,3-g]quino-
lines- see United States patent 4,235,909. A related
10   structure, a hexahydropyrazolo[4,3-g]quinoline, United
States patent 4,198,415, also has excellent D-2 agonist
action. The corresponding 2-ring compounds, in which
the D ring of the ergoline is opened, are also active
D-2 agonists -- see United States patent 4,235,226 for
15   the amino-substituted isoindoles, and United States
patent 4,276,300 for the amino substituted indazoles
(like the three-ring pyrazoles). It has now been found
that other hetero ring systems than pyrrole and pyrazole
can be attached to the perhydroquinoline ring (rings B +
20   C of an ergoline) to complete a three-ring analogue.
One of these is a pyrimidine - see Nichols and Kornfeld,
United States patent 4,501,890.

        2-Amino-6-dialkylaminotetrahydrobenzothiozoles
and oxazoles are not known.

25

        This invention provides tetrahydrobenzothia-
zoles and oxazoles of the formula

BARR027267

0207696

X-6708                          -5-



XX

wherein Y is S or O, $R^1$ and $R^2$ are independently H,
methyl, ethyl or n-propyl, and $R^3$ and $R^4$ are inde-
pendently H, methyl, ethyl, n-propyl or allyl; and
pharmaceutically-acceptable acid addition salts thereof
formed with non-toxic acids.

        Compounds wherein Y is S are substituted-
4,5,6,7-tetrahydrobenzothiazoles and those wherein Y
is O are substituted-4,5,6,7-tetrahydrobenzoxazoles.

        Compounds according to XX wherein one or both
of $R^3$ and $R^4$ is H are intermediates in that they can be
allylated or alkylated to yield compounds of this
invention wherein $R^3$ and $R^4$ are individually methyl,
ethyl, n-propyl or allyl.

        A preferred group of compounds according to
XX are those in which $R^3$ and $R^4$ are both methyl, both
n-propyl or both allyl.  Another preferred group are
those compounds according to XX in which $R^1$ and $R^2$ are
both H.

        The compounds of this invention wherein
neither $R^3$ nor $R^4$ is H have receptor agonist activity;
ie, they can increase the amounts centrally or periph-

BARR027268

0207696

erally or both of certain neurohormones. For example, compounds according to XX in which both $R^3$ and $R^4$ are allyl or n-propyl, are dopamine agonists, particularly dopamine D-2 agonists, capable of increasing the effec-

5    tive concentration of dopamine in the brain. Compounds wherein $R^3$ and $R^4$ are both methyl have α-agonist action.

Also included within the scope of this inven-tion are acid addition salts of the nitrogenous bases represented by XX. The above compounds contain at least

10    three basic nitrogens; first, the amine group at C-6; secondly, the ring nitrogen in the fused heterocyclic ring; and thirdly, the $NR^1R^2$ group. The nitrogen of the C-6 amino group is generally the most basic of the amine functions and readily forms acid addition salts. Strong

15    inorganic acids such as the mineral acids or strong organic acids, such as p-toluenesulfonic acid, can when employed in excess form di salts with one of the other amine functions in the compounds of this invention.

Pharmaceutically-acceptable acid addition

20    salts of the compounds of this invention thus include mono or di salts derived from inorganic acids such as: hydrochloric acid, nitric acid, phosphoric acid, sulfuric acid, hydrobromic acid, hydriodic acid, phos-phorous acid and the like, as well as salts derived from

25    organic acids such as aliphatic mono and dicarboxylic acids, phenyl-substituted alkanoic acids, hydroxy-alkanoic and alkandioic acids, aromatic acids, aliphatic and aromatic sulfonic acids, etc. Such pharmaceutically-acceptable salts thus include sulfate, pyrosulfate,

