0207696

X-6708                    -18-

which varies from compound to compound, the number of
turns is counted over a 15-minute period.

        Results obtained from such testing for (±)-2-
amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole
5  dihydrobromide are set forth in Table 2 below.  In the
table, column 1 gives the dose and column 2 the average
number of turns observed in first 15 minutes after the
end of the latency period.

10                      Table 2

        Dose            Average number of Turns
      1000 mcg/kg                51

15          Compounds according to XX, particularly those
wherein both $R^3$ and $R^4$ are methyl, reduce the blood
pressure of anesthetized spontaneously hypertensive
rats, as illustrated by the following experiment:
        Adult male spontaneously hypertensive rats
20  (SHR) (Taconic Farms, Germantown, New York), weighing
approximately 300 g. were anesthetized with pentobarbital
sodium (60 mg./kg., i.p.).  The trachea was cannulated
and the SHR respired room air.  Pulsatile arterial blood
pressure was measured from a cannulated carotid artery
25  using a Statham transducer (P23 ID).  Mean arterial
blood pressure was calculated as diastolic blood pres-
sure plus 1/3 pulse pressure.  Cardiac rate was moni-
tored by a cardiotachometer which was triggered by the
systolic pressure pulse.  Drug solutions were adminis-
30  tered i.v. through a catheter placed in a femoral vein.

BARR027281

0207696

X-6708                          -19-

Arterial blood pressure and cardiac rate were recorded
on a multichannel oscillograph (Beckman, Model R511A).
Fifteen minutes were allowed to elapse following surgery
for equilibration of the preparation.

5          Table 3 which follows gives the results of
this test using (±)-2-amino-6-di-n-propyl-5,6,7,8-tetra-
hydrobenzothiazole dihydrobromide.  In Table 3, column 1
gives the dose level, column 2, the change in mean
arterial blood pressure.

10

### Table 3

| Dose in mcg/kg | Decrease in Mean Arterial Blood Pressure |
|----------------|------------------------------------------|
15
| 1 | -16.1 ± 2.4 |
| 10 | -21.0 ± 2.0 |
| 100 | -34.1 ± 3.2 |
| 1000 | +13.5 ± 4.4 |

20

In another test for hypotensive action con-
scious SHR, cannulated in the femoral artery and vein,
were used.  The drug was administered i.v.  (±)-2-Amino-
25  6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole was
tested in this system as the dihydrobromide salt at a
1 mg/kg dose.  Table 4 gives the results of this test.
In the table, column 1 gives time in minutes after in-
jection and columns 2 and 3 the mean percent decrease in
30  arterial pressure and heart rate respectively for that
time interval.

BARR027282

0207696

X-6708                           -20-

### Table 4

| Time after injection in minutes | PERCENT CHANGE FROM CONTROL | |
|---|---|---|
| | Blood Pressure | Heart Rate |
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

The compounds of this invention are administered for therapeutic purposes in a variety of formulations including hard gelatin capsules prepared by mixing the drug with these ingredients: dried starch, dried magnesium stearate. The drug plus ingredients are mixed and filled into hard gelatin capsules each containing an effective dose of the drug.

Tablets are prepared by blending the drug Cellulose, microcrystalline; fumed Silicon dioxide, and Stearic acid. The components are blended and compressed to form tablets.

Suspensions are made by passing the drug through a No. 45 mesh U.S. sieve and mixing the sieved drug with sodium carboxymethylcellulose and syrup to form a smooth paste. A preservative, flavor and color are diluted with water and added with stirring. Sufficient water is then added to produce the required volume.

BARR027283

0207696

X-6708 (EPO)                    —21—

CLAIMS

1.  A compound of Formula XX:



XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or
n-propyl and wherein $R^3$ and $R^4$ are individually H,
methyl, ethyl, n-propyl or allyl; Y is S or O; or a
pharmaceutically-acceptable, acid addition salt
thereof.

2.  A compound according to Claim 1 wherein
neither $R^3$ nor $R^4$ is H.

3.  A compound according to Claim 1 or 2
wherein both $R^1$ and $R^2$ are H.

4.  A compound according to Claim 1 or 2
wherein $R^1$ and $R^2$ are each either H or methyl.

5.  A dihydrobromide salt of a compound
according to Claim 2.

6.  A compound according to Claims 1 to 4 in
which both $R^3$ and $R^4$ are n-propyl.

7.  A compound according to Claim 1 wherein Y
is S.

8.  (±)-2-Amino-6-di-n-propylamino-5,6,7,8-
tetrahydrobenzothiazole;

BARR027284

0207696

X-6708 (EPO)                    -22-

     9. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole.

     10. A process for preparing a compound of Formula XX, as claimed in any one of claims 1 to 9, which comprises:

reacting a compound of Formula A

$$R^5R^6N \underset{}{\overset{}{\quad}} \quad Br, =O \qquad A$$

with a compound of Formula B,

$$NH_2-C(=Y)-NR^1R^2 \qquad B,$$

optionally dealkylating the 6 amino group and realkylating to yield different $R^5$ and $R^6$ substituted amines, and/or optionally salifying.

     11. A compound of Formula XX as claimed in any one of claims 1 to 9 for use as a dopamine receptor agonist.

     12. A pharmaceutical formulation comprising as an active ingredient a compound of Formula XX or a pharmaceutically acceptable salt thereof, as claimed in any one of claims 1 to 9, associated with one or more pharmaceutically-acceptable carriers therefor.

BARR027285

X-6708-(P)                    -21-                    **0207696**
                                                      AUSTRIA

## CLAIMS

1.    A process for preparing a compound of
Formula XX:



                                                      XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or
n-propyl and wherein $R^3$ and $R^4$ are individually H,
methyl, ethyl, n-propyl or allyl; Y is S or O; or a
pharmaceutically-acceptable, acid addition salt thereof,
which comprises:

reacting a compound of Formula A



                                                      A

with a compound of Formula B,

$$\begin{array}{c} Y \\ \| \\ NH_2-C-NR^1R^2 \end{array} \quad B \ ,$$

optionally dealkylating the 6 amino group and
realkylating to yield different $R^5$ and $R^6$ substituted
amines, and/or optionally salifying.

BARR027286

2.  A process according to Claim 1 wherein neither $R^3$ nor $R^4$ is H.

3.  A process according to Claim 1 or 2 wherein both $R^1$ and $R^2$ are H.

4.  A process according to Claim 1 or 2 wherein $R^1$ and $R^2$ are each either H or methyl.

5.  A process according to Claim 1, for preparing a dihydrobromide salt wherein neither $R^3$ nor $R^4$ is H.

6.  A process according to Claims 1 to 4 in which both $R^3$ and $R^4$ are n-propyl.

7.  A process according to Claim 1 wherein Y is S.

8.  A process according to Claim 1 for preparing (±)-2-Amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole.

9.  A process according to Claim 1 for preparing (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole.

BARR027287



European Patent
Office

**EUROPEAN SEARCH REPORT**

0207696
Application number

EP  86 30 4754

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.4) |
|---|---|---|---|
| A | DE-A-2 136 233  (RIEDEL-DE HAEN AG)<br>* page 14, lines 10-23 * | 1,10 | C 07 D 277/82<br>C 07 D 263/58<br>A 61 K  31/425<br>A 61 K  31/42 |
| A | FR-A-1 566 157  (LABORATOIRES DAUSSE/B.M.C.)<br>* claims 1, 2; example 1 * | 1,10 | |
| | | | **TECHNICAL FIELDS SEARCHED (Int. Cl.4)**<br>C 07 D 263/00<br>C 07 D 277/00 |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| BERLIN | 18-09-1986 | HASS C V F |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO Form 1503 03 82

BARR027288

# EXHIBIT 30

# REDACTED IN ITS ENTIRETY

- 1 -

19J S008-647-T

DR. KARL THOMAE GMBH
D-7950 Biberach 1

Case 5/920 +
Case 1/737
Dr.Fl./Kp.
Foreign Filing Text

<u>Tetrahydro-benzthiazoles, the preparation thereof</u>
<u>and their use as intermediate products</u>
<u>or as pharmaceuticals</u>

This invention relates to new tetrahydro-
5   benzthiazoles of general formula



the enantiomers and acid addition salts thereof,
particularly the physiologically acceptable acid
addition salts thereof with inorganic or organic
10  acids, and processes for preparing them.
    If in general formula I one of the groups
$R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent
an acyl group, these compounds of general formula
I are valuable intermediate products for preparing
15  the other compounds of general formula I which
have valuable pharmacological properties, particularly
an effect on the central nervous system and/or
the circulation.
    In general formula I above
20      $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 6 carbon atoms, an alkenyl or alkynyl

EXHIBIT
52

BOE0014702

- 2 -

group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon
atoms in the alkyl part, whilst the above mentioned
5   phenyl nuclei may be substituted by 1 or 2 halogen
atoms,

$R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group
10  with 1 to 7 carbon atoms, a cycloalkyl group having
3 to 7 carbon atoms, an alkenyl or alkynyl group
having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
15  whilst the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl
group with 1 to 4 carbon atoms, an alkenyl or alkynyl
group having 3 to 6 carbon atoms or
20      $R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group.

Preferred compounds of general formula I
above are those wherein the group

25



is in the 5 or 6-position.

