FEDERAL REPUBLIC OF GERMANY

Certificate

Dr. Kark Thomae GmbH of 7950 Biberach filed a patent application entitled:

"Tetrahydro-benzthiazoles, the preparation
thereof and their use as intermediate
products or as pharmaceuticals"

on 22nd December 1984 at the German Patent Office.

The attached papers are a true and exact copy of
the original documents of this patent application.

The attached Abstract, which is to accompany the
application but is not part of the application, agrees
with the original filed on 22nd December 1984.

In the German Patent Office the application has
provisionally been given the symbols

of the International Patent Classification.

Munich, 31st October 1985
p.p. The President of the German Patent Office
(signed)
Huber

File number:
P 34 47 075.1

BARR028269

- 1 -

14M149-340T

DR. KARL THOMAE GMBH                    Case 5/920 +
D-7950 Biberach 1                      Dr.Fl./Kp.


### Tetrahydro-benzthiazoles, the preparation thereof and their use as intermediate products or as pharmaceuticals

This invention relates to new tetrahydro-benzthiazoles of general formula



the enantiomers and acid addition salts thereof,
5  particularly the physiologically acceptable acid
addition salts thereof with inorganic or organic
acids, and processes for preparing them.

If in general formula I one of the groups
$R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent
10  an acyl group, these compounds of general formula
I are valuable intermediate products for preparing
the other compounds of general formula I which
have valuable pharmacological properties, particularly
an effect on the central nervous system and/or
15  the circulation.

In general formula I above
$R_1$ represents a hydrogen atom, an alkyl group
having 1 to 6 carbon atoms, an alkenyl or alkynyl

BARR028270

- 2 -

group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon atoms
in the alkyl part,

5        $R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,

        $R_3$ represents a hydrogen atom, an alkyl group
with 1 to 7 carbon atoms, a cycloalkyl group having
3 to 7 carbon atoms, an alkenyl or alkynyl group

10  having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
whilst the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms,

15        $R_4$ represents a hydrogen atom, an alkyl group
with 1 to 4 carbon atoms, an alkenyl or alkynyl
group having 3 to 6 carbon atoms or

        $R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,

20  hexamethyleneimino or morpholino group.

        Preferred compounds of general formula I
above are those wherein the group

25


is in the 5 or 6-position.

        As examples of the definitions of the groups

30


BARR028271

- 3 -

the 

group represents an amino, methylamino, ethylamino,
5  n-propylamino, isopropylamino, n-butylamino, isobutyl-
amino, tert.butylamino, n-pentylamino, isoamylamino,
n-hexylamino, dimethylamino, diethylamino, di-n-
propylamino, di-n-butylamino, methyl-ethylamino,
methyl-n-propylamino, methyl-isopropylamino, ethyl-
10  isopropylamino, allylamino, buten-2-ylamino, hexen-
2-ylamino, N-methyl-allylamino, N-ethyl-allylamino,
N-n-propyl-allylamino, N-n-butyl-allylamino, propargyl-
amino, N-methyl-propargylamino, N-n-propyl-propargyl-
amino, formylamino, acetylamino, propionylamino,
15  butanoylamino, hexanoylamino, N-methyl-acetylamino,
N-allyl-acetylamino, N-propargyl-acetylamino, benzylamino,
N-methyl-benzylamino, 1-phenylethylamino, 2-phenylethyl-
amino, 3-phenyl-n-propylamino, benzoylamino, phenacetyl-
amino or 2-phenylpropionylamino group and

20

the group 

may represent an amino, methylamino, ethylamino,
n-propylamino, isopropylamino, n-butylamino, isobutyl-
25  amino, tert.butylamino, n-pentylamino, isoamylamino,
n-hexylamino, n-heptylamino, dimethylamino, diethylamino,
di-n-propylamino, Di-n-butylamino, methyl-ethylamino,
methyl-n-propylamino, methyl-isopropylamino, ethyl-
isopropylamino, allylamino, buten-2-ylamino, hexen-
30  2-ylamino, diallylamino, N-methyl-allylamino, N-
ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-
allylamino, propargylamino, butin-2-ylamino, hexin-
2-ylamino, dipropargylamino, N-methyl-propargylamino,

BARR028272

- 4 -

N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino, cyclopentylamino, cyclohexylamino, cycloheptylamino, N-methyl cyclohexylamino, N-ethyl-cyclohexylamino, formylamino, acetylamino, propionylamino, butanoylamino,
5  pentanoylamino, hexanoylamino, heptanoylamino, N-methyl-acetylamino, N-ethyl-acetylamino, N-n-propyl-acetylamino, N-allyl-acetylamino, benzoylamino, fluorobenzoylamino, chlorobenzoylamino, bromobenzoylamino, phenylacetamino, 2-phenylpropionylamino, N-methyl-
10  benzoylamino, N-ethyl-chlorobenzoylamino, Dichlorobenzoyl-amino, N-cyclohexyl-acetylamino, benzylamino, chloro-benzylamino, bromobenzylamino, 1-phenylethylamino, 2-phenylethylamino, 2-phenyl-n-propylamino, 3-phenyl-n-propylamino, N-methyl-benzylamino, N-ethyl-benzylamino,
15  N-ethyl-chlorobenzylamino, N-ethyl-2-phenylethylamino, N-acetyl-benzylamino, N-acetyl-chlorobenzylamino, N-allyl-benzylamino, N-allyl-chlorobenzylamino, pyrrolidino, piperidino, hexamethyleneimino or morpholino group.
20      Particularly preferred compounds of general formula I are, however, the compounds of general formula Ia

$$R_3 \diagdown N- \left[ \right. \text{(bicyclic ring)} \left. \right] N \diagup R_1 \quad (Ia)$$
$$R_4 \diagup \qquad\qquad\qquad\qquad R_2$$

wherein
25      $R_1$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl or phenylethyl group,
        $R_2$ represents a hydrogen atom, a methyl or

BARR028273

- 5 -

ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group
with 1 to 6 carbon atoms, an allyl, propargyl,
benzyl, chlorobenzyl, phenylethyl, cyclopentyl
5 or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
10 hexamethyleneimino or morpholino group, but particularly
the compounds wherein the group

$$R_3 \diagdown \atop R_4 \diagup N-$$

15 is in the 6-position; and the acid addition salts
thereof, particularly the physiologically acceptable
acid addition salts.

According to the invention the new compounds
are obtained by the following methods:

20 a)    Reacting a cyclohexanone of general formula



(II)

wherein
$R_3$ and $R_4$ are as hereinbefore defined and
X represents a nucleophilically exchangeable
25 group such as a halogen atom, e.g. a chlorine or
bromine atom,

BARR028274

- 6 -

with a thiourea of general formula

$$H_2N - \overset{\overset{\displaystyle S}{\|}}{C} - N \overset{R_1}{\underset{R_2}{}} \qquad \text{(III)}$$

wherein

$R_1$ and $R_2$ are as hereinbefore defined.

5    The reaction is carried out in a melt or in a solvent or mixture of solvents such as water, ethanol, water/ethanol, pyridine, dioxan, dioxan/water, glacial acetic acid, tetrahydrofuran or dimethylformamide, conveniently at temperatures of between 0 and 150°C,

10    preferably at temperatures of between 20 and 100°C and optionally in the presence of a base, e.g. sodium hydroxide solution, sodium acetate, pyridine, triethylamine or N-ethyl-diisopropylamine. The compounds of general formula II used as starting

15    materials need not be isolated.

b)    Reacting a compound of general formula

$$\overset{R_3}{\underset{R_4}{}} N \underline{\quad\quad} \overset{O}{\bigcirc} \qquad \text{(IV)}$$

wherein

$R_3$ and $R_4$ are as hereinbefore defined, with

20    a formamidine disulfide of general formula

BARR028275

- 7 -

$$R_2-\underset{\underset{H_2N^+}{\overset{R_1}{|}}}{N} = C - S - S - C \underset{\underset{^+NH_2}{}}{\overset{\overset{R_1}{|}}{N-R_2}} \qquad 2\ Y^- \qquad (V)$$

wherein

5      $R_1$ and $R_2$ are as hereinbefore defined and
$Y^-$ represents an anion of an inorganic or
organic acid.

