direkt!

Europäisches Patentamt
Erhardtstraße 27

D-8000 München 2

Pat.-Dr.Fl./Kp. 542815 02.02.1987

Anmeldung Nr. 86 304 754.4 (EP-A-0.207.696)

Es wird darauf aufmerksam gemacht, daß die Benzothiazole der vorliegenden Anmeldung durch die ältere Anmeldung 85 116 016.8 (EP-A-0.186.087) vorweggenommen werden.

DR. KARL THOMAE GMBH
ppa. i.V.

EXHIBIT
92



# AFFIDAVIT OF ACCURACY

I, Tyler Mickelson, hereby certify that the following is to the best of my knowledge and belief, a true and accurate translation of the accompanying document [Exhibit 92, BOE00848983] from German into English.

Tyler Mickelson
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 320 North
Washington, DC 20005

Sworn to before me this
7th day of May 2007

Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

Stamp, Notary Public

District of Columbia

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

**Direct!**

European Patent Office
Erhardtstraße 27

D-8000 Munich 2

Pat.-Dr.Fl./Kp. 542815 2/2/1987

Application No. 86 304 754.4 (EP-A-0.207.696)

Attention is called to the fact that benzothiazols of the present application are anticipated by the older application 85 116 016.8 (EP-A-0.186.087).

DR. KARL THOMAE GMBH
ppa. i.V.

[signature] [signature]

**EXHIBIT**
**92**

direkt!

Europäisches Patentamt
Erhardtstraße 27

D-8000 München

Pat.-Dr.Fl./Kp. 582814 10. Mai 1988

Anmeldung Nr. 86 304 754.4 (EP-A1-0.207.696)
der Firma Eli Lilly and Company - Case 5/920

Während des Prüfungsverfahrens wird gebeten darauf zu achten, daß die EP-A1-0.186.087 (Aktenzeichen: 85116016.8) für die obige Anmeldung eine Entgegenhaltung gemäß Artikel 54(3) EPÜ darstellt.

DR. KARL THOMAE GMBH
ppa. i.V.

4.10.88
Lilly Anmeldung
noch in Kraft.
auch am 14.12.1988

EXHIBIT
95



# AFFIDAVIT OF ACCURACY

I, Tyler Mickelson, hereby certify that the following is to the best of my knowledge and belief, a true and accurate translation of the accompanying document [Exhibit 95, BOE00848610] from German into English.

Tyler Mickelson
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 320 North
Washington, DC 20005

Sworn to before me this
7th day of May 2007

Signature, Notary Public

Lisa Sherfinski
Notary Public, District of Columbia
My Commission Expires 01-01-2008

Stamp, Notary Public

District of Columbia

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

**Direct!**

European Patent Office
Erhardtstraße 27

D-8000 Munich

Pat.-Dr.Fl./Kp. 542814 May 10, 1988

Application No. 86 304 754.4 (EP-A1-0.207.696)
of the firm Eli Lilly and Company – Case 5/920

During the examination proceedings it is requested to note that, for the application above, EP-A1-0.186.087 (file number 85116016.8) is an opposing document according to Article 54(3) of the EPC.

DR. KARL THOMAE GMBH
ppa. i.V.

[signature] [signature]

*10/4/88*

*Lilly application*

*still in force*

***also on 12/14/1988***

**EXHIBIT 95**



La | H | Upp | Kl | Kr | Ka
FR | EINGANG ZA Patente 15.DEZ.1988 | I
Gr | | II
TN | TS: | III
Inter | BPI | FS | Abl | Uml | Urk

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: G. Griss et at.

Serial No. : 256,671 ) Art Unit: 135

Filed : October 12, 1988 ) Examiner:

For : TETRA HYDRO-BENZTHIAZOLES, THE THE PREPARATION THEREOF AND THEIR USE )

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

SECOND PRELIMINARY AMENDMENT
AND
INFORMATION DISCLOSURE STATEMENT

Sir:

Entry of the following amendments in addit. [illegible] those contained idn the Preliminary Amendment filed on 12 October 1988, and review of the following information disclosure statement are required prior to commencing examination of the above captioned application.

AMENDMENTS

Please add the following new claims 16 and 17.

16. A tetrahydrobenzthiazole of the formula

R — NH — [tetrahydrobenzthiazole ring, N, S] — $NH_2$

wherein R is an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms or a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl moiets, wherein the phynyl nucleus may be substituted by fluorine, chlorine or bromine atoms.

17. The compound of claim 16 wherein R is an alkyl group having 1 to 7 carbon atoms.

## REMARKS

New claims 16 and 17 are directed to a subgeneric aspect of the invention not previously claimed. Support for these new claims is found throughout the specification, particularly at pages 2 through 4 thereof.

