Patent

## Example E

### 4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-amino]
cyclohexanone are dissolved in 50 ml of absolute
dimethylformamide and, after the addition of 2.6 g
(18.7 mMol) of potassium carbonate, 5.0 g (35 mMol)
of methyliodide are added dropwise at 25-30°C. After
standing overnight the mixture is concentrated, mixed
with water and extracted with chloroform.  The
extracts are dried and concentrated.

Yield:   8.1 g (93% of theory.
M.p.:    <20°C
Calculated:  m/e = 251/253.
Found:       m/e = 251/253.

The following compounds were prepared
analogously to Example E:

### 4-[N-Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone

Yield:   70.7% of theory.
M.p.:    <20°C
Calculated:  m/e = 277/279.
Found:       m/e = 277/279.

### 4-[N-(4-Chloro-benzyl)-ethylamino]-cyclohexanone

Yield:   30% of theory.
M.p.:    <20°C
Calculated:  m/e = 265/267.
Found:       m/e = 265/267.

## Example F

### 4-Hexamethyleneimino-cyclohexanone

At 20 to 25°C, a solution of 47 g (0.5 Mol) of
4- hexamethyleneimino-cyclohexanol in 300 ml of
methylenechloride is added dropwise to a suspension
of 107.5 g (0.5 Mol) of pyridiniumchlorochromate and

BARR000641

Patent

40 g (0.5 Mol) of sodium acetate in 700 ml of
methylenechloride. After stirring for one hour at
20°C the mixture is poured onto ice water and sodium
hydroxide solution and extracted with methylene
chloride. After drying and concentration of the
extracts a coloured oily liquid is left.

Yield: 16.8 g (35.8% of theory).

M.p.: <20°C ;

Calculated:   m/e = 195,
Found:        m/e = 195.

## Example 1

## 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-
## benzthiazole-dihydrochloride

2.82 g (0.02 Mol of 4-dimethylamino-
cyclohexanone are dissolved in 20 ml of glacial
acetic acid, mixed with 4.7 ml of 36% of hydrobromic
acid in glacial acetic acid and then a solution of
1.0 ml (0.02 Mol) of bromine in 12 ml of glacial
acetic acid is added dropwise with cooling. The
mixture is then concentrated by evaporation in vacuo
and the residue is triturated several times with
diethylether. The ether extracts are discarded and
the residue is dissolved in 50 ml of ethanol. After
3.04 g (40 mMol) of thiourea have been added the
mixture is refluxed for 5 hours. It is then
concentrated by evaporation, made alkaline with
sodium hydroxide solution and extracted with
chloroform. After drying and concentration of the
extracts, the residue is purified by column
chromatography on silica gel (eluant:
chloroform/methanol = 1/1). Then the base (mp:
191°C) is dissolved in acetone and converted into the
dihydrochloride with isopropanolic hydrochloric acid.

Yield: 1.09 g (20% of theory).

M.p.: 272°C.

Calculated:   C,40.00;   H,6.34;   N,15.55;   Cl,26.24,
Found:        C,39.63;   H,6.55;   N,15.31;Cl,26.29,

Case 5/920                    - 25 -

BARR000642



Patent

The following tetrahydrobenzthiazoles were prepared analogously to Example 1 from the corresponding ketones:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 25% of theory.
M.p.: 182-183°C,
Calculated: C, 58.62; H, 8.49; N, 18.64,
Found: 58.65; 8.72; 18.50.

2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride
Yield: 13% of theory.
M.p.: 280°C,
Calculated: C, 46.45; H, 6.82; N, 13.55; Cl, 22.85,
Found: 46.37; 6.75; 13.41; 22.95.

2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole
Yield: 24.4% of theory.
M.p.: 204-206°C,
Calculated: C, 59.15; H, 7.67; N, 18.81,
Found: 59.50; 7.76; 18.95.

2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride
Yield: 19% of theory.
M.p.: 262°C,
Calculated: C, 48.44; H, 6.56; N, 13.03; Cl, 22.00,
Found: 47.90; 6.49; 12.95; 22.21.

2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-benzthiazole
Yield: 35% of theory.
M.p.: 146°C.
Calculated: C, 57.23; H, 5.49; N, 14.30; Cl, 12.06,
Found: 56.93; 5.56; 13.86; 12.04.

2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-tetrahydro-benzthiazole
Yield: 36% of theory.

BARR000643

Patent

M.p.: 163°C.
Calculated:   C,58.69, H,5.89, N,13.64, Cl,11.51.
Found:        C,58.50, H,5.94, N,13.48,Cl,11.55.

2-Amino-6-[N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride
Yield: 49% of theory.
M.p.: 258°C (decomposition).
Calculated:   C,48.67, H,5.61, N,10.64, Cl,26.94.
Found:        C,48.30, H,5.85, N,10.57,Cl,26.97.

2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield: 46.5% of theory.
M.p.: 240°C (decomposition)
Calculated:   C,50.19, H,5.45, N 10.33, Cl,26.14.
Found:        C,49.84, H,5.68, N,9.97,Cl,26.04.

2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield: 15.4% of theory.
M.p.: 295°C (decomposition).
Calculated:   C,48.17, H,7.14, N,12.95, Cl,21.86.
Found:        C,47.90, H,7.34, N,12.44,Cl,21.64.

2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
   Prepared from 4-dimethylamino-cyclohexanone by
bromination  and  subsequent  reaction  with
allylthiourea.
Yield: 64% of theory.
M.p.: 248°C.
Calculated:   C 46.45, H 6.82, N 13.54, Cl 22.85,
Found:        C 46.30, H 7.00, N 13.29, Cl 22.99.

2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
   Prepared from 3-dimethylamino-cyclohexanone.
Yield: 33% of theory.
M.p.: 194°C.
Calculated:   C,40.00, H,6.34, N,15.55, Cl,26.24,
Found:        C,39.74, H,6.37, N,15.15,Cl,25.96.

Case 5/920                    - 27 -

BARR000644



Patent

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazole-di
hydrochloride

Prepared from 3-morpholino-cyclohexanone.
Yield: 7.4 g (20% of theory).
M.p.: 237-238°C
Calculated:  C 42.31,  H 6.13,  N 13.46,
Found:     C 42.00,  H 6.29,  N 13.13.

## Example 2

### 2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

(a)    [4-(Phthalimido)-cyclohexanol]

75.5 g (0.5 Mol) of 4-aminocyclohexanol-
hydrochloride and 74.0 g (0.5 Mol) of phthalic acid
anhydride are mixed with 65 g (0.5 Mol) of ethyl-
diisopropyl-amine and 1000 ml of toluene and boiled
for 36 hours with a water separator.  Then water is
added, the toluene phase is separated off and the
aqueous phase is extracted several times with
chloroform. The organic phases are combined, dried
and concentrated. The concentration residue is
recrystallised from isopropanol.
Yield: 95 g (77.8% of theory).
M.p.: 175-176°C.

(b)    4-(Phthalimido)-cyclohexanone

95 g (0.388 Mol) of 4-(phthalimido)
cyclohexanol are dissolved in 600 ml of chloroform
and, after the addition of 450 ml of water and 120 ml
of sulfuric acid, 90 g (0.3 Mol) of potassium
dichromate are added in batches.  The internal
temperature of the mixture is maintained at between
25 and 30°C by slight cooling.  The mixture is
stirred for a further 3 hours, then the chloroform
phase is separated off and the mixture extracted
twice more with chloroform. After drying and
concentration of the extracts 82 g (86.9% of theory)
are obtained.

Case 5/920                    - 28 -

29

BARR000645

Patent

### (c)  2-Amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazol

48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone are brominated analogously to Example 1 with 32 g (0.2 Mol) of bromine and then converted with thiourea into the 2-amino-6-phthalimido- 4,5,6,7-tetrahydro-benzthiazol.

Yield: 30 g (50% of theory).

M.p.: 244-246°C (decomposition).

Calculated:  C, 60.18;  H, 4.38;  N, 14.04.
Found:       C, 60.05;  H, 4.25;  N, 13.95.

### (d)  2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole dihydrochloride

9.5 g (31.7 mMol) of 2-amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazole are suspended in 100 ml of ethanol and, after the addition of 1.8 g (36 mMol) of hydrazine hydrate, refluxed for 2 hours. The mixture is then concentrated and purified by column chromatography on silica gel using methanol as eluant. Then the dihydrochloride is precipitated in ethanol with ethanolic hydrochloric acid.

Yield: 2.0 g (26% of theory).

M.p.: >315°C (decomposition).

Calculated:  C, 34.72;  H, 5.41;  N, 17.35;  Cl, 29.25.
Found:       C, 35.00;  H, 5.26;  N, 16.95; Cl, 29.10.

## Example 3

### 6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-hydrobromide

160 g (1.0 Mol) of bromine are added dropwise to a solution of 155 g (1.0 Mol) of 4-acetylamino

30

BARR000646



Patent

cyclohexanone in 1.5 l of glacial acetic acid. The
mixture is stirred for 3 hours at ambient
temperature. 152.0 g (2.0 Mol) of thiourea are added
to the reaction mixture and the resulting mixture is
refluxed for 30 minutes. After cooling, the crystals
precipitated are suction filtered and washed with
water and acetone.

Yield: 73 g (37% of theory).

M.p.: 292-293°C (decomposition).

Calculated: C 36.99, H 4.85, N 14.38.
Found: C 36.82, H 4.76, N 14.18.

