9                                    4,337,343                                    10

### TABLE I-continued

| Ex. | Formula | Designation | Physical characteristics | Yield % |
|---|---|---|---|---|
| 19 | iC₃H₇NH—CH₃ | 2-methyl-5-(N-isopropylamino-methyl)-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp₀.₂ = 102–104° C. hydro- M.p. = 204–205° C. chloride | 82 100 |
| 20 | nC₄H₉NH—CH₃ | 2-methyl-5-(N-n-butylamino-methyl)-4,5,6,7-tetrahydro-benzo[d]thiazole | base bp₀.₁ = 112–118° C. hydro- M.p. = 245° C. chloride | 81 100 |

The compounds of the formula (I) and their pharmaceutically acceptable acid addition salts possess useful pharmacological properties, particularly on the cardiovascular system. Thus, they have an effect, which is substantial with some of them, on the increase of the blood rate of flow for the limbs.

This activity on the cardiovascular system was demonstrated by means of a conventional test in dogs comprising determining the rate of flow of the femoral arteries. Thus, with some of the compounds, there was noted an increase of the arterial rate of flow from as low a dosage as 0.1–0.5 mg/kg i.v.

In addition, in the case of an acute occlusion of the femoral artery, there was noted a marked decrease of the resistance of the collateral arteries with the compounds of Examples 6 and 11, without substantially affecting the systemic blood pressure, nor the tissue perfusion pressure.

Most of the compounds, of the formula (I) have low toxicity, as is apparent from following Table II in which are given the LD₅₀ per os and i.p. in mice.

### TABLE II

| Example n° | Acute toxicity in mice | |
|---|---|---|
| | Oral route LD₅₀ (mg/kg) | Intraperitoneal route LD₅₀ (mg/kg) |
| 1 | >200 | 140 |
| 2 | >200 | 200 |
| 3 | >200 | — |
| 4 | >200 | >200 |
| 6 | >200 | — |
| 7 | >200 | >200 |
| 8 | >200 | >200 |
| 9 | >200 | 120 |
| 10 | >200 | 190 |
| 11 | ≥200 | 58 |
| 12 | >200 | 140 |
| 13 | >200 | 140 |
| 14 | ≥200 | >200 |
| 15 | >200 | >200 |
| 16 | 170 | 75 |
| 17 | >200 | >200 |
| 18 | >200 | 58 |
| 19 | >200 | >200 |

### TABLE II-continued

| Example n° | Acute toxicity in mice | |
|---|---|---|
| | Oral route LD₅₀ (mg/kg) | Intraperitoneal route LD₅₀ (mg/kg) |
| 20 | 145 | 58 |

The compounds of the formula (I) and their pharmaceutically acceptable acid addition salts are therapeutically useful in the treatment of circulatory insufficiencies of different origin.

In that respect, the compounds of Examples 6 and 11 appear to be particularly useful.

The compounds may be administered to humans by the oral, rectal or. parenteral routes, as the free base or in salt form, in aqueous solution or as solutions in other pharmaceutically acceptable solvents, as suspensions or in crystalline form. The different formulations may contain 10–500 mg active ingredient per unit dose and the daily dosage regimen in humans may vary from 20 mg to 2 g depending on the therapeutic applications contemplated.

Having now described our invention what we claim as new and desire to secure by Letters Patent is:

1. A compound selected from the compounds of the general formula (I):

$$R'—NH—CH_2 \underset{S}{\overset{N}{\diagdown}} R$$   (I)

in which:

the group R'—NH—CH₂— is in the 4, 5 or 6 position.

R is selected from hydrogen and C₁₋₄ alkyl.

R' is selected from hydrogen and C₁₋₄ alkyl

and a pharmaceutically acceptable acid addition salt thereof.

2. 2-Methyl-5-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and a pharmaceutically acceptable acid addition salt thereof.

3. 2-n-Butyl-4-(N-methylaminomethyl)-4,5,6,7-tetrahydrobenzo[d]thiazole and a pharmaceutically acceptable acid addition salt thereof.

* * * * *

BARR000689

RECEIVED

88 DEC 14 AM 8:48

GROUP 120



BARR000690

ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.     EP  B5116016

In diesem Anhang sind die Mitglieder der Patentfamilien
der im obengenannten europäischen Recherchenbericht ange-
führten Patentdokumente angegeben. Die Angaben über die
Familienmitglieder entsprechen dem Stand der Datei des
Europäischen Patentamts am 24/04/86

Diese Angaben dienen nur zur Unterrichtung und erfolgen
ohne Gewähr.

| Im Recherchenbe-richt angeführtes Patentdokument | Datum der Veröffent-lichung | Mitglied(er) der Patentfamilie | | Datum der Veröffent-lichung |
|---|---|---|---|---|
| EP-A- 0044443 | 27/01/82 | DE-A- | 3027528 | 18/02/82 |
| | | JP-A- | 57053476 | 30/03/82 |
| | | AT-B- | E6063 | 15/02/84 |
| | | CA-A- | 1180706 | 08/01/85 |
| US-A- 4337343 | 29/06/82 | EP-A,B | 0021940 | 07/01/81 |
| | | FR-A,B | 2459239 | 09/01/81 |
| | | JP-A- | 56007772 | 27/01/81 |
| | | CA-A- | 1140136 | 25/01/83 |
| | | US-A- | 4423056 | 27/12/83 |

Für nähere Einzelheiten zu diesem Anhang :
siehe Amtsblatt des Europäischen Patentamts, Nr. 12/82

BARR000691



RECEIVED

88 DEC 14  AM 8: 48

GROUP 120.

BARR000692

147748

| | | PATENT NUMBER | | EXAMINER | |
| | | | | | |

ETT C. LAGUZZA, INDIANAPOLIS, IN; WILLIAM L. TURNER, BLOOMINGTON, IN.

NTINUING DATA***********************
FILED

EIGN/PCT APPLICATIONS*************
FILED

FILING LICENSE GRANTED 07/10/85

| | | | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
| | | | | IN | | 11 | 3 | | |

LY AND CO.
V. JILD
RPORATE CTR.
POLIS, IN 46285

This is to certify that annexed hereto
is a true copy from the records of the
United States Patent and Trademark Office
of the application as originally filed
which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

C. W. *(signature)*

Certifying Officer

Date FEB 5 1986

BARR000693

X-670a                                    -1-

Dialkylaminotetrahydrobenzothiazoles and Oxazoles

### Background of the Invention

5           Certain complex amides of lysergic acid (I,
R=OH--9-ergolene-8β-carboxylic acid) are found in
ergoted rye; ie. rye contaminated by the growth of the
filamentous fungus _Claviceps purpurea_. Persons eating
bread prepared from ergoted rye were subject to ergot
10    poisoning, known in the Middle Ages as St. Anthony's
Fire because of the intense feeling of heat in the
extremities. Ergot poisoning was often fatal. The
peripheral vasoconstrictor properties of the ergot
alkaloids as a group are responsible for the fatalities
15    seen with ergot poisoning, with gangrene of the ex-
tremeties being a common precipitating factor.

20



25

                                         I

BARR000694

X-6708                              -2-

Two dozen ergot alkaloids have been characterized from
isolates from Claviceps purpurea infestations. Deriva-
tives of lysergic acid include the simple amides, ergine

5   (R=NH$_2$) and ergonovine (ergometrine) (I, -R=N-CHCH$_2$OH),
as well as the peptide alkaloids (R=a complex amide
derived from a polypeptide by cyclization) including
ergotamine, ergosine, ergocornine, ergocryptine,

10  ergocristine, etc. The corresponding alkaloids based on
isolysergic acid (9-ergolene-8β-carboxylic acid) have
also been isolated.

        The ergot alkaloids as a group have several
interesting pharmacologic activities; uterine contrac-

15  tion (oxytocic action), peripheral vasoconstriction,
adrenergic blockade, and serotonin antagonism plus
varied CNS activities including the production of
hallucinations. Certain of the alkaloids individually
are used to produce post-partum uterine contractions and

20  in the symomatic treatment of migraine. Pharmacologic
activity, toxicity and central effects vary from
alkaloid to alkaloid. In general, hydrogenation of the
delta-9 double bond results in compounds of lowered
activity as regards peripheral action but adrenolytic

25  and central inhibition of vasomotor centers may be
enhanced.

