0044443

BASF Aktiengesellschaft          – 17 –          O.Z. 0050/034568

Beispiel 6

N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure

25,4 g N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure-
ethylester werden in einer Lösung von 10 g Kaliumacetat
in 200 ml Wasser suspendiert und 3 Stunden unter Rückfluß
erhitzt. Man saugt heiß ab und läßt das Filtrat erkalten.
Die ausgeschiedenen Kristalle werden abgesaugt und ge-
trocknet. 5 g des so erhaltenen Kaliumsalzes werden in
500 ml Wasser 3 Stunden gerührt. Man filtriert und säuert
das Filtrat mit 0,5 n Salzsäure an. Der entstandene Nieder-
schlag wird abgesaugt, mit Wasser gewaschen und getrocknet.
Man erhält 2 g der Titelverbindung vom Schmp. 235-240°C
(Zers.).

$C_9H_{10}O_3N_2S$ (226,2)

|        | C     | H    | N     | S     |
|--------|-------|------|-------|-------|
| Ber.:  | 47,78 | 4,46 | 12,38 | 14,17 |
| Gef.:  | 47,7  | 4,4  | 12,5  | 14,1  |

Beispiel 7

N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure-tert.-butyl-
ester

Aus 7,6 g 2-Amino-cyclohexano[1,2-d]thiazol erhält man
analog Beispiel 2 mit tert.-Butyloxalylchlorid nach Um-
kristallisation aus wäßrigem Äthanol/Aktivkohle und an-
schließendem Umfällen aus N-Methylpyrrolidon/verd.
Ammoniaklösung 1,9 g der Titelverbindung vom Schmp.
125-127°.

$C_{13}H_{18}N_2O_3S$ (282,3)

BARR000737

0044443

BASF Aktiengesellschaft          – 18 –          O. Z. 0050/034568

|       | C    | H    | N    | S     |
|-------|------|------|------|-------|
| Ber.: | 55,3 | 6,43 | 9,92 | 11,36 |
| Gef.: | 55,4 | 6,4  | 9,9  | 11,2  |

5  <u>Beispiel 8</u>

N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure-ethanol-
aminsalz

Zu einer Lösung von 6,78 g N-(Cyclohexano[1,2-d]thiazol-
10  -2-yl)-oxamidsäure in 70 ml heißem Methanol gibt man eine
heiße Lösung von 1,8 g Ethanolamin in 20 ml Methanol. Man
erhitzt etwa 2 Stunden unter Rückfluß bewahrt anschließend
die Reaktionsmischung im Kühlschrank auf. Die nach mehr-
tägigem Stehen erhaltenen Kristalle werden abgesaugt, mit
15  Ligroin gewaschen und getrocknet. Man isoliert 3,4 g der
(gut wasserlöslichen) Titelverbindung vom Schmp. 120 bis
123°.

$C_{11}H_{17}N_3O_4S$ (287)

20

|       | C     | H    | N     | S     |
|-------|-------|------|-------|-------|
| Ber.: | 45,98 | 5,96 | 14,62 | 11,16 |
| Gef.: | 46,1  | 6,0  | 13,8  | 10,6  |

25  <u>Beispiel 9</u>

N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure-2-ethoxy-
ethylester.

30  Zu einer Lösung von 7,7 g 2-Amino-cyclohexano-[1,2-d]-
thiazol in 50 ml trockenem Methylenchlorid und 8,05 ml
trockenem Pyridin tropft man unterhalb von 5°C 9,9 g
frisch destilliertes Oxalsäure-2-ethoxyethylesterchlorid.
Man rührt noch drei Stunden bei 0 bis 5°C nach. An-
35  schließend wird abfiltriert, das Filtrat unter vermindertem

**0044443**

BASF Aktiengesellschaft        - 19 -        O. Z. 0050/034568

Druck bei 20°C eingeengt und der ölige Rückstand mit 0,5 n
Salzsäure behandelt. Der kristalline Niederschlag wird
nach dem Trocknen in Ethanol aufgenommen und mit Aktiv-
kohle behandelt. Nach der Filtration wird unter mindertem-
5    Druck eingeengt, der Rückstand mit wenig Ethanol verrührt,
abgesaugt und getrocknet. Man erhält 3,2 g der Titelver-
bindung vom Schmp. 78 bis 79°C.

$C_{13}H_{18}N_2O_4S$ (298)

10

|       | C     | H    | N    | S     |
|-------|-------|------|------|-------|
| Ber.  | 52,37 | 6,08 | 9,39 | 10,75 |
| Gef.  | 52,6  | 5,9  | 9,6  | 11,0  |

15    Beispiele für pharmazeutische Zubereitungen

Tabletten

a)  Wirkstoff                          0,100 g
20      Stearinsäure                    0,010 g
        Traubenzucker                   1,890 g
                                        2,000 g

b)  Wirkstoff                          0,020 g
25      Stearinsäure                    0,020 g
        Traubenzucker                   1,960 g
                                        2,000 g

Die Bestandteile werden in üblicher Weise zu Tabletten der
30    vorstehend angegebenen Zusammensetzung verarbeitet.

35

0044443

BASF Aktiengesellschaft        - 20 -        O.Z. 0050/034568

Inhalationsaerosol

|  |  |
|---|---|
| Wirkstoff | 1,00 Teile |
| Sojalecithin | 0,20 Teile |
| 5 Treibgasmischung (Frigen 11, 12 und 114) ad | 100,00 Teile |

Die Zubereitung wird vorzugsweise in Aerosolbehälter mit
Dosierventil abgefüllt. Der einzelne Hub wird so bemessen,
daß eine Dosis von 5 bis 20 mg Wirkstoff abgegeben wird.

10

Ampullen (Injektionslösungen)

|  |  |
|---|---|
| Wirkstoff | 50,0 Gew.-Teile |
| Natriumpyrosulfit | 1,0 Gew.-Teil |
| 15 Dinatriumsalz der Äthylendiamin-<br>tetraessigsäure | 0,5 Gew.-Teile |
| Natriumchlorid | 8,5 Gew.-Teile |
| doppelt destilliertes Wasser ad | 1000,0 Gew.-Teile |

20  Der Wirkstoff und die Hilfsstoffe werden in einer ausrei-
chenden Menge Wasser gelöst und mit der notwendigen Menge
Wasser auf die gewünschte Konzentration gebracht. Die
Lösung wird filtriert und unter aseptischen Bedingungen in
1 ml Ampullen abgefüllt. Zuletzt werden die Ampullen
25  sterilisiert und verschlossen. Jede Ampulle enthält 50 mg
Wirkstoff.

30

35

BARR000740

BASF Aktiengesellschaft        - 21 -        **0044443**
O.Z. 0050/034568

<u>Patentansprüche</u>

1.  Verbindungen der allgemeinen Formel I



I,

in der n eine ganze Zahl von 2 bis 10, $R^1$ ein Wasser-
stoffatom oder einen geradkettigen oder verzweigten
Alkylrest mit 1 bis 6 Kohlenstoffatomen, wobei m für
eine ganze Zahl von 1 bis 4 steht, oder $R^1$ einen
Cyclohexyl-, Phenyl- oder Benzylrest, wobei m für die
Zahlen 1 oder 2 steht, bedeuten und $R^2$ ein Wasser-
stoffatom, gegebenenfalls ersetzt durch ein physiolo-
gisch verträgliches Metall- oder Aminkation, einen
Alkylrest mit 1 bis 8 Kohlenstoffatomen, einen Phenyl-
rest, der durch eine Alkylgruppe mit 1 bis 4 Kohlen-
atoffatomen substituiert sein kann, einen Cyclo-
pentylrest oder Cyclohexylrest, die durch 1 bis
4 Methylgruppen oder einen Alkylrest mit 2 bis 4 Koh-
lenstoffatomen oder eine Methylgruppe und einen
Alkylrest mit 2 bis 4 Kohlenstoffatomen substituiert
sein können, einen Phenylalkylrest mit 7 bis 9 Koh-
lenstoffatomen, der im Phenyl durch ein bis drei
Methyl- oder Methoxygruppen substituiert sein kann,
einen Rest der Formel

$-(CH_2CH_2O)_m-CH_2CH_2OR^3$,

in der m eine ganze Zahl von 0 bis 9 annehmen kann
und

BARR000741

BASF Aktiengesellschaft        — 22 —        0044443

O.Z. 0050/034568

$R^3$ für Wasserstoff, Phenyl, einen Alkylrest mit 1 bis
4 Kohlenstoffatomen oder einen Alkylcarbonylrest mit
1 bis 4 Kohlenstoffatomen im Alkylteil steht, einen
Rest der Formel

$$-(CHR^4-CHR^5O)_n-CHR^4-CHR^5OR^3,$$

worin $R^4$ oder $R^5$ ein Wasserstoffatom oder einen
Methylrest bedeuten und n und $R^3$ die oben genannten
Bedeutungen haben, einen Rest der Formel

$$-CH_2-CH_2SR^6,$$

in der $R^6$ einen Alkylrest mit 1 bis 4 Kohlenstoffato-
men bedeutet, einen Rest der Formel

$$-(CH_2)_nNR^7R^8,$$

worin n die Zahl 2 oder 3 annehmen kann und
$R^7$ und $R^8$ für einen Alkylrest mit 1 bis 4 Kohlenstoff-
atomen oder $NR^7R^8$ für Pyrrolidyl, Piperidyl, Morpho-
linyl oder N'-Methyl-piperazinyl stehen, einen Rest
der Formel

$$CH_2CH_2OCH_2CH_2NR^7R^8,$$

wobei $R^7$ und $R^8$ die oben genannte Bedeutung haben,
darstellt.

