IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A No. 05-0700 (***) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | **CONSOLIDATED** |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-0854 (***) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 21, 2007, copies of Defendant Barr Laboratories, Inc.'s Second Set of Requests for Admission (Nos. 3-225) to Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary B. Matterer, Esquire |
| Morris, Nichols, Arsht & Tunnell | Morris, James, Hitchens & Williams |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1347 | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-2306 |

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Shannon M. Bloodworth, Esquire<br>Heller Ehrman LLP<br>1717 Rhode Island Ave., N.W.<br>Washington, DC  20036 | Kenneth G. Schuler, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | |

Additionally, on May 21, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Mary Matterer, Esquire<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Kenneth G. Schuler, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |
| Shannon M. Bloodworth, Esquire<br>HELLER & EHRMAN LLP<br>1717 Rhode Island Ave., N.W.<br>Washington, DC 20036 | |

**YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP**

/s/ *Adam W. Poff*

| OF COUNSEL: | Josy W. Ingersoll (#1088) |
|---|---|
| Glenn J. Pfadenhauer | John W. Shaw (#3362) |
| Jessamyn S. Berniker | Adam W. Poff (#3990) |
| Dov P. Grossman | Karen E. Keller (#4489) |
| Brett R. Tobin | The Brandywine Building |
| Williams & Connolly LLP | 1000 West Street, 17th Floor |
| 725 Twelfth Street, NW | Wilmington, Delaware 19801 |
| Washington, DC 20005 | (302) 571-6600 |
| (202) 434-5000 | apoff@ycst.com |
| | *Attorneys for Defendant Barr Laboratories,* |
| Dated: May 21, 2007 | *Inc*. |

2