IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> BARR LABORATORIES, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 05-700-(\*\*\*) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULES**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that the parties' briefing in connection with Plaintiffs' Motion to Strike the Expert Report of Dale H. Hoscheit, Esquire be pursuant to the following schedule:

1. Barr Laboratories, Inc.'s ("Barr's") opposition brief shall be filed no later than June 13, 2007.

2. Plaintiffs' reply brief shall be filed no later than June 22, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that the schedule set in the Court's Order of May 4, 2007 regarding the briefing in connection with Barr's motion to compel production of documents pursuant to the crime-fraud exception, is amended as follows:

1. Plaintiffs' opposition brief shall be filed no later than June 15, 2007.

2. Barr's reply brief shall be filed no later than July 11, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| /s/ *Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> *Attorneys for Plaintiffs* | /s/ *Adam W. Poff* <br> Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Adam Wyatt Poff (#3990) <br> Karen E. Keller (#4489) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> apoff@ycst.com <br> *Attorneys for Defendant Barr Laboratories, Inc.* |

So ordered this _____ day of _____, 2007

_____
United States Magistrate Judge