IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700-(***) CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854-(***) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULING
ORDER AND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the Court's Orders dated October 11, 2006 (D.I. 90), February 13, 2007 (D.I. 129), March 8, 2007 (D.I. 135), and May 11, 2007 (D.I. 149) is hereby further amended as follows:

1. Expert discovery shall be completed by September 14, 2007.

2. The parties served their Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on all issues for which a party bears the burden of proof on or

before March 28, 2007. Opposing parties served their disclosures to contradict or rebut evidence in the same subject matter on or before May 18, 2007. Unless otherwise agreed, the party bearing the burden of proof on an issue may serve its supplemental disclosures to reply on the same subject matter on or before July 3, 2007. Any objections to expert testimony based on the principles announced in *Daubert* shall be made by motion no later than the deadline for dispositive motions, unless otherwise ordered by this Court.

    4.  At a later date the parties will discuss further amendment of the scheduled dates for (a) briefing and argument for case dispositive motions, (b) briefing and argument for issues of claim construction, and (c) submission of the parties' Joint Claim Construction Chart.

    IT IS FURTHER HEREBY STIPULATED AND AGREED between Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Plaintiffs") and Defendant Barr Laboratories, Inc. ("Barr"), subject to the approval of the Court, that the schedule set in the Court's Order of May 4, 2007 (D.I. 143), as amended by the Court's Order of June 5, 2007 (D.I. 156), regarding the briefing in connection with Barr's motion to compel production of documents pursuant to the crime-fraud exception (D.I. 144), is further amended as follows:

    1.  Plaintiffs' opposition brief shall be filed no later than June 22, 2007.

    2.  Barr's reply brief shall be filed no later than July 18, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Adam W. Poff* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Adam Wyatt Poff (#3990) |
| P.O. Box 1347 | Karen E. Keller (#4489) |
| Wilmington, DE 19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| jblumenfeld@mnat.com | P.O. Box 391 |
| *Attorneys for Plaintiffs* | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| | apoff@ycst.com |
| | *Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ *Mary B. Matterer*
Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6960
mmatterer@morrisjames.com
*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

So ordered this _____ day of June, 2007

_____
United States Magistrate Judge