935/ 5.17-10

RECEIVED
JUN 3 1986

GROUP 120

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. 810,947                                        :

Applicants: GERHART GRISS ET AL                          :    Group Art Unit 122
                                                               C. Brown

6-30-86
A. Thomas
# 7

Filed:  December 19, 1985                                 :

Title: Tetra-Hydro-Benzthiazoles The                     :
       Preparation Thereof And
       Their Use                                          :

INFORMATION DISCLOSURE STATEMENT
PURSUANT TO RULES 56 and 97

Honorable Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

     Pursuant to 37 CFR 1.56 and 1.97, Applicants wish to make
known to the Patent and Trademark Office that a search report
has been issued by the European Patent Office for the European
Patent Application corresponding to the above-captioned
application.  A copy of this search report, as well as copies of
the cited references, are enclosed herewith.  A form PTO-1449
listing these references is also enclosed.

                                        Respectfully submitted,

                                        Alan Stempel

                                        Alan R. Stempel
                                        Registration No. 28,991

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, Ct. 06877
Tel. (203) 438-0311, Extension 363

Date: May 27, 1986                      Docket  No.  5/920

     I hereby certify that this correspondence is
being deposited with the U. S. Postal Service
as first class mail in an envelope addressed
to:   Commissioner of Patents & Trademarks,
Washington, D.C. 20231 on May 27, 1986

                    Alan Stempel

0044443



Europäisches Patentamt

**EUROPÄISCHER RECHERCHENBERICHT**

Nummer der Anmeldung

EP 81105026.9

**EINSCHLÄGIGE DOKUMENTE**

| ategor | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | betrifft Anspruch |
|---|---|---|
| A | CH - A - 460 017 (CIBA)<br>* Seite 1 * | 1 |
| | --- | |
| D | DE - A1 - 2 828 091 (BOEHRINGER)<br>* Seiten 1-3 * | 1 |
| | --- | |
| A | DE - A - 2 136 233 (RIEDEL)<br>* Seiten 1,2 * | 1,7 |
| | --- | |

**KLASSIFIKATION DER ANMELDUNG (Int Cl )**

C 07 D 277/60
A 61 K  31/425

**RECHERCHIERTE SACHGEBIETE (Int Cl )**

C 07 D 277/00
A 61 K  31/00

**KATEGORIE DER GENANNTEN DOKUMENTE**

X: von besonderer Bedeutung
T: technologischer Hintergrund
O: nichtschriftliche Offenbarung
P: Zwischenliteratur
E: der Erfindung zugrunde liegende Theorien oder Grundsätze
: kollidierende Anmeldung
D: in der Anmeldung angeführtes Dokument
L: aus andern Gründen angeführtes Dokument
&: Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

| X | Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt |
|---|---|

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| WIEN | 12-10-1981 | BRUS |

EPA Form 1503.1  06.78

0021940

Numéro de la demande

 **Office européen des brevets**    **RAPPORT DE RECHERCHE EUROPEENNE**

EP 80 40 0831

| | DOCUMENTS CONSIDERES COMME PERTINENTS | | CLASSEMENT DE LA DEMANDE (Int. Cl. ³) |
|---|---|---|---|
| Catégorie | Citation du document avec indication, en cas de besoin, des parties pertinentes | Revendication concernée | |
| D | FR - A - 2 406 635 (LABORATOIRES JACQUES LOGEAIS) <br><br> * Revendications 1,4-6 * <br><br> ---- | 1,5 | C 07 D 277/62<br>277/64<br>A 61 K 31/425 |

**DOMAINES TECHNIQUES RECHERCHES (Int. Cl. ³)**

C 07 D 277/62
277/64

**CATEGORIE DES DOCUMENTS CITES**

X: particulièrement pertinent

A: arrière-plan technologique

O: divulgation non-écrite

P: document intercalaire

T: théorie ou principe à la base de l'invention

E: demande faisant interférence

D: document cité dans la demande

L: document cité pour d'autres raisons

&: membre de la même famille, document correspondant

Le présent rapport de recherche a été établi pour toutes les revendications

| Lieu de la recherche | Date d'achèvement de la recherche | Examinateur |
|---|---|---|
| La Haye | 25-08-1980 | HENRY |

OEB Form 1503.1  06.78



European Patent Office

**EUROPEAN SEARCH REPORT**

0207696

Application number

EP 86 30 4754

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int Cl 4) |
|---|---|---|---|
| A | DE-A-2 136 233  (RIEDEL-DE HAEN AG) <br> * page 14, lines 10-23 * | 1,10 | C 07 D 277/82 <br> C 07 D 263/58 <br> A 61 K  31/425 <br> A 61 K  31/42 |
| A | FR-A-1 566 157  (LABORATOIRES DAUSSE/B.M.C.) <br> * claims 1, 2; example 1 * | 1,10 | |
| | ----- | | |
| | | | TECHNICAL FIELDS SEARCHED (Int Cl 4) |
| | | | C 07 D 263/00 <br> C 07 D 277/00 |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| BERLIN | 18-09-1986 | HASS C V F |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO Form 1503 03 82



**UNITED STATES·DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/810,947 | 12/19/85 | GRISS | G | 5/920 |

LEGAL DEPT., – PATENTS
BOEHRINGER INGELHEIM CORP.,
90 EAST RIDGE, P. O. BOX 368
RIDGEFIELD, CT 06877

| EXAMINER | |
|---|---|
| CEPERLEY, M | |
| ART UNIT | PAPER NUMBER |
| 122 | 8 |

DATE MAILED:        09/11/86

*This is a communication from the examiner in charge of your application.*

COMMISSIONER OF PATENTS AND TRADEMARKS

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

*for restriction purposes.*

A shortened statutory period for response to this action is set to expire __0__ month(s), __30__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.     2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.     4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.     6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☑ Claims __1-15_____ are pending in the application.

     Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☐ Claims _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☑ Claims __1-15_____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved, ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☑ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☑ been received ☐ not been received

     ☐ been filed in patent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)                                    EXAMINER'S ACTION

Serial Number  810,947                                          –2–

Art Unit  122

 

    Restriction to one of the following inventions is required under 35 U.S.C. 121:

    I.  Claims 1-8 (at least part of each), drawn to benzothiazole compounds and a pharmaceutical composition, classified in Class 548, subclasses 161, 163 and 164.

