IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: G. Griss et al.

Serial No. : to be assign.    ) Group    :
Filed      : October 12, 1988 ) Examiner :
For        : TETRA-HYDRO-BENZTHIAZOLES, THEIR PREPARATION THEREOF
             AND THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

PRELIMINARY AMENDMENT

Sir:

Prior to commencing examination of the above-captioned application, please enter the following amendments.

In the Claims

Cancel claims 9-15.

Please amend claim 1 by deleting "pyrrolidino," from line 25 thereof.

Please amend claim 3 by deleting "pyrrolidino," from line 17 thereof.

Please amend claim 5 by deleting "pyrrolidino," from line 8 thereof.

Remarks

The above amendments are intended to exclude from the claims subject matter already patented in U.S. Patent 4,731,374 and that now pending in Serial No. 124,197 filed November 23, 1987.

Respectfully submitted,

Alan R. Stempel
Reg. No. 28,991

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge, P.O. Box 368
Ridgefield, CT.  06877

Tel:  (203) - 431 - 5873
Case No. : 5/920-2-D2

"EXPRESS MAIL" LABEL NO. B02278569
DEPOSIT DATE  Oct. 12, 1988

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON THE DATE INDICATED ABOVE AND IS ADDRESSED TO THE COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231.

BY _____  10/12/88
                          DATE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of: G. Griss et at.

Serial No. : 256,671 ) Art Unit: 125 122
Filed : October 12, 1988 ) Examiner: R. Gerstl
For : TETRA HYDRO-BENZTHIAZOLES, THE
THE PREPARATION THEREOF AND
THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, D.C.  20231

SECOND PRELIMINARY AMENDMENT
AND
INFORMATION DISCLOSURE STATEMENT

Sir:

Entry of the following amendments in addition to those contained idn the Preliminary Amendment filed on 12 October 1988, and review of the following information disclosure statement are required prior to commencing examination of the above captioned application.

AMENDMENTS

Please add the following new claims 16 and 17.

9. A tetrahydrobenzthiazole of the formula



wherein R is an alkyl group with 1 to 7 carbon atoms, a
cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or
alkynyl group having 3 to 6 carbon atoms, an alkanoyl group
having 1 to 7 carbon atoms or a phenyl alkyl or phenyl
alkanoyl group having 1 to 3 carbon atoms in the alkyl
moiets, wherein the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms.

10. The compound of claim 9 wherein R is an alkyl group
having 1 to 7 carbon atoms.

REMARKS

New claims 16 and 17 are directed to a subgeneric aspect of the invention not previously claimed. Support for these new claims is found throughout the specification, particularly at pages 2 through 4 thereof.

INFORMATION DISCLOSURE STATEMENT

Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants wish to bring the following information to the attention of the Examiner in connection with this application.

A. European Search Report

Applicants provide herewith a copy of the search report of the European Patent Office for EP85116016.8, which corresponds to the above-captioned application. This cites EP-A1-0-044 443 and US 4,337,343 as references which are indicative of the state of the art. It should be noted that US 4,337,343 corresponds to EP 21 940.

Neither of the cited references are believed to affect the patentability of the claims since neither discloses or suggests the claimed compounds or pharmaceutical compositions. Both references were made of record in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

A copy of the search report, the two cited referenced and a PTO 1449 form listing these references are enclosed.

B. Other References made of Record In Parent

British Patent 812,512 was made or record by the Examiner in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

This reference generically discloses compounds which would be structurally related to those claimed herein but for the fact that these compounds are benzothiazoles, and not tetrahydrobenzothiazoles as in the above-captioned application. The claimed compounds and compositions are therefore considered to be patentable over this reference.

A copy of this reference and a PTO-1449 for listing the same is enclosed herewith.

C. <u>Possibly Interfering Application of Another</u>

Applicants particularly wish to bring to the attention of the Patent and Trademark Office the existence U.S. Patent Application Serial No. 747,748, filed 24 June 1985, and its foreign equivalent, European Patent Application No. 207,696, published 1 July, 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the formula:

[Chemical structure diagram showing a bicyclic compound with substituents $R^4R^3N-$ and $-NR^1R^2$, and Y in the ring]

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a subgenus of the compounds disclosed and originally claimed in the above-captioned application. However, European '696 does not represent prior art because its publication date is later than the effective filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same disclosure as European '696. It is not available as prior art because its filing date is later than the effective filing date of the above-captioned application. (The effective filing date of the above-captioned application is 22 December 1984, the date on which the German application for which Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As filed, U.S. Application Serial No. 747,748 contained claims directed to compounds of the above formula XX.

- 3 -

The Examiner is urged to consider carefully the relevance of Serial No. 747,748 before allowing the above-captioned application. The possibility of interfering subject matter should be particularly considered.