30    bisulfate, sulfite, bisulfite, nitrate, phosphate,

BARR027269

0207696

X-6708                    --7--

monohydrogenphosphate, dihydrogenphosphate, metaphos-
phate, pyrophosphate, chloride, bromide, iodide, fluoride,
acetate, propionate, caprylate, acrylate, formate,
isobutyrate, caprate, heptanoate, propiolate, oxalate,
5  malonate, succinate, suberate, sebacate, fumarate,
maleate, mandelate, butyne-1,4-dioate, hexyne-1,6-
dioate, benzoate, chlorobenzoate, methylbenzoate,
dinitrobenzoate, hydroxybenzoate, methoxybenzoate,
phthalate, terephthalate, benzenesulfonate, toluene-
10  sulfonate, chlorobenzenesulfonate, xylenesulfonate,
phenylacetate, phenylpropionate, phenylbutyrate,
citrate, lactate, α-hydroxybutyrate, glycollate, malate,
tartrate, methanesulfonate, propanesulfonate, naph-
thalene-1-sulfonate, naphthalene-2-sulfonate and the
15  like salts.

The compounds of this invention according
to XX above, where $R^3$ and $R^4$ are individually only
methyl, ethyl or n-propyl ($R^5$ and $R^6$) can be prepared
according to the following reaction scheme:

BARR027270

0207696

X-6708                          -8-

## Reaction Scheme I



XXI

NaCNBH₃ | HNR⁵R⁶

XXII

acid

XXIII | Br₂ / HBr

XIV | NH₂-C-NR¹R²

XXa

BARR027271

0207696

wherein Y, $R^1$ and $R^2$ have their previous meanings and
$R^5$ and $R^6$ are individually methyl, ethyl or n-propyl.

In Reaction Scheme I above, a protected, as by
ketal formation, cyclohexan-1,4-dione, is reductively
5    aminated with a secondary amine, $HNR^5R^6$, using a boro-
hydride in a mutual inert solvent as the reducing agent.
As a starting material, the ketal of cyclohexane-1,4-
dione with 2,2-dimethyl-1,3-propanediol (XXI) is com-
mercially available and is therefore preferred although
10   monoketals with other diols, ie, ethylenediol, 1,3-
propylenediol and the like, may also be used.  Sodium
cyanoborohydride is the reducing agent of choice,
although other metal hydrides can also be employed.
Ethers, and particularly cyclic ethers such as THF, are
15   the solvents of choice for this reaction.

The product of the reductive amination, XXII,
is next deprotected by treatment with acid to yield a
4-dialkylaminocyclohexanone.  Bromination alpha to the
carbonyl with bromine in HBr/acetic acid yields the
20   alpha-bromoketone, XIV.  Reaction of the bromoketone
with urea, thiourea, an N-alkyl urea, an N,N-dialkyl
urea, an N-alkyl or an N,N-dialkyl thiourea yields
directly XXa.

Compounds according to XX wherein one or both
25   of $R^3$ and $R^4$ are allyl are prepared by dealkylating a
dialkyl amine XX where $R^3$ and $R^4$ are methyl (or XXa
where $R^5$ and $R^6$ are methyl) with CNBr to yield an
intermediate compound wherein one or both $R^3$ and $R^4$ (or
$R^5$ and $R^6$) are H and then reductively allylating this
30   amine with acrylic acid or directly allylating with

BARR027272

0207696

X-6708                          -10-

allylbromide in the presence of a base.  If desired, a
primary amine group at C-2 can be protected as by
acylation, and the acyl group removed by hydrolysis
after the allylation at the C-6 amine is completed.

5           Compounds according to XX above have an
asymmetric carbon, the C-6 carbon, to which the amino
group ($NR^3R^4$) is attached.  Thus, compounds represented
by XX above include two optical isomers occurring as a
(±) or dl pair or racemate.  Resolution of a (±) pair of
10  this invention into its optical antipodes can be accom-
plished by the usual empirical procedures used by those
skilled in the art.  Such separated optical isomers
are included within the scope of this invention.