As examples of the definitions of the groups

30

and

- 3 -

the 

group represents an amino, methylamino, ethylamino,
5  n-propylamino, isopropylamino, n-butylamino, isobutylamino,
tert.butylamino, n-pentylamino, isoamylamino, n-
hexylamino, dimethylamino, diethylamino, di-n-propylamino,
di-n-butylamino, methyl-ethylamino, methyl-n-propylamino,
methyl-isopropylamino, ethyl-isopropylamino, allylamino,
10  buten-2-ylamino, hexen-2-ylamino, N-methyl-allylamino,
N-ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-
allylamino, propargylamino, N-methyl-propargylamino,
N-n-propyl-propargylamino, formylamino, acetylamino,
propionylamino, butanoylamino, hexanoylamino, N-
15  methyl-acetylamino, N-allyl-acetylamino, N-propargyl-
acetylamino, benzylamino, N-methyl-benzylamino,
2-chloro-benzylamino, 4-chloro-benzylamino, 4-fluoro-
benzylamino, 3,4-dichloro-benzylamino, l-phenylethylamino,
2-phenylethylamino, 3-phenyl-n-propylamino, benzoylamino
20  phenacetylamino or 2-phenylpropionylamino group and

the group 

may represent an amino, methylamino, ethylamino,
25  n-propylamino, isopropylamino, n-butylamino, isobutylamino,
tert.butylamino, n-pentylamino, isoamylamino, n-
hexylamino, n-heptylamino, dimethylamino, diethylamino,
di-n-propylamino, Di-n-butylamino, methyl-ethylamino,
methyl-n-propylamino, methyl-isopropylamino, ethyl-
30  isopropylamino, allylamino, buten-2-ylamino, hexen-
2-ylamino, diallylamino, N-methyl-allylamino, N-
ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-
allylamino, propargylamino, butin-2-ylamino, hexin-
2-ylamino, dipropargylamino, N-methyl-propargylamino,

BOE00147023

- 4 -

N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino,
cyclopentylamino, cyclohexylamino, cycloheptylamino,
N-methyl cyclohexylamino, N-ethyl-cyclohexylamino,
formylamino, acetylamino, propionylamino, butanoylamino,
5  pentanoylamino, hexanoylamino, heptanoylamino,
N-methyl-acetylamino, N-ethyl-acetylamino, N-n-
propyl-acetylamino, N-allyl-acetylamino, benzoylamino,
fluorobenzoylamino, chlorobenzoylamino, bromobenzoylamino,
phenylacetamino, 2-phenylpropionylamino, N-methyl-
10  benzoylamino, N-ethyl-chlorobenzoylamino, Dichlorobenzoyl-
amino, N-cyclohexyl-acetylamino, benzylamino, chloro-
benzylamino, bromobenzylamino, 1-phenylethylamino,
2-phenylethylamino, 2-phenyl-n-propylamino, 3-phenyl-
n-propylamino, N-methyl-benzylamino, N-ethyl-benzylamino,
15  N-ethyl-chlorobenzylamino, N-ethyl-2-phenylethylamino,
N-acetyl-benzylamino, N-acetyl-chlorobenzylamino,
N-allyl-benzylamino, N-allyl-chlorobenzylamino,
pyrrolidino, piperidino, hexamethyleneimino or
morpholino group.
20      Particularly preferred compounds of general
formula I are, however, the compounds of general
formula Ia



(Ia)

wherein
25      $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms, an allyl, benzyl,
2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-
benzyl or phenylethyl group,
        $R_2$ represents a hydrogen atom, a methyl or

BOE00147024

- 5 -

ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl
5   or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino,
10   hexamethyleneimino or morpholino group, but particularly the compounds wherein the group

$$\begin{array}{c} R_3 \\ \diagdown \\ \phantom{R}\text{N}- \\ \diagup \\ R_4 \end{array}$$

15   is in the 6-position, and the acid addition salts thereof, particularly the physiologically acceptable acid addition salts.

According to the invention the new compounds are obtained by the following methods:

20   a)    Reacting a cyclohexanone of general formula

$$\begin{array}{c} R_3 \\ \diagdown \\ \phantom{R_3}\text{N} \phantom{xxxxx} \text{X} \\ \diagup \\ R_4 \end{array} \qquad \text{(II)}$$

wherein

$R_3$ and $R_4$ are as hereinbefore defined and
X represents a nucleophilically exchangeable
25   group such as a halogen atom, e.g. a chlorine or bromine atom,

BOE0014702S

- 6 -

with a thiourea of general formula

$$H_2N - \overset{\overset{\displaystyle S}{\|}}{C} - N \overset{\displaystyle R_1}{\underset{\displaystyle R_2}{}}$$

(III)

wherein

5   $R_1$ and $R_2$ are as hereinbefore defined.

The reaction is carried out in a melt or
in a solvent or mixture of solvents such as water,
ethanol, water/ethanol, pyridine, dioxan, dioxan/water,
glacial acetic acid, tetrahydrofuran or dimethylformamide,
conveniently at temperatures of between 0 and 150°C,
10  preferably at temperatures of between 20 and 100°C
and optionally in the presence of a base, e.g.
sodium hydroxide solution, sodium acetate, pyridine,
triethylamine or N-ethyl-diisopropylamine.  The
compounds of general formula II used as starting
15  materials need not be isolated.

b)   Reacting a compound of general formula

$$R_3 \overset{\displaystyle}{\underset{\displaystyle R_4}{}} N - \bigcirc = O$$

(IV)

wherein

$R_3$ and $R_4$ are as hereinbefore defined, with
20  a formamidine disulfide of general formula

BOE00147026

- 7 -

$$R_2-\overset{\overset{\displaystyle R_1}{|}}{N} = C - S - S - C \overset{\overset{\displaystyle N-R_2}{/}}{\underset{+}{\overset{|}{R_1}}} \quad 2\ Y^- \qquad (V)$$

wherein

5    $R_1$ and $R_2$ are as hereinbefore defined and $Y^-$ represents an anion of an inorganic or organic acid.

The reaction is preferably carried out in a melt or in a high-boiling solvent such as glycol, dimethylformamide, diphenylether or dichlorobenzene,

10    conveniently at temperatures of between 25 and 200°C, preferably at temperatures of between 70 and 150°C,

c)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$,

15    $R_2$, $R_3$ or $R_4$ represents a hydrogen atom;
splitting off a protecting group from a compound of general formula

$$R_3'-\overset{}{\underset{R_4'}{N}} \quad \text{(VI)} \quad N-\overset{}{\underset{R_2'}{R_1'}}$$

wherein

20    at least one of the groups $R_1'$, $R_2'$, $R_3'$

- 8 -

or $R_4'$ represents a protecting group for an amino
group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl
group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with
5    the nitrogen atom between them represent an imido
group, e.g. the phthalimido group, and
the other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the
meanings given for $R_1$ to $R_4$ hereinbefore, with
the exception of the acyl groups mentioned hereinbefore.
10    The splitting off of a protecting group is
preferably carried out by hydrolysis in the presence
of a base such as sodium hydroxide solution or
potassium hydroxide solution or in the presence
of an acid such as hydrochloric or sulphuric acid
15  in an aqueous solvent such as water/ethanol, water/dioxan
or water/tetrahydrofuran at temperatures of between
50 and 150°C, preferably at the boiling temperature
of the reaction mixture. An imido group such as
the phthalimido group used as a protecting group
20  is preferably split off with hydrazine in a solvent
such as water, water/ethanol or water/dioxan at
the boiling temperature of the solvent used.

d)    In order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
25  $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned
alkyl, cycloalkyl, alkenyl or phenylalkyl group:
Reduction of a compound of general formula



VII

BOE00147028

- 9 -

wherein

at least one of the groups $R_1''$, $R_2''$, $R_3''$
or $R_4''$ represents one of the acyl or phenylacyl
groups mentioned hereinbefore and

5      the other groups have the meanings given
for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore,
with a metal hydride in a solvent.

The reduction is carried out in a suitable
solvent such as diethylether, tetrahydrofuran,

10  glycoldimethylether or dioxan with a metal hydride,
e.g. with a complex metal hydride such as lithium
aluminium hydride, at temperatures of between 0
and 100°C, but preferably at temperatures of between
20 and 80°C.

15      In order to prepare compounds of general
formula I wherein one of the groups $R_3$ or $R_4$ represents
one of the acyl groups mentioned hereinbefore,
it is particularly advantageous to carry out the
reaction with lithium aluminium hydride at temperatures

20  of between 0 and 30°C, preferably at ambient temperature.


e)    In order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl, alkynyl or phenylalkyl groups mentioned

25  hereinbefore:

Reacting a compound of general formula



(VIII)

wherein

- 10 -

at least one of the groups $R_1{}''$, $R_2{}''$, $R_3{}''$
or $R_4{}''$ represents a hydrogen atom and the other
groups $R_1{}''$, $R_2{}''$, $R_3{}''$ or $R_4{}''$ have the meanings
given for $R_1$ to $R_4$ hereinbefore,

5      with a compound of general formula

$$R_5 - Z \qquad\qquad (IX)$$

wherein

$R_5$ represents one of the alkyl, cycloalkyl,
alkenyl, alkinyl or phenylalkyl groups mentioned
10  for $R_1$ to $R_4$ hereinbefore and Z represents a nucleophili-
cally exchangeable group such as a halogen atom
or a sulfonic acid group, e.g. a chlorine, bromine
or iodine atom, a methoxysulfonyloxy or p-toluene-
sulfonyloxy group, or Z together with an adjacent
15  hydrogen of the group $R_5$ represents an oxygen.