The reaction is preferably carried out in
a melt or in a high-boiling solvent such as glycol,
dimethylformamide, diphenylether or dichlorobenzene,
10   conveniently at temperatures of between 25 and
200°C, preferably at temperatures of between 70
and 150°C.

c)    In order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
15   $R_2$, $R_3$ or $R_4$ represents a hydrogen atom;
splitting off a protecting group from a compound
of general formula

$$R_3'\!\!\diagdown_{R_4'}\!\!N - \Big\langle\!\!\!\Big\rangle\!\!\begin{array}{c}N\\ \\ S\end{array}\!\!\Big\rangle - N\!\!\diagup^{R_1'}_{R_2'} \qquad\qquad (VI)$$

wherein

20      at least one of the groups $R_1'$, $R_2'$, $R_3'$

BARR028276

– 8 –

or $R_4'$ represents a protecting group for an amino
group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl
group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with

5   the nitrogen atom between them represent an imido
group, e.g. the phthalimido group, and
    the other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the
meanings given for $R_1$ to $R_4$ hereinbefore, with
the exception of the acyl groups mentioned hereinbefore.

10       The splitting off of a protecting group is
preferably carried out by hydrolysis in the presence
of a base such as sodium hydroxide solution or
potassium hydroxide solution or in the presence
of an acid such as hydrochloric or sulphuric acid

15   in an aqueous solvent such as water/ethanol, water/dioxan
or water/tetrahydrofuran at temperatures of between
50 and 150°C, preferably at the boiling temperature
of the reaction mixture. An imido group such as
the phthalimido group used as a protecting group

20   is preferably split off with hydrazine in a solvent
such as water, water/ethanol or water/dioxan at
the boiling temperature of the solvent used.

    d)    In order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,

25   $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned
alkyl, cycloalkyl, alkenyl or phenylalkyl group:
    Reduction of a compound of general formula



VII

BARR028277

- 9 -

wherein

at least one of the groups $R_1''$, $R_2''$, $R_3''$ or $R_4''$ represents one of the acyl or phenylacyl groups mentioned hereinbefore and

5      the other groups have the meanings given for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore,

with a metal hydride in a solvent.

The reduction is carried out in a suitable solvent such as diethylether, tetrahydrofuran,

10 glycoldimethylether or dioxan with a metal hydride, e.g. with a complex metal hydride such as lithium aluminium hydride, at temperatures of between 0 and 100°C, but preferably at temperatures of between 20 and 80°C.

15      In order to prepare compounds of general formula I wherein one of the groups $R_3$ or $R_4$ represents one of the acyl groups mentioned hereinbefore, it is particularly advantageous to carry out the reaction with lithium aluminium hydride at temperatures

20 of between 0 and 30°C, preferably at ambient temperature.

e)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned

25 hereinbefore:

Reacting a compound of general formula



(VIII)

wherein

- 10 -

at least one of the groups $R_1\text{"'}$, $R_2\text{"'}$, $R_3\text{"'}$
or $R_4\text{"'}$ represents a hydrogen atom and the other
groups $R_1\text{"'}$, $R_2\text{"'}$, $R_3\text{"'}$ or $R_4\text{"'}$ have the meanings
given for $R_1$ to $R_4$ hereinbefore,

5      with a compound of general formula

$$R_5 - Z \qquad\qquad\qquad (IX)$$

wherein

$R_5$ represents one of the alkyl, cycloalkyl,
alkenyl, alkinyl or phenylalkyl groups mentioned
10  for $R_1$ to $R_4$ hereinbefore and Z represents a nucleophili-
cally exchangeable group such as a halogen atom
or a sulfonic acid group, e.g. a chlorine, bromine
or iodine atom, a methoxysulfonyloxy or p-toluene-
sulfonyloxy group; or Z together with an adjacent
15  hydrogen of the group $R_5$ represents an oxygen.

The reaction is carried out in a solvent
such as water, methanol, ethanol, tetrahydrofuran,
dioxan, acetone, acetonitrile or dimethylsulfoxide
with an alkylating agent such as methyliodide,
20  dimethylsulfate, ethylbromide, diethylsulfate, allyliodide,
benzylbromide, 2-phenylethylbromide or methyl-p-
toluenesulfonate, optionally in the presence of
a base such as sodium hydroxide solution, potassium
carbonate, sodium hydride, potassium-tert.butoxide
25  or triethylamine, conveniently at temperatures
of between -10 and 50°C, but preferably at temperatures
of between 0 and 30°C. However, the reaction may
also be carried out without a solvent.

Alkylation of the nitrogen atom may also
30  be effected using formaldehyde/formic acid at elevated
temperatures, e.g. at the boiling temperature of
the reaction mixture, or with a corresponding carbonyl
compound and a complex metal hydride such as sodium-
borohydride or sodiumcyanoborohydride in a solvent

BARR028279

- 11 -

such as water/methanol, ethanol, ethanol/water,
dimethylformamide or tetrahydrofuran at temperatures
of between 0 and 50°C, but preferably at ambient
temperature.

5        If according to the invention a compound
of general formula I is obtained wherein at least
one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a
hydrogen atom, this may be converted by corresponding
acylation into a corresponding compound of general
10    formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the acyl groups
mentioned herein before.

The subsequent acylation is appropriately
carried out in a solvent such as methylene chloride,
15    chloroform, carbontetrachloride, ether, tetrahydrofuran,
dioxan, glacial acetic acid, benzene, toluene,
acetonitrile or dimethylformamide, optionally in
the presence of an acid-activating agent or a dehydrating
agent, e.g. in the presence of ethyl chloroformate,
20    thionylchloride, N,N-dicyclohexylcarbodiimide,
N,N'-dicyclohexylcarbodiimide/N-hydroxysuccinimide,
N,N'-carbonyldiimidazole or N,N'-thionyldiimidazole
or triphenylphosphine/carbontetrachloride, or an
agent which activates the amino group, e.g. phosphorus
25    trichloride, and optionally in the presence of
an inorganic base such as sodium carbonate or a
tertiary organic base such as triethylamine or
pyridine, which may simultaneously be used as solvent,
at temperatures of between -25°C and 250°C, but
30    preferably at temperature of between -10°C and
the boiling temperature of the solvent used. The
reaction may also be carried out without a solvent
and furthermore any water formed during the reaction
may be removed by azeotropic distillation, e.g.
35    by heating with toluene using a water separator,
or by adding a drying agent such as magnesium sulphate
or molecular sieve.

BARR028280

- 12 -

The compounds of general formula I which
have at least one chiral centre can be resolved
into their enantiomers by conventional methods,
e.g. by column chromatography on a chiral phase,
5   by fractional distillation of the diastereomeric
salts or by column chromatography of their conjugates
with optically active auxiliary acids such as tartaric
acid, O,O-dibenzoyl-tartaric acid, camphor acid,
camphorsulfonic acid or $\alpha$-methoxy-phenylacetic
10  acid.

The compounds may also be converted into
the acid addition salts thereof, particularly the
physiologically acceptable acid addition salts
with inorganic or organic acids. Suitable acids
15  for this include, for example, hydrochloric, hydrobromic,
sulfuric, phosphoric, lactic, citric, tartaric,
succinic, maleic or fumaric acid.

The compounds of general formulae II to IX
used as starting materials are known from the literature
20  in some cases or may be obtained using methods
known from the literature.