## INFORMATION DISCLOSURE STATEMENT

Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants wish to bring the following information to the attention of the Examiner in connection with this application.

### A. European Search Report

Applicants provide herewith a copy of the search report of the European Patent Office for EP85116016.8, which corresponds to the above-captioned application. This cites EP-A1-0-044 443 and US 4,337,343 as references which are indicative of the state of the art. It should be noted that US 4,337,343 corresponds to EP 21 940.

Neither of the cited references are believed to affect the patentability of the claims since neither discloses or suggests the claimed compounds or pharmaceutical compositions. Both references were made of record in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

A copy of the search report, the two cited referenced and a PTO 1449 form listing these references are enclosed.

### B. Other References made of Record In Parent

British Patent 812,512 was made or record by the Examiner in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

This reference generically discloses compounds which would be structurally related to those claimed herein but for the fact that these compounds are benzothiazoles, and not tetrahydrobenzothiazoles as in the above-captioned application. The claimed compounds and compositions are therefore considered to be patentable over this reference.

A copy of this reference and a PTO-1449 for listing the same is enclosed herewith.

C. Possibly Interfering Application of Another

Applicants particularly wish to bring to the attention of the Patent and Trademark Office the existence U.S. Patent Application Serial No. 747,748, filed 24 June 1985, and its foreign equivalent, European Patent Application No. 207,696, published 1 July, 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the formula:

$R^4R^3N$ —

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a subgenus of the compounds disclosed and originally claimed in the above-captioned application. However, European '696 does not represent prior art because its publication date is later than the effective filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same disclosure as European '696. It is not available as prior art because its filing date is later than the effective filing date of the above-captioned application. (The effective filing date of the above-captioned application is 22 December 1984, the date on which the German application for which Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As filed, U.S. Application Serial No. 747,748 contained claims directed to compounds of the above formula XX.

The Examiner is urged to consider carefully the relevance of Serial No. 747,748 before allowing the above-captioned application. The possibility of interfering subject matter should be particularly considered.

Copies of these two references and a Form PTO-1449 listing the same are enclosed herewith.

Respectfully submitted,

Alan R. Stempel
Registration No. [illegible]

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT 06877
(203) 431-5873

Case No. 5/920-2-D3

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231 on Dec. 8, 198[illegible].

- 2 -

FORM PTO-1449 (REV. 7-80)

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

Sheet ___ of ___

# LIST OF INFORMATION CITED BY APPLICANT(S)

*(Use several sheets if necessary)*

| ATTY. DOCKET NO. | SERIAL NO. |
|---|---|
| 5/920-2-01 | 256,671 |
| APPLICANT: Gerhart Griss, et al. | |
| FILING DATE: October 12, 1988 | GROUP: 125 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 4 3 3 7 3 4 3 | 6/29/82 | J. Maillard et al. | | | June 15, 19 |
| | AB | SN 7 4 7 7 4 8 | NONE | B.C. Laguzza, et al. | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0 0 4 4 4 4 3 | 01/27/82 | European | | | | |
| | AM | 2 0 7 6 9 6 | 06 2?/86 | European | | | | |
| | AN | 2 1 9 4 0 | 01/07/81 | European | | | | |
| | AO | 8 1 2 5 1 2 | 04/29/59 | Great Britain | | | | |
| | AP | | | | | | | |

## OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| AU | | |
| AV | | |
| AW | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



EXHIBIT 99

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 20, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *07/256,671*
FILING DATE: *October 12, 1988*
PATENT NUMBER: *4,886,812*
ISSUE DATE: *December 12, 1989*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer

119 504 [illegible]

4886812

*4886812*

SERIAL NUMBER 256371 | PATENT DATE DEC 12 1989 | PATENT NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/256,371 | 10/12/88 RULE 60 | 514 | 321 | 125 / 122 | [illegible] |

APPLICANTS: GERHART GRISS, BIBERACH, FED REP GERMANY, DECEASED; BY ELISABETH GRISS, BIBERACH, FED REP GERMANY, LEGAL REPRESENTATIVE; CLAUS SCHNEIDER, INGELHEIM/RHEIN, FED REP GERMANY; RUDOLF HURNAUS, BIBERACH, FED REP GERMANY; WALTER KOBINGER, WIEN, AUSTRIA; LUDWIG PICHLER, WIEN, AUSTRIA; RUDOLF HAUPP, WILSBADEN, FED REP GERMANY; JOACHIM MIERAU, MAINZ, FED REP GERMANY; DIETER HINZEN, IORNHEIM, FED REP GERMANY; GUNTER SCHINGNITZ, BAD KREUZNACH, FED REP GERMANY.