By stirring the hydrobromide in aqueous
potassium carbonate solution and subsequently suction
filtering, the free base is obtained, m.p. 194-196°C
(methanol).

The following compounds were prepared
analogously to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-
benzthiazole

Yield: 46% of theory.

M.p.: 194-196°C.

Calculated: m/e = 251.
Found: m/e = 251.

6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-
benzthiazole

Yield: 64% of theory.

M.p.: 238-240°C.

Calculated: C 53.30, H 6.71, N 18.65.
Found: C 53.18, H 6.78, N 18.41.

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole

Yield: 51% of theory.

M.p.: 170-171°C.

Calculated: C 55.20, H 7.16, N 17.56.
Found: C 55.15, H 7.17, N 17.58.

31

BARR000647

Patent

## Example 4

## 2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-hydrobromide are dissolved in 20 ml of semi-concentrated hydrobromic acid and refluxed for 6 hours. The solution is then concentrated by evaporation and the residue recrystallised from methanol.

Yield: 2.8 g (82% of theory).

M.p.: >315°C.

Melting point of the base: 233-236°C

Calculated: C, 25.39; H, 3.96; N, 12.69,

Found: C, 25.34; H, 3.93; N, 12.51.

The following compounds were prepared analogously to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-hydrobromide

Yield: 57% of theory.

M.p.: 262-263°C,

Calculated: C, 36.37; H, 5.34; N, 15.90,

Found: C, 36.30; H, 5.45; N, 15.82.

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-oxalate

Yield: 52% of theory,

M.p.: 164-165°C (decomp.).

Calculated: m/e = 209,

Found: m/e = 209.

6-Amino-2-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

Yield: 45% of theory.

M.p.: >270°C (decomp.).

Calculated: C, 30.10; H, 4.77; N, 11.70,

Case 5/920                - 31 -

Patent

Found:      C, 30.13; H, 4.84; N, 11.68,

## Example 5

## 2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 3.4 g (0.02 Mol) of 2,6-diamino- tetrahydro-benzthiazole in 34 ml of dimethylformamide are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide and 2.6 g of potassium carbonate and the reaction mixture is stirred at 100°C for 3 hours. The potassium bromide precipitated is then suctioned off and the solvent is distilled off. The residue is chromatographed on silica gel (ethyl acetate/methanol = 80/20 + 3% ammonia. The desired compound crystallises out from ethereal hydrochloric acid.

Yield: 2.1 g (30% of theory).

M.p.: 289-291°C.

Calculated:   C, 52.02;   H, 6.11,   N, 12.13,

Found:      C, 51.82;   H, 6.13;   N, 12.16

The following compounds were prepared analgously to Example 5:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 28% of theory.

M.p.: 295-296°C (decomp.),

Calculated:   C, 42.25;   H, 6.74;   N, 14.78

Found:      C, 41.95;   H, 7.09;   N, 14.50.

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 35% of theory.

M.p.: 268°C (decomp.).

Calculated:   C, 44.29;   H, 7.10,   N, 14.09,

Found:      C, 43.97;   H, 7.17;   N, 13.97.

33

BARR000649

Patent

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-di
hydrochloride

Yield: 38% of theory.

M.p.: 282-283°C (decomp.).

Calculated: C 42.56; H 6.07; N 14.85;
Found: C 42.17; H 6.07; N 14.71.

2-Amino-6-[N-(2-chloro-benzyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride

Yield: 40% of theory.

M.p.: >280°C (decomp.).

Calculated: C 45.85; H 4.95; N 11.45;
Found: C 45.50; H 4.86; N 11.08;

2-Amino-6-propargylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

Yield: 35% of theory.

M.p.: 268-270°C (decomp.).

Calculated: C 42.86; H 5.40; N 15.00;
Found: C 42.78; H 5.59; N 14.79;

2-Amino-6-methylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrobromide

Yield: 25% of theory.

M.p.: 312-313°C (decomp.).

Calculated: C 27.84; H 4.38; N 12.18.
Found: C 27.78; H 4.46; N 12.21;

**Example 6**

**2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride-monohydrate**

To a solution of 3.4 g (0.02 Mol) of
2,6-diamino- 4,5,6,7-tetrahydro-benzthiazole in 50 ml
of methanol are added 10 g (0.08 Mol) of
n-propylbromide and 11.1 g of potassium carbonate and
the mixture is refluxed for 3 days.  Then 100 ml of
water are added and the mixture is extracted with
ethylacetate. The solvent is distilled off and the
residue is chromatographed on silica gel (eluant:
methylenechloride/ methanol = 80/20).  The

Case 5/920

BARR000650

Patent

corresponding fraction is concentrated by evaporation
and the desired compound is precipitated in the form
of the hydrochloride.

Yield: 1.9 g (28% of theory).

M.p.: 271-273°C

Calculated: C 45.34, H 7.90, N 12.20,
Found:     C 45.00, H 7.98, N 12.00.

### Example 7

2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride

To a solution of 3.4 g (0.02 Mol) of
2,6-diamino-4,5,6,7-tetrahydro-benzthiazole in 34 ml
of dimethylformamide are added 1.8 g (0.022 Mol) of
n-butanal and the mixture is heated to 50°C for 1
hour. After cooling, the reaction solution is mixed
with 0.8 g (0.02 Mol) of sodium borohydride and
heated to 50°C for 30 minutes. The solvent is
largely eliminated in vacuo. Whilst cooling with
ice, the residue is mixed with 20 ml of water and 2N
hydrochloric acid until a pH of 1 is obtained. The
aqueous solution is extracted with ethylacetate and
the organic phase discarded. The aqueous phase is
mixed with potassium carbonate until an alkaline
reaction is obtained and then extracted with ethyl
acetate. The organic phase is dried and
concentrated. The compound crystallizes out when
ethereal hydrochloric acid is added.

Yield: 2.3 g (39% of theory).

M.p.: 254-256°C

Calculated: C 44.29, H 7.10, N 14.09,
Found:     C 44.44, H 7.31, N 14.07.

The following compounds were prepared
analogously to Example 7:

2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride

Yield: 38% of theory.

M.p.: 296-297°C

Calculated: C 40.00, H 6.34, N 15.55,
Found:     C 39.97, H 6.41, N 15.35.

BARR000651

Patent

2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-
benzthiazole-semifumarate

Yield:  42% of theory.

M.p.:  >270°C.

Calculated:  C, 56.54,  H, 7.79,  N, 14.13,
Found:       C, 56.13,  H, 7.80,  N, 13.97.

2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

Yield:  49% of theory.

M.p.:  272-274°C.

Calculated:  C, 47.85,  H 7.72,  N, 12.88,
Found:       C, 47.96,  H, 7.65,  N, 12.71.

2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

Yield:  42% of theory.

M.p.:  286-288°C.

Calculated:  C, 42.25,  H, 6.74,  N, 14.78.
Found:       C, 42.05,  H, 6.77,  N, 14.57.

(-)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

M.p.: 270-272°C.

$[\alpha]_D^{20}$ = -56° (c = 1, methanol),

(+)2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthia-
zole-dihydrochloride

M.p.:  270-272°C.

$[\alpha]_D^{20}$ = +56° (c = 1, methanol),

2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-
benzthiazole-dioxalate

Yield:  36% of theory.

M.p.:  212-213°C.

Calculated:  C, 46.04,  H, 5.55,  N, 10.07,
Found:       C, 45.95,  H, 5.28,  N, 10.08,

2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

Yield:  38% of theory.

36

BARR000652

Patent

M.p.: 288-290°C

Calculated:    C 48.16,    H 7.15,    N 12.96,
Found:    C 47.88,    H 7.16,    N 12.74,

## Example 8

### 6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

A solution of 1 g (0.0044 Mol) of 6-acetylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole in 20 ml of absolute tetrahydrofuran is mixed with 0.4 g (0.01 Mol) of lithiumaluminium hydride and refluxed for 2 hours. After cooling, 50 g of a 40% diammonium tartrate solution are added dropwise. The organic phase is separated off and concentrated by evaporation. The residue is chromatographed on silica gel (eluant: methylene chloride/methanol = 80/20). The corresponding fraction is concentrated by evaporation. The compound crystallizes out when ethereal hydrochloric acid is added.

Yield:  0.3 g (33% of theory).

M.p.: 260°C,

Calculated:    m/e = 211,
Found:    m/e = 211.

The following compounds were prepared analogously to Example 8:

2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride
Yield:  37% of theory.
M.p.: 218-220°C (decomp.),
Calculated:    C 46.45,    H 6.82,    N 13.54,
Found:    C 46.60,    H 7.03,    N 13.66,

2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-oxalate hydrate
Yield:  20% of theory.
M.p.: 189-190°C
Calculated:    C 46.83,    H 6.95,    N 12.60,
Found:    C 47.03,    H 6.89,    N 12.49.

BARR000653

Patent

## Example 9

### 6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole

To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml of absolute tetrahydrofuran are added 2.2 g (0.022 Mol) of triethylamine and 3.1 g (0.022 Mol) of benzoylchloride and the mixture is refluxed for 3 hours. The reaction mixture is mixed with water and extracted with ethyl acetate. The organic phase is concentrated by evaporation. The residue is recrystallized from methanol.

Yield: 3 g (48% of theory).