        Derivatives of lysergic acid and dihydro-
lysergic acid are too numerous to mention, but include,
generically, substitution on the indole nitrogen, at

30  C-2 (a-bromocryptine is a 2-bromo derivative), replace-
ment of N-6 methyl by other alkyl groups or by allyl and
replacement of the carboxamide function at C-8 by

BARR000695

X-6708                    -3-

various groups, particularly cyanomethyl, carboxamido-
methyl, methylthiomethyl, and methoxymethyl. In
addition, there has been substitution of simpler amide
groups (butanelamide=methyl ergonovine diethyl amide)
5    for the complex "polypeptide chains" of the natural
alkaloids.

In the past, there has been considerable
speculation, frequently followed by a synthetic effort,
as to what portions of the ergoline molecule are
10   responsible for pharmacologic activity; ie. do part-
structures exist which retain, perhaps selectively,
certain pharmacologic activities of the parent
alkaloids? One part-structure which has been thoroughly
examined is the amino tetrahydronaphthalene structure II
15   from which the B and D rings of an ergoline have been
subtracted.



20

II

25   where R is carboxamide, hydroxy, amino etc. The elements
of a β-phenethylamine can also be discerned from I using
the phenyl ring and carbons 5 and 10 plus the nitrogen
at 6. A part structures in which only the A ring is re-
tained. In addition, tricyclics lacking the B (pyrrole)
ring as well as benz[cd]indoles (lacking the D ring -
30   see United States patent 4,110,339) have been prepared.
None of these part-structures seemed to have the desired

BARR000696

X-6708                    -4-

degree of specificity as regards the dopamine D-2
agonist activity (prolactin inhibition etc) of ergo-
cornine, dihydroergocornine, lergotrile or pergolide
(United States patents 3,920,664, 4,054,660 and
4,166,182 for example). Recently, however, Kornfeld and
Bach have found that the A ring of an ergoline is not
required for D-2 agonist activity. These new part
structures are named as hexahydropyrrolo[4,3-g]quino-
lines- see United States patent 4,235,909. A related
structure, a hexahydropyrazolo[4,3-g]quinoline, United
States patent 4,198,415, also has excellent D-2 agonist
action. The corresponding 2-ring compounds, in which
the D ring of the ergoline is opened, are also active
D-2 agonists -- see United States patent 4,235,226 for
the amino-substituted isoindoles, and United States
patent 4,276,300 for the amino substituted indazoles
(like the three-ring pyrazoles). It has now been found
that other hetero ring systems than pyrrole and pyrazole
can be attached to the perhydroquinoline ring (rings B ·
C of an ergoline) to complete a three-ring analogue.
One of these is a pyrimidine - see Nichols and Kornfeld,
United States patent 4,501,890.

2-Amino-6-dialkylaminotetrahydrobenzothiazoles
and oxazoles are not known.

## Summary of the Invention

This invention provides tetrahydrobenzothia-
zoles and oxazoles of the formula

BARR000697

X-6703                          -5-



wherein Y is S or O, $R^1$ and $R^2$ are independently H,
methyl, ethyl or n-propyl, and $R^3$ and $R^4$ are inde-
pendently H, methyl, ethyl, n-propyl or allyl; and
pharmaceutically-acceptable acid addition salts thereof
formed with non-toxic acids.

Compounds wherein Y is S are substituted-
4,5,6,7-tetrahydrobenzothiazoles and those wherein Y
is O are substituted-4,5,6,7-tetrahydrobenzoxazoles.

Compounds according to XX wherein one or both
of $R^3$ and $R^4$ is H are intermediates in that they can be
allylated or alkylated to yield compounds of this
invention wherein $R^3$ and $R^4$ are individually methyl,
ethyl, n-propyl or allyl.

A preferred group of compounds according to
XX are those in which $R^3$ and $R^4$ are both methyl, both
n-propyl or both allyl. Another preferred group are
those compounds according to XX in which $R^1$ and $R^2$ are
both H.

The compounds of this invention wherein
neither $R^3$ nor $R^4$ is H have receptor agonist activity;
ie, they can increase the amounts centrally or periph-
erally or both of certain neurohormones. For example,
compounds according to XX in which both $R^3$ and $R^4$ are
allyl or n-propyl, are dopamine agonists, particularly

BARR000698

X-6708                          -6-

dopamine D-2 agonists, capable of increasing the effec-
tive concentration of dopamine in the brain.  Compounds
wherein $R^3$ and $R^4$ are both methyl have α-agonist action.

Also included within the scope of this inven-
tion are acid addition salts of the nitrogenous bases
represented by XX.  The above compounds contain at least
three basic nitrogens; first, the amine group at C-6;
secondly, the ring nitrogen in the fused heterocyclic
ring; and thirdly, the $NR^1R^2$ group.  The nitrogen of the
C-6 amino group is generally the most basic of the amine
functions and readily forms acid addition salts.  Strong
inorganic acids such as the mineral acids or strong
organic acids, such as p-toluenesulfonic acid, can when
employed in excess form di salts with one of the other
amine functions in the compounds of this invention.

Pharmaceutically-acceptable acid addition
salts of the compounds of this invention thus include
mono or di salts derived from inorganic acids such
as:  hydrochloric acid, nitric acid, phosphoric acid,
sulfuric acid, hydrobromic acid, hydriodic acid, phos-
phorous acid and the like, as well as salts derived from
organic acids such as aliphatic mono and dicarboxylic
acids, phenyl-substituted alkanoic acids, hydroxy-
alkanoic and alkandioic acids, aromatic acids, aliphatic
and aromatic sulfonic acids, etc.  Such pharmaceutically-
acceptable salts thus include sulfate, pyrosulfate,
bisulfate, sulfite, bisulfite, nitrate, phosphate,
monohydrogenphosphate, dihydrogenphosphate, metaphos-
phate, pyrophosphate, chloride, bromide, iodide, fluoride,

BARR000699

X-4708                    -7-

acetate, propionate, caprylate, acrylate, formate,
isobutyrate, caprate, heptanoate, propiolate, oxalate,
malonate, succinate, suberate, sebacate, fumarate,
maleate, mandelate, butyne-1,4-dioate, hexyne-1,6-
5   dioate, benzoate, chlorobenzoate, methylbenzoate,
dinitrobenzoate, hydroxybenzoate, methoxybenzoate,
phthalate, terephthalate, benzenesulfonate, toluene-
sulfonate, chlorobenzenesulfonate, xylenesulfonate,
phenylacetate, phenylpropionate, phenylbutyrate,
10  citrate, lactate, α-hydroxybutyrate, glycollate, malate,
tartrate, methanesulfonate, propanesulfonate, naph-
thalene-1-sulfonate, naphthalene-2-sulfonate and the
like salts.

    The compounds of this invention according
15  to XX above, where $R^3$ and $R^4$ are individually only
methyl, ethyl or n-propyl ($R^5$ and $R^6$) can be prepared
according to the following reaction scheme:

BARR000700

X-6708                                    -8-



wherein Y, $R^1$ and $R^2$ have their previous meanings and
$R^5$ and $R^6$ are individually methyl, ethyl or n-propyl.

BARR000701

X-6708                    -9-

In Reaction Scheme I above, a blocked, as by
ketal formation, cyclohexan-1,4-dione, is reductively
aminated with a secondary amine, $HNR^3R^4$, using a boro-
hydride in a mutual inert solvent as the reducing agent.
As a starting material, the ketal of cyclohexane-1,4-
dione with 2,2-dimethyl-1,3-propanediol (XXI) is com-
mercially available and is therefor preferred although
monoketals with other diols; ie. ethylenediol, 1,3-
propylenediol and the like, may also be used.  Sodium
cyanoborohydride is the reducing agent of choice,
although other metal hydrides can also be employed.
Ethers, and particularly cyclic ethers such as THF, are
the solvents of choice for this reaction.

The product of the reductive amination, XXII,
is next deprotected by treatment with acid to yield a
4-dialkylaminocyclohexanone.  Bromination alpha to the
carbonyl with bromine in HBr/acetic acid yields the
alpha-bromoketone, XIV.  Reaction of the bromoketone
with urea, thiourea, an N-alkyl urea, an N,N-dialkyl
urea, an N-alkyl or an N,N-dialkyl thiourea yields
directly XXa.