2. Verbindungen der Formel I, in denen
n eine ganze Zahl von 3 bis 8,
$R^1$ ein Wasserstoffatom oder einen Alkylrest mit 1 bis
4 C-Atomen, wobei m für eine ganze Zahl von 1 bis 4
steht, bedeutet, und

0044443

BASF Aktiengesellschaft          - 23 -          O.Z. 0050/034568

$R^2$ ein Wasserstoffatom, einen geradkettigen oder
verzweigten Alkylrest mit 1 bis 4 Kohlenstoffatomen,
Cyclohexyl, 2-Methoxyethyl, 2-Ethoxyethyl, 2-(ω-Meth-
oxyethylenoxy)-ethyl, 2-(ω-Ethoxyethylenoxy)-ethyl
5          darstellt, wobei ein Wasserstoffatom für $R^2$ durch
Natrium, Kalium, ein niederes Alkyl-, Dialkyl- oder
Trialkylamin, Ethanolamin oder Tris-(hydroxymethyl)-
-aminomethan ersetzt sein kann.

10    3.·   Verbindungen der Formel I, in denen n eine ganze Zahl
von 3 bis 5, $R^1$ ein Wasserstoffatom oder einen Methyl-
rest, wobei m für eine ganze Zahl von 1 bis 4 steht,
oder $R^1$ einen Äthyl-, Isopropyl- oder tert.-Butyl-
rest bedeuten und $R^2$ die in Anspruch 2 angegebenen
15         Bedeutungen hat.

4.    N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure, ihre
physiologisch verträglichen Salze mit einem Metall-
oder Aminkation und ihr Ethylester.

20

5.    Verfahren zur Herstellung von Verbindungen der Formel I
nach Anspruch 1, _dadurch gekennzeichnet_, daß man eine
Verbindung der Formel II

25
$$(H_2C)_n \underset{S}{\overset{(R^1)_m}{\diagup}} \overset{N}{\diagdown} NH_2 \qquad II$$

in der $R^1$, m und n die für Formel I angegebenen
30         Bedeutungen haben, mit einem Oxalylhalogenid der
Formel III

35

BARR000743

0044443

BASF Aktiengesellschaft          - 24 -          O. Z. 0050/034568

$$R^2O-C-C-Hal$$
$$\phantom{R^2O-}\underset{O}{\|}\underset{O}{\|}$$

III,

in der $R^2$ außer Wasserstoff die für Formel I angege-
benen Bedeutungen hat und Hal ein Halogenatom bedeu-
ten, zweckmäßig in einem Lösungsmittel und in Anwesen-
heit eines Säureakzeptors umsetzt und die erhaltene
Verbindung gegebenenfalls zur Säure verseift und in
ein physiologisch verträgliches Salz überführt.

6.   Verfahren nach Anspruch 5 zur Herstellung von
N-(Cyclohexano[1,2-d]thiazol-2-yl)-oxamidsäure, ihre
physiologisch verträglichen Salze mit einem Metall-
oder Aminkation und ihr Ethylester.

7.   Therapeutisches Mittel, gekennzeichnet durch einen
Gehalt an einer Verbindung der Formel I nach An-
spruch 1 als Wirkstoff neben üblichen Trägerstoffen
und Verdünnungsmitteln.

0044443

 Europäisches
Patentamt

**EUROPÄISCHER RECHERCHENBERICHT**

Nummer der Anmeldung

EP 81105026.9

| | EINSCHLÄGIGE DOKUMENTE | | KLASSIFIKATION DER ANMELDUNG (Int CI ) |
|---|---|---|---|
| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | betrifft Anspruch | |
| A | <u>CH - A - 460 017</u> (CIBA)<br>• Seite 1 •<br>-- | 1 | C 07 D 277/60<br>A 61 K 31/425 |
| D | <u>DE - A1 - 2 828 091</u> (BOEHRINGER)<br>• Seiten 1-3 •<br>-- | 1 | |
| A | <u>DE - A - 2 136 233</u> (RIEDEL)<br>• Seiten 1,2 •<br>---- | 1,7 | |
| | | | **RECHERCHIERTE SACHGEBIETE (Int CI )**<br><br>C 07 D 277/00<br>A 61 K 31/00 |
| | | | **KATEGORIE DER GENANNTEN DOKUMENTE**<br>A: von besonderer Bedeutung<br>A: technologischer Hintergrund<br>O: nichtschriftliche Offenbarung<br>P: Zwischenliteratur<br>T: der Erfindung zugrunde liegende Theorien oder Grundsätze<br>E: kollidierende Anmeldung<br>D: in der Anmeldung angeführtes Dokument<br>L: aus andern Gründen angeführtes Dokument<br>&: Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument |
| X | Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt | | |
| Recherchenort<br>WIEN | Abschlußdatum der Recherche<br>12-10-1981 | Prüfer<br>BRUS | |

EPA Form 1503.1  06.78



RECEIVED
88 DEC 14 AM 8:48
GROUP 120

BARR000746

0021940

3.

... ... ..forme l'amine de formule I en un
... ... ... ..harmaceutiquement acceptable.

... ... .. ..éto-esters bromés (II) utilisés
comme pr... ... ..art sont connus :

5      ... ... ..xycarbonyl-3 cyclohexanone (J.E.
BRENNER ? .... ..hem. 1961, 26, 22)

... ... éthoxycarbonyl-4 cyclohexanone (L.
BERGER et C. : .. .. et allemand 2.214-501, 5 oct. 1972,
Chem. Abstr. 1973, 78, 29609b).

10    Les autres céto-esters bromés de formule II
sont préparés de manière analogue.

La réaction avec un thioamide peut être effec-
tuée au sein d'un solvant tel qu'un alcool (éthanol,
isopropanol) ou le diméthyl-formamide, à température
15 ordinaire pour les thioamides de faible poids molécu-
laire (R = H, $CH_3$) ou en chauffant légèrement (40-60°C)
pour les thioamides supérieurs.

Le benzothiazole (III) formé peut être isolé,
après évaporation du solvant, grâce à son caractère fai-
20 blement basique (dissolution en milieu aqueux acide).

Le stade (b) qui consiste à réduire l'ester
(III) en alcool (IV) au moyen de l'aluminohydrure de
lithium peut être effectué dans l'éther ou le tétrahy-
drofuranne, à température ordinaire (ou, de préférence,
25 à basse température (0°C, pour les dérivés dans lesquels
R = H).

Les alcools (IV) peuvent être isolés et puri-
fiés par les moyens habituels (distillation, cristalli-
sation) ou directement transformés en tosylates (V) au
30 moyen du chlorure de p.toluènesulfonyle, en présence
d'une base tertiaire telle que la pyridine.

Les tosylates (V) peuvent être purifiés par
cristallisation ou utilisés bruts pour la réaction avec
l'amine $R'NH_2$. Pour cette dernière réaction, on utilise

BARR000751

0021940

4.

avantageusement un excès d'amine primaire R'NH$_2$ au sein
d'un solvant tel que le méthanol ou l'éthanol en auto-
clave et à température voisine de 100°C.

5     Les amines (I) formées sont obtenues par éva-
poration du solvant et distillées sous pression réduite.
Ce sont des bases fortes, qui se carbonatent assez faci-
lement à l'air libre. Elles sont avantageusement trans-
formées en sels, tels que les chlorhydrates, par addi-
10 tion d'un léger défaut d'acide anhydre, dans un solvant
inerte tel que l'éther.

    Les exemples suivants illustrent la présente
invention.

EXEMPLE 1

Aminométhyl-4 tétrahydro-4,5,6,7 benzo /d_7 thiazole,
15 et son chlorhydrate (I, R=R'=H, substitution en 4)
    1) Ethoxycarbonyl-4 tétrahydro-4,5,6,7 benzo/d/thiazole
    (III)

    90 g (0,36 mole) de bromo-2 éthoxycarbonyl-6
cyclohexanone (II) sont dissous dans 300 ml d'éthanol
20 anhydre contenant 22 g (0,36 mole) de thioformamide.
Après 60 h à température ordinaire et évaporation du
solvant, le résidu est repris par de l'oxyde d'isopro-
pyle et extrait plusieurs fois par HCl 2N. La solution
acide est alcalinisée et l'huile libérée est extraite à
25 l'éther, puis distillée. eb$_{0,1}$ = 100-104°C. Rendt : 31%.
    2) Hydroxyméthyl-4 tétrahydro-4,5,6,7 benzo/d/thiazole
    (IV)

    A une solution de 1,14 g (30 m.moles) de AlLiH$_4$
dans 50 ml de tétrahydrofuranne anhydre, refroidie et
30 maintenue à -20°C, on ajoute lentement 6,66 g (30 m.
moles) du dérivé (III) précédent dissous dans 30 ml de
THF anhydre. Après 30 minutes à -20°C, l'excès de AlLiH$_4$
est détruit par addition d'isopropanol à -20°C, puis de
5 ml de solution aqueuse saturée de chlorure de sodium,

0021940

1.

Nouveaux dérivés aminés du benzothiazole, leur
procédé de préparation et leur application en thérapeutique.

La présente invention concerne des dérivés
aminés du benzothiazole, leur procédé de préparation et
leur application en thérapeutique.

5      La Demanderesse a déjà décrit dans le brevet FR.
7731891  des dérivés aminés du benzothiazole, qui pré-
sentent une activité intéressante sur le système nerveux
central.

La présente invention a pour objet de nouveaux
10   dérivés aminés du benzothiazole qui n'ont pu être prépa-
rés que par une voie de synthèse totalement différente
et qui trouvent en outre une application dans un domaine
thérapeutique différent.

Ainsi, la présente invention a pour objet des
composés de formule générale

15

$$R'-NH-CH_2 - \text{(I)}$$

dans laquelle R représente un atome d'hydrogène ou un
radical alcoyle en $C_1$ à $C_6$

R' représente un atome d'hydrogène ou un
radical alcoyle en $C_1$ à $C_6$
20   ainsi que leurs sels d'addition avec des acides pharma-
ceutiquement acceptables.

Les sels d'addition peuvent être notamment ceux
formés avec les acides chlorhydrique, bromhydrique, sul-
furique et les acides organiques pharmaceutiquement ac-
25   ceptables.

La présente invention a également pour objet un
procédé de préparation des composés de formule I qui est
caractérisé en ce que

a) on fait réagir sur un céto-ester bromé de
30   formule

0021940

2.