    II.  Claims 1-5 and 8-10 (at least part of each), drawn to pyrrolidinyl-substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 514, subclass 367.

    III.  Claims 1-4 and 8 (at least part of each), drawn to piperidinyl-substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 546, subclass 192.

    IV.  Claims 1-4 and 8 (at least part of each), drawn to hexamethylimino substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 540, subclass 603.

    V.  Claims 1-4 and 8, drawn (at least part of each) morpholinyl-substituted benzothiazole compounds and a pharmaceutical compositon, classified in Class 544, subclass 135.

    VI.  Claim 14, drawn to a method of preparing benzothiazole compounds using a thiourea reactant.

Serial Number  810,947                           -3-

Art Unit 122


VII.  Claim 15, drawn to a method of preparing ben-
zothiazole compounds using a disulfide reactant,
classified based on type of compound formed.

VIII.  Claims 9 and 10, drawn to a method of
lowering blood pressure or heart rate classified based
on type of compound used.

IX.  Claims 11 and 12, drawn to a method for treating
Parkinsonism, classified based on type of compound used.

X.  Claim 13, drawn to a method for treating schi-
zophrenia, classified based on type of compound used.

The inventions are distinct, each from the other,
because of the following reasons:

Inventions I-V (each individually) and VIII-X (each
individually) are related as product and process of
use.

The inventions are distinct if either (1) the pro-
cess for using the product as claimed can be practiced
with another and materially different product, or (2)
the product as claimed can be used in a materially dif-
ferent process of using the product. MPEP 806.05(h).

In this case, the compounds could be used in each
of the materially different processes as set forth in
VIII-X.

Inventions I-V (each individually) and VI and VII
(each individually) are related as process of making and
product made.

Serial Number  810,947                              -4-

Art Unit  122

    The inventions are distinct if either (1) the process as claimed can be used to make another and materially different product, or (2) the product as claimed can be made by another and materially different process.  MPEP 806.05(f).

    In this case, the compounds could be prepared by either of the distinct processes of VI or VII which use diverse reactants and reaction conditions.

    Each of groups I-V is a patentably distinct invention for the reason that chemically diverse, separately searchable compounds are encompassed by the various groups.

    Because these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their recognized divergent subject matter as indicated by their diverse classification, restriction for examination purposes as indicated is proper.

    Applicants must elect either (A) one of the compound group I-V and one of the utility groups VIII-X (composition and utility to be limited to elected compound type for examination) or (B) one of the process groups  VI and VII.

    A telephone call was made to Mr. Stempel on Aug. 26, 1986 to request an oral election to the above restriction requirement, but did not result in an election being made.

Serial Number  810,947                          -5-

Art Unit  122


Applicant is reminded that upon the cancellation of
claims to a non-elected invention, the inventorship must
be amended in compliance with 37 CFR 1.48(b) if one or
more of the currently named inventors is no longer an
inventor of at least one claim remaining in the applica-
tion.  Any amendment of inventorship must be accompanied
by a diligently-filed petition under 37 CFR 1.48(b) and
by the fee required under 37 CFR 1.17(h).

Any inquiry concerning this communication should be
directed to Mary Ceperley at telephone number
703-557-3979.


*Mary E. Ceperley*

MARY E. CEPERLEY
EXAMINER
ART UNIT 122


Mary Ceperley:dm

(703) 557-3979

September 4, 1986

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:
G. Griss, et al.
Serial No.  : 810,947
Filed       : December 19, 1985
For         : TETRAHYDRO-BENZTHIAZOLES,
              THE PREPARATION THEREOF AND
              THEIR USE AS INTERMEDIATE
              PRODUCTS OR AS PHARMACEUTICALS

) Art Unit: 122
) Examiner: M. Ceperley
)
)
)
)
)

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

RESPONSE TO RESTRICTION REQUIREMENT

Sir:

This is in response to the Office Action mailed September 11, 1986.

In response to the restriction requirement stated in this Action,
election is made to prosecute claims directed to the invention of Group II
(pyrrolidinyl - substituted benzothiazoles) and to the invention of Group IX
(a method for treating Parkinsonism).

Applicants reserve the right to prosecute claims to the unelected
subject matter in divisional applications.

Respectfully submitted,

Alan R. Stempel
Registration No. 28,991

Date Oct. 3, 1986

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge, P.O. Box 368
Ridgefield, CT 06877
Tel: (203)-438-0311, extension 363

Case 5/920 US

I hereby certify that this correspondence is
being deposited with the U. S. Postal Service
as first class mail in an envelope addressed
to:   Commissioner of Patents & Trademarks,
Washington, D.C. 20231 on Oct. 3, 1986



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/810,947 | 12/19/85 | GRISS | G | 5/920 |

```
LEGAL DEPT., - PATENTS
BOEHRINGER INGELHEIM CORP.,
90 EAST RIDGE, P. O. BOX 368
RIDGEFIELD, CT  06877
```

| EXAMINER |
|---|
| CEPERLEY,M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 122 | 60 |

DATE MAILED: 12/12/86

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on _Oct. 6, 1986_    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _0_ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-15_ are pending in the application.

    Of the above, claims _6, 7, 9, 10, 13-15_ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☒ Claims _4, 5_ are allowed.

4. ☒ Claims _1-3, 8, 11 and 12_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)                    EXAMINER'S ACTION

Serial No.    810,947                        -2-

Art Unit    122

      Applicant's election without traverse of Group II
drawn to pyrrolidinyl-substituted benzothiazoles and to
their method of use in treating Parkinsonism in Paper No.
9 is acknowledged.

      Claims 6, 7, 9, 10, 13-15 are  withdrawn from
further consideration by the examiner, 37 CFR 1.142(b)
as being drawn to a nonelected invention .  Election was
made <u>without</u> traverse in Paper No. 9.  The remaining
claims have been examined to the extent they are  .
directed to the elected invention.

      Claims 1-3, 8, 11 and 12 are  rejected under 35
U.S.C. 112, first and second paragraphs, as the claimed
invention is not described in such full, clear, concise
and exact terms as to enable any person skilled in the
art to make and use the same, and/or for failing to par-
ticularly point out and distinctly claim the subject
matter which applicant regards as the invention.