Copies of these two references and a Form PTO-1449 listing the same are enclosed herewith.

                                        Respectfully submitted,

                                        [signature]
                                        Alan R. Stempel
                                        Registration No. 28,991


Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT  06877
(203) 431-5873

Case No. 5/920-2-D2

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to:   Commissioner of Patents & Trademarks, Washington, D.C. 20231 on _Dec. 8, 1988_.

[signature]

- 4 -



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/256,671 | 10/12/88 | GRISS | G 5920202 |

DAVID E. FRANKHOUSER
BOEHRINGER INGELHEIM CORP.
90 EAST RIDGE
RIDGEFIELD, CT 06877

EXAMINER: GERSTL, R
ART UNIT: 122
PAPER NUMBER:
DATE MAILED: 12/28/88

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133.

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474
6. ☐ _____

**Part II   SUMMARY OF ACTION**
1. ☒ Claims _1-8_ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☐ Claims _____ have been cancelled.
3. ☒ Claims _6,7_ are allowed.
4. ☒ Claims _1-5, 8_ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.
8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).
10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.
12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

PTOL-326 (Rev. 7-82)                EXAMINER'S ACTION

Serial No. 256,671                                    -2-

Art Unit 122

    Claim 8 rejected under 35 U.S.C. 112, first and second paragraphs, as the claimed invention is not described in such full, clear, concise and exact terms as to enable any person skilled in the art to make and use the same, and/or for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

    The claim fails to recite a utility or effective amount.

    Claims 1-5 and 8 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over the prior invention as set forth in claims 1-7 of U.S. patent no. 4,731,374. Although the conflicting claims are not identical, they are not patentably distinct from each other because the instant claims recite pyrrolidine.

    The obviousness-type double patenting rejection is a judicially established doctrine based upon public policy and is primarily intended to prevent prolongation of the patent term by prohibiting claims in a second patent not patentably distinct from claims in a first patent. In re Vogel, 164 USPQ 619 (CCPA 1970). A timely filed terminal disclaimer in compliance with 37 CFR 1.321(b) would overcome an actual or provisional rejection on this ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.78(d).

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner Gerstl whose telephone number is (703) 557-0441.

    Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 557-3920.

12/06/88;rbb

ROBERT GERSTL
PRIMARY EXAMINER
ART UNIT 122

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FORM PTO-1449 REV. 7-80 | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO. 5/920-2-D2 | | SERIAL NO. 256,671 | |
| LIST OF INFORMATION CITED BY APPLICANT(S) (Use several sheets if necessary) | | | | APPLICANT Gerhart Griss, et al. | | | |
| | | | | FILING DATE October 12, 1988 | | GROUP 125 | |

Sheet 1 of 1

MAIL ROOM DEC 12 1988

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ✓ | AA | 4337343 | 6/29/82 | J. Maillard et al. | 548 | 152 | June 18, 198 |
| | AB | SN 747748 NONE | | B. G. Laguzza, et al. | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| ( | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| ✓ | AL | 0044443 | 01/27/82 | European | 548 | 161 | | — |
| | AM | 207696 | 08/20/86 | European | 548 | 161 | | — |
| | AN | 21940 | 01/07/81 | European | 548 | 161 | | — |
| ✓ | AO | 812512 | 04/29/59 | Great Britain | 548 | 161 | | — |
| | AP | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AU | |
| AV | |
| AW | |

EXAMINER _____   DATE CONSIDERED _____

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re application of:  G. Griss et at.

| | | | |
|---|---|---|---|
| Serial No. : | 256,671 | ) | Art Unit: 125 |
| Filed : | October 12, 1988 | ) | Examiner: |
| For : | TETRA HYDRO-BENZTHIAZOLES, THE THE PREPARATION THEREOF AND THEIR USE | ) ) ) | |

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231



### SECOND PRELIMINARY AMENDMENT
### AND
### INFORMATION DISCLOSURE STATEMENT

Sir:

Entry of the following amendments in addition to those contained idn the Preliminary Amendment filed on 12 October 1988, and review of the following information disclosure statement are required prior to commencing examination of the above captioned application.

### AMENDMENTS

Please add the following new claims 16 and 17.

16. A tetrahydrobenzthiazole of the formula

$$R-\overset{H}{N}-\underset{S}{\text{[ring]}}-NH_2$$

wherein R is an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms or a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl moiets, wherein the phynyl nucleus may be substituted by fluorine, chlorine or bromine atoms.

17. The compound of claim 16 wherein R is an alkyl group having 1 to 7 carbon atoms.

REMARKS

New claims 16 and 17 are directed to a subgeneric aspect of the invention not previously claimed. Support for these new claims is found throughout the specification, particularly at pages 2 through 4 thereof.