            Compounds preparable by the above procedures
15  which illustrate the scope of this invention include:
            (-)-2,6-bis(dimethylamino)-5,6,7,8-tetrahydro-
benzothiazole methanesulfonate,
            (+)-2,6-bis(methyl-n-propylamino)-5,6,7,8-
tetrahydrobenzoxazole hydrobromide,
20          (±)-2-dimethylamino-6-ethyl-n-propylamino-
5,6,7,8-tetrahydrobenzoxazole sulfate,
            (±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-
tetrahydrobenzothiazole hydrobromide,
            (±)-2-methylethylamino-6-diallylamino-5,6,7,8-
25  tetrahydrobenzothiazole maleate,
            (-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-
tetrahydrobenzoxazole succinate,
            (±)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-
tetrahydrobenzothiazole tartrate,

BARR027273

-11-                    0207696

       (-)-2-amino-6-diallylamino-5,6,7,8-tetrahydro-
benzothiazole dinitrobenzoate,

        (±)-2-ethylmethylamine-6-dimethylamino-5,6,7,8-
tetrahydrobenzoxazole phosphate and the like.

5        This invention is further illustrated by the
following specific examples.

### Example 1

10       Preparation of (±)-2-Amino-6-di-n-propylamino-
5,6,7,8-tetrahydrobenzothiazole

       About 125 ml of methanol were added to a 500 ml
round bottom flask under a nitrogen blanket.  Forty-
15    two ml of di-n-propylamine were added and the resulting
solution cooled to about 0° in an ice/water bath.
Twenty ml of 5N methanolic hydrochloric acid were added.
The reaction mixture was stirred until salt formation
was complete.  Ten grams of 1,4-cyclohexanedione-mono-
20    2,2-dimethyltrimethylene ketal were added as a solid.
The reaction mixture was stirred with cooling for
several minutes at which point 2.25 g of sodium cyano-
borohydride were added in one portion.  A white slurry
developed rapidly which was stirred in the cold for
25    several minutes and then at room temperature under a
nitrogen blanket for about 30 hours.  An additional
2.2 g of sodium cyanoborohydride were added.  After an
additional 24 hours stirring at room temperature, at
which time TLC (chloroform/methanol 95:5) indicated a
30    new spot and the absence of a spot corresponding to

BARR027274

0207696

X-6708                          -12-

starting material.  The reaction mixture was therefore
filtered and the filter cake washed with methanol.  The
filtrate and wash were combined, and the solvent evap-
orated therefrom to yield a thick, white slurry.  The
5    slurry was cooled to about 0°C and 100 ml of 1N hydro-
chloric acid were added with stirring.  The resulting
solution was extracted twice with equal volumes of
ether.  The ether extracts were separated and discarded.
The aqueous layer was cooled and then made basic by the
10   addition of 5N aqueous sodium hydroxide (pH ~12).  The
basic layer was extracted three times with 50 ml
portions of methylene dichloride.  The methylene di-
chloride extracts were combined, the combined extracts
were washed once with saturated aqueous sodium bicar-
15   bonate and were then dried.  Evaporation of the solvent
in vacuo yielded a yellow oil containing some solid;
weight = 6.26 g.  The residue was flash chromatographed
over silica using a 100:1 ether/triethylamine solvent as
eluant.  [The term "flash chromatography" refers to a
20   procedure developed by Still et al., J. Org. Chem., 43,
2923 (1978)].  Fifty ml fraction were taken.  Fractions
10-15 were shown by TLC to contain the desired material.
These fractions were combined and concentrated in vacuo
to yield 5.40 g of a nearly colorless oil comprising
25   4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltri-
methylene ketal.