The reaction is carried out in a solvent
such as water, methanol, ethanol, tetrahydrofuran,
dioxan, acetone, acetonitrile or dimethylsulfoxide
with an alkylating agent such as methyliodide,
20  dimethylsulfate, ethylbromide, diethylsulfate, allyliodide,
benzylbromide, 2-phenylethylbromide or methyl-p-
toluenesulfonate, optionally in the presence of
a base such as sodium hydroxide solution, potassium
carbonate, sodium hydride, potassium-tert.butoxide
25  or triethylamine, conveniently at temperatures
of between -10 and 50°C, but preferably at temperatures
of between 0 and 30°C. However, the reaction may
also be carried out without a solvent.

Alkylation of the nitrogen atom may also
30  be effected using formaldehyde/formic acid at elevated
temperatures, e.g. at the boiling temperature of
the reaction mixture, or with a corresponding carbonyl
compound and a complex metal hydride such as sodium-
borohydride or sodiumcyanoborohydride in a solvent

BOE00147030

- 11 -

such as water/methanol, ethanol, ethanol/water,
dimethylformamide or tetrahydrofuran at temperatures
of between 0 and 50°C, but preferably at ambient
temperature.

5      If according to the invention a compound
of general formula I is obtained wherein at least
one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a
hydrogen atom, this may be converted by corresponding
acylation into a corresponding compound of general

10  formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the acyl groups
mentioned herein before.
      The subsequent acylation is appropriately
carried out in a solvent such as methylene chloride,

15  chloroform, carbontetrachloride, ether, tetrahydrofuran,
dioxan, glacial acetic acid, benzene, toluene,
acetonitrile or dimethylformamide, optionally in
the presence of an acid-activating agent or a dehydrating
agent, e.g. in the presence of ethyl chloroformate,

20  thionylchloride, N,N-dicyclohexylcarbodiimide,
N,N'-dicyclohexylcarbodiimide/N-hydroxysuccinimide,
N,N'-carbonyldiimidazole or N,N'-thionyldiimidazole
or triphenylphosphine/carbontetrachloride, or an
agent which activates the amino group, e.g. phosphorus

25  trichloride, and optionally in the presence of
an inorganic base such as sodium carbonate or a
tertiary organic base such as triethylamine or
pyridine, which may simultaneously be used as solvent,
at temperatures of between -25°C and 250°C, but

30  preferably at temperature of between -10°C and
the boiling temperature of the solvent used. The
reaction may also be carried out without a solvent
and furthermore any water formed during the reaction
may be removed by azeotropic distillation, e.g.

35  by heating with toluene using a water separator,
or by adding a drying agent such as magnesium sulphate
or molecular sieve.

BOE00147031

- 12 -

The compounds of general formula I which
have at least one chiral centre can be resolved
into their enantiomers by conventional methods,
e.g. by column chromatography on a chiral phase,
5   by fractional distillation of the diastereomeric
salts or by column chromatography of their conjugates
with optically active auxiliary acids such as tartaric
acid, O,O-dibenzoyl-tartaric acid, camphor acid,
camphorsulfonic acid or α-methoxy-phenylacetic
10  acid.

The compounds may also be converted into
the acid addition salts thereof, particularly the
physiologically acceptable acid addition salts
with inorganic or organic acids. Suitable acids
15  for this include, for example, hydrochloric, hydrobromic,
sulfuric, phosphoric, lactic, citric, tartaric,
succinic, maleic or fumaric acid.

The compounds of general formulae II to IX
used as starting materials are known from the literature
20  in some cases or may be obtained using methods
known from the literature.

Thus, for example, a compound of general
formula II is obtained by halogenation of the corresponding
cyclohexanone, which is in turn prepared by oxidation
25  of the corresponding cyclohexanol and optional
subsequent alkylation and/or acylation.

The compounds of general formulae VI, VII
and VIII used as starting materials are obtained
by condensation of a corresponding α-bromo-cyclohexanone
30  with a correponding thiourea.

As already mentioned hereinbefore, the compounds
of general formula I wherein at least one of the
groups $R_1$ to $R_4$ represents one of the acyl groups
mentioned above are valuable intermediate products
35  for preparing the compounds of general formula
I wherein $R_1$ to $R_4$ have the meanings given to $R_1$
to $R_4$ hereinbefore, with the exception of the acyl

BOE00147032

- 13 -

groups referred to hereinbefore.  These compounds
and the physiologically acceptable acid addition
salts thereof have valuable pharmacological properties,
particularly an effect on blood pressure, a heart
5  rate-lowering effect and an effect on the central
nervous system, particularly a stimulant effect
on the dopamine receptors.

For example, therefore, in order to investigate
the effect on presynaptic dopamine receptors, the
10  following compounds

A =    2-amino-6-dimethylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

B =    2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

15  C =    2-amino-6-n-propylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

D =    2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

E =    6-[N-allyl-N-(4-chloro-benzyl)-amino]-2-amino-
20     4,5,6,7-tetrahydro-benzthiazol-dihydrochloride
       and

F =    2-amino-6-diallylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride

were tested first for their effect on the exploratory
25  activity of mice and then, after any effect on
postsynaptic dopamine receptors had been clarified
(motility in animals pretreated with reserpine),
the effect on dopamine turnover and dopamine synthesis
was determined as follows:

BOE00147033

- 14 -

1.    Inhibition of the exploratory activity

The activity was measured in observation
cages fitted with an infra-red light barrier.
The frequency of interruption of the light beam
5  by a group of 5 mice within 5 minutes.  Groups
of 5 animals are given the test substance, unless
otherwise specified, in a dosage of 10 mg/kg by
subcutaneous injection.  One hour later the animals
are moved into the observation cages where their
10  exploratory activity over a period of 5 minutes
is immediately measured.  In parallel or alternately
with groups treated with test substance, control
groups treated with common salt are investigated
(0.9% solution; 0.1 ml/10 g of body weight by subcutaneous
15  route).

The results are assembled in the following
table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|---|---|---|
| A | $2.7^1$ | 50 |
| B | 10.0 | 94 |
| C | 10.0 | $20^2$ |
| D | 10.0 | $76^2$ |
| E | 10.0 | $56^2$ |
| F | 10.0 | $60^2$ |

1) read off from the dosage/activity curve in
the range from 1-10 mg/kg subcutaneously
2) measurement of exploration: 75 minutes after
administration of the substance

ROE00147034

- 15 -

2.  <u>Determining the inhibition of dopamine turnover</u>

    The inhibition of dopamine turnover was measured
in mice. In animals treated with α-methylparatyrosine
(AMPT) (250 mg/kg by intraperitoneal route) 15
5  minutes into the experiment, the dopamine concentration
throughout the brain decreases as the test progresses.
By administering substances which act on autoreceptors,
the dopamine reduction (compared with control animals
treated with common salt solution) can be prevented.
10     Test substances are administered at time
0 of the experiment in a dosage of 5 mg/kg s.c.,
unless otherwise stated. Four hours and 15 minutes
into the experiment the animals are killed and
the brains are subjected to dopamine determination
15  using high pressure liquid chromatography with
electrochemical detection. This determines the
percentage inhibition, caused by the test substance,
of the dopamine reduction induced by AMPT.

| | Substance | Dosage (mg/kg s.c.) | % inhibition of AMPT effect |
|---|---|---|---|
| 20 | | | |
| | A | $0.95^{1}$ | 50 |
| | B | 5 | 67 |
| 25 | D | 5 | 52 |
| | E | 5 | 32 |

1)    read off from the dosage/activity curve in
       the range from 0.5-3 mg/kg s.c.

30  3.  <u>Determining the inhibiton of dopamine synthesis</u>

    For this purpose, 5 animals are given the
test substance in a dosage of 10 mg/kg s.c., unless

BOE00147035

- 16 -

otherwise stated. After 5 minutes, 750 mg/kg of
-butyrolactone are administered by intraperitoneal
route in order to rule out the effect of postsynaptic
feed back loops on the rate of dopamine synthesis
5    by blocking the presynaptic impulse line. This
results in a considerable increase in the synthesis
of DOPA or dopamine. In order to inhibit the decarboxylation
of DOPA, 200 mg/kg of 3-hydroxybenzyl-hydrazin-hydrochloride
are administered by intraperitoneal route after
10    a further 5 minutes. Forty minutes after administration
of the substance the animals are killed and the
corpus striatum is prepared. The DOPA content
is measured by HPLC with electrochemical detection
(standard: dihydroxybenzylamine).
15        The percentage inhibition, produced by the
test substance, of the DOPA accumulation stimulated
by -butyrolactone compared with the controlled
animals treated with 0.9% common salt solution
is determined.
20        The results of this experiment are shown
in the following table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|-----------|---------------------|--------------------------------------------------------------------------------------------|
| A         | 0.55[1]             | 50                                                                                         |
| C         | 10                  | 60                                                                                         |

1)    read off from the dosage/activity curve in
the range from 0.1-1.0 mg/kg but subcutaneous
35        route.

BOE00147036

- 17 -

4.    Determining the anti-Parkinsonism activity
      or the activity against Parkinson's disease

The discovery of the neurotoxin 1-methyl-
4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) (Langston
5  et al., Science 219, 979 (1983)) provided an animal
model for Parkinson's disease.