Thus, for example, a compound of general
formula II is obtained by halogenation of the corresponding
cyclohexanone, which is in turn prepared by oxidation
25  of the corresponding cyclohexanol and optional
subsequent alkylation and/or acylation.

The compounds of general formulae VI, VII
and VIII used as starting materials are obtained
by condensation of a corresponding $\alpha$-bromo-cyclohexanone
30  with a correponding thiourea.

As already mentioned hereinbefore, the compounds
of general formula I wherein at least one of the
groups $R_1$ to $R_4$ represents one of the acyl groups
mentioned above are valuable intermediate products
35  for preparing the compounds of general formula
I wherein $R_1$ to $R_4$ have the meanings given to $R_1$
to $R_4$ hereinbefore, with the exception of the acyl

BARR028281

- 13 -

groups referred to hereinbefore. These compounds
and the physiologically acceptable acid addition
salts thereof have valuable pharmacological properties,
particularly an effect on blood pressure, a heart
5    rate-lowering effect and an effect on the central
nervous system, particularly a stimulant effect
on the dopamine receptors.

For example, therefore, in order to investigate
the effect on presynaptic dopamine receptors, the
10    following compounds

A =    2-amino-6-dimethylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

B =    2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

15    C =    2-amino-6-n-propylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

D =    2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride,

E =    6-[N-allyl-N-(4-chloro-benzyl)-amino]-2-amino-
20    4,5,6,7-tetrahydro-benzthiazol-dihydrochloride
       and

F =    2-amino-6-diallylamino-4,5,6,7-tetrahydro-
       benzthiazol-dihydrochloride

were tested first for their effect on the exploratory
25    activity of mice and then, after any effect on
postsynaptic dopamine receptors had been clarified
(motility in animals pretreated with reserpine),
the effect on dopamine turnover and dopamine synthesis
was determined as follows:

BARR028282

- 14 -

1.    Inhibition of the exploratory activity

The activity was measured in observation
cages fitted with an infra-red light barrier.
The frequency of interruption of the light beam
5   by a group of 5 mice within 5 minutes.  Groups
of 5 animals are given the test substance, unless
otherwise specified, in a dosage of 10 mg/kg by
subcutaneous injection.  One hour later the animals
are moved into the observation cages where their
10  exploratory activity over a period of 5 minutes
is immediately measured.  In parallel or alternately
with groups treated with test substance, control
groups treated with common salt are investigated
(0.9% solution; 0.1 ml/10 g of body weight by subcutaneous
15  route)..

The results are assembled in the following
table:

| Substance | Dosage[1] (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|---|---|---|
| A | 2.7 | 50 |
| B | 10.0 | 94 |
| C | 10.0 | 20* |
| D | 10.0 | 76* |
| E | 10.0 | 56* |
| F | 10.0 | 60* |

\*    measurement of exploration: 75 minutes after
administration of the substance

1)   read off from the dosage/activity curve in
the range from 1-10 mg/kg subcutaneously

BARR028283

- 15 -

## 2. Determining the inhibition of dopamine turnover

The inhibition of dopamine turnover was measured in mice. In animals treated with α-methylparatyrosine (AMPT) (250 mg/kg by intraperitoneal route) 15 minutes into the experiment, the dopamine concentration throughout the brain decreases as the test progresses. By administering substances which act on autoreceptors, the dopamine reduction (compared with control animals treated with common salt solution) can be prevented. Test substances are administered at time 0 of the experiment in a dosage of 5 mg/kg s.c., unless otherwise stated. Four hours and 15 minutes into the experiment the animals are killed and the brains are subjected to dopamine determination using high pressure liquid chromatography with electrochemical detection. This determines the percentage inhibition, caused by the test substance, of the dopamine reduction induced by AMPT.

| Substance | Dosage[1] (mg/kg s.c.) | % inhibition of AMPT effect |
|-----------|------------------------|------------------------------|
| A | 0.95 | 50 |
| B | 5 | 67 |
| D | 5 | 52 |
| E | 5 | 32 |

1) read off from the dosage/activity curve in the range from 0.5-3 mg/kg s.c.

## 3. Determining the inhibiton of dopamine synthesis

For this purpose, 5 animals are given the test substance in a dosage of 10 mg/kg s.c., unless

BARR028284

- 16 -

otherwise stated. After 5 minutes, 750 mg/kg of
-butyrolactone are administered by intraperitoneal
route in order to rule out the effect of postsynaptic
feed back loops on the rate of dopamine synthesis
5   by blocking the presynaptic impulse line. This
results in a considerable increase in the synthesis
of DOPA or dopamine. In order to inhibit the decarboxyl-
ation of DOPA, 200 mg/kg of 3-hydroxybenzyl-hydrazin-
hydrochloride are administered by intraperitoneal
10  route after a further 5 minutes. Forty minutes
after administration of the substance the animals
are killed and the corpus striatum is prepared.
The DOPA content is measured by HPLC with electrochemical
detection (standard: dihydroxybenzylamine).
15      The percentage inhibition, produced by the
test substance, of the DOPA accumulation stimulated
by -butyrolactone compared with the controlled
animals treated with 0.9% common salt solution
is determined.
20      The results of this experiment are shown
in the following table:

|   | Substance | Dosage[1] (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|---|-----------|------------------------|---------------------------------------------------------------------------------------------|
| 25 |           |                        |                                                                                             |
| 30 | A         | 0.55                   | 50                                                                                          |
|    | C         | 10                     | 60                                                                                          |

1)   read off from the dosage/activity curve in
the range from 0.1-1.0 mg/kg by subcutaneous
35   route.

BARR028285

- 17 -

Moreover, the compounds prepared according to the invention are largely non-toxic. Thus, when the substances were tested in mice at dosages of between 27 and 50 mg/kg s.c., no deaths were recorded.

In view of their pharmacological properties, the compounds of general formula I prepared according to the invention and the physiologically acceptable acid addition salts thereof are suitable for the treatment of central nervous, neuropsychiatric diseases, particularly schizophrenia, for the treatment of Parkinsonism and/or for treating circulatory disorders, particularly hypertension.

For pharmaceutical use, the new compounds and the physiologically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules. The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

BARR028286

- 18 -

Example A

4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

     75.8 g (0.5 Mol) of 4-amino-cyclohexanol-
hydrochloride are dissolved in 60 ml of water and,
5  after the addition of 36 g (0.26 Mol) of potassium
carbonate and 500 ml of toluene, boiled with a
water separator until the separation of water has
ended.  Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde
are slowly added with further boiling using the
10  water separator.  After the calculated quantity
of water has been separated, the residue is added
to water and the toluene phase is separated off
and concentrated.  The concentration residue is
dissolved in 500 ml of ethanol and 19 g (0.5 Mol)
15  of sodium borohydride are added in batches with
stirring.  After standing overnight, the mixture
is concentrated, mixed with water and extracted
with chloroform.  After drying and concentrating
the extracts, the residue is recrystallised from
20  ethyl acetate.

Yield:  93.4 g (78% of theory),

M.p.: 103-104°C

Calculated: C 65.12  H 7.57  N 5.84  Cl 14.79

Found:         65.21    7.68   5.93   14.65

25     The following compound was prepared analogously
to Example A using propionaldehyde:

4-n-propylamino-cyclohexanol

Yield:  12.4% of theory,

M.p.:  <20°C

30  Calculated:  m/e = 157

Found:      m/e = 157

Example B

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

35     7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-
amino]-cyclohexanol are dissolved in 30 ml of dimethyl-
formamide, and after the addition of 2.2 g (16 mMol)

BARR028287

- 19 -

of potassium carbonate, 4.26 g (30 mMol) of methyliodide
are added dropwise. When the slightly exothermic
reaction has ended, the mixture is concentrated
by evaporation, mixed with water and extracted with
5   chloroform. The concentrated extracts are chromatographed
on silica gel to purify them (eluant; methylene
chloride/methanol = 20/1).
Yield: 3.3 g (43.4% of theory),
M.p.: 74-75°C
10  Calculated: C 66.26  H 7.94  N 5.52  Cl 13.97
Found:        66.36    7.95    5.46     13.81

The following compounds were prepared analogously
to Example B:

15  4-Hexamethyleneimino-cyclohexanol
Prepared from 4-amino-cyclohexanol and 1,6-
dibromohexane.
Yield: 47.3% of theory,
M.p.: <20°C
20  Calculated: m/e = 197
Found:      m/e = 197.