**CONTINUING DATA*********************
VERIFIED THIS APPLN IS A DIV OF 07/124,197 11/23/87 PAT 4843086
WHICH IS A DIV OF 06/810,947 12/19/85 PAT 4,731,374

**FOREIGN/PCT APPLICATIONS************
VERIFIED FED REP GERMANY P3447075.1 12/22/84
FED REP GERMANY P3508947.4 03/13/85

| Foreign priority claimed ☑yes ☐no; 35 USC 119 conditions met ☐yes ☐no; Verified and Acknowledged — Examiner's Initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | DEX | 0 | 8 | 4 | $ 174.00 | 5920202 |

ADDRESS: DAVID E. FRANKHOUSER
BOEHRINGER INGELHEIM CORP.
90 EAST RIDGE
RIDGEFIELD, CT 06877

TITLE: TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED: 6-28-89

PREPARED FOR ISSUE 6-27-89

Assistant Examiner | Docket Clerk

ROBERT GERSTL
PRIMARY EXAMINER
ART UNIT 122 Primary Examiner

CLAIMS ALLOWED — Total Claims: 10 — Print Claim: 1

ISSUE FEE — Amount Due: 620.00 — Date Paid: 9-28-89

DRAWING — Sheets Drwg.: — | Figs. Drwg.: — | Print Fig.: —

ISSUE CLASSIFICATION — Class: 514 — Subclass: 321

ISSUE BATCH NUMBER: 401

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

PTO-436 (5/86)

256671

PATENT APPLICATION SERIAL NO.________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

[illegible]

S [illegible] 11/[illegible] [illegible] [illegible] [illegible] 101 34.00CR

PTO-1556
(5/87)

MAIL ROOM OCT 12 1988 PAT. & TRADE MARK OFF.

Patent

# TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

This invention relates to new tetrahydro-benzthiazoles of general formula

$$\text{(I)}$$

the enantiomers and acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts thereof with inorganic or organic acids, and processes for preparing them.

Compounds of general formula I wherein $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or the circulation.

In general formula I above

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl

FILE COPY



group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

Preferred compounds of general formula I above are those wherein the group

is in the 5 or 6-position.

As examples of the definitions of the groups

Patent

the

$$R_1 \searrow N- \swarrow R_2$$

T,40X

group represents an amino, methylamino, ethylamino, n-propylamino, isopropylamino, n-butylamino, isobutylamino, tert.butylamino, n-pentylamino, isoamylamino, n-hexylamino, dimethylamino, diethylamino, di-n-propylamino, di-n-butylamino, methyl-ethylamino, methyl-n-propylamino, methyl-isopropylamino, ethyl-isopropylamino, allylamino, buten-2-ylamino, hexen-2-ylamino, N-methyl-allylamino, N-ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-allylamino, propargylamino, N-methyl-propargylamino, N-n-propyl-propargylamino, formylamino, acetylamino, propionylamino, butanoylamino, hexanoylamino, N-methyl-acetylamino, N-allyl-acetylamino, N-propargyl-acetylamino, benzylamino, N-methyl-benzylamino, 2-chloro-benzylamino, 4-chloro-benzylamino, 4-fluoro-benzylamino, 3,4-dichloro-benzylamino, 1-phenylethylamino, 2-phenylethylamino, 3-phenyl-n-propylamino, benzoylamino phenacetylamino or 2-phenylpropionylamino group and

the group

$$R_3 \searrow N- \swarrow R_4$$

T,40X

may represent an amino, methylamino, ethylamino, n-propylamino, isopropylamino, n-butylamino, isobutylamino, tert.butylamino, n-pentylamino, isoamylamino, n-hexylamino, n-heptylamino, dimethylamino, diethylamino, di-n-propylamino, Di-n-butylamino, methyl-ethylamino, methyl-n-propylamino, methyl-isopropylamino, ethyl-isopropylamino, allylamino, buten-2-ylamino, hexen-2-ylamino, diallylamino, N-methyl-allylamino, N-ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-allylamino, propargylamino, butin-2-ylamino, hexin-2-ylamino, dipropargylamino, N-methyl-propargylamino,