M.p.: >260°C,

Calculated:    m/e = 315,

Found:    m/e = 315,

The following compounds were prepared analogously to Example 9:

### 2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 50% of theory.

M.p.: 258-259°C,

Calculated:    m/e = 252,

Found:    m/e = 252.

### 6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 44% of theory.

M.p.: >260°C,

Calculated:    m/e = 266,

Found:    m/e = 266.

### 6-Acetylamino-2-phenylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 78% of theory.

M.p.: 112°C,

Calculated:    m/e = 329,

Found:    m/e = 329.

Case 5/920

BARR000654

Patent

## Example 10

## 2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml of absolute tetrahydrofuran are added 0.24 g (64 mMol) of lithiumaluminiumhydride and the mixture is refluxed for 1 hour. It is then worked up as in Example 8.

Yield: 0.4 g (34% of theory).

M.p.: 242-245°C.

Calculated: $C$ 53.33; $H$ 6.43; $N$ 19.68.

Found: $C$ 53.59; $H$ 6.37; $N$ 19.42.

The following compounds were prepared analogously to Example 10:

2.6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 38% of theory,

M.p.: 241-243°C,

Calculated: $C$ 44.29; $H$ 7.10; $N$ 14.09,

Found: $C$ 44.06; $H$ 7.27; $N$ 13.85.

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 32% of theory.

M.p.: 267-268°C,

Calculated: $C$ 46.15; $H$ 7.42; $N$ 13.46.

Found: $C$ 45.95; $H$ 7.53; $N$ 13.33.

6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride-hemihydrate

Yield: 26% of theory.

M.p.: 248-251°C.

Calculated: $C$ 53.25; $H$ 6.84; $N$ 10.96,

Found: $C$ 53.31; $H$ 6.64; $N$ 10.89.

2-(4-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Case 5/920

- 38 -

BARR000655

Patent

Yield: 65% of theory,

M.p.: >260°C;

Calculated:   C, 48.67;   H, 5.62;   N, 10.64 .

Found:   C, 48.79;   H, 5.80;   N, 10.60 .

2-(2-Chloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride-

Yield: 36% of theory,

M.p.: 251-253°C

Calculated:   C, 48.67;   H, 5.62;   N, 10.64.

Found:   C, 48.57;   H, 5.78;   N, 10.57.

2-(3,4-Dichloro-benzylamino)-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Yield: 62.5% of theory,

M.p.: >260°C

Calculated:   C, 44.77;   H, 4.93;   N, 9.79.

Found:   C, 44.85;   H, 4.82;   N, 9.96,

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole

Prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

Yield: 33% of theory,

M.p.: 234-235°C

Calculated:   m/e = 238;

Found:   m/e = 238.

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydrobenzthiazole prepared from 6-acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydrobenzthiazole prepared from 6-acetylamino-2-propionylamino-4,5,6,7,-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydrobenzthiazole.

BARR000656

Patent

## Example 11

### 6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole dihydrochloride

Prepared from 6-acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole analogously to Example 4.

Yield: 45% of theory.

M.p.: 155-158°C.

Calculated: C, 40.00; H, 6.34; N, 15.55.
Found:      C, 39.86; H, 6.31; N, 15.26.

The following compounds were prepared analogously to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide.

## Example 12

### 2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole are dissolved in 15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride are added dropwise. After standing overnight the mixture is concentrated, mixed with soda solution and extracted with chloroform. The chloroform extract is concentrated and then chromatographed on silica gel (eluant: methylenechloride/methanol = 9/1). The isolated base (melting point 174°C) is dissolved in acetone and the dihydrochloride is precipitated with isopropanolic hydrochloric acid.

Yield: 2.8 g (49% of theory).

M.p.: 284°C (decomp.).

Calculated: C, 51.33; H, 5.65; N, 11.23; Cl, 18.94.
Found:      C, 51.51; H, 5.76; N, 11.32; Cl, 18.75.

BARR000657

Patent

## Example 13

## 6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole

3.1 g (20 mMol) of 4-acetylamino-cyclohexanone and 6.2 g (20 mMol) of formamidine-disulfide-dihydrobromide are intimately mixed and heated in a heating bath at a temperature of 120 - 130°C for 2 hours with stirring. The mixture is then taken up in water, made alkaline with ammonia and extracted with chloroform. After the extracts have been dried they are concentrated by evaporation, triturated with acetone and suction filtered.

Yield: 1.8 g (42.6% of theory).

M.p.: 195°C.

Calculated: C, 51.17; H, 6.20; N, 19.89.
Found:      C, 51.09; H, 6.22; N, 19.75.

Starting from 4-dimethylamino-cyclohexanone the following compound was prepared analogously to Example 13:

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole

Yield: 21% of theory.

M.p.: 189-190°C.

Calculated: C, 54.80; H, 7.66; N, 21.29.
Found:      C, 54.71; H, 7.53; N, 21.12.

## Example I

## Tablet core containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:

1 tablet core contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Lactose | 33.5 mg |
| Corn starch | 10.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

Case 5/920

BARR000658

Patent

## Preparation

A mixture of the active substance with lactose and corn starch is granulated with a 10% aqueous gelatine solution through a screen with a mesh size of 1 mm, dried at 40°C and again rubbed through this screen. The granulate thus obtained is mixed with magnesium stearate and compressed to form tablet cores. The tablets must be prepared in darkened rooms.

Weight of core:  50 mg
Punch:           4 mm. convex.

The tablet cores thus obtained are coated by the usual method with a coating consisting essentially of sugar and talc. The finished coated tablets are polished with bees wax.

Weight of coated tablet:  100 mg.

## Example II
### Drops containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

Composition:

100 ml of drops substance:

| | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisol | 0.05 g |
| Menthol | 0.06 g |
| Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodiumphosphate x 2 $H_2O$ | 0.3 g |
| Sodium cyclamate | 1.0 g |
| Glycerol | 15.0 g |
| Distilled water | ad 100.0 ml |

BARR000659

Patent

## Preparation

The p-hydroxybenzoates, anisol and menthol are dissolved in ethanol (Solution I).

The buffer substances, active substance and sodium cyclamate are dissolved in distilled water and glycerol is added (Solution II). Solution I is stirred into Solution II and the mixture is topped up to the volume specified with distilled water. The finished drops solution is filtered through a suitable filter. The preparation and bottling of the drops solution must be carried out away from the light and under a protective gas.

### Example III

Suppositories containing 10 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole dihydrochloride

1 suppository contains:

| | |
|---|---|
| Active substance | 10.0 mg |
| Suppository mass | |
| (e.g. Witepsol W 45) | 1 690.0 mg |
| | 1 700.0 mg |

### Preparation

The finely powdered substance is stirred into the molten suppository mass, cooled to 40°C. with an immersion homogeniser. At 35°C the mass is poured into slightly chilled moulds.

Weight of suppository: 1.7 g

### Example IV

Ampoules containing 5 mg of 2-amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

1 Ampoule contains:

| | | |
|---|---|---|
| Active substance | | 5.0 mg |
| Citric acid | | 7.0 mg |
| Sec. sodium phosphate x $2H_2O$ | | 3.0 mg |
| Sodium pyrosulphite | | 1.0 mg |
| Distilled water | ad. | 1.0 ml |

Case 5/920

- 43 -

BARR000660

Patent

## Preparation

The buffer substances, active substance and
sodium pyrosulphite are successively dissolved in
deionised water which has been cooled under $CO_2$
gas.  The solution is made up to the volume specified
with boiled water and filtered free from pyrogens.
Bottling:  In brown ampoules under protective gas
Sterilization:  20 minutes at 120°C.

The preparation and transferring of the ampoule
solution must be carried out in darkened rooms.

## Example V

Coated tablets containing 1 mg of 2-amino-6-
dimethylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride

1 tablet core contains:

| | |
|---|---|
| Active substance | 1.0 mg |
| Lactose | 35.5 mg |
| Corn starch | 12.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

## Preparation

Analogous to Example I

| | |
|---|---|
| Weight of core: | 50 mg |
| Punch:          : | 5 mm, convex |
| Weight of coated tablet: | 100 mg |

Obviously, instead of the compound mentioned,
all the other compounds of general formula I may be
incorporated as active substance in the
Pharmaceutical Examples I to V, such as 2-amino-6-n-
propylamino-4,5,6,7-tetrahydro-benzthiazole
dihydrochloride.

BARR000661

Patent

What is claimed is:

1.    A tetrahydro-benzthiazole of the formula:



(I)

wherein

$R_1$ is a hydrogen atom, an alkyl group having
1 to 6 carbon atoms, an alkenyl or alkynyl group each
having 3 to 6 carbon atoms, an alkanoyl group having
1 to 6 carbon atoms, a phenyl alkyl or phenyl
alkanoyl group having 1 to 3 carbon atoms in the
alkyl part, wherein the above mentioned phenyl nuclei
may be substituted by 1 or 2 halogen atoms;

$R_2$ is a hydrogen atom or an alkyl group with
1 to 4 carbon atoms;

$R_3$ is a hydrogen atom, an alkyl group with 1
to 7 carbon atoms, a cycloalkyl group having 3 to 7
carbon atoms, an alkenyl or alkynyl group having 3 to
6 carbon atoms, an alkanoyl group having 1 to 7
carbon atoms, a phenyl alkyl or phenyl alkanoyl group
having 1 to 3 carbon atoms in the alkyl part, whilst
the phenyl nucleus may be substituted by fluorine,
chlorine or bromine atoms; and,

$R_4$ is a hydrogen atom, an alkyl group with 1
to 4 carbon atoms, an alkenyl or alkynyl group having
3 to 6 carbon atoms; or,

$R_3$ and $R_4$ together with the nitrogen atom
between them form a ~~pyrrolidino~~ piperidino,
hexamethyleneimino or morpholino group; or, an acid
addition salt thereof.