Compounds according to XX wherein one or both
of $R^3$ and $R^4$ are allyl are prepared by dealkylating a
dialkyl amine XX where $R^3$ and $R^4$ are methyl (or XXa
where $R^5$ and $R^6$ are methyl) with CNBr to yield an
intermediate compound wherein one or both $R^3$ and $R^4$ (or
$R^5$ and $R^6$) are H and then reductively allylating this
amine with acrylic acid or directly allylating with
allylbromide in the presence of a base.  If desired, a
primary amine group at C-2 can be protected as by
acylation, and the acyl group removed by hydrolysis
after the allylation at the C-6 amine is completed.

BARR000702

X-6708                    -10-

Compounds according to XX above have an asymmetric carbon, the C-6 carbon, to which the amino group ($NR^3R^4$) is attached. Thus, compounds represented by XX above include two optical isomers occurring as a (±) or dl pair or racemate. Resolution of a (±) pair of this invention into its optical antipodes can be accomplished by the usual empirical procedures used by those skilled in the art. Such separated optical isomers are included within the scope of my invention.

Compounds preparable by the above procedures which illustrate the scope of my invention include:

(-)-2,6-bis(dimethylamino)-5,6,7,8-tetrahydrobenzothiazole methanesulfonate,

(+)-2,6-bis(methyl-n-propylamino)-5,6,7,8-tetrahydrobenzoxazole hydrobromide,

(±)-2-dimethylamino-6-ethyl-n-propylamino-5,6,7,8-tetrahydrobenzoxazole sulfate,

(±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole hydrobromide,

(±)-2-methylethylamino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole maleate,

(-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-tetrahydrobenzoxazole succinate,

(-)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-tetrahydrobenzothiazole tartrate,

(-)-2-amino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole dinitrobenzoate,

(±)-2-ethylmethylamino-6-dimethylamino-5,6,7,8-tetrahydrobenzoxazole phosphate and the like.

This invention is further illustrated by the following specific examples.

X-6708                    -11-

## Example 1

Preparation of (±)-2-Amino-6-di-n-propylamino-
5,6,7,8-tetrahydrobenzothiazole

5          About 125 ml of methanol were added to a 500 ml
round bottom flask under a nitrogen blanket. Forty-
two ml of di-n-propylamine were added and the resulting
solution cooled to about 0° in an ice/water bath.
10  Twenty ml of 5N methanolic hydrochloric acid were added.
The reaction mixture was stirred until salt formation
was complete. Ten grams of 1,4-cyclohexanedione-mono-
2,2-dimethyltrimethylene ketal were added as a solid.
The reaction mixture was stirred with cooling for
15  several minutes at which point 2.25 g of sodium cyano-
borohydride were added in one portion. A white slurry
developed rapidly which was stirred in the cold for
several minutes and then at room temperature under a
nitrogen blanket for about 30 hours. An additional
20  2.2 g of sodium cyanoborohydride were added. After an
additional 24 hours stirring at room temperature, at
which time TLC (chloroform/methanol 95:5) indicated a
new spot and the absence of a spot corresponding to
starting material. The reaction mixture was therefore
25  filtered and the filter cake washed with methanol. The
filtrate and wash were combined, and the solvent evap-
orated therefrom to yield a thick, white slurry. The
slurry was cooled to about 0°C and 100 ml of 1N hydro-
chloric acid were added with stirring. The resulting
30  solution was extracted twice with equal volumes of
ether. The ether extracts were separated and discarded.

X-6708                    -12-

The aqueous layer was cooled and then made basic by the
addition of 5N aqueous sodium hydroxide (pH ~12). The
basic layer was extracted three times with 50 ml
portions of methylene dichloride. The methylene di-
5   chloride extracts were combined, the combined extracts
were washed once with saturated aqueous sodium bicar-
bonate and were then dried. Evaporation of the solvent
*in vacuo* yielded a yellow oil containing some solid;
weight = 6.26 g. The residue was flash chromatographed
10  over silica using a 100:1 ether/triethylamine solvent as
eluant. [The term "flash chromatography" refers to a
procedure developed by Still *et al*., *J. Org. Chem.*, 43,
2923 (1978)]. Fifty ml fraction were taken. Fractions
10-15 were shown by TLC to contain the desired material.
15  These fractions were combined and concentrated *in vacuo*
to yield 5.40 g of a nearly colorless oil comprising
4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltri-
methylene ketal.

        The ketal group was removed by dissolving
20  4.4 g of the above ketal in 110 ml of 6N hydrochloric
acid with stirring under a nitrogen atmosphere for
48 hours at room temperature. The colorless solution
was extracted with 50 ml of ether; the ether extract was
discarded. The acidic solution was then made basic by
25  the addition of an excess of 5N aqueous sodium hydroxide.
The resulting cloudy mixture was extracted three times
with 50 ml portions of methylene dichloride. The
methylene dichloride extracts were combined, and the
combined extracts washed three times with 50-75 ml
30  portions of saturated aqueous sodium bicarbonate. The
organic layer was then dried, and the solvent removed
*in vacuo* to yield 2.96 g of a pale yellow oil comprising

BARR000705

X-6708                        -12-

4-di-n-propylaminocyclohexanone formed in the above
reaction. The compound showed the expected carbonyl
peak at 5.85μ in the infrared. The infrared also showed
no hydroxyl absorption.

5        A solution was prepared by dissolving 1 g
of 4-di-n-propylaminocyclohexanone in 7.5 ml of glacial
acetic acid. 1.2 ml of 31% hydrogen bromide in glacial
acetic acid was added followed by the dropwise addition
of 0.195 ml of bromine. The reaction mixture was
10   stirred under nitrogen for about ¼ hour. The volatile
constituents were then removed in vacuo to leave a brown
viscous oil comprising 2-bromo-4-di-n-propylaminocyclo-
hexanone formed in the above reaction. 420 mg of
thiourea were added to this residue followed by 10 ml of
15   anhydrous ethanol. The mixture was stirred to give a
brown solution. The solution was heated to reflux
temperature under a nitrogen atmosphere for about 2
hours. The reaction mixture was stirred overnight at
ambient temperature, then filtered. The recovered
20   solid, comprising (±)-2-amino-5-di-n-propylamino-
4,5,6,7-benzothiazole dihydrobromide formed in the above
reaction weighed 1.05 g. The dihydrobromide salt was
recrystallized from a methanol/ether solvent mixture to
yield 589 mg of purified dihydrobromide salt.

25        Analysis calculated:  C, 37.60; H, 6.07; N, 10.12;
                   Found:  C, 37.63; H, 5.72; N, 10.00.

Mass spectrum, molecular ion (-2HBr) at 253.

BARR000706

X-6708                    -14-

The corresponding 2-aminotetrahydrobenzoxazole can be prepared in a similar fashion by substituting urea for thiourea in the above reaction.

## Example 2

Preparation of (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole

Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were mixed with 50 g of anhydrous dimethylamine in benzene solution at about 5°C.  4.75 g of TiCl$_4$ in benzene was added thereto in dropwise fashion.  A precipitate formed.  The reaction mixture was allowed to warm to room temperature at which temperature it was stirred for about 1 hour.  A solid which formed was separated by filtration.  Evaporation of the solvent from the filtrate yielded about 9.88 g of an oil which was hydrogenated at 60 psi at room temperature overnight in anhydrous ethanol with 0.5 g of Pd/C as the catalyst.  The catalyst was removed by filtration.  Evaporation of the filtrate in vacuo gave 8.82 g of an oil comprising 4-dimethylaminocyclohexane 2,2-dimethyltrimethylene ketal formed in the above reaction.  TLC showed one spot (SiO$_2$/EtOAc).

Proton NMR (CDCl$_3$) δ 1.0 (s, 6H); 1.2-1.9 (m, 6H); 2.0-2.5 (m, 9H); 3.4 (s, 4H).

BARR000707

X-6708                    -15-

The ketal group was removed as follows:
0.37 g of the above ketal were dissolved in 90% aqueous
formic acid and the resulting solution heated at 85-90°C
for about 1 hour. The formic acid was removed by
5  evaporation in vacuo. The resulting residue was dis-
solved in $CH_2Cl_2$ and the organic solution extracted
twice with approximately equal volumes of 1N hydro-
chloric acid. The acidic extracts were combined.
Evaporation to dryness gave 0.2 g of 4-dimethylamino-
10  cyclohexanone hydrochloride [one spot by TLC
($SiO_2$/MeOH/AcOH)]. Two repeat runs with 1.58 g and
3.19 g of starting ketal gave 1.26 g and 2.35 g of amino
ketone, respectively.