R"OOC — [structure] — Br    (II)

dans laquelle R" est un radical alcoyle en $C_1$-$C_2$ , un thioamide de formule

$$R - \underset{\underset{S}{\|}}{C} - NH_2$$

5   dans laquelle R a la signification donnée précédemment, obtenant ainsi un ester de formule

R"OOC — [structure] — R    (III)

b) on réduit l'ester de formule III à l'aide d'aluminohydrure de lithium en un alcool de formule

10   HO-CH$_2$ — [structure] — R    (IV)

c) on transforme l'alcool de formule IV au moyen de chlorure de p-toluènesulfonyle en le tosylate correspondant de formule

CH$_3$ —[ ]— SO$_2$OCH$_2$ — [structure] — R    (V)

15   d) on fait réagir sur le tosylate de formule V une amine de formule R'-NH$_2$ , R' ayant la signification donnée ci-dessus de façon à obtenir une amine de formule I, et éventuellement

BARR000750

574-367



07388 D/02          502          SOLO 20.06.79
LAB J LOGEAIS SA                      *JP -21.940
20.06.79-FR-015774  (07.01.81)  A61k-31/42 C07d-277/62
Aminomethyl-4,5,6,7-tetrahydro-benzothiazole deriv. - used as
cardiovascular agents for treating circulatory insufficiency

10.06.80 as 400631 (52pp941) (F) FT12106638 E/BE CH DE GB IT LI NL
SE)
4(or 5,6 or 7)-(N-R)-aminomethyl) 4,5,6,7- tetrahydro benzothiazoles
of formula (I) and their pharmaceutically acceptable acid addn.
salts are new.

$$R1-NH-CH2-\text{[structure]}-R \quad (I)$$

(R and R1 are independently hydrogen or 1-6C alkyl).
(I) have cardiovascular activity and increase blood flow to the
limbs. They can be used for treating circulatory insufficiency by
oral, rectal or parenteral admin. Daily dose for adults is 20-2000g.
(I) have low toxicity.
3-Methyl          5-(X-methylaminomethyl)     4,5,6,7-tetrahydro
benzothiazole (Ia- and 2-n-butyl 4-(N-methylaminomethyl) 4,5,6,7-
tetrahydro benzothiazole (Ib) are specifically claimed.

PREPARATION
(I) can be prepd. by (a) reacting a ketoester of formula
(II) (where R2 is 1-2C alkyl) with a thioamide RCSNH2,

(b) reducing the obtd. ester of formula (III) with lithium
aluminium hydride. (c) reacting the obtd. alcohol (IV) with
p-tosyl chloride to give a tosylate (V) and (d) reacting with
an amine R1NH2.



(ZZ)          (IZZ)          (IV)          (V)

PHARMACOLOGY
(I) increase the blood flow in the femoral artery at
0.1 -0.5 mg/kg i.v. in the dog. LD50 in the mouse is 145
mg/kg or more p.o. and 58 mg/kg or more i.p.

EXAMPLE
A soln. of 25g 4-tosyloxymethyl-4,5,6,7-tetrahydro-
benzothiazole in 40 ml methanol was heated with 180g
ammonia in an autoclave for 5 hrs. at 90 deg. C.  The

solvent was evapd. and the residue treated with a soln. of
3.8g sodium hydroxide in 25 ml water.  The amine formed
was extd. several times with ether. Drying and distn.
gave a 54% yield of 4-aminomethyl-4,5,6,7-tetrahydra-
benzothiazole, b.pt. 97-100 deg. C/0.1mm., hydrochloride
m.pt. 210 deg. C. EP- -21940.

BARR000747

⑲  Europäisches Patentamt
European Patent Office
Office européen des brevets

⑪ Numéro de publication:  **0 021 940**
A1

㉓                      **DEMANDE DE BREVET EUROPEEN**

㉑ Numéro de dépôt: 80400831.6

㉒ Date de dépôt: 19.06.80

㊿ Int. Cl.³: **C 07 D 277/62**
**C 07 D 277/64, A 61 K 31/425**

㉚ Priorité: 20.06.79 FR 7915774

㊺ Date de publication de la demande:
07.01.81  Bulletin 81/1

㊻ Etats Contractants Désignés:
BE CH DE GB IT LI NL SE

㉛ Demandeur: LABORATOIRES JACQUES LOGEAIS
Société dite:
71, Avenue du Général de Gaulle
F-92130 Issy-Les-Moulineaux(FR)

㉜ Inventeur: Maillard, Jacques Georges
82 bis Avenue de Paris
F-78000 Versailles(FR)

㉜ Inventeur: Delaunay, Pierre Paul André
26 Rue des Grosses Eaux
F-95220 Herblay(FR)

㉜ Inventeur: Legeai, Jacky Marcel Gérard
92 Avenue du Général Leclerc
F-91120 Palaiseau(FR)

㉔ Mandataire: Pous, Camille et al.
c/o Cabinet Lavoix 2, Place d'Estienne d'Orves
F-75441 Paris Cedex 09(FR)

㉝ Nouveaux dérivés aminés du benzothiazole, leur procédé de préparation et leur application en thérapeutique.

㉗ L'invention a pour objet des composés de formule générale



dans laquelle R représente un atome d'hydrogène ou un radical alcoyle en $C_1$ à $C_6$.

R' représente un atome d'hydrogène ou un radical alcoyle en $C_1$ à $C_6$,

ainsi que leurs sels d'addition avec des acides pharmaceutiquement acceptables.

Ces composés sont utilisables en thérapeutique pour le traitement des insuffisances circulatoires.

EP 0 021 940 A1

BARR000748

0021940

5.

filtré et lavé à l'acétate d'éthyle; le filtrat est éva-
... le résidu huileux est repris à chaud par de
... produit (IV) cristallise par refroidissement
Rendement ... F : 74-75°C.

5   3) Tosyloxyméth... tétrahydro-4,5,6,7 benzo/d/thiazole
    (V)

        9,95 g (52 m.moles) de chlorure de p.toluène-
sulfonyle sont ajoutés par portions à un mélange de 8 g
(47 m.moles) du dérivé (IV) précédent et 15g de pyridine
10  anhydre, en maintenant la température à 10°C. Après 24 h
d'agitation à température ordinaire, le mélange est hy-
drolysé et extrait par l'acétate d'éthyle. Les phases
organiques réunies sont lavées à l'eau, séchées et éva-
porées. L'huile résiduelle cristallise lentement. Le pro-
15  duit est recristallisé dans de l'oxyde d'isopropyle
bouillant, par refroidissement. Rendement 72 % - F :
64-65°C.

    4) Aminométhyl-4 tétrahydro-4,5,6,7 benzo/d/thiazole et
    chlorhydrate (I, R = R' = H)

20      Une solution de 26 g (80 m.moles) du dérivé
(V) précédent dans 40 ml de méthanol est chauffée avec
180 g d'ammoniac, en autoclave, pendant 5 h à 90°C. Après
évaporation du solvant, et addition de 3,8 g (96 m.moles)
de soude en solution dans 25 ml d'eau, l'amine formée est
25  extraite plusieurs fois à l'éther, séchée et distillée.
$eb_{0,1}$ = 97-100°C. Rendement 54 %.

        L'amine (I, R = R' = H) est transformée en
chlorhydrate par addition d'un léger défaut d'HCl anhydre
à une solution de la base dans l'éther. Rendement : 98 %
30  - F : 210°C.

EXEMPLE 2

(N-méthylaminométhyl)-4 tétrahydro-4,5,6,7 benzo/d/thia-
zole et son chlorhydrate (I, R = H , R' = CH₃, substitu-
tion en 4)

6.

30,4 g (93 m.moles) du dérivé (V) décrit dans
l'exemple 1 sont agités pendant 60 h, à température ordi-
naire, avec une solution de 150 g de méthylamine dans
150 ml d'eau. Le mélange est homogène après 48 h. La
5   solution est évaporée à sec, le résidu est repris par
un excès de soude 2N et extrait au chlorure de méthy-
lène. Le résidu huileux d'évaporation du solvant est
distillé. $eb_{0,2}$ = 96-99°C. Rendement 80 %.

L'amine est transformée en chlorhydrate par
10  addition d'un léger défaut d'HCl anhydre, dans l'éther.
Rendement 88 % - F : 120°C (avec décomp.).

EXEMPLE 3

Méthyl-2 aminométhyl-4 tétrahydro-4,5,6,7 benzo /d¯7thia-
zole et son chlorhydrate (I, R = CH$_3$ , R' = H, substitu-
15  tion en 4)

1) Méthyl-2 éthoxycarbonyl-4 tétrahydro-4,5,6,7 benzo
/d7thiazole (III)

Il est préparé par action de thioacétamide sur
la bromo-2 carbéthoxy-6 cyclohexanone (II), selon le
20  procédé décrit dans l'exemple 1. $eb_{0,1}$ = 102-105°C.

2) Méthyl-2 hydroxyméthyl-4 tétrahydro-4,5,6,7 benzo
/d7thiazole (IV)

Il est préparé par réduction du dérivé (III)
précédent au moyen de AlLiH$_4$ selon le procédé décrit
25  dans l'exemple 1. $eb_{0,4}$ = 102-106°C. Rendement 82 %.

3) Méthyl-2 tosyloxyméthyl-4 tétrahydro-4,5,6,7 benzo
/d7 thiazole (V)

Il est préparé par action du chlorure de p.
toluène sulfonyle sur l'alcool (IV) précédent, selon le
30  procédé décrit dans l'exemple 1. F = 97-98°C - Rdt 89 %.

4) Méthyl-2 aminométhyl-4 tétrahydro-4,5,6,7 benzo /d7
thiazole et son chlorhydrate (I, R = CH$_3$ , R' = H)

Il est préparé par action de l'ammoniac sur
le tosylate (V) ci-dessus, selon le procédé décrit dans
35  l'exemple 1. $eb_{0,1}$ = 76-78°C. Rendement : 75 %.