      1) Enablement is lacking in the specification for
how to use all "acid addition salts" (claim 1).
Enablement appears to be present only for the use of
"pharmaceutically acceptable acid addition salts" of the
compounds wherein $R_1$ and $R_2$ are not acyl groups (see
page 12, second and last paragraphs).

      2) The meaning of the bracket in the formula is
unclear.  Does it signify either 5- or 6-.placement of
this group?

Serial No.    810,947                            -3-

Art Unit      122


3) Claim 8 is indefinite in not reciting an intended use and an effective amount of the active ingredient.

4) Enablement is lacking for the scope encompassed by the term "host" (claim 11).

5) What is the difference between treating "Parkinsonism" (claim 11) and "Parkinson's disease" (claim 12)?

Claims 4 and 5 would be allowable in independent form.

Logeais (formula (I)) and Bayer (page 1, lines 14-20) are cited to show the state of the art.

In response to Paper No. 6, filed April 28, 1986, this application will be sent to the Application Division for consideration after the mailing of this action.

Any inquiry concerning this communication should be directed to Mary Ceperley at telephone number 703-557-3979.


Ceperley/kl

703/557-3920

12-9-86

MARY E. CEPERLEY
EXAMINER
ART UNIT 122

TO SEPARATE TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 810,947 | GROUP ART UNIT 122 | ATTACHMENT TO PAPER NUMBER 10 |
|---|---|---|---|---|
| | **NOTICE OF REFERENCES CITED** | APPLICANT(S) *Griss et al* | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| X | L | 2 1 9 4 0 | 1/1981 | Europe | *Lazeris* | 514 | 367 | — | |
| X | M | 8 1 2 5 1 2 | 4/1959 | United Kingdom | *Bayer* | 548 | 161 | — | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER *Mary E. Caperley* | DATE *Dec. 2, 1986* | |
|---|---|---|

*A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

RECEIVED

JUN 3 1986

GROUP 120

Sheet 1 of 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OFM PTO-1449 REV. 7-80 | | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 5/920 | | SERIAL NO. 810,947 | | |

**LIST OF INFORMATION CITED BY APPLICANT(S)**

*(Use several sheets if necessary)*

| APPLICANT | Gerhart Griss et al |
|---|---|
| FILING DATE 12/19/85 | GROUP 122 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEC | AA | 4 | 3 | 3 | 7 | 3 | 4 | 3 | 6/1982 | Maillard et al. | 548 | 152 | |
| | AB | | | | | | | | | | | | |
| | AC | | | | | | | | | | | | |
| | AD | | | | | | | | | | | | |
| | AE | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JEX MEC | AL | 0 | 0 | 4 | 4 | 4 | 4 | 3 | 01/82 | Germany | | | | |
| | AM | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

**OTHER PRIOR ART** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AU | |
| | AV | |
| | AW | |

| EXAMINER Mary E. Ceperley | DATE CONSIDERED Dec. 2, 1986 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



RECEIVED    PATENT

MAY 0 7 1987

GROUP 120

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Gerhart Griss et al.            :

Serial No.:  810,947                  : Group Art Unit 122

Filed:       December 19, 1985        : Examiner: M. Ceperley

Title:       TETRA-HYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF
             AND THEIR USE

Hon. Commissioner of Patents and Trademarks
Washington, D.C.  20231

### AMENDMENT

Dear Sir:

    In response to the Office Action dated December 12, 1986,
kindly amend the above-identified application as follows:


I.   IN THE SPECIFICATION

    Page 32, line 16, change "2,6-diamino tetrahydro" to read
--2,6-diamino-4,5,6,7-tetrahydro--.


II.  IN THE CLAIMS

Amend Claims 1, 3 and 5 as follows:


1.  (Amended)  A tetrahydro-benzthiazole of the formula:

$$R_3R_4N-\text{[ring]}-NR_1R_2 \qquad (I)$$

- 1 -

Case 5/920

PATENT

wherein

$R_1$ is a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, wherein the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms;

$R_2$ is a hydrogen atom or an alkyl group with 1 to 4 carbon atoms[,]; and

[$R_3$ is a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms; and,

$R_4$ is a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms; or,]

$R_3$ and $R_4$ together with the nitrogen atom between them form a pyrrolidino[, piperidino, hexamethyleneimino or morpholino] group; or,

[an] a pharmaceutically acceptable acid addition salt thereof.

3
~~7~~. (Amended) A tetrahydro-benzthiazole of the formula:



(Ia)

– 2 –

Case 5/920

PATENT

wherein

$R_1$ is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms, an allyl, benzyl, 2-chloro-benzyl, 4-chloro-benzyl, 3,4-dichloro-benzyl or phenylethyl group;

$R_2$ is a hydrogen atom, a methyl or ethyl group; and

[$R_3$ is a hydrogen atom, an alkyl group with 1 to 6 carbon atoms, an allyl, propargyl, benzyl, chlorobenzyl, phenylethyl, cyclopentyl or cyclohexyl group; and,

$R_4$ is a hydrogen atom, an alkyl group having 1 to 3 carbon atoms or an allyl group; or,]

$R_3$ and $R_4$ together with the nitrogen atom between them form a pyrrolidino[, piperidino, hexamethyleneimino or morpholino group;] group, wherein said pyrrolidino group is in the 5- or 6-position; or,

a pharmaceutically acceptable acid addition salt thereof.

5.
8. (Amended)  A tetrahydro-benzthiazole of the formula: [Ia, as claimed in claim 3, wherein]

T,500X



(Ia)

wherein

$R_1$ and $R_2$ together with the nitrogen atom between them form an amino or allylamino group; and,

- 3 -

PATENT

*3 cont.* P| $R_3$ and $R_4$ together with the nitrogen atom between them form a [dimethylamino, diethylamino, N-allyl-N-(4-chloro-benzyl)-amino, n- propylamino or] pyrrolidino group.

Cancel Claims 6-15 without prejudice to applicants' right to file a divisional application with regard thereto, and substitute the following Claims 16-19 therefor.

6
~~16~~. 2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole, or a pharmaceutically acceptable acid addition salt thereof.

7
~~17~~. A pharmaceutical composition for treating parkinsonism or Parkinson's Disease comprising a therapeutically effective amount of a compound of claims 3, 4, 5 or ~~16~~ and a pharmaceutically acceptable carrier.