INFORMATION DISCLOSURE STATEMENT

Pursuant to 37 CFR 1.56, 1.97 and 1.98, Applicants wish to bring the following information to the attention of the Examiner in connection with this application.

A. European Search Report

Applicants provide herewith a copy of the search report of the European Patent Office for EP85116016.8, which corresponds to the above-captioned application. This cites EP-A1-0-044 443 and US 4,337,343 as references which are indicative of the state of the art. It should be noted that US 4,337,343 corresponds to EP 21 940.

Neither of the cited references are believed to affect the patentability of the claims since neither discloses or suggests the claimed compounds or pharmaceutical compositions. Both references were made of record in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

A copy of the search report, the two cited referenced and a PTO 1449 form listing these references are enclosed.

B. Other References made of Record In Parent

British Patent 812,512 was made or record by the Examiner in Serial No. 810,947, the parent of the above captioned application, now Patent 4,731,374.

This reference generically discloses compounds which would be structurally related to those claimed herein but for the fact that these compounds are benzothiazoles, and not tetrahydrobenzothiazoles as in the above-captioned application. The claimed compounds and compositions are therefore considered to be patentable over this reference.

A copy of this reference and a PTO-1449 for listing the same is enclosed herewith.

C. <u>Possibly Interfering Application of Another</u>

Applicants particularly wish to bring to the attention of the Patent and Trademark Office the existence U.S. Patent Application Serial No. 747,748, filed 24 June 1985, and its foreign equivalent, European Patent Application No. 207,696, published 1 July, 1987.

European '696 discloses tetrahydro (thi or ox) azoles of the formula:

[Chemical structure showing a bicyclic compound with $R^4R^3N$ substituent on a cyclohexene ring fused to a five-membered ring containing N=C-$NR^1R^2$ and Y]

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a subgenus of the compounds disclosed and originally claimed in the above-captioned application. However, European '696 does not represent prior art because its publication date is later than the effective filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same disclosure as European '696. It is not available as prior art because its filing date is later than the effective filing date of the above-captioned application. (The effective filing date of the above-captioned application is 22 December 1984, the date on which the German application for which Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As filed, U.S. Application Serial No. 747,748 contained claims directed to compounds of the above formula XX,

- 3 -

The Examiner is urged to consider carefully the relevance of Serial No. 747,748 before allowing the above-captioned application. The possibility of interfering subject matter should be particularly considered.

Copies of these two references and a Form PTO-1449 listing the same are enclosed herewith.

Respectfully submitted,

Alan R. Stempel
Registration No. 28,991

Boehringer Ingelheim Corp.
90 East Ridge
Ridgefield, CT  06877
(203) 431-5873

Case No. 5/920-2-D2

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231 on Dec. 8, 1988.

- 4 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:
Application of: Gerhart Griss et al         ) Group    : 122
Serial No.     : 256,671                     ) Examiner: Gerstl
Filed          : October 12, 1988
Title          : TETRA-HYDRO-BENZTHIAZOLES,
                 THE PREPARATION THEREOF AND
                 THEIR USE

Honorable Commissioner of
Patents and Trademarks
Washington, DC 20231

RESPONSE TO OFFICE ACTION

Dear Sir:

In response to the Office Action dated 28 December 1988, entry of the following amendments, and reconsideration of the application in view of these amendments and the following remarks are respectfully requested.

A petition under 37 CFR 1.136 to extend the time period for response by two months, so that it will end on 28 May 1989, and authorization to charge the requisite fee to Deposit Account No. 02-2955 are enclosed herewith.

AMENDMENTS

Please amend the claims as follows:

8. (amended) A pharmaceutical composition, suitable for the treatment of a disorder selected from the group consisting of high blood pressure, tachycardia, Parkinson's disease, Parkinsonism and schizophrenia, comprising a therapeutically effective amount of a compound according to claim 3 and a pharmaceutically acceptable carrier diluent.

In claim 16, in line 8 thereof, change "phynyl" to --phenyl--.

49

## REMARKS

The undersigned Attorney for Applicants wishes to express his most sincere appreciation to Examiner Gerstl for the time which he most generously and courteously spent on 4 May 1989 conducting a telephonic interview concerning this application. It is believed that the prosecution of this application was significantly advanced by the interview.

Claims 1-8, 16 and 17 are pending.

Claim 8 stands rejected under 35 USC 112, first and second paragraphs, because it fails to recite a utility and an effective amount.