        The ketal group was removed by dissolving
4.4 g of the above ketal in 110 ml of 6N hydrochloric
acid with stirring under a nitrogen atmosphere for
30   48 hours at room temperature.  The colorless solution

BARR027275

0207696

was extracted with 50 ml of ether; the ether extract was
discarded. The acidic solution was then made basic by
the addition of an excess of 5N aqueous sodium hydroxide.
The resulting cloudy mixture was extracted three times

5   with 50 ml portions of methylene dichloride. The
methylene dichloride extracts were combined, and the
combined extracts washed three times with 50-75 ml
portions of saturated aqueous sodium bicarbonate. The
organic layer was then dried, and the solvent removed

10  in vacuo to yield 2.96 g of a pale yellow oil comprising
4-di-n-propylaminocyclohexanone formed in the above
reaction. The compound showed the expected carbonyl
peak at 5.85μ in the infrared. The infrared also showed
no hydroxyl absorption.

15          A solution was prepared by dissolving 1 g
of 4-di-n-propylaminocyclohexanone in 7.5 ml of glacial
acetic acid. 1.2 ml of 31% hydrogen bromide in glacial
acetic acid was added followed by the dropwise addition
of 0.195 ml of bromine. The reaction mixture was

20  stirred under nitrogen for about ¼ hour. The volatile
constituents were then removed in vacuo to leave a brown
viscous oil comprising 2-bromo-4-di-n-propylaminocyclo-
hexanone formed in the above reaction. 420 mg of
thiourea were added to this residue followed by 10 ml of

25  anhydrous ethanol. The mixture was stirred to give a
brown solution. The solution was heated to reflux
temperature under a nitrogen atmosphere for about 2
hours. The reaction mixture was stirred overnight at
ambient temperature, then filtered. The recovered

30  solid, comprising (±)-2-amino-5-di-n-propylamino-

BARR027276

0207696

X-6708                    -14-

4,5,6,7-benzothiazole dihydrobromide formed in the above
reaction weighed 1.05 g.  The dihydrobromide salt was
recrystallized from a methanol/ether solvent mixture to
yield 589 mg of purified dihydrobromide salt.

5          Analysis calculated:  C, 37.60; H, 6.07; N, 10.12;
                       Found:  C, 37.63; H, 5.72; N, 10.00.

Mass spectrum, molecular ion (-2HBr) at 253.

10          The corresponding 2-aminotetrahydrobenzoxazole
can be prepared in a similar fashion by substituting
urea for thiourea in the above reaction.

<u>Example 2</u>

15          Preparation of (±)-2-Amino-6-dimethylamino-
5,6,7,8-tetrahydrobenzothiazole

          Ten grams of 1,4-cyclohexanedione-mono-2,2-
20   dimethyltrimethylene ketal were mixed with 50 g of
anhydrous dimethylamine in benzene solution at about
5°C.  4.75 g of TiCl$_4$ in benzene was added thereto in
dropwise fashion.  A precipitate formed.  The reaction
mixture was allowed to warm to room temperature at which
25   temperature it was stirred for about 1 hour.  A solid
which formed was separated by filtration.  Evaporation
of the solvent from the filtrate yielded about 9.88 g of
an oil which was hydrogenated at 60 psi at room tem-
perature overnight in anhydrous ethanol with 0.5 g of
30   Pd/C as the catalyst.  The catalyst was removed by

BARR027277

filtration. Evaporation of the filtrate in vacuo gave
8.82 g of an oil comprising 4-dimethylaminocyclohexane
2,2-dimethyltrimethylene ketal formed in the above
reaction. TLC showed one spot ($SiO_2$/EtOAc).

5          Proton NMR ($CDCl_3$) δ 1.0 (s, 6H); 1.2-1.9
(m, 6H); 2.0-2.5 (m, 9H); 3.4 (s, 4H).

          The ketal group was removed as follows:
0.37 g of the above ketal were dissolved in 90% aqueous
formic acid and the resulting solution heated at 85-90°C

10 for about 1 hour. The formic acid was removed by
evaporation in vacuo. The resulting residue was dis-
solved in $CH_2Cl_2$ and the organic solution extracted
twice with approximately equal volumes of 1N hydro-
chloric acid. The acidic extracts were combined.