The irreversible neurological syndrome triggered
by MPTP in man and in monkeys largely resembles
the idiopathic Parkinson's disease in its clinical,
10  pathological, biochemical and pharmacological characteristics
(Markey et al., Nature 311, 464 (1984)).  The reason
for this convincing similarity is the fact that
MPTP selectively destroys the small group of dopaminergic
nerve cells in the substantia nigra of the brain
15  which are also destroyed by degenerative processes
in naturally occurring Parkinson's disease.  There
is even some talk that the cause of idiopathic
Parkinson's disease is MPTP or a similar compound
forming in the organism (Snyder, S.H., Nature 311,
20  514 (1984)).  Possibly as a result of the specific
metabolism of MPTP, the clinical impression of
the MPTP-Parkinson picture has hitherto been demonstrated
only in monkeys and man.

The MPTP model realised in Rhesus monkeys
25  is therefore exceptionally suitable for testing
the activity of anti-Parkinson's disease drugs.
Seven Rhesus monkeys were given MPTP (for 3 days,
1 x 0.15 mg/kg i.m. daily, 3 days' break, then
3 days 1 x 0.30-0.40 mg/kg daily) and showed the
30  following symptoms; the animals were akinetic and
not capable of taking water or food.  They showed
a typical bowed posture; occasionally, cataleptic
states occured.  The extremities showed a rigor
which was interspersed by clonic convulsions on
35  passive movement.  As a rule, voluntary movements
of the rump and the extremities could not be triggered

BOE00147037

- 18 -

even by very powerful and painful stimulation.

After intramuscular administration of compound
C (10-100 µg/kg) voluntary movements first occured
after a time interval of 5 to 10 minutes, which
5   were followed in the subsequent 10 to 30 minutes
by a gradual, extensive normalisation of the motor
function. The animals were capable of taking food.
They stayed perfectly upright and straight inside
their cages and were also satisfactory in terms
10  of their vigilance and species-specific behaviour.
The only residual symptoms recorded were an occasional
transient and slight resting tremor and a reduction
in rough strength. There was no sedation. Circulation
in the skin appeared to be greater than before
15  the compound C was administered.

The effect of compound C diminished after
about 5 to 7 hours and the animals reverted to
the Parkinson symptoms described above; a fresh
administration of this compound again leads to
20  an improvement or substantial removal of the clinically
pathological manifestations. The advantageous
effects of the compounds were thus reproduced several
times in each individual animal.

No side effects were detected at the dosages
25  used hitherto.

Moreover, the compounds prepared according
to the invention are largely non-toxic. Thus,
when the substances were tested in mice at dosages
of between 27 and 50 mg/kg s.c., no deaths were
30  recorded.

In view of their pharmacological properties,
the compounds of general formula I prepared according
to the invention and the physiologically acceptable
acid addition salts thereof are suitable for the
35  treatment of central nervous, neuropsychiatric
diseases, particularly schizophrenia, for the treatment
of Parkinsonism or Parkinson's disease and/or for

BOE00147008

- 19 -

treating circulatory disorders, particularly hypertension.

For pharmaceutical use, the new compounds and the physiologically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules. The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

BOE00147039

- 20 -

Example A
4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

75.8 g (0.5 Mol) of 4-amino-cyclohexanol-
hydrochloride are dissolved in 60 ml of water and,
5  after the addition of 36 g (0.26 Mol) of potassium
carbonate and 500 ml of toluene, boiled with a
water separator until the separation of water has
ended.  Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde
are slowly added with further boiling using the
10  water separator.  After the calculated quantity
of water has been separated, the residue is added
to water and the toluene phase is separated off
and concentrated.  The concentration residue is
dissolved in 500 ml of ethanol and 19 g (0.5 Mol)
15  of sodium borohydride are added in batches with
stirring.  After standing overnight, the mixture
is concentrated, mixed with water and extracted
with chloroform.  After drying and concentrating
the extracts, the residue is recrystallised from
20  ethyl acetate.
Yield:  93.4 g (78% of theory),
M.p.: 103–104°C
Calculated:   C  65.12   H 7.57   N 5.84   Cl 14.79
Found:            65.21      7.68      5.93      14.65

The following compound was prepared analogously
to Example A using propionaldehyde:
25  4-n-propylamino-cyclohexanol
Yield:  12.4% of theory,
M.p.: < 20°C
Calculated:  m/e = 157
Found:        m/e = 157
30

Example B
4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-
amino]-cyclohexanol are dissolved in 30 ml of dimethyl-
35  formamide, and after the addition of 2.2 g (16 mMol)

BOE00147040

- 21 -

of potassium carbonate, 4.26 g (30 mMol) of methyliodide
are added dropwise. When the slightly exothermic
reaction has ended, the mixture is concentrated
by evaporation, mixed with water and extracted with
5  chloroform. The concentrated extracts are chromatographed
on silica gel to purify them (eluant: methylene
chloride/methanol = 20/1).
Yield: 3.3 g (43.4% of theory),
M.p.: 74-75°C
10  Calculated: C 66.26  H 7.94  N 5.52  Cl 13.97
    Found:        66.36    7.95    5.46     13.81

       The following compounds were prepared analogously
   to Example B:

15  4-Hexamethyleneimino-cyclohexanol
       Prepared from 4-amino-cyclohexanol and 1,6-
   dibromohexane.
   Yield: 47.3% of theory,
   M.p.: < 20°C
20  Calculated: m/e = 197
    Found:      m/e = 197.

   4-Diallylamino-cyclohexanol

       Prepared from 4-amino-cyclohexanol and allylbromide.
25  Yield: 51% of theory,
   M.p.: < 20°C
   Calculated: m/e = 195
   Found:      m/e = 195.

30  4-Piperidino-cyclohexanol

       Prepared from 4-amino-cyclohexanol and 1,5-
   dibromopentane.
   Yield: 65.8% of theory,
   M.p.: < 20°C

BOE00147041

- 22 -

Calculated:  m/e = 183
Found:       m/e = 183.

4-Pyrrolidino-cyclohexanol

5        Prepared from 4-amino-cyclohexanol and 1,4-
dibromo-butane.
Yield:  35.8% of theory,
M.p.: $<$ 20°C
Calculated:  m/e = 169
10  Found:       m/e = 169.

Example C
4-Diethylamino-cyclohexanol

        28.75 g (0.25 Mol) of 4-amino-cyclohexanol
15  are dissolved in 150 ml of water, with the addition
of 20 g (0.5 Mol) of sodium hydroxide and then 65.6 ml
(0.5 Mol) of diethylsulfate are added dropwise.
The mixture then heats up to 65°C. It is stirred
for an hour at 70°C, then poured onto ice and extracted
20  with chloroform.
Yield:  18.2 g (42.5% of theory,
M.p.: $<$ 20°C
Calculated:  m/e = 171
Found:       m/e = 171.

25

Example D
4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone

        23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-
amino]-cyclohexanol are suspended in 125 ml of
30  ice water and 32 ml of concentrated sulphuric acid
are added. Then 29.4 g (0.1 Mol) of potassium
dichromate are added in 2 batches and the mixture
is heated for 5 hours at 50°C. It is then cooled,
made alkaline with sodium hydroxide solution and

BOE00147042

- 23 -

extracted with chloroform. After concentration,
a yellowish oily liquid is obtained.
Yield: 8.2 g (34% of theory,
M.p.: ⟨ 20°C
5  Calculated: m/e = 237/239
Found:     m/e = 237/239.


     The following compounds were prepared analogously
to Example D:


4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

10  Yield: 38% of theory,
M.p.: ⟨ 20°C
Calculated: m/e = 251/253
Found:      m/e = 251/253.


4-Diallylamino-cyclohexanone

15  Yield: 21% of theory,
M.p.: ⟨ 20°C
Calculated: m/e = 193
Found:      m/e = 193.


4-Piperidino-cyclohexanone

20  Yield: 22.2% of theory,
M.p.: ⟨ 20°C
Calculated: m/e = 181
Found:      m/e = 181.


4-Pyrrolidino-cyclohexanone

25  Yield: 45.1% of theory,
M.p.: ⟨ 20°C
Calculated: m/e = 167
Found:      m/e = 167.

BOE00147043

- 24 -

4-Diethylamino-cyclohexanone

Yield:  49.7% of theory,
M.p.:  < 20°C
Calculated:  m/e = 169
5  Found:        m/e = 169.

4-n-Propylamino-cyclohexanone

Yield:  33% of theory,
M.p.:  < 20°C
Calculated:  m/e = 155
10  Found:          m/e = 155.

Example E
4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-
15  amino]-cyclohexanone are dissolved in 50 ml of
absolute dimethylformamide and, after the addition
of 2.6 g (18.7 mMol) of potassium carbonate, 5.0 g
(35 mMol) of methyliodide are added dropwise at
25-30°C.  After standing overnight the mixture
20  is concentrated, mixed with water and extracted
with chloroform.  The extracts are dried and concentrated.
Yield:  8.1 g (93% of theory,
M.p.:  < 20°C
Calculated:  m/e = 251/253
25  Found:        m/e = 251/253.

The following compounds were prepared analogously
to Example E:

4-[N--Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone

Yield:  70.7% of theory,
30  M.p.:  < 20°C

BOE00147044

- 25 -

Calculated:  m/e = 277/279
Found:        m/e = 277/279.


4-[N-(4-Chloro-benzyl)-ethylamino]-cyclohexanone

Yield:  30% of theory,
5  M.p.:  < 20°C
Calculated:  m/e = 265/267
Found:        m/e = 265/267.