4-Diallylamino-cyclohexanol

Prepared from 4-amino-cyclohexanol and allylbromide.
25  Yield: 51% of theory,
M.p.: <20°C
Calculated: m/e = 195
Found:      m/e = 195.

30  4-Piperidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,5-
dibromopentane.
Yield: 65.8% of theory,
M.p.: <20°C

BARR028288

- 20 -

Calculated:  m/e = 183
Found:        m/e = 183.

4-Pyrrolidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,4-dibromo-butane.
Yield:  35.8% of theory,
M.p.:   <20°C
Calculated:  m/e = 169
Found:        m/e = 169.

Example C
4-Diethylamino-cyclohexanol

28.75 g (0.25 Mol) of 4-amino-cyclohexanol are dissolved in 150 ml of water, with the addition of 20 g (0.5 Mol) of sodium hydroxide and then 65.6 ml (0.5 Mol) of diethylsulfate are added dropwise. The mixture then heats up to 65°C. It is stirred for an hour at 70°C, then poured onto ice and extracted with chloroform.
Yield:  18.2 g (42.5% of theory,
M.p.:   <20°C
Calculated:  m/e = 171
Found:        m/e = 171.

Example D
4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone

23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-amino]-cyclohexanol are suspended in 125 ml of ice water and 32 ml of concentrated sulphuric acid are added.  Then 29.4 g (0.1 Mol) of potassium dichromate are added in 2 batches and the mixture is heated for 5 hours at 50°C.  It is then cooled, made alkaline with sodium hydroxide solution and

BARR028289

- 21 -

extracted with chloroform.  After concentration,
a yellowish oily liquid is obtained.
Yield:  8.2 g (34% of theory,
M.p.:   <20°C
5  Calculated:  m/e = 237/239
Found:      m/e = 237/239.


        The following compounds were prepared analogously
to Example D:

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

10  Yield:  38% of theory,
M.p.:   <20°C
Calculated:  m/e = 251/253
Found:      m/e = 251/253.

4-Diallylamino-cyclohexanone

15  Yield:  21% of theory,
M.p.:   <20°C
Calculated:  m/e = 193
Found:      m/e = 193.

4-Piperidino-cyclohexanone

20  Yield:  22.2% of theory,
M.p.:   <20°C
Calculated:  m/e = 181
Found:      m/e = 181.

4-Pyrrolidino-cyclohexanone

25  Yield:  45.1% of theory,
M.p.:   <20°C
Calculated:  m/e = 167
Found:      m/e = 167.

BARR028290

- 22 -

4-Diethylamino-cyclohexanone

Yield:  49.7% of theory,
M.p.:   <20°C
Calculated:  m/e = 169
5  Found:       m/e = 169.

4-n-Propylamino-cyclohexanone

Yield:  33% of theory,
M.p.:   <20°C
Calculated:  m/e = 155
10  Found:       m/e = 155.

Example E
4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

    8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-
15  amino]-cyclohexanone are dissolved in 50 ml of
absolute dimethylformamide and, after the addition
of 2.6 g (18.7 mMol) of potassium carbonate, 5.0 g
(35 mMol) of methyliodide are added dropwise at
25-30°C. After standing overnight the mixture
20  is concentrated, mixed with water and extracted
with chloroform. The extracts are dried and concentrated.
Yield:  8.1 g (93% of theory,
M.p.:   <20°C
Calculated:  m/e = 251/253
25  Found:       m/e = 251/253.

    The following compounds were prepared analogously
to Example E:

4-[N-Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone

Yield:  70.7% of theory,
30  M.p.:   <20°C

BARR028291

- 23 -

Calculated:    m/e = 277/279
Found:         m/e = 277/279.


4-[N-(4-Chloro-benzyl)-ethylamino]-cyclohexanone

Yield:   30% of theory,
M.p.:    < 20°C
Calculated:    m/e = 265/267
Found:         m/e = 265/267.


Example F

4-Hexamethyleneimino-cyclohexanone

At 20 to 25°C, a solution of 47 g (0.5 Mol)
of 4-hexamethyleneimino-cyclohexanol in 300 ml
of methylenechloride is added dropwise to a suspension
of 107.5 g (0.5 Mol) of pyridiniumchlorochromate
and 40 g (0.5 Mol) of sodium acetate in 700 ml
of methylenechloride. After stirring for one hour
at 20°C the mixture is poured onto ice water and
sodium hydroxide solution and extracted with methylene
chloride. After drying and concentration of the
extracts a coloured oily liquid is left.

Yield:   16.8 g (35.8% of theory),
M.p.:    < 20°C
Calculated:    m/e = 195
Found:         m/e = 195.

BARR028292

– 24 –

Example 1

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

2.82 g (0.02 Mol of 4-dimethylamino-cyclohexanone
are dissolved in 20 ml of glacial acetic acid,
mixed with 4.7 ml of 36% of hydrobromic acid in
glacial acetic acid and then a solution of 1.0 ml
(0.02 Mol) of bromine in 12 ml of glacial acetic
acid is added dropwise with cooling. The mixture
is then concentrated by evaporation in vacuo and
the residue is triturated several times with diethylether.
The ether extracts are discarded and the residue
is dissolved in 50 ml of ethanol. After 3.04 g
(40 mMol) of thiourea have been added the mixture
is refluxed for 5 hours. It is then concentrated
by evaporation, made alkaline with sodium hydroxide
solution and extracted with chloroform. After
drying and concentration of the extracts, the residue
is purified by column chromatography on silica
gel (eluant: chloroform/methanol = 1/1). Then
the base (mp: 191°C) is dissolved in acetone and
converted into the dihydrochloride with isopropanolic
hydrochloric acid.
Yield: 1.09 g (20% of theory),
M.p.: 272°C

Calculated:   C 40.00    H 6.34    N 15.55    Cl 26.24
Found:        39.63      6.55      15.31       26.29

The following tetrahydrobenzthiazoles were
prepared analogously to Example 1 from the corresponding
ketones:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 25% of theory,
M.p.: 182-183°C
Calculated:   C 58.62    H 8.49    N 18.64

BARR028293

- 25 -

Found:          58.65      8.72      18.50.


2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 13% of theory,
5   M.p.: 280°C
Calculated:  C 46.45   H 6.82   N 13.55   Cl  22.85
Found:          46.37    6.75    13.41          22.95.


2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole
Yield: 24.4% of theory,
10  M.p.: 204-206°C
Calculated:  C 59.15   H 7.67   N 18.81.
Found:          59.50    7.74    18.95.


2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
15  Yield: 19% of theory,
M.p.: 242°C
Calculated:  C 48.44   H 6.56   N 13.03   Cl  22.00
Found:          47.90    6.49    12.95          22.21.


2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
20  benzthiazole
Yield: 35% of theory,
M.p.: 146°C
Calculated:  C 57.23   H 5.49   N 14.30   Cl  12.06
Found:          56.93    5.56    13.86          12.04.


25  2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield: 36% of theory,
M.p.: 163°C
Calculated:  C 58.69   H 5.89   N 13.64   Cl  11.51
30  Found:          58.50    5.94    13.49          11.55.