N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino, cyclopentylamino, cyclohexylamino, cycloheptylamino, N-methyl cyclohexylamino, N-ethyl-cyclohexylamino, formylamino, acetylamino, propionylamino, butanoylamino, pentanoylamino, hexanoylamino, heptanoylamino, N-methyl-acetylamino, N-ethyl- acetylamino, N-n-propyl-acetylamino, N-allyl- acetylamino, benzoylamino, fluorobenzoylamino, chlorobenzoylamino, bromobenzoylamino, phenylacetamino, 2-phenylpropionylamino, N-methyl- benzoylamino, N-ethyl-chlorobenzoylamino, Dichlorobenzoylamino, N-cyclohexyl-acetylamino, benzylamino, chlorobenzylamino, bromobenzylamino, N- phenylethylamino, 2-phenylethylamino, 2-phenyl-n- propylamino, 3-phenyl-n-propylamino, N-methyl- benzylamino, N-ethyl-benzylamino, N-ethyl- chlorobenzylamino, N-ethyl-2-phenylethylamino, N- acetyl-benzylamino, N-acetyl-chlorobenzylamino, N- allyl-benzylamino, N-allyl-chlorobenzylamino, pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

Particularly preferred compounds of general formula I are, however, the compounds of general formula Ia

$$\text{(structure: } R_3, R_4 > N- \text{ on tetrahydrobenzothiazole ring, } -N(R_1)(R_2) \text{ at 2-position)} \qquad (Ia)$$

wherein

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl, 2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl or phenylethyl group,

$R_2$ represents a hydrogen atom, a methyl or



ethyl group.

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl or cyclohexyl group.

$R_4$ represents a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, but particularly the compounds wherein the group

is in the 6-position, and the acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts.

According to the invention the new compounds are obtained by the following methods:

a) Reacting a cyclohexanone of general formula

R3, R4, N, O, X (II)

wherein

$R_3$ and $R_4$ are as hereinbefore defined and

X represents a nucleophilically exchangeable group such as a halogen atom, e.g. a chlorine or bromine atom.



with a thiourea of general formula

$$H_2N - \overset{S}{\overset{\|}{C}} - N \begin{matrix} \diagup R_1 \\ \diagdown R_2 \end{matrix} \qquad (III)$$

wherein

$R_1$ and $R_2$ are as hereinbefore defined.

The reaction is carried out in a melt or in a solvent or mixture of solvents such as water, ethanol, water/ethanol, pyridine, dioxan, dioxan/water, glacial acetic acid, tetrahydrofuran or dimethylformamide, conveniently at temperatures of between 0 and 150°C, preferably at temperatures of between 20 and 100°C and optionally in the presence of a base, e.g. sodium hydroxide solution, sodium acetate, pyridine, triethylamine or N-ethyl-diisopropylamine. The compounds of general formula II used as starting materials need not be isolated.

b) Reacting a compound of general formula

$$\begin{matrix} R_3 \diagdown \\ R_4 \diagup \end{matrix} N - \text{(cyclohexanone ring)} = O \qquad (IV)$$

wherein

$R_3$ and $R_4$ are as hereinbefore defined, with a formamidine disulfide of general formula

BARR000623

$$\left[\begin{array}{c} R_1 \\ R_2-N \\ \\ H_2N^+ \end{array} \!\!\!\!\!\!\!\!\!> C - S - S - C <\!\!\!\!\!\!\!\!\! \begin{array}{c} R_1 \\ N-R_2 \\ \\ NH_2^+ \end{array}\right] \quad 2\,Y^- \qquad (V)$$

wherein

$R_1$ and $R_2$ are as hereinbefore defined and

$Y^-$ represents an anion of an inorganic or organic acid.

The reaction is preferably carried out in a melt or in a high-boiling solvent such as glycol, dimethylformamide, diphenylether or dichlorobenzene, conveniently at temperatures of between 25 and 200°C, preferably at temperatures of between 70 and 150°C.

c) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a hydrogen atom:

splitting off a protecting group from a compound of general formula

(VI) [structure: tetrahydrobenzothiazole bearing $N(R_1')(R_2')$ at the 2-position and $N(R_3')(R_4')$ on the carbocyclic ring]

wherein

at least one of the groups $R_1'$, $R_2'$, $R_3'$



or $R_4$' represents a protecting group for an amino group such as an acyl or alkoxycarbonyl group, e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl group, or $R_1$' and $R_2$' or $R_3$' and $R_4$' together with the nitrogen atom between them represent an imido group, e.g. the phthalimido group, and

The other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the meanings given for $R_1$ to $R_4$ hereinbefore, with the exception of the acyl groups mentioned hereinbefore.

The splitting off of a protecting group is preferably carried out by hydrolysis in the presence of a base such as sodium hydroxide solution or potassium hydroxide solution or in the presence of an acid such as hydrochloric or sulphuric acid in an aqueous solvent such as water/ethanol, water/dioxan or water/tetrahydrofuran at temperatures of between 50 and 150°C, preferably at the boiling temperature of the reaction mixture. An imido group such as the phthalimido group used as a protecting group is preferably split off with hydrazine in a solvent such as water, water/ethanol or water/dioxan at the boiling temperature of the solvent used.