BARR000662

Patent

2.    A tetrahydro-benzthiazole of formula I, as claimed in claim 1, wherein the



group is in the 5 or 6-position.

3.    A tetrahydro-benzthiazole of the formula:



$$R_3 \diagdown N - \diagup \text{(tetrahydrobenzothiazole ring)} - N \diagup R_1 \diagdown R_2 \qquad (Ia)$$

wherein

R_1 is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl, 2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl or phenylethyl group;

R_2 is a hydrogen atom, a methyl or ethyl group;

R_3 is a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl or cyclohexyl group; and,

R_4 is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group;

R_3 and R_4 together with the nitrogen atom between them form a ~~pyrrolidino~~ piperidino, hexamethyleneimino or morpholino group; or, a pharmaceutically acceptable acid addition salt thereof.

4.    A tetrahydro-benzthiazole of formula Ia, as claimed in claim 3, wherein the

group is in the 6-position.

BARR000663

Patent

5.    A tetrahydro-benzthiazole of formula Ia, as
claimed in claim 3, wherein

$R_1$ and $R_2$ together with the nitrogen atom
between them form an amino or allylamino group; and,

$R_3$ and $R_4$ together with the nitrogen atom
between them form a diethylamino, diethylamino,
N-allyl-N-(4-chloro-benzyl)-amino, n- propylamino or
pyrrolidine group.

6.    2-Amino-6-dimethylamino-4,5,6,7-tetrahydro
benzthiazole, or a pharmaceutically acceptable acid
addition salt thereof.

7.    2-Amino-6-n-propylamino-4,5,6,7-tetrahydro
benzthiazole, or a pharmaceutically acceptable acid
addition salt thereof.

8.    A pharmaceutical composition comprising a
compound according to claim 3 and a pharmaceutically
acceptable carrier or diluent.

9.    A method for lowering the blood pressure of a
host which comprises administering a blood pressure
lowering amount of a compound according to claims 3,
4, 5, 6, or 7.

10.    A method for lowering the heart rate of a host
which comprises administering a heart rate lowering
amount of a compound according to claims 3, 4, 5, 6,
or 7.

11.    A method for treating Parkinsonism which
comprises administering to a host suffering from the
same a therapeutically effective amount of a compound
according to claims 3, 4, 5, 6, or 7.

12.    A method for treating Parkinson's disease which
comprises administering to a host suffering from the
same a therapeutically effective amount of a compound
according to claims 3, 4, 5, 6, or 7.

13.    A method for treating schizophrenia which
comprises administering to a host suffering from the
same a therapeutically effective amount of a compound
according to claims 3, 4, 5, 6, or 7.

BARR000664

Patent

14.   A method for making a tetrahydro-benzthiazole
as claimed in claim 1, which method comprises:
reacting a cyclohexanone of the formula



(II)

wherein

R$_3$ and R$_4$ are as defined in claim 1 and X
is a nucleophilically exchangeable group with a
thiourea of the formula

Case 5/920            - 48 -

BARR000665

Patent

$$H_2N - \overset{\overset{S}{\|}}{C} - N \overset{R_1}{\underset{R_2}{\diagdown}}$$

(III)

wherein

$R_1$ and $R_2$ are as defined in claim 1.

15.    A method for making a tetrahydro-benzthiazole
as claimed in claim 1. which method comprises:
reacting a compound of the formula

$$\overset{R_3}{\underset{R_4}{\diagup}} N \diagup \bigcirc = O$$

(IV)

wherein $R_3$ and $R_4$ are defined as in claim 1
with a formamidine disulphide of the formula

$$\overset{R_1}{\underset{R_2}{\diagup}}N - \overset{+}{C} - S - S - C = \overset{R_1}{\underset{NH_2}{\diagup}} \quad 2\ Y^-$$

(V)

wherein

$R_1$ and $R_2$ are defined as in claim 1 and
$Y^-$ is an anion of an inorganic or organic
acid.

Case 5/920

- 49 -

BARR000666

Patent
256671

## Abstract

This invention relates to new tetrahydro-benzthiazoles of general formula

$T, 10^X$



(I)

$p.5$

wherein

$R_1$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, whilst the above mentioned phenyl nuclei may each be substituted by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl group,

$R_3$ represents a hydrogen atom, an alkyl group a cycloalkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group, an alkyl or alkenyl group, or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, the enantiomers and the acid addition salts thereof.

The compounds of general formula I above in which one of the groups $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties. The new compounds may be prepared using methods known per se.

11-29-85

∂ 12.85

Case 5/920                    — 50 —

256471



BARR000668

DECLARATION FOR PATENT APPLICATION                    Docket No.  5/920

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled
TETRAHYDRO-BENZTHIAZOLES. THE PREPARATION THEREOF AND THEIR USE
AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS. _____ the specification of which
(check one) ☒ is attached hereto.
☐ was filed on
Application Serial No. _____
and was amended on _____ as
_____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

| P 34 47 075.1 | West Germany | 22 December 1984 | Priority Claimed |
|---------------|--------------|------------------|------------------|
| (Number) | (Country) | (Day/Month/Year Filed) | (Yes) No |
| P 35 08 947.4 | West Germany | 13 March 1985 | |
| (Number) | (Country) | (Day/Month/Year Filed) | (Yes) No |
| -- | | | |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status—patented, pending, abandoned) |
|--------------------------|---------------|----------------------------------------|
| (Application Serial No.) | (Filing Date) | (Status—patented, pending, abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:  Charles J. Herron (Reg. 28,019),
David E. Frankhouser (Reg. 25,475), Alan R. Stempel (Reg. 28,991)
Address all telephone calls to  Alan R. Stempel                  at telephone no. (203) 438-0311, Extension 363
Address all correspondence to  Legal Department - Patents
Boehringer Ingelheim Corporation
90 East Ridge, P.O. Box 368
Ridgefield, Ct. 06877

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor  Elisabeth Griss  (as legal representative of Gerhart Griss, deceased)
Inventor's signature _____ Date _____
Residence Schoppertag 1
Post Office Address  D-7950 Biberach 1     Citizenship  W. Germany

Full name of second joint inventor, if any  Claus Schneider
Second Inventor's signature _____ Date _____
Residence Albrecht-Durer-Str. 19                Citizenship  W. Germany
Post Office Address  D-6507 Ingelheim/Rhein

FILE COPY

BARR000669

Full name of third joint inventor, if any    Rudolf Hurnaus
Third Inventor's Signature _____    Date    4-24-85
Residence    Silcherstrasse 19                Citizenship    W. Germany
Post Office Address    D-7950 Biberach 1

Full name of fourth joint inventor, if any    Walter Kobinger
Fourth Inventor's Signature _____    Date
Residence    Belghofergasse 27              Citizenship    Austria
Post Office Address    A-1121 Wien

Full name of fifth joint inventor, if any    Ludwig Pichler
Fifth Inventor's Signature _____    Date    6.11.85
Residence    Gusshausstrasse 24/11           Citizenship    Austria
Post Office Address    A-1040 Wien

Full name of sixth joint inventor, if any    Rudolf Bauer
Sixth Inventor's Signature _____    Date
Residence    Aarstrasse 4,                   Citizenship    W. Germany
Post Office Address    D-6200 Wiesbaden

Full name of seventh joint inventor, if any    Joachim Mierau
Seventh Inventor's Signature _____    Date    13.12.85
Residence    An den Weiden 3                 Citizenship    W. Germany
Post Office Address    D-6500 Mainz 33

Full name of eighth joint inventor, if any    Dieter Hinzen
Eighth Inventor's Signature _____    Date    Dec. 13th 1985
Residence    Konrad-Adenauer-Str. 26         Citizenship    W. Germany
Post Office Address    D-6501 Zornheim

Full name of ninth joint inventor, if any    Gunter Schingnitz
Ninth Inventor's Signature _____    Date
Residence    Unter den Garten               Citizenship    W. Germany

BARR000670

BARR000671

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:    G. Griss et al.
Serial No.           :   unassigned
Filed              :   herewith
For                :   TETRA-HYDRO-BENZTHIAZOLES, THEIR
                      PREPARATION THEREOF AND THEIR USE

Group Art Unit     :
Examiner          :

Honorable Commissioner of
Patents and Trademarks
Washington, DC 20231

### ASSOCIATE POWER OF ATTORNEY

Sir:

      Please recognize Mary-Ellen M. Timbers, Registration No. 27,928, whose address is c/o Boehringer Ingelheim Corporation, 90 East Ridge, P.O. Box 368, Ridgefield, Connecticut 06877, as Associate Attorney in the above-identified application.

      Kindly direct all future correspondence regarding this application to David E. Frankhouser, at the address indicated below, and direct all telephone calls to Alan R. Stempel at telephone number 203-431-5873.