Proton NMR ($CDCl_3$/DMSOd$_6$) δ 1.80-2.30 (m, 2H);
15  2.35-2.68 (m, 6H); 2.85 (d, 6H); 3.5-3.9 (m, 1H).

Mass spectrum: molecular ion at 141

Infrared spectrum: peak at $1725$ cm$^{-1}$

Following the procedure of Example 1, 1.26 g
of 4-dimethylaminocyclohexanone was brominated alpha
20  to the carbonyl to yield 2-bromo-4-dimethylaminocyclo-
hexanone, which derivative was reacted without further
purification with thiourea. The product of this
reaction, (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-
hydrobenzothiazole, was isolated as the dihydrobromide
25  salt.

Mass spectrum: molecular ion at 197

Infrared spectrum: peak at 1626.11cm$^{-1}$

Analysis: Calcd.: C, 30.10; H, 4.77; N, 11.70;
Br, 44.50;

30              Found: C, 29.95; H, 4.51; N, 11.72;
Br, 44.58.

BARR000708

X-6708                    -16-

As previously stated, the compounds of this invention (wherein neither $R^3$ nor $R^4$ is H) are receptor agonists; ie, they are capable of increasing the quantities of various neurohormones--dopamine and norepinephrine in particular--available for interaction with specific receptors. For example, the compound according to XX wherein $R^1$ and $R^2$ are H and $R^3$ and $R^4$ are both n-propyl, is a specific dopamine D-2 agonist. One of such dopamine agonist activities is the inhibition of prolactin secretion, as demonstrated according to the following protocol.

Adult male rats of the Sprague-Dawley strain weighing about 200 g were housed in an air-conditioned room with controlled lighting (lights on 6 a.m. - 8 p.m.) and fed lab chow and water ad libitum. Each rat received an intraperitoneal injection of 2.0 mg of reserpine in aqueous suspension 18 hours before administration of the test drug. The purpose of the reserpine was to keep the rat prolactin levels uniformly elevated. The compound was dissolved in 10 percent ethanol, and injected intraperitoneally to groups of ten rats at preselected dose levels. A control group of 10 intact males received an equivalent amount of 10 percent ethanol. One hour after treatment, all rats were killed by decapitation, and 150 µl aliquots of serum were assayed for prolactin.

The difference between the prolactin levels of the treated rats and the control rats, divided by the prolactin level of the control rats gives the percent inhibition of prolactin secretion attributable to the given dose. Inhibition percentages are given in Table 1

BARR000709



X-5708                    -17-

below for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetra-
hydrobenzothiazole dihydrobromide.  In the table,
column 1 gives the dose and column 2, the percent
prolactin inhibition at the specified dose level.

### Table 1

| Dose<br>50 mcg/kg | % Inhibition<br>30 |
|---|---|

Dopamine agonists are also known to affect
turning behavior in 6-hydroxydopamine-lesioned rats in
a test procedure designed to uncover compounds useful
for the treatment of Parkinsonism.  In this test,
nigroneostriatal-lesioned rats are employed, as prepared
by the procedure of Ungerstedt and Arbuthnott, Brain
Res., 24, 485 (1970).  A compound having dopamine agonist
activity causes the rats to turn in circles contralateral
to the side of the lesion.  After a latency period,
which varies from compound to compound, the number of
turns is counted over a 15-minute period.

Results obtained from such testing for (±)-2-
amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole
dihydrobromide are set forth in Table 2 below.  In the
table, column 1 gives the dose and column 2 the average
number of turns observed in first 15 minutes after the
end of the latency period.

BARR000710

X-6708                        -18-

Table 2

| Dose | Average number of Turns |
|------|-------------------------|
| 1000 mcg/kg | 51 |

Compounds according to XX, particularly those wherein both $R^3$ and $R^4$ are methyl, reduce the blood pressure of anesthetized spontaneously hypertensive rats, as illustrated by the following experiment:

Adult male spontaneously hypertensive rats (SHR) (Taconic Farms, Germantown, New York), weighing approximately 300 g, were anesthetized with pentobarbital sodium (60 mg./kg., i.p.). The trachea was cannulated and the SHR respired room air. Pulsatile arterial blood pressure was measured from a cannulated carotid artery using a Statham transducer (P23 ID). Mean arterial blood pressure was calculated as diastolic blood pressure plus 1/3 pulse pressure. Cardiac rate was monitored by a cardiotachometer which was triggered by the systolic pressure pulse. Drug solutions were administered i.v. through a catheter placed in a femoral vein. Arterial blood pressure and cardiac rate were recorded on a multichannel oscillograph (Beckman, Model R511A). Fifteen minutes were allowed to elapse following surgery for equilibration of the preparation.

Table 3 which follows gives the results of this test using (±)-2-amino-6-di-n-propyl-5,6,7,8-tetrahydrobenzothiazole dihydrobromide. In Table 3, column 1 gives the dose level, column 2, the change in mean arterial blood pressure.

BARR000711

X-6708                    -19-

Table 3

| Dose in mcg/kg | Decrease in Mean Arterial Blood Pressure |
|---|---|
| 1 | -16.1 ± 2.4 |
| 10 | -21.0 ± 2.0 |
| 100 | -34.1 ± 3.2 |
| 1000 | +13.5 ± 4.4 |

In another test for hypotensive action conscious SHR, cannulated in the femoral artery and vein, were used. The drug was administered i.v. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole was tested in this system as the dihydrobromide salt at a 1 mg/kg dose. Table 4 gives the results of this test. In the table, column 1 gives time in minutes after injection and columns 2 and 3 the mean percent decrease in arterial pressure and heart rate respectively for that time interval.

BARR000712

X-6708                          -20-



Table 4

| Time after injection in minutes | PERCENT CHANGE FROM CONTROL | |
|---|---|---|
| | Blood Pressure | Heart Rate |
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

The compounds of this invention are administered for therapeutic purposes in a variety of formulations including hard gelatin capsules prepared by mixing the drug with these ingredients: dried starch, dried magnesium stearate. The drug plus ingredients are mixed and filled into hard gelatin capsules each containing an effective dose of the drug.

Tablets are prepared by blending the drug Cellulose, microcrystalline: fumed Silicon dioxide, and Stearic acid. The components are blended and compressed to form tablets.

Suspensions are made by passing the drug through a No. 45 mesh U.S. sieve and mixing the sieved drug with sodium carboxymethylcellulose and syrup to form a smooth paste. A preservative, flavor and color are diluted with water and added with stirring. Sufficient water is then added to produce the required volume.

BARR000713

X-6708                            -21-

I Claim:

1. A compound of the formula



wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or n-propyl and wherein $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; Y is S or O; and pharmaceutically-acceptable, acid addition salts thereof.

2. A compound according to Claim 1 in which neither $R^3$ nor $R^4$ is H.

3. A compound according to Claim 1 in which both $R^1$ and $R^2$ are H.

4. A compound according to Claim 1 in which $R^1$ and $R^2$ are each either H or methyl.

5. A dihydrobromide salt of a compound according to Claim 2.

6. A compound according to Claim 1 in which both $R^3$ and $R^4$ are n-propyl.

7. An intermediate according to Claim 1 in which one of $R^3$ and $R^4$ is H.

8. An intermediate according to Claim 1 in which both $R^3$ and $R^4$ is H.

9. A compound according to Claim 1 in which Y is S.

BARR000714

X-6708                    -22-

10.  A compound according to Claim 1, said com-
pound being (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetra-
hydrobenzothiazole.

11.  A compound according to Claim 1, said com-
pound being (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-
hydrobenzothiazole.

BARR000715



X-6708                    -23-

Abstract

±-2-Amino-6-dialkylaminotetrahydrobenzothia-
zoles or oxazoles, receptor agonists.

BARR000716

DECLARATION AND POWER OF ATTORNEY

Attorney's Docket No. X-6708

As a below named inventor, I hereby declare that:
My residence, post office address and citizenship are as stated
below next to my name.
I believe I am the original, first, and sole inventor (if only
one name is listed below) or a joint inventor (if plural names
are listed below) of the invention entitled

DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES

which is described and claimed in the specification which:

(check   [X]   is attached hereto.
one)     [ ]   was filed on
                as Application Serial No.
                and was amended or                        (if applicable).

I hereby state that I have reviewed and understand the contents
of the above identified specification, including the claims, as
amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material
to the examination of this application in accordance with Title
37, Code of Federal Regulations, §1.56(a).