BARR000754

0021940

9.

L'amine est transformée en chlorhydrate selon
le procédé décrit dans l'exemple 1. F = 248-250°C (dé-
comp.) - Rendement : 80 %.

EXEMPLE 7

5    Méthyl-2 (N-méthylaminométhyl)-6 tétrahydro-4,5,6,7
benzo /d/thiazole et son chlorhydrate (I, R = R' = CH$_3$,
substitution en 6)

1) Méthyl-2 éthoxycarbonyl-6 tétrahydro-4,5,6,7 benzo
   /d/thiazole (III)

10        Il est préparé par action du thioacétamide sur
la bromo-2 éthoxycarbonyl-4 cyclohexanone selon le pro-
cédé décrit dans l'exemple 1. eb$_{0,3}$ = 110-120°C -
Rendement : 30 %.

2) Méthyl-2 hydroxyméthyl-6 tétrahydro-4,5,6,7 benzo/d/
15    thiazole (IV)

Il est préparé par réduction du dérivé (III)
précédent selon le procédé décrit dans l'exemple 1.
eb$_{0,4}$ = 145-155°C. F = 101-102°C - Rendement : 70 %.

3) Méthyl-2 tosyloxyméthyl-6 tétrahydro-4,5,6,7 benzo
20    /d/thiazole (V)

Il est préparé par action du chlorure de p.
toluène sulfonyle sur le dérivé (IV) précédent, selon
le procédé décrit dans l'exemple 1. F : 70-71°C -
Rendement : 71 %.

25  4) Méthyl-2 (N-méthylaminométhyl)-6 tétrahydro-4,5,6,7
benzo/d/thiazole et son chlorhydrate (I, R = R' =CH$_3$)

Il est préparé par action de la méthylamine
en solution dans le méthanol, sur le tosylate (V) précé-
dent, en autoclave à 110°C. eb$_{0,3}$ = 105-115°C - Rdt 83%.

30        La base est transformée en chlorhydrate par
un léger défaut d'HCl dans l'éther anhydre. F = 176-178°C
Rendement : 93 %.

.4

0021940

10.

## EXEMPLE 8

Aminométhyl-6 tétrahydro-4,5,6,7 benzo/d/7thiazole et son chlorhydrate (I, R = R' = H, substitution en 6)

1) Ethoxycarbonyl-6 tétrahydro-4,5,6,7 benzo/d/7thia-
   zole (III)

   Il est obtenu par action du thioformamide sur la bromo-2 éthoxycarbonyl-4 cyclohexanone, selon le procédé décrit dans l'exemple 1. $eb_{0,2}$ = 105-115°C - Rendement : 27 %.

2) Hydroxyméthyl-6 tétrahydro-4,5,6,7 benzo/d/7thiazole
   (IV)

   Il est préparé par réduction du dérivé (III) précédent selon le procédé décrit dans l'exemple 1. $eb_1$ = 140-150°C - Rendement : 66 %.

3) Tosyloxyméthyl-6 tétrahydro-4,5,6,7 benzo/d/7thiazole
   (V)

   Il est préparé à partir du dérivé (IV) précédent selon le procédé décrit dans l'exemple 1. F : 90-91°C - Rendement : 64 %.

4) Aminométhyl-6 tétrahydro-4,5,6,7 benzo/d/7thiazole
   (I, R = R' = H)

   Il est préparé par action de l'ammoniac sur le tosylate V précédent, dans le méthanol, à l'autoclave à 100°C. $eb_{0,5}$ = 100-106°C - Rendement : 42 %.
   Chlorhydrate, F : 218-219°C - Rendt : 95 %.

## EXEMPLE 9

Ethyl-2 (N-éthylaminométhyl)-6 tétrahydro-4,5,6,7 benzo /d/7thiazole et son chlorhydrate (I, R = R' = $C_2H_5$, substitution en 6).

1) Ethoxycarbonyl-6 tétrahydro-4,5,6,7 benzo/d/7thiazole
   (III)

   Il est préparé par action du thiopropionamide sur la bromo-2 éthoxycarbonyl-4 cyclohexanone dans le diméthylformamide à température ordinaire. $eb_{0,2}$ = 112-118°C - Rendement : 42 %

BARR000758

0021940

7.

(base se carbonatant rapidement à l'air).

L'amine est transformée en chlorhydrate par HCl anhydre dans l'éther. F = 140°C (avec décomp.) Rendement : 90 %.

5  EXEMPLE 4

Méthyl-2 (N-méthylaminométhyl)-4 tétrahydro-4,5,6,7 benzo/d/thiazole et son chlorhydrate (I, R = R' = CH$_3$, substitution en 4)

Il est préparé à partir du tosylate (V) décrit
10  dans l'exemple 3, par action d'un large excès de méthyl-amine en solution dans le méthanol, à 130°C en autoclave. L'amine est isolée par le procédé habituel, décrit dans les exemples précédents. eb$_{0,5}$ = 98-102°C - Rdt = 38 %.

L'amine est transformée en chlorhydrate par
15  un léger défaut d'HCl anhydre, en solution dans l'éther. F = 144°C (avec décom.) - Rendement : 75 %.

EXEMPLE 5

(N-méthylaminométhyl)-5 tétrahydro-4,5,6,7 benzo/d/ thiazole et son chlorhydrate (I, R = H , R' = CH$_3$,
20  substitution en 5).

1) Méthoxycarbonyl-5 tétrahydro-4,5,6,7 benzo/d/thiazole
   (III)

Il est préparé par action du thioformamide sur la bromo-2 méthoxycarbonyl-5 cyclohexanone, selon le
25  procédé décrit dans l'exemple 1. eb$_{0,4}$ = 110-120°C - Rendement : 35,5 %.

2) Hydroxyméthyl-5 tétrahydro-4,5,6,7 benzo/d/thiazole
   (IV)

Il est préparé par réduction du compose (III)
30  précédent par AlLiH$_4$, selon le procédé décrit dans l'exemple 1. eb$_{0,6}$ = 138-144°C - Rendement : 81 %.

3) Tosyloxyméthyl-5 tétrahydro-4,5,6,7 benzo/d/thiazole
   (V)

Il est préparé à partir du dérivé (IV)

0021940

8.

précédent selon le procédé décrit dans l'exemple 1.
F = 87-88°C - Rendement : 70 %.

4) (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7 benzo/d/
thiazole et son chlorhydrate (I, R = H , R' = CH$_3$)

Il est préparé par action de la méthylamine
en solution dans l'éthanol, sur le tosylate (IV) précé-
dent en autoclave à 100°C. eb$_{0,5}$ = 115-120°C - Rdt: 82 %.
Chlorhydrate, F : 201-202°C - Rendt : 82 %.

EXEMPLE 6

Méthyl-2 (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7
benzo /d/ thiazole et son chlorhydrate (I, R = R' = CH$_3$,
substitution en 5)

1) Méthyl-2 éthoxycarbonyl-5 tétrahydro-4,5,6,7 benzo
/d/thiazole (III)

Il est préparé par action du thioacétamide sur
la bromo-2 éthoxycarbonyl-5 cyclohexanone (II), selon
le procédé décrit dans l'exemple 1. eb$_{0,4}$ = 116-120°C .

2) Méthyl-2 hydroxyméthyl-5 tétrahydro-4,5,6,7 benzo/d/
thiazole (IV)

Il est préparé par réduction du dérivé (III)
précédent au moyen de AlLiH$_4$, selon le procédé décrit
dans l'exemple 1. eb$_{0,5}$ = 120-140°C.

Le produit brut est purifié par cristallisa-
tion dans le tétrachlorure de carbone. F : 52-55°C.

3) Méthyl-2 tosyloxyméthyl-5 tétrahydro-4,5,6,7 benzo
/d/thiazole (V)

Il est préparé par action du chlorure de p.
toluène sulfonyle sur l'alcool (IV) précédent selon le
procédé décrit dans l'exemple 1. F = 105-106°C - Rdt 74 %

4) Méthyl-2 (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7
benzo/d/thiazole (I, R = R' = CH$_3$)

Il est préparé par action de la méthylamine
sur le tosylate (V) ci-dessus, en solution dans le mé-
thanol, en autoclave à 100°C. eb$_{0,5}$ = 100-110°C -
Rendement : 75 %.

0021940

11.

2) Ethyl-2 hydroxyméthyl-6 tétrahydro-4,5,6,7 benzo /d7
thiazole (IV)

Il est préparé par réduction du dérivé III
précédent par AlLiH$_4$ dans l'éther à température ordi-
naire. eb$_{0,5}$ = 142-144°C - Rendement : 86 %.

3) Ethyl-2 tosyloxyméthyl-6 tétrahydro-4,5,6,7 benzo /d7
thiazole (V)

Il est préparé par action du chlorure de p.
toluènesulfonyle sur le dérivé (IV) précédent, selon le
procédé décrit dans l'exemple 1. F = 54-56°C - Rdt 65 %.

4) Ethyl-2 (N-éthyl-aminométhyl)-6 tétrahydro-4,5,6,7
benzo /d7thiazole et son chlorhydrate (I, R = R' =
C$_2$H$_5$)

Il est préparé par action de l'éthylamine en
solution méthanolique sur le tosylate (V) précédent en
autoclave à 90°C. eb$_{0,1}$ = 106-109°C - Rendement : 71 %.

Chlorhydrate, F : 187°C - Rendement : 100 %.

EXEMPLE 10

(N-n propylaminométhyl)-6 tétrahydro-4,5,6,7 benzo /d7
thiazole et son chlorhydrate (I, R = H, R' = nC$_3$H$_7$,
substitution en 6)

Il est préparé à partir du tosylate (V) décrit
dans l'exemple 8, par action de la n-propylamine en so-
lution dans le méthanol, en autoclave à 90°C. eb$_{0,05}$ =
96-100°C - Rendement : 61 %.

La base est transformée en chlorhydrate par
HCl en solution dans l'éther anhydre. F = 166°C -
Rendement : 87 %.