8
~~18~~. A method of treating parkinsonism which comprises administering to a host suffering from same a therapeutically effective amount of a compound of claims 3, 4, 5 or ~~18~~.

9
~~19~~. A method of treating Parkinson's disease which comprises administering to a host suffering from same a therapeutically effective amount of a compound of claims 3, 4, 5 or ~~16~~.

*End*

## REMARKS

Reconsideration is respectfully requested. As now amended, the pending claims are 1-5 and 16-19.

-4-

PATENT

The rejection under 35 USC 112 (1st and 2nd paragraphs), now applicable only to Claims 1-3, is respectfully deemed obviated for the following reasons:

1. Claim 1 now recites "pharmaceutically acceptable" acid addition salts.

2. In Claim 3, the "bracket" has been removed from the formula and the pyrrilidino group is specifically stated to be in the 5- or 6-position, as indicated on page 2, lines 22-27, of the specification.

3. In Claim 11 (now Claim 18), the term "host" is subsequently modified by the term "suffering from same". As such it is respectfully submitted that such terminology is enabling.

4. The difference between "Parkinsonism" and "Parkinson's disease" is provided in, for example, the "International Dictionary of Medicine and Biology", published by John Wiley & Sons, New York, NY. In Volume I, page 828, the latter term is defined as:

   "A disorder attributable to degeneration of the corpus striatum and the substantia nigra, associated with a reduced concentration of dopamine in the affected areas".

In Volume III, page 2097, the former term, in addition to including Parkinson's disease, is also defined as:

   "A neurologic syndrome resembling Parkinson's disease and developing as a side effect of some antipsychiotic drugs." (underlining added).

   (See attached Exhibit A).

5. Claim 4 is dependent upon amended independent Claim 3 and Claim 5 is now in independent form.

- 5 -

PATENT

      In view of the foregoing, all relevant objections under 35 USC 112 are deemed obviated and the subject application and pending claims are deemed to be in condition for allowance. Accordingly, such is respectfully solicited.

Respectfully submitted,

Date: _April 16, 1981_

Alan R. Stempel
Reg. No. 28,991

Patent Department
Boehringer Ingelheim Corporation
90 E. Ridge, P.O. Box 368
Ridgefield, CT  06877
(203) 431-5873

– 6 –

Case 5/920

*Part #13*

L ROOM
APR
20
1987
DE MARK OFF

RECEIVED
MAY 0 7 1987
GROUP 120

810,947
5/920

EXHIBIT A

# INTERNATIONAL DICTIONARY OF MEDICINE AND BIOLOGY

## IN THREE VOLUMES

## Volume I

A WILEY MEDICAL PUBLICATION
JOHN WILEY & SONS
New York • Chichester • Brisbane • Toronto • Singapore

parenchyma of an organ, as distinguished from an interstitial disease.

**Parkinson's disease**  A disorder attributable to degeneration of the corpus striatum and the substantia nigra, associated with a reduced concentration of dopamine in the affected areas. The condition occurs in two principal forms. One is the idiopathic form or paralysis agitans, which usually develops in middle or late life with static tremor of the limbs, increasing plastic rigidity of the limbs and trunk, and akinesia or bradykinesia. The face is often masklike, there is a progressive stoop, the voice becomes slow and monotonous, the gait slow and shuffling, and there may be associated autonomic disturbances, such as excessive salivation and sweating. The other is the postencephalitic variety (postencephalitic parkinsonism), developing as a sequel of encephalitis lethargica, which shows similar manifestations but in which oculogyric crises and dementia are also frequent. Features resembling those of parkinsonism may occur in patients with diffuse cerebral atherosclerosis and pseudobulbar palsy, in manganese poisoning, and as a result of recurrent brain trauma (the punch-drunk syndrome); but these conditions each differ in certain essential respects from Parkinson's disease proper. However, drug-induced parkinsonism, reversible after withdrawal of the drugs, may result from drugs such as reserpine and the phenothiazines. A parkinsonian syndrome with associated dementia is commonly present with manifestations of amyotrophic lateral sclerosis in the Chamorro race on the island of Guam. See also entries under PARKINSONISM. Also called *parkinsonism, spasmus agitans, tremor artuum, rigor tremens* (outmoded), *Parkinson syndrome, parkinsonian tremor.*

**paroxysmal disease**  Any disease in which episodes or paroxysms of central nervous system dysfunction occur. An imprecise and outmoded term.

**parrot disease**  PSITTACOSIS.

**Parrot's    disease**  1 ACHONDROPLASIA.  2 SYPHILITIC PSEUDOPARALYSIS.

**Perry's disease**  A term used chiefly in Great Britain for GRAVES DISEASE.

**Parsons disease**  A rarely used term for GRAVES DISEASE.

**Pavy's disease**  CYCLIC PROTEINURIA.

**Payr's disease**  SPLENIC FLEXURE SYNDROME.

**pearl disease**  A seldom used term for BOVINE TUBERCULOSIS.

**Pelizaeus-Merzbacher disease**  An early infantile form of progressive familial cerebral leukodystrophy. Its onset is a few months after birth, with head tremor, nystagmus, and athetoid movements, followed by ataxia, intention tremor, bradylalia, and progressive spastic paralysis of the limbs and trunk, with exaggerated tendon reflexes, extensor plantar responses, and abolition of the abdominal reflexes. Optic atrophy is sometimes seen. Mental development is relatively unimpaired until the late stages. Pathologically there is diffuse degeneration of the white matter of the brain and brainstem. No abnormal storage of lipid has yet been identified, and the cause is unknown. Also called *familial centrolobular sclerosis, familial centrolobar sclerosis, Seitelberger syndrome* (rarely used), *Merzbacher-Pelizaeus disease, Pelizaeus-Merzbacher sclerosis, Pelizaeus-Merzbacher type diffuse sclerosis, aplasia axialis extracorticalis congenita.*

**Pellegrini's disease**  PELLEGRINI-STIEDA DISEASE.

**Pellegrini-Stieda disease**  Post-traumatic ossification of the medial collateral ligament of the knee. Also called *Köhler-Pellegrini-Stieda disease, Stieda disease, Pellegrini's disease.*