In order to overcome this rejection, Claim 8 has been amended so that it now recites that the claimed pharmaceutical composition is "suitable for the treatment of a disorder selected from the group consisting of high blood pressure, tachycardia, Parkinson's disease, Parkinsonism and schizophrenia" and that it contains a "therapeutically effective amount" of the active ingredient of Claim 3. Support for the Markush group of disorders to be treated using the claimed composition is found in the specification at page 13, lines 2-8, and page 18, last paragraph. What would constitute a therapeutically effective amount of the active substance is taught in the specification at page 19. In view of this teaching, the recitation that the composition comprises a "therapeutically effective amount" of the active substance is sufficient and no specific amount or dosage range is required.

The amendments to Claim 8 were discussed with the Examiner during the interview and, based upon this discussion, it is anticipated that the Claim as amended will be found to be allowable.

Claims 1-5 and 8 stand rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over the prior invention as set forth in claims 1-7 of U.S. Patent 4,731,374.

During the interview it was indicated by Examiner Gerstl that he was prepared to withdraw this rejection for the following reasons:

-2-

CASE 5/920-2-D2

A) In view of the deletion of "pyrrolidino" from Claims 1, 3 and 5 (see the Preliminary Amendment filed 12 October 1988) the claims of the application are not directed to the same subject matter as those of the '374 patent. In other words, there is no "anticipation-type" double patenting.

B) A restriction requirement was made during the examination of the application which matured into the '374 patent. This required that an election be made to prosecute claims directed to one of ten different inventions. In response to this restriction requirement, an election was made to prosecute claims directed to pyrrolidinyl-substituted benzothiazole compounds and pharmaceutical compositions containing such compounds. The subject matter of the present application was not elected. Implicit in the above mentioned restriction requirement was a finding by the examiner in charge of the prior application that the ten inventions set forth in the requirement are not obvious, one over the other. Accordingly, the Patent and Trademark Office cannot now take the position that the subject matter of the present application is obvious over that claimed in the '374 patent. This being the case, a rejection for obviousness-type double patenting cannot be made.

In view of the foregoing, it is the understanding of the undersigned Attorney for Applicants that the obviousness-type double patenting rejection will be withdrawn and that no terminal disclaimer need be filed.

As requested in Applicant's REQUEST FOR CLARIFICATION OF OFFICE ACTION dated 9 January 1989, during the above mentioned telephonic interview, the Examiner acknowledged the entry of new Claims 16 and 17 and the citation of references made in the communication entitled "SECOND PRELIMINARY AMENDMENT AND INFORMATION DISCLOSURE STATEMENT".

Finally, during the interview the Examiner pointed out a typographical error in new Claim 16. This has been corrected by amendment herein.

In light of the foregoing, it would appear that all claims now pending are allowable as amended and that the application as a whole is in condition for allowance. Passage to issuance is, therefore, respectfully solicited.

CASE 5/920-2-D2

Once again, Applicants are indeed pleased with and appreciate the helpful and courteous manner in which the Examiner has conducted the examination of this application.

Respectfully submitted,

*Alan R. Stempel*
Alan R. Stempel
Reg. No. 28,991

Date: May 9, 1989

Patent Department
Boehringer Ingelheim Corporation
90 East Ridge
Ridgefield, CT  06877

203-431-5873

I hereby certify that this correspondence is being deposited with the U. S. Postal Service as first class mail in an envelope addressed to: Commissioner of Patents & Trademarks, Washington, D.C. 20231 on 5/9/89.

*Alan Stempel*

-4-

CASE 5/920-2-D2



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/256,671 | 10/12/88 | GRISS G | 5920202 |

DAVID E. FRANCHOUSER

90 EAST RIDGE
RIDGEFIELD, CT 06877

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| | 122 |

DATE MAILED: 06/28/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to _____5-11-89_____.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _____1-8, 16, 17_____.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" Indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
- Examiner's Amendment
- Examiner Interview Summary Record, PTOL-413
- Reasons for Allowance
- Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449

- Notice of Informal Application, PTO-152
- Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

ROBERT GERSTL
PRIMARY EXAMINER
ART UNIT 122



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

DAVID E. FRANKHOUSER
BOEHRINGER INGELHEIM CORP.
90 EAST RIDGE
RIDGEFIELD, CT  06877

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

☒ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/256,671 | 10/12/88 | 010 | GERSTL, R | 122 | 06/28/89 |

| First Named Applicant | GRISS, | GERHART |

TITLE OF INVENTION  TETRAHYDRO-BENZTHIAZOLES, THE PREPARATION THEREOF AND THEIR USE AS INTERMEDIATE PRODUCTS OR AS PHARMACEUTICALS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1  59202D2 | 514-321.000 | U01 | UTILITY | NO | $620.00 | 09/28/89 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:
A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER:** Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.

PTOL-85 (REV 12-88)(OMB Clearance is pending)     PATENT AND TRADEMARK OFFICE COPY