15 Evaporation to dryness gave 0.2 g of 4-dimethylamino-
cyclohexanone hydrochloride [one spot by TLC
($SiO_2$/MeOH/AcOH)]. Two repeat runs with 1.58 g and
3.19 g of starting ketal gave 1.26 g and 2.35 g of amino
ketone, respectively.

20          Proton NMR ($CDCl_3$/DMSOd$_6$) δ 1.80-2.30 (m, 2H);
2.35-2.68 (m, 6H); 2.85 (d, 6H); 3.5-3.9 (m, 1H).

          Mass spectrum: molecular ion at 141

          Infrared spectrum: peak at 1725 cm$^{-1}$.

          Following the procedure of Example 1, 1.26 g

25 of 4-dimethylaminocyclohexanone was brominated alpha
to the carbonyl to yield 2-bromo-4-dimethylaminocyclo-
hexanone, which derivative was reacted without further
purification with thiourea. The product of this
reaction, (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-

BARR027278

0207696

hydrobenzothiazole, was isolated as the dihydrobromide
salt.

Mass spectrum: molecular ion at 197

Infrared spectrum: peak at 1626.11cm$^{-1}$

5        Analysis: Calcd.:  C, 30.10; H, 4.77; N, 11.70;
Br, 44.50;

Found:  C, 29.95; H, 4.51; N, 11.72;

Br, 44.58.


10        As previously stated, the compounds of this
invention (wherein neither $R^3$ nor $R^4$ is H) are receptor
agonists; ie, they are capable of increasing the quan-
tities of various neurohormones--dopamine and norepi-
nephrine in particular--available for interaction with

15   specific receptors.  For example, the compound according
to XX wherein $R^1$ and $R^2$ are H and $R^3$ and $R^4$ are both
n-propyl, is a specific dopamine D-2 agonist.  One of
such dopamine agonist activities is the inhibition of
prolactin secretion, as demonstrated according to the

20   following protocol.

Adult male rats of the Sprague-Dawley strain
weighing about 200 g were housed in an air-conditioned
room with controlled lighting (lights on 6 a.m. - 8 p.m.)
and fed lab chow and water ad libitum.  Each rat

25   received an intraperitoneal injection of 2.0 mg of
reserpine in aqueous suspension 18 hours before admin-
istration of the test drug.  The purpose of the
reserpine was to keep the rat prolactin levels uniformly
elevated.  The compound was dissolved in 10 percent

30   ethanol, and injected intraperitoneally to groups of ten

BARR027279

rats at preselected dose levels.  A control group of 10
intact males received an equivalent amount of 10 percent
ethanol.  One hour after treatment, all rats were killed
by decapitation, and 150 µl aliquots of serum were
5   assayed for prolactin.

The difference between the prolactin levels of
the treated rats and the control rats, divided by the
prolactin level of the control rats gives the percent
inhibition of prolactin secretion attributable to the
10  given dose.  Inhibition percentages are given in Table 1
below for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetra-
hydrobenzothiazole dihydrobromide.  In the table,
column 1 gives the dose and column 2, the percent
prolactin inhibition at the specified dose level.

15

Table 1

| Dose | % Inhibition |
| --- | --- |
| 50 mcg/kg | 30 |

20

Dopamine agonists are also known to affect
turning behavior in 6-hydroxydopamine-lesioned rats in
a test procedure designed to uncover compounds useful
for the treatment of Parkinsonism.  In this test,
25  nigroneostriatal-lesioned rats are employed, as prepared
by the procedure of Ungerstedt and Arbuthnott, Brain
Res, 24, 485 (1970).  A compound having dopamine
agonist activity causes the rats to turn in circles contralateral
to the side of the lesion.  After a latency period,

BARR027280