Example F

10  4-Hexamethyleneimino-cyclohexanone


        At 20 to 25°C, a solution of 47 g (0.5 Mol)
of 4-hexamethyleneimino-cyclohexanol in 300 ml
of methylenechloride is added dropwise to a suspension
of 107.5 g (0.5 Mol) of pyridiniumchlorochromate
15  and 40 g (0.5 Mol) of sodium acetate in 700 ml
of methylenechloride.  After stirring for one hour
at 20°C the mixture is poured onto ice water and
sodium hydroxide solution and extracted with methylene
chloride.  After drying and concentration of the
20  extracts a coloured oily liquid is left.
Yield:  16.8 g (35.8% of theory),
M.p.:  < 20°C
Calculated:  m/e = 195
Found:        m/e = 195.

BOE00147045

- 26 -

Example 1
2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

5

10

15

20

25

    2.82 g (0.02 Mol of 4-dimethylamino-cyclohexanone
are dissolved in 20 ml of glacial acetic acid,
mixed with 4.7 ml of 36% of hydrobromic acid in
glacial acetic acid and then a solution of 1.0 ml
(0.02 Mol) of bromine in 12 ml of glacial acetic
acid is added dropwise with cooling.  The mixture
is then concentrated by evaporation in vacuo and
the residue is triturated several times with diethylether
The ether extracts are discarded and the residue
is dissolved in 50 ml of ethanol.  After 3.04 g
(40 mMol) of thiourea have been added the mixture
is refluxed for 5 hours.  It is then concentrated
by evaporation, made alkaline with sodium hydroxide
solution and extracted with chloroform.  After
drying and concentration of the extracts, the residue
is purified by column chromatography on silica
gel (eluant: chloroform/methanol = 1/1).  Then
the base (mp: 191°C) is dissolved in acetone and
converted into the dihydrochloride with isopropanolic
hydrochloric acid.
Yield: 1.09 g (20% of theory),
M.p.: 272°C

Calculated:   C 40.00   H 6.34   N 15.55   Cl 26.24
Found:          39.63     6.55     15.31      26.29

30

    The following tetrahydrobenzthiazoles were
prepared analogously to Example 1 from the corresponding
ketones:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 25% of theory,
M.p.: 182-183°C
Calculated:   C 58.62   H 8.49   N 18.64

BOE00147046

- 27 -

Found:            58.65      8.72      18.50.


2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 13% of theory,
5  M.p.: 280°C
Calculated:  C 46.45  H 6.82  N 13.55  Cl  22.85
Found:          46.37     6.75    13.41           22.95.


2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole
Yield: 24.4% of theory,
10 M.p.: 204-206°C
Calculated:  C 59.15  H 7.67  N 18.81
Found:          59.50     7.74    18.95.


2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
15 Yield: 19% of theory,
M.p.: 242°C
Calculated:  C 48.44  H 6.56  N 13.03  Cl  22.00
Found:          47.90     6.49    12.95           22.21.


2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
20 benzthiazole
Yield: 35% of theory,
M.p.: 146°C
Calculated:  C 57.23  H 5.49  N 14.30  Cl  12.06
Found:          56.93     5.56    13.86           12.04.


25 2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield: 36% of theory,
M.p.: 163°C
Calculated:  C 58.69  H 5.89  N 13.64  Cl  11.51
30 Found:        58.50     5.94    13.49           11.55.

– 28 –

2-Amino-6-[N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield: 49% of theory,
M.p.: 258°C (decomposition)
5 Calculated:   C 48.67   H 5.61   N 10.64   Cl 26.94
Found:           48.30     5.85      10.57      26.97.


2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride
Yield: 46.5% of theory,
10 M.p.: 240°C (decomposition)
Calculated:   C 50.19   H 5.45   N 10.33   Cl 26.14
Found:           49.84     5.68      9.97      26.04.


2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
15 Yield: 15.4% of theory,
M.p.: 295°C (decomposition)
Calculated:   C 48.17   H 7.14   N 12.95   Cl 21.86
Found:           47.90     7.34      12.44      21.64.


2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
20 benzthiazole-dihydrochloride
        Prepared from 4-dimethylamino-cyclohexanone
by bromination and subsequent reaction with allylthiourea.
Yield: 64% of theory,
M.p.: 248°C
25 Calculated:   C 46.45   H 6.82   N 13.54   Cl 22.85
Found:           46.30     7.00      13.29      22.99.


2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
        Prepared from 3-dimethylamino-cyclohexanone.
30 Yield: 33% of theory,
M.p.: 194°C
Calculated:   C 40.00   H 6.34   N 15.55   Cl 26.24
Found:           39.74     6.37      15.15      25.96.


BOE00147048

- 29 -

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

       Prepared from 3-morpholino-cyclohexanone.

Yield: 7.4 g (20% of theory),

5    M.p.: 237-238°C

Calculated:    C 42.31    H 6.13    N 13.46
Found:           42.00       6.29      13.13.


Example 2

10    2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride


    a)    (4-(Phthalimido)-cyclohexanol


       75.5 g (0.5 Mol) of 4-aminocyclohexanol-hydrochloride
    and 74.0 g (0.5 Mol) of phthalic acid anhydride
    are mixed with 65 g (0.5 Mol) of ethyl-diisopropyl-
15    amine and 1000 ml of toluene and boiled for 36
    hours with a water separator.  Then water is added,
    the toluene phase is separated off and the aqueous
    phase is extracted several times with chloroform.
    The organic phases are combined, dried and concentrated.
20    The concentration residue is recrystallised from isopropanol.
    Yield: 95 g (77.8% of theory),
    M.p.: 175-176°C.


    b)    4-(Phthalimido)-cyclohexanone


25    95 g (0.388 Mol) of 4-(phthalimido)-cyclohexanol
    are dissolved in 600 ml of chloroform and, after
    the addition of 450 ml of water and 120 ml of sulfuric
    acid, 90 g (0.3 Mol) of potassium dichromate are
    added in batches.  The internal temperature of
30    the mixture is maintained at between 25 and 30°C
    by slight cooling.  The mixture is stirred for
    a further 3 hours, then the chloroform phase is
    separated off and the mixture extracted twice more with
    chloroform. After drying and concentration of the extracts


BOE00147049

- 30 -

82 g (86.9% of theory) are obtained.

c)    2-Amino-6-phthalimido-4,5,6,7-tetrahydro-
      benzthiazol

5    48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone
are brominated analogously to Example 1 with 32 g
(0.2 Mol) of bromine and then converted with thiourea
into the 2-amino-6-phthalimido-4,5,6,7-tetrahydro-
benzthiazol.
     Yield:   30 g (50% of theory),
10   M.p.:  244-246°C (decomposition)
     Calculated:    C 60.18    H 4.38    N 14.04
     Found:         60.05      4.25      13.95.

d)    2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-
      dihydrochloride

15    9.5 g (31.7 mMol) of 2-amino-6-phthalmido-
4,5,6,7-tetrahydro-benzthiazole are suspended in
100 ml of ethanol and, after the addition of 1.8 g
(36 mMol) of hydrazine hydrate, refluxed for 2
hours.  The mixture is then concentrated and purified
20   by column chromatography on silica gel using methanol
as eluant.  Then the dihydrochloride is precipitated
in ethanol with ethanolic hydrochloric acid.
     Yield:  2.0 g (26% of theory),
     M.p.:  > 315°C (decomposition)
25   Calculated:    C 34.72    H 5.41    N 17.35    Cl 29.25
     Found:         35.00      5.26      16.95      29.10.

Example 3
6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
30   hydrobromide

     160 g (1.0 Mol) of bromine are added dropwise
to a solution of 155 g (1.0 Mol) of 4-acetylamino-

BOE00147050

- 31 -

cyclohexanone in 1.5 l of glacial acetic acid.
The mixture is stirred for 3 hours at ambient temperature.
152.0 g (2.0 Mol) of thiourea are added to the
reaction mixture and the resulting mixture is refluxed
5  for 30 minutes. After cooling, the crystals precipitated
are suction filtered and washed with water and acetone.
Yield:  73 g (37% of theory),
M.p.:   292-293°C (decomposition)
10 Calculated:  C 36.99  H 4.83  N 14.38
Found:        36.82    4.76    14.18.

By stirring the hydrobromide in aqueous potassium
carbonate solution and subsequently suction filtering,
the free base is obtained, m.p. 194-196°C (methanol).

15     The following compounds were prepared analogously
to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  46% of theory,
M.p.:   194-196°C
Calculated:  m/e = 251
20 Found:       m/e = 251.

6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:  64% of theory,
M.p.:   238-240°C
25 Calculated:  C 53.30  H 6.71  N 18.65
Found:         53.18    6.78    18.41.

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:  51% of theory,
30 M.p.:   170-171°C
Calculated:  C 55.20  H 7.16  N 17.56
Found:         55.15    7.17    17.58.

BOE00147051

- 32 -

Example 4
2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-
tetrahydro-benzthiazole-hydrobromide are dissolved
5 in 20 ml of semi-concentrated hydrobromic acid
and refluxed for 6 hours. The solution is then
concentrated by evaporation and the residue recrystallised
from methanol.
Yield: 2.8 g (82% of theory),
10 M.p.: $>$ 315°C,
Melting point of the base: 233-236°C
Calculated: C 25.39  H 3.96  N 12.69
Found:       25.34    3.93    12.51.

The following compounds were prepared analogously
15 to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-
hydrobromide
Yield: 57% of theory,
M.p.: 262-263°C
20 Calculated: C 36.37  H 5.34  N 15.90
Found:       36.30    5.45    15.82.

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-
oxalate
Yield: 52% of theory,
25 M.p.: 164-165°C (decomp.)
Calculated:  m/e = 209
Found:       m/e = 209.