BARR028294

- 26 -

2-Amino-6-[N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-
tetrahydro-benzthiazole

Yield: 49% of theory,

M.p.: 258°C (decomposition)

5   Calculated:   C 48.67   H 5.61   N 10.64   Cl 26.94
    Found:          48.30      5.85      10.57      26.97.


2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride

Yield: 46.5% of theory,

10   M.p.: 240°C (decomposition)

    Calculated:   C 50.19   H 5.45   N 10.33   Cl 26.14
    Found:          49.84      5.68      9.97       26.04.


2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

15   Yield: 15.4% of theory,

    M.p.: 295°C (decomposition)

    Calculated:   C 48.17   H 7.14   N 12.95   Cl 21.86
    Found:          47.90      7.34      12.44      21.64.


2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
20   benzthiazole-dihydrochloride

    Prepared from 4-dimethylamino-cyclohexanone
by bromination and subsequent reaction with allylthiourea.

Yield: 64% of theory,

M.p.: 248°C

25   Calculated:   C 46.45   H 6.82   N 13.54   Cl 22.85
    Found:          46.30      7.00      13.29      22.99.


2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

    Prepared from 3-dimethylamino-cyclohexanone.

30   Yield: 33% of theory,

    M.p.: 194°C

    Calculated:   C 40.00   H 6.34   N 15.55   Cl 26.24
    Found:          39.74      6.37      15.15      25.96.

BARR028295

- 27 -

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

 Prepared from 3-morpholino-cyclohexanone.

Yield: 7.4 g (20% of theory),

M.p.: 237-238°C

Calculated: C 42.31 H 6.13 N 13.46

Found:    42.00  6.29  13.13.


Example 2

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride


 a) (4-(Phthalimido)-cyclohexanol


 75.5 g (0.5 Mol) of 4-aminocyclohexanol-hydrochloride
and 74.0 g (0.5 Mol) of phthalic acid anhydride
are mixed with 65 g (0.5 Mol) of ethyl-diisopropyl-
amine and 1000 ml of toluene and boiled for 36
hours with a water separator. Then water is added,
the toluene phase is separated off and the aqueous
phase is extracted several times with chloroform.
The organic phases are combined, dried and concentrated.
The concentration residue is recrystallised from isopropanol.
Yield: 95 g (77.8% of theory),
M.p.: 175-176°C.


 b) 4-(Phthalimido)-cyclohexanone


 95 g (0.388 Mol) of 4-(phthalimido)-cyclohexanol
are dissolved in 600 ml of chloroform and, after
the addition of 450 ml of water and 120 ml of sulfuric
acid, 90 g (0.3 Mol) of potassium dichromate are
added in batches. The internal temperature of
the mixture is maintained at between 25 and 30°C
by slight cooling. The mixture is stirred for
a further 3 hours, then the chloroform phase is
separated off and the mixture extracted twice more with
chloroform. After drying and concentration of the extracts

BARR028296

– 28 –

82 g (86.9% of theory) are obtained.

c)   2-Amino-6-phthalimido-4,5,6,7-tetrahydro-
     benzthiazol

   48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone
5 are brominated analogously to Example 1 with 32 g
   (0.2 Mol) of bromine and then converted with thiourea
   into the 2-amino-6-phthalimido-4,5,6,7-tetrahydro-
   benzthiazol.
   Yield:  30 g (50% of theory),
10 M.p.:  244-246°C (decomposition)
   Calculated:   C 60.18   H 4.38   N 14.04
   Found:        60.05     4.25     13.95.

   d)   2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-
        dihydrochloride

15   9.5 g (31.7 mMol) of 2-amino-6-phthalmido-
   4,5,6,7-tetrahydro-benzthiazole are suspended in
   100 ml of ethanol and, after the addition of 1.8 g
   (36 mMol) of hydrazine hydrate, refluxed for 2
   hours.  The mixture is then concentrated and purified
20 by column chromatography on silica gel using methanol
   as eluant.  Then the dihydrochloride is precipitated
   in ethanol with ethanolic hydrochloric acid.
   Yield:  2.0 g (26% of theory),
   M.p.:  >315°C (decomposition)
25 Calculated:   C 34.72   H 5.41   N 17.35   Cl 29.25
   Found:        35.00     5.26     16.95     29.10.

   Example 3
   6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
30 hydrobromide

   160 g (1.0 Mol) of bromine are added dropwise
   to a solution of 155 g (1.0 Mol) of 4-acetylamino-

BARR028297

- 29 -

cyclohexanone in 1.5 l of glacial acetic acid.
The mixture is stirred for 3 hours at ambient temperature.
152.0 g (2.0 Mol) of thiourea are added to the
reaction mixture and the resulting mixture is refluxed
5    for 30 minutes.  After cooling, the crystals precipitated
are suction filtered and washed with water and acetone.
Yield:   73 g (37% of theory),
M.p.:    292-293°C (decomposition)
10   Calculated:   C 36.99   H 4.83   N 14.38
Found:        36.82    4.76    14.18.

By stirring the hydrobromide in aqueous potassium
carbonate solution and subsequently suction filtering,
the free base is obtained, m.p. 194-196°C (methanol).

15     The following compounds were prepared analogously
to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:   46% of theory,
M.p.:    194-196°C
Calculated:  m/e = 251
20   Found:       m/e = 251.

6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:   64% of theory,
M.p.:    238-240°C
25   Calculated:  C 53.30   H 6.71   N 18.65
Found:        53.18    6.78    18.41.

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:   51% of theory,
30   M.p.:  170-171°C
Calculated:  C 55.20   H 7.16   N 17.56
Found:        55.15    7.17    17.58.

BARR028298

- 30 -

Example 4

2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

    3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-
tetrahydro-benzthiazole-hydrobromide are dissolved
5  in 20 ml of semi-concentrated hydrobromic acid
and refluxed for 6 hours. The solution is then
concentrated by evaporation and the residue recrystallised
from methanol.

Yield: 2.8 g (82% of theory),
10  M.p.: >315°C,

Melting point of the base: 233-236°C

Calculated:  C 25.39  H 3.96  N 12.69

Found:      25.34    3.93    12.51.

    The following compounds were prepared analogously
15  to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-
hydrobromide

Yield: 57% of theory,

M.p.: 262-263°C
20  Calculated:  C 36.37  H 5.34  N 15.90

Found:      36.30    5.45    15.82.

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-
oxalate

Yield: 52% of theory,
25  M.p.: 164-165°C (decomp.)

Calculated:  m/e = 209

Found:     m/e = 209.

6-Amino-2-diethylamino-4,5,6,7-tetrahydro-benzthiazole
30  Yield: 45% of theory,

M.p.: >270°C (decomp.)

Calculated:  C 30.10  H 4.77  N 11.70

BARR028299

– 31 –

Found:            30.13      4.84      11.68

## Example 5
## 2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
## benzthiazole-dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-tetrahydro-benzthiazole in 34 ml of dimethylformamide
are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide
and 2.6 g of potassium carbonate and the reaction
mixture is stirred at 100°C for 3 hours. The potassium
bromate precipitated is then suctioned off and the solvent
is distilled off. The residue is chromatographed
on silica gel (ethyl acetate/methanol = 80/20 +
3% ammonia. The desired compound crystallises
out from ethereal hydrochloric acid.
Yield: 2.1 g (30% of theory),
M.p.: 289-291°C
Calculated:   C 52.02   H 6.11   N 12.13
Found:        51.82     6.13     12.16

The following compounds were prepared analogously
to Example 5:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 28% of theory,
M.p.: 295-296°C (decomp.)
Calculated:   C 42.25   H 6.74   N 14.78
Found:        41.95     7.09     14.50

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 35% of theory,
M.p.: 268°C (decomp.)
Calculated:   C 44.29   H 7.10   N 14.09
Found:        43.97     7.17     13.97

BARR028300

- 32 -

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

Yield: 38% of theory,

M.p.: 282-283°C (decomp.)