(d) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned alkyl, ~~xxxxxxxxxxxxxxxx~~ or phenylalkyl group:

Reduction of a compound of general formula

11-29-85
6.12.85
13.12.85
16.12.85

9

wherein

at least one of the groups $R_1$", $R_2$", $R_3$" or $R_4$" represents one of the acyl or phenylacyl groups mentioned hereinbefore and

the other groups have the meanings given for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore,

with a metal hydride in a solvent.

The reduction is carried out in a suitable solvent such as diethylether, tetrahydrofuran, glycoldimethylether or dioxan with a metal hydride, e.g. with a complex metal hydride such as lithium aluminium hydride, at temperatures of between 0 and 100°C, but preferably at temperatures of between 20 and 80°C.

In order to prepare compounds of general formula I wherein one of the groups $R_3$ or $R_4$ represents one of the acyl groups mentioned hereinbefore, it is particularly advantageous to carry out the reaction with lithium aluminium hydride at temperatures of between 0 and 30°C, preferably at ambient temperature.

e) In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned hereinbefore:

Reacting a compound of general formula

$R_3$"' , $R_4$"' >N– [tetrahydrobenzothiazole ring] –N< $R_1$"' , $R_2$"' (VIII)

wherein

10

BARR000626

at least one of the groups $R_1$"', $R_2$"', $R_3$"' or $R_4$"' represents a hydrogen atom and the other groups $R_1$"', $R_2$"', $R_3$"' or $R_4$"' have the meanings given for $R_1$ to $R_4$ hereinbefore.

with a compound of general formula

$$R_5 - Z \quad (IX)$$

wherein

$R_5$ represents one of the alkyl, cycloalkyl, alkenyl, alkinyl or phenylalkyl groups mentioned for $R_1$ to $R_4$ hereinbefore and Z represents a nucleophili- cally exchangeable group such as a halogen atom or a sulfonic acid group, e.g. a chlorine, bromine or iodine atom, a methoxysulfonyloxy or p- toluenesulfonyloxy group, or Z together with an adjacent hydrogen of the group $R_5$ represents an oxygen.

The reaction is carried out in a solvent such as water, methanol, ethanol, tetrahydrofuran, dioxan, acetone, acetonitrile or dimethylsulfoxide with an alkylating agent such as methyliodide, dimethylsulfate, ethylbromide, diethylsulfate, allyliodide, benzylbromide, 2- phenylethylbromide or methyl-p- toluenesulfonate, optionally in the presence of a base such as sodium hydroxide solution, potassium carbonate, sodium hydride, potassium-tert.butoxide or triethylamine, conveniently at temperatures of between -10 and 50°C, but preferably at temperatures of between 0 and 30°C. However, the reaction may also be carried out without a solvent.

Alkylation of the nitrogen atom may also be effected using formaldehyde/formic acid at elevated temperatures, e.g. at the boiling temperature of the reaction mixture, or with a corresponding carbonyl compound and a complex metal hydride such as sodiumborohydride or sodiumcyanoborohydride in a

solvent such as water/methanol, ethanol, ethanol/water, dimethylformamide or tetrahydrofuran at temperatures of between 0 and 50°C, but preferably at ambient temperature.

If according to the invention a compound of general formula I is obtained wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a hydrogen atom, this may be converted by corresponding acylation into a corresponding compound of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the acyl groups mentioned herein before.

The subsequent acylation is appropriately carried out in a solvent such as methylene chloride, chloroform, carbontetrachloride, ether, tetrahydrofuran, dioxan, glacial acetic acid, benzene, toluene, acetonitrile or dimethylformamide, optionally in the presence of an acid-activating agent or a dehydrating agent, e.g. in the presence of ethyl chloroformate, thionylchloride, N,N-dicyclohexylcarbodiimide, N,N'-dicyclohexyl carbodiimide/N-hydroxysuccinimide, N,N'-carbonyldiimidazole or N,N'-thionyldiimidazole or triphenylphosphine/carbontetrachloride, or an agent which activates the amino group, e.g. phosphorus trichloride, and optionally in the presence of an inorganic base such as sodium carbonate or a tertiary organic base such as triethylamine or pyridine, which may simultaneously be used as solvent, at temperatures of between -25°C and 250°C, but preferably at temperature of between -10°C and the boiling temperature of the solvent used. The reaction may also be carried out without a solvent and furthermore any water formed during the reaction may be removed by azeotropic distillation, e.g. by heating with toluene using a water separator, or by adding a drying agent such as magnesium sulphate or molecular sieve.