                          Respectfully Submitted

                          *Alan Stempel*

                          Alan R. Stempel
                          Reg. No. 28,991

Patent Department
Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT. 06877

(203) 431-5873

Case:   5/920-2-D2

Date: October 12, 1988

"EXPRESS MAIL" LABEL NO. BO2278569
DEPOSIT DATE Oct. 12 1988
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS
BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10
ON THE DATE INDICATED ABOVE AND IS
ADDRESSED TO THE COMMISSIONER OF PATENTS
AND TRADEMARKS, WASHINGTON D.C. 20231.

BY *Alan Stempel*    Oct. 12, 1988
                              DATE

BARR000672



BARR000673



101571 A
256671

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Docket No.: 5/920-2-D2
Anticipated Classification
of this application:
Class:_____ Subclass:_____
Prior application:
Examiner: R. Gerstl
Art Unit: 122

THE COMMISSIONER OF PATENTS AND TRADEMARKS
WASHINGTON, D.C. 20231

Sir:

This is a request for filing a [ ] continuation [X] divisional
application under 37 CFR 1.60, of pending prior application

Serial No.: 124,197
filed on : November 23, 1987
of : G. Griss et al;
for : TETRA-HYDRO-BENZTHIAZOLES,
THE PREPARATION THEREOF AND THEIR USE

1. [X] Enclosed is a complete copy of the prior application,
including the oath and declaration as originally filed.

2. [X] The filing fee is calculated below:

CLAIMS AS FILED IN THE PRIOR APPLICATION LESS ANY CLAIMS
CANCELLED BY AMENDMENT BELOW

| For | No. filed | No. extra | Rate | Fee |
|---|---|---|---|---|
| Basic Fee | | | | $340. |
| Total Claims | 8- 20 = | 0 | X$ 12 | 0. |
| Independent claims | 5- 3 = | 2 | X$ 34 | 68. |
| [ ] Multiple dependent claim presented | | | +$110 | |
| | Total Fee | | | $408. |

3. [X] The Commissioner is hereby authorized to charge any
fees which may be required, or credit any overpayment
to Account No. 02-2955. A duplicate copy of this sheet
is enclosed.

4. [ ] A check in the amount of $_____ is enclosed.

5. [X] Cancel in this application original claims 9-15
of the prior application before calculating the filing
fee.

6. [X] Amend the specification by inserting before the first
line the sentence:\ This is a [ ] continuation,
[X] division of application Serial No. 124,197,
filed November 23, 1987, which is a division of
Serial No. 810,947, filed December 19, 1985. P.N. 1737371

CASE NO. 5/920-2-D2

BARR000674

7.  [ ] Transfer the drawings from the prior application to
        this application and abandon said prior application as
        of the filing date accorded this application. A
        duplicate copy of this sheet is enclosed for filing in
        the prior application filed.

8.  [ ] New formal drawings are enclosed.

9.  [X] Priority of application(s) Serial No. P34470751.1,
        filed on December 22, 1984 in Federal Rep. of Germany
        and Serial No. P3508947.4, filed on March 13, 1987
        in Fed. Rep. of Germany, is (are) claimed under 35 USC
        119.

    [X] The certified copy has been filed in prior application
        Serial No. 810,947, filed December 19, 1985.

10. [X] The prior application is assigned of record to _____
        Dr. Karl Thomae GmbH.

11. [X] The power of attorney in the prior application is to:
        David E. Frankhouser Reg. No. 23,475, and Alan R.
        Stempel, Reg. No. 28,991

    a. [X] The power appears in the original papers in the prior
           application.

    b. [ ] Since the power does not appear in the original papers,
           a copy of the power in the prior application is
           enclosed.

       [X] Address all future communication to:_____
           Dr. David E. Frankhouser
           Boehringer Ingelheim Corp
           90 East Ridge
           Ridgefield, CT. 06877

    d. [X] An Associate Power of Attorney in favor of Mary-Ellen
           M. Timbers, Reg. No. 27,928, is enclosed herewith.

12. [X] A preliminary amendment is enclosed.  (Claims added by
        this amendment have been properly numbered consecu-
        tively beginning with the number next following the
        highest numbered original claim in the prior applica-
        tion.)

13. [X] I hereby verify that the attached papers are a true
        copy of prior application Serial No. 124,197, as
        originally filed on November 23, 1987 and of any
        amendments referred to in the oath and declaration
        filed to complete the prior application; and that no
        amendments referred to in the oath and declaration
        filed to complete the prior application introduced new
        matter herein.

CASE NO.  5/920-2-D2

14. [ ] A petition under 37 CFR 1.136(a) for an extension of
time in the prior application, Serial No. ____, was
mailed on ____ for filing according to
the provisions of [ ] 37 CFR 1.10 (express mail) or
[ ] 37 CFR 1.8 (certificate of mailing). Entry of the
petition will extend the period of response set in the
Office Action dated ____ for [ ] one,
[ ] two, [] three month(s) (to ____).

The undersigned declares further that all statements made herein of
his or her own knowledge are true and that all statements made on
information and belief are believed to be true; and further that these
statements were made with the knowledge that willful false statements
and the like to made are punishable by fine or imprisonment, or both,
under section 1001 of title 18 of the United States Code and that such
willful false statement may jeopardize the validity of the application
or any patent issuing thereon.

Date: October 12, 1988   Signature: _Alan Stempel_

Alan R. Stempel
Reg. No.: _28,991_
_301_

Address of signator:          [ ] Inventor(s)
Boehringer Ingelheim Corp.     [ ] Assignee of complete interest
90 East Ridge                  [X] Attorney or agent of record
Ridgefield, CT. 06877          [ ] Filed under § 1.34 (a)

Telephone No.: (203) 431-5873

"EXPRESS MAIL" LABEL NO. B02278569
DEPOSIT DATE _Oct. 12, 1988_
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS
BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10
ON THE DATE INDICATED ABOVE AND IS
ADDRESSED TO THE COMMISSIONER OF PATENTS
AND TRADEMARKS, WASHINGTON, D.C. 20231.
BY _Alan Stempel_        _Oct. 12, 1988_
                          DATE

CASE NO. _5/920-2-D2_

BARR000676



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: G. Griss et al.

Serial No. : to be assign.    )  Group    :
Filed      : October 12, 1988 )  Examiner :
For        : TETRA-HYDRO-BENZTHIAZOLES, THEIR PREPARATION THEREOF
             AND THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

## PRELIMINARY AMENDMENT

Sir:

Prior to commencing examination of the above-captioned applica-
tion, please enter the following amendments.

### In the Claims

Cancel claims 9-15.

Please amend claim 1 by deleting "pyrrolidino," from line 25
thereof.

Please amend claim 3 by deleting "pyrrolidino," from line 17
thereof.

Please amend claim 5 by deleting "pyrrolidino," from line 8
thereof.

### Remarks

The above amendments are intended to exclude from the claims
subject matter already patented in U.S. Patent 4,731,374 and that
now pending in Serial No. 124,197 filed November 23, 1987.

Respectfully submitted,

Alan R. Stempel
Reg. No. 28,991

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge, P.O. Box 368
Ridgefield, CT.  06877

Tel: (203) - 431 - 5873
Case No. : 5/920-2-D2

"EXPRESS MAIL" LABEL NO. B02278569
DEPOSIT DATE Oct. 12, 1988
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS
BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE "EXPRESS MAIL POST OFFICE
TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10
ON THE DATE INDICATED ABOVE AND IS
ADDRESSED TO THE COMMISSIONER OF PATENTS
AND TRADEMARKS, WASHINGTON, D.C. 20231.

BY _____  DATE 10/12/88

BARR000677

12m    12'  12-8-88    DP125

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

application of:  G. Griss et at.

Serial No. :  256,671                    )  Art Unit: 125 122

          :  October 12, 1988            )  Examiner:

          :  TETRA HYDRO-BENZTHIAZOLES, THE    )  R. QORSTK
             THE PREPARATION THEREOF AND  )
             THEIR USE                    )

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

SECOND PRELIMINARY AMENDMENT
AND
INFORMATION DISCLOSURE STATEMENT

Sir:

Entry of the following amendments in addition to those
contained idn the Preliminary Amendment filed on 12 October
1988, and review of the following information disclosure
statement are required prior to commencing examination of
the above captioned application.

AMENDMENTS

Please add the following new claims 16 and 17.

9
16. A tetrahydrobenzthiazole of the formula



wherein R is an alkyl group with 1 to 7 carbon atoms, a
cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or
alkynyl group having 3 to 6 carbon atoms, an alkanoyl group
having 1 to 7 carbon atoms or a phenyl alkyl or phenyl
alkanoyl group having 1 to 3 carbon atoms in the alkyl
moiets, wherein the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms.

10
17. The compound of claim 16 wherein R is an alkyl group
having 1 to 7 carbon atoms.

BARR000678

### REMARKS

New claims 16 and 17 are directed to a subgeneric aspect of the invention not previously claimed.  Support for these new claims is found throughout the specification, particularly at pages 2 through 4 thereof.

### INFORMATION DISCLOSURE STATEMENT

Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants wish to bring the following information to the attention of the Examiner in connection with this application.

A.  <u>European Search Report</u>

Applicants provide herewith a copy of the search report of the European Patent Office for EP85116016.8, which corresponds to the above-captioned application.  This cites EP-A1-0-044 443 and US 4,337,343 as references which are indicative of the state of the art.  It should be noted that US 4,337,343 corresponds to EP 21 940.

Neither of the cited references are believed to affect the patentability of the claims since neither discloses or suggests the claimed compounds or pharmaceutical compositions.  Both references were made of record in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

A copy of the search report, the two cited referenced and a PTO 1449 form listing these references are enclosed.