Power of Attorney:  As a named inventor, I hereby ap      t the
following attorney(s) and/or agent(s) to prosecute t
application and transact all business in the Patent and
Trademark Office connected therewith: Arthur R. Whale,
Registration No. 18778, Leroy Whitaker, Registration No. 22815,
Mary Ann Tucker, Registration No. 27081, and James L. Rowe,
Registration No. 14,443, said Arthur R. Whale to have in addition
full power of revocation, including the power to revoke the power
herein granted to said Leroy Whitaker, Mary Ann Tucker, and James
L. Rowe.

Send Correspondence To:              Direct Telephone Calls To:
                                     (Name and telephone no.)
  ELI LILLY AND COMPANY
  Patent Division/JLR                  James L. Rowe
  Lilly Corporate Center               317-261-3370
  Indianapolis, Indiana 46285

BARR000717

DECLARATION AND POWER OF ATTORNEY (cont'd)

Attorney's Docket No. X-6708

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Full Name of Sole
or First Inventor        :    Bennett C. Laguzza

Inventor's Signature:    _____   Date:  6/19/85
Residence and
Post Office Address :    7340 North Grand Avenue
                         Indianapolis, Indiana  46250

Citizenship              :    United States


Full Name of Second
Joint Inventor, if Any:  William N. Turner

Inventor's Signature :   _____   Date: _____
Residence and
Post Office Address :    4000 Saratoga Drive
                         Bloomington, Indiana  47401

Citizenship              :  United States

BARR000718

RECEIVED
88 DEC 14  AM 8: 48
GROUP 120



BARR000719



⑲ Europäisches Patentamt
European Patent Office
Office européen des brevets

⑪ Veröffentlichungsnummer: **0 044 443**
**A1**

⑫ EUROPÄISCHE PATENTANMELDUNG

㉑ Anmeldenummer: 81105426.9

㉒ Anmeldetag: 29.04.81

⑤¹ Int. Cl.³: **C 07 D 277/60**
**A 61 K 31/425**

㉚ Priorität: 19.07.80 DE 3027528

㊸ Veröffentlichungstag der Anmeldung:
27.01.82 Patentblatt 82/4

㊽ Benannte Vertragsstaaten:
AT BE CH DE FR GB IT LI LU NL SE

⑦¹ Anmelder: BASF Aktiengesellschaft
Carl-Bosch-Strasse 38
D-6700 Ludwigshafen(DE)

⑦² Erfinder: Ellingsfeld, Heinz, Dr.
Pierstrasse 9 A
D-6710 Frankenthal(DE)

⑦² Erfinder: Neumann, Peter, Dr.
Franz-Schubert-Strasse 1
D-6908 Wiesloch(DE)

⑦² Erfinder: Seybold, Guenther, Dr.
Friedrich-Ebert-Strasse 14
D-6701 Neuhofen(DE)

⑦² Erfinder: Lenke, Dieter, Dr.
Kekuléplatz 1
D-6700 Ludwigshafen(DE)

⑦² Erfinder: Friedrich, Ludwig, Dr.
Nibelungenstrasse 8A
D-6831 Bruehl(DE)

�554 Cycloalkano-thiazolyloxamidsäure-Derivate, Verfahren zu ihrer Herstellung und diese enthaltende therapeutische Mittel.

㊌ Die Erfindung betrifft Cycloalkano-thiazolyloxamidsäuren und ihre Ester, Verfahren zu ihrer Herstellung und diese enthaltende therapeutische Mittel, die bei der Behandlung von allergischen Erkrankungen verwendet werden können.

EP 0 044 443 A1

Croydon Printing Company Ltd.

BARR000720

0044443

BASF Aktiengesellschaft                    O.Z. 0050/0034568

"Cycloalkano-thiazolyloxamidsäure-Derivate, Verfahren zu
ihrer Herstellung und diese enthaltende therapeutische
Mittel

5    Die Erfindung betrifft Cycloalkano-thiazolyloxamidsäuren
und ihre Ester, Verfahren zu ihrer Herstellung und diese
enthaltende therapeutische Mittel, die bei der Behandlung
von allergischen Erkrankungen verwendet werden können.

10   Es sind eine Reihe von Derivaten der Oxamidsäure und ihrer
Ester bekannt, beispielsweise aus der DE-OS 24 13 966
Aryl- und Hetarylderivate, der DE-OS 28 28 091 und der
veröffentlichten europäischen Patentanmeldung 00 06 368
Thiazolderivate und aus der DE-OS 27 51 441 und 26 56 486

15   Benzothiazolderivate, für die eine Verwendung bei der
Bekämpfung oder Unterdrückung von allergischen Reaktionen
beschrieben wird. Ihre Wirkungen befriedigen jedoch nicht
immer.

20   Es wurde nun gefunden, daß Verbindungen der allgemeinen
Formel I



25                                              I,

in der n eine ganze Zahl von 2 bis 10, $R^1$ ein Wasserstoff-
atom oder einen geradkettigen oder verzweigten Alkylrest mit
30   1 bis 6 Kohlenstoffatomen, wobei m für eine ganze Zahl von
1 bis 4 steht, oder $R^1$ einen Cyclohexyl-, Phenyl- oder
Benzylrest, wobei m für die Zahlen 1 oder 2 steht, bedeuten
und $R^2$ ein Wasserstoffatom, gegebenenfalls ersetzt durch
ein physiologisch verträgliches Metall- oder Aminkation,
35   einen Alkylrest mit 1 bis 8 Kohlenstoffatomen, einen Phenyl-
D/ro

BARR000721

0044443

BASF Aktiengesellschaft          - 2 -          O.Z. 0050/034568

rest, der durch eine Alkylgruppe mit 1 bis 4 Kohlenstoff-
atomen substituiert sein kann, einen Cyclopentylrest oder
Cyclohexylrest, die durch 1 bis 4 Methylgruppen oder einen
Alkylrest mit 2 bis 4 Kohlenstoffatomen oder eine Methyl-
gruppe und einen Alkylrest mit 2 bis 4 Kohlenstoffatomen
substituiert sein können, einen Phenylalkalyrest mit 7 bis
9 Kohlenstoffatomen, der im Phenyl durch ein bis drei
Methyl- oder Methoxygruppen substituiert sein kann, einen
Rest der Formel

$$-(CH_2CH_2O)_m-CH_2CH_2OR^3,$$

in der m eine ganze Zahl von 0 bis 9 annehmen kann und
$R^3$ für Wasserstoff, Phenyl, einen Alkylrest mit 1 bis
4 Kohlenstoffatomen oder einen Alkylcarbonylrest mit 1 bis
4 Kohlenstoffatomen im Alkylteil steht, einen Rest der
Formel

$$-(CHR^4-CHR^5O)_n-CHR^4-CHR^5OR^3,$$

worin $R^4$ oder $R^5$ ein Wasserstoffatom oder einen Methylrest
bedeuten und n und $R^3$ die oben genannten Bedeutungen haben,
einen Rest der Formel

$$-CH_2-CH_2SR^6,$$

in der $R^6$ einen Alkylrest mit 1 bis 4 Kohlenstoffatomen
bedeutet, einen Rest der Formel

$$-(CH_2)_nNR^7R^8,$$

worin n die Zahl 2 oder 3 annehmen kann und
$R^7$ und $R^8$ für einen Alkylrest mit 1 bis 4 Kohlenstoffatomen
oder $NR^7R^8$ für Pyrrolidyl, Piperidyl, Morpholinyl oder
N'-Methyl-piperazinyl stehen, einen Rest der Formel

**0044443**

BASF Aktiengesellschaft        - 3 -              O.Z. 0050/034568

$$CH_2CH_2OCH_2CH_2NR^7R^8,$$

wobei $R^7$ und $R^8$ die oben genannte Bedeutung haben, dar-
stellt, wertvolle pharmakologische Eigenschaften, insbeson-
5   dere als Antiallergika, aufweisen.