EXEMPLE 11

n-Butyl-2 (N-méthylaminométhyl)-4 tétrahydro-4,5,6,7
benzo /d7thiazole et son chlorhydrate (I, R = nC$_4$H$_9$,
R' = CH$_3$, substitution en 4).

1) n-Butyl-2 éthoxycarbonyl-4 tétrahydro-4,5,6,7 benzo
/d7thiazole (III)

.4

BARR000759

0021940

12.

Il est obtenu par action du thiovaléramide
sur la bromo-2 éthoxycarbonyl-6 cyclohexanone selon le
procédé décrit dans l'exemple 1. $eb_{0,5}$ = 115-120°C -
Rendement : 28 %.

5  2) n-Butyl-2 hydroxyméthyl-4 tétrahydro-4,5,6,7 benzo
[d]thiazole (IV)

Il est préparé par réduction du dérivé (III)
précédent, par $AlLiH_4$ dans l'éther à température ordi-
naire. $eb_{0,6}$ = 130-132 C - Rendement : 48 %.

10  3) n-Butyl-2 tosyloxyméthyl-4 tétrahydro-4,5,6,7 benzo
[d]thiazole (V)

Il est préparé par action du chlorure de p.
toluène sulfonyle sur le dérivé (IV) précédent, selon
le procédé décrit dans l'exemple 1. Huile indistillable,

15  utilisée brute pour la suite des réactions.
4) n-Butyl-2 (N-méthylaminométhyl)-4 tétrahydro-4,5,6,7
benzo[d]thiazole et son chlorhydrate (I, R = $nC_4H_9$ ,
R' = $CH_3$).

Il est préparé par action de la méthylamine
20  en solution méthanolique sur le tosylate (V) précédent,
en autoclave à 90°C. $eb_{0,5}$ = 118-120°C - Rendement: 74 %.
La base est transformée en chlorhydrate par
HCl dans l'éther anhydre.

F : 128°C - Rendement : 70 %.

25  EXEMPLE 12
n-Butyl-2 (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7
benzo[d]thiazole et son chlorhydrate (I, R = $nC_4H_9$ ,
R' = $CH_3$ , substitution en 5)
1) n-Butyl-2 éthoxycarbonyl-5 tétrahydro-4,5,6,7 benzo
30  [d]thiazole (III)

Il est obtenu par action du thiovaléramide sur
la bromo-2 éthoxycarbonyl-5 cyclohexanone dans le di-
méthylformamide, à température ordinaire. $eb_{0,5}$ =
140-142°C - Rendement : 56 %.

0021940

13.

2) n.Butyl-2 hydroxyméthyl-5 tétrahydro-4,5,6,7 benzo
   /d/thiazole (IV)

   Il est préparé par réduction du dérivé (III)
   précédent par AlLiH₄ dans l'éther à température ordinaire
5  eb$_{0,15}$ = 126°C - Rendement : 89 %.

3) n.Butyl-2 tosyloxyméthyl-5 tétrahydro-4,5,6,7 benzo
   /d/thiazole (V)

   Il est préparé par action du chlorure de p. to-
   luène sulfonique sur le dérivé IV précédent, selon le pro-
10 cédé décrit dans l'exemple 1. Huile indistillable uti-
   lisée brute pour la suite des réactions.

4) n.Butyl-2 (N-méthylaminométhyl)5 tétrahydro-4,5,6,7
   benzo/d/thiazole et son chlorhydrate (I, R = nC₄H₉),
   R' : CH₃)

15     Il est préparé par action de la méthylamine en
   solution méthanolique sur le tosylate (V) précédent, en
   autoclave à 90°C. eb$_{0,15}$ = 122-124°C - Rendement : 72 %.
       La base est transformée en chlorhydrate par
   HCl dans l'éther anhydre. F = 169-171°C - Rendt : 100 %.

20 EXEMPLE 13

   Isopropyl-2 (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7
   benzo/d/thiazole et son chlorhydrate (I, R : iC₃H₇,
   R' : CH₃ , substitution en 5).

1) Isopropyl-2 éthoxycarbonyl-5 tétrahydro-4,5,6,7 benzo
25   /d/thiazole (III)

       Il est obtenu par action du thio-isobutyramide
   sur la bromo-2 éthoxycarbonyl-5 cyclohexanone, dans le
   diméthylformamide, à température ordinaire. eb$_{0,05}$ =
   109-111°C - Rendement : 50 %.

30 2) Isopropyl-2 hydroxyméthyl-5 tétrahydro-4,5,6,7 benzo
   /d/thiazole (IV)

       Il est préparé par réduction du dérivé (III)
   précédent par AlLiH₄ dans l'éther à température ordinaire.
   eb$_{0,1}$ = 122-126°C - Rendement : 83 %.

BARR000761

0021940

14.

3) Isopropyl-2 tosyloxyméthyl-5 tétrahydro-4,5,6,7 benzo
   /d/thiazole (V)

Il est préparé par action du chlorure de p.
toluène sulfonyl sur le dérivé (IV) précédent, selon le

5 procédé décrit dans l'exemple 1. F = 82-83°C - Rdt 71 %.

4) Isopropyl-2 (N-méthylaminométhyl)-5 tétrahydro-4,5,6,7
   benzo/d/thiazole et son chlorhydrate (I, R : $iC_3H_7$,
   R' = $CH_3$).

Il est préparé par action de la méthylamine en

10 solution méthanolique sur le tosylate (V) précédent, en
autoclave à 90°C. $eb_{0,2}$ = 108-109°C - Rendement : 85 %.

La base est transformée en chlorhydrate par
HCl dans l'éther anhydre. F : 177°C - Rendement : 98 %.

On a rassemblé dans le tableau I suivant d'au-

15 tres exemples de composés de formule I préparés de ma-
nière analogue.

BARR000762

0021940

15.

## TABLEAU I

| Ex. | Formule | Désignation | Caractéristiques physiques | rdt % |
|---|---|---|---|---|
| 14 | NH$_2$CH$_2$ ... | aminométhyl-5 tétrahydro-4,5,6,7 benzo[d]thiazole | base eb$_{0,7}$ = 116-118°C<br>chlorhydr. F = 119-201°C | 68<br>95 |
| 15 | NH$_2$CH$_2$ ... CH$_3$ | méthyl-2 aminométhyl-5 tétra-hydro-4,5,6,7 benzo[d]thiazole | base eb$_{0,5}$ = 115-1'5°C<br>chlorhydr. F = 262-263°C | 48<br>100 |
| 16 | CH$_3$NHCH$_2$ ... | (N-méthylaminométhyl)-6 tétra-hydro-4,5,6,7 benzo[d]thiazole | base eb$_{0,3}$ =<br>chlorhydr. F = 225-227°C | 51<br>77 |
| 17 | NH$_2$CH$_2$ ... CH$_3$ | méthyl-2 aminométhyl-6 tétra-hydro-4,5,6,7 benzo[d]thiazole | base eb$_{0,5}$ = 120-130°C<br>chlorhydr. F = 206-207°C | 70<br>72 |
| 18 | nC$_4$H$_9$NH-CH$_2$ ... CH$_3$ | méthyl-2 (N-n-butylaminométhyl)-4 tétrahydro-4,5,6,7 benzo[d]thiazole | base eb$_{0,6}$ = 118-122°C<br>chlorhydr. F = 132°C | 76<br>94 |

BARR000763

0021940

16.

TABLEAU I (Suite)

| Ex. | Formule | Désignation | Caractéristiques physiques | Rdt % |
|---|---|---|---|---|
| 19 | $IC_3H_7NH-CH_2$ [structure] | méthyl-2 (N-isopropylamino-méthyl)-5 tétrahydro-4,5,6,7 benzo[d]thiazole | base $eb_{0,2}$ = 102-106°C | 82 |
| | | | chlorhydr. F=204-205°C | 100 |
| 20 | $nC_4H_9NH-CH_2$ [structure] | méthyl-2 (N-n-butylamino-méthyl)-5 tétrahydro-4,5,6,7 benzo[d]thiazole | base $eb_{0,1}$ = 112-118°C | 81 |
| | | | chlorhydr. » 245°C | 100 |

BARR000764

0021940

17.

Les composés de formule I et leurs sels d'addition pharmaceutiquement acceptables possèdent des propriétés pharmacologiques intéressantes, particulièrement sur le système cardiovasculaire. Ainsi, ils augmentent, notablement pour certains d'entre eux, le débit sanguin de perfusion des membres.

Cette activité sur le système cardiovasculaire a été mise en évidence dans un test classique chez le chien, où on a mesuré l'effet sur le débit sanguin artériel fémoral. Ainsi, on a observé pour certains d'entre eux une augmentation du débit artériel dès la dose de 0,1 à 0,5 mg/kg I.V.

En outre, on a observé, lors d'une occlusion aiguë de l'artère fémorale, une nette diminution de la résistance des artères collatérales avec les composés des exemples 6 et 11, sans que soient notablement affectées la tension artérielle systémique, ni la pression de perfusion tissulaire.

Dans leur majorité, les composés de formule I sont peu toxiques, comme cela apparaît à la lecture du tableau suivant, où sont rassemblées les DL$_{50}$ par voie orale et par voie intrapéritonéale chez la souris.