**pelvic inflammatory disease**  SALPINGO-OOPHORITIS.

**periodic disease**  Any disease marked by the regular recurrence of symptoms or attacks.

**periodontal disease**  1 Any disease affecting the periodontium, particularly chronic gingivitis and ensuing chronic periodontitis, which are endemic throughout the world.  2 Established chronic periodontitis. Also called *parodontopathy.*

---

**Perrin-Ferraton disease**  SNAPPING HIP.

**Perthes disease**  Osteochondrosis of the proximal femoral epiphysis seen in young children. Also called *Legg-Calvé-Perthes disease, Calvé-Perthes disease, Legg-Calvé-Waldenström's disease, Waldenström's disease, Legg-Calvé-Perthes syndrome, osteochondritis deformans juvenilis, pseudocoxalgia.*

**pestilential disease**  Any of the five diseases (cholera, plague, smallpox, yellow fever, and typhus) which had given rise to major epidemics in the past and which had been and were still, up to the middle of the twentieth century, subject to defined quarantine procedures. Subsequently and until 1969, these diseases, together with relapsing fever, were referred to as quarantinable diseases.

**Peyronie's disease**  Sclerosis of the corpora cavernosa, of obscure origin and characterized by the presence in the erectile tissue of several hard nodules which provoke during erection a painful curve of the penis. Also called *fibrous cavernitis, van Buren's disease, penile induration, plastic induration, penis plastica, sclerosis of the corpora cavernosa, plastic induration of penis.*

**Pfeiffer's disease**  INFECTIOUS MONONUCLEOSIS.

**Pick's disease**  A form of presenile dementia caused by localized cerebral cortical atrophy of unknown origin, confined particularly to the frontal and temporal lobes. The condition, which may be familial, usually produces a relatively rapid change in personality, sometimes inappropriateness of affect and later a progressive dementia, often accompanied by dysphasia and by extrapyramidal features resembling those of parkinsonism. The histologic and ultrastructural appearances in the brain differ in several respects from those of the much commoner Alzheimer's disease. Also called *Pick syndrome, Pick's gyral atrophy, Pick's convolutional atrophy, lobar sclerosis, lobar atrophy, atrophic sclerosis, circumscribed atrophy of the brain.*

**Phocas disease**  Chronic cystic mastopathy.

**Pictou disease**  Seneciosis in horses. An outmoded term.

**pink disease**  A severe and protracted illness of young children; chiefly of the teething age, characterized by cold, pink, sweaty extremities, hypotonia, tachycardia, hypertension, anorexia, and insomnia. Sudden death has been recorded. The cause is chronic poisoning with mercury in topical medicaments or teething powders. Also called *acrodynia, dermatopolyneuritis, erythredema polyneuropathy, Bilderbeck's disease, Swift's disease, Swift-Feer disease, Selter's disease, vegetative neurosis, acrodynic erythema.*

**Pinkus disease**  LICHEN NITIDUS.

**plaster-of-Paris disease**  Disuse atrophy of a limb encased in a plaster-of-Paris cast.

**Plummer's disease**  TOXIC NODULAR GOITER.

**pneumatic hammer disease**  VIBRATION DISEASE.

**policeman's disease**  TARSALGIA.

**polycystic disease of the kidney**  POLYCYSTIC RENAL DISEASE.

**polycystic disease of the lung**  Any of several diseases characterized by development of multiple cysts in the lung. An outmoded term.

**polycystic renal disease**  A hereditary disease in which cysts distort the renal parenchyma, eventually causing enlargement of both kidneys, progressive renal failure, and uremia. Also called *polycystic disease of the kidney, polycystic kidney, multicystic kidney.*

**polycystic renal disease, adult type**  A form of polycystic renal disease transmitted as an autosomal dominant of high penetrance which increases with age. Although probably present at birth, the cysts enlarge so slowly that clinically there may be no symptoms until late middle age, when signs of hypertension, lumbar or abdominal pain, and renal failure appear. Many involved nephrons appear to retain some functional capacity and to contribute to urine formation. The kidneys become palpable

# INTERNATIONAL
# DICTIONARY
# OF MEDICINE
# AND BIOLOGY

## IN THREE VOLUMES

## Volume III

A WILEY MEDICAL PUBLICATION
JOHN WILEY & SONS
New York • Chichester • Brisbane • Toronto • Singapore

Parinaud

**For defs. 1 and 2 also** *parietosplanchnic.*

**Parinaud** [Henri *Parinaud,* French ophthalmologist, 1844–1905] Parinaud's oculoglandular syndrome. See under CONJUNCTIVITIS.

**pari passu** [L. *pari,* ablative of *par* equal + *passu,* ablative of *passus* pace, step] At a like pace, i.e., at the same time, or to the same proportion or degree.

**paritol** A polyanhydromannuronic acid sulfate synthetic anticoagulant that has been used as a substitute for heparin.

**parity** [L. *par(ere)* to bear young + -ITY] The parous state of a woman, i.e., the number of times she has borne children, counting a multiple birth as one and usually including stillbirths. In some demographic studies, however, stillbirths are not counted.

**Park** [Henry *Park,* English surgeon, 1744–1831] See under ANEURYSM.

**Parker** [Edward Mason *Parker,* U.S. surgeon, 1860–1941] Parker-Kerr suture. See under SUTURE.

**Parker** [George Howard *Parker,* U.S. zoologist, 1864–1955] See under FLUID.

**Parker** [Ralph Robinson *Parker,* U.S. zoologist, 1888–1949] Spencer-Parker vaccine. See under VACCINE.

**Parkinson** [James *Parkinson,* English physician, 1755–1824] 1 Parkinsonian crisis. See under OCULOGYRIC CRISIS. 2 See under COMPLEX, SIGN, MASK. 3 Parkinsonian tremor. See under TREMOR. 4 Parkinson's facies. See under MASKLIKE FACE. 5 Parkinson syndrome, parkinsonian syndrome. See under DISEASE. 6 Parkinsonian rigidity. See under RIGIDITY. 7 Parkinsonian arthropathy. See under ARTHROPATHY.

**Parkinson** [Sir John *Parkinson,* English cardiologist, born 1885] Wolff-Parkinson-White syndrome. See under SYNDROME.