6-Amino-2-diethylamino-4,5,6,7-tetrahydro-benzthiazole
30 Yield: 45% of theory,
M.p.: $>$ 270°C (decomp.)
Calculated: C 30.10  H 4.77  N 11.70

- 33 -

Found:          30.13      4.84      11.68

Example 5
2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
5 benzthiazole-dihydrochloride

        To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-tetrahydro-benzthiazole in 34 ml of dimethylformamide
are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide
and 2.6 g of potassium carbonate and the reaction
10 mixture is stirred at 100°C for 3 hours.  The potassium
bromate precipitated is then suctioned off and the solvent
is distilled off.  The residue is chromatographed
on silica gel (ethyl acetate/methanol = 80/20 +
3% ammonia.  The desired compound crystallises
15 out from ethereal hydrochloric acid.
    Yield:  2.1 g (30% of theory),
    M.p.:  289-291°C
    Calculated:  C 52.02   H 6.11   N 12.13
    Found:          51.82      6.13      12.16

20       The following compounds were prepared analgously
    to Example 5:

    2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride
    Yield:  28% of theory,
25 M.p.:  295-296°C (decomp.)
    Calculated:  C 42.25   H 6.74   N 14.78
    Found:          41.95      7.09      14.50

    2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazole-
    dihydrochloride
30 Yield:  35% of theory,
    M.p.:  268°C (decomp.)
    Calculated:  C 44.29   H 7.10   N 14.09
    Found:          43.97      7.17      13.97

BOE00147053

- 34 -

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 38% of theory,
M.p.: 282-283°C (decomp.)
5   Calculated:   C 42.56   H 6.07   N 14.89
Found:        42.17     6.07     14.71

2-Amino-6-[N-(2-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield: 40% of theory,
10  M.p.: > 280°C (decomp.)
Calculated:   C 45.85   H 4.95   N 11.45
Found:        45.50     4.86     11.08

2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
15  Yield: 35% of theory,
M.p.: 268-270°C (decomp.)
Calculated:   C 42.86   H 5.40   N 15.00
Found:        42.78     5.59     14.79

2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazole-
20  dihydrobromide
Yield: 25% of theory,
M.p.: 312-313°C (decomp.)
Calculated:   C 27.84   H 4.38   N 12.18
Found:        27.78     4.46     12.21

25

Example 6
2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride-monohydrate

To a solution of 3.4 g (0.02 Mol) of 2,6-
30  diamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml
of methanol are added 10 g (0.08 Mol) of n-propylbromide
and 11.1 g of potassium carbonate and the mixture
is refluxed for 3 days.  Then 100 ml of water are

BOE00147054

- 35 -

added and the mixture is extracted with ethylacetate.
The solvent is distilled off and the residue is
chromatographed on silica gel (eluant: methylenechloride/
methanol = 80/20). The corresponding fraction
5 is concentrated by evaporation and the desired
compound is precipitated in the form of the hydrochloride.
Yield: 1.9 g (28% of theory),
M.p.: 271-273°C
Calculated: C 45.34    H 7.90    N 12.20
10 Found:              45.00     7.98     12.00

### Example 7
2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

15        To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-4,5,6,7-tetrahydro-benzthiazole in 34 ml
of dimethylformamide are added 1.8 g (0.022 Mol)
of n-butanal and the mixture is heated to 50°C
for 1 hour. After cooling, the reaction solution
20 is mixed with 0.8 g (0.02 Mol) of sodium borohydride
and heated to 50°C for 30 minutes. The solvent
is largely eliminated in vacuo. Whilst cooling
with ice, the residue is mixed with 20 ml of water
and 2N hydrochloric acid until a pH of 1 is obtained.
25 The aqueous solution is extracted with ethylacetate
and the organic phase discarded. The aqueous phase
is mixed with potassium carbonate until an alkaline
reaction is obtained and then extracted with ethyl
acetate. The organic phase is dried and concentrated.
30 The compound crystallizes out when ethereal hydrochloric
acid is added.
Yield: 2.3 g (39% of theory),
M.p.: 254-256°C
Calculated: C 44.29    H 7.10    N 14.09
35 Found:              44.44     7.31     14.07.

- 36 -

The following compounds were prepared analogously
to Example 7:

2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
5  Yield:  38% of theory,
M.p.:  296-297°C
Calculated:   C 40.00   H 6.34   N 15.55
Found:        39.97     6.41     15.35

2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazole-
10 semifumarate
Yield:  42% of theory,
M.p.: ⟩270°C
Calculated:   C 56.54   H 7.79   N 14.13
Found:        56.13     7.80     13.97

15 2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  49% of theory,
M.p.:  272-274°C
Calculated:   C 47.85   H 7.72   N 12.88
20 Found:        47.96     7.65     12.71

2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  42% of theory,
M.p.:  286-288°C
25 Calculated:   C 42.25   H 6.74   N 14.78
Found:        42.05     6.77     14.57

(-)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride
M.p.:  270-272°C
$\alpha_D^{20}$ = -56° (c = 1, methanol)

- 37 -

(+)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride
M.p.: 270-272°C
$\alpha_D^{20}$ = +56° (c = 1, methanol)

5   2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazole-
dioxalate
Yield: 36% of theory,
M.p.: 212-213°C
Calculated:   C 46.04   H 5.55   N 10.07
10  Found:          45.95      5.28     10.08

2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 38% of theory,
M.p.: 288-290°C
15  Calculated:   C 48.14   H 7.15   N 12.96
Found:          47.88      7.16     12.74

Example 8
6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-
20  dihydrochloride
        A solution of 1 g (0.0044 Mol) of 6-acetylamino-
2-methylamino-4,5,6,7-tetrahydro-benzthiazole in
20 ml of absolute tetrahydrofuran is mixed with
0.4 g (0.01 Mol) of lithiumaluminium hydride and
25  refluxed for 2 hours. After cooling, 50 g of a
40% diammonium tartrate solution are added dropwise.
The organic phase is separated off and concentrated
by evaporation. The residue is chromatographed
on silica gel (eluant: methylene chloride/methanol =
30  80/20). The corresponding fraction is concentrated
by evaporation. The compound crystallizes out
when ethereal hydrochloric acid is added.
Yield: 0.3 g (33% of theory),
M.p.: 260°C
35  Calculated:   m/e = 211

BOE00147057

- 38 -

Found:          m/e = 211.

The following compounds were prepared analogously
to Example 8:

2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
5  dihydrochloride
Yield:  37% of theory,
M.p.:  218-220°C (decomp.)
Calculated:   C 46.45   H 6.82   N 13.54
Found:          46.60     7.03     13.66

10  2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-
benzthiazole-oxalate hydrate
Yield:  20% of theory,
M.p.:  189-190°C
Calculated:   C 46.83   H 6.95   N 12.60
15  Found:          47.03     6.89     12.49.

Example 9
6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-
benzthiazole

20      To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-
2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml
of absolute tetrahydrofuran are added 2.2 g (0,022 Mol)of
triethylamine and 3.1 g (0.022 Mol) of benzoylchloride
and the mixture is refluxed for 3 hours.  The reaction
25  mixture is mixed with water and extracted with
ethyl acetate.  The organic phase is concentrated
by evaporation.  The residue is recrystallized
from methanol.
Yield:  3 g (48% of theory),
30  M.p.: > 260°C
Calculated:   m/e = 315
Found:          m/e = 315

BOE00147058

- 39 -

The following compounds were prepared analogously
to Example 9:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 50% of theory,
5 M.p.: 258-259°C
Calculated:    m/e = 252
Found:         m/e = 252.

6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-
benzthiazole
10 Yield: 44% of theory,
M.p.: >260°C
Calculated:    m/e = 266
Found:         m/e = 266.

6-Acetylamino-2-phenylamino-4,5,6,7-tetrahydro-
15 benzthiazole
Yield: 78% of theory,
M.p.: 112°C
Calculated:    m/e = 329
Found:         m/e = 329.

20

Example 10
2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-
25 2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole
in 50 ml of absolute tetrahydrofuran are added
0.24 g (64 mMol) of lithiumaluminiumhydride and
the mixture is refluxed for 1 hour. It is then
worked up as in Example 8.
30 Yield: 0.4 g (34% of theory),
M.p.: 242-245°C
Calculated:    C 53.33    H 6.43    N 19.68
Found:         53.59      6.37      19.42

BOE00147059

- 40 -

The following compounds were prepared analogously
to Example 10:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
5  Yield: 38% of theory,
M.p.: 241-243°C
Calculated:  C 44.29   H 7.10   N 14.09
Found:          44.06     7.27     13.85

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-
10  benzthiazole-dihydrochloride
Yield: 32% of theory,
M.p.: 267-268°C
Calculated:  C 46.15   H 7.42   N 13.46
Found:          45.95     7.53     13.33

15  6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride-hemihydrate
Yield: 26% of theory,
M.p.: 248-251°C
Calculated:  C 53.25   H 6.84   N 10.96
20  Found:          53.31     6.64     10.89

2-(4-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield: 65% of theory,
M.p.: >260°C
25  Calculated:  C 48.67   H 5.62   N 10.64
Found:          48.79     5.80     10.60

2-(2-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride-
Yield: 36% of theory,
30  M.p.: 251-253°C
Calculated:  C 48.67   H 5.62   N 10.64
Found:          48.57     5.78     10.57

BOE00147060

- 41 -

2-(3,4-Dichloro-benzylamino)-6-ethylamino-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride
Yield: 62.5% of theory,
M.p.:> 260°C

5  Calculated:   C 44.77   H 4.93   N 9.79
    Found:        44.85     4.82     9.96


6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole
     Prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-
benzthiazole at ambient temperature.