5  Calculated:   C 42.56   H 6.07   N 14.89
   Found:          42.17     6.07     14.71


2-Amino-6-[N-(2-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

Yield: 40% of theory,

10  M.p.: >280°C (decomp.)

   Calculated:   C 45.85   H 4.95   N 11.45
   Found:          45.50     4.86     11.08


2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

15  Yield: 35% of theory,

   M.p.: 268-270°C (decomp.)

   Calculated:   C 42.86   H 5.40   N 15.00
   Found:          42.78     5.59     14.79


2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazole-

20  dihydrobromide

   Yield: 25% of theory,

   M.p.: 312-313°C (decomp.)

   Calculated:   C 27.84   H 4.38   N 12.18
   Found:          27.78     4.46     12.21

25

Example 6

2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride-monohydrate


To a solution of 3.4 g (0.02 Mol) of 2,6-

30  diamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml

of methanol are added 10 g (0.08 Mol) of n-propylbromide

and 11.1 g of potassium carbonate and the mixture

is refluxed for 3 days. Then 100 ml of water are

BARR028301

- 33 -

added and the mixture is extracted with ethylacetate.
The solvent is distilled off and the residue is
chromatographed on silica gel (eluant: methylenechloride/
methanol = 80/20). The corresponding fraction

5   is concentrated by evaporation and the desired
compound is precipitated in the form of the hydrochloride.
Yield: 1.9 g (28% of theory),
M.p.: 271-273°C
Calculated:    C 45.34    H 7.90    N 12.20

10  Found:          45.00      7.98       12.00

Example 7
2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

15      To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-4,5,6,7-tetrahydro-benzthiazole in 34 ml
of dimethylformamide are added 1.8 g (0.022 Mol)
of n-butanal and the mixture is heated to 50°C
for 1 hour. After cooling, the reaction solution

20  is mixed with 0.8 g (0.02 Mol) of sodium borohydride
and heated to 50°C for 30 minutes. The solvent
is largely eliminated in vacuo. Whilst cooling
with ice, the residue is mixed with 20 ml of water
and 2N hydrochloric acid until a pH of 1 is obtained.

25  The aqueous solution is extracted with ethylacetate
and the organic phase discarded. The aqueous phase
is mixed with potassium carbonate until an alkaline
reaction is obtained and then extracted with ethyl
acetate. The organic phase is dried and concentrated.

30  The compound crystallizes out when ethereal hydrochloric
acid is added.
Yield: 2.3 g (39% of theory),
M.p.: 254-256°C
Calculated:    C 44.29    H 7.10    N 14.09

35  Found:          44.44      7.31       14.07.

BARR028302

- 34 -

The following compounds were prepared analogously
to Example 7:

2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

5   Yield:  38% of theory,
M.p.:  296-297°C
Calculated:   C 40,00   H 6.34   N 15.55
Found:        39.97     6.41     15.35

2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazole-
10  semifumarate
Yield:  42% of theory,
M.p.:  >270°C
Calculated:   C 56.54   H 7.79   N 14.13
Found:        56.13     7.80     13.97

15  2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  49% of theory,
M.p.:  272-274°C
Calculated:   C 47.85   H 7.72   N 12.88
20  Found:        47.96     7.65     12.71

2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  42% of theory,
M.p.:  286-288°C
25  Calculated:   C 42.25   H 6.74   N 14.78
Found:        42.05     6.77     14.57

BARR028303

- 35 -

2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazole-dioxalate

Yield:  36% of theory,

M.p.:  212-213°C

5   Calculated:   C 46.04   H 5.55   N 10.07

Found:          45.95      5.28     10.08


2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield:  38% of theory,

10  M.p.:  288-290°C

Calculated:   C 48.14   H 7.15   N 12.96

Found:          47.88      7.16     12.74


Example 8

15  6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

A solution of 1 g (0.0044 Mol) of 6-acetylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole in 20 ml of absolute tetrahydrofuran is mixed with

20  0.4 g (0.01 Mol) of lithiumaluminium hydride and refluxed for 2 hours. After cooling, 50 g of a 40% diammonium tartrate solution are added dropwise. The organic phase is separated off and concentrated by evaporation. The residue is chromatographed

25  on silica gel (eluant: methylene chloride/methanol = 80/20). The corresponding fraction is concentrated by evaporation. The compound crystallizes out when ethereal hydrochloric acid is added.

Yield:  0.3 g (33% of theory),

30  M.p.: >260°C

Calculated:   m/e = 211

BARR028304

— 36 —

Found:          m/e = 211.

    The following compounds were prepared analogously
to Example 8:

2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
5   dihydrochloride
    Yield:  37% of theory,
    M.p.:  218-220°C (decomp.)
    Calculated:  C 46.45   H 6.82   N 13.54
    Found:          46.60      7.03      13.66

10  2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-
    benzthiazole-oxalate hydrate
    Yield:  20% of theory,
    M.p.:  189-190°C
    Calculated:  C 46.83   H 6.95   N 12.60
15  Found:          47.03      6.89      12.49.

    Example 9
    6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-
    benzthiazole

20      To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-
    2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml
    of absolute tetrahydrofuran are added 2.2 g (0.022 Mol)
    of triethylamine and 3.1 g (0.022 Mol) of benzoylchloride
    and the mixture is refluxed for 3 hours.  The reaction
25  mixture is mixed with water and extracted with
    ethyl acetate.  The organic phase is concentrated
    by evaporation.  The residue is recrystallized
    from methanol.
    Yield:  3 g (48% of theory),
30  M.p.:  >260°C
    Calculated:  m/e = 315
    Found:          m/e = 315

BARR028305

- 37 -

The following compounds were prepared analogously to Example 9:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 50% of theory,
M.p.: 258-259°C
Calculated:    m/e = 252
Found:         m/e = 252.

6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 44% of theory,
M.p.: >260°C
Calculated:    m/e = 266
Found:         m/e = 266.

6-Acetylamino-2-phenylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 78% of theory,
M.p.: 112°C
Calculated:    m/e = 329
Found:         m/e = 329.

Example 10
2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml of absolute tetrahydrofuran are added 0.24 g (64 mMol) of lithiumaluminiumhydride and the mixture is refluxed for 1 hour. It is then worked up as in Example 8.
Yield: 0.4 g (34% of theory),
M.p.: 242-245°C
Calculated:    C 53.33    H 6.43    N 19.68
Found:           53.59      6.37     19.42

BARR028306

- 38 -

The following compounds were prepared analogously
to Example 10:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
5   Yield: 38% of theory,
M.p.: 241-243°C
Calculated:   C 44.29   H 7.10   N 14.09
Found:        44.06     7.27     13.85

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-
10  benzthiazole-dihydrochloride
Yield: 32% of theory,
M.p.: 267-268°C
Calculated:   C 46.15   H 7.42   N 13.46
Found:        45.95     7.53     13.33

15  6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride-hemihydrate
Yield: 26% of theory,
M.p.: 248-251°C
Calculated:   C 53.25   H 6.84   N 10.96
20  Found:        53.31     6.64     10.89

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole
Prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-
benzthiazole at ambient temperature.
Yield: 33% of theory,
25  M.p.: 234-235°C
Calculated:   m/e = 238
Found:        m/e = 238.

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-
benzthiazole prepared from 6-acetylamino-2-benzoylamino-
30  4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

BARR028307

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole prepared from 6-acetylamino-2-propionylamino-
4,5,6,7,-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-
5  4,5,6,7-tetrahydrobenzthiazole.