BARR000628

Patent

The compounds of general formula I have at least one chiral center and can, therefore, exist in the form of various stereoisomers. Te invention embraces all of these stereoisomers and mixtures thereof. Mixtures of these stereoisomers can be resolved by conventional methods, e.g. by column chromatography on a chiral phase, by fractional crystallization of the diastereomeric salts or by column chromatography of their conjugates with optically active auxiliary acids such as tartaric acid, O,O-dibenzoyl-tartaric acid, camphor acid, camphorsulfonic acid or α-methoxy-phenylacetic acid.

11-29-85 6.11.85 13.11.85 13.12.85 16.12.85 2.3.

The compounds may also be converted into the acid addition salts thereof, particularly the pharmaceutically acceptable acid addition salts with inorganic or organic acids. Suitable acids for this include, for example, hydrochloric, hydrobromic, sulfuric, phosphoric, lactic, citric, tartaric, succinic, maleic or fumaric acid.

The compounds of general formulae II to IX used as starting materials are known from the literature in some cases or may be obtained using methods known from the literature.

Thus, for example, a compound of general formula II is obtained by halogenation of the corresponding cyclohexanone, which is in turn prepared by oxidation of the corresponding cyclohexanol and optional subsequent alkylation and/or acylation.

The compounds of general formulae VI, VII and VIII used as starting materials are obtained by condensation of a corresponding α-bromo-cyclohexanone with a correponding thiourea.

As already mentioned hereinbefore, the compounds of general formula I wherein at least one of the groups $R_1$ to $R_4$ represents one of the acyl groups mentioned above are valuable intermediate products for preparing the compounds of general formula I wherein $R_1$ to $R_4$ have the meanings given to $R_1$ to $R_4$ hereinbefore, with the



exception of the acyl groups referred to hereinbefore. These compounds and the pharmaceutically acceptable acid addition salts thereof have valuable pharmacological properties, particularly a hypotensive effect on blood pressure, a heart rate lowering effect and an effect on the central nervous system, particularly a stimulant effect on the dopamine receptors.

For example, therefore, in order to investigate the effect on presynaptic dopamine receptors, the following compounds

A = 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride,

B = 2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride,

C = 2-amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride,

D = 2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride,

E = 6-[N-allyl-N-(4-chloro-benzyl)-amino]-2-amino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride and

F = 2-amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochloride

were tested first for their effect on the exploratory activity of mice and then, after any effect on postsynaptic dopamine receptors had been clarified (motility in animals pretreated with reserpine), the effect on dopamine turnover and dopamine synthesis was determined, as follows:



1. Inhibition of the exploratory activity

The activity was measured in observation cages fitted with an infra-red light barrier. The frequency of interruption of the light beam by a group of 5 mice within 5 minutes. Groups of 5 animals are given the test substance, unless otherwise specified, in a dosage of 10 mg/kg by subcutaneous injection. One hour later the animals are moved into the observation cages where their exploratory activity over a period of 5 minutes is immediately measured. In parallel or alternately with groups treated with test substance, control groups treated with common salt are investigated (0.9% solution; 0.1 ml/10 g of body weight by subcutaneous route).

The results are assembled in the following table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of activity in percent compared with controls treated with common salt |
|---|---|---|
| A | 2.7[1] | 50 |
| B | 10.0 | 94 |
| C | 10.0 | 20[2] |
| D | 10.0 | 76[2] |
| E | 10.0 | 56[2] |
| F | 10.0 | 60[2] |

1) read off from the dosage/activity curve in the range from 1-10 mg/kg subcutaneously

2) measurement of exploration: 75 minutes after administration of the substance



2. Determining the inhibition of dopamine turnover

The inhibition of dopamine turnover was measured in mice. In animals treated with α-methylparatyrosine (AMPT) (250 mg/kg by intraperitoneal route) 15 minutes into the experiment, the dopamine concentration throughout the brain decreases as the test progresses. By administering substances which act on autoreceptors, the dopamine reduction (compared with control animals treated with common salt solution) can be prevented.

Test substances are administered at time 0 of the experiment in a dosage of 5 mg/kg s.c., unless otherwise stated. Four hours and 15 minutes into the experiment the animals are killed and the brains are subjected to dopamine determination using high pressure liquid chromatography with electrochemical detection. This determines the percentage inhibition, caused by the test substance, of the dopamine reduction induced by AMPT.

| Substance | Dosage (mg/kg s.c.) | % inhibition of AMPT effect |
|---|---|---|
| A | 0.95[1] | 50 |
| B | 5 | 67 |
| D | 5 | 52 |
| E | 5 | 32 |

1) read off from the dosage/activity curve in the range from 0.5-3 mg/kg s.c.