B.  <u>Other References made of Record In Parent</u>

British Patent 812,512 was made or record by the Examiner in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

This reference generically discloses compounds which would be structurally related to those claimed herein but for the fact that these compounds are benzothiazoles, and not tetrahydrobenzothiazoles as in the above-captioned application.  The claimed compounds and compositions are therefore considered to be patentable over this reference.

- 2 -

BARR000679

A copy of this reference and a PTO-1449 for listing the same is enclosed herewith.

C.   Possibly Interfering Application of Another

Applicants particularly wish to bring to the attention of the Patent and Trademark Office the existence U.S. Patent Application Serial No. 747,748, filed 24 June 1985, and its foreign equivalent, European Patent Application No. 207,696, published 1 July, 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the formula:



wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a subgenus of the compounds disclosed and originally claimed in the above-captioned application. However, European '696 does not represent prior art because its publication date is later than the effective filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same disclosure as European '696. It is not available as prior art because its filing date is later than the effective filing date of the above-captioned application. (The effective filing date of the above-captioned application is 22 December 1984, the date on which the German application for which Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As filed, U.S. Application Serial No. 747,748 contained claims directed to compounds of the above formula XX.

- 3 -

BARR000680

The Examiner is urged to consider carefully the relevance of
Serial No. 747,748 before allowing the above-captioned
application. The possibility of interfering subject matter
should be particularly considered.

Copies of these two references and a Form PTO-1449 listing
the same are enclosed herewith.

Respectfully submitted,

Alan R. Stempel
Registration No. 28,991

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT   06877
(203) 431-5873

Case No. 5/920-2-D2

I hereby certify that this correspondence is
being deposited with the U. S. Postal Service
as first class mail in an envelope addressed
to:   Commissioner of Patents & Trademarks,
Washington, D.C. 20231 on Dec. 8, 1985.

- 4 -

BARR000681

MAIL ROOM
DEC 12 1988

FORM PTO-1449
REV. 7-80

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

## LIST OF INFORMATION CITED BY APPLICANT(S)

*(Use several sheets if necessary)*

| Sheet | 1 | of | 1 |

| ATTY. DOCKET NO. | SERIAL NO. |
|---|---|
| 5/920-2-D2 | 256,671 |

| APPLICANT |
|---|
| Gerhart Griss, et al. |

| FILING DATE | GROUP |
|---|---|
| October 12, 1988 | 125 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 4 3 3 7 7 3 4 3 | 6/29/82 | J. Maillard et al. | 548 | 152 | June 18, 1980 |
| | AB | 6X 2 4 7 2 4 8 NONE | B.C. Laguzza, et al. | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0 0 4 4 4 4 3 | 01/27/82 | European | 548 | 161 | | |
| | AM | 2 0 7 6 9 6 | 08/20/86 | European | 548 | 161 | | |
| | AN | 2 1 9 4 0 | 01/07/81 | European | 548 | 14 | | |
| | AO | 8 1 2 5 1 2 | 04/29/59 | Great Britain | 548 | 161 | | |
| | AP | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AU | |
|---|---|---|
| | AV | |
| | AW | |

| EXAMINER | | DATE CONSIDERED | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.*

BARR000682



Europäisches
Patentamt

der nach Regel 45 des Europäischen Patent-
... mens für das weitere Verfahren als
europäischer Recherchenbericht gilt

## EINSCHLÄGIGE DOKUMENTE

EP 85116016.8

| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl.4) |
|---|---|---|---|
| A | EP - A1 - 0 044 443 (BASF AKTIENGE-SELLSCHAFT)<br>• Ansprüche 5,7 • | 1-4,8,<br>9,13 | C 07 D 277/82<br>A 61 K 31/425 |
| A | US - A - 4 337 343 (MAILLARD et al.)<br>• Zusammenfassung; Spalte 1, Zeile 33 - Spalte 2, Zeile 16 • | 1,8,9,<br>13 | |

RECEIVED

MAY 1 9 1986

PATENT SECTION

| RECHERCHIERTE SACHGEBIETE (Int. Cl.4) |
|---|
| C 07 D 277/00 |

### UNVOLLSTÄNDIGE RECHERCHE

Nach Auffassung der Recherchenabteilung entspricht die vorliegende europäische Patentanmeldung den Vorschriften des Europäischen Patentübereinkommens so wenig, daß es nicht möglich ist, auf der Grundlage einiger Patentansprüche sinnvolle Ermittlungen über den Stand der Technik durchzuführen.

Vollständig recherchierte Patentansprüche:  1-9,12,13
Unvollständig recherchierte Patentansprüche:  --
Nicht recherchierte Patentansprüche:  10,11
Grund für die Beschränkung der Recherche:

Verfahren zur therapeutischen Behandlung
des menschlichen oder tierischen Körpers.
Artikel 52(4) EPÜ

## FILE COPY

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| WIEN | 26-03-1986 | BRUS |

KATEGORIE DER GENANNTEN DOKUMENTEN
X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur
T : der Erfindung zugrunde liegende Theorien oder Grundsätze

E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus anderen Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

EPA Form 1503.1  68.82

BARR000683

277 160

# United States Patent [19]

## Maillard et al.

[11] **4,337,343**

[45] **Jun. 29, 1982**

[54] **4,5 OR 6-ALKYLAMINOALKYL-2-ALKYL-4,5,6,7-TETRAHYDRO BENZO[D]THIAZOLES**

[75] Inventors: Jacques G. Maillard, Versailles; Pierre P. A. Delaunay, Herblay; Jacky M. G. Legeai, Palaiseau, all of France

[73] Assignee: Laboratoires Jacques Logeais, Issy-Les-Moulineaux, France

[21] Appl. No.: 160,458

[22] Filed: Jun. 18, 1980

[30] **Foreign Application Priority Data**

Jun. 20, 1979 [FR] France .............. 79 15774

[51] Int. Cl.³ .............. C07D 277/60; A61K 31/425
[52] U.S. Cl. .............. 548/152; 424/270
[58] Field of Search .............. 548/152, 178, 189

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

3,849,431  11/1974  Gallay .............. 548/152

**FOREIGN PATENT DOCUMENTS**

49-030360  3/1974  Japan .............. 548/180
50-108261  12/1974  Japan .............. 548/180

Primary Examiner—David B. Springer
Attorney, Agent, or Firm—Young & Thompson

[57] **ABSTRACT**

This invention relates to compounds of the formula (I):

$$R'\text{—NH—}CH_2 \quad \underset{S}{\overset{N}{\diagup}} R \qquad (I)$$

in which: R is selected from hydrogen and $C_{1-4}$ alkyl and R' is selected from hydrogen and $C_{1-6}$ alkyl; and their pharmaceutically acceptable acid addition salts.

Said compounds are therapeutically useful for the treatment of circulatory insufficiencies.

3 Claims, No Drawings

BARR000684

4,337,343

**1**

## 4,5 OR 6-ALKYLAMINOALKYL-2-ALKYL-4,5,6,7-TET-RAHYDRO BENZO[D]THIAZOLES

### DESCRIPTION

This invention relates to amino benzothiazole derivatives.

Applicant has previously disclosed in French Pat. No. FR 77J1891 aminobenzothiazole derivatives which have an useful activity on the central nervous system.

This invention relates to new amino benzothiazole derivatives which could be prepared only via an entirely different synthetic route and which, additionally, are applicable in a different therapeutic area.

Thus, this invention relates to compounds having the general formula (I):

R—NH—CH₂— ... N / R' (I)

in which: R is hydrogen or C₁₋₄ alkyl, and R' is hydrogen or C₁₋₄ alkyl,
and their pharmaceutically acceptable acid addition salts.

The addition salts may typically be those formed with hydrochloric, hydrobromic, sulfuric acids and the pharmaceutically acceptable organic acids.

A process for the preparation of the compounds of the formula (I), comprises:

(a) reacting a bromo keto-ester of the formula (II):

R″OOC— ... O / Br (II)

in which R″ is C₁₋₂ alkyl, with a thioamide of the formula

R—C—NH₂ ‖ S

in which R is as previously defined, to give an ester of the formula (III):

R″OOC— ... N / R (III)

(b) reducing the ester of the formula (III) with lithium aluminum hydride to an alcohol of the formula (IV):

HO—CH₂— ... N / R (IV)

**2**

(c) converting the alcohol of the formula (IV), with p-toluenesulfonyl chloride, to the corresponding tosylate of the formula (V):

CH₃— ... —SO₂OCH₂— ... N / R (V)

(d) reacting the tosylate of the formula (V) with an amine of the formula R′·NH₂ in which R′ is as previously defined, to give an amine of the formula (I), and, if desired,

(e) converting the amine of the formula (I) to a pharmaceutically acceptable acid addition salt.

Some of the bromo esters (II) used as starting materials are known compounds:

2-bromo-6-ethoxycarbonyl-cyclohexanone (J. E. BRENNER, J. Org. Chem., 1961, 26, 22),

2-bromo-4-ethoxycarbonyl-cyclohexanone (L. BERGER and co-workers, German Pat. No. 2.214,501, Oct. 5, 1971, Chem. Abstr. 1973, 78, 29609b).

The other bromo keto-esters of the formula (II) are prepared in an analogous manner.