Neben den in den Ausführungsbeispielen angegebenen Verbin-
dungen sollen als erfindungsgemäße Verbindungen im einzel-
nen noch genannt werden:

10   N-(4-Methylcyclopentano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,
N-(5-Methylcyclopentano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
15   ethylester,
N-(6-Methylcyclopentano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,
N-(5-Isopropylcyclopentano[1,2-d]thiazol-2-yl)-oxamid-
20   säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,
N-(5-tert.-Butylcyclpentano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,
25   N-(6-Ethylcyclopentano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,
N-(5,5-Dimethylcyclopentano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
30   ethylester,
N-(4,4,6-Timethylcyclopentano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,
N-(4-Methyl-5-ethylcyclopentano[1,2-d]thiazol-2-yl)-oxamid-

35

BARR000723

0044443

BASF Aktiengesellschaft          - 4 -          O. Z. 0050/034568

säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4-Methylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
5    ester,

N-(5-Methylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(6-Methylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
10   ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(7-Methylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

15   N-(4-Ethylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(6-Ethylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
20   ester,

N-(6-Isopropylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(6-n-Butylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
25   und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4,4-Dimethylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

30   N-(6,6-Dimethylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4,5-Dimethylcyclohexano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
35   ethylester,

BARR000724

0044443

BASF Aktiengesellschaft     - 5 -     O.Z. 0050/034568

N-(5,7-Dimethylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

5 N-(4-Propylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(6-Propylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

10 N-(4-Butylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(6-Butylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-

15 ester,

N-(6-Isopropylcyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4-Isopropyl-7-methylcyclohexano[1,2-d]thiazol-2-yl)-

20 -oxamidsäure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und
2-Ethoxyethylester,

N-(4-Methyl-7-isopropylcyclohexano[1,2-d]thiazol-2-yl)-
-oxamidsäure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und
2-Ethoxyethylester,

25 N-(5,5,7-Trimethylcyclohexano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Eth-
oxyethylester,

N-(4-Methylcycloheptano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-

30 ethylester,

N-(5-Methylcycloheptano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(6-Methylcycloheptano[1,2-d]thiazol-2-yl)-oxamidsäure

35

BARR000725

BASF Aktiengesellschaft          - 6 -          0044443

O. Z. 0050/034568

und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4,4-Dimethylcycloheptano[1,2-d]thiazol-2-yl)-oxamid-

5    säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Eth-
oxyethylester,

N-(4,4-Diethylcycloheptano[1,2-d]thiazol-2-yl)-oxamidsäure
und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

10   N-(4,4,8-Trimethylcycloheptano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxy-
ethylester,

N-(4,8,8-Trimethylcycloheptano[1,2-d]thiazol-2-yl)-oxamid-
säure und ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Eth-
oxyethylester,

15   N-(Cyclooctano[1,2-d]thiazol-2-yl)-oxamidsäure und ihr
Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethylester,

N-(4-Methylcyclooctano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

20   N-(5-Methylcyclooctano[1,2-d]thiazol-2-yl)-oxamidsäure und
ihr Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethyl-
ester,

N-(Cyclononano[1,2-d]thiazol-2-yl)-oxamidsäure und ihr
Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethylester,

25   N-(Cyclodecano[1,2-d]thiazol-2-yl)-oxamidsäure und ihr
Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethylester,

N-(Cyclododecano[1,2-d]thiazol-2-yl)-oxamidsäure und ihr
Methyl-, Ethyl-, 2-Methoxyethyl- und 2-Ethoxyethylester.

30   Im Falle einer Oxamidsäure der Formel I, wenn $R^2$ ein Wasser-
stoffatom bedeutet, kommen als physiologisch verträgliche
Metall- oder Amin-Kationen beispielsweise in Betracht
die der Alkali-Metalle, wie Lithium, Natrium und Kalium, der
Erdalkali-Metalle, wie Magnesium und Calzium, sowie des

35   Aluminiums, Eisens oder des Ammoniums und geeigneter pri-

BARR000726

**0044443**

BASF Aktiengesellschaft    - 7 -    O. Z. 0050/034568

märer, sekundärer und tertiärer Amine, wie Methylamin,
Dimethylamin, Triäthylamin, Äthylamin, Dibutylamin, Tri-
isopropylamin, N-Methylhexylamin, Cyclopentylamin, Benzyl-
amin, Phenyläthylamin, Äthylendiamin, Diäthylentriamin,
5   heterocyclische Amine, wie Piperidin, Morpholin, Pyrrolidin,
Piperazin und deren niedere Alkyl-Derivate, wie 1-Methyl-
piperidin, 4-Äthylmorpholin, 1-Isopropylpyrrolidin, 2-Methyl-
pyrrolidin, 2,4-Dimethylpiperazin, 2-Methylpiperazin,
1,4-Dimethylpiperazin oder 2-Methylpiperazin, Amine, die
10   zusätzlich wasserlösliche oder hydrophile Gruppen enthal-
ten, wie z.B. Mono-, Di- und Triäthanolamin, Äthyldiätha-
nolamin, N-Butyläthanolamin, 2-Amino-1-butanol, 2-Amino-
-2-äthyl-1,3-propandiol, 2-Amino-2-methyl-1-propanol,
Tris-(hydroxymethyl)-aminomethan, N-Phenyläthanolamin. Zu
15   den Aminkationen gehören auch quaternäre Ammoniumverbin-
dungen, wie Tetramethylammonium-, Tetraäthylammonium-,
Benzyltrimethylammonium-, Phenyltriäthylammonium-Kationen
und dergleichen.

20   Von den Verbindungen der Formel I sind die bevorzugt, in
denen
n eine ganze Zahl von 3 bis 8,
$R^1$ ein Wasserstoffatom oder einen Alkylrest mit 1 bis
4 C-Atomen, wobei m für eine ganze Zahl von 1 bis 4 steht,
25   bedeutet, und
$R^2$ ein Wasserstoffatom, einen geradkettigen oder verzweigten
Alkylrest mit 1 bis 4 Kohlenstoffatomen, Cyclohexyl,
2-Methoxyethyl, 2-Ethoxyethyl, 2-(ω-Methoxyethylenoxy)-
-ethyl, 2-(ω-Ethoxyethylenoxy)-ethyl darstellt, wobei ein
30   Wasserstoffatom für $R^2$ durch Natrium, Kalium, ein niederes
Alkyl-, Dialkyl- oder Trialkylamin, Ethanolamin oder
Tris-(hydroxymethyl)-aminomethan ersetzt sein kann.

Vorhandene mehrere Methylreste für $R^1$ können geminal an
35   einem Ringkohlenstoffatom angeordnet sein und neben Methyl-

BARR000727

BASF Aktiengesellschaft          - 8 -                    O. Z. 0050/034568

**0044443**

gruppen können Alkylreste mit 2 bis 4 Kohlenstoffatomen vor-
handen sein, wie z.B. in der N-(4-Methyl-7-isopropylcyclo-
hexano[1,2-d]thiazol-2-yl)-oxamidsäure.

5 Besonders bevorzugt sind Verbindungen der Formel I, in denen
n eine ganze Zahl von 3 bis 5, $R^1$ ein Wasserstoffatom oder
einen Methylrest, wobei m für eine ganze Zahl von 1 bis
4 steht, oder $R^1$ einen Äthyl-, Isopropyl- oder tert.-
-Butylrest bedeuten und $R^2$ die oben angegebenen bevorzug-
10 ten Bedeutungen darstellt.

Die erfindungsgemäßen Verbindungen der Formel I werden her-
gestellt, indem man eine Verbindung der Formel II

15
$$(R^1)_m \quad (H_2C)_n \overset{}{\underset{S}{\bigcirc}} \overset{N}{\underset{NH_2}{}} \qquad II$$

in der $R^1$, m und n die für Formel I angegebenen Bedeutun-
20 gen haben, mit einem Oxalsäureesterhalogenid der Formel III

$$R^2O-\overset{O}{\underset{\|}{C}}-\overset{O}{\underset{\|}{C}}-Hal \qquad III,$$

25 in der $R^2$ außer Wasserstoff die für Formel I angegebenen
Bedeutungen hat und Hal ein Halogenatom, bevorzugt ein Chlor-
atom, bedeuten, zweckmäßig in einem Lösungsmittel und in
Anwesenheit eines Säureakzeptors umsetzt und gegebenen-
falls die erhaltene Verbindung zur Säure verseift und in
30 ein physiologisch verträgliches Salz mit einem Metall- oder
Aminkation überführt.