## TABLEAU II
### Toxicité aiguë chez la souris

| Ex. | Voie orale (mg/kg) | Voie intrapéritonéale (mg/kg) |
|-----|--------------------|-------------------------------|
| 1 | DL$_{50}$ > 200 | DL$_{50}$ = 140 |
| 2 | DL$_{50}$ > 200 | DL$_{50}$ > 200 |
| 3 | DL$_{50}$ > 200 | - |
| 5 | DL$_{50}$ > 200 | DL$_{50}$ > 200 |

BARR000765

0021940

18.

| Ex. | Voie orale (mg/kg) | Voie intrapéritonéale (mg/kg) |
|---|---|---|
| 6 | $DL_{50} > 200$ | - |
| 7 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 8 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 9 | $DL_{50} > 200$ | $DL_{50} = 120$ |
| 10 | $DL_{50} > 200$ | $DL_{50} = 190$ |
| 11 | $DL_{50} > 200$ | $DL_{50} = 58$ |
| 12 | $DL_{50} > 200$ | $DL_{50} = 140$ |
| 13 | $DL_{50} > 200$ | $DL_{50} = 140$ |
| 14 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 15 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 16 | $DL_{50} = 170$ | $DL_{50} = 75$ |
| 17 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 18 | $DL_{50} > 200$ | $DL_{50} = 58$ |
| 19 | $DL_{50} > 200$ | $DL_{50} > 200$ |
| 20 | $DL_{50} = 145$ | $DL_{50} = 58$ |

Les composés de formule I et leurs sels pharmaceutiquement acceptables peuvent être utilisés en thérapeutique dans le traitement des insuffisances circulatoires de différentes origines.

BARR000766

0021940

19.

Les composés des exemples 6 et 11 paraissent
à cet égard particulièrement intéressants.

Les composés sont administrables à l'homme par
voie orale, rectale ou parentérale, à l'état de base ou
5 de sels, en solution aqueuse ou autre, en suspension, ou
sous forme cristalline. Les différentes présentations
peuvent contenir de 10 à 500 mg de principe actif par
unité de prise et la posologie journalière chez l'adulte
peut varier de 20 mg à 2 g selon les indications théra-
10 peutiques envisagées.

BARR000767

0021940

20.

## REVENDICATIONS

1. Composés de formule générale

$$R'-NH-CH_2-\begin{array}{c}5\\6\\7\end{array}\begin{array}{c}4\\ \end{array}\begin{array}{c}N\\3\\1\end{array}\begin{array}{c}2\\ \end{array}-R \qquad (I)$$

dans laquelle  R représente un atome d'hydrogène ou un
radical alcoyle en $C_1$ à $C_6$ ,
5               R' représente un atome d'hydrogène ou un
radical alcoyle en $C_1$ à $C_6$ ,
ainsi que leurs sels d'addition avec des acides pharmaceu-
tiquement acceptables.

2. Le méthyl-2 (N-méthylaminométhyl)-5 tétrahydro-
10 4,5,6,7 benzo/d7thiazole, et ses sels pharmaceutiquement
acceptables.

3. Le n-butyl-2 (N-méthylaminométhyl)-4 tétrahydro-
4,5,6,7 benzo/d7thiazole,et ses sels pharmaceutiquement
acceptables.

15      4. Procédé de préparation de composés de formule I
telle que définie à la revendication    , et de leurs sels
d'addition pharmaceutiquement acceptables, caractérisé en
ce que

a) on fait réagir un céto-ester bromé de formule

20
$$R''OOC-\begin{array}{c}5\\4\\3\end{array}\begin{array}{c}6\\ \\2\end{array}\begin{array}{c}1\\ \end{array}\begin{array}{c}O\\ \\Br\end{array} \qquad (II)$$

dans laquelle R'' est un radical alcoyle en $C_1-C_2$ , un
thioamide de formule

$$R - \overset{\text{S}}{\underset{}{C}} - NH_2$$

0021940

21.

dans laquelle R a la signification donnée précédemment, obtenant ainsi un ester de formule



(III)

b) on réduit l'ester de formule III à l'aide
5  d'aluminohydrure de lithium en un alcool de formule



(IV)

c) on transforme l'alcool de formule IV au moyen de chlorure de p-toluènesulfonyle en le tosylate correspondant de formule

10  

(V)

d) on fait réagir sur le tosylate de formule V une amine de formule R'-NH$_2$, R' ayant la signification donnée ci-dessus de façon à obtenir une amine de formule I, et éventuellement

15  e) on transforme l'amine de formule I en un sel avec un acide pharmaceutiquement acceptable.

5. Composition thérapeutique, caractérisée en ce qu'elle contient à titre de principe actif un composé de formule I ou l'un de ses sels d'addition avec un acide
20 pharmaceutiquement acceptable.

BARR000769

 **Office européen des brevets**

**RAPPORT DE RECHERCHE EUROPEENNE**

0021940

Numéro de la demande

EP. 60 40 083;

| | DOCUMENTS CONSIDERES COMME PERTINENTS | | CLASSEMENT DE LA DEMANDE (Int. Cl. ⁴) |
|---|---|---|---|
| Catégorie | Citation du document avec indication, en cas de besoin, des parties pertinentes | Revendication concernée | |
| D | <u>FR - A - 2 406 635</u> (LABORATOIRES JACQUES LOGEAIS) <br> * Revendications 1,4-6 * <br> ---- | 1,5 | C 07 D 277/62 <br> 277/64 <br> A 61 K 31/425 |
| | | | **DOMAINES TECHNIQUES RECHERCHES (Int. Cl. ⁴)** <br><br> C 07 D 277/62 <br> 277/64 |

**CATEGORIE DES DOCUMENTS CITES**

X: particulièrement pertinent
A: arrière-plan technologique
O: divulgation non-écrite
P: document intercalaire
T: théorie ou principe à la base de l'invention
E: demande faisant interférence
D: document cité dans la demande
L: document cité pour d'autres raisons

&: membre de la même famille, document correspondant

Le présent rapport de recherche a été établi pour toutes les revendications

| Lieu de la recherche | Date d'achèvement de la recherche | Examinateur |
|---|---|---|
| La Haye | 25-08-1980 | HENRY |

OEB Form 1503.1  06.78



RECEIVED
88 DEC 14  AM 8: 48
GROUP 120

BARR000771



519.20



# PATENT SPECIFICATION

## 812,512

Date of Application and filing Complete Specification: April 10, 1957.

No. 11785/57.

Application made in Germany on April 12, 1954.

Complete Specification Published: April 29, 1959.

Index at acceptance:—Class 81(1), E1C(3A2: 3A4: 4B2: 4B3: 4B4: 7B: 13: 17).

International Classification:—A61k.

## COMPLETE SPECIFICATION

## Compositions for Combating Nematodes

We, FARBENFABRIKEN BAYER AKTIENGE-
SELLSCHAFT, a body corporate organised under
the laws of Germany, of 22c, Leverkusen-
Bayerwerk, Germany, do hereby declare the
invention for which we pray that a patent may
be granted to us, and the method by which it
is to be performed, to be particularly described
in and by the following statement:—

This invention comprises new compositions
for the combating of nematodes. The new com-
positions are characterised by containing as an
active ingredient a benzothiazole of the
formula:—



in which R stands for hydrogen, an alkyl
radical containing 1—3 carbon atoms, halogen,
sulphonic acid, a salt of sulphonic acid, a nitro
or an amino group and R¹ stands for hydrogen,
an alkyl group, containing 1—5 carbon atoms,
halogen, nitro, amino or an alkyl-hydroxy
group, containing 1—5 carbon atoms, together
with an inert solid carrier or with water con-
taining an emulsifier.

Gaseous nematicides of the class of halo-
genated aliphatic hydrocarbons, such as di-
chloropropane-dichloropropene (DD) are
known as effective but they are difficult to
handle. Intensive work has, therefore, been
done to find more effective solid or liquid
nematicides which may be incorporated into the
soil by simpler methods. The new composi-
tions achieve this aim.

The benzothiazole in the composition may be
benzothiazole itself or any of the following
derivatives:—

2-methyl-benzothiazole,
2-ethyl-benzothiazole,
2-chloro-benzothiazole,
2-bromo-benzothiazole,
2-nitro-benzothiazole,
5-nitro-benzothiazole,
2-chloro-5-nitro-benzothiazole,
2-chloro-6-nitro-benzothiazole,

[Price 3s. 6d.]

2-amino-benzothiazole,
2-amino-3-chloro-benzothiazole,
2-amino-5-methoxy-benzothiazole,
benzothiazole-2-sulphonic-acid,

and the like. These examples are given only
by way of illustration and are not intended to
be limiting.

The new compositions contain, apart from
the benzothiazole, a suitable inert solid
diluent or carrier, such as chalk, talc, bentonite,
or clay, or water, which contains a commercial
emulsifier. The compositions may include
fertilizers, other pesticides, fungicides and the
like.

The compositions are harmless to green
plants so that they may be sprayed or sprinkled
on green plants; but it is also possible to
treat the soil with the compositions some time
before the growing period.

The new compositions may contain the
essential active ingredient in amounts from
0.01% to 99%, but preferably up to about
10%. Prepared in the form of granules, the
composition may be simply strewed on the
surface of the soil. In any event there is no
need for complicated soil injection devices.
Usually about 20 g. to about 500 g. of active
ingredient (benzothiazole or its derivatives)
should be used per cubic metre of soil, the
necessary amount depending on the kind of
nematodes and the amount of nematodes
present in the soil. In greenhouses (floriculture
and horticulture) the necessary amount is
usually a little less than in the field. Especially
the cyst-forming root nematodes require higher
concentrations and amounts of effective in-
gredients.

The new compositions may be used against a
great variety of nematodes, so that they are
applicable generally as effective nematicides.
Without any restriction there may be named
as examples of nematodes, which may effec-
tively be attacked: Heterodera schachtii,
Aphelenchoides ritzemabozi, Meloidogyne
spec., Ditylenchus dipsaci and the like. The
active ingredients are generally known and

2

812,512

may be prepared according to known methods. The nematicidal active compounds of the present invention beside, their nematicidal activity show in some cases a very remarkable insecticidal and fungicidal activity. The toxicity against mammals is very low. The most active 2-Chloro-benzothiazole, for instance, when applied to mice may be fed in an amount up to 150 mg/kg without leading to damaging symptoms.