**parkinsonian** [*parkinson(ism)* + *-ian,* adjectival suffix] Relating to or characteristic of Parkinson's disease.

**parkinsonism** [after James *Parkinson,* English physician, 1755–1824 + -ISM] 1 PARKINSON'S DISEASE. 2 A neurologic syndrome resembling Parkinson's disease and developing as a side effect of some antipsychotic drugs.

**arteriosclerotic parkinsonism** ATHEROSCLEROTIC PARKINSONISM.

**atherosclerotic parkinsonism** A syndrome of rigidity of the limbs with a slow, shuffling gait, hyperreflexia, and (usually) extensor plantar responses, often associated with features of pseudobulbar palsy but without parkinsonian facies, superficially resembling paralysis agitans but due to diffuse cerebral softening resulting from atherosclerosis and usually associated arterial hypertension. Also called *arteriosclerotic parkinsonism, vascular parkinsonism.*

**drug-induced parkinsonism** A neurologic syndrome resembling Parkinson's disease but developing as a side-effect of some psychotropic drugs, especially the phenothiazines.

**hemiplegic parkinsonism** Paralysis agitans involving one arm and leg much more severely than the contralateral limbs and at first sight suggesting a hemiparesis.

**intoxication parkinsonism** A parkinsonian syndrome resulting from cerebral anoxia, as in carbon monoxide poisoning, manganese intoxication, or following use of drugs such as the phenothiazines.

**juvenile parkinsonism** JUVENILE PARALYSIS AGITANS.

**postencephalitic parkinsonism** Parkinsonism developing as a sequel to encephalitis lethargica, often many years after the acute illness.

**symptomatic parkinsonism** A parkinsonian syndrome symptomatic of drug intoxication or of a brain disease other than paralysis agitans or postencephalitic parkinsonism.

**traumatic parkinsonism** BOXERS' ENCEPHALOPATHY.

**vascular parkinsonism** ATHEROSCLEROTIC PARKINSONISM.

parorasis

**Parnate** A proprietary name for tranylcypromine sulfate.

**paroccipital** Alongside or near the occipital bone.

**parodontal** PERIODONTAL.

**parodontid** [PAR- + -ODONT + -ID] A tumor on the gum.

**parodontitis** PERIODONTITIS.

**parodontium** PERIODONTIUM.

**parodontopathy** [PAR- + -ODONTO + -PATHY] PERIODONTAL DISEASE.

**parodontosis** PARADENTOSIS.

**parole** [French (from Late L. *parabola* a speech, parable), a word] The release of a psychiatric patient while still under supervision and before being legally discharged.

**parolfactory** Situated adjacent to the olfactory area of the cerebral cortex.

**parolivary** Located beside or near the olivary nuclei.

**paromomycin** $C_{23}H_{45}N_3O_{14}$. An aminoglycoside antibiotic produced by *Streptomyces rimosus* var. *paromomycinus.* It is effective against Gram-negative, Gram-positive, and acid-fast bacteria. Its actions are like those of neomycin, and it is also effective against intestinal amebiasis. Also called *crestomycin.*

**paromphalocele** A hernia located near the navel.

**Parona** [Francesco *Parona,* Italian surgeon, flourished late 19th century] See under SPACE.

**paroniria** [PAR- + -ONIR- + -IA] Morbid dreaming that produces a sleep disturbance.

**paronychia** [Gk *paronychia* (from PARA- + Gk *onyx,* gen. *onychos,* a claw, talon, in humans a nail) a felon, whitlow] An inflammation of the proximal or lateral nail folds. It may be acute or chronic, and it can be an occupational hazard of hairdressers, fishmongers, caterers, or bartenders. Also called *panaritium, panaris, whitlow, perionychial whitlow, onychia lateralis, onychia periungualis.*

**herpetic paronychia** A suppurative inflammation of the nail fold that is due to a herpes simplex infection. It may be seen in dentists and dental nurses.

**mycotic paronychia** A suppurative inflammation of the nail fold that is due to a fungus infection, usually *Candida albicans.*

**paronychia tendinosa** Inflammation and infection of a tendon sheath of the fingers.

**paronychial** Pertaining to or displaying paronychia.

**paronychomycosis** [PAR- + -ONYCHO- + MYCOSIS] Any fungal infection around the nails.

**paroophoric** PAROVARIAN.

**paroophoritis** [PAR- + -OOPHORITIS] Inflammation adjacent to the ovary. Also called *perioophoritis, periovaritis.*

**paroöphoron** [PAR- + Gk *oophoron,* neut. sing. of *oophoros* (from *ôo(n)* egg + *-phoros,* combining form denoting carrying, bearing, from *pherein* to carry, bear) egg-bearing] A small collection of coiled tubules, more often present in the child, found in the broad ligament between the epoöphoron and the uterus. They are the remnants of the caudal tubules of the mesonephros in the female. Also called *parovarium.*

**parophthalmia** [PAR- + OPHTHALMIA] Inflammation surrounding the eye.

**parophthalmoncus** [PAR- + OPHTHALM- + -ONCUS] A tumor located near the eye.

**paropion** [PAR- + Gk *ôps* (gen. *ôpos*) the eye + -ION] A visual hallucination.

**paropsia** [PAR- + -OPSIA] The seeing of visual hallucinations. Also called PAROPSIS.

**paropsis** PAROPSIA.

**paroptic** Adjacent to the retina.

**parorasis** [Gk *parorasis* (from *paroran* to look past, overlook) an overlooking] Disordered visual sensation or perception of color, often with visual hallucinations. An imprecise and outmoded term.



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/810,947 | 12/19/85 | *Griss et al* | 5/920 |

| EXAMINER |
|---|
| *Ceperley* |

| ART UNIT | PAPER NUMBER |
|---|---|
| 122 | 14 |

DATE MAILED:

### EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) *Mr. Stempel*      (3)

(2) *Mrs. Ceperley*      (4)

Date of interview *Aug. 27, 1987*

Type: ☒ Telephonic   ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☐ No. If yes, brief description:

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed:

Identification of prior art discussed:

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The examiner initiated a discussion of 2) of pg. 2 of Paper No. 10. Mrs. Stempel noted that the pyrrolidino group, NR2R4 is present in both final products + intermediates + is capable of forming an acid addition salt. (The exr. also notes that p. 1, 1st + 2nd paragraphs of the specification generically describes acid addition*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☒ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

*salts of the intermediates).*

*Mary E. Ceperley*
Examiner (Signature)

PTOL-413 (REV. 1-84)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**



UNITED STATE  PARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | *15* |

DATE MAILED:

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *amendment filed April 20, 1987*

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are *1-5, 16-19*

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [...] been received, [...] not been received, [...] been filed in parent application Serial No. _____, filed on _____

6. ☐ Note the attached Examiner's Amendment.