10  Yield: 33% of theory,
    M.p.: 234-235°C
    Calculated:    m/e = 238
    Found:       m/e = 238.


     6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-

15 benzthiazole prepared from 6-acetylamino-2-benzoylamino-
4,5,6,7-tetrahydro-benzthiazole at ambient temperature.


     6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole prepared from 6-acetylamino-2-propionylamino-
4,5,6,7,-tetrahydro-benzthiazole at ambient temperature.


20      6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-
4,5,6,7-tetrahydrobenzthiazole.


Example 11
6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole-

25 dihydrochloride


     Prepared from 6-acetylamino-2-ethylamino,4,5,6,7-
tetrahydro-benzthiazole analogously to Example 4.
    Yield: 45% of theory,
    M.p.: 155-158°C

30  Calculated:    C 40.00   H 6.34   N 15.55
    Found:         39.86     6.31     15.26


BOE00147061

- 42 -

The following compounds were prepared analogously to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

5    6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide.

10    Example 12
2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole are dissolved in
15    15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride are added dropwise. After standing overnight the mixture is concentrated, mixed with soda solution and extracted with chloroform. The chloroform extract is concentrated and then chromatographed
20    on silica gel (eluant: methylenechloride/methanol = 9/1). The isolated base (melting point 174°C) is dissolved in acetone and the dihydrochloride is precipitated with isopropanolic hydrochloric acid.
25    Yield: 2.8 g (49% of theory),
M.p.: 284°C (decomp.)

| | | | | |
|---|---|---|---|---|
| Calculated: | C 51.33 | H 5.65 | N 11.23 | Cl 18.94 |
| Found: | 51.51 | 5.76 | 11.32 | 18.75 |

30    Example 13
6-Acetylamino-2-amino-4,5,6,7-tetrohydro-benzthiazole

3.1 g (20 mMol) of 4-acetylamino-cyclohexanone and 6.2 g (20 mMol) of formamidine-disulfide-dihydrobromide are intimately mixed and heated in a heating bath

BOE00147062

- 43 -

at a temperature of 120 - 130°C for 2 hours with
stirring.  The mixture is then taken up in water,
made alkaline with ammonia and extracted with chloroform.
After the extracts have been dried they are concentrated
5  by evaporation, triturated with acetone and suction
filtered.
Yield: 1.8 g (42.6% of theory),
M.p.:  230°C
Calculated:   C 51.17   H 6.20   N 19.89
10  Found:         51.09     6.22     19.75


     Starting from 4-dimethylamino-cyclohexanone
the following compound was prepared analogously
to Example 13:


2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole
15  Yield: 21% of theory,
M.p.:  189-190°C
Calculated:   C 54.80   H 7.66   N 21.29
Found:         54.71     7.53     21.12


BOE00147063

– 44 –

Example I

Tablet core containing 5 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:

5  1 tablet core contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Lactose | 33.5 mg |
| Corn starch | 10.0 mg |
| Gelatine | 1,0 mg |
| 10  Magnesium stearate | 0.5 mg |
| | 50.0 mg |

Preparation

A mixture of the active substance with lactose
15 and corn starch is granulated with a·10% aqueous
gelatine solution through a screen with a mesh
size of 1 mm, dried at 40°C and again rubbed through
this screen.  The granulate thus obtained is mixed
with magnesium stearate and compressed to form
20 tablet cores.  The tablets must be prepared in
darkened rooms.

Weight of core:  50 mg
Punch:          4 mm, convex.

The tablet cores thus obtained are coated
25 by the usual method with a coating consisting essentially
of sugar and talc.  The finished coated tablets
are polished with bees wax.

Weight of coated tablet:  100 mg.

BOE00147064

- 45 -

<u>Example II</u>
<u>Drops containing 5 mg of 2-amino-6-dimethylamino-</u>
<u>4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

Composition:

5  100 ml of drops substance:

| | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisol | 0.05 g |
| Menthol | 0.06 g |
| 10  Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodiumphosphate x 2 $H_2O$ | 0.3 g |
| Sodium cyclamate | 1.0 g |
| 15  Glycerol | 15.0 g |
| Distilled water | ad  100.0 ml |

<u>Preparation</u>

    The p-hydroxybenzoates, anisol and menthol
20  are dissolved in ethanol (Solution I).
    The buffer substances, active substance and
sodium cyclamate are dissolved in distilled water
and glycerol is added (Solution II).  Solution
I is stirred into Solution II and the mixture is
25  topped up to the volume specified with distilled
water.  The finished drops solution is filtered
through a suitable filter.  The preparation and
bottling of the drops solution must be carried
out away from the light and under a protective
30  gas.

BOE00147065

- 46 -

Example III

Suppositories containing 10 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

5   1 suppository contains:
    Active substance                    10.0 mg
    Suppository mass
    (e.g. Witepsol W 45)              1 690.0 mg
                                        1 700.0 mg

10  Preparation

        The finely powdered substance is stirred
    into the molten suppository mass, cooled to 40°C,
    with an immersion homogeniser. At 35°C the mass
    is poured into slightly chilled moulds.
15  Weight of suppository: 1.7 g

    Example IV
    Ampoules containing 5 mg of 2-amino-6-dimethylamino-
    4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

20  1 Ampoule contains:
    Active substance                  5.0 mg
    Citric acid                       7.0 mg
    Sec. sodium phosphate x $2H_2O$   3.0 mg
    Sodium pyrosulphite               1.0 mg
25  Distilled water            ad.    1.0 ml

    Preparation

        The buffer substances, active substance and
    sodium pyrosulphite are successively dissolved in
30  deionised water which has been cooled under $CO_2$
    gas. The solution is made up to the volume specified
    with boiled water and filtered free from pyrogens.

BOE00147066

- 47 -

Bottling:  in brown ampoules under protective gas
Sterilisation:  20 minutes at 120°C.

     The preparation and transferring of the ampoule
solution must be carried out in darkened rooms.

5

Example: V

Coated tablets containing 1 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

     1 tablet core contains:

10  Active substance                1.0 mg
    Lactose                        35.5 mg
    Corn starch                    12.0 mg
    Gelatine                        1,0 mg
    Magnesium stearate             0.5 mg
15                                 50.0 mg


Preparation

Analogous to Example I

         Weight of core:        50 mg
20       Punch:        :        5 mm, convex
         Weight of coated tablet:  100 mg


     Obviously, instead of the compound mentioned,
all the other compounds of general formula I may
be incorporated as active substance in the Pharmaceutical
25  Examples I to V, such as 2-amino-6-n-propylamino-
    4,5,6,7-tetrahydro-benzthiazole-dihydrochloride.

BOE00147067

- 48 -

Patent Claims

1.   Tetrahydro-benzthiazoles of general formula



(I)

wherein

5     $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 6 carbon atoms, an alkenyl or alkynyl
group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon atoms
10   in the alkyl part, whilst the above mentioned phenyl
nuclei may be substituted by 1 or 2 halogen atoms,
     $R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,
     $R_3$ represents a hydrogen atom, an alkyl group
15   with 1 to 7 carbon atoms, a cycloalkyl group having
3 to 7 carbon atoms, an alkenyl or alkynyl group
having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
20   whilst the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms,
     $R_4$ represents a hydrogen atom, an alkyl group
with 1 to 4 carbon atoms, an alkenyl or alkynyl group
having 3 to 6 carbon atoms or
25       $R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, the enantiomers
thereof, and the acid addition salts thereof.

BOE00147066

- 49 -

2.    Tetrahydro-benzthiazoles of general formula I
as claimed in claim 1 wherein the

$$\begin{array}{c} R_3 \\ \diagdown \\ N- \\ \diagup \\ R_4 \end{array}$$

group is in the 5 or 6-position, the enantiomers
thereof, and the acid addition salts thereof.

3.    Tetrahydro-benzthiazoles of general formula



(Ia)

10    wherein

$R_1$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms, an allyl, benzyl, 2-
chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl
or phenylethyl group,

15    $R_2$ represents a hydrogen atom, a methyl or
ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group
with 1 to 6 carbon atoms, an allyl, propargyl,
benzyl, chlorobenzyl, phenylethyl, cyclopentyl

20 or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms or an allyl group or
$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,

25 hexamethyleneimino or morpholino group, the enantiomers
thereof and the acid addition salts thereof.

4.    Tetrahydro-benzthiazoles of general formula

- 50 -

Ia as claimed in claim 3, wherein the



5  group is in the 6-position, the enantiomers thereof,
and the acid addition salts thereof.

5.     Tetrahydro-benzthiazoles of general formula
Ia as claimed in claim 3, wherein

10        $R_1$ and $R_2$ together with the nitrogen atom
between them represent an amino or allylamino group and
        $R_3$ and $R_4$ together with the nitrogen atom
between them represent a diethylamino, diethylamino,
N-allyl-N-(4-chloro-benzyl)-amino, n-propylamino

15  or pyrrolidono group, the enantiomers thereof and
the acid addition salts thereof.

6.     2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the acid
addition salts thereof.

20  7.     2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the acid
addition salts thereof.

8.     Physiologically acceptable acid addition
salts with inorganic or organic acids of the compounds

25  as claimed in claims 1 to 7.

9.     Pharmaceutical compositions containing as
active substance a compound as claimed in claims
3 to 7 or a physiologically acceptable acid addition
salt as claimed in claim 8 optionally together

30  with one or more inert carriers and/or diluents.