Example 11
6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

10      Prepared from 6-acetylamino-2-ethylamino,4,5,6,7-
tetrahydro-benzthiazole analogously to Example 4.
Yield:  45% of theory,
M.p.:  155-158°C
Calculated:  C 40.00  H 6.34  N 15.55
15  Found:       39.86     6.31     15.26

The following compounds were prepared analogously
to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrobromide
20      6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrobromide
6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrobromide.

25  Example 12
2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole are dissolved in
30  15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride
are added dropwise.  After standing overnight the
mixture is concentrated, mixed with soda solution

BARR028308

- 40 -

and extracted with chloroform. The chloroform
extract is concentrated and then chromatographed
on silica gel (eluant: methylenechloride/methanol =
9/1). The isolated base (melting point 174°C)
5  is dissolved in acetone and the dihydrochloride
is precipitated with isopropanolic hydrochloric acid.
Yield:  2.8 g (49% of theory),
M.p.:  284°C (decomp.)
Calculated:  C 51.33  H 5.65  N 11.23  Cl 18.94
10 Found:     51.51   5.76   11.32    18.75

Example 13
6-Acetylamino-2-amino-4,5,6,7-tetrohydro-benzthiazole

    3.1 g (20 mMol) of 4-acetylamino-cyclohexanone
15  and 6.2 g (20 mMol) of formamidine-disulfide-dihydro-
bromide are intimately mixed and heated in a heating
bath at a temperature of 120 - 130°C for 2 hours
with stirring. The mixture is then taken up in
water, made alkaline with ammonia and extracted
20  with chloroform. After the extracts have been
dried they are concentrated by evaporation, triturated
with acetone and suction filtered.
Yield:  1.8 g (42.6% of theory),
M.p.:  230°C
25 Calculated:  C 51.17  H 6.20  N 19.89
    Found:     51.09   6.22   19.75

    Starting from 4-dimethylamino-cyclohexanone
the following compound was prepared analogously
to Example 13:

30  2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  21% of theory,
M.p.:  189-190°C
Calculated:  C 54.80  H 7.66  N 21.29
Found:     54.71   7.53   21.12

BARR028309

- 41 -

Example I

Tablet core containing 5 mg of 2-amino-6-dimethylamino-

4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:

5    1 tablet core contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Lactose | 33.5 mg |
| Corn starch | 10.0 mg |
| Gelatine | 1,0 mg |
10  Magnesium stearate | 0.5 mg |
| | 50.0 mg |

Preparation

15    A mixture of the active substance with lactose
and corn starch is granulated with a 10% aqueous
gelatine solution through a screen with a mesh
size of 1 mm, dried at 40°C and again rubbed through
this screen. The granulate thus obtained is mixed
with magnesium stearate and compressed to form
20  tablet cores. The tablets must be prepared in
darkened rooms.

Weight of core:  50 mg
Punch:           4 mm, convex.

25    The tablet cores thus obtained are coated
by the usual method with a coating consisting essentially
of sugar and talc.  The finished coated tablets
are polished with bees wax.

Weight of coated tablet:  100 mg.

BARR028310

- 42 -

## Example II

### Drops containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:

5   100 ml of drops substance:

| | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisol | 0.05 g |
| Menthol | 0.06 g |
| 10   Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodiumphosphate x 2 $H_2O$ | 0.3 g |
| Sodium cyclamate | 1.0 g |
| 15   Glycerol | 15.0 g |
| Distilled water | ad 100.0 ml |

### Preparation

The p-hydroxybenzoates, anisol and menthol
20 are dissolved in ethanol (Solution I).

The buffer substances, active substance and
sodium cyclamate are dissolved in distilled water
and glycerol is added (Solution II). Solution
I is stirred into Solution II and the mixture is
25 topped up to the volume specified with distilled
water. The finished drops solution is filtered
through a suitable filter. The preparation and
bottling of the drops solution must be carried
out away from the light and under a protective
30 gas.

BARR028311

- 43 -

Example III

Suppositories containing 10 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

5    1 suppository contains:
     Active substance                    10.0 mg
     Suppository mass
     (e.g. Witepsol W 45)              1 690.0 mg
                                       1 700.0 mg
10   Preparation

          The finely powdered substance is stirred
     into the molten suppository mass, cooled to 40°C,
     with an immersion homogeniser.  At 35°C the mass
     is poured into slightly chilled moulds.
15   Weight of suppository:  1.7 g

     Example IV
     Ampoules containing 5 mg of 2-amino-6-dimethylamino-
     4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

20   1 Ampoule contains:
     Active substance                     5.0 mg
     Citric acid                          7.0 mg
     Sec. sodium phosphate x $2H_2O$      3.0 mg
     Sodium pyrosulphite                  1.0 mg
25   Distilled water            ad.       1.0 ml

     Preparation

          The buffer substances, active substance and
     sodium pyrosulphite are successively dissolved in
30   deionised water which has been cooled under $CO_2$
     gas.  The solution is made up to the volume specified
     with boiled water and filtered free from pyrogens.

BARR028312

- 44 -

Bottling:  in brown ampoules under protective gas
Sterilisation:  20 minutes at 120°C.

5

    The preparation and transferring of the ampoule
solution must be carried out in darkened rooms.

Example V
Coated tablets containing 1 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

1 tablet core contains:

10
| | |
|---|---|
| Active substance | 1.0 mg |
| Lactose | 35.5 mg |
| Corn starch | 12.0 mg |
| Gelatine | 1,0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

15

Preparation

Analogous to Example I

20
| | |
|---|---|
| Weight of core: | 50 mg |
| Punch: | 5 mm, convex |
| Weight of coated tablet: | 100 mg |

BARR028313

- 45 -

<u>Patent Claims</u>

1.    Tetrahydro-benzthiazoles of general formula



(I)

wherein

5       $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 6 carbon atoms, an alkenyl or alkynyl
group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon atoms
10   in the alkyl part,
        $R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,
        $R_3$ represents a hydrogen atom, an alkyl group
with 1 to 7 carbon atoms, a cycloalkyl group having
15   3 to 7 carbon atoms, an alkenyl or alkynyl group
having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
whilst the phenyl nucleus may be substituted by
20   fluorine, chlorine or bromine atoms,
        $R_4$ represents a hydrogen atom, an alkyl group
with 1 to 4 carbon atoms, an alkenyl or alkynyl
group having 3 to 6 carbon atoms or
        $R_3$ and $R_4$ together with the nitrogen atom
25   between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, the enantiomers
thereof, and the acid addition salts thereof.

BARR028314

- 46 -

2.    Tetrahydro-benzthiazoles of general formula I
as claimed in claim 1 wherein the

$$\begin{array}{c} R_3 \\ \diagdown \\ \diagup \\ R_4 \end{array} N-$$

group is in the 5 or 6-position, and the acid addition
salts thereof.

3.    Tetrahydro-benzthiazoles of general formula

$$\begin{array}{c} R_3 \\ \diagdown \\ \diagup \\ R_4 \end{array} N - \left[ \text{(tetrahydrobenzothiazole ring)} \right] N \begin{array}{c} \diagup R_1 \\ \diagdown R_2 \end{array} \quad (Ia)$$

wherein

R_1 represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms, an allyl, benzyl or
phenylethyl group,

R_2 represents a hydrogen atom, a methyl or
ethyl group,

R_3 represents a hydrogen atom, an alkyl group
with 1 to 6 carbon atoms, an allyl, propargyl,
benzyl, chlorobenzyl, phenylethyl, cyclopentyl
or cyclohexyl group,

R_4 represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms or an allyl group or

R_3 and R_4 together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, and the
acid addition salts thereof.

4.    Tetrahydro-benzthiazoles of general formula
Ia as claimed in claim 3, wherein the

BARR028315

- 47 -



group is in the 6-position, and the acid addition
5   salts thereof.