3. Determining the inhibiton of dopamine synthesis

For this purpose, 5 animals are given the test substance in a dosage of 10 mg/kg s.c., unless



otherwise stated. After 5 minutes, 750 mg/kg of Y-butyrolactone are administered by intraperitoneal route in order to rule out the effect of postsynaptic feed back loops on the rate of dopamine synthesis by blocking the presynaptic impulse line. This results in a considerable increase in the synthesis of DOPA or dopamine. In order to inhibit the decarboxylation of DOPA, 200 mg/kg of 3-hydroxybenzyl-hydrazin-hydrochloride are administered by intraperitoneal route after a further 5 minutes. Forty minutes after administration of the substance the animals are killed and the corpus striatum is prepared. The DOPA content is measured by HPLC with electrochemical detection (standard: dihydroxybenzylamine).

The percentage inhibition, produced by the test substance, of the DOPA accumulation stimulated by Y- butyrolactone compared with the controlled animals treated with 0.9% common salt solution is determined.

The results of this experiment are shown in the following table:

| Substance | Dosage (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|---|---|---|
| A | 0.55[1] | 50 |
| C | 10 | 60 |

1) read off from the dosage/activity curve in the range from 0.1-1.0 mg/kg bux subcutaneous route.

BARR000633

4. Determining the anti-Parkinsonism activity or the activity against Parkinson's disease

The discovery of the neurotoxin 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) (Langston et al., Science 219, 979 (1983)) provided an animal model for Parkinson's disease.

The irreversible neurological syndrome triggered by MPTP in man and in monkeys largely resembles the idiopathic Parkinson's disease in its clinical, pathological, biochemical and pharmacological characteristics (Markey et al., Nature 311, 464 (1984)). The reason for this convincing similarity is the fact that MPTP selectively destroys the small group of dopaminergic nerve cells in the substantia nigra of the brain which are also destroyed by degenerative processes in naturally occurring Parkinson's disease. There is even some speculation that the cause of idiopathic Parkinson's disease is MPTP or a similar compound forming in the organism (Snyder, S.H., Nature 311, 514 (1984)). Possibly as a result of the specific metabolism of MPTP, the clinical impression of the MPTP-Parkinson picture has hitherto been demonstrated only in monkeys and man.

The MPTP model realised in Rhesus monkeys is therefore exceptionally suitable for testing the activity of anti-Parkinson's disease drugs. Seven Rhesus monkeys were given MPTP (for 3 days, 1 x 0.15 mg/kg i.m. daily, 3 days' break, then 3 days 1 x 0.30-0.40 mg/kg daily) and showed the following symptoms: the animals were akinetic and not capable of taking water or food. They showed a typical bowed posture; occasionally, cataleptic states occured. The extremities showed a rigor which was interspersed by clonic convulsions on passive movement. As a rule, voluntary movements of the rump and the extremities could not be triggered

even by very powerful and painful stimulation.

After intramuscular administration of compound C (10-100 µg/kg) voluntary movements first occured after a time interval of 5 to 10 minutes, which were followed in the subsequent 10 to 30 minutes by a gradual, extensive normalisation of the motor function. The animals were capable of taking food. They stayed perfectly upright and straight inside their cages and were also satisfactory in terms of their vigilance and species-specific behaviour. The only residual symptoms recorded were an occasional transient and slight resting tremor and a reduction in rough strength. There was no sedation. Circulation in the skin appeared to be greater than before the compound C was administered.

The effect of compound C diminished after about 5 to 7 hours and the animals reverted to the Parkinson symptoms described above: a fresh administration of this compound again leads to an improvement or substantial removal of the clinically pathological manifestations. The advantageous effects of the compounds were thus reproduced several times in each individual animal.

No side effects were detected at the dosages used hitherto.

Moreover, the compounds prepared according to the invention are largely non-toxic. Thus, when the substances were tested in mice at dosages of between 27 and 50 mg/kg s.c., no deaths were recorded.

In view of their pharmacological properties, the compounds of general formula I prepared according to the invention and the pharmaceutically acceptable acid addition salts thereof are suitable for the treatment of central nervous, neuropsychiatric diseases, particularly schizophrenia, for the treatment of Parkinsonism or Parkinson's disease and/or for treating circulatory disorders, particularly hypertension.