The reaction with a thioamide may be effected in a solvent such as an alcohol (ethanol, isopropanol) or dimethylformamide, at room temperature in the case of low molecular weight thioamides (R=H, CH₃) or with mild heating in the case of higher thioamides (40°–60° C.).

The resulting benzothiazole (III) may be isolated, after evaporating off the solvent, due to its slightly basic character (dissolution in aqueous acidic medium).

Step (b), comprising reducing ester (III) to an alcohol (IV) with lithium aluminum hydride, may be effected within ether or tetrahydrofuran, at room temperature (or preferably at a low temperature <0° C. in the case of the derivatives in which R=H).

The alcohol (IV) may be isolated and purified according to usual techniques (distillation, crystallization), or directly converted to tosylates (V) with p-toluenesulfonyl chloride, in the presence of a tertiary base such as pyridine.

The tosylates (V) may be purified by crystallization or may be used crude for the reaction with amine R′NH₂. For this latter reaction, excess primary amine R′NH₂ is advantageously used within a solvent such as methanol or ethanol, in an autoclave and at a temperature of about 100° C.

The resulting amines (I) are obtained by evaporating off the solvent and are distilled under reduced pressure. These are strong bases, which are fairly readily converted to the carbonates on exposure to the air.

They are advantageously converted to salts, such as the hydrochlorides, by addition of a slight deficiency of anhydrous acid, within an inert solvent such as ether.

The following non-limiting Examples illustrate the present invention.

### EXAMPLE 1

4-Aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole and its hydrochloride (I, R=R'=H; substitution at 4-position)

(1) 4-Ethoxycarbonyl-4,5,6,7-tetrahydro-benzo[d]-thiazole (III)

90 g (0.36 mole) 2-bromo-5-ethoxycarbonyl-cyclohexanone (II) are dissolved in 300 ml anhydrous

BARR000685

3

4,337,343

4

ethanol containing 22 g (0.36 mole) thioformamide. After 60 hrs at room temperature and evaporation of the solvent, the residue is taken up into isopropyl oxide and extracted repeatedly with 2 N HCl. The acidic solution is made alkaline and the resulting oil is extracted with ether and is then distilled (b.p.0.1=100)104° C.). Yield = 31%.

(2)   4-Hydroxymethyl-4,5,6,7-tetrahydro-benzo[d]-thiazole (IV)

To a solution of 1.14 g (30.mmoles) of AlLiH4 in 50 ml anhydrous tetrahydrofuran, cooled to −20° C. and maintained at that temperature, are slowly added 6.66 g (30 mmoles) of the above derivative (III) dissolved in 30 ml anhydrous THF. After 30 minutes at −20° C., excess AlLiH4 is destroyed by addition of isopropanol at −20° C. followed by 5 ml saturated aqueous sodium chloride, and is then stirred for 2 hrs. The resulting precipitate is filtered off and washed with ethyl acetate; the filtrate is evaporated and the oily residue is taken up in the hot with hexane; product (IV) crystallizes on cooling. Yield: 70%. M.p. = 74°-75° C.

(3)   4-Tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]-thiazole (V)

9.95 g (52 mmoles) p-toluenesulfonyl chloride are added portionwise to a mixture of 8 g (47 mmoles) of the above derivative (IV) and 15 g anhydrous pyridine, while maintaining the temperature at 10° C. After stirring for 24 hrs at room temperature, the mixture is hydrolyzed and is then extracted with ethyl acetate. The combined organic phases are washed with water, dried and evaporated. The residual oil crystallizes slowly. The product is recristallyzed from boiling isopropyl oxide, on cooling. Yield: 72%. M.p. = 64°-65° C.

(4)   4-Aminomethyl-4,5,6,7-tetrahydrobenzo[d]-thiazole and its hydrochloride (I, R = R' = H)

A solution of 26 g (80 mmoles) of the above derivative (V) in 40 ml methanol is heated with 180 g ammonia, in an autoclave, for 5 hrs at 90° C. After evaporation of the solvent and addition of 3.8 g (96 mmoles) sodium hydroxide dissolved in 25 ml water, the resulting amine is extracted repeatedly with ether, dried and distilled. B.p.0.1=97°-100° C. Yield = 54%.

The amine (I, R = R' = H) is converted to the hydrochloride by addition of a slight deficiency of anhydrous HCl to a solution of the base in ether. Yield: 98%. M.p. = 210° C.

### EXAMPLE 2

4-(N-Methylaminomethyl-4,5,6,7-tetrahydro-ben-zo[d]thiazole and its hydrochloride (I, R = H; R' = CH3; substitution at 4-position)

30.4 g (93 mmoles) of derivative (V) described in Example 1 are stirred for 60 hrs at room temperature with a solution of 150 g methylamine in 150 ml water. The mixture is homogeneous after 48 hrs. The solution is evaporated to dryness; the residue is taken up into excess 2 N sodium hydroxide and extracted with methylene chloride. The oily residue obtained after evaporation of the solvent is distilled. B.p.0.1=96°-99° C. Yield: 80%.

The amine is converted to the hydrochloride by addition of a slight deficiency of anhydrous HCl in ether. Yield:81%. M.p. = 120° C. (dec.).

### EXAMPLE 3

2-Methyl-4-aminomethyl-4,5,6,7-tetrahydro-ben-zo[d]thiazole and its hydrochloride (I, R = CH3; R' = H; 4-substitution)

(1)   2-Methyl-4-ethoxycarbonyl-4,5,6,7-tetrahy-drobenzo[d]thiazole (III)

This compound is prepared by action of thioaceta-mide on 2-bromo-6-carbethoxy-cyclohexanone (II), according to the process described in Example 1. B.p.0.1=102°-105° C.

(2)   2-Methyl-4-hydroxymethyl-4,5,6,7-tetrahy-drobenzo[d]-thiazole (IV)

The compound is prepared by reduction of above derivative (III) with AlLiH4, according to the process described in Example 1. B.p.0.4=102°-106° C. Yield: 82%.

(3)   2-Methyl-4-tosyloxymethyl-4,5,6,7-tetrahy-drobenzo[d]thiazole (V)

This compound is prepared by action of p-toluenesul-fonyl chloride on above alcohol (IV), according to the process of Example 1. M.p. = 97°-98° C. Yield: 89%.

(4)   2-Methyl-4-aminomethyl-4,5,6,7-tetrahydroben-zo[d]thiazole and its hydrochloride (I; R = CH3; R' = H)

The above tosylate (V), according to the process described in Example 1. B.p.0.1=76°-78° C. Yield: 75%. (the base is rapidly carbonated in air).

The amine is converted to the hydrochloride with anhydrous HCl, in ether. M.p. = 140° C. (dec.). Yield: 90%.

### EXAMPLE 4

2-Methyl-4-(N-methylaminomethyl)-4,5,6,7-tetrahy-dro-benzo[d]thiazole and its hydrochloride (I; R = R' = CH3; 4-substitution)

This compound is prepared from tosylate (V) described in Example 3, by action of a large excess of methylamine dissolved in methanol, at 130° C. In an autoclave. The amine is isolated according to the usual procedure, described in the preceding Examples. B.p.0.1=98°-102° C. Yield: 38%.

The amine is converted to the hydrochloride with a slight deficiency of anhydrous HCl, dissolved in ether. M.p. = 144° C. (dec.). Yield: 75%.

### EXAMPLE 5

5-(N-Methylaminomethyl)-4,5,6,7-tetrahydro-benzo[d]thiazole and its hydrochloride (I; R = H; R' = CH3; 5-substitution)

(1)   5-Methoxycarbonyl-4,5,6,7-tetrahydro-benzo[d]thiazole (III)

The compound is prepared by action of thioforma-mide on 2-bromo-5-methylcarbonyl cyclohexanone, as described in Example 1. B.p. 0.4=110°-120° C. Yield: 33.5%.

(2)   5-Hydroxymethyl-4,5,6,7-tetrahydro-benzo[d]-thiazole (IV)

The compound is prepared by reduction of compound (III) obtained above with AlLiH4, as described in Example 1. B.p.0.1=138°-144° C. Yield = 81%.

(3)   5-Tosyloxymethyl-4,5,6,7-tetrahydro-benzo[d]thiazole (V)

The compound is prepared from above derivative (IV) according to the procedure of Example 1. M.p. = 87°-88° C. Yield: 70%.

(4)   5-(N-methylaminomethyl)-4,5,6,7-tetrahydroben-zo[d]-thiazole and its hydrochloride (I; R = H; R' = CH3)

The compound is prepared by action of methylamine dissolved in ethanol, on the above tosylate (IV), in an autoclave at 100° C. B.p.0.1=115°-120° C. Yield: 82%. Hydrochloride: M.p. = 201°-202° C. Yield: 82%.

BARR000686

5

4,337,343

6

## EXAMPLE 6

2-Methyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = R' = CH₃; substitution at 5-position)

(1)    2-Methyl-5-ethoxycarbonyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is prepared by action of thioacetamide on 2-bromo-5-ethoxycarbonyl cyclohexanone (II), as described in Example 1. B.p.₀.₁ = 116°–120° C.

(2)    2-Methyl-5-hydroxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) with AlLiH₄, according to the procedure described in Example 1. B.p.₀.₁ = 120°–140° C.

The crude product is purified by crystallization from carbon tetrachloride. M.p. = 52°–55° C.

(3)    2-Methyl-5-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

The compound is prepared by action of p-toluenesulfonyl chloride on the above alcohol (IV), according to the procedure described in Example 1. M.p. = 105°–106° C. Yield: 74%.