Geeignete Lösungsmittel sind beispielsweise Methylenchlorid,
Chloroform, Tetrachlorkohlenstoff, 1,2-Dichloräthan,
35 1,1,1-Trichloräthan, Essigsäureäthylester, Dimethylform-

BARR000728

**0044443**

BASF Aktiengesellschaft        - 9 -                O.Z. 0050/034568

amid, Dimethylacetamid, N-Methylpyrrolidon, Tetrahydro-
thiophendioxid, Hexamethylphosphorsäuretriamid, Tetrahydro-
furan, Dioxan oder Mischungen derselben. Beispiele für
Säureakzeptoren sind Triäthylamin, Tributylamin, Pyridin.
5   Die Reaktion zwischen den Aminothiazolen II und den
Oxalsäureesterhalogeniden wird vorzugsweise bei relativ
niederen Temperaturen durchgeführt, wobei Temperaturen
zwischen 0°C und 30°C üblich sind. An Stelle der freien
Aminothiazole kann man die Hydrochloride verwenden, wenn
10  man ein zusätzliches Äquivalent Base einsetzt.

Niedere Alkylester mit 1 bis 4 C-Atomen der Formel I kön-
nen auch hergestellt werden durch Umsetzung einer Ver-
bindung der Formel II mit einem Oxalsäuredialkylester. Die
15  Umsetzung eines 2-Aminothiazols der Formel II mit einem
Oxalsäuredialkylester wird in unverdünnter Form direkt
oder unter Zusatz eines Lösungsmittel, wie Xylol, bei
einer Temperatur zwischen Raumtemperatur und Rückfluß-
temperatur des Reaktionsgemisches durchgeführt.

20
Die erfindungsgemäßen Verbindungen der Formel I, in denen
$R^2$ höhere, gegebenenfalls substituierte Alkyl- oder Cyclo-
alkyl- oder Glykolreste bedeuten, lassen sich auch nach
üblichen, beispielsweise in der CH-PS 512 257 beschriebenen
25  Verfahren, durch Umesterung der entsprechenden Oxamidsäure-
niedrigalkylester herstellen.

Durch Hydrolyse der erhaltenen erfindungsgemäßen Oxamid-
säureester, insbesondere der Oxamidsäureethylester, mit
30  einer wäßrigen oder wäßrig/alkoholischen Lösung einer Base,
wie Natriumhydroxid, Kaliumhydroxid, Kaliumcarbonat oder
auch Kaliumacetat, bei Temperaturen zwischen Raumtemperatur
und etwa 100°C erhält man die entsprechenden Alkalimetall-
oxamate. Die Behandlung der Salze mit wäßriger Säure, wie
35

BARR000729

0044443

BASF Aktiengesellschaft          - 10 -          O.Z. 0050/034568

z.B. Salzsäure oder Schwefelsäure, liefert die Oxamidsäure
der Formel I ($R^2$ = H).

Die Oxamidsäuren lassen sich in üblicher Weise in Metall
5   oder Aminsalze umwandeln.

Weiter können sie nach an sich bekannten Methoden in
Oxamidsäureester überführt werden, beispielsweise durch Ver-
esterung in Gegenwart eines sauren Katalysators oder eines
10   Carbodiimids, wie es in Chem. Ber. 100, 16 (1967) bzw.
in Acta Chem. Scand. B 33, 410 (1979) beschrieben ist. Die
Veresterung der freien Oxamidsäure kann außerdem mittels
eines Dimethylformamid-Acetals nach der Imidazolid-Methode
[Chem. Ber. 95, 1284 (1962)] oder nach dem in Bull. Chem.
15   Soc. Japan 50, 1863 (1977) beschriebenen Verfahren erfolgen.

Die als Ausgangsstoffe verwendeten, in 4,5-Stellung über-
brückten 2-Aminothiazole der allgemeinen Formeln III und
IV sind teilweise in der Literatur beschrieben, z.B. in
20   "The Chemistry of Heterocyclic Compounds, Thiazoles and
its Derivatives", Hg. J. v. Metzger, Band 1. Neue Verbin-
dungen des Typs III bzw. IV können nach den dort beschrie-
benen Ringschlußmethoden dargestellt werden.

25   Die erfindungsgemäßen Verbindungen weisen antiallergische
Eigenschaften, aufgrund deren sie als wertvolle Heilmittel
bei der Behandlung von allergischen Erkrankungen des
Respirations-, des Gastro-Intestinaltraktes und der Haut,
beispielsweise allergischen Asthmas, allergischer Rhinitis
30   oder Nahrungsmittel-Allergien, verwendet werden können,
auf. Gegenüber dem bekannten Antiallergikum Cromolyne
zeichnen sich die erfindungsgemäßen Verbindungen im Tier-
experiment bei der passiven cutanen Anaphylaxie der Ratte
dadurch aus, daß sie oral wirksam sind und zusätzlich über
35   eine wesentlich längere Wirkdauer verfügen.

BARR000730

**0044443**

BASF Aktiengesellschaft          - 11 -          O.Z. 0050/034568

Die antiallergische Wirkung wurde an Ratten getestet. Zur
Prüfung wurde das Modell der passiven cutanen Anaphylaxie
(PCA) verwendet.

5    Narkotisierte männliche Ratten (100 bis 140 g) werden
durch intradermale Injektion (rasierte Rückenhaut) von
0,1 ml eines Ovalbumin-Antiserums sensibilisiert. Nach
einer Sensibilisierungsperiode von ca. 48 Stunden erfolgt
die Behandlung (intraperitoneale bzw. orale Applikation)
10   mit unterschiedlichen Dosierungen (10 Tiere/Dosis) der
Prüfsubstanzen. 15 bis 20 Minuten nach der Behandlung
wird eine Antigen/Evansblau-Mischung (10 mg/kg Ovalbumin
in 2 %iger Evansblau-Lösung) den Versuchstieren intravenös
injiziert. 30 Minuten später werden die Tiere getötet, die
15   Rückenhaut abgezogen und auf der inneren Oberfläche der
Durchmesser der kreisförmigen Blaufärbung gemessen. Die
Größe der Farbflecke unbehandelter Kontrolltiere ist
standardisierbar. Antiallergisch wirksame Substanzen
verkleinern dosisabhängig den Durchmesser der Farbflecke.
20   Als ED 50 % wird die Dosis angegeben die im Vergleich
zu medikamentös unbehandelten Kontrolltieren den Durch-
messer der Farbflecke um 50 % herabsetzt.

Außer der antiallergischen Wirkung wurde die akute Toxizi-
25   tät an Gruppen von je 2 NMRI-Mäusen, Gewicht 20 bis 26 g,
bei intraperitonealer Applikation und an je 2 Sprangue-
-Dawley-Ratten, Gewicht 120 bis 150 g, bei oraler Appli-
kation ermittelt. Die Bestimmung der LD 50 erfolgte an
Gruppen von je 10 NMRI-Mäusen, Gewicht 20 bis 26 g, nach
30   intraperitonealer Applikation. Die Nachbeobachtungszeit
betrug 14 Tage.

Die erfindungsgemäßen Verbindungen sind antiallergisch hoch-
wirksam. Aus Tabelle 1 geht hervor, daß diese Verbindungen,
35   bis auf die Beispiele 3 und 4, nach intraperitonealer Gabe

0044443

BASF Aktiengesellschaft          - 12 -          O.Z. 0050/034568

"wesentlich wirksamer sind als die Vergleichsverbindung $V_1$
(N-Benzthiazol-2-yl-oxamidsäureethylester, DE-OS 27 51 441;
Beispiel 1) und das Handelspräparat Cromolyne.

5    Tabelle 1 Antiallergische Wirkung nach intraperitonealer
         Gabe von 1 mg/kg Prüfsubstanz. PCA. Ratte.

| Beispiel | % Hemmung $X \pm SX$ |
|---|---|
| 2 | $61 \pm 8,8$ |
| 6 | $63 \pm 6,6$ |
| 5 | $34 \pm 6,0$ |
| 3 | $14 \pm 4,1$ |
| 4 | $15 \pm 3,5$ |
| 1 | $25 \pm 4,7$ |
| 7 | $33 \pm 7,9$ |
| 8 | $73 \pm 7,5$ |
| $V_1$ | $26 \pm 6,5$ |
| Cromolyne | $21 \pm 3,6$ |

Die Überprüfung der antiallergischen Wirkung nach oraler
Applikation ergab (s. Tab. 2), daß die neuen Verbin-
25   dungen 2,8 (Beispiel 6) bis 11.9 (Beispiel 2) mal wirksamer
sind als die Vergleichsverbindung $V_1$. Die Handelssubstanz
Cromolyne ist in dieser Versuchsanordnung bis 100 mg/kg
p.o. unwirksam.