The following Examples are given to illustrate the invention:—

Example 1,

The active ingredient indicated in the list below has been dissolved in the same amount (by weight) of dimethyl formamide. This solution is treated with 10% its weight of a commercial emulsifier such as a polyglycol ether of heptylhydroxydiphenyl. This solution then is diluted to a concentration indicated in the table below. Nematodes are brought in such solutions and examined after 24 hours. Under the name of the nematodes the amount of killed animals is given in per cent.

| Compound | Formula | Melting Point °C. | Conc. % | Meloidogyne spec. | Diphylenchus dipsaci | Aphelenchoides ritzemabozi | Heterodera-Schachtii |
|---|---|---|---|---|---|---|---|
| Benzothiazole | | +1° | 0.1 / 0.01 / 0.005 | 100 / 100 / 40 | 100 / 40 / 20 | 100 / 30 / — | 90 / — / — |
| 2-Methyl-benzothiazole | | +11° | 0.1 / 0.01 / 0.005 | 100 / 100 / 50 | 100 / 80 / — | 100 / 100 / 50 | 100 / 100 / 20 |
| 2-Methyl-5-nitro-benzothiazole | | +162° | 0.1 | 70 | 20 | 50 | — |
| 2-Chloro-benzothiazole | | +24° | 0.1 / 0.01 / 0.005 | 100 / 100 / 50 | 100 / 100 / 80 | 100 / 100 / 50 | 100 / 100 / 40 |
| 2-Chloro-6-nitro-benzothiazole | | +192° | 0.1 | 50 | 50 | 80 | — |
| 2-Amino-5-methoxy-benzothiazole | | +171° | 0.1 | 60 | 70 | 70 | — |

BARR000773

812,512  3

EXAMPLE 2.

The active ingredients indicated below are mixed with talc, to a concentration of 10% of active ingredient in this composition. This composition is then mixed with infected soil (especially infected with cyst forming root nematodes). Into this soil anethum graveolens has been sown. At the concentration of active ingredient in the soil (mg./litre) the percentage of killing is listed in the table below. The examination has been carried out four weeks after sowing. The compounds exhibited no plant damaging properties.

| Compound | Concentration mg/1 unit | Activity |
|---|---|---|
| 2-Methylbenzothiazole | 300 | 100 |
|  | 200 | 80 |
|  | 100 | 50 |
|  | 50 | 30 |
| 2-Chloro-benzothiazole | 300 | 100 |
|  | 200 | 100 |
|  | 100 | 100 |
|  | 50 | 100 |
|  | 25 | 20 |
|  | 12.5 | 0 |

WHAT WE CLAIM IS:—

1. A nematicidal composition consisting essentially of a benzothiazole of the formula:

in which R stands for hydrogen, an alkyl radical containing 1—5 carbon atoms, nitro, halogen, sulphonic acid, a salt of sulphonic acid, or an amino group, and $R^1$ stands for hydrogen, an alkyl group containing 1—5 carbon atoms, halogen, nitro, amino or an alkyl-hydroxy group containing 1—5 carbon atoms, together with an inert solid carrier or with water containing an emulsifier.

2. A composition according to claim 1 in which the benzothiazole is in an amount up to 10% by weight.

3. A composition according to claim 1 or 2 in which the solid carrier is any of those hereinbefore mentioned.

4. A composition according to claim 1, 2 or 3 in which the benzothiazole is any of those hereinbefore named.

CARPMAELS & RANSFORD,
Agents for Applicants,
24, Southampton Buildings, Chancery Lane,
London, W.C.2.

Leamington Spa: Printed for Her Majesty's Stationery Office, by the Courier Press.—1959.
Published by The Patent Office, 25, Southampton Buildings, London, W.C.2, from which copies may be obtained.

BARR000774



BARR000775



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER. | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/256,671 | 10/12/88 | GRISS | G | S920202 |

```
┌DAVID E. FRANKHOUSER                    ┐
 BOEHRINGER INGELHEIM CORP.
 90 EAST RIDGE
 RIDGEFIELD, CT  06877                   ┘
```

| | EXAMINER |
|---|---|
| | GERSTL,R |
| ART UNIT | PAPER NUMBER |
| 122 | #6 |

DATE MAILED:    12/28/88

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

shortened statutory period for response to this action is set to expire ___ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.    35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Art Cited by Applicant, PTO-1449
3. ☐ Information on How to Effect Drawing Changes, PTO-1474.

4. ☐ Notice re Patent Drawing, PTO-948.
5. ☐ Notice of Informal Patent Application, Form PTO-152
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1 - 8_____ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims _6 7_____ are allowed.

4. ☒ Claims _1 - 5, 8_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)                    EXAMINER'S ACTION

BARR000776

Serial No. 256,671                          -2-
Art Unit 122

Claim 8 rejected under 35 U.S.C. 112, first and
second paragraphs, as the claimed invention is not
described in such full, clear, concise and exact terms
as to enable any person skilled in the art to make and
use the same, and/or for failing to particularly point
out and distinctly claim the subject matter which
applicant regards as the invention.

The claim fails to recite a utility or effective
amount.

Claims 1-5 and 8 are rejected under the judicially
created doctrine of obviousness-type double patenting as
being unpatentable over the prior invention as set forth
in claims 1-7 of U.S. patent no. 4,731,374. Although
the conflicting claims are not identical, they are not
patentably distinct from each other because the instant
claims recite pyrrolidine.

The obviousness-type double patenting rejection is a
judicially established doctrine based upon public policy
and is primarily intended to prevent prolongation of the
patent term by prohibiting claims in a second patent not
patentably distinct from claims in a first patent.  In
re Vogel, 164 USPQ 619 (CCPA 1970).  A timely filed
terminal disclaimer in compliance with 37 CFR 1.321(b)
would overcome an actual or provisional rejection on
this ground provided the conflicting application or
patent is shown to be commonly owned with this
application.  See 37 CFR 1.78(d).

Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Examiner Gerstl whose telephone number is
(703) 557-0441.

Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3920.

12/06/88;rbb

ROBERT GERSTL
PRIMARY EXAMINER
ART UNIT 122

BARR000777

GP 125

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  G. Griss et al.

Serial No. :  256,671

Filed      :  October 12, 1988

For        :  TETRA HYDRO-BENZTHIAZOLES, THE
              PREPARATION THEREOF AND THEIR USE

) Art Unit:
) Examiner:
) R. GLASS
)

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

COMMUNICATION

Sir:

Enclosed herewith is a copy of a document entitled "SECOND PRE-
LIMINARY AMENDMENT AND INFORMATION DISCLOSURE STATEMENT", the
original of which was mailed to the Patent and Trademark Office
on 8 December 1988.

This copy is being provided in order to verify the receipt of
this document by the Patent and Trademark office.  The original
was inadvertently not accompanied by a self-addressed, return
post card, according to the practice of this office.  This commu-
nication is accompanied by a return post card.

Respectfully submitted

Alan R. Stempel
Registration No. 28,991

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT  06877
203-431-5873

Case No. 5/920-2-D2

I hereby certify that this correspondence is
being deposited with the U. S. Postal Service
as first class mail in an envelope addressed
to:  Commissioner of Patents & Trademarks,
Washington, D.C. 20231 on Dec. 9, 1988

BARR000778



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re application of: G. Griss et at.

Serial No. : 256,671                    ) Art Unit: 125

Filed     : October 12, 1988            ) Examiner:

For       : TETRA HYDRO-BENZTHIAZOLES, THE )
            THE PREPARATION THEREOF AND    )
            THEIR USE                      )

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

SECOND PRELIMINARY AMENDMENT
AND
INFORMATION DISCLOSURE STATEMENT

Sir:

Entry of the following amendments in addition to those
contained idn the Preliminary Amendment filed on 12 October
1988, and review of the following information disclosure
statement are required prior to commencing examination of
the above captioned application.

AMENDMENTS

Please add the following new claims 16 and 17.

16. A tetrahydrobenzthiazole of the formula

$$R - \overset{H}{\underset{H}{N}} - \left\langle \text{(ring structure)} \right\rangle - NH_2$$

wherein R is an alkyl group with 1 to 7 carbon atoms, a
cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or
alkynyl group having 3 to 6 carbon atoms, an alkanoyl group
having 1 to 7 carbon atoms or a phenyl alkyl or phenyl
alkanoyl group having 1 to 3 carbon atoms in the alkyl
moiets, wherein the phynyl nucleus may be substituted by
fluorine, chlorine or bromine atoms.

17. The compound of claim 16 wherein R is an alkyl group
having 1 to 7 carbon atoms.

BARR000779

<u>REMARKS</u>

New claims 16 and 17 are directed to a subgeneric aspect of
the invention not previously claimed.  Support for these new
claims is found throughout the specification, particularly
at pages 2 through 4 thereof.

<u>INFORMATION DISCLOSURE STATEMENT</u>

Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants wish to
bring the following information to the attention of the
Examiner in connection with this application.

A.  <u>European Search Report</u>

Applicants provide herewith a copy of the search report of
the European Patent Office for EP85116016.8, which corre-
sponds to the above-captioned application.  This cites EP-
A1-0-044 443 and US 4,337,343 as references which are indic-
ative of the state of the art.  It should be noted that US
4,337,343 corresponds to EP 21 940.

Neither of the cited references are believed to affect the
patentability of the claims since neither discloses or
suggests the claimed compounds or pharmaceutical
compositions.  Both references were made of record in Serial
No. 810,947, the parent of the above captioned application,
now Patent 4,731,374.

A copy of the search report, the two cited referenced and a
PTO 1449 form listing these references are enclosed.

B.  <u>Other References made of Record In Parent</u>

British Patent 812,512 was made or record by the Examiner in
Serial No. 810,947, the parent of the above captioned
application, now Patent 4,731,374.

This reference generically discloses compounds which would
be structurally related to those claimed herein but for the
fact that these compounds are benzothiazoles, and not
tetrahydrobenzothiazoles as in the above-captioned applica-
tion.  The claimed compounds and compositions are therefore
considered to be patentable over this reference.

- 2 -

BARR000780

A copy of this reference and a PTO-1449 for listing the
same is enclosed herewith.