7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- Examiner's Amendment
- ☒ Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

*Mary E. Ceperley*

MARY E. CEPERLEY
PRIMARY EXAMINER
ART UNIT 122

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

PTOL-85 (Rev. 5-85)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## NOTICE OF ALLOWANCE
## AND ISSUE FEE DUE

```
                                                          All communications regarding this
                                                          application should give the serial
LEGAL DEPT., - PATENTS                                    number, date of filing, name of
BOEHRINGER INGELHEIM CORP.,                               applicant, and batch number.
90 EAST RIDGE, P. O. BOX 368
RIDGEFIELD, CT  06877                                     Please direct all communications
                                                          to the Attention of "OFFICE OF
                                                          PUBLICATIONS" unless advised
                                                          to the contrary.
```

The application identified below has been examined and found allowable
for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 06/810,947 | 12/19/85 | 009 | CEPERLEY, M | 122 | 05/02/87 |

| First Named Applicant | | |
|---|---|---|
| KISS, | GERHART | |

TITLE OF INVENTION TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS
INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 5/920 | 514-367,000 | D16 | UTILITY | NO | $560.00 | 12/02/87 |

The amount of the issue fee is specified in 37 C.F.R. 1.18 as follows: for an original or reissue patent, except for a design or plant patent, $500;
for a design patent, $175; and for a plant patent, $250. If the applicant qualifies for and has filed a verified statement of small entity status in
accordance with 37 C.F.R. 1.27, the issue fee is one-half the respective amount aforementioned. The issue fee due printed above reflects
applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of
the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee
precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to
establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The appli-
cation shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered
attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization
to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit
account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, this Notice may have been mailed prior to completion of final
processing. The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition,
if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course. If the
issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a Deposit
Account. However, applicant may wait until the application is either found allowable or held abandoned. If allowed, upon receipt of a new Notice
of Allowance, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to
a Deposit Account.

In the case of each patent issuing without an assignment, the complete post-office address of the inventor(s) will be printed in the patent heading
and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the informa-
tion in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on
the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue
to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the
date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be supplied
on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b
and submitting payment therewith. If use of a Deposit Account is being authorized for payment, PTOL-85c should also be forwarded. The order
must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or
1A of PTOL-85b.

| ☑ Note attached communication from Examiner. | IMPORTANT REMINDER |
|---|---|
| ☐ This notice is issued in view of | Patents issuing on applications filed on or after Dec. 12, |
| applicant's communication filed _____ | 1980 may require payment of maintenance fees. See 37 CFR |
| | 1.20 (e)–(j). |

PATENT AND TRADEMARK OFFICE COPY

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:
Gerhart Griss et al

Serial No.   : 810,947
Filed        : December 19, 1985
For          : TETRA-HYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF
               AND THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, DC  20231

)  Art Unit  : 122
)  Examiner  : M. Ceperley
)  Batch No. : D16

RECEIVED

NOV 16 1987

GROUP 120

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Sir:

        Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants provide
herewith a copy of the search report of the European Patent Office
for EP85116016.8, which corresponds to the above-captioned
application.  This cites EP-A1-0-044 443 and US 4,337,343 as
references which are indicative of the state of the art.  It should
be noted that US 4,337,343 corresponds to EP 21 940, which has
already been made of record by the Examiner.

        Neither of the cited references are believed to affect the
patentability of the claims.

        A copy of the search report, the two cited references and a
PTO 1449 form listing these references are enclosed.

                                    Respectfully submitted,

                                    Alan R. Stempel
                                    Attorney for Applicants
                                    Registration No. 28,991

Enclosures:

                    I hereby certify that this correspondence is
            being deposited with the U. S. Postal Service
            as first class mail in an envelope addressed
            to:   Commissioner of Patents & Trademarks,
            Washington, D.C. 20231 on  11/5/87

Europäisches
Patentamt

der nach Regel 45 des Europäischen Patent-
übereinkommens für das weitere Verfahren als
europäischer Recherchenbericht gilt

RECEIVED

NOV 16 1987
EP 85116016.8

## EINSCHLÄGIGE DOKUMENTE

GROUP 120

KLASSIFIKATION DER
ANMELDUNG (Int. Cl.4)

| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch |
|---|---|---|
| A | <u>EP - A1 - 0 044 443</u> (BASF AKTIENGE-SELLSCHAFT) | 1-4,8, 9,13 |
| | * Ansprüche 5,7 * | |
| | -- | |
| A | <u>US - A - 4 337 343</u> (MAILLARD et al.) | 1,8,9, 13 |
| | * Zusammenfassung; Spalte 1, Zeile 33 - Spalte 2, Zeile 16 * | |
| | ---- | |

C 07 D 277/82
A 61 K 31/425

RECEIVED

MAY 19 1986

PATENT SECTION

RECHERCHIERTE
SACHGEBIETE (Int. Cl.4)

C 07 D 277/00

## UNVOLLSTÄNDIGE RECHERCHE

Nach Auffassung der Recherchenabteilung entspricht die vorliegende europäische Patentanmel-
dung den Vorschriften des Europäischen Patentübereinkommens so wenig, daß es nicht möglich
ist, auf der Grundlage einiger Patentansprüche sinnvolle Ermittlungen über den Stand der Technik
durchzuführen.