10.     Use of a compound as claimed in claims 3
to 7 or a physiologically acid addition salt as
claimed in claim 8 for treating central nervous
neuro-psychiatric diseases and/or for treating

35  circulatory disorders.

11.     Use of a compound as claimed in claims 3 to 7
or a physiologically acceptable acid addition salt as

BOE00147070

- 51 -

claimed in claim 8 for the treatment of Parkinson's
disease or Parkinsonism.

12.   Process for preparing a pharmaceutical composition,
characterised in that a compound as claimed in

5  claims 3 to 7 or a physiologically acceptable acid
addition salt as claimed in claim 8 is incorporated
in one or more inert carriers and/or diluents
by a non-chemical method.

13.   Process for preparing the tetrahydro-benzthiazoles

10 as claimed in claims 1 to 8, characterised in that

a)    a cyclohexanone of general formula

$$R_3 \diagdown \atop R_4 \diagup N \text{---} \underset{X}{\overset{O}{\bigcirc}} \qquad (II)$$

wherein

$R_3$ and $R_4$ are defined as in claims 1 to 7

15 and

X represents a nucleophilically exchangeable
group such as a halogen atom, e.g. a chlorine or
bromine atom,

with a thiourea of general formula

$$\underset{H_2N - C - N}{\overset{S}{\diagup}} \overset{R_1}{\underset{R_2}{\diagdown}} \qquad (III)$$

20

wherein

BOE00147071

– 52 –

$R_1$ and $R_2$ are defined as in claims 1 to 7,
or
b)    a compound of general formula

$$R_3 \diagdown \atop R_4 \diagup N - \text{(cyclohexanone)} = O \qquad \text{(IV)}$$

5 wherein
$R_3$ and $R_4$ are defined as in claims 1 to 7,
in reacting with a formamidine disulphide of general
formula

$$R_2\text{-N} \overset{R_1}{\underset{H_2N^+}{\diagup}} C - S - S - C \overset{N-R_2}{\underset{^+NH_2}{\diagup}} \overset{R_1}{} \qquad 2\ Y^- \qquad \text{(V)}$$

10 wherein
$R_1$ and $R_2$ are defined as in claims 1 to 7
and
$Y^-$ represents an anion of an inorganic or
organic acid, or
15 c)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents a hydrogen atom, a protecting
group is split off from a compound of general formula

BOE00147072

- 53 -



(VI)

wherein at least one of the groups $R_1'$, $R_2'$, $R_3'$
or $R_4'$ represents a protecting group for an amino
5  group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl
group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with
the nitrogen atom between them represent an imido
group, e.g. the phthalimido group, and
10      the remaining groups $R_1$, $R_2$, $R_3$ or $R_4$ have
the meanings given for $R_1$ to $R_4$ in claims 1 to
7, with the exception of the acyl groups mentioned
in claims 1 and 2, or
d)      in order to prepare compounds of general
15  formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl or phenylalkyl groups mentioned in claims
1 to 7,
        a compound of general formula

20



VII

wherein at least one of the groups $R_1''$, $R_2''$, $R_3''$

BOE00147073

- 54 -

or $R_4{}''$ represents one of the acyl or phenylacyl
groups mentioned in claims 1 and 2 and
    the other groups have the meanings given
for $R_1$, $R_2$, $R_3$ and $R_4$ in claims 1 to 7,

5        is reduced with a metal hydride in a solvent
or
e)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,

10   alkenyl, alkynyl or phenylalkyl groups mentioned
in claims 1 to 7,
    a compound of general formula



(VIII)

wherein

15       at least one of the groups $R_1{}'''$, $R_2{}'''$, $R_3{}'''$
or $R_4{}'''$ represents a hydrogen atom and the other
groups $R_1{}'''$, $R_2{}'''$, $R_3{}'''$ or $R_4{}'''$ have the meanings
given for $R_1$ to $R_4$ in claims 1 to 7 is reacted
with a compound of general formula

20                    $R_5 - Z$                    (IX)

wherein $R_5$ represents one of the alkyl, cycloalkyl,
alkenyl, alkynyl or phenylalkyl groups mentioned
for $R_1$ to $R_4$ in claims 1 to 7 and
    Z represents a nucleophilically exchangeable

25   group such as a halogen atom or a sulphonic acid
group, e.g. a chlorine, bromine or iodine atom,
a methoxysulphonyloxy or p-toluenesulphonyloxy group,

BOE00147074

- 55 -

or Z together with an adjacent hydrogen of the
group $R_5$ represents an oxygen,

and subsequently if desired, a compound of
general formula I thus obtained wherein at least
5   one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a
hydrogen atom, is converted by a suitable acylation
into a corresponding compound of general formula
I wherein at least one of the groups $R_1$, $R_2$, $R_3$
or $R_4$ represents one of the acyl groups mentioned
10  in claims 1 and 2, or

a compound of general formula I thus obtained
which contains at least one chiral centre is resolved
into its enantiomers or

a compound of general formula I thus obtained
15  is converted into the acid addition salts thereof,
particularly the physiologically acceptable acid
addition salts with organic or inorganic acids.

14.   Process as claimed in claim 13, characterised
in that the reaction is carried out in a solvent.

20  15.   Process as claimed in claims 13a and 14,
characterised in that the reaction is carried out
at temperatures of between 0 and 150°C, preferably
at temperatures of between 20 and 100°C.

16.   Process as claimed in claims 13b and 14,
25  characterised in that the reaction is carried out
at temperatures of between 50 and 200°C, preferably
at temperatures of between 70 and 150°C.

17.   Process as claimed in claims 13c and 14,
characterised in that the splitting off of a protecting
30  group is carried out by hydrolysis in the presence
of a base or acid.

18.   Process as claimed in claims 13c, 14 and
17, characterised in that the reaction is carried
out at temperatures of between 50 and 150°C.

35  19.   Process as claimed in claims 13d and 14,
characterised in that the reduction is carried
out with lithium aluminium hydride.

BOE00147075

– 56 –

20.    Process as claimed in claims 13d, 14 and
19, characterised in that the reduction is carried
out at temperatures of between 0 and 100°C, preferably
at temperatures of between 20 and 80°C.

5    21.    Process as claimed in claims 13e and 14,
characterised in that, if X represents a nucleophilically
exchangeable group, the reaction is carried out
at temperatures of between -10 and 50°C, preferably
at temperatures of between 0 and 30°C.

10    22.    Process as claimed in claim 21, characterised
in that the reaction is carried out in the presence
of a base.

23.    Process as claimed in claims 13e and 14,
characterised in that, if the reaction is carried
15    out with a carbonyl compound of general formula
IX, it is carried out in the presence of a complex
metal hydride at temperature of between 0 and 50°C,
preferably at ambient temperature.

24.    Process as claimed in claim 23, characterised
20    in that sodiumborohydride or sodiumcyanoborohydride
, is used as the complex metal hydride.

BOE00147076

– 57 –

## Abstract

This invention relates to new tetrahydro-
benzthiazoles of general formula

$$R_3 \!-\! N(R_4) \cdots N \cdots N(R_1)(R_2) \quad \text{(I)}$$

wherein

$R_1$ represents a hydrogen atom, an alkyl group,
an alkenyl or alkynyl group, an alkanoyl group,
a phenyl alkyl or phenyl alkanoyl group, whilst
the above mentioned phenyl nuclei may each be substituted
by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl
group,

$R_3$ represents a hydrogen atom, an alkyl group
a cycloalkyl group, an alkenyl or alkynyl group,
an alkanoyl group, a phenyl alkyl or phenyl alkanoyl
group, whilst the phenyl nucleus may be substituted
by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group,
an alkyl or alkenyl group, or

$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, the enantiomers
and the acid addition salts thereof.

The compounds of general formula I above
in which one of the groups $R_1$ or $R_3$ or both groups
$R_1$ and $R_3$ represent an acyl group are valuable intermediate
products for preparing the other compounds of general
formula I which have valuable pharmacological properties,

BOE00147077

- 58 -

particularly an effect on the central nervous system
and/or the circulation.

The new compounds may be prepared using methods
known per se.

ROE00147078

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die Dr. Karl Thomae GmbH in 7950 Biberach hat eine Patent-
anmeldung unter der Bezeichnung

    "Tetrahydro-benzthiazole, deren Herstellung und
    deren Verwendung als Zwischenprodukte oder als
    Arzneimittel"

am 22. Dezember 1984 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wieder-
gabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizu-
fügen, aber kein Bestandteil der Anmeldung ist, stimmt mit
dem am 22. Dezember 1984 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole C 07 D 277/82, C 07 D 417/04, A 61 K 31/425,
A 61 K 31/445 und A 61 K 31/55 der Internationalen Patent-
klassifikation erhalten.

> **EXHIBIT 53**

Aktenzeichen 34 47 075.1

München, den  31. Oktober 1985
Der Präsident des Deutschen Patentamts
im Auftrag

3163

BARR028267

COMMONWEALTH OF AUSTRALIA

PATENTS ACT 1952-1969


IN THE MATTER of a

Patent Application

by Dr Karl Thomae GmbH


VERIFICATION OF TRANSLATION

Patent Application No.: 51544/85

I, JANE ROBERTA MANN, B.A., of Frank B. Dehn &
Co., Imperial House, 15-19 Kingsway, London WC2B 6UZ,
am the translator of the documents attached and
I state that the following is a true translation
to the best of my knowledge and belief.

Signature of translator _JaneMann_____

Dated: 26th February 1986

BARR028268