5.    Tetrahydro-benzthiazoles of general formula
Ia as claimed in claim 3, wherein

$R_1$ and $R_2$ together with the nitrogen atom
between them represent an amino or allylamino group and
10      $R_3$ and $R_4$ together with the nitrogen atom
between them represent a diethylamino, diethylamino,
N-allyl-N-(4-chloro-benzyl)-amino, n-propylamino
or pyrrolidino group, and the acid addition salts
thereof.

15   6.    2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the
acid addition salts thereof.

7.    2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the
20   acid addition salts thereof.

8.    Physiologically acceptable acid addition
salts with inorganic or organic acids of the compounds
as claimed in claims 1 to 7.

9.    Pharmaceutical compositions containing a
25   compound as claimed in claims 3 to 7 or a physiologically
acceptable acid addition salt as claimed in claim
8 optionally together with one or more inert carriers
and/or diluents.

10.    Use of a compound as claimed in claims 3
30   to 7 or a physiologically acid addition salt as
claimed in claim 8 for treating central nervous
neuro-psychiatric diseases and/or for treating
circulatory disorders.

11.    Process for preparing a pharmaceutical composition,
35   characterised in that a compound as claimed in
claims 3 to 7 or a physiologically acceptable acid

BARR028316

- 48 -

addition salt as claimed in claim 8 is incorporated
in one or more inert carriers and/or diluents by
a non-chemical method.

12.    Process for preparing the tetrahydro-benzthiazoles
as claimed in claims 1 to 8, characterised in that

a)    a cyclohexanone of general formula

$$R_3 \diagdown$$
$$N \text{—} \text{(cyclohexanone ring)} \text{=} O$$
$$R_4 \diagup \qquad X$$

(II)

wherein

    $R_3$ and $R_4$ are defined as in claims 1 to 7
and

    X represents a nucleophilically exchangeable
group such as a halogen atom, e.g. a chlorine or
bromine atom,
with a thiourea of general formula

$$S$$
$$\|$$
$$H_2N - C - N \diagup R_1$$
$$\diagdown R_2$$

(III)

wherein

    $R_1$ and $R_2$ are defined as in claims 1 to 7,
or

b)    a compound of general formula

BARR028317

- 49 -

$$R_3 \diagdown \atop R_4 \diagup N - \bigcirc = O \qquad (IV)$$

wherein

$R_3$ and $R_4$ are defined as in claims 1 to 7,
5  in reacting with a formamidine disulphide of general formula

$$R_2-N \overset{R_1}{\underset{H_2N^+}{\diagup}} = C - S - S - C \overset{N-R_2}{\underset{NH_2}{\diagup}} \qquad 2\ Y^- \qquad (V)$$

wherein

$R_1$ and $R_2$ are defined as in claims 1 to 7
10  and

$Y^-$ represents an anion of an inorganic or organic acid, or

c)  in order to prepare compounds of general formula I wherein at least one of the groups $R_1$,
15  $R_2$, $R_3$ or $R_4$ represents a hydrogen atom, a protecting group is split off from a compound of general formula

$$R_3'\diagdown \atop R_4'\diagup N - \bigcirc \underset{S}{\overset{N}{\diagup}} - N \overset{R_1'}{\underset{R_2'}{\diagdown}} \qquad (VI)$$

BARR028318

- 50 -

wherein at least one of the groups $R_1'$, $R_2'$, $R_3'$
or $R_4'$ represents a protecting group for an amino
group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxy-
carbonyl group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together
with the nitrogen atom between them represent an
imido group, e.g. the phthalimido group, and
        the remaining groups $R_1$, $R_2$, $R_3$ or $R_4$ have
the meanings given for $R_1$ to $R_4$ in claims 1 to
7, with the exception of the acyl groups mentioned
in claims 1 and 2, or
        d)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl or phenylalkyl groups mentioned in claims
1 to 7,
        a compound of general formula



VII

wherein at least one of the groups $R_1''$, $R_2''$, $R_3''$
or $R_4''$ represents one of the acyl or phenylacyl
groups mentioned in claims 1 and 2 and
        the other groups have the meanings given
for $R_1$, $R_2$, $R_3$ and $R_4$ in claims 1 to 7,
        is reduced with a metal hydride in a solvent
or
        e)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl, alkynyl or phenylalkyl groups mentioned

BARR028319

- 51 -

in claims 1 to 7,

a compound of general formula



(VIII)

wherein

5        at least one of the groups $R_1"'$, $R_2"'$, $R_3"'$ or $R_4"'$ represents a hydrogen atom and the other groups $R_1"'$, $R_2"'$, $R_3"'$ or $R_4"'$ have the meanings given for $R_1$ to $R_4$ in claims 1 to 7 is reacted with a compound of general formula

10        $R_5 - Z$        (IX)

wherein $R_5$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned for $R_1$ to $R_4$ in claims 1 to 7 and

        Z represents a nucleophilically exchangeable
15 group such as a halogen atom or a sulphonic acid group, e.g. a chlorine, bromine or iodine atom, a methoxysulphonyloxy or p-toluenesulphonyloxy group, or Z together with an adjacent hydrogen of the group $R_5$ represents an oxygen,

20        and subsequently if desired, a compound of general formula I thus obtained wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a hydrogen atom, is converted by a suitable acylation into a corresponding compound of general formula
25 I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the acyl groups mentioned in claims 1 and 2, or

BARR028320

- 52 -

    a compound of general formula I thus obtained
which contains at least one chiral centre is resolved
into its enantiomers or

    a compound of general formula I thus obtained
5  is converted into the acid addition salts thereof,
particularly the physiologically acceptable acid
addition salts with organic or inorganic acids.

    13.   Process as claimed in claim 12, characterised
in that the reaction is carried out in a solvent.

10  14.   Process as claimed in claims 12a and 13,
characterised in that the reaction is carried out
at temperatures of between 0 and 150°C, preferably
at temperatures of between 20 and 100°C.

    15.   Process as claimed in claims 12b and 13,
15  characterised in that the reaction is carried out
at temperatures of between 50 and 200°C, preferably
at temperatures of between 70 and 150°C.

    16.   Process as claimed in claims 12c and 13,
characterised in that the splitting off of a protecting
20  group is carried out by hydrolysis in the presence
of a base or acid.

    17.   Process as claimed in claims 12c, 13 and
16, characterised in that the reaction is carried
out at temperatures of between 50 and 150°C.

25  18.   Process as claimed in claims 12d and 13,
characterised in that the reduction is carried
out with lithium aluminium hydride.

    19.   Process as claimed in claims 12d, 13 and
18, characterised in that the reduction is carried
30  out at temperatures of between 0 and 100°C, preferably
at temperatures of between 20 and 80°C.

    20.   Process as claimed in claims 12e and 13,
characterised in that, if X represents a nucleophilically
exchangeable group, the reaction is carried out
35  at temperatures of between -10 and 50°C, preferably
at temperatures of between 0 and 30°C.

BARR028321

– 53 –

21.   Process as claimed in claim 20, characterised
in that the reaction is carried out in the presence
of a base.

22.   Process as claimed in claims 12e and 13,
5   characterised in that, if the reaction is carried
out with a carbonyl compound of general formula
IX, it is carried out in the presence of a complex
metal hydride at temperature of between 0 and 50°C,
preferably at ambient temperature.

10   23.   Process as claimed in claim 22, characterised
in that sodiumborohydride or sodiumcyanoborohydride
is used as the complex metal hydride.

BARR028322

– 54 –

## Abstract

This invention relates to new tetrahydro-benzthiazoles of general formula



(I)

wherein

$R_1$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group,

$R_2$ represents a hydrogen atom or an alkyl group,

$R_3$ represents a hydrogen atom, an alkyl group a cycloalkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, the enantiomers and the acid addition salts thereof.

The compounds of general formula I above in which one of the groups $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or the circulation.

BARR028323

- 55 -

The new compounds may be prepared using methods known per se.

BARR028324