For pharmaceutical use, the new compounds and the pharmaceutically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules. The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

Example A

4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

75.8 g (0.5 Mol) of 4-amino-cyclohexanol-hydrochloride are dissolved in 60 ml of water and, after the addition of 36 g (0.26 Mol) of potassium carbonate and 500 ml of toluene, boiled with a water separator until the separation of water has ended. Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde are slowly added with further boiling using the water separator. After the calculated quantity of water has been separated, the residue is added to water and the toluene phase is separated off and concentrated. The concentration residue is dissolved in 500 ml of ethanol and 19 g (0.5 Mol) of sodium borohydride are added in batches with stirring. After standing overnight, the mixture is concentrated, mixed with water and extracted with chloroform. After drying and concentrating the extracts, the residue is recrystallised from ethyl acetate.

Yield: 93.4 g (78% of theory).

M.p.: 103-104°C

Calculated: C 65.12 H 7.57 N 5.84 Cl 14.79

Found: C 65.21 H 7.68 N 5.93 Cl 14.65

The following compound was prepared analogously to Example A using propionaldehyde:

4-n-propylamino-cyclohexanol

Yield: 12.4% of theory,

M.p.: 20°C

Calculated: m/e = 157

Found: m/e = 157

Example B

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-amino]-cyclohexanol are dissolved in 30 ml of dimethyl-formamide, and after the addition of 2.2 g (16 mMol) of potassium carbonate, 4.26 g (30 mMol) of methyliodide are added dropwise. When the slightly exothermic reaction has ended, the mixture is concentrated by evaporation, mixed with water and

extracted with chloroform. The concentrated extracts are chromatographed on silica gel to purify them (eluant: methylene chloride/methanol = 20/1).

Yield: 3.3 g (43.4% of theory).

M.p.: 74-75°C

Calculated: C, 66.26; H, 7.94; N 5.52; Cl 13.97.

Found: C, 66.36; H, 7.95; N, 5.46; Cl, 13.81.

The following compounds were prepared analogously to Example B:

4-Hexamethyleneimino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,6-dibromohexane.

Yield: 47.3% of theory.

M.p.: <20°C.

Calculated: m/e = 197.

Found: m/e = 197.

4-Diallylamino-cyclohexanol

Prepared from 4-amino-cyclohexanol and allylbromide.

Yield: 51% of theory.

M.p.: <20°C.

Calculated: m/e = 195.

Found: m/e = 195.

4-Piperidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,5-dibromopentane.

Yield: 65.8% of theory.

M.p.: <20°C.

Calculated: m/e = 183.

Found: m/e = 183.

4-Pyrrolidino-cyclohexanol

Prepared from 4-amino-cyclohexanol and 1,4-dibromo-butane.

Yield: 35.8% of theory.

M.p.: <20°C,
Calculated: m/e = 169,
Found: m/e = 169.

**Example C**

**4-Diethylamino-cyclohexanol**

28.75 g (0.25 Mol) of 4-amino-cyclohexanol are dissolved in 150 ml of water, with the addition of 20 g (0.5 Mol) of sodium hydroxide and then 65.6 ml (0.5 Mol) of diethylsulfate are added dropwise. The mixture then heats up to 65°C. It is stirred for an hour at 70°C, then poured onto ice and extracted with chloroform.

Yield: 18.2 g (42.5% of theory.
M.p.: <20°C,
Calculated: m/e = 171,
Found: m/e = 171.

**Example D**

**4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone**

23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-amino]-cyclohexanol are suspended in 125 ml of ice water and 32 ml of concentrated sulphuric acid are added. Then 29.4 g (0.1 Mol) of potassium dichromate are added in 2 batches and the mixture is heated for 5 hours at 50°C. It is then cooled, made alkaline with sodium hydroxide solution and extracted with chloroform. After concentration, a yellowish oily liquid is obtained.

Yield: 8.2 g (34% of theory.
M.p.: <20°C,
Calculated: m/e = 237/239,
Found: m/e = 237/239.

The following compounds were prepared analogously to Example D:

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

P Yield: 38% of theory.
M.p.: <20°C,
Calculated: m/e = 251/253,
Found: m/e = 251/253.

CL 4-Diallylamino-cyclohexanone

P Yield: 21% of theory.
M.p.: <20°C,
Calculated: m/e = 193,
Found: m/e = 193.

CL 4-Piperidino-cyclohexanone

P Yield: 22.2% of theory.
M.p.: <20°C,
Calculated: m/e = 181,
Found: m/e = 181.

CL 4-Pyrrolidino-cyclohexanone

P Yield: 45.1% of theory.
M.p.: <20°C,
Calculated: m/e = 167,
Found: m/e = 167.

CL 4-Diethylamino-cyclohexanone

P Yield: 49.7% of theory.
M.p.: <20°C,
Calculated: m/e = 169,
Found: m/e = 169.

CL 4-n-Propylamino-cyclohexanone

P Yield: 33% of theory.
M.p.: <20°C,
Calculated: m/e = 155,
Found: m/e = 155.