(4)    2-Methyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole (I; R = R' = CH₃)

The compound is prepared by action of methylamine on the above tosylate (V) dissolved in methanol, in an autoclave at 100° C. B.p.₀.₁ = 100°–110° C. Yield: 73%.

The amine is converted to the hydrochloride according to the procedure described in Example 1. M.p. = 248°–250° C. Yield: 80%.

## EXAMPLE 7

2-Methyl-6-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = R' = CH₃; substitution at 6-position)

(1)    2-Methyl-6-ethoxycarbonyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is prepared by action of thioacetamide on 2-bromo-4-ethoxycarbonyl-cyclohexanone according to the procedure described in Example 1. B.p.₀.₁ = 110°–120° C. Yield: 30%.

(2)    2-Methyl-6-hydroxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) according to the procedure described in Example 1. B.p.₀.₄ = 145°–155° C. M.p. = 101°–102° C. Yield: 70%.

(3)    2-Methyl-6-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

The compound is prepared by action of p-toluenesulfonyl chloride on the above derivative (IV) according to the procedure described in Example 1. M.p. = 70°–71° C. Yield: 71%.

(4)    2-Methyl-6-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = R' = CH₃)

The compound is prepared by action of methylamine dissolved in methanol, on the above tosylate (V), in an autoclave at 100° C. B.p.₀.₁ = 105°–115° C. Yield: 83%.

The base is converted to the hydrochloride with a slight deficiency of HCl in anhydrous ether. M.p. = 176°–178° C. Yield: 93%.

## EXAMPLE 8

6-Aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole and its hydrochloride (I; R = R' = H; 6-substitution)

(1)    6-Ethoxycarbonyl-4,5,6,7-tetrahydro-benzo[d]thiazole (III)

The compound is obtained by action of thioformamide on 2-bromo-4-ethoxycarbonyl-cyclohexanone, according to the procedure described in Example 1. B.p.₀.₂ = 105°–115° C. Yield: 27%.

(2)    6-Hydroxymethyl-4,5,6,7-tetrahydro-benzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) according to the procedure described in Example 1. B.p.₀.₁ = 140°–150° C. Yield: 66%.

(3)    6-Tosyloxymethyl-4,5,6,7-tetrahydro-benzo[d]thiazole (V)

The compound is prepared from the above derivative (IV) according to the procedure described in Example 1. M.p. = 90°–91° C. Yield: 64%.

(4)    6-Aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole (I; R = R' = H)

The compound is prepared by action of ammonia on the above tosylate (V), in methanol, in an autoclave at 100° C. B.p.₀.₅ = 100°–106° C. Yield: 42%.

Hydrochloride: M.p. = 218°–219° C. Yield: 95%.

## EXAMPLE 9

2-Ethyl-6-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = R' = C₂H₅; substitution at 6-position)

(1)    6-Ethoxycarbonyl-2-ethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is prepared by action of thiopropionamide on 2-bromo-4-ethoxycarbonyl cyclohexanone within dimethyl formamide at room temperature. B.p.₀.₂ = 112°–118° C. Yield: 42%.

(2)    2-Ethyl-6-hydroxymethyl-4,5,6,7-tetrahydro-benzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) with AlLiH₄ within ether, at room temperature. B.p.₀.₅ = 142°–144° C. Yield: 86%.

(3)    2-Ethyl-6-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

The compound is prepared by action of p-toluenesulfonyl chloride on the above derivative (IV), according to the procedure described in Example 1. M.p. = 54°–56° C. Yield: 65%.

(4)    2-Ethyl-6-(N-ethylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = R' = C₂H₅)

The compound is prepared by action of ethylamine in methanol solution on the above tosylate (V), in an autoclave at 90° C. B.p.₀.₁ = 106°–109° C. Yield: 71%.

Hydrochloride: M.p. = 187° C. Yield: 100%.

## EXAMPLE 10

6-(N-n-Propylaminomethyl)-4,5,6,7-tetrahydro-benzo[d]thiazole and its hydrochloride (I; R = H; R' = nC₃H₇; substitution at 6-position)

The compound is prepared from the tosylate (V) described in Example 8, by action of a methanol solution of n-propylamine, in an autoclave at 90° C. B.p.₀.₀₅ = 96°–100° C. Yield: 61%.

The base is converted to the hydrochloride with HCl dissolved in anhydrous ether. M.p. = 166° C. Yield: 87%.

## EXAMPLE 11

2-n-Butyl-4-(N-methylaminomethyl)-4,5,6,7-tetrahydro-benzo[d]thiazole and its hydrochloride (I; R = nC₄H₉; R' = CH₃; substitution at 4-position)

4,337,343

7

(1)  2-n-Butyl-4-ethoxycarbonyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is obtained by action of thiovaleramide on 2-bromo-6-ethoxycarbonyl-cyclohexanone according to the procedure described in Example 1. B.p.0.05 = 116°–128° C. Yield: 28%.

(2)  2-n-Butyl-4-hydroxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III), with AlLiH4 in ether at room temperature. B.p.0.6 = 130°–132° C. Yield: 48%.

(3)  2-n-Butyl-4-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

The compound is prepared by action of p-toluenesulfonyl chloride on the above derivative (IV), according to the procedure described in Example 1. The product is an undistillable oil which is used crude for the subsequent reactions.

(4)  2-n-Butyl-4-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = nC4H9, R' = CH3)

The compound is prepared by action of methylamine in methanol solution on the above tosylate (V), in an autoclave at 90° C. B.p.0.05 = 118°–120° C. Yield: 74%.

The base is converted to the hydrochloride with HCl in anhydrous ether. M.p. = 128° C. Yield: 70%.

EXAMPLE 12

2-n-Butyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = nC4H9, R' = CH3; substitution at 5-position)

(1)  2-n-Butyl-5-ethoxycarbonyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is obtained by action of thiovaleramide on 2-bromo-5-ethoxycarbonyl-cyclohexanone within dimethyl formamide at room temperature. B.p.0.05 = 140°–142° C. Yield: 54%.

(2)  2-n-Butyl-5-hydroxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) with AlLiH4 in ether at room temperature. B.p.0.15 = 138°–142° C. Yield: 89%.

(3)  2-n-Butyl-5-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

8

The compound is prepared by action of p-toluenesulfonyl chloride on the above derivative (IV), according to the procedure described in Example 1. It is obtained as an undistillable oil which is used crude for the subsequent reactions.

(4)  2-n-Butyl-5-(N-methylaminomethyl)-4,5,6,7-benzo[d]thiazole and its hydrochloride (I; R = nC4H9, R' = CH3)

The compound is obtained by action of methylamine in methanol solution on the above tosylate (V), in an autoclave at 90° C. B.p. = 122°–126° C. Yield: 72%.

The base is converted to the hydrochloride with HCl in anhydrous ethanol. M.p. = 169°–171° C. Yield: 100%.

EXAMPLE 13

2-Isopropyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = iC3H7, R' = CH3; substitution at 5-position)

(1)  2-Isopropyl-5-ethoxycarbonyl-4,5,6,7-tetrahydrobenzo[d]thiazole (III)

The compound is obtained by action of thioisobutyramide on 2-bromo-5-ethoxycarbonyl-cyclohexanone within dimethylformamide, at room temperature. B.p.0.05 = 109°–111° C. Yield: 50%.

(2)  2-Isopropyl-5-hydroxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (IV)

The compound is prepared by reduction of the above derivative (III) with AlLiH4 to ether at room temperature. B.p.0.1 = 122°–126° C. Yield: 83%.

(3)  2-Isopropyl-5-tosyloxymethyl-4,5,6,7-tetrahydrobenzo[d]thiazole (V)

The compound is prepared by action of p-toluenesulfonyl chloride on the above derivative (IV), according to the procedure described in Example 1. M.p. = 82°–83° C. Yield: 71%.

(4)  2-Isopropyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and its hydrochloride (I; R = iC3H7, R' = CH3)

The compound is prepared by action of methylamine in methanol solution on the above tosylate (V), in an autoclave at 90° C. B.p. = 108°–109° C. Yield: 85%.

The base is converted to the hydrochloride with HCl in anhydrous ether. M.p. = 177° C. Yield: 98%.

Other Examples of compounds of the formula (I) prepared in an analogous manner are tabulated in following Table I.

TABLE I

| Ex. | Formula | Designation | Physical characteristics | Yield % |
|---|---|---|---|---|
| 14 | NH2CH2 [structure] | 5-aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp8.5 = 116–118° C. hydro-  M.P. = 119–201° C. chloride | 68  95 |
| 15 | NH2CH2 [structure] | 2-methyl-5-aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp0.1 = 115–123° C. hydro-  M.p. = 262–163° C. chloride | 68  100 |
| 16 | CH3NHCH2 [structure] | 6-(N-methylaminomethyl)-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp0.1 = 98–102° C. hydro-  M.p. = 223–227° C. chloride | 51  77 |
| 17 | NH2CH2 [structure] | 2-methyl-4-aminomethyl-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp0.1 = 120–130° C. hydro-  M.p. = 206–207° C. chloride | 70  72 |
| 18 | nC4H9NH—CH2 [structure] | 2-methyl-4-(N-n-butylamino-methyl)-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp0.1 ir 118–122° C. hydro-  M.p. = 132° C. chloride | 76  94 |

BARR000688