30

35

4

BARR000732

0044443

BASF Aktiengesellschaft         - 13 -         O.Z. 0050/034568

Tabelle 2 Antiallergische Wirkung (orale Gabe) und
akute Toxizität

| Beispiel Nr. | Hemmung der PCA Ratte ED 50 % mg/kg | R.W.[1] | LD 50 mg/kg Maus i.p. | Ratte p.o. |
|---|---|---|---|---|
| 2 | 0,722 | 11,90 | 422 | >2 150 |
| 1 | 1,59 | 5,40 | ca. 464 | >2 150 |
| 7 | 2,35 | 3,65 | – | >2 150 |
| 6 | 3,09 | 2,78 | ca. 464 | >2 150 |
| V$_1$ Cromolyne | 8,60 100 | 1,00 – | ca. 464 – | >2 150 >2 150 |

[1] Relative Wirksamkeit

Aufgrund der besseren Wirksamkeit ergibt sich ein wesent-
lich größerer Abstand zwischen den toxischen und den
wirksamen Dosen.

Für die therapeutische Anwendung werden Einzeldosen von
0,1 bis 100 mg verwendet.

Gegenstand der vorliegenden Erfindung sind demnach auch
therapeutische Mittel oder Zubereitungen, die neben üb-
lichen Träger- und Verdünnungsmitteln eine Verbindung der
Formel I als Wirkstoff enthalten, sowie die Verwendung
der neuen Verbindungen bei der Behandlung von allergischen
Erkrankungen.

Die bevorzugten Zubereitungen bestehen in einer Darrei-
chungsform, die zur oralen Applikation geeignet ist. Solche
Darreichungsformen sind beispielsweise Tabletten, Film-
tabletten, Dragees, Kapseln, Pillen, Pulver, Lösungen, Sus-

0044443

BASF Aktiengesellschaft          - 14 -          O. Z. 0050/034568

pensionen oder Depotformen. Weiterhin kommen Inhalate und parenterale Zubereitungen, wie Injektionslösungen, in Betracht.

5   Die galenischen Applikationsformen, fest oder flüssig, werden in üblicher Weise hergestellt. Die Wirkstoffe können dabei mit den gebräuchlichen galenischen Hilfsmitteln, wie Talkum, Gummi arabicum, Saccharose, Lactose, Getreideoder Maisstärke, Kartoffelmehl, Magnesiumstearat, Alginaten,
10  Gummi tragacanth, Carraghenate, Polyvinylalkohol, Polyvinylpyrrolidon, wäßrigen oder nicht wäßrigen Trägern, Netzmitteln, Dispergiermitteln, Emulgatoren und/oder Konservierungsmitteln, verarbeitet werden (vgl. L.G. Goodman, A. Gilman, The Pharmacological Basis of Therapeutics).

15

**Beispiel 1**

N-(Cyclopentano[1,2-d]thiazol-2-yl)-oxamidsäureethylester

Zu einer Lösung von 6,85 g 2-Amino-cyclopentano[1,2-d]-
20  thiazol in 125 ml trockenem Methylenchlorid und 8,05 ml trockenem Pyridin tropft man bei etwa 10°C eine Lösung von 6,5 ml Ethyloxalylchlorid in 15 ml Methylenchlorid. Man rührt noch 1 Stunde bei 10°C und 2 Stunden bei Raumtemperatur nach. Man filtriert, engt das Filtrat ein und behandelt
25  den Rückstand mit 0,5 n Salzsäure. Der feste Rückstand wird abgetrennt, mit Wasser gewaschen und getrocknet. Nach säulenchromatographischer Reinigung (Kieselgel/Methylenchlorid) erhält man 1,8 g der Titelverbindung vom Schmp. 98-100°C.

30  **Beispiel 2**

N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäureethylester

Zu einer Lösung von 30,4 g 2-Amino-cyclohexano[1,2-d]thiazol in 120 ml trockenem Dimethylformamid, die 24 g Triethylamin enthält, tropft man bei 5 bis 15°C 32,4 g Ethyl-

BARR000734

**0044443**

BASF Aktiengesellschaft         - 15 -         O.Z. 0050/034568

oxalylchlorid. Man rührt noch 1 Stunde bei einer Temperatur
von 10°C und danach etwa 20 Stunden bei Raumtemperatur. Man
gießt auf Eiswasser, rührt das Gemisch ca. 15 Minuten,
saugt den ausgefallenen Niederschlag ab und trocknet im
5  Vakuum. Man behandelt die Substanz mit warmem Butanol,
filtriert und engt das Filtrat im Vakuum teilweise ein.
Man erhält 20 g der Titelverbindung vom Schmp. 120°.

$C_{11}H_{14}O_3N_2S$  (254,3)
10

|       | C     | H    | N     | S     |
|-------|-------|------|-------|-------|
| Ber.: | 51,95 | 5,55 | 11,02 | 12,61 |
| Gef.: | 52,3  | 5,5  | 11,2  | 12,7  |

15  Beispiel 3
N-(6-tert.-Butylcyclohexano[1,2-d]thiazol-2-yl)-oxamid-
säureethylester

Zu einer Lösung von 10,5 g 2-Amino-6-tert.-butylcyclo-
20  hexano[1,2-d]thiazol in 125 ml trockenem Methylenchlorid
und 8,05 ml trockenem Pyridin gibt man bei 10°C langsam
eine Lösung von 7,5 g Ethyloxalylchlorid in 15 ml Methylen-
chlorid. Man rührt 1 Stunde bei 10°C nach, saugt vom ausge-
fallenen Niederschlag ab und engt das Filtrat im Vakuum
25  ein. Der Rückstand wird mit 0,5 n Salzsäure verrührt, abge-
saugt, mit Wasser gewaschen und getrocknet. Nach Kristalli-
sation aus Methylenchlorid und Cyclohexan/Methylenchlorid
erhält man 3,7 g der Titelverbindungen vom Schmp. 135-136°C.

30  $C_{15}H_{23}O_3N_2S$ (311,4)

|       | C     | H    | N    | S     |
|-------|-------|------|------|-------|
| Ber.: | 57,84 | 7,38 | 8,99 | 10,29 |
| Gef.: | 57,9  | 7,0  | 9,1  | 10,8  |

35

0044443

BASF Aktiengesellschaft          - 16 -          O.Z. 0050/034568

Beispiel 4

N-(5,5,7,7-Tetramethylcyclohexano[1,2-d]thiazol-2-yl)-oxa-
midsäureethylester

5    10,5 g 2-Amino-5,5,7,7-tetramethylcyclohexano[1,2-d]-thiazol
werden in 125 ml trockenem Methylenchlorid und 8,05 ml
trockenem Pyridin gelöst und bei 10°C langsam mit einer Lö-
sung von 7,8 ml Oxalsäureethylesterchlorid versetzt. Man
rührt eine Stunde bei 10°C und über Nacht bei Raumtempera-
10   tur nach. Man filtriert von dem ausgefallenen Niederschlag
ab, engt das Filtrat ein und verreibt den öligen Rückstand
mit 0,5 n Salzsäure. Der gebildete Kristallbrei wird abge-
saugt, mit Wasser gewaschen und getrocknet. Man erhält
12 g der Titelverbindung vom Schmp. 120-124°C.

15   $C_{15}H_{22}N_2O_3S$ (310,4)

|        | C     | H     | N     | S     |
|--------|-------|-------|-------|-------|
| Ber.:  | 58,04 | 7,14  | 9,02  | 10,33 |
| Gef.:  | 58,4  | 7,3   | 8,9   | 10,0  |

20

Beispiel 5

N-(Cycloheptano[1,2-d]thiazol-2-yl)oxamidsäureethylester

25   Aus 7,8 g 2-Amino-cycloheptano[1,2-d]thiazol erhält man
analog Beispiel 2 nach Kristallisation aus Ethanol 8,5 g
der Titelverbindung vom Schmp. 162-163°C.

$C_{12}H_{16}O_3N_2S$  (263,3)

30

|        | C     | H     | N     | S     |
|--------|-------|-------|-------|-------|
| Ber.:  | 53,71 | 6,01  | 10,44 | 11,95 |
| Gef.:  | 53,8  | 6,2   | 10,4  | 12,4  |

35

BARR000736