C.  Possibly Interfering Application of Another

Applicants particularly wish to bring to the attention of
the Patent and Trademark Office the existence U.S. Patent
Application Serial No. 747,748, filed 24 June 1985, and its
foreign equivalent, European Patent Application No. 207,696,
published 1 July, 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the
formula:



wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-
propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-
propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a
subgenus of the compounds disclosed and originally claimed
in the above-captioned application. However, European '696
does not represent prior art because its publication date is
later than the effective filing date of the above-captioned
application.

U.S. Application Serial No. 747,748 contains the same dis-
closure as European '696. It is not available as prior art
because its filing date is later than the effective filing
date of the above-captioned application. (The effective
filing date of the above-captioned application is 22 Decem-
ber 1984, the date on which the German application for which
Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As
filed, U.S. Application Serial No. 747,748 contained claims
directed to compounds of the above formula XX.

- 3 -

The Examiner is urged to consider carefully the relevance of Serial No. 747,748 before allowing the above-captioned application. The possibility of interfering subject matter should be particularly considered.

Copies of these two references and a Form PTO-1449 listing the same are enclosed herewith.

Respectfully submitted,

Alan R. Stempel
Registration No. 28,991

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT  06877
(203) 431-5873

Case No. 5/920-2-D2

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to:   Commissioner of Patents & Trademarks, Washington, D.C. 20231 on _Dec. 8, 1988_

- 4 -

BARR000782

*122*

MAIL ROOM
MAY
11
1989

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re
Application of: Gerhart Griss,  et al          ) ART UNIT:   122
Serial No.    : 256,671                          ) EXAMINER:   GERSTL
Filed         : October 12, 1988                 )
For           : TETRA-HYDRO-BENZTHIAZOLES        )
                THE PREPARATION THEREOF AND      )
                THEIR USE                        )

Honorable Commissioner of
Patents and Trademarks
Washington, DC  20231

### PETITION UNDER 37 CFR 1.136(a) FOR EXTENSION OF TIME

Sir:

Applicants hereby request that the time for responding to
the [X] Office [ ] Final Action dated December 28, 1988 be
extended pursuant to 37 CFR 1.136(a) for:

( ) one month   ($62)            ( ) three months ($430)
(X) two months  ($180)           ( ) four months  ($680)

to May 28, 1989.

The fee set in 37 CFR 1.17 for this extension of time is
$180.00.

( ) Fee enclosed.
(X) Charge fee to Deposit Account No. 02-2955.
(X) Charge any additional fee required for this extension
    of time to Deposit Account No. 02-2955.

A duplicate copy of this paper is enclosed.

Respectfully submitted,

Date:  May 9, 1989

Alan R. Stempel
Reg. No. 28,991

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge - P.O. Box 368
Ridgefield, CT  06877
Tel:  (203) 431-5844

Case No.:  5/920-2-D2

I hereby certify that this correspondence is
being deposited with the U. S. Postal Service
as first class mail in an envelope addressed
to:   Commissioner of Patents & Trademarks,
Washington, D.C. 20231 on  5/9/89

P 30259  05/17/89  256671     02-2955  030  116     180.00CH

BARR000783



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:

Application of: Gerhart Griss et al       ) Group   : 122
Serial No.   :  256,671                    ) Examiner: Gerst
Filed        :  October 12, 1988
Title        :  TETRA-HYDRO-BENZTHIAZOLES,
                THE PREPARATION THEREOF AND
                THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, DC  20231

RECEIVED
89 MAY 22  PM 4: 09
GROUP 120

RESPONSE TO OFFICE ACTION

Dear Sir:

In response to the Office Action dated 28 December 1988, entry
of the following amendments, and reconsideration of the appli-
cation in view of these amendments and the following remarks
are respectfully requested.

A petition under 37 CFR 1.136 to extend the time period for
response by two months, so that it will end on 28 May 1989, and
authorization to charge the requisite fee to Deposit Account
No. 02-2955 are enclosed herewith.

AMENDMENTS

Please amend the claims as follows:

8. (amended). A pharmaceutical composition, suitable for the
treatment of a disorder selected from the group consisting of
high blood pressure, tachycardia, Parkinsonism, Parkinson's disease,
Parkinsonism and schizophrenia, comprising a therapeutically
effective amount of a compound according to claim 3 and a
pharmaceutically acceptable carrier diluent.

In claim 16, in line 8 thereof, change "phynyl" to —phenyl—.

49

BARR000784

### REMARKS

The undersigned Attorney for Applicants wishes to express his most sincere appreciation to Examiner Gerstl for the time which he most generously and courteously spent on 4 May 1989 conducting a telephonic interview concerning this application. It is believed that the prosecution of this application was significantly advanced by the interview.

Claims 1-8, 16 and 17 are pending.

Claim 8 stands rejected under 35 USC 112, first and second paragraphs, because it fails to recite a utility and an effective amount.

In order to overcome this rejection, Claim 8 has been amended so that it now recites that the claimed pharmaceutical composition is "suitable for the treatment of a disorder selected from the group consisting of high blood pressure, tachycardia, Parkinson's disease, Parkinsonism and schizophrenia" and that it contains a "therapeutically effective amount" of the active ingredient of Claim 3.  Support for the Markush group of disorders to be treated using the claimed composition is found in the specification at page 13, lines 2-8, and page 18, last paragraph.  What would constitute a therapeutically effective amount of the active substance is taught in the specification at page 19.  In view of this teaching, the recitation that the composition comprises a "therapeutically effective amount" of the active substance is sufficient and no specific amount or dosage range is required.

The amendments to Claim 8 were discussed with the Examiner during the interview and, based upon this discussion, it is anticipated that the Claim as amended will be found to be allowable.

Claims 1-5 and 8 stand rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over the prior invention as set forth in claims 1-7 of U.S. Patent 4,731,374.

During the interview it was indicated by Examiner Gerstl that he was prepared to withdraw this rejection for the following reasons:

CASE 5/920-2-D2

-2-

BARR000785

A) In view of the deletion of "pyrrolidino" from Claims 1, 3 and 5 (see the Preliminary Amendment filed 12 October 1988) the claims of the application are not directed to the same subject matter as those of the '374 patent. In other words, there is no "anticipation-type" double patenting.

B) A restriction requirement was made during the examination of the application which matured into the '374 patent. This required that an election be made to prosecute claims directed to one of ten different inventions. In response to this restriction requirement, an election was made to prosecute claims directed to pyrrolidinyl-substituted benzothiazole compounds and pharmaceutical compositions containing such compounds. The subject matter of the present application was not elected. Implicit in the above mentioned restriction requirement was a finding by the examiner in charge of the prior application that the ten inventions set forth in the requirement are not obvious, one over the other. Accordingly, the Patent and Trademark Office cannot now take the position that the subject matter of the present application is obvious over that claimed in the '374 patent. This being the case, a rejection for obviousness-type double patenting cannot be made.

In view of the foregoing, it is the understanding of the undersigned Attorney for Applicants that the obviousness-type double patenting rejection will be withdrawn and that no terminal disclaimer need be filed.

As requested in Applicant's REQUEST FOR CLARIFICATION OF OFFICE ACTION dated 9 January 1989, during the above mentioned telephonic interview, the Examiner acknowledged the entry of new Claims 16 and 17 and the citation of references made in the communication entitled "SECOND PRELIMINARY AMENDMENT AND INFORMATION DISCLOSURE STATEMENT".

Finally, during the interview the Examiner pointed out a typographical error in new Claim 16. This has been corrected by amendment herein.

In light of the foregoing, it would appear that all claims now pending are allowable as amended and that the application as a whole is in condition for allowance. Passage to issuance is, therefore, respectfully solicited.

-3-

CASE 5/920-2-D2

BARR000786

Once again, Applicants are indeed pleased with and appreciate the helpful and courteous manner in which the Examiner has conducted the examination of this application.

Respectfully submitted,

Alan R. Stempel
Reg. No. 28,991

Date: May 9, 1989

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge
Ridgefield, CT   06877

203-431-5873

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to:     Commissioner of Patents & Trademarks, Washington, D.C. 20231 on  5/9/89  .

-4-

CASE 5/920-2-D2

BARR000787

RECEIVED
89 MAY 22 PM 4: 09
GROUP 120

BARR000788



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/256,671 | 10/12/88 | GRISS | G | 5920202 |

```
┌                                         ┐
DAVID E. FRANKHOUSER

    90 EAST RIDGE
    RIDGEFIELD, CT 06877
└                                         ┘
```

| | EXAMINER | |
|---|---|---|
| ART UNIT | PAPER NUMBER | |
| | 122 | #10 |

DATE MAILED:

06/28/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to _____ 5-11-89 _____

2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☑ The allowed claims are _____ 1-8, 16, 17 _____

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [..] been received. [..] not been received. [..] been filed in parent application Serial No. _____ filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ . CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

   - Notice of Informal Application, PTO-152
   - Notice re Patent Drawings, PTO-948
   - Listing of Bonded Draftsmen
   - Other

ROBERT GERSTL
PRIMARY EXAMINER
ART UNIT 122

PTOL-37 (REV 7-85)                                                    USCOMM-DC 83-3744



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box ISSUE FEE
          COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

DAVID E. FRANKHOUSER
BOEHRINGER INGELHEIM CORP.
90 EAST RIDGE
RIDGEFIELD, CT  06877

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

| PTO'S CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/256,671 | 10/12/88 | 010 | GERSTL, R | 122 | 06/28/89 |

GRISS,            GERHART

TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS
INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 59202D2 | 514-321.000 | U01 | UTILITY | NO | $620.00 | 09/28/89 |

APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
SECUTION ON THE MERITS IS CLOSED.

ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
CATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.

TO RESPOND TO THIS NOTICE:

view the SMALL ENTITY Status shown above.

he SMALL ENTITY is shown as YES, verify your
rrent SMALL ENTITY status:

If the Status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or
If the Status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

t B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
en if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
ou are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

communications regarding this application must give series code (or filing date), serial number and batch number.
ase direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

TANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
            maintenance fees.

v 12-88)(OMB Clearance is pending)

PATENT AND TRADEMARK OFFICE COPY

BARR000790