Vollständig recherchierte Patentansprüche: 1-9,12,13
Unvollständig recherchierte Patentansprüche: -
Nicht recherchierte Patentansprüche: 10,11
Grund für die Beschränkung der Recherche:

Verfahren zur therapeutischen Behandlung
des menschlichen oder tierischen Körpers,
Artikel 52(4) EPÜ

## FILE COPY

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| WIEN | 26-03-1986 | BRUS |

### KATEGORIE DER GENANNTEN DOKUMENTEN

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur
T : der Erfindung zugrunde liegende Theorien oder Grundsätze

E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, überein-stimmendes Dokument

EPA Form 1505.1   03.82

ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR    EP  8S116016
------------    -------------------------    -----------

In diesem Anhang sind die Mitglieder der Patentfamilien
der im obengenannten europäischen Recherchenbericht ange-
führten Patentdokumente angegeben. Die Angaben über die
Familienmitglieder entsprechen dem Stand der Datei des
Europäischen Patentamts am 24/04/86

Diese Angaben dienen nur zur Unterrichtung und erfolgen
ohne Gewähr.

| Im Recherchenbe-richt angeführtes Patentdokument | Datum der Veröffent-lichung | Mitglied(er) der Patentfamilie | | Datum der Veröffent-lichung |
|---|---|---|---|---|
| EP-A- 0044443 | 27/01/82 | DE-A- | 3027528 | 18/02/82 |
| | | JP-A- | 57053476 | 30/03/82 |
| | | AT-B- | E6063 | 15/02/84 |
| | | CA-A- | 1180706 | 08/01/85 |
| US-A- 4337343 | 29/06/82 | EP-A,B | 0021940 | 07/01/81 |
| | | FR-A,B | 2459239 | 09/01/81 |
| | | JP-A- | 56007772 | 27/01/81 |
| | | CA-A- | 1140136 | 25/01/83 |
| | | US-A- | 4423056 | 27/12/83 |

Für nähere Einzelheiten zu diesem Anhang :
siehe Amtsblatt des Europäischen Patentamts, Nr. 12/82



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/810,947 | 12/19/85 | Muller et al | G 5/928 |

```
LEGAL DEPT., - PATENTS
BOEHRINGER INGELHEIM CORP.,
90 EAST RIDGE, P. O. BOX 368
RIDGEFIELD, CT  06877
```

| EXAMINER |
|---|
| CEPERLEY, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1242 | 17 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD        12/01/87

All participants (applicant, applicant's representative, PTO personnel):

(1) Mrs. Ceperley _____ (3) _____

(2) Mr. Stempel _____ (4) _____

Date of Interview Dec. 1 , 1987 _____

Type: ☒ Telephonic   ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes  ☐ No.  If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question.  ☐ was not reached.

Claims discussed: _____

Identification of prior art discussed: _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: The examiner stated that the art cited in the Supplemental Info. Disclosure Statement had been previously considered on Dec. 2, 1986 (see attachment PTO-1449 to 12/12/86 rejection).

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Mary E. Ceperley
Examiner's Signature

PTOL-413 (REV. 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

MAIL ROOM
NOV
10 6
1987
PAT. & TRADEMARK OFF.

| Form PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. | SERIAL NO. | Sheet ____ of ____ |
|---|---|---|---|---|
| | | 5/920 | 810,947 | |
| **LIST OF INFORMATION CITED BY APPLICANT(S)** | | APPLICANT | | |
| *(Use several sheets if necessary)* | | Gerhart Griss, et al | | |
| | | FILING DATE | GROUP | |
| | | December 19, 1985 | 122 | |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 4 3 3 7 3 4 3 | 6/29/82 | J. Maillard et al | | | June 18, 1980 |
| | AB | | | | | | |
| | AC | | | RECEIVED | | | |
| | AD | | | NOV 1 6 1987 | | | |
| | AE | | | GROUP 120 | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0 0 4 4 4 4 3 | | European | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

**OTHER PRIOR ART** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AU | |
| | AV | |
| | AW | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| Mary E. Ceperley | Dec. 1, 1987 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PATNO 4·731374     122     3. ·88
Gerstl

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Gerhart Griss et al

Serial No. : 810,947          ) Art Unit : 122
Filed      : December 19, 1985 ) Examiner : M. Ceperley
For        : TETRA-HYDRO-BENZTHIAZOLES,)
             THE PREPARATION THEREOF
             AND THEIR USE AS INTER-
             MEDIATE PRODUCTS OR AS
             PHARMACEUTICALS

RECEIVED
MAR 17 1988
GROUP 120

Honorable Commissioner of
Patents and Trademarks
Washington, DC 20231

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
UNDER RULE 99

Sir:

Pursuant to 37 CFR 1.99, Applicants wish to bring to the
attention of the Patent and Trademark Office the existence U.S.
Patent Application Serial No. 747,748 filed 24 June 1985 and its
foreign equivalent, European Patent Application No. 207,696,
published 1 July 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the
formula:



XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-
propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or
allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a
subgenus of the compounds disclosed and originally claimed in the
above-captioned application. However, European '696 does not
represent prior art because its publication date is later than
the U.S. filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same
disclosure as European '696. It is not available as prior art
because its filing date is later than the effective filing date
of the above-captioned application. (The effective filing date of
the above-captioned application is 22 December 1984, the date on
which the German application for which Convention priority is

claimed was filed.)

    While U.S. Application Serial No. 747,748 may claim subject matter which would have potentially interferred with the claims of the above-captioned application as originally filed, there is no possibility that the allowed claims in the above-captioned application can or will interfere with the claims present in Serial No. 747,748, as originally filed.

    The allowed claims are believed to be fully patentable over the references cited herein.

    Copies of the above two references and a Form PTO-1449 listing the same are enclosed herewith.

    Please note that the above-captioned application is scheduled to issue as Patent No. 4,731,374 on 15 March 1988.

                        Respectfully submitted,

Alan R. Stempel
Registration No. 28,991

Boehringer Ingelheim Corporation
90 East Ridge - P.O. Box 368
Ridgefield, CT  06877

Tel:  (203) 431-5873

Case 5/920

I hereby certify that the enclosed is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231 on 3/1/88

Sheet _____ of _____

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 5/920 | SERIAL NO. 810,947 |
|---|---|---|---|

**LIST OF INFORMATION CITED BY APPLICANT(S)**

*(Use several sheets if necessary)*

APPLICANT
Gerhart Griss et al

| FILING DATE | GROUP |
|---|---|
| December 19, 1985 | 122 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 4 7 4 7 4 8 | 6/24/85 | Bennett C. Laguzza et al | 424 | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 2 0 7 6 9 6 | 20/06/86 | European | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

**OTHER PRIOR ART** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| AU | | |
| AV | | |
| AW | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

USCOMM-DC 68-3886