EXHIBIT A

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die Dr. Karl Thomae GmbH in 7950 Biberach hat eine Patent-
anmeldung unter der Bezeichnung

"Tetrahydro-benzthiazole, deren Herstellung und
deren Verwendung als Zwischenprodukte oder als
Arzneimittel"

am 22. Dezember 1984 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wieder-
gabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung beizu-
fügen, aber kein Bestandteil der Anmeldung ist, stimmt mit
dem am 22. Dezember 1984 eingereichten Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole C 07 D 277/82, C 07 D 417/04, A 61 K 31/425,
A 61 K 31/445 und A 61 K 31/55 der Internationalen Patent-
klassifikation erhalten.

**EXHIBIT 53**

Aktenzeich: 34 47 075.1

München, den 31. Oktober 1985
Der Präsident des Deutschen Patentamts
Im Auftrag

BARR028267

1161

COMMONWEALTH OF AUSTRALIA
PATENTS ACT 1952-1969

IN THE MATTER of a

Patent Application

by Dr Karl Thomae GmbH

VERIFICATION OF TRANSLATION

Patent Application No.: 51544/85

I, JANE ROBERTA MANN, B.A., of Frank B. Dehn &
Co., Imperial House, 15-19 Kingsway, London WC2B 6UZ,
am the translator of the documents attached and
I state that the following is a true translation
to the best of my knowledge and belief.

Signature of translator  *JaneMann*

Dated: 26th February 1986.

BARR028268

FEDERAL REPUBLIC OF GERMANY

Certificate

Dr. Kark Thomae GmbH of 7950 Biberach filed a patent application entitled:

"Tetrahydro-benzthiazoles, the preparation thereof and their use as intermediate products or as pharmaceuticals"

on 22nd December 1984 at the German Patent Office.

The attached papers are a true and exact copy of the original documents of this patent application.

The attached Abstract, which is to accompany the application but is not part of the application, agrees with the original filed on 22nd December 1984.

In the German Patent Office the application has provisionally been given the symbols

of the International Patent Classification.

Munich, 31st October 1985
P.P. The President of the German Patent Office
(signed)
Huber

File number:
P 34 47 075.1

BARR028269

– 1 –

14M149-340T

DR. KARL THOMAE GMBH
D-7950 Biberach 1

Case 5/920 +
Dr.Fl./Kp.

## Tetrahydro-benzthiazoles, the preparation thereof and their use as intermediate products or as pharmaceuticals

This invention relates to new tetrahydro-benzthiazoles of general formula



(I)

5    the enantiomers and acid addition salts thereof, particularly the physiologically acceptable acid addition salts thereof with inorganic or organic acids, and processes for preparing them.

If in general formula I one of the groups 10    $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group, these compounds of general formula I are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or 15    the circulation.

In general formula I above

$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl

BARR028270

- 2 -

group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon atoms
in the alkyl part,

5       $R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group
with 1 to 7 carbon atoms, a cycloalkyl group having
3 to 7 carbon atoms, an alkenyl or alkynyl group
10 having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
whilst the phenyl nucleus may be substituted by
fluorine, chlorine or bromine atoms,

15       $R_4$ represents a hydrogen atom, an alkyl group
with 1 to 4 carbon atoms, an alkenyl or alkynyl
group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
20 hexamethyleneimino or morpholino group.

Preferred compounds of general formula I
above are those wherein the group

25


is in the 5 or 6-position.

As examples of the definitions of the groups

30


BARR028271

- 3 -

the 

group represents an amino, methylamino, ethylamino,
n-propylamino, isopropylamino, n-butylamino, isobutyl-
amino, tert.butylamino, n-pentylamino, isoamylamino,
n-hexylamino, dimethylamino, diethylamino, di-n-
propylamino, di-n-butylamino, methyl-ethylamino,
methyl-n-propylamino, methyl-isopropylamino, ethyl-
isopropylamino, allylamino, buten-2-ylamino, hexen-
2-ylamino, N-methyl-allylamino, N-ethyl-allylamino,
N-n-propyl-allylamino, N-n-butyl-allylamino, propargyl-
amino, N-methyl-propargylamino, N-n-propyl-propargyl-
amino, formylamino, acetylamino, propionylamino,
butanoylamino, hexanoylamino, N-methyl-acetylamino,
N-allyl-acetylamino, N-propargyl-acetylamino, benzylamino,
N-methyl-benzylamino, 1-phenylethylamino, 2-phenylethyl-
amino, 3-phenyl-n-propylamino, benzoylamino, phenacetyl-
amino or 2-phenylpropionylamino group and

the group

may represent an amino, methylamino, ethylamino,
n-propylamino, isopropylamino, n-butylamino, isobutyl-
amino, tert.butylamino, n-pentylamino, isoamylamino,
n-hexylamino, n-heptylamino, dimethylamino, diethylamino,
di-n-propylamino, Di-n-butylamino, methyl-ethylamino,
methyl-n-propylamino, methyl-isopropylamino, ethyl-
isopropylamino, allylamino, buten-2-ylamino, hexen-
2-ylamino, diallylamino, N-methyl-allylamino, N-
ethyl-allylamino, N-n-propyl-allylamino, N-n-butyl-
allylamino, propargylamino, butin-2-ylamino, hexin-
2-ylamino, dipropargylamino, N-methyl-propargylamino,

- 4 -

N-ethyl-propargylamino, cyclopropylamino, cyclobutylamino,
cyclopentylamino, cyclohexylamino, cycloheptylamino,
N-methyl cyclohexylamino, N-ethyl-cyclohexylamino,
formylamino, acetylamino, propionylamino, butanoylamino,
5   pentanoylamino, hexanoylamino, heptanoylamino,
N-methyl-acetylamino, N-ethyl-acetylamino, N-n-
propyl-acetylamino, N-allyl-acetylamino, benzoylamino,
fluorobenzoylamino, chlorobenzoylamino, bromobenzoylamino,
phenylacetamino, 2-phenylpropionylamino, N-methyl-
10   benzoylamino, N-ethyl-chlorobenzoylamino, Dichlorobenzoyl-
amino, N-cyclohexyl-acetylamino, benzylamino, chloro-
benzylamino, bromobenzylamino, 1-phenylethylamino,
2-phenylethylamino, 2-phenyl-n-propylamino, 3-phenyl-
n-propylamino, N-methyl-benzylamino, N-ethyl-benzylamino,
15   N-ethyl-chlorobenzylamino, N-ethyl-2-phenylethylamino,
N-acetyl-benzylamino, N-acetyl-chlorobenzylamino,
N-allyl-benzylamino, N-allyl-chlorobenzylamino,
pyrrolidino, piperidino, hexamethyleneimino or
morpholino group.

20      Particularly preferred compounds of general
formula I are, however, the compounds of general
formula Ia

$$R_3 \diagdown N - \left[ \text{(tetrahydrobenzothiazole ring)} \right] N \diagup R_1 \diagdown R_2 \qquad \text{(Ia)}$$

wherein

25      $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms, an allyl, benzyl
or phenylethyl group,
         $R_2$ represents a hydrogen atom, a methyl or

BARR028273

- 5 -

ethyl group,

$R_3$ represents a hydrogen atom, an alkyl group
with 1 to 6 carbon atoms, an allyl, propargyl,
benzyl, chlorobenzyl, phenylethyl, cyclopentyl
5    or cyclohexyl group,

$R_4$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms or an allyl group or

$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
10   hexamethyleneimino or morpholino group, but particularly
the compounds wherein the group



15  is in the 6-position, and the acid addition salts
thereof, particularly the physiologically acceptable
acid addition salts.

According to the invention the new compounds
are obtained by the following methods:

20  a)      Reacting a cyclohexanone of general formula



(II)

wherein

$R_3$ and $R_4$ are as hereinbefore defined and
X represents a nucleophilically exchangeable
25  group such as a halogen atom, e.g. a chlorine or
bromine atom,

BARR028274

- 6 -

with a thiourea of general formula

$$H_2N - C - N \begin{array}{c} R_1 \\ R_2 \end{array}$$

(III)

wherein

$R_1$ and $R_2$ are as hereinbefore defined.

5      The reaction is carried out in a melt or
in a solvent or mixture of solvents such as water,
ethanol, water/ethanol, pyridine, dioxan, dioxan/water,
glacial acetic acid, tetrahydrofuran or dimethylformamide,
conveniently at temperatures of between 0 and 150°C,
10   preferably at temperatures of between 20 and 100°C
and optionally in the presence of a base, e.g.
sodium hydroxide solution, sodium acetate, pyridine,
triethylamine or N-ethyl-diisopropylamine. The
compounds of general formula II used as starting
15   materials need not be isolated.

b)      Reacting a compound of general formula

$$R_3 \atop R_4 \begin{array}{c} N \end{array}$$

(IV)

wherein

$R_3$ and $R_4$ are as hereinbefore defined, with
20   a formamidine disulfide of general formula

BARR028275

- 7 -

$$R_2-\underset{\underset{H_2N^+}{\|}}{\overset{\overset{R_1}{|}}{N}}=C-S-S-C\underset{\underset{NH_2}{\|}}{\overset{\overset{R_1}{|}}{N}}-R_2 \qquad 2\ Y^- \qquad (V)$$

wherein

$R_1$ and $R_2$ are as hereinbefore defined and
5    $Y^-$ represents an anion of an inorganic or organic acid.

The reaction is preferably carried out in a melt or in a high-boiling solvent such as glycol, dimethylformamide, diphenylether or dichlorobenzene,
10   conveniently at temperatures of between 25 and 200°C, preferably at temperatures of between 70 and 150°C.

c)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$,
15   $R_2$, $R_3$ or $R_4$ represents a hydrogen atom;
      splitting off a protecting group from a compound of general formula

$$R_3'-\underset{R_4'}{\overset{}{N}}\diagdown\!\!\!\!\!\bigcirc\!\!\!\!\!\diagup\overset{N}{\underset{S}{\diagup}}N\overset{R_1'}{\underset{R_2'}{\diagup}} \qquad (VI)$$

wherein

20   at least one of the groups $R_1'$, $R_2'$, $R_3'$

- 8 -

or $R_4'$ represents a protecting group for an amino
group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxycarbonyl
group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together with
5  the nitrogen atom between them represent an imido
group, e.g. the phthalimido group, and

the other groups $R_1$, $R_2$, $R_3$ or $R_4$ have the
meanings given for $R_1$ to $R_4$ hereinbefore, with
the exception of the acyl groups mentioned hereinbefore.

10    The splitting off of a protecting group is
preferably carried out by hydrolysis in the presence
of a base such as sodium hydroxide solution or
potassium hydroxide solution or in the presence
of an acid such as hydrochloric or sulphuric acid
15  in an aqueous solvent such as water/ethanol, water/dioxan
or water/tetrahydrofuran at temperatures of between
50 and 150°C, preferably at the boiling temperature
of the reaction mixture. An imido group such as
the phthalimido group used as a protecting group
20  is preferably split off with hydrazine in a solvent
such as water, water/ethanol or water/dioxan at
the boiling temperature of the solvent used.

d)   In order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
25  $R_2$, $R_3$ or $R_4$ represents one of the above-mentioned
alkyl, cycloalkyl, alkenyl or phenylalkyl group:
Reduction of a compound of general formula



VII

- 9 -

wherein

at least one of the groups $R_1''$, $R_2''$, $R_3''$ or $R_4''$ represents one of the acyl or phenylacyl groups mentioned hereinbefore and

5    the other groups have the meanings given for $R_1$, $R_2$, $R_3$ and $R_4$ hereinbefore,

with a metal hydride in a solvent.

The reduction is carried out in a suitable solvent such as diethylether, tetrahydrofuran,

10    glycoldimethylether or dioxan with a metal hydride, e.g. with a complex metal hydride such as lithium aluminium hydride, at temperatures of between 0 and 100°C, but preferably at temperatures of between 20 and 80°C.

15    In order to prepare compounds of general formula I wherein one of the groups $R_3$ or $R_4$ represents one of the acyl groups mentioned hereinbefore, it is particularly advantageous to carry out the reaction with lithium aluminium hydride at temperatures

20    of between 0 and 30°C, preferably at ambient temperature.

e)    In order to prepare compounds of general formula I wherein at least one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl, alkenyl, alkynyl or phenylalkyl groups mentioned

25    hereinbefore:

Reacting a compound of general formula



(VIII)

wherein

BARR028278

- 10 -

at least one of the groups $R_1'''$, $R_2'''$, $R_3'''$
or $R_4'''$ represents a hydrogen atom and the other
groups $R_1'''$, $R_2'''$, $R_3'''$ or $R_4'''$ have the meanings
given for $R_1$ to $R_4$ hereinbefore,

5       with a compound of general formula

$$R_5 - Z \qquad\qquad (IX)$$

wherein

$R_5$ represents one of the alkyl, cycloalkyl,
alkenyl, alkinyl or phenylalkyl groups mentioned
10  for $R_1$ to $R_4$ hereinbefore and Z represents a nucleophili-
cally exchangeable group such as a halogen atom
or a sulfonic acid group, e.g. a chlorine, bromine
or iodine atom, a methoxysulfonyloxy or p-toluene-
sulfonyloxy group, or Z together with an adjacent
15  hydrogen of the group $R_5$ represents an oxygen.

The reaction is carried out in a solvent
such as water, methanol, ethanol, tetrahydrofuran,
dioxan, acetone, acetonitrile or dimethylsulfoxide
with an alkylating agent such as methyliodide,
20  dimethylsulfate, ethylbromide, diethylsulfate, allyliodide,
benzylbromide, 2-phenylethylbromide or methyl-p-
toluenesulfonate, optionally in the presence of
a base such as sodium hydroxide solution, potassium
carbonate, sodium hydride, potassium-tert.butoxide
25  or triethylamine, conveniently at temperatures
of between -10 and 50°C, but preferably at temperatures
of between 0 and 30°C. However, the reaction may
also be carried out without a solvent.

Alkylation of the nitrogen atom may also
30  be effected using formaldehyde/formic acid at elevated
temperatures, e.g. at the boiling temperature of
the reaction mixture, or with a corresponding carbonyl
compound and a complex metal hydride such as sodium-
borohydride or sodiumcyanoborohydride in a solvent

BARR028279

- 11 -

such as water/methanol, ethanol, ethanol/water,
dimethylformamide or tetrahydrofuran at temperatures
of between 0 and 50°C, but preferably at ambient
temperature.

5     If according to the invention a compound
of general formula I is obtained wherein at least
one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a
hydrogen atom, this may be converted by corresponding
acylation into a corresponding compound of general
10   formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the acyl groups
mentioned herein before.

The subsequent acylation is appropriately
carried out in a solvent such as methylene chloride,
15   chloroform, carbontetrachloride, ether, tetrahydrofuran,
dioxan, glacial acetic acid, benzene, toluene,
acetonitrile or dimethylformamide, optionally in
the presence of an acid-activating agent or a dehydrating
agent, e.g. in the presence of ethyl chloroformate,
20   thionylchloride, N,N-dicyclohexylcarbodiimide,
N,N'-dicyclohexylcarbodiimide/N-hydroxysuccinimide,
N,N'-carbonyldiimidazole or N,N'-thionyldiimidazole
or triphenylphosphine/carbontetrachloride, or an
agent which activates the amino group, e.g. phosphorus
25   trichloride, and optionally in the presence of
an inorganic base such as sodium carbonate or a
tertiary organic base such as triethylamine or
pyridine, which may simultaneously be used as solvent,
at temperatures of between -25°C and 250°C, but
30   preferably at temperature of between -10°C and
the boiling temperature of the solvent used. The
reaction may also be carried out without a solvent
and furthermore any water formed during the reaction
may be removed by azeotropic distillation, e.g.
35   by heating with toluene using a water separator,
or by adding a drying agent such as magnesium sulphate
or molecular sieve.

BARR028280

- 12 -

The compounds of general formula I which have at least one chiral centre can be resolved into their enantiomers by conventional methods, e.g. by column chromatography on a chiral phase,
5  by fractional distillation of the diastereomeric salts or by column chromatography of their conjugates with optically active auxiliary acids such as tartaric acid, O,O-dibenzoyl-tartaric acid, camphor acid, camphorsulfonic acid or α-methoxy-phenylacetic
10  acid.

The compounds may also be converted into the acid addition salts thereof, particularly the physiologically acceptable acid addition salts with inorganic or organic acids.  Suitable acids
15  for this include, for example, hydrochloric, hydrobromic, sulfuric, phosphoric, lactic, citric, tartaric, succinic, maleic or fumaric acid.

The compounds of general formulae II to IX used as starting materials are known from the literature
20  in some cases or may be obtained using methods known from the literature.

Thus, for example, a compound of general formula II is obtained by halogenation of the corresponding cyclohexanone, which is in turn prepared by oxidation
25  of the corresponding cyclohexanol and optional subsequent alkylation and/or acylation.

The compounds of general formulae VI, VII and VIII used as starting materials are obtained by condensation of a corresponding α-bromo-cyclohexanone
30  with a correponding thiourea.

As already mentioned hereinbefore, the compounds of general formula I wherein at least one of the groups $R_1$ to $R_4$ represents one of the acyl groups mentioned above are valuable intermediate products
35  for preparing the compounds of general formula I wherein $R_1$ to $R_4$ have the meanings given to $R_1$ to $R_4$ hereinbefore, with the exception of the acyl

BARR028281

– 13 –

groups referred to hereinbefore.  These compounds
and the physiologically acceptable acid addition
salts thereof have valuable pharmacological properties,
particularly an effect on blood pressure, a heart
5  rate-lowering effect and an effect on the central
nervous system, particularly a stimulant effect
on the dopamine receptors.

For example, therefore, in order to investigate
the effect on presynaptic dopamine receptors, the
10  following compounds

A =   2-amino-6-dimethylamino-4,5,6,7-tetrahydro-
      benzthiazol-dihydrochloride,

B =   2-amino-6-pyrrolidino-4,5,6,7-tetrahydro-
      benzthiazol-dihydrochloride,

15  C =   2-amino-6-n-propylamino-4,5,6,7-tetrahydro-
      benzthiazol-dihydrochloride,

D =   2-allylamino-6-dimethylamino-4,5,6,7-tetrahydro-
      benzthiazol-dihydrochloride,

E =   6-[N-allyl-N-(4-chloro-benzyl)-amino]-2-amino-
20      4,5,6,7-tetrahydro-benzthiazol-dihydrochloride
      and

F =   2-amino-6-diallylamino-4,5,6,7-tetrahydro-
      benzthiazol-dihydrochloride

were tested first for their effect on the exploratory
25  activity of mice and then, after any effect on
postsynaptic dopamine receptors had been clarified
(motility in animals pretreated with reserpine),
the effect on dopamine turnover and dopamine synthesis
was determined as follows:

BARR028282

- 14 -

1.    Inhibition of the exploratory activity

The activity was measured in observation
cages fitted with an infra-red light barrier.
The frequency of interruption of the light beam
by a group of 5 mice within 5 minutes. Groups
of 5 animals are given the test substance, unless
otherwise specified, in a dosage of 10 mg/kg by
subcutaneous injection. One hour later the animals
are moved into the observation cages where their
exploratory activity over a period of 5 minutes
is immediately measured. In parallel or alternately
with groups treated with test substance, control
groups treated with common salt are investigated
(0.9% solution; 0.1 ml/10 g of body weight by subcutaneous
route).

The results are assembled in the following
table:

| Substance | Dosage[1]<br>(mg/kg s.c.) | Inhibition of activity<br>in percent compared<br>with controls treated<br>with common salt |
|---|---|---|
| A | 2.7 | 50 |
| B | 10.0 | 94 |
| C | 10.0 | 20* |
| D | 10.0 | 76* |
| E | 10.0 | 56* |
| F | 10.0 | 60* |

*    measurement of exploration: 75 minutes after
administration of the substance

1)   read off from the dosage/activity curve in
the range from 1-10 mg/kg subcutaneously

BARR028283

- 15 -

2.   Determining the inhibition of dopamine turnover

The inhibition of dopamine turnover was measured
in mice.  In animals treated with α-methylparatyrosine
(AMPT) (250 mg/kg by intraperitoneal route) 15
5  minutes into the experiment, the dopamine concentration
throughout the brain decreases as the test progresses.
By administering substances which act on autoreceptors,
the dopamine reduction (compared with control animals
treated with common salt solution) can be prevented.
10    Test substances are administered at time
0 of the experiment in a dosage of 5 mg/kg s.c.,
unless otherwise stated.  Four hours and 15 minutes
into the experiment the animals are killed and
the brains are subjected to dopamine determination
15  using high pressure liquid chromatography with
electrochemical detection.  This determines the
percentage inhibition, caused by the test substance,
of the dopamine reduction induced by AMPT.

| Substance | Dosage[1] (mg/kg s.c.) | % inhibition of AMPT effect |
|-----------|------------------------|------------------------------|
| A | 0.95 | 50 |
| B | 5 | 67 |
| D | 5 | 52 |
| E | 5 | 32 |

1)   read off from the dosage/activity curve in
the range from 0.5-3 mg/kg s.c.

3.   Determining the inhibiton of dopamine synthesis

For this purpose, 5 animals are given the
test substance in a dosage of 10 mg/kg s.c., unless

- 16 -

otherwise stated.  After 5 minutes, 750 mg/kg of
-butyrolactone are administered by intraperitoneal
route in order to rule out the effect of postsynaptic
feed back loops on the rate of dopamine synthesis
5  by blocking the presynaptic impulse line.  This
results in a considerable increase in the synthesis
of DOPA or dopamine.  In order to inhibit the decarboxyl-
ation of DOPA, 200 mg/kg of 3-hydroxybenzyl-hydrazin-
hydrochloride are administered by intraperitoneal
10  route after a further 5 minutes.  Forty minutes
after administration of the substance the animals
are killed and the corpus striatum is prepared.
The DOPA content is measured by HPLC with electrochemical
detection (standard:  dihydroxybenzylamine).
15      The percentage inhibition, produced by the
test substance, of the DOPA accumulation stimulated
by -butyrolactone compared with the controlled
animals treated  with 0.9% common salt solution
is determined.
20      The results of this experiment are shown
in the following table:

| Substance | Dosage[1] (mg/kg s.c.) | Inhibition of DOPA accumulation in percent compared with controls treated with common salt |
|---|---|---|
| A | 0.55 | 50 |
| C | 10 | 60 |

1)    read off from the dosage/activity curve in
the range from 0.1-1.0 mg/kg by subcutaneous
35    route.

BARR028285

- 17 -

Moreover, the compounds prepared according to the invention are largely non-toxic. Thus, when the substances were tested in mice at dosages of between 27 and 50 mg/kg s.c., no deaths were
5    recorded.

In view of their pharmacological properties, the compounds of general formula I prepared according to the invention and the physiologically acceptable acid addition salts thereof are suitable for the
10   treatment of central nervous, neuropsychiatric diseases, particularly schizophrenia, for the treatment of Parkinsonism and/or for treating circulatory disorders, particularly hypertension.

For pharmaceutical use, the new compounds
15   and the physiologically acceptable acid addition salts thereof, optionally combined with other active substances, may be incorporated in the conventional galenic preparations such as plain or coated tablets, powders, suppositories, suspensions, drops or ampoules.
20   The individual dose is from 0.01 to 0.5 mg/kg of body weight, preferably 0.1 to 0.3 mg/kg of body weight, 1 to 4 times a day.

The examples which follow are intended to illustrate the invention:

BARR028286

- 18 -

## Example A
### 4-[N-(4-Chloro-benzyl)-amino]-cyclohexanol

75.8 g (0.5 Mol) of 4-amino-cyclohexanol-
hydrochloride are dissolved in 60 ml of water and,
5    after the addition of 36 g (0.26 Mol) of potassium
carbonate and 500 ml of toluene, boiled with a
water separator until the separation of water has
ended.   Then 71.7 g (0.5 Mol) of 4-chlorobenzaldehyde
are slowly added with further boiling using the
10    water separator.   After the calculated quantity
of water has been separated, the residue is added
to water and the toluene phase is separated off
and concentrated.   The concentration residue is
dissolved in 500 ml of ethanol and 19 g (0.5 Mol)
15    of sodium borohydride are added in batches with
stirring.   After standing overnight, the mixture
is concentrated, mixed with water and extracted
with chloroform.   After drying and concentrating
the extracts, the residue is recrystallised from
20    ethyl acetate.
Yield:   93.4 g (78% of theory),
M.p.: 103-104°C
Calculated:  C 65.12  H 7.57  N 5.84  Cl 14.79
Found:          65.21    7.68    5.93    14.65
25        The following compound was prepared analogously
to Example A using propionaldehyde:
4-n-propylamino-cyclohexanol
Yield:  12.4% of theory,
M.p.:    <20°C
30    Calculated:  m/e = 157
Found:        m/e = 157

## Example B
### 4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanol

35        7.2 g (30 mMol) of 4-[N-(4-chloro-benzyl)-
amino]-cyclohexanol are dissolved in 30 ml of dimethyl-
formamide, and after the addition of 2.2 g (16 mMol)

BARR028287

- 19 -

of potassium carbonate, 4.26 g (30 mMol) of methyliodide
are added dropwise. When the slightly exothermic
reaction has ended, the mixture is concentrated
by evaporation, mixed with water and extracted with
5   chloroform. The concentrated extracts are chromatographed
on silica gel to purify them (eluant; methylene
chloride/methanol = 20/1).
Yield:  3.3 g (43.4% of theory),
M.p.: 74-75°C
10  Calculated:  C 66.26  H 7.94  N 5.52  Cl 13.97
Found:        66.36    7.95    5.46     13.81


    The following compounds were prepared analogously
to Example B:


15  4-Hexamethyleneimino-cyclohexanol
    Prepared from 4-amino-cyclohexanol and 1,6-
dibromohexane.
Yield:  47.3% of theory,
M.p.:  <20°C
20  Calculated:  m/e = 197
Found:       m/e = 197.


    4-Diallylamino-cyclohexanol

    Prepared from 4-amino-cyclohexanol and allylbromide.
25  Yield:  51% of theory,
M.p.:  <20°C
Calculated:  m/e = 195
Found:       m/e = 195.


30  4-Piperidino-cyclohexanol

    Prepared from 4-amino-cyclohexanol and 1,5-
dibromopentane.
Yield:  65.8% of theory,
M.p.:  <20°C

BARR028288

- 20 -

Calculated:  m/e = 183
Found:       m/e = 183.

4-Pyrrolidino-cyclohexanol

5        Prepared from 4-amino-cyclohexanol and 1,4-
dibromo-butane.
Yield:  35.8% of theory,
M.p.:   <20°C
Calculated:  m/e = 169
10  Found:       m/e = 169.

Example C
4-Diethylamino-cyclohexanol

        28.75 g (0.25 Mol) of 4-amino-cyclohexanol
15  are dissolved in 150 ml of water, with the addition
of 20 g (0.5 Mol) of sodium hydroxide and then 65.6 ml
(0.5 Mol) of diethylsulfate are added dropwise.
The mixture then heats up to 65°C.  It is stirred
for an hour at 70°C, then poured onto ice and extracted
20  with chloroform.
Yield:  18.2 g (42.5% of theory,
M.p.:   <20°C
Calculated:  m/e = 171
Found:       m/e = 171.

25

Example D
4-[N-(4-Chloro-benzyl)-amino]-cyclohexanone

        23.9 g (0.1 Mol) of 4-[N-(4-chlorobenzyl)-
amino]-cyclohexanol are suspended in 125 ml of
30  ice water and 32 ml of concentrated sulphuric acid
are added.  Then 29.4 g (0.1 Mol) of potassium
dichromate are added in 2 batches and the mixture
is heated for 5 hours at 50°C.  It is then cooled,
made alkaline with sodium hydroxide solution and

BARR028289

- 21 -

extracted with chloroform. After concentration,
a yellowish oily liquid is obtained.
Yield: 8.2 g (34% of theory,
M.p.:   <20°C
5  Calculated:  m/e = 237/239
Found:       m/e = 237/239.


     The following compounds were prepared analogously
to Example D:

4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

10  Yield:  38% of theory,
M.p.:  <20°C
Calculated:  m/e = 251/253
Found:       m/e = 251/253.


   4-Diallylamino-cyclohexanone

15  Yield:  21% of theory,
M.p.:  <20°C
Calculated:  m/e = 193
Found:       m/e = 193.


   4-Piperidino-cyclohexanone

20  Yield:  22.2% of theory,
M.p.:  <20°C
Calculated:  m/e = 181
Found:       m/e = 181.


   4-Pyrrolidino-cyclohexanone

25  Yield:  45.1% of theory,
M.p.:  <20°C
Calculated:  m/e = 167
Found:       m/e = 167.

BARR028290

- 22 -

4-Diethylamino-cyclohexanone

Yield:  49.7% of theory,
M.p.:  <20°C
Calculated:  m/e = 169
5  Found:       m/e = 169.


4-n-Propylamino-cyclohexanone

Yield:  33% of theory,
M.p.:  <20°C
Calculated:  m/e = 155
10  Found:       m/e = 155.


Example E
4-[N-(4-Chloro-benzyl)-methylamino]-cyclohexanone

      8.4 g (35 mMol) of 4-[N-(4-chloro-benzyl)-
15  amino]-cyclohexanone are dissolved in 50 ml of
absolute dimethylformamide and, after the addition
of 2.6 g (18.7 mMol) of potassium carbonate, 5.0 g
(35 mMol) of methyliodide are added dropwise at
25-30°C.  After standing overnight the mixture
20  is concentrated, mixed with water and extracted
with chloroform.  The extracts are dried and concentrated.
Yield:  8.1 g (93% of theory,
M.p.:  <20°C
Calculated:  m/e = 251/253
25  Found:       m/e = 251/253.


      The following compounds were prepared analogously
to Example E:

4-[N--Allyl-N-(4-chloro-benzyl)-amino]-cyclohexanone

Yield:  70.7% of theory,
30  M.p.:  <20°C

BARR028291

- 23 -

Calculated:  m/e = 277/279

Found:        m/e = 277/279.

4-[N-(4-Chloro-benzyl)-ethylamino]-cyclohexanone

Yield:  30% of theory,

5  M.p.:  < 20°C

Calculated: m/e = 265/267

Found:        m/e = 265/267.

### Example F

10  4-Hexamethyleneimino-cyclohexanone

At 20 to 25°C, a solution of 47 g (0.5 Mol)
of 4-hexamethyleneimino-cyclohexanol in 300 ml
of methylenechloride is added dropwise to a suspension
of 107.5 g (0.5 Mol) of pyridiniumchlorochromate
15  and 40 g (0.5 Mol) of sodium acetate in 700 ml
of methylenechloride. After stirring for one hour
at 20°C the mixture is poured onto ice water and
sodium hydroxide solution and extracted with methylene
chloride. After drying and concentration of the
20  extracts a coloured oily liquid is left.
Yield:  16.8 g (35.8% of theory),
M.p.:  < 20°C
Calculated:  m/e = 195
Found:        m/e = 195.

BARR028292

- 24 -

Example 1
2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

      2.82 g (0.02 Mol of 4-dimethylamino-cyclohexanone
5  are dissolved in 20 ml of glacial acetic acid,
    mixed with 4.7 ml of 36% of hydrobromic acid in
    glacial acetic acid and then a solution of 1.0 ml
    (0.02 Mol) of bromine in 12 ml of glacial acetic
    acid is added dropwise with cooling.  The mixture
10  is then concentrated by evaporation in vacuo and
    the residue is triturated several times with diethylether.
    The ether extracts are discarded and the residue
    is dissolved in 50 ml of ethanol.  After 3.04 g
    (40 mMol) of thiourea have been added the mixture
15  is refluxed for 5 hours.  It is then concentrated
    by evaporation, made alkaline with sodium hydroxide
    solution and extracted with chloroform.  After
    drying and concentration of the extracts, the residue
    is purified by column chromatography on silica
20  gel (eluant: chloroform/methanol = 1/1).  Then
    the base (mp: 191°C) is dissolved in acetone and
    converted into the dihydrochloride with isopropanolic
    hydrochloric acid.
    Yield: 1.09 g (20% of theory),
25  M.p.: 272°C

| | | | | |
|---|---|---|---|---|
| Calculated: | C 40.00 | H 6.34 | N 15.55 | Cl 26.24 |
| Found: | 39.63 | 6.55 | 15.31 | 26.29 |

    The following tetrahydrobenzthiazoles were
    prepared analogously to Example 1 from the corresponding
30  ketones:

    2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazole
    Yield: 25% of theory,
    M.p.: 182-183°C

| | | | |
|---|---|---|---|
| Calculated: | C 58.62 | H 8.49 | N 18.64 |

BARR028293

- 25 -

Found:               58.65      8.72      18.50.


2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 13% of theory,
5  M.p.: 280°C
Calculated:  C 46.45   H 6.82   N 13.55   Cl 22.85
Found:          46.37      6.75      13.41            22.95.


2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazole
Yield: 24.4% of theory,
10 M.p.: 204-206°C
Calculated:  C 59.15   H 7.67   N 18.81
Found:          59.50      7.74      18.95.


2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
15 Yield: 19% of theory,
M.p.: 242°C
Calculated:  C 48.44   H 6.56   N 13.03   Cl 22.00
Found:          47.90      6.49      12.95            22.21.


2-Amino-6-[N-(4-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
20 benzthiazole
Yield: 35% of theory,
M.p.: 146°C
Calculated:  C 57.23   H 5.49   N 14.30   Cl 12.06
Found:          56.93      5.56      13.86            12.04.


25 2-Amino-6-[N-(4-chloro-benzyl)-methylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield: 36% of theory,
M.p.: 163°C
Calculated:  C 58.69   H 5.89   N 13.64   Cl 11.51
30 Found:          58.50      5.94      13.49            11.55.


BARR028294

- 26 -

2-Amino-6-[N-(4-chloro-benzyl)-ethylamino]-4,5,6,7-
tetrahydro-benzthiazole
Yield: 49% of theory,
M.p.: 258°C (decomposition)

5 Calculated:    C 48.67    H 5.61    N 10.64    Cl 26.94
Found:           48.30      5.85       10.57        26.97.


2-Amino-6-[N-allyl-N-(4-chloro-benzyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride
Yield: 46.5% of theory,

10 M.p.: 240°C (decomposition)
Calculated:    C 50.19    H 5.45    N 10.33    Cl 26.14
Found:          49.84      5.68       9.97         26.04.


2-Amino-6-hexamethyleneimino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

15 Yield: 15.4% of theory,
M.p.: 295°C (decomposition)
Calculated:    C 48.17    H 7.14    N 12.95    Cl 21.86
Found:          47.90      7.34       12.44        21.64.


2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-

20 benzthiazole-dihydrochloride
   Prepared from 4-dimethylamino-cyclohexanone
by bromination and subsequent reaction with allylthiourea.
Yield: 64% of theory,
M.p.: 248°C

25 Calculated:    C 46.45    H 6.82    N 13.54    Cl 22.85
Found:           46.30      7.00       13.29        22.99.


2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
   Prepared from 3-dimethylamino-cyclohexanone.

30 Yield: 33% of theory,
M.p.: 194°C
Calculated:    C 40.00    H 6.34    N 15.55    Cl 26.24
Found:          39.74      6.37       15.15        25.96.

BARR028295

- 27 -

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

    Prepared from 3-morpholino-cyclohexanone.

Yield: 7.4 g (20% of theory),

5  M.p.: 237-238°C

Calculated:  C 42.31   H 6.13   N 13.46

Found:         42.00      6.29     13.13.


Example 2

10  2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride


a)    (4-(Phthalimido)-cyclohexanol


    75.5 g (0.5 Mol) of 4-aminocyclohexanol-hydrochloride
and 74.0 g (0.5 Mol) of phthalic acid anhydride
are mixed with 65 g (0.5 Mol) of ethyl-diisopropyl-
15  amine and 1000 ml of toluene and boiled for 36
hours with a water separator. Then water is added,
the toluene phase is separated off and the aqueous
phase is extracted several times with chloroform.
The organic phases are combined, dried and concentrated.
20  The concentration residue is recrystallised from isopropanol.
Yield: 95 g (77.8% of theory),
M.p.: 175-176°C.


b)    4-(Phthalimido)-cyclohexanone


25    95 g (0.388 Mol) of 4-(phthalimido)-cyclohexanol
are dissolved in 600 ml of chloroform and, after
the addition of 450 ml of water and 120 ml of sulfuric
acid, 90 g (0.3 Mol) of potassium dichromate are
added in batches. The internal temperature of
30  the mixture is maintained at between 25 and 30°C
by slight cooling. The mixture is stirred for
a further 3 hours, then the chloroform phase is
separated off and the mixture extracted twice more with
chloroform. After drying and concentration of the extracts

BARR028296

- 28 -

82 g (86.9% of theory) are obtained.

    c)    <u>2-Amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazol</u>

5        48.6 g (0.2 Mol) of 4-(phthalimido)cyclohexanone are brominated analogously to Example 1 with 32 g (0.2 Mol) of bromine and then converted with thiourea into the 2-amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazol.

Yield: 30 g (50% of theory),

10 M.p.: 244-246°C (decomposition)

Calculated: C 60.18  H 4.38  N 14.04

Found:      60.05    4.25   13.95.


    d)    <u>2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

15        9.5 g (31.7 mMol) of 2-amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazole are suspended in 100 ml of ethanol and, after the addition of 1.8 g (36 mMol) of hydrazine hydrate, refluxed for 2 hours. The mixture is then concentrated and purified

20 by column chromatography on silica gel using methanol as eluant. Then the dihydrochloride is precipitated in ethanol with ethanolic hydrochloric acid.

Yield: 2.0 g (26% of theory),

M.p.: >315°C (decomposition)

25 Calculated: C 34.72  H 5.41  N 17.35  Cl 29.25

Found:      35.00    5.26   16.95   29.10.


<u>Example 3</u>

<u>6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-</u>

30 <u>hydrobromide</u>

        160 g (1.0 Mol) of bromine are added dropwise to a solution of 155 g (1.0 Mol) of 4-acetylamino-

BARR028297

- 29 -

cyclohexanone in 1.5 l of glacial acetic acid.
The mixture is stirred for 3 hours at ambient temperature.
152.0 g (2.0 Mol) of thiourea are added to the
reaction mixture and the resulting mixture is refluxed
5   for 30 minutes. After cooling, the crystals precipitated
are suction filtered and washed with water and acetone.
Yield:  73 g (37% of theory),
M.p.:   292-293°C (decomposition)
10  Calculated:  C 36.99  H 4.83  N 14.38
Found:        36.82    4.76    14.18.

By stirring the hydrobromide in aqueous potassium
carbonate solution and subsequently suction filtering,
the free base is obtained, m.p. 194-196°C (methanol).

15      The following compounds were prepared analogously
to Example 3:

6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  46% of theory,
M.p.:   194-196°C
Calculated:  m/e = 251
20  Found:       m/e = 251.

6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:  64% of theory,
M.p.:   238-240°C
25  Calculated:  C 53.30  H 6.71  N 18.65
Found:        53.18    6.78    18.41.

6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole
Yield:  51% of theory,
30  M.p.: 170-171°C
Calculated:  C 55.20  H 7.16  N 17.56
Found:        55.15    7.17    17.58.

BARR028298

- 30 -

Example 4
2,6-Diamino-4,5,6,7-tetrahydro-benzthiazole-dihydrobromide

3 g (0.01 Mol) of 6-acetylamino-2-amino-4,5,6,7-
tetrahydro-benzthiazole-hydrobromide are dissolved
in 20 ml of semi-concentrated hydrobromic acid
and refluxed for 6 hours.  The solution is then
concentrated by evaporation and the residue recrystallised
from methanol.
Yield:  2.8 g (82% of theory).
M.p.: >315°C.
Melting point of the base: 233-236°C
Calculated:   C 25.39   H 3.96   N 12.69
Found:           25.34       3.93      12.51.

The following compounds were prepared analogously
to Example 4:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-
hydrobromide
Yield:  57% of theory,
M.p.:  262-263°C
Calculated:   C 36.37   H 5.34   N 15.90
Found:           36.30       5.45      15.82.

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazole-
oxalate
Yield:  52% of theory,
M.p.:  164-165°C (decomp.)
Calculated:   m/e = 209
Found:          m/e = 209.

6-Amino-2-diethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  45% of theory,
M.p.: >270°C (decomp.)
Calculated:   C 30.10   H 4.77   N 11.70

BARR028299

- 31 -

Found:            30.13        4.84        11.68

Example 5
2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
5  benzthiazole-dihydrochloride

     To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-tetrahydro-benzthiazole in 34 ml of dimethylformamide
are added 5 g (0.022 Mol) of 2-phenyl-ethylbromide
and 2.6 g of potassium carbonate and the reaction
10  mixture is stirred at 100°C for 3 hours. The potassium
bromate precipitated is then suctioned off and the solvent
is distilled off. The residue is chromatographed
on silica gel (ethyl acetate/methanol = 80/20 +
3% ammonia. The desired compound crystallises
15  out from ethereal hydrochloric acid.
Yield: 2.1 g (30% of theory),
M.p.: 289-291°C
Calculated: C 52.02  H 6.11  N 12.13
Found:        51.82    6.13    12.16

20      The following compounds were prepared analgously
to Example 5:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 28% of theory,
25  M.p.: 295-296°C (decomp.)
Calculated: C 42.25  H 6.74  N 14.78
Found:        41.95    7.09    14.50

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
30  Yield: 35% of theory,
M.p.: 268°C (decomp.)
Calculated: C 44.29  H 7.10  N 14.09
Found:        43.97    7.17    13.97

BARR028300

- 32 -

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield: 38% of theory,
M.p.: 282-283°C (decomp.)
5  Calculated:   C 42.56   H 6.07   N 14.89
Found:         42.17     6.07     14.71


2-Amino-6-[N-(2-chloro-benzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride
Yield: 40% of theory,
10  M.p.: >280°C (decomp.)
Calculated:   C 45.85   H 4.95   N 11.45
Found:         45.50     4.86     11.08


2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
15  Yield: 35% of theory,
M.p.: 268-270°C (decomp.)
Calculated:   C 42.86   H 5.40   N 15.00
Found:         42.78     5.59     14.79


2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazole-
20  dihydrobromide
Yield: 25% of theory,
M.p.: 312-313°C (decomp.)
Calculated:   C 27.84   H 4.38   N 12.18
Found:         27.78     4.46     12.21

25  Example 6
2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride-monohydrate


        To a solution of 3.4 g (0.02 Mol) of 2,6-
30  diamino-4,5,6,7-tetrahydro-benzthiazole in 50 ml
of methanol are added 10 g (0.08 Mol) of n-propylbromide
and 11.1 g of potassium carbonate and the mixture
is refluxed for 3 days.  Then 100 ml of water are

BARR028301

- 33 -

added and the mixture is extracted with ethylacetate.
The solvent is distilled off and the residue is
chromatographed on silica gel (eluant: methylenechloride/
methanol = 80/20). The corresponding fraction
5 is concentrated by evaporation and the desired
compound is precipitated in the form of the hydrochloride.
Yield: 1.9 g (28% of theory),
M.p.: 271-273°C
Calculated:    C 45.34    H 7.90    N 12.20
10 Found:              45.00       7.98        12.00

Example 7
2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

15      To a solution of 3.4 g (0.02 Mol) of 2,6-
diamino-4,5,6,7-tetrahydro-benzthiazole in 34 ml
of dimethylformamide are added 1.8 g (0.022 Mol)
of n-butanal and the mixture is heated to 50°C
for 1 hour. After cooling, the reaction solution
20 is mixed with 0.8 g (0.02 Mol) of sodium borohydride
and heated to 50°C for 30 minutes. The solvent
is largely eliminated in vacuo. Whilst cooling
with ice, the residue is mixed with 20 ml of water
and 2N hydrochloric acid until a pH of 1 is obtained.
25 The aqueous solution is extracted with ethylacetate
and the organic phase discarded. The aqueous phase
is mixed with potassium carbonate until an alkaline
reaction is obtained and then extracted with ethyl
acetate. The organic phase is dried and concentrated.
30 The compound crystallizes out when ethereal hydrochloric
acid is added.
Yield: 2.3 g (39% of theory),
M.p.: 254-256°C
Calculated:    C 44.29    H 7.10    N 14.09
35 Found:              44.44       7.31        14.07.

BARR028302

- 34 -

The following compounds were prepared analogously
to Example 7:


2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

5  Yield: 38% of theory,
   M.p.: 296-297°C
   Calculated:   C 40.00   H 6.34   N 15.55
   Found:          39.97     6.41     15.35


2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazole-
10  semifumarate
   Yield: 42% of theory,
   M.p.: >270°C
   Calculated:   C 56.54   H 7.79   N 14.13
   Found:          56.13     7.80     13.97


15  2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazole-
   dihydrochloride
   Yield: 49% of theory,
   M.p.: 272-274°C
   Calculated:   C 47.85   H 7.72   N 12.88
20  Found:          47.96     7.65     12.71


2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole-
   dihydrochloride
   Yield: 42% of theory,
   M.p.: 286-288°C
25  Calculated:   C 42.25   H 6.74   N 14.78
   Found:          42.05     6.77     14.57


BARR028303

- 35 -

2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazole-
dioxalate
Yield:  36% of theory,
M.p.:  212-213°C
5   Calculated:   C 46.04     H 5.55     N 10.07
    Found:            45.95        5.28        10.08

2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  38% of theory,
10  M.p.:  288-290°C
    Calculated:   C 48.14     H 7.15     N 12.96
    Found:            47.88        7.16        12.74

Example 8
15  6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
        A solution of 1 g (0.0044 Mol) of 6-acetylamino-
2-methylamino-4,5,6,7-tetrahydro-benzthiazole in
20 ml of absolute tetrahydrofuran is mixed with
20  0.4 g (0.01 Mol) of lithiumaluminium hydride and
refluxed for 2 hours.  After cooling, 50 g of a
40% diammonium tartrate solution are added dropwise.
The organic phase is separated off and concentrated
by evaporation.  The residue is chromatographed
25  on silica gel (eluant:  methylene chloride/methanol =
80/20).  The corresponding fraction is concentrated
by evaporation.  The compound crystallizes out
when ethereal hydrochloric acid is added.
Yield:  0.3 g (33% of theory),
30  M.p.:  >260°C
    Calculated:    m/e = 211

BARR028304

- 36 -

Found:        m/e = 211.

    The following compounds were prepared analogously
to Example 8:


2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride
Yield:  37% of theory,
M.p.:  218-220°C (decomp.)
Calculated:   C 46.45   H 6.82   N 13.54
Found:        46.60     7.03     13.66


2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-
benzthiazole-oxalate hydrate
Yield:  20% of theory,
M.p.:  189-190°C
Calculated:   C 46.83   H 6.95   N 12.60
Found:        47.03     6.89     12.49.


## Example 9
## 6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-
## benzthiazole


    To a solution of 4.2 g (0.02 Mol) of 6-acetylamino-
2-amino-4,5,6,7-tetrahydro-benzthiazole in 100 ml
of absolute tetrahydrofuran are added 2.2 g (0.022 Mol)
of triethylamine and 3.1 g (0.022 Mol) of benzoylchloride
and the mixture is refluxed for 3 hours.  The reaction
mixture is mixed with water and extracted with
ethyl acetate.  The organic phase is concentrated
by evaporation.  The residue is recrystallized
from methanol.
Yield:  3 g (48% of theory),
M.p.:  >260°C
Calculated:   m/e = 315
Found:        m/e = 315

BARR028305

- 37 -

The following compounds were prepared analogously
to Example 9:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazole
Yield:  50% of theory,
5    M.p.:  258-259°C
Calculated:    m/e = 252
Found:        m/e = 252.

6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-
benzthiazole
10   Yield:  44% of theory,
M.p.: >260°C
Calculated:    m/e = 266
Found:        m/e = 266.

6-Acetylamino-2-phenylamino-4,5,6,7-tetrahydro-
15   benzthiazole
Yield:  78% of theory,
M.p.:  112°C
Calculated:    m/e = 329
Found:        m/e = 329.

20

Example 10
2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

To a solution of 1.2 g (3.2 mMol) of 6-acetylamino-
25   2-benzoylamino-4,5,6,7-tetrahydro-benzthiazole
in 50 ml of absolute tetrahydrofuran are added
0.24 g (64 mMol) of lithiumaluminiumhydride and
the mixture is refluxed for 1 hour.  It is then
worked up as in Example 8.
30   Yield:  0.4 g (34% of theory),
M.p.:  242-245°C
Calculated:    C 53.33    H 6.43    N 19.68
Found:        53.59     6.37     19.42

BARR028306

— 38 —

The following compounds were prepared analogously
to Example 10:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

5   Yield: 38% of theory,

M.p.: 241-243°C

Calculated:   C 44.29   H 7.10   N 14.09

Found:         44.06     7.27    13.85

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-

10  benzthiazole-dihydrochloride

Yield: 32% of theory,

M.p.: 267-268°C

Calculated:   C 46.15   H 7.42   N 13.46

Found:         45.95     7.53    13.33

15  6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrochloride-hemihydrate

Yield: 26% of theory,

M.p.: 248-251°C

Calculated:   C 53.25   H 6.84   N 10.96

20  Found:         53.31     6.64    10.89

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole
prepared from 2,6-diacetylamino-4,5,6,7-tetrahydro-
benzthiazole at ambient temperature.

Yield: 33% of theory,

25  M.p.: 234-235°C

Calculated:   m/e = 238

Found:      m/e = 238.

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-
benzthiazole prepared from 6-acetylamino-2-benzoylamino-

30  4,5,6,7-tetrahydro-benzthiazole at ambient temperature.

BARR028307

- 39 -

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole prepared from 6-acetylamino-2-propionylamino-
4,5,6,7,-tetrahydro-benzthiazole at ambient temperature.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-
5   4,5,6,7-tetrahydrobenzthiazole.

Example 11
6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazole-
dihydrochloride

10      Prepared from 6-acetylamino-2-ethylamino,4,5,6,7-
tetrahydro-benzthiazole analogously to Example 4.
Yield: 45% of theory,
M.p.: 155-158°C
Calculated:   C 40.00   H 6.34   N 15.55
15  Found:       39.86     6.31     15.26

The following compounds were prepared analogously
to Example 11:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrobromide
20      6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrobromide
6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-
tetrahydro-benzthiazole-dihydrobromide.

25  Example 12
2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole-dihydrochloride

3.0 g (15 mMol) of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole are dissolved in
30  15 ml of pyridine and 2.1 g (15 mMol) of benzoylchloride
are added dropwise. After standing overnight the
mixture is concentrated, mixed with soda solution

BARR028308

- 40 -

and extracted with chloroform. The chloroform
extract is concentrated and then chromatographed
on silica gel (eluant: methylenechloride/methanol =
9/1). The isolated base (melting point 174°C)
5    is dissolved in acetone and the dihydrochloride
is precipitated with isopropanolic hydrochloric acid.
Yield: 2.8 g (49% of theory),
M.p.: 284°C (decomp.)

| | | | | |
|---|---|---|---|---|
| Calculated: | C 51.33 | H 5.65 | N 11.23 | Cl 18.94 |
| 10   Found: | 51.51 | 5.76 | 11.32 | 18.75 |

## Example 13
## 6-Acetylamino-2-amino-4,5,6,7-tetrohydro-benzthiazole

3.1 g (20 mMol) of 4-acetylamino-cyclohexanone
15   and 6.2 g (20 mMol) of formamidine-disulfide-dihydro-
bromide are intimately mixed and heated in a heating
bath at a temperature of 120 - 130°C for 2 hours
with stirring. The mixture is then taken up in
water, made alkaline with ammonia and extracted
20   with chloroform. After the extracts have been
dried they are concentrated by evaporation, triturated
with acetone and suction filtered.
Yield: 1.8 g (42.6% of theory),
M.p.: 230°C

| | | | |
|---|---|---|---|
| 25   Calculated: | C 51.17 | H 6.20 | N 19.89 |
| Found: | 51.09 | 6.22 | 19.75 |

Starting from 4-dimethylamino-cyclohexanone
the following compound was prepared analogously
to Example 13:

30   2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole
Yield: 21% of theory,
M.p.: 189-190°C

| | | | |
|---|---|---|---|
| Calculated: | C 54.80 | H 7.66 | N 21.29 |
| Found: | 54.71 | 7.53 | 21.12 |

BARR028309

- 41 -

<u>Example I</u>

<u>Tablet core containing 5 mg of 2-amino-6-dimethylamino-</u>

<u>4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

Composition:

 1 tablet core contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Lactose | 33.5 mg |
| Corn starch | 10.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

<u>Preparation</u>

A mixture of the active substance with lactose and corn starch is granulated with a 10% aqueous gelatine solution through a screen with a mesh size of 1 mm, dried at 40°C and again rubbed through this screen. The granulate thus obtained is mixed with magnesium stearate and compressed to form tablet cores. The tablets must be prepared in darkened rooms.

Weight of core: 50 mg
Punch:     4 mm, convex.

The tablet cores thus obtained are coated by the usual method with a coating consisting essentially of sugar and talc. The finished coated tablets are polished with bees wax.

Weight of coated tablet: 100 mg.

BARR028310

- 42 -

<u>Example II</u>
<u>Drops containing 5 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride</u>

Composition:

5  100 ml of drops substance:

| | |
|---|---|
| Methylester-p-hydroxybenzoate | 0.035 g |
| n-Propylester-p-hydroxybenzoate | 0.015 g |
| Anisol | 0.05 g |
| Menthol | 0.06 g |
| Pure ethanol | 10.0 g |
| Active substance | 0.5 g |
| Citric acid | 0.7 g |
| Sec. sodiumphosphate x 2 $H_2O$ | 0.3 g |
| Sodium cyclamate | 1.0 g |
| Glycerol | 15.0 g |
| Distilled water | ad 100.0 ml |

<u>Preparation</u>

20    The p-hydroxybenzoates, anisol and menthol
are dissolved in ethanol (Solution I).
      The buffer substances, active substance and
sodium cyclamate are dissolved in distilled water
and glycerol is added (Solution II).  Solution
I is stirred into Solution II and the mixture is
25  topped up to the volume specified with distilled
water.  The finished drops solution is filtered
through a suitable filter.  The preparation and
bottling of the drops solution must be carried
out away from the light and under a protective
30  gas.

BARR028311

– 43 –

Example III

Suppositories containing 10 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

5   1 suppository contains:

| | |
|---|---|
| Active substance | 10.0 mg |
| Suppository mass (e.g. Witepsol W 45) | 1 690.0 mg |
| | 1 700.0 mg |

10   Preparation

The finely powdered substance is stirred
into the molten suppository mass, cooled to 40°C,
with an immersion homogeniser. At 35°C the mass
is poured into slightly chilled moulds.
15   Weight of suppository: 1.7 g

Example IV

Ampoules containing 5 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

20   1 Ampoule contains:

| | |
|---|---|
| Active substance | 5.0 mg |
| Citric acid | 7.0 mg |
| Sec. sodium phosphate x $2H_2O$ | 3.0 mg |
| Sodium pyrosulphite | 1.0 mg |
| 25   Distilled water    ad. | 1.0 ml |

Preparation

The buffer substances, active substance and
sodium pyrosulphite are successively dissolved in
30   deionised water which has been cooled under $CO_2$
gas. The solution is made up to the volume specified
with boiled water and filtered free from pyrogens.

BARR028312

- 44 -

Bottling:  in brown ampoules under protective gas
Sterilisation:  20 minutes at 120°C.

The preparation and transferring of the ampoule
solution must be carried out in darkened rooms.

5

Example V
Coated tablets containing 1 mg of 2-amino-6-dimethylamino-
4,5,6,7-tetrahydro-benzthiazole-dihydrochloride

1 tablet core contains:

| | |
|---|---|
| Active substance | 1.0 mg |
| Lactose | 35.5 mg |
| Corn starch | 12.0 mg |
| Gelatine | 1.0 mg |
| Magnesium stearate | 0.5 mg |
| | 50.0 mg |

Preparation

Analogous to Example I

| | |
|---|---|
| Weight of core: | 50 mg |
| Punch: | 5 mm, convex |
| Weight of coated tablet: | 100 mg |

BARR028313

- 45 -

Patent Claims

1.    Tetrahydro-benzthiazoles of general formula



(I)

wherein

5       $R_1$ represents a hydrogen atom, an alkyl group
having 1 to 6 carbon atoms, an alkenyl or alkynyl
group each having 3 to 6 carbon atoms, an alkanoyl
group having 1 to 6 carbon atoms, a phenyl alkyl
or phenyl alkanoyl group having 1 to 3 carbon atoms
10   in the alkyl part,
       $R_2$ represents a hydrogen atom or an alkyl
group with 1 to 4 carbon atoms,
       $R_3$ represents a hydrogen atom, an alkyl group
with 1 to 7 carbon atoms, a cycloalkyl group having
15   3 to 7 carbon atoms, an alkenyl or alkynyl group
having 3 to 6 carbon atoms, an alkanoyl group having
1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl
group having 1 to 3 carbon atoms in the alkyl part,
whilst the phenyl nucleus may be substituted by
20   fluorine, chlorine or bromine atoms,
       $R_4$ represents a hydrogen atom, an alkyl group
with 1 to 4 carbon atoms, an alkenyl or alkynyl
group having 3 to 6 carbon atoms or
       $R_3$ and $R_4$ together with the nitrogen atom
25   between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, the enantiomers
thereof, and the acid addition salts thereof.

BARR028314

- 46 -

2.    Tetrahydro-benzthiazoles of general formula I
as claimed in claim 1 wherein the

$$R_3 \diagdown N- \atop R_4 \diagup$$

5

group is in the 5 or 6-position, and the acid addition
salts thereof.

3.    Tetrahydro-benzthiazoles of general formula



(Ia)

10    wherein
$R_1$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms, an allyl, benzyl or
phenylethyl group,
$R_2$ represents a hydrogen atom, a methyl or
15    ethyl group,
$R_3$ represents a hydrogen atom, an alkyl group
with 1 to 6 carbon atoms, an allyl, propargyl,
benzyl, chlorobenzyl, phenylethyl, cyclopentyl
or cyclohexyl group,
20    $R_4$ represents a hydrogen atom, an alkyl group
having 1 to 3 carbon atoms or an allyl group or
$R_3$ and $R_4$ together with the nitrogen atom
between them represent a pyrrolidino, piperidino,
hexamethyleneimino or morpholino group, and the
25    acid addition salts thereof.
4.    Tetrahydro-benzthiazoles of general formula
Ia as claimed in claim 3, wherein the

BARR028315

– 47 –



group is in the 6-position, and the acid addition
5   salts thereof.
5.    Tetrahydro-benzthiazoles of general formula
Ia as claimed in claim 3, wherein
$R_1$ and $R_2$ together with the nitrogen atom
between them represent an amino or allylamino group and
10     $R_3$ and $R_4$ together with the nitrogen atom
between them represent a diethylamino, diethylamino,
N-allyl-N-(4-chloro-benzyl)-amino, n-propylamino
or pyrrolidino group, and the acid addition salts
thereof.
15   6.    2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the
acid addition salts thereof.
7.    2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-
benzthiazole, the enantiomers thereof, and the
20   acid addition salts thereof.
8.    Physiologically acceptable acid addition
salts with inorganic or organic acids of the compounds
as claimed in claims 1 to 7.
9.    Pharmaceutical compositions containing a
25   compound as claimed in claims 3 to 7 or a physiologically
acceptable acid addition salt as claimed in claim
8 optionally together with one or more inert carriers
and/or diluents.
10.    Use of a compound as claimed in claims 3
30   to 7 or a physiologically acid addition salt as
claimed in claim 8 for treating central nervous
neuro-psychiatric diseases and/or for treating
circulatory disorders.
11.    Process for preparing a pharmaceutical composition,
35   characterised in that a compound as claimed in
claims 3 to 7 or a physiologically acceptable acid

BARR028316

- 48 -

addition salt as claimed in claim 8 is incorporated
in one or more inert carriers and/or diluents by
a non-chemical method.

12.    Process for preparing the tetrahydro-benzthiazoles
as claimed in claims 1 to 8, characterised in that

a)    a cyclohexanone of general formula



(II)

wherein

$R_3$ and $R_4$ are defined as in claims 1 to 7
and

X represents a nucleophilically exchangeable
group such as a halogen atom, e.g. a chlorine or
bromine atom,
with a thiourea of general formula



(III)

wherein

$R_1$ and $R_2$ are defined as in claims 1 to 7,
or

b)    a compound of general formula

BARR028317

– 49 –



(IV)

wherein

$R_3$ and $R_4$ are defined as in claims 1 to 7,
in reacting with a formamidine-disulphide of general
formula



(V)

wherein

$R_1$ and $R_2$ are defined as in claims 1 to 7
and

$Y^-$ represents an anion of an inorganic or
organic acid, or

c)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents a hydrogen atom, a protecting
group is split off from a compound of general formula



(VI)

BARR028318

- 50 -

wherein at least one of the groups $R_1'$, $R_2'$, $R_3'$
or $R_4'$ represents a protecting group for an amino
group such as an acyl or alkoxycarbonyl group,
e.g. an acetyl, propionyl, methoxycarbonyl or ethoxy-
carbonyl group, or $R_1'$ and $R_2'$ or $R_3'$ and $R_4'$ together
with the nitrogen atom between them represent an
imido group, e.g. the phthalimido group, and
the remaining groups $R_1$, $R_2$, $R_3$ or $R_4$ have
the meanings given for $R_1$ to $R_4$ in claims 1 to
7, with the exception of the acyl groups mentioned
in claims 1 and 2, or
d)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl or phenylalkyl groups mentioned in claims
1 to 7,
a compound of general formula



VII

wherein at least one of the groups $R_1''$, $R_2''$, $R_3''$
or $R_4''$ represents one of the acyl or phenylacyl
groups mentioned in claims 1 and 2 and
the other groups have the meanings given
for $R_1$, $R_2$, $R_3$ and $R_4$ in claims 1 to 7,
is reduced with a metal hydride in a solvent
or
e)    in order to prepare compounds of general
formula I wherein at least one of the groups $R_1$,
$R_2$, $R_3$ or $R_4$ represents one of the alkyl, cycloalkyl,
alkenyl, alkynyl or phenylalkyl groups mentioned

BARR028319

- 51 -

in claims 1 to 7,

a compound of general formula



$$(VIII)$$

wherein

5      at least one of the groups $R_1"'$, $R_2"'$, $R_3"'$
or $R_4"'$ represents a hydrogen atom and the other
groups $R_1"'$, $R_2"'$, $R_3"'$ or $R_4"'$ have the meanings
given for $R_1$ to $R_4$ in claims 1 to 7 is reacted
with a compound of general formula

10                  $$R_5 - Z \qquad (IX)$$

wherein $R_5$ represents one of the alkyl, cycloalkyl,
alkenyl, alkynyl or phenylalkyl groups mentioned
for $R_1$ to $R_4$ in claims 1 to 7 and
       Z represents a nucleophilically exchangeable
15 group such as a halogen atom or a sulphonic acid
group, e.g. a chlorine, bromine or iodine atom,
a methoxysulphonyloxy or p-toluenesulphonyloxy
group, or Z together with an adjacent hydrogen
of the group $R_5$ represents an oxygen,
20      and subsequently if desired, a compound of
general formula I thus obtained wherein at least
one of the groups $R_1$, $R_2$, $R_3$ or $R_4$ represents a
hydrogen atom, is converted by a suitable acylation
into a corresponding compound of general formula
25 I wherein at least one of the groups $R_1$, $R_2$, $R_3$
or $R_4$ represents one of the acyl groups mentioned
in claims 1 and 2, or

BARR028320

- 52 -

a compound of general formula I thus obtained
which contains at least one chiral centre is resolved
into its enantiomers or

a compound of general formula I thus obtained
5  is converted into the acid addition salts thereof,
particularly the physiologically acceptable acid
addition salts with organic or inorganic acids.

13.   Process as claimed in claim 12, characterised
in that the reaction is carried out in a solvent.

10  14.   Process as claimed in claims 12a and 13,
characterised in that the reaction is carried out
at temperatures of between 0 and 150°C, preferably
at temperatures of between 20 and 100°C.

15.   Process as claimed in claims 12b and 13,
15  characterised in that the reaction is carried out
at temperatures of between 50 and 200°C, preferably
at temperatures of between 70 and 150°C.

16.   Process as claimed in claims 12c and 13,
characterised in that the splitting off of a protecting
20  group is carried out by hydrolysis in the presence
of a base or acid.

17.   Process as claimed in claims 12c, 13 and
16, characterised in that the reaction is carried
out at temperatures of between 50 and 150°C.

25  18.   Process as claimed in claims 12d and 13,
characterised in that the reduction is carried
out with lithium aluminium hydride.

19.   Process as claimed in claims 12d, 13 and
18, characterised in that the reduction is carried
30  out at temperatures of between 0 and 100°C, preferably
at temperatures of between 20 and 80°C.

20.   Process as claimed in claims 12e and 13,
characterised in that, if X represents a nucleophilically
exchangeable group, the reaction is carried out
35  at temperatures of between −10 and 50°C, preferably
at temperatures of between 0 and 30°C.

BARR028321

— 53 —

21.   Process as claimed in claim 20, characterised
in that the reaction is carried out in the presence
of a base.

22.   Process as claimed in claims 12e and 13,
characterised in that, if the reaction is carried
out with a carbonyl compound of general formula
IX, it is carried out in the presence of a complex
metal hydride at temperature of between 0 and 50°C,
preferably at ambient temperature.

23.   Process as claimed in claim 22, characterised
in that sodiumborohydride or sodiumcyanoborohydride
is used as the complex metal hydride.

BARR028322

– 54 –

## Abstract

This invention relates to new tetrahydro-benzthiazoles of general formula

$$R_3\!\!-\!\!N\raisebox{0pt}{}\text{(benzothiazole ring)}N\!\!-\!\!R_1$$

(I)

wherein

$R_1$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group,

$R_2$ represents a hydrogen atom or an alkyl group,

$R_3$ represents a hydrogen atom, an alkyl group a cycloalkyl group, an alkenyl or alkynyl group, an alkanoyl group, a phenyl alkyl or phenyl alkanoyl group, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group, an alkenyl or alkynyl group, or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group, the enantiomers and the acid addition salts thereof.

The compounds of general formula I above in which one of the groups $R_1$ or $R_3$ or both groups $R_1$ and $R_3$ represent an acyl group are valuable intermediate products for preparing the other compounds of general formula I which have valuable pharmacological properties, particularly an effect on the central nervous system and/or the circulation.

BARR028323

- 55 -

The new compounds may be prepared using methods known per se.

BARR028324

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------X

BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM     )
PHARMACEUTICALS,                  )
                                  ) C.A. No.
                  Plaintiffs,     ) 05-700-(KAJ)
            v.                    ) CONSOLIDATED
BARR LABORATORIES, INC.,          )
                                  )
                  Defendant.      )
----------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM     )
PHARMACEUTICALS, INC.,            )
                                  )
                  Plaintiffs,     )
            v.                    )
MYLAN PHARMACEUTICALS, INC.,      )
                                  )
                  Defendant.      )
----------------------------------X


        VIDEODEPOSITION UPON ORAL EXAMINATION OF
           DR. ROLF A. FLEISCHER, VOLUME I

                    Taken on:
           Wednesday, 25 October, 2006
              Commencing at 9:04 a.m.

                    Taken at:
             Park Hotel Jordanbad,
               Im Jordanbad 7,
             88400 Biberach Germany


    REPORTED BY:  FREDERICK WEISS, CSR, CM
    JOB NO. 10337





**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

## 46

10:30:48 1     A.   With the first lawyer we had there,
10:31:10 2 they were in German. And later on, if I remember
10:31:13 3 correctly, in English.
10:31:23 4     Q.   During the course of your work at
10:31:25 5 Boehringer Ingelheim, did you communicate with
10:31:28 6 attorneys in Ireland?
10:31:38 7     A.   Yes.
10:31:39 8     Q.   And were those communications in
10:31:40 9 English?
10:31:41 10     A.   Yes.
10:31:44 11     Q.   During the course of your work at
10:31:49 12 Boehringer Ingelheim, did you communicate with
10:31:51 13 attorneys in New Zealand?
10:32:06 14     A.   As far as I remember, only through
10:32:09 15 Frank B. Dehn.
10:32:10 16     Q.   During the course of your work at
10:32:11 17 Boehringer Ingelheim, did you have communications
10:32:12 18 with attorneys in Canada?
10:32:13 19     A.   Yes.
10:32:21 20     Q.   And were those communications in
10:32:23 21 English?
10:32:23 22     A.   Yes.

## 47

10:32:23 1     Q.   Dr. Fleischer, have you understood
10:32:49 2 my questions this morning without the assistance
10:32:51 3 of the translator?
10:32:59 4     A.   No.
10:32:59 5     Q.   Have you understood any of the
10:33:02 6 questions that I have asked without the assistance
10:33:04 7 of the translator?
10:33:21 8     A.   I was never sure whether it was 100
10:33:25 9 percent correct.
10:33:28 10     Q.   Dr. Fleischer, would you be
10:33:59 11 comfortable answering the questions in English if
10:34:01 12 the questions have been translated?
10:34:03 13     A.   No.
10:34:12 14     Q.   During your employment at
10:34:18 15 Boehringer Ingelheim, how many of the patents,
10:34:24 16 whose applications you drafted, covered products
10:34:32 17 that were ultimately commercialized?
10:34:35 18     MR. CHERNY: Can I just have it
10:34:37 19 back before she does it?
10:34:38 20     I just want Frederick to read back
10:34:42 21 the question so I can have it in my head, and then
10:34:44 22 you go.

## 48

10:34:44 1     Okay, Frederick?
10:34:17 2     THE REPORTER: Question, "During
10:34:17 3 your employment at Boehringer Ingelheim, how many
10:34:20 4 of the patents, whose applications you drafted,
10:34:31 5 covered products that were ultimately
10:34:34 6 commercialized?"
10:35:18 7     THE WITNESS:
10:35:25 8     A.   I cannot say, because I don't have
10:35:26 9 any statistics.
10:35:30 10 BY MS. BERNIKER:
10:35:30 11     Q.   Can you tell me which products?
10:35:33 12     INTERPRETER MUELLER-GRANT: I am
10:35:34 13 sorry. (Interpreting) I don't have any
10:35:35 14 statistics here.
10:35:36 15     MR. CHERNY: Okay. Please.
10:35:37 16 BY MS. BERNIKER:
10:35:38 17     Q.   Can you tell me which products that
10:35:40 18 Boehringer Ingelheim has commercialized are
10:35:48 19 covered by patents with which you were involved?
10:36:03 20     MR. CHERNY: Objection. Vague.
10:36:05 21 Lack of foundation. Calls for legal conclusion.
10:36:12 22     (Interpreter Translating)

## 49

10:36:16 1     You can answer if you know.
10:36:19 2     THE WITNESS:
10:36:58 3     A.   I cannot tell you in how many
10:37:00 4 products that reached such compounds for which I
10:37:06 5 filed the application.
10:37:08 6     I was responsible and looked after
10:37:11 7 the substance SND 919; then Telmisartan,
10:37:21 8 Spiropent, and Ambroxol.
10:37:50 9 BY MS. BERNIKER:
10:37:50 10     Q.   Dr. Fleischer, the other -- the two
10:37:53 11 drugs that you mentioned in addition to SND 919
10:37:56 12 and --
10:37:56 13     MR. CHERNY: I think there was
10:37:57 14 three.
10:37:58 15     MS. BERNIKER: Were there three?
10:38:04 16     INTERPRETER MUELLER-GRANT: There
10:38:06 17 were three.
10:38:06 18     MS. BERNIKER: There was three, in
10:38:08 19 addition to SND 919?
10:38:10 20     MR. CHERNY: I wouldn't lie to you.
10:38:12 21     MS. BERNIKER: Do we have that
10:38:13 22 under oath?

13 (Pages 46 to 49)

DR. ROLF A. FLEISCHER

### 122

02:06:50 1 together with the patent department.
02:06:52 2     Q.    When you say that was decided by
02:06:55 3 research, are you talking about the group who were
02:06:57 4 involved with the application?
02:06:58 5     A.    The group is part of the research
02:07:23 6 department, and the first decision or opinion came
02:07:29 7 from there.
02:07:30 8     Q.    What would be taken into
02:07:33 9 consideration in deciding whether to file the
02:07:35 10 application abroad?
02:07:39 11     MR. CHERNY:  And I will caution you
02:07:41 12 not to disclose any specific -- I am sorry.  Maybe
02:07:45 13 it's -- I don't want to stand in the way of the
02:07:48 14 translation.  I just want to make sure I get my
02:07:50 15 objection in before.
02:07:51 16     MS. BERNIKER:  That's fine.  Why
02:07:52 17 don't you make your objection, and then...
02:07:55 18     MR. CHERNY:  I caution you not to
02:07:56 19 reveal any specific communications relate to go a
02:07:58 20 decision.
02:07:59 21     She is only asking generally if
02:08:02 22 there is an answer.

### 123

02:08:03 1     (Interpreter translating)
02:08:36 2     (Interpreter translated question in German)
02:08:41 3     THE WITNESS:
02:08:54 4     A.    It was always the success chances
02:08:59 5 given at the time whether there would be a
02:09:01 6 development or not.
02:09:04 7 BY MS. BERNIKER:
02:09:04 8     Q.    When you say "success chances," are
02:09:06 9 you speaking about the potential success of a drug
02:09:11 10 product encompassed within the application?
02:09:18 11     A.    Yes.
02:09:33 12     Q.    If you thought a drug was likely to
02:09:38 13 be successful, would you generally file foreign
02:09:43 14 applications?
02:09:52 15     MR. CHERNY:  Objection.  Vague.
02:10:07 16     THE WITNESS:
02:10:08 17     A.    The scope always depended on the
02:10:11 18 chances which were perceived at the time.
02:10:22 19 BY MS. BERNIKER:
02:10:22 20     Q.    Was there a time period within
02:10:24 21 which you would file foreign applications?
02:10:40 22     A.    I don't understand what this

### 124

02:10:46 1 question means.
02:10:47 2     Q.    After you filed the original
02:10:48 3 application, was there a time period within which
02:10:51 4 you would generally file the foreign applications?
02:10:56 5     A.    The time period always depended on
02:11:34 6 the priority, how much time there was available to
02:11:37 7 prepare the text.  There was no general rule.
02:11:40 8     Q.    Would you generally file the
02:11:42 9 foreign applications within a year of the original
02:11:45 10 application?
02:11:45 11     A.    I don't remember.  I mean, after
02:12:17 12 all, the priority year lasts for a year, and there
02:12:21 13 were certainly applications which were not going
02:12:24 14 abroad.
02:12:31 15     Q.    How long after the original
02:12:32 16 application was filed did you draft the Foreign
02:12:39 17 Filing Text in general?
02:12:50 18     INTERPRETER ROOSE-STAEHLE:  Filed?
02:12:51 19     MS. BERNIKER:  Drafted.
02:12:52 20     MR. CHERNY:  Objection.  Vague.
02:12:53 21 Calls for speculation.
02:13:02 22     THE WITNESS:

### 125

02:13:03 1     A.    It was case dependent.
02:13:07 2 BY MS. BERNIKER:
02:13:07 3     Q.    After you had completed any
02:13:10 4 modifications to the Foreign Filing Text that you
02:13:13 5 received from the research groups, what did you do
02:13:17 6 with the Foreign Filing Text at that time,
02:13:20 7 generally?
02:13:20 8     A.    This text was preserved, was kept
02:13:46 9 on stock, as it were, until the decision was made
02:13:50 10 to file abroad or not.
02:13:51 11     Q.    And once the decision was made to
02:13:53 12 file abroad, what did you do?
02:13:55 13     A.    That depended on the scope of the
02:14:16 14 decisions.  Normally the text were then sent out
02:14:19 15 for translation.
02:14:20 16     Q.    And who translated the text?
02:14:22 17     A.    In English, Frank B. Dehn.
02:14:33 18     Q.    In other languages?
02:14:35 19     A.    Spanish, the office of El Sabiro.
02:15:12 20     Q.    I am sorry.  Dehn and Company,
02:15:14 21 that's in England?
02:15:17 22     A.    (English)  Frank B. Dehn, yes.

32  (Pages  122  to  125)

DR. ROLF A. FLEISCHER

126

02:15:19 1    Q.    That's located in London?

02:15:21 2    A.    Yeah. Yes.

02:15:25 3    Q.    And after the Frank B. Dehn company

02:15:35 4    translated -- that's a company.

02:15:37 5         Correct?

02:15:48 6    A.    I don't know the corporate form,

02:15:51 7    but...

02:15:52 8    Q.    After the Frank B. Dehn company

02:15:55 9    translated the Foreign Filing Text to English,

02:15:59 10   what would they do with that translation?

02:16:31 11   A.    This translation was then sent out

02:16:33 12   to our representatives in order to do the filing

02:16:36 13   involved.

02:16:37 14   Q.    Did you also receive a copy of the

02:16:38 15   translation?

02:16:39 16   A.    Yes.

02:16:39 17   Q.    Did Dehn -- did the Dehn company

02:16:44 18   send the translation to your representatives to do

02:16:47 19   the filing or did you send the translation?

02:17:01 20   A.    This changed over the years, and

02:17:07 21   this is why I cannot remember how it was done in

02:17:11 22   the respective years.

127

02:17:12 1    Q.    Was the Dehn company instructed to

02:17:18 2    create an accurate translation of the Foreign

02:17:22 3    Filing Text that you sent them?

02:17:23 4    A.    Yes.

02:17:31 5    Q.    And for applications that were

02:17:42 6    being filed in the United States, who was the

02:17:45 7    recipient of the English translation?

02:17:55 8         MR. CHERNY:  For all the

02:17:56 9    applications?

02:17:57 10        MS. BERNIKER:  Generally, yes.

02:18:02 11        THE WITNESS:

02:18:05 12   A.    The patent department in the United

02:18:07 13   States.

02:18:07 14   Q.    And that department is located in

02:18:09 15   Ridgefield, Connecticut?

02:18:11 16   A.    Yes.

02:18:15 17   Q.    What is the responsibility of the

02:18:22 18   patent department office in Ridgefield,

02:18:24 19   Connecticut?

02:18:33 20        MR. CHERNY:  Objection. Lack of

02:18:34 21   foundation. Calls for speculation.

02:18:55 22        THE WITNESS:  The patent department

128

02:18:58 1    is in charge of the filing the applications and to

02:19:01 2    follow that up.

02:19:05 3    BY MS. BERNIKER:

02:19:11 4    Q.    When the patent department in the

02:19:15 5    United States was provided with an English

02:19:18 6    translation of the Foreign Filing Text that you

02:19:20 7    prepared, what were they expected to do with that?

02:19:37 8         MR. CHERNY:  Objection. Vague.

02:19:38 9    Lack of foundation.

02:19:42 10        THE WITNESS:

02:19:58 11   A.    As far as I know, the text was

02:20:01 12   adjusted to US practice.

02:20:04 13   BY MS. BERNIKER:

02:20:08 14   Q.    What part of the text was adjusted?

02:20:10 15   A.    (English) The claims.

02:20:17 16        (Through the interpreter) The

02:20:19 17   claims.

02:20:19 18   Q.    Was any other part of the text

02:20:22 19   adjusted?

02:20:22 20   A.    Sometimes. I don't know. It

02:20:33 21   depended on the specific case.

02:20:35 22   Q.    Would the US patent department in

129

02:20:39 1    Ridgefield, Connecticut make -- I am sorry. Let

02:20:44 2    me ask a different question.

02:20:45 3         Would you be informed of any

02:20:49 4    changes made by the US patent department in

02:20:51 5    Ridgefield, Connecticut?

02:20:52 6    A.    Yes.

02:20:58 7    Q.    And you would be informed of those

02:21:02 8    changes before the application was filed in the

02:21:04 9    United States?

02:21:06 10   A.    That's different case by case. It

02:21:20 11   is time dependent.

02:21:22 12   Q.    If there was time, you would have

02:21:27 13   reviewed those changes before the application was

02:21:29 14   filed?

02:21:30 15        Is that your testimony?

02:21:31 16   A.    As a rule, yes.

02:21:46 17   Q.    Did the attorneys in the United

02:21:51 18   States patent department in Ridgefield,

02:21:54 19   Connecticut ever have conversations with the

02:21:57 20   inventors directly?

02:22:04 21        MR. CHERNY:  Objection. Calls for

02:22:06 22   speculation.

33  (Pages 126 to 129)

DR. ROLF A. FLEISCHER

---

138

02:44:28 1    those applications?

02:44:53 2    (Discussion between interpreters)

02:45:07 3    INTERPRETER MUELLER-GRANT: Would

02:45:07 4    translate the whole question once again?

02:45:10 5    MR. CHERNY: I don't know what's

02:45:10 6    happening.

02:45:11 7    MS. BERNIKER: Please.

02:45:12 8    INTERPRETER MUELLER-GRANT: Okay.

02:45:15 9    (Translating)

02:45:42 10    THE WITNESS:

02:45:43 11    A.    I can no longer recall.

02:45:49 12    BY MS. BERNIKER:

02:45:50 13    Q.    Did you understand that they were

02:45:51 14    relying on your representation about what to claim

02:45:58 15    priority to?

02:45:58 16    A.    The question was what do you mean

02:46:22 17    by relying on your representation? Who or what is

02:46:26 18    "your?"

02:46:28 19    Q.    The representation that you

02:46:29 20    included in the order document about what to claim

02:46:32 21    priority to?

02:46:32 22    A.    I do not exactly understand that.

---

139

02:46:52 1    We sent them the priority date -- data. Maybe you

02:46:57 2    could once again elaborate on that question.

02:46:59 3    BY MS. BERNIKER:

02:47:00 4    Q.    You sent them the priority data?

02:47:01 5    A.    (English) Yes.

02:47:02 6    Q.    And you expected them to include

02:47:03 7    that in the United States patent application.

02:47:05 8    Correct?

02:47:06 9    A.    My expectations do not go that far.

02:47:33 10    We instructed them to prepare and file the patent

02:47:37 11    applications in accordance with US law.

02:47:46 12    Q.    Did you tell them the differences

02:47:48 13    between the priority applications and the Foreign

02:48:10 14    Filing Text?

02:48:10 15    A.    I cannot remember of that time.

02:48:16 16    Q.    Included in the order document, was

02:48:19 17    there information regarding differences between

02:48:22 18    the Foreign Filing Text and the priority

02:48:25 19    application?

02:48:36 20    A.    Here the same applies as before. I

02:48:45 21    cannot remember.

02:48:46 22    Q.    Were there instances where the

---

140

02:48:47 1    United States attorneys decided not to rely on t

02:48:50 2    priority dates that you provided them in the order

02:48:53 3    document?

02:48:53 4    A.    I cannot recall. I am sorry.

02:49:11 5    Q.    You don't recall any specific

02:49:15 6    instances where they did not rely on the priority

02:49:18 7    documents?

02:49:30 8    (Interpreter Translating)

02:49:30 9    INTERPRETER MUELLER-GRANT:

02:49:30 10    "Priority documents."

02:49:39 11    (Interpreter Translating)

02:49:45 12    THE WITNESS:

02:49:45 13    A.    That's something I cannot assess

02:49:47 14    because I don't know.

02:49:47 15    BY MS. BERNIKER:

02:49:51 16    Q.    You were provided with copies of

02:49:52 17    the applications that the United States attorneys

02:49:54 18    filed with the United States Patent Office?

02:50:09 19    A.    Yes.

02:50:09 20    Q.    Sitting here today, do you remember

02:50:13 21    any instances specifically of situations where

02:50:18 22    they did not include -- where they did not claim

---

141

02:50:22 1    priority to applications that you had included in

02:50:24 2    the order document?

02:50:47 3    MR. CHERNY: Objection. Asked and

02:50:48 4    answered.

02:50:56 5    THE WITNESS:

02:50:57 6    A.    I cannot tell you. I cannot

02:50:58 7    recall.

02:50:59 8    BY MS. BERNIKER:

02:51:04 9    Q.    If they -- if there had been

02:51:06 10    instances where the United States attorneys did

02:51:08 11    not claim priority to the applications you listed

02:51:13 12    in the order document, would they have to discuss

02:51:15 13    this with you before making that decision?

02:51:36 14    MR. CHERNY: Objection. Asked and

02:51:37 15    answered. Incomplete hypothetical.

02:51:45 16    THE WITNESS:

02:51:49 17    A.    I cannot speak on behalf of any of

02:51:51 18    my colleagues. I don't know.

02:52:00 19    BY MS. BERNIKER:

02:52:01 20    Q.    For United States patent

02:52:03 21    applications where they are first submitted, you

02:52:07 22    are aware, sir, that the inventors have to sign a

---

36  (Pages 138 to 141)

DR. ROLF A. FLEISCHER

166

03:27:50 1    Q.    Was sent for filing to the foreign
03:27:54 2  patent office?
03:28:02 3    A.    No.  Because we never corresponded
03:28:23 4  or communicated directly with the patent office.
03:28:26 5  It always went through representatives, with the
03:28:29 6  exception of Australia, New Zealand, South Africa,
03:28:34 7  and the Philippines.
03:28:35 8    Q.    So does this column represent the
03:28:37 9  date that the priority document was sent --
03:28:41 10    A.    And Ireland.  Sorry.
03:28:45 11    Q.    So this date represents the date
03:28:51 12  that the priority document -- in this case the
03:28:53 13  German patent applications -- were sent to those
03:28:58 14  representatives?
03:29:18 15    A.    Yes.  Assuming that the secretary
03:29:30 16  filled it in correctly, with the exception of a
03:29:34 17  few countries.  And these countries required sworn
03:29:38 18  English translations, and they were directly
03:29:41 19  provided by Frank B. Dehn.
03:29:49 20    Q.    Dr. Fleischer, do you have any
03:29:52 21  reason to believe the secretary did not fill this
03:29:54 22  document in properly?

167

03:30:01 1    MR. CHERNY:  Objection.  Calls for
03:30:01 2  speculation.
03:30:10 3    THE WITNESS:
03:30:10 4    A.    No.
03:30:12 5  BY MS. BERNIKER:
03:30:14 6    Q.    Dr. Fleischer, this document was
03:30:17 7  prepared in the ordinary course of business at
03:30:20 8  Boehringer Ingelheim?
03:30:29 9    Q.    Dr. Fleischer, I am handing you
03:30:29 10  what's been previously marked as Exhibit 4.
03:31:08 11    MR. CHERNY:  I have it.
03:31:14 12    (Handing)
03:31:15 13  BY MS. BERNIKER:
03:31:43 14    Q.    Sir, is that the first German
03:31:44 15  priority application that you filed with the
03:31:46 16  German patent office relating to
03:31:48 17  tetrahydro-benzthiazole?
03:31:53 18    MR. CHERNY:  Please read the
03:32:05 19  document if you need to.
03:32:07 20    THE WITNESS:
03:32:19 21    A.    Yes.
03:32:20 22

168

03:32:22 1  BY MS. BERNIKER:
03:32:25 2    Q.    And would you understand it or
03:32:30 3  would it be correct for me to refer to the patents
03:32:34 4  relating -- and the patent applications relating
03:32:36 5  to tetrahydro-benzthiazoles as those that are part
03:32:40 6  of Case 5/920?
03:32:57 7    A.    Yes.
03:32:57 8    Q.    This application was filed with the
03:33:01 9  German patent office on December 22nd, 1984.
03:33:05 10    Correct?
03:33:06 11    A.    Yes.
03:33:14 12    Q.    And you drafted this application?
03:33:16 13    A.    Yes.
03:33:20 14    Q.    Did you maintain drafts of patent
03:33:24 15  applications in your files, sir?
03:33:28 16    A.    I don't remember.  I think no.
03:33:43 17    Q.    If you look at the first page of
03:33:46 18  this document, at the top of the page, there is a
03:33:55 19  handwritten FL.
03:33:57 20    Do you see that?
03:33:57 21    A.    Yes.  But it's not my writing.
03:34:07 22    Q.    Do you know whose writing it is?

169

03:34:15 1    A.    Nein.
03:34:18 2    MR. CHERNY:  Objection.
03:34:21 3    THE WITNESS:  No.
03:34:22 4  BY MS. BERNIKER:
03:34:22 5    Q.    Does the FL refer to you?
03:34:24 6    A.    Yes.
03:34:24 7    Q.    What does it mean?
03:34:25 8    A.    That I have been identified,
03:34:43 9  probably by the secretary, as the patent agent.
03:34:46 10    MR. CHERNY:  And I am going to
03:34:47 11  caution you not to speculate.
03:34:52 12    (Interpreter Translating)
03:34:54 13  BY MS. BERNIKER:
03:34:54 14    Q.    Does the FL mean that you received
03:34:56 15  a copy of this document?
03:34:57 16    A.    No.
03:35:05 17    Q.    Sir, what did you do with draft
03:35:13 18  patent applications?
03:35:20 19    MR. CHERNY:  Objection.  Vague.
03:35:28 20    THE WITNESS:
03:35:29 21    A.    I don't know.
03:35:29 22  BY MS. BERNIKER:

43  (Pages 166 to 169)

DR. ROLF A. FLEISCHER

---

194

04:26:17 1    MR. CHERNY: Okay. Translate.

04:26:19 2    (Interpreter Mueller-Grant translating)

04:26:38 3    THE WITNESS:

04:26:40 4    A.   I would have to look at it.

04:26:41 5    MS. BERNIKER: Please.

04:26:47 6    MR. CHERNY: And I am going to

04:26:49 7 renew my foundation objection regarding him

04:26:52 8 answering questions regarding this document.

04:26:53 9    This seems to be just an exercise

04:26:56 10 in having him read and compare documents, one of

04:27:02 11 which he says he didn't write.

04:27:03 12    MS. BERNIKER: Well, the witness

04:27:04 13 has testified that he has reviewed both documents.

04:27:06 14    MR. CHERNY: Okay.

04:27:07 15    MS. BERNIKER: We don't need to get

04:27:08 16 into a document.

04:27:09 17    MR. CHERNY: I am not going to

04:27:09 18 argue.

04:27:10 19    MS. BERNIKER: That's fine.

04:27:10 20    MR. CHERNY: It seems to me that

04:27:12 21 you are just asking the man to read and look to

04:27:13 22 see if the words are there. I mean, you could do

---

195

04:27:16 1 that as well as I could.

04:27:20 2    THE WITNESS:

04:27:22 3    A.   Okay. It's not contained in it.

04:27:24 4 BY MS. BERNIKER:

04:27:24 5    Q.   Okay. On Exhibit 5, you will also

04:27:29 6 note that the text on page 21 and 22 is a

04:27:32 7 different font than the rest of the document?

04:27:47 8    MR. CHERNY: Objection.

04:27:48 9 Mischaracterizes the document.

04:28:22 10 BY MS. BERNIKER:

04:28:22 11    Q.   Sir, would you --

04:28:20 12    (Reporter interrupted)

04:28:20 13    A.   Yes. This is correct. It's

04:28:21 14 another type.

04:28:22 15    Q.   Sir, would you understand it if I

04:28:25 16 referred to these two documents, Exhibit 4 and

04:28:28 17 Exhibit 5, as the original German application?

04:28:41 18    A.   Yes.

04:28:43 19    Q.   After these applications were filed

04:28:46 20 with the German patent office, you prepared a

04:28:49 21 Foreign Filing Text for this application for

04:28:56 22 filing abroad.

---

196

04:28:57 1    Is that correct?

04:29:09 2    A.   Yes.

04:29:29 3    (Whereupon, Exhibit No. 88 was

04:29:31 4 marked for identification)

04:29:32 5    Q.   I am handing you what's been marked

04:29:35 6 Exhibit 88, sir.

04:29:36 7    (Handing)

04:29:45 8    Is that the Foreign Filing Text

04:29:46 9 that you prepared with these applications?

04:29:53 10    MR. CHERNY: And please read the

04:29:54 11 document if you need to.

04:30:16 12    THE WITNESS:

04:30:16 13    A.   Yes.

04:30:19 14 BY MS. BERNIKER:

04:30:20 15    Q.   And in the top right-hand corner of

04:30:21 16 the document, it says, "Case 5/920" plus "Case

04:30:29 17 1/737".

04:30:30 18    Do you see that?

04:30:30 19    A.   Yes.

04:30:39 20    Q.   And does that mean that this text

04:30:41 21 was -- that you had prepared a single text for

04:30:44 22 foreign filing that was meant to encompass both

---

197

04:30:49 1 Case 5/920 and Case 1/737?

04:31:07 2    A.   Yes.

04:31:08 3    Q.   And again your name is listed

04:31:09 4 there, "Dr.Fl".

04:31:11 5    That refers to you, Dr. Fleischer?

04:31:13 6    A.   Yes.

04:31:19 7    Q.   And underneath that is the word

04:31:23 8 "Auslandstext," and that means Foreign Filing Text

04:31:25 9 in German.

04:31:26 10    Correct?

04:31:26 11    A.   Yes.

04:31:37 12    Q.   And you prepared this document

04:31:42 13 originally in German.

04:31:44 14    Is that right?

04:31:44 15    A.   Yes.

04:31:47 16    Q.   And just to be clear, Exhibit 88,

04:31:50 17 which you are looking at, is in German?

04:31:52 18    A.   Yes.

04:32:01 19    Q.   And you prepared this text -- I am

04:32:08 20 sorry. Let me begin again.

04:32:09 21    And when you prepared this text,

04:32:14 22 you prepared it so that it could be translated and

---

50  (Pages 194 to 197)

219

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM      )
PHARMACEUTICALS,                   )
                                   ) C.A. No.
                Plaintiffs,        ) 05-700-(KAJ)
              v.                   ) CONSOLIDATED
BARR LABORATORIES, INC.,           )
                                   )
                Defendant.         )
---------------------------------X
BOEHRINGER INGELHEIM INTERNATIONAL)
GMBH and BOEHRINGER INGELHEIM      )
PHARMACEUTICALS, INC.,             )
                                   )
                Plaintiffs,        )
              v.                   )
MYLAN PHARMACEUTICALS, INC.,       )
                                   )
                Defendant.         )
---------------------------------X


VIDEODEPOSITION UPON ORAL EXAMINATION OF

DR. ROLF A. FLEISCHER, VOLUME II

Taken on:
Thursday, 26 October, 2006
Commencing at 9:04 a.m.

Taken at:
Park Hotel Jordanbad,
Im Jordanbad 7,
88400 Biberach Germany


REPORTED BY:  FREDERICK WEISS, CSR, CM




**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

DR. ROLF FLEISCHER

232

09:14:36 1 applications, they were not included.
09:14:47 2        Is that what you are saying, sir?
09:14:47 3    A.   Yes.
09:15:08 4    Q.   I see. Thank you, sir.
09:15:10 5        Was there anything else that you
09:15:22 6 wanted to correct?
09:15:23 7    A.   **No. Right now, I don't remember**
09:15:25 8 **that any correction would be necessary.**
09:15:27 9    Q.   Okay. Thank you very much.
09:15:28 10        MR. CHERNY: And thank you for
09:15:29 11 working with him.
09:15:32 12        MS. BERNIKER: Certainly.
09:15:33 13 BY MS. BERNIKER:
09:15:35 14    Q.   Dr. Fleischer, I just wanted to go
09:15:37 15 over something that I know we touched on briefly
09:15:37 16 yesterday.
09:15:38 17        But you understand that the patent
09:15:43 18 applications that we have been discussing since
09:15:45 19 yesterday relate to, among other things, the
09:15:57 20 compound that's known as pramipexole?
09:15:59 21        MR. CHERNY: Objection. Just can
22 you specify when he said the patent applications,
23
24
25

233

09:16:07 1 you know, which ones by exhibit number just so he
09:16:09 2 knows? You said "the patent applications" that we
09:16:09 3 are discussing.
09:16:12 4        MS. BERNIKER: The Case 5/920 and
09:16:12 5 related --
09:16:14 6        MR. CHERNY: That's fine.
09:16:15 7        MS. BERNIKER: -- patent
09:16:19 8 applications.
09:16:20 9        THE WITNESS: Yes.
09:16:20 10    A.   Yes.
09:16:20 11 BY MS. BERNIKER:
09:16:22 12    Q.   And --
09:16:23 13        INTERPRETER MUELLER-GRANT:
09:16:26 14 (Translating) And the related ones, I think he
09:16:28 15 said: Case 5/920 and related ones.
09:16:29 16        MR. CHERNY: Okay.
09:16:33 17        (Interpreter Translating)
09:16:35 18        MR. CHERNY: I think he said,
09:16:35 19 "yes."
09:16:37 20        THE WITNESS: Yes.
09:16:37 21 BY MS. BERNIKER:
22    Q.   And pramipexole was ultimately
23
24
25

234

09:16:42 1 commercialized by Boehringer Ingelheim?
09:16:43 2        MR. CHERNY: Objection. Lack of
09:16:51 3 foundation.
09:16:51 4 BY MS. BERNIKER:
09:16:52 5    Q.   You can answer.
09:16:52 6    A.   Yes.
09:16:55 7    Q.   I would just like to talk to you
09:16:57 8 generally about the United States applications
09:17:01 9 that were filed in Case 5/920.
09:17:07 10        Mr. Alan Stempel was your key
09:17:12 11 United States contact on these applications.
09:17:28 12        Is that correct, sir?
09:17:29 13        (Interpreter translating)
09:17:32 14        INTERPRETER MUELLER-GRANT: Key
09:17:34 15 wasn't translated. Was your key contact?
09:17:36 16        MR. CHERNY: I just wanted to know
09:17:38 17 how that is translated in German.
09:17:44 18        (Interpreter translating)
09:17:44 19        INTERPRETER MUELLER-GRANT: "Was
09:17:44 20 responsible."
09:17:48 21        MR. CHERNY: I just don't -- want
22 to see how key is translated.
23
24
25

235

09:17:50 1        MS. BERNIKER: I will change the
09:17:51 2 question. That's fine.
09:17:57 3        MR. CHERNY: And objection, vague.
09:17:57 4        THE WITNESS: Yes.
09:17:58 5 BY MS. BERNIKER:
09:18:03 6    Q.   And Mr. Stempel handled the United
09:18:14 7 States filings for the applications in Case 5/920?
09:18:15 8    A.   Yes.
09:18:18 9    Q.   And did you send him the order
09:18:21 10 document at the beginning to start the process of
09:18:29 11 filing a United States patent application?
09:18:29 12        MR. CHERNY: Objection. Lack of
09:18:35 13 foundation.
09:18:36 14        (To interpreter) Speak up.
09:18:36 15        INTERPRETER MUELLER-GRANT: The
09:18:39 16 translation is a bit imprecise. The question was:
09:18:40 17 "Did you send him the order
09:18:42 18 document at the beginning to start the process of
09:18:45 19 filing a US patent application?"
09:18:48 20        There was no reference to "Case
09:18:50 21 5/920," which was in the translation.
22        MS. BERNIKER: Can we get a new
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585



DR. ROLF FLEISCHER

---

### 328

BY MS. BERNIKER:

Q.    And that sentence refers to U.S. application number, and that's again, U.S. application number Exhibit 18.

Correct?

A.    Yes.

MR. CHERNY:  You meant Exhibit 18, you said US application 18.

MS. BERNIKER:  Exhibit 18.  In the following sentences, "It is not available as prior art because its filing date is later than the filing date of the above-captioned application."

Do you see that, sir?

A.    Yes.

Q.    And then there's a sentence in parenthesis and that sentence says, "(The effective filing date of the above-captioned application is 22nd December 1984, the date on which the German application for which Convention priority is claimed was filed)", end parenthesis.

Is that -- did I read that correctly?

---

### 329

MR. CHERNY:  And again I am going to stipulate that you read it correctly.

MS. BERNIKER:  I would like the witness to.

MR. CHERNY:  I am going to post an objection.  This is not proper examination just to have him ask I am telling you that, I am willing to stipulate to the words.

MS. BERNIKER:  I have a subsequent question, Steve.

MR. CHERNY:  But like I said, ask him a question.  You can ask him to read it and then ask him a question, but just asking him if it says that -- I am willing to stipulate to that, because that is what you just read.  This is wasting his time.

MS. BERNIKER:  I understand.

BY MS. BERNIKER:

Q.    Sir.  Is that correct?

MR. CHERNY:  You can answer.  I mean, she just wants to know if she read it correctly.

---

### 330

THE WITNESS:

A.    Yes.

BY MS. BERNIKER:

Q.    Sir, is that sentence, the last one we just read in the parenthetical, is that sentence correct?

MR. CHERNY:  Hold on a second.

INTERPRETER MUELLER-GRANT:  There is a translation issue.  "Is that sentence correct," is what the question was.

(Interpreter translating)

MR. BERNIKER:  Let me just ask --

MR. CHERNY:  You are not asking him if it's those words.

BY MS. BERNIKER:

Q.    Is the statement in the parenthetical, the last sentence that we discussed, is that statement correct?

MR. CHERNY:  Objection.  Calls for legal conclusion.  You can answer if you know.

THE WITNESS:

A.    The wording is correct.  When all

---

### 331

these -- (through the interpreter)

The wording is correct, everything that you have read.  But whether the content or the meaning is correct, until now, I have only concluded that you read correctly what is written here.

BY MS. BERNIKER:

Q.    I see.  Can you tell me whether the meaning of the last sentence that we discussed, the sentence that says, "(The effective filing date of the above captioned application is 22 December 1984, the date on which the German application for which convention priority is claimed was filed)"?

MR. CHERNY:  If it has to be translated, because I have to make an objection.

(Interpreter translating)

Objection.  Calls for legal conclusion.

THE WITNESS:

A.    The date is correct.

BY MS. BERNIKER:

---

29  (Pages 328 to 331)

DR. ROLF FLEISCHER

340

```
01:54:29  1   you?
01:54:31  2         INTERPRETER MUELLER-GRANT:  Yes.
01:54:32  3         INTERPRETER BROCKSCHNIEDER:  Let me
01:54:33  4   translate it.  If you stay on that line, I will
01:54:37  5   translate it for the witness.
01:54:44  6         (Interpreter Brockschnieder translating)
01:54:45  7         MR. CHERNY:  Objection.  Calls for
01:54:54  8   a legal conclusion.
01:54:54  9         THE WITNESS:
01:54:55  10       A.   I am not a US lawyer.
01:54:56  11  BY MS. BERNIKER:
01:54:58  12       Q.   Sir, you were responsible for this
01:55:00  13  Case 5/920.
01:55:06  14       Correct?
01:55:08  15       MR. CHERNY:  Objection.  Vague and
01:55:11  16  characterization of the document.
01:55:12  17       MS. BERNIKER:  What's the
01:55:13  18  characterization of the document?
01:55:14  19       MR. CHERNY:  Well, you said "this
01:55:14  20  case".
01:55:15  21       MS. BERNIKER:  That's fine.  You
          22  are right.
          23
          24
          25
```

342

```
01:57:08  1   BY MS. BERNIKER:
01:57:10  2       Q.   Sir, you received this document
01:57:13  3   after it was filed at the United States Patent and
01:57:16  4   Trademark Office, didn't you, as you can see in
01:57:18  5   Exhibit 98?
01:57:28  6       A.   Yes.
01:57:33  7       Q.   And you have been testifying that
01:57:44  8   you are not a United States patent attorney, but
01:57:46  9   you still know that that sentence that we've been
01:57:51  10  discussing in this filing is incorrect.
01:58:04  11       Don't you, sir?
01:58:08  12       MR. CHERNY:  Objection to the
01:58:19  13  characterization.  Asked and answered.
01:58:23  14       THE WITNESS:
01:58:25  15       A.   That's something I cannot assess.
01:58:27  16  I stick to my opinion.
01:58:27  17  BY MS. BERNIKER:
01:58:29  18       Q.   You can't tell me whether you think
01:58:34  19  that statement is correct, sir?
01:58:35  20       MR. CHERNY:  Objection.  Asked and
01:58:36  21  answered.
          22       THE WITNESS:
          23
          24
          25
```

341

```
01:55:24  1         MR. CHERNY:  Please.  (To the
01:55:25  2   witness)
01:55:33  3         THE WITNESS:
01:55:36  4       A.   I was responsible for the case in
01:55:39  5   all the other countries, but not in the United
01:55:41  6   States.
01:55:41  7   BY MS. BERNIKER:
01:55:43  8       Q.   You weren't responsible for
01:56:05  9   overseeing the case in the United States?
01:56:16  10      A.   We merely sent the pertaining
01:56:18  11  documents to our colleagues in the United States
01:56:19  12  and they processed them.
01:56:21  13      Q.   But you also discussed filings with
01:56:32  14  them before you submit them to the United States
01:56:32  15  Patent Office?
01:56:33  16      MR. CHERNY:  And I am going to
01:56:35  17  caution you.  She is not talking about this
01:56:37  18  specific filing; she is just talking generally.
01:56:39  19      MS. BERNIKER:  Generally.
01:56:44  20      THE WITNESS:
01:56:50  21      A.   In this specific case, I do not
          22  remember.
          23
          24
          25
```

343

```
01:58:42  1       A.   No, I can't tell.
01:58:43  2   BY MS. BERNIKER:
01:58:46  3       Q.   When you sent applications to the
01:58:50  4   United States office in Ridgefield, you provide
01:58:52  5   them with a document that lists which applications
01:58:54  6   should be claimed for priority.
01:58:56  7       You testified to that yesterday,
01:59:19  8   sir?
01:59:21  9       A.   That's correct.
01:59:23  10      Q.   So you had, during your time at
01:59:26  11  Boehringer, an understanding of the requirements
01:59:27  12  in order to claim priority?
01:59:50  13      A.   About the formal requirements, yes.
01:59:52  14      Q.   And one of the formal requirements
01:59:57  15  is that you have fully disclosed the information
02:00:00  16  in your application in the priority application.
02:00:13  17      Isn't it?
02:00:14  18      MR. CHERNY:  Objection.  Calls for
02:00:30  19  a legal conclusion.
02:00:31  20      THE WITNESS:
02:00:33  21      A.   I can only repeat that I am not a
          22  lawyer, neither a European nor a US lawyer.
          23
          24
          25
```

32  (Pages 340 to 343)

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------X
BOEHRINGER INGELHEIM
INTERNATIONAL GmbH and
BOEHRINGER INGELHEIM
PHARMACEUTICALS,
                    Plaintiffs

vs                                  CA No. 05-700 (KAJ)
                                    (CONSOLIDATED)
BARR LABORATORIES, INC,

                    Defendant.
------------------------------------X
BOEHRINGER INGELHEIM
INTERNATIONAL GmbH and
BOEHRINGER INGELHEIM
PHARMACEUTICALS,
                    Plaintiffs

vs

MYLAN PHARMACEUTICALS, INC,

                    Defendant.
------------------------------------X

          VIDEOTAPED DEPOSITION OF RODGER MILNES

             FRIDAY, 5th JANUARY 2007

             HELD AT THE OFFICES OF:

             LATHAM & WATKINS, LLP
               99 BISHOPSGATE
             LONDON EC2M 3XF



## David Feldman
### W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor          600 Anton Boulevard, 11th Floor
New York, NY 10022                   Costa Mesa, CA 92626
(800) 642-1099                       (866) DFW-1380

RODGER MILNES

82

1  me take a step back. Did you -- were you
2  responsible for filing this application with the
3  German Patent Office?
4  **A. Yes, in the sense that I prepared it and**
5  **I would expect -- well, yes.**
6  Q. And you prepared it in German, is that right?
7  **A. Well, my recollection is that what I was**
8  **involved in here was just doing -- putting into**
9  **an already prepared application text the work of**
10 **Professor Hinzen, so I certainly can't lay claim**
11 **to 95 per cent of this text, no.**
12 Q. So are you referring to the fact that this is
13 a second application filed with the German Patent
14 Office, in that there was an earlier application
15 that was originally filed?
16 **A. Well, no, all I can say is that most of the**
17 **text that was here was already prepared, that's as**
18 **far as I can really go for certain.**
19 Q. And do you remember that, or how do you know
20 that?
21 **A. Well, simply because I can recall that the**
22 **only thing I was concerned with in this case was**
23 **the work that Professor Hinzen had done with his**
24 **monkeys, I think.**
25 Q. And -- but you did read the entire application

83

1  before submitting it to the German Patent Office?
2  **A. Well, you're asking me to recall, I mean,**
3  **I can't recall whether I read the lot, I can't**
4  **recall, if I did read the lot, that I gave it**
5  **a tremendous amount of attention, no, it's too far**
6  **away to say for certain.**
7  Q. Was it your practice to file applications with
8  the German Patent Office that you hadn't read
9  completely?
10 **A. The work that I'd done myself, yes, I would**
11 **certainly ensure that it was correctly prepared,**
12 **but again, you know, I can only kind of swear to**
13 **what I can really recall, so certainly the**
14 **example 4, I think, "Bestimmung der**
15 **Anti-Parkinsonismus", etcetera, I certainly would**
16 **have read through that. It may be that I was**
17 **sufficiently confident of what else had been**
18 **prepared that I didn't read through it, but**
19 **I can't recall what my attitude was at that time.**
20 Q. You were reading from example 4, can you tell
21 me what page you were looking at?
22 **A. Oh, 21.**
23 Q. And you were aware of the scope of general
24 formula 1 that's disclosed in this patent
25 application before you filed it?

84

1  MR. CHERNY: Objection, lack of foundation.
2  **A. No.**
3  Q. No?
4  **A. I can't swear to that.**
5  Q. So is your testimony --
6  **A. I mean, you would expect a patent attorney to**
7  **do that, but you know as well as I do that it**
8  **doesn't always happen, so I can't swear to that at**
9  **all, it would be -- it wouldn't be right.**
10 Q. Your testimony, just to be clear, it isn't no,
11 just in terms of your answer, your testimony isn't
12 that you weren't aware, but rather that you don't
13 remember, is that right?
14 **A. I can't recall what I did with this on my desk**
15 **and how I handled it, yes.**
16 Q. Where did you get -- you said that 95,
17 I believe, percent of the application had been
18 prepared and then you inserted a section from
19 Professor Hinzen; where did you get the underlying
20 95 per cent from?
21 **A. I can't recall.**
22 Q. Was anybody else involved in the -- aside from
23 you and Professor Hinzen, involved in the
24 preparation of this application?
25 **A. I can't honestly say, all I know is that**

85

1  **Professor Hinzen is the only one I can recall**
2  **having anything to do with, in preparing this**
3  **passage.**
4  Q. Okay. And you'll see that some of the text in
5  this document is in a different font, I believe if
6  you turn, for example, to page 22.
7  **A. The handwritten 22?**
8  MR. CHERNY: Handwritten 22?
9  MS. BERNIKER: Yes.
10 **A. Oh yes.**
11 Q. Do you see that?
12 **A. Which passages are you particularly referring**
13 **to?**
14 Q. Well, do you see how on page 22, there are two
15 different fonts?
16 **A. Yes.**
17 Q. Okay, and you also -- if you look at the
18 preceding page, 21, it's also a font that's
19 different from the majority of the application?
20 **A. Yes.**
21 Q. Were you responsible for the text that's in
22 the font that's on page 21?
23 **A. It's my recollection that I was responsible**
24 **for 21 and 22, and maybe the bit going over to 23.**
25 **It's just my recollection, yes. In all its**

22  (Pages 82 to 85)

RODGER MILNES

86

1    gloriously varied fonts.
2    Q. If you turn to handwritten page 50, do you see
3    at the top in example III, the font changes in the
4    first sentence of the text, so that the font for
5    n-propylamino is different from the rest of that
6    line?
7    A. Yes.
8    Q. Were you responsible for that addition as
9    well?
10   A. I can't recall, because as I said, with this
11   case, the only real recollection I have is
12   discussions with Hinzen, who was nothing to do
13   with chemistry or formulation, he was solely
14   concerned with these animal studies, so I couldn't
15   honestly say what the circumstances could be
16   relating to this particular font.
17   Q. What was Professor Hinzen's contribution to
18   the invention claimed in this patent application?
19   A. Well, what I recall --
20   MR. CHERNY: And I'm just going to make sure you
21   -- remind you not to give any specific
22   communications. You can describe generally his
23   contributions.
24   A. Yes, what I recall was that Hinzen had done --
25   he had read a paper concerned with the side

87

1    effects, the unfortunate side effects of some
2    particular compound that produced something
3    similar to Parkinson's disease, or it produced
4    Parkinsonism or something similar to Parkinson's
5    disease, and he postulated that you could use that
6    as a model to test drugs for treating
7    Parkinsonism, and that's how he came to sort of
8    carry out these tests with these monkeys, and so
9    that was his contribution to this particular case,
10   I guess. And I remember -- the reason I remember
11   that is I had a long discussion with Hinzen
12   about --
13   MR. CHERNY: Don't reveal the discussion with
14   Hinzen.
15   A. Right, okay. So that's all I recall, because
16   it was a fairly heated conversation, and that's
17   probably why it's sort of imprinted in my memory.
18   Q. Mr. Milnes, given that you had inserted this
19   text into a document that had been previously
20   prepared --
21   MR. CHERNY: Are you talking about page 22?
22   MS. BERNIKER: I'm talking about the text in the
23   second font that we just discussed.
24   MR. CHERNY: Which pages?
25   MS. BERNIKER: In the entire application.

88

1    MR. CHERNY: He talked about pages he was
2    responsible for, and the one you pointed to at 50,
3    he said he didn't have any recollection.
4    A. Yes, that's right.
5    Q. The text that you recall adding.
6    A. This is 21, 22 and the top of 23.
7    MR. CHERNY: Objection, characterization.
8    Q. Well, do you also recall the text on page 2
9    being part of something that you worked on?
10   A. Page 2, is this handwritten page 2?
11   Q. Yes.
12   A. No, I recall nothing at all about this,
13   nothing at all. As I say, and I really have to
14   emphasize, the only thing I recall about this is
15   Hinzen, Hinzen and monkeys, that's all I recall.
16   Q. Okay. You understood that you were modifying
17   an original document that had a certain amount of
18   text, correct?
19   MR. CHERNY: Objection, mischaracterizes the
20   testimony.
21   A. I'm sure I had this basic template and added
22   a couple of pages.
23   Q. What was your understanding of where the basic
24   template came from?
25   A. As I say, I don't recall where it came from,

89

1    and really, I'm not sure what your "where" is, it
2    may have been someone in Ingelheim put it on my
3    desk, said, "Can you work on that?", or some other
4    source, I've no idea.
5    Q. Just to be clear, I believe you testified to
6    this already, but is it your recollection that you
7    filed this patent application with the German
8    Patent Office?
9    A. No, it isn't. It would be surprising if
10   I didn't, but I cannot recall -- in fact, I can't
11   recall even what the procedure was in Ingelheim
12   now. Maybe the secretaries prepared all the
13   documents and things like that. I honestly can't
14   recall.
15   Q. What do you mean, the secretaries prepared all
16   the --
17   A. Well, you know, they do any typing that was
18   necessary, they sort of fill in the application
19   forms and things like that, I can't recall.
20   Q. In terms of the text that was included on
21   pages 21 and 22, who prepared that?
22   A. I can't recall, I mean, just looking at it,
23   I guess this -- this looks very much as though
24   it's something that came from Hinzen himself and
25   that it's been sort of cut up and rejigged in

23  (Pages 86 to 89)

EXHIBIT D



**EXHIBIT 5**

⑲ **BUNDESREPUBLIK**  **DEUTSCHLAND**

⑫ **Offenlegungsschrift**
⑪ **DE 3508947 A1**



**DEUTSCHES**
**PATENTAMT**

㉑ Aktenzeichen:    P 35 08 947.4
㉒ Anmeldetag:    13. 3. 85
㊸ Offenlegungstag:    18. 9. 86

㊿ Int. Cl. 4:
**A 61 K 31/425**
C 07 D 417/10
C 07 D 295/04
C 07 D 277/82

**DE 3508947 A1**

---

㉛ Anmelder:

Boehringer Ingelheim KG, 6507 Ingelheim, DE

㉜ Erfinder:

Hinzen, Dieter, Prof. Dr., 6501 Zornheim, DE;
Schingnitz, Günter, Dr., 6550 Bad Kreuznach, DE;
Griss, Gerhart, Dipl.-Chem. Dr., 7950 Biberach,
(verstorben), DE; Pichler, Ludwig, Dr., Wien, AT;
Schneider, Claus, Dipl.-Chem. Dr., 6507 Ingelheim,
DE; Hurnaus, Rudolf, Dipl.-Chem. Dr., 7950 Biberach,
DE; Kobinger, Walter, Prof. Dr., Wien, AT; Bauer,
Rudolf, Dr., 6200 Wiesbaden, DE; Mierau, Joachim,
Dr., 6500 Mainz, DE

---

�civ Mittel zur Behandlung des Parkinsonismus bzw. der Parkinsonschen-Erkrankung

**DE 3508947 A1**

49    3503947

<u>Patentansprüche</u>

(1.) Tetrahydro-benzthiazole der allgemeinen Formel



.(I)

in der

$R_1$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 6 Kohlenstoffatomen, eine Alkenyl- oder Alkinylgruppe mit jeweils 3 bis 6 Kohlenstoffatomen, eine Alkanoylgruppe mit 1 bis 6 Kohlenstoffatomen, eine Phenylalkyl- oder Phenylalkanoylgruppe mit jeweils 1 bis 3 Kohlenstoffatomen im Alkylteil,

$R_2$ ein Wasserstoffatom oder eine Alkylgruppe mit 1 bis 4 Kohlenstoffatomen,

$R_3$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 7 Kohlenstoffatomen, eine Cycloalkylgruppe mit 3 bis 7 Kohlenstoffatomen, eine Alkenyl- oder Alkinylgruppe mit jeweils 3 bis 6 Kohlenstoffatomen, eine Alkanoylgruppe mit 1 bis 7 Kohlenstoffatomen, eine Phenylalkyl- oder Phenylalkanoylgruppe mit jeweils 1 bis 3 Kohlenstoffatomen im Alkylteil, wobei der Phenylkern durch Fluor-, Chlor- oder Bromatome substituiert sein kann,

ORIGINAL INSPECTED



Confidential

BOE00058620

50

3509347


-2-

R₄ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 4 Kohlenstoff-
atomen, eine Alkenyl- oder Alkinylgruppe mit jeweils 3 bis 6
Kohlenstoffatomen oder

R₃ und R₄ zusammen mit dem dazwischen liegenden Stickstoffatom
eine Pyrrolidino-, Piperidino-, Hexamethylenimino- oder Morpholino-
gruppe bedeuten, und deren Säureaddtionssalze, zur Behandlung
der Parkinsonschen-Erkrankung bzw. Parkinsonismus.

2. 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol oder seine
Säureadditionssalze zur Behandlung der Parkinsonschen-Erkrankung
bzw. Parkinsonismus.

3. Verwendung einer Verbindung der allgemeinen Formel I nach Anspruch
1 oder eines ihrer Säureadditionssalze zur Herstellung eines zur
Behandlung der Parkinsonschen-Erkrankung bzw. des Parkinsonismus,
geeigneten Arzneimittels.

4. Verwendung gemäß Anspruch 3, dadurch gekennzeichnet, daß man 2-Amino-
6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol oder eines seiner
Säureadditionssalze benutzt.

ORIGINAL INSPECTED

3503947

NACHGEREICHT

~~61~~

- 3 -

5. Arzneimittel zur Behandlung der Parkinsonschen-Erkrankung bzw.
   Parkinsonismus, gekennzeichnet durch einen Gehalt an einer
   Verbindung der allgemeinen Formel I nach Anspruch 1 oder einer
   ihrer Säureadditionssalze als aktivem Wirkstoff.

6. Arzneimittel gemäß Anspruch 5, dadurch gekennzeichnet, daß
   man 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol
   oder eines seiner Säureadditionssalze benutzt.

3505947

Case 1/737
Rm/Is

-4-

BOEHRINGER INGELHEIM KG, D-6507 INGELHEIM/RHEIN

MITTEL ZUR BEHANDLUNG DES PARKINSONISMUS BZW. DER PARKINSON-
SCHEN-ERKRANKUNG

ORIGINAL INSPECTED

_-2- 5-_    3508947

In der deutschen Patentanmeldung Nr. 34 47 075.1 werden Tetrahydro-
benzthiazole der allgemeinen Formel

$$R_3, R_4-N \underset{S}{\overset{N}{\bigcirc}} N-R_1, R_2 \quad ,(I)$$

deren Enantiomere und deren Säureadditionssalze, insbeson-
dere deren physiologisch verträgliche Säureadditionssalze
mit anorganischen oder organischen Säuren, und Verfahren zu
ihrer Herstellung, beschrieben.
Bedeutet in der obigen allgemeinen Formel I einer der Reste
$R_1$ oder $R_3$ oder beide der Reste $R_1$ und $R_3$ einen
Acylrest, so stellen diese Verbindungen der allgemeinen
Formel I wertvolle Zwischenprodukte zur Herstellung der
übrigen Verbindungen der allgemeinen Formel I dar, welche
wertvolle pharmakologische Eigenschaften aufweisen, insbe-
sondere eine Wirkung auf das Zentralnervensystem und/oder
den Kreislauf.

- 6 -                                      3508 47

In der obigen allgemeinen Formel I bedeutet

$R_1$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 6
Kohlenstoffatomen, eine Alkenyl- oder Alkinylgruppe mit je-
weils 3 bis 6 Kohlenstoffatomen, eine Alkanoylgruppe mit 1
bis 6 Kohlenstoffatomen, eine Phenylalkyl- oder Phenylal-
kanoylgruppe mit jeweils 1 bis 3 Kohlenstoffatomen im Alkyl-
teil,

$R_2$ ein Wasserstoffatom oder eine Alkylgruppe mit 1 bis 4
Kohlenstoffatomen,

$R_3$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 7
Kohlenstoffatomen, eine Cycloalkylgruppe mit 3 bis 7 Kohlen-
stoffatomen, eine Alkenyl- oder Alkinylgruppe mit jeweils 3
bis 6 Kohlenstoffatomen, eine Alkanoylgruppe mit 1 bis 7
Kohlenstoffatomen, eine Phenylalkyl- oder Phenylalkanoyl-
gruppe mit jeweils 1 bis 3 Kohlenstoffatomen im Alkylteil,
wobei der Phenylkern durch Fluor-, Chlor- oder Bromatome
substituiert sein kann,

$R_4$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 4
Kohlenstoffatomen, eine Alkenyl- oder Alkinylgruppe mit je-
weils 3 bis 6 Kohlenstoffatomen oder

$R_3$ und $R_4$ zusammen mit dem dazwischen liegenden Stick-
stoffatom eine Pyrrolidino-, Piperidino-, Hexamethylen-
imino- oder Morpholinogruppe.

Bevorzugte Verbindungen der obigen allgemeinen Formel I sind

diejenigen, in denen die Gruppe $\begin{matrix} R_3 \\ R_4 \end{matrix} N$ - in 5- oder

6-Stellung steht.

ORIGINAL INSPECTED

4- 7    3503947



Für die bei der Definition der Gruppen - N $\diagdown$ $R_1$ / $R_2$    und

- N $\diagup$ $R_3$ $\diagdown$ $R_4$    kommt beispielsweise

für die $R_1$ / $R_2$ N-Gruppe die Bedeutung Amino-, Methyl-
amino-, Ethylamino-, n-Propylamino-, Isopropylamino-, n-Bu-
tylamino-, Isobutylamino-, tert.Butylamino-, n-Pentylamino-,
Isoamylamino-, n-Hexylamino-, Dimethylamino-, Diethylamino-,
Di-n-propylamino-, Di-n-butylamino-, Methyl-ethylamino-,
Methyl-n-propylamino-, Methyl-isopropylamino-, Ethyl-isopro-
pylamino-, Allylamino-, Buten-2-ylamino-, Hexen-2-ylamino-,
N-Methyl-allylamino-, N-Ethyl-allylamino-, N-n-Propyl-allyl-
amino-, N-n-Butyl-allylamino-, Propargylamino-, N-Methyl-
propargylamino-, N-n-Propyl-propargylamino-, Formylamino-,
Acetylamino-, Propionylamino-, Butanoylamino-, Hexanoyl-
amino-, N-Methyl-acetylamino-, N-Allyl-acetylamino-, N-Pro-
pargyl-acetylamino-, Benzylamino-, N-Methyl-benzylamino-,
1-Phenylethylamino-, 2-Phenylethylamino-, 3-Phenyl-n-propyl-
amino-, Benzoylamino-, Phenacetylamino- oder 2-Phenylpro-
pionylaminogruppe und

für die $R_3$ / $R_4$ N-Gruppe die der Amino-, Methylamino-,
Ethylamino-, n-Propylamino-, Isopropylamino-, n-Butylamino-,
Isobutylamino-, tert.Butylamino-, n-Pentylamino-, Isoamyl-
amino-, n-Hexylamino-, n-Heptylamino-, Dimethylamino-, Di-
ethylamino-, Di-n-propylamino-, Di-n-butylamino-, Methyl-
ethylamino-, Methyl-n-propylamino-, Methyl-isopropylamino-,
Ethyl-isopropylamino-, Allylamino-, Buten-2-ylamino-,
Hexen-2-ylamino-, Diallylamino-, N-Methyl-allylamino-,
N-Ethyl-allylamino-, N-n-Propyl-allylamino-, N-n-Butyl-

- 8 -                                              3508947

allylamino-, Propargylamino-, Butin-2-ylamino-, Hexin-2-yl-
amino-, Dipropargylamino-, N-Methyl-propargylamino-,
N-Ethyl-propargylamino-, Cyclopropylamino-, Cyclobutyl-
amino-, Cyclopentylamino-, Cyclohexylamino-, Cycloheptyl-
amino-, N-Methyl-cyclohexylamino-, N-Ethyl-cyclohexylamino-,
Formylamino-, Acetylamino-, Propionylamino-, Butanoylamino-,
Pentanoylamino-, Hexanoylamino-, Heptanoylamino-, N-Methyl-
acetylamino-, N-Ethyl-acetylamino-, N-n-Propyl-acetylamino-,
N-Allyl-acetylamino-, Benzoylamino-, Fluorbenzoylamino-,
Chlorbenzoylamino-, Brombenzoylamino-, Phenylacetylamino-,
2-Phenylpropionylamino-, N-Methyl-benzoylamino-, N-Ethyl-
chlorbenzoylamino-, Dichlorbenzoylamino-; N-Cyclohexyl-ace-
tylamino-, Benzylamino-, Chlorbenzylamino-, Brombenzyl-
amino-, 1-Phenylethylamino-, 2-Phenylethylamino-, 2-Phenyl-
n-propylamino-, 3-Phenyl-n-propylamino-, N-Methyl-benzyl-
amino-, N-Ethyl-benzylamino-, N-Ethyl-chlorbenzylamino-,
N-Ethyl-2-phenylethylamino-, N-Acetyl-benzylamino-, N-Ace-
tyl-chlorbenzylamino-, N-Allyl-benzylamino-, N-Allyl-chlor-
benzylamino-, Pyrrolidino-, Piperidino-, Hexamethylen-
imino- oder Morpholinogruppe in Betracht.

Besonders bevorzugte Verbindungen der obigen allgemeinen
Formel I sind jedoch diejenigen Verbindungen der allgemeinen
Formel

$$R_3 \underset{R_4}{\overset{}{N}}{-}\left\{\ \underset{S}{\overset{N}{\bigcirc}}\ N\overset{R_1}{\underset{R_2}{<}}\right. \quad ,(Ia)$$

in der
$R_1$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 3
Kohlenstoffatomen, eine Allyl-, Benzyl- oder Phenylethyl-
gruppe,

- 9 -                    3503947

$R_2$ ein Wasserstoffatom, eine Methyl- oder Ethylgruppe,

$R_3$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 6 Kohlenstoffatomen, eine Allyl-, Propargyl-, Benzyl-, Chlorbenzyl-, Phenylethyl-, Cyclopentyl- oder Cyclohexylgruppe,

$R_4$ ein Wasserstoffatom, eine Alkylgruppe mit 1 bis 3 Kohlenstoffatomen oder eine Allylgruppe oder

$R_3$ und $R_4$ zusammen mit dem dazwischen liegenden Stickstoffatom eine Pyrrolidino-, Piperidino-, Hexamethylenimino- oder Morpholinogruppe bedeuten, insbesondere jedoch diejenigen Verbindungen, in denen die

$R_3$
   ⟩ N-Gruppe in 6-Stellung steht, und deren Säureaddi-
$R_4$

tionssalze, insbesondere deren physiologisch verträgliche Säureadditionssalze.


Erfindungsgemäß erhält man die neuen Verbindungen nach folgenden Verfahren:

a) Umsetzung eines Cyclohexanons der allgemeinen Formel



,(II)

in der
$R_3$ und $R_4$ wie eingangs definiert sind und
X eine nukleophile Austrittsgruppe wie ein Halogenatom, z.B. ein Chlor- oder Bromatom, darstellen, mit einem Thioharnstoff der allgemeinen Formel

X - 10 -                                        3508947



,(III)

in der
$R_1$ und $R_2$ wie eingangs definiert sind.

Die Umsetzung wird in der Schmelze oder in einem Lösungsmit-
tel oder Lösungsmittelgemisch wie Wasser, Ethanol, Wasser/-
Ethanol, Pyridin, Dioxan, Dioxan/Wasser, Eisessig, Tetrahy-
drofuran oder Dimethylformamid zweckmäßigerweise bei Tempe-
raturen zwischen 0 und 150°C, vorzugsweise bei Temperaturen
zwischen 20 und 100°C und gegebenenfalls in Gegenwart einer
Base, z.B. Natronlauge, Natriumacetat, Pyridin, Triethylamin
oder N-Ethyl-diisopropylamin durchgeführt. - Die als Aus-
gangsstoffe verwendeten Verbindungen der allgemeinen Formel
II müssen hierbei nicht isoliert werden.

b) Umsetzung einer Verbindung der allgemeinen Formel

,(IV)

in der
$R_3$ und $R_4$ wie eingangs definiert sind, mit einem Form-
amidindisulfid der allgemeinen Formel

2 $Y^-$   ,(V)

ORIGINAL INSPECTED

$\mathcal{S}$ - $M$ -                3508947

in der

$R_1$ und $R_2$ wie eingangs definiert sind und

$Y^-$ ein Anion einer anorganischen oder organischen Säure

darstellt.

Die Umsetzung wird vorzugsweise in der Schmelze oder in

einem hochsiedenden Lösungsmittel wie Glykol, Dimethylform-

amid, Diphenylether oder Dichlorbenzol zweckmäßigerweise bei

Temperaturen zwischen 25 und 200°C, vorzugsweise bei Tempe-

raturen zwischen 70 und 150°C, durchgeführt.

c) Zur Herstellung von Verbindungen der allgemeinen Formel

I, in der mindestens einer der Reste $R_1$, $R_2$, $R_3$ oder

$R_4$ ein Wasserstoffatom darstellt:

Abspaltung eines Schutzrestes von einer Verbindung der all-

gemeinen Formel



in der

mindestens einer der Reste $R_1'$ $R_2'$, $R_3'$ oder $R_4'$

eine Schutzgruppe für eine Aminogruppe wie eine Acyl- oder

Alkoxycarbonylgruppe, z.B. eine Acetyl-, Propionyl-, Meth-

oxycarbonyl- oder Ethoxycarbonylgruppe, oder auch $R_1'$ und

$R_2'$ oder $R_3'$ und $R_4'$ zusammen mit dem dazwischen lie-

genden Stickstoffatom einen Imidorest, z.B. den Phthalimido-

rest, bedeuten und

- 12 -                                    3508347

die übrigen der Reste $R_1$, $R_2$, $R_3$ oder $R_4$ die für
$R_1$ bis $R_4$ eingangs erwähnten Bedeutungen mit Ausnahme
der eingangs erwähnten Acylreste bedeuten.

Die Abspaltung eines Schutzrestes erfolgt vorzugsweise hy-
drolytisch in Gegenwart einer Base wie Natronlauge oder Ka-
lilauge oder in Gegenwart einer Säure wie Salzsäure oder
Schwefelsäure in einem wässrigen Lösungsmittel wie Wasser/-
Ethanol, Wasser/Dioxan oder Wasser/Tetrahydrofuran bei Tem-
peraturen zwischen 50 und 150°C, vorzugsweise bei der Siede-
temperatur des Reaktionsgemisches. Ein als Schutzrest ver-
wendeter Imidorest wie der Phthalimidorest wird vorzugsweise
mit Hydrazin in einem Lösungsmittel wie Wasser, Wasser/-
Ethanol oder Wasser/Dioxan bei der Siedetemperatur des ver-
wendeten Lösungsmittels abgespalten.

d) Zur Herstellung von Verbindungen der allgemeinen Formel
I, in der mindestens einer der Reste $R_1$, $R_2$, $R_3$ oder
$R_4$ eine der eingangs erwähnten Alkyl-, Cycloalkyl-,
Alkenyl- oder Phenylalkylgruppen bedeutet:

Reduktion einer Verbindung der allgemeinen Formel



,(VII)

in der
mindestens einer der Reste $R_1$", $R_2$", $R_3$" oder $R_4$"
einen der eingangs erwähnten Acyl- oder Phenylacylreste dar-
stellt und

ORIGINAL INSPECTED

7ø - 13-                    3508947

die übrigen der Reste die für $R_1$, $R_2$, $R_3$ und $R_4$ ein-
gangs erwähnten Bedeutungen besitzen, mit einem Metallhydrid
in einem Lösungsmittel.

Die Reduktion wird in einem geeigneten Lösungsmittel wie
Diethylether, Tetrahydrofuran, Glykoldimethylether oder
Dioxan mit einem Metallhydrid, z.B. mit einem komplexen
Metallhydrid wie Lithiumaluminiumhydrid, bei Temperaturen
zwischen 0 und 100°C, vorzugsweise jedoch bei Temperaturen
zwischen 20 und 80°C, durchgeführt.

Zur Herstellung von Verbindungen der allgemeinen Formel I,
in der einer der Reste $R_3$ oder $R_4$ eine der eingangs er-
wähnten Acylgruppen darstellt, wird die Umsetzung besonders
vorteilhaft mit Lithiumaluminiumhydrid bei Temperaturen
zwischen 0 und 30°C, vorzugsweise bei Raumtemperatur, durch-
geführt.

e) Zur Herstellung von Verbindungen der allgemeinen Formel
I, in der mindestens einer der Reste $R_1$, $R_2$, $R_3$ oder
$R_4$ eine der eingangs erwähnten Alkyl-, Cycloalkyl-,
Alkenyl-, Alkinyl- oder Phenylalkylgruppen bedeutet:

Umsetzung einer Verbindung der allgemeinen Formel



,(VIII)

in der
mindestens einer der Reste $R_1'''$, $R_2'''$, $R_3'''$ oder
$R_4'''$ ein Wasserstoffatom darstellt und die übrigen der
Reste $R_1'''$, $R_2'''$, $R_3'''$ oder $R_4'''$ die für $R_1$ bis
$R_4$ eingangs erwähnten Bedeutungen besitzen, mit einer Ver-
bindung der allgemeinen Formel

$\mathcal{H} \cdot \mathcal{14}$ -

3508947

$$R_5 \quad - \quad Z \qquad , (IX)$$

in der

$R_5$ eine der für $R_1$ bis $R_4$ eingangs erwähnten Alkyl-, Cycloalkyl-, Alkenyl-, Alkinyl- oder Phenylalkylgruppen und Z eine nukleophile Austrittsgruppe wie ein Halogenatom oder einen Sulfonsäurerest, z.B. ein Chlor-, Brom- oder Jodatom, eine Methoxysulfonyloxy- oder p-Toluolsulfonyloxygruppe, oder Z zusammen mit einem benachbarten Wasserstoffatom des Restes $R_5$ ein Sauerstoffatom bedeuten.

Die Umsetzung wird in einem Lösungsmittel wie Wasser, Methanol, Ethanol, Tetrahydrofuran, Dioxan, Aceton, Acetonitril oder Dimethylsulfoxid mit einem Alkylierungsmittel wie Methyljodid, Dimethylsulfat, Ethylbromid, Diethylsulfat, Allyljodid, Benzylbromid, 2-Phenylethylbromid oder Methyl-p-toluolsulfonat, gegebenenfalls in Gegenwart einer Base wie Natronlauge, Kaliumcarbonat, Natriumhydrid, Kalium-tert.butylat oder Triethylamin zweckmäßigerweise bei Temperaturen zwischen -10 und 50°C, vorzugsweise jedoch bei Temperaturen zwischen 0 und 30°C, durchgeführt. Die Umsetzung kann jedoch auch ohne Lösungsmittel durchgeführt werden.

Die Alkylierung des Stickstoffatoms kann auch mittels Formaldehyd/Ameisensäure bei erhöhten Temperaturen, z.B. bei der Siedetemperatur des Reaktionsgemisches, oder mit einer entsprechenden Carbonylverbindung und einem komplexen Metallhydrid wie Natriumborhydrid oder Natriumcyanborhydrid in einem Lösungsmittel wie Wasser/Methanol, Ethanol, Ethanol/Wasser, Dimethylformamid oder Tetrahydrofuran bei Temperaturen zwischen 0 und 50°C, vorzugsweise jedoch bei Raumtemperatur, durchgeführt werden.

ORIGINAL INSPECTED

- 15 -                                    3508947

Erhält man erfindungsgemäß eine Verbindung der allgemeinen
Formel I, in der mindestens einer der Reste $R_1$, $R_2$, $R_3$
oder $R_4$ ein Wasserstoffatom darstellen, so kann diese mit-
tels entsprechende Acylierung in eine entsprechende Verbin-
dung der allgemeinen Formel I, in der mindestens einer der
Reste $R_1$, $R_2$, $R_3$ oder $R_4$ einen der eingangs erwähn-
ten Acylreste darstellt, übergeführt werden.

Die nachträgliche Acylierung wird zweckmäßigerweise in einem
Lösungsmittel wie Methylenchlorid, Chloroform, Tetrachlor-
kohlenstoff, Ether, Tetrahydrofuran, Dioxan, Eisessig, Ben-
zol, Toluol, Acetonitril oder Dimethylformamid, gegebenen-
falls in Gegenwart eines die Säure aktivierenden Mittels
oder eines wasserentziehenden Mittels, z.B. in Gegenwart von
Chlorameisensäureethylester, Thionylchlorid, N,N'-Dicyclo-
hexylcarbodiimid, N,N'-Dicyclohexylcarbodiimid/N-Hydroxy-
succinimid, N,N'-Carbonyldiimidazol oder N,N'-Thionyldiimid-
azol oder Triphenylphosphin/Tetrachlorkohlenstoff, oder
eines die Aminogruppe aktivierenden Mittels, z.B. Phosphor-
trichlorid, und gegebenenfalls in Gegenwart einer anorga-
nischen Base wie Natriumcarbonat oder einer tertiären orga-
nischen Base wie Triethylamin oder Pyridin, welche gleich-
zeitig als Lösungsmittel dienen können, bei Temperaturen
zwischen -25°C und 250°C, vorzugsweise jedoch bei Tempera-
turen zwischen -10°C und der Siedetemperatur des verwendeten
Lösungsmittels, durchgeführt. Die Umsetzung kann auch ohne
Lösungsmittel durchgeführt werden, desweiteren kann während
der Umsetzung entstehendes Wasser durch azeotrope Destilla-
tion, z.B. durch Erhitzen mit Toluol am Wasserabscheider,
oder durch Zugabe eines Trockenmittels wie Magnesiumsulfat
oder Molekularsieb abgetrennt werden.

Die erhaltenen Verbindungen der allgemeinen Formel I, welche
mindestens ein chirales Zentrum enthalten, lassen sich in
ihre Enantiomeren nach üblichen Methoden auftrennen, bei-

- 15 - 16 -                    3508947

spielsweise durch Säulenchromatographie an einer chiralen
Phase, mittels fraktionierter Kristallisation ihrer diaste-
reomeren Salze oder mittels Säulenchromatographie ihrer Kon-
jugate mit optisch aktiven Hilfssäuren wie Weinsäure,
0,0-Dibenzoyl-weinsäure, Camphersäure, Camphersulfonsäure
oder α-Methoxy-phenylessigsäure.

Ferner lassen sich die erhaltenen Verbindungen in ihre
Säureadditionssalze, insbesondere in ihre physiologisch
verträglichen Säureadditionssalze mit anorganischen oder
organischen Säuren überführen. Als Säuren kommen hierbei
beispielsweise Salzsäure, Bromwasserstoffsäure, Schwefel-
säure, Phosphorsäure, Milchsäure, Zitronensäure, Weinsäure,
Bernsteinsäure, Maleinsäure oder Fumarsäure in Betracht.

Die als Ausgangsstoffe verwendeten Verbindungen der allge-
meinen Formeln II bis IX sind teilweise literaturbekannt
bzw. man erhält diese nach literaturbekannten Verfahren.

So erhält man beispielsweise eine Verbindung der allgemeinen
Formel II durch Halogenierung des entsprechenden Cyclohexa-
nons, welches seinerseits durch Oxidation des entsprechenden
Cyclohexanols und gegebenenfalls anschließende Alkylierung
und/oder Acylierung hergestellt wird.

Die als Ausgangsstoffe verwendeten Verbindungen der allge-
meinen Formeln VI, VII und VIII erhält man durch Kondensa-
tion eines entsprechenden α-Brom-cyclohexanons mit einem
entsprechenden Thioharnstoff.

Wie bereits eingangs erwähnt, stellen die Verbindungen der
allgemeinen Formel I, in der mindestens einer der Reste $R_1$
bis $R_4$ einen der eingangs erwähnten Acylreste darstellt,
wertvolle Zwischenprodukte zur Herstellung der Verbindungen
der allgemeinen Formel I dar, in denen $R_1$ bis $R_4$ mit

ORIGINAL INSPECTED

16 17

3508947

Ausnahme der eingangs erwähnten Acylreste die für $R_1$ bis
$R_4$ eingangs erwähnten Bedeutungen aufweisen. Diese Verbin-
dungen und deren physiologisch verträgliche Säureadditions-
salze weisen wertvolle pharmakologische Eigenschaften auf,
insbesondere eine Wirkung auf den Blutdruck, eine herzfre-
quenzsenkende Wirkung und eine Wirkung auf das Zentralner-
vensystem, insbesondere eine Dopaminrezeptor-stimulierende
Wirkung.

Beispielsweise wurde daher bei den Verbindungen

A = 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid,

B = 2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid,

C = 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid,

D = 2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-benz-
thiazol-dihydrochlorid,

E = 6-[N-Allyl-N-(4-chlor-benzyl)-amino]-2-amino-4,5,6,7-
tetrahydro-benzthiazol-dihydrochlorid und

F = 2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid

zur Untersuchung der Beeinflussung praesynaptischer Dopamin-
rezeptoren zunächst die Wirkung auf die exploratorische Ak-
tivität von Mäusen untersucht und anschließend, nach Abklä-
rung einer Wirkung auf postsynaptische Dopaminrezeptoren
(Motilität an mit Reserpin vorbehandelten Tieren), die Be-
einflussung des Dopaminturnovers und der Dopaminsynthese wie
folgt bestimmt:

‐ 18 ‐                           3508247

## 1. Hemmung der exploratorischen Aktivität

Die Aktivitätsmessung erfolgte in Beobachtungskäfigen, die
mit einer Infrarotlichtschranke versehen sind. Gemessen wird
die Häufigkeit der Unterbrechung des Lichtstrahles durch
eine Gruppe von 5 Mäusen innerhalb von 5 Minuten. Gruppen
von jeweils 5 Tieren erhalten die zu untersuchende Substanz,
falls nichts anderes angegeben ist, in einer Dosis von
10 mg/kg subkutan injiziert. 1 Stunde später werden die
Tiere in die Beobachtungskäfige gebracht, wo sofort mit der
Messung der exploratorischen Aktivität über 5 Minuten be‐
gonnen wird. Parallel bzw. alternierend zu Gruppen, die mit
Testsubstanz behandelt wurden, werden kochsalzbehandelte
Kontrollgruppen (0,9%ig; 0,1 ml/10 g Körpergewicht subkutan)
untersucht.

Die Ergebnise sind in folgender Tabelle zusammengestellt:

| Substanz | Dosis[1] (mg/kg s.c.) | Hemmung der Aktivität in Prozent gegenüber kochsalzbehandelten Kontrollen |
|----------|-----------------------|---------------------------------------------------------------------------|
| A        | 2,7                   | 50                                                                        |
| B        | 10,0                  | 94                                                                        |
| C        | 10,0                  | 20 *                                                                      |
| D        | 10,0                  | 76 *                                                                      |
| E        | 10,0                  | 56 *                                                                      |
| F        | 10,0                  | 60 *                                                                      |

* Explorationsmessung: 75 Minuten nach Substanzapplikation
1) abgelesen von Dosis Wirkungskurve im Bereich 1-10 mg/kg
subkutan

ORIGINAL INSPECTED

18    19.                    3508947

## 2. Bestimmung der Dopaminturnoverhemmung

Die Dopaminturnoverhemmung wurde an Mäusen gemessen. Bei
Tieren, die mit α-Methylparatyrosin (AMPT) (250 mg/kg in-
traperitoneal) zum Zeitpunkt 15 Minuten des Experimentes be-
handelt werden, fällt die Dopaminkonzentration im Gesamthirn
mit fortschreitender Versuchsdauer ab. Durch Substanzen, die
an Autorezeptoren wirken, kann der Dopaminabfall (im Ver-
gleich zu mit Kochsalzlösung behandelten Kontrolltieren)
verhindert werden.
Testsubstanzen werden zum Zeitpunkt 0 des Experiments - so-
weit nicht anders angegeben - mit 5 mg/kg s.c. appliziert.
Zum Zeitpunkt 4 Stunden und 15 Minuten des Experiments wer-
den die Tiere getötet und die Gehirne der Dopaminbestimmung
mittels Hochdruckflüssigkeitchromatographie mit elektroche-
mischer Detektion zugeführt. Bestimmt wird die durch die
Testsubstanz bewirkte prozentuale Hemmung des durch AMPT in-
duzierten Dopaminabfalls.

| Substanz | Dosis (mg/kg s.c.)[1] | % Hemmung des AMPT-Effektes |
|----------|------------------------|------------------------------|
| A | 0,95 | 50 |
| B | 5 | 67 |
| D | 5 | 52 |
| E | 5 | 32 |

1) abgelesen von Dosis Wirkungskurve im Bereich von
0,5-3 mg/kg s.c.

## 3. Bestimmung der Dopaminsynthesehemmung

Hierzu erhalten 5 Tiere, sofern nicht anders angegeben ist,
jeweils 10 mg/kg s.c. der zu untersuchenden Substanz. Nach 5

JT - 20 -                    3508947

Minuten erfolgt die Gabe von 750 mg/kg i.p. γ-Butyrolacton,
um über Blockade der präsynaptischen Impulsleitung den Ein-
fluß postsynaptischer Rückkopplungsschleifen auf die Dopa-
minsyntheserate auszuschließen. Dies führt zu einer be-
trächtlichen Steigerung der DOPA- bzw. Dopaminsynthese. Zur
Hemmung der Decarboxylierung von DOPA werden nach weiteren 5
Minuten 200 mg/kg i.p. 3-Hydroxybenzyl-hydrazin-hydrochlorid
appliziert. 40 Minuten nach Substanzgabe werden die Tiere
getötet und das Corpus striatum präpariert. Die Messung des
DOPA-Gehaltes erfolgt mit Hilfe von HPLC mit elektroche-
mischer Detektion (Standard: Dihydroxibenzylamin).

Bestimmt wird die durch die Testsubstanz bewirkte prozentu-
ale Hemmung der durch γ-Butyrolacton stimulierten Dopaakku-
mulierung gegenüber den mit 0,9%iger Kochsalzlösung behan-
delten Kontrolltieren.

Die Ergebnisse dieses Versuches sind in nachfolgender Tabel-
le zusammengestellt:

| Substanz | Dosis [1] (mg/kg s.c.) | Hemmung der Dopaakku-mulierung in % gegenüber kochsalzbehandelten Kontrollen |
|----------|------------------------|------------------------------------------------------------------------------|
| A        | 0,55                   | 50                                                                           |
| C        | 10                     | 60                                                                           |

1) abgelesen von Dosiswirkungskurve im Bereich 0,1-1,0 mg/kg
subkutan.

ORIGINAL INSPECTED

18 - 21 -                                3508947

4. Bestimmung der Anti-Parkinsonismus- bzw. der Anti-Parkinson-
                           Wirkung

Die Entdeckung des Neurotoxins 1-Methyl-4-phenyl-1,2,3,6-tetrahydro-
pyridine (MPTP) vor eineinhalb Jahren (Langston et al., Science
219, 979 (1983)) hat ein Tiermodell für die Parkinsonsche-
Erkrankung zur Verfügung gestellt.

Das durch MPTP beim Menschen und beim Affen ausgelöste, irreversible,
neurologische Krankheitsbild ähnelt in seiner klinischen, patho-
logischen, biochemischen und pharmakologischen Ausprägung weitgehend
der idiopathischen Parkinsonschen Erkrankung (Markey et al., Nature
311, 464 (1984)). Ursache dieser überzeugenden Übereinstimmung ist
die Tatsache, daß MPTP selektiv jene kleine Gruppe dopaminerger
Nervenzellen in der Substantia nigra des Gehirns zerstört, welche
auch bei der natürlich auftretenden Parkinsonschen Erkrankung durch
degenerative Prozesse zerstört werden. Es wird gar diskutiert, daß
auch die Ursache der idiopathischen Parkinsonschen Erkrankung im
Organismus entstehendes MPTP oder eine ähnliche chemische Verbindung
ist (Snyder, S.H., Nature 311, 514 (1984)). Möglicherweise bedingt
durch den spezifischen Metabolismus des MPTP ist die klinische Aus-
prägung des MPTP-Parkinsonbildes bisher außer beim Menschen nur
beim Affen nachweisbar.

Das an Rhesusaffen verwirklichte MPTP-Modell ist daher in hervorragendem
Maße geeignet, die Wirkung von Anti-Parkinson-Medikamenten zu prüfen.
7 Rhesusaffen wurden mit MPTP (3 Tage lang 1 x 0,15 mg/kg i.m. täglich,
3 Tage Pause, 3 Tage lang 1 x 0,30 - 0,40 mg/kg täglich) appliziert
und wiesen folgende Symptome auf: die Tiere waren akinetisch und
nicht in der Lage, Wasser und Futter aufzunehmen. Sie zeigten eine
typische gebeugte Haltung; gelegentlich traten kataleptische Zustände
auf. Die Extremitäten wiesen einen Rigor auf, welcher bei passiver
Bewegung von klonischen Krämpfen durchbrochen wurde. Willkürbewegungen
des Rumpfes und der Extremitäten waren in der Regel durch stärkste,
schmerzhafte Reize nicht auszulösen.

- 22 -                    3508947

Nach der intramuskulären Gabe von Verbindung C (10-100 µg/kg) traten
im zeitlichen Abstand von 5 bis 10 min erste Willkürbewegungen auf,
die in den folgenden 10 bis 30 min von einer allmählichen, weitest-
gehenden Normalisierung der Motorik gefolgt war. Die Tiere waren
in der Lage Nahrung aufzunehmen. Sie verhielten sich innerhalb ihrer
Käfige regelrecht, dies galt auch hinsichtlich Vigilanz und art-
spezifischen Verhaltens. Als Restsymptomatik wurden gelegentlich
vorübergehender, leichter Ruhetremor und Verringerung der groben
Kraft registriert. Eine Sedation trat nicht ein. Die Hautdurchblutung
erschien gegenüber dem Zustand vor Gabe der Verbindung C gesteigert.

Die Wirkung von Verbindung C ließ nach ca. 5 bis 7 Stunden nach,
und die Tiere verfielen wieder in die oben beschriebene Parkinson-
Symptomatik; eine erneute Applikation dieser Verbindung führte
wieder zur Besserung bzw. weitgehenden Aufhebung der klinisch
pathologischen Erscheinung. Die vorteilhafte Wirkung der Verbindung
wurde an jedem einzelnen Tier somit mehrfach reproduziert.

Nebenwirkungen traten in den bisher angewandten Dosierungen nicht
in Erscheinung.

Ferner sind die erfindungsgemäß hergestellten Verbindungen
weitgehend untoxisch. So konnten bei der Untersuchung der
Substanzen an Mäusen mit Dosen zwischen 27 und 50 mg/kg p.o.
keine Todesfälle festgestellt werden.

Aufgrund ihrer pharmakologischen Eigenschaften eignen sich
die erfindungsgemäß hergestellten Verbindungen der allgemei-
nen Formel I und deren physiologisch verträgliche Säureaddi-
tionssalze zur Behandlung von zentralnervösen, neuropsychia-
trischen Erkrankungen, insbesondere der Schizophrenie, zur
Behandlung des Parkinsonismus bzw. Parkinsonschen-Erkrankung
und/oder zur Behandlung von Kreislauferkrankungen, insbesondere
der Hypertonie.

ORIGINAL INSPECTED

- 23 -

28-

3508947

Zur pharmazeutischen Anwendung lassen sich die neuen Verbindungen und deren physiologisch verträgliche Säureadditionssalze, gegebenenfalls in Kombination mit anderen Wirkstoffen, in die üblichen galenischen Anwendungsformen wie Dragées, Tabletten, Pulver, Suppositorien, Suspensionen, Tropfen oder Ampullen einarbeiten. Die Einzeldosis beträgt hierbei 1 bis 4 x täglich 0,01 -0,5 mg/kg Körpergewicht, vorzugsweise jedoch 0,1 -0,3 mg/kg Körpergewicht.

Die nachfolgenden Beispiele sollen die Erfindung näher erläutern:

## Beispiel A

4-[N-(4-Chlor-benzyl)-amino]-cyclohexanol

75,8 g (0,5 Mol) 4-Amino-cyclohexanol-hydrochlorid werden in 60 ml Wasser gelöst und nach Zugabe von 36 g (0,26 Mol) Kaliumcarbonat und 500 ml Toluol bis zur Beendigung der Wasserabscheidung am Wasserabscheider gekocht. Dann werden unter weiterem Kochen am Wasserabscheider langsam 71,7 g (0,5 Mol) 4-Chlorbenzaldehyd zugegeben. Nachdem sich die berechnete Menge Wasser abgeschieden hat, wird auf Wasser gegeben und die Toluolphase abgetrennt und eingeengt. Der Einengungsrückstand wird in 500 ml Ethanol gelöst und unter Rühren portionsweise mit 19 g (0,5 Mol) Natriumborhydrid versetzt. Nach Stehen über Nacht wird eingeengt, mit Wasser versetzt und mit Chloroform extrahiert. Nach dem Trocknen und Einengen der Extrakte wird der Rückstand aus Essigsäure-ethylester umkristallisiert.
Ausbeute: 93,4 g (78 % der Theorie),
Schmelzpunkt: 103-104°C

| | | C | H | N | Cl |
|------|---|-------|------|------|-------|
| Ber.: | | 65,12 | 7,57 | 5,84 | 14,79 |
| Gef.: | | 65,21 | 7,68 | 5,93 | 14,65 |

- 24 -                    3508047

Analog Beispiel A wurde unter Verwendung von Propionaldehyd
folgende Verbindung hergestellt:

4-n-Propylamino-cyclohexanol
Ausbeute: 12,4 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:  m/e = 157
Gef.:  m/e = 157


**Beispiel B**

4-[N-(4-Chlor-benzyl)-methylamino]-cyclohexanol
─────────────────────────────────────────────

7,2 g (30 mMol) 4-[N-(4-Chlor-benzyl)-amino]-cyclohexanol
werden in 30 ml Dimethylformamid gelöst und nach Zugabe von
2,2 g (16 mMol) Kaliumkarbonat tropfenweise mit 4,26 g
(30 mMol) Methyljodid versetzt. Nach Abklingen der leicht
exothermen Reaktion wird eingeengt, mit Wasser versetzt und
mit Chloroform extrahiert. Die eingeengten Extrakte werden
zur Reinigung an Kieselgel chromatographiert (Fließmittel:
Methylenchlorid/Methanol = 20/1).
Ausbeute: 3,3 g (43,4 % der Theorie),
Schmelzpunkt: 74-75°C

| Ber.: | C | 66,26 | H | 7,94 | N | 5,52 | Cl | 13,97 |
|-------|---|-------|---|------|---|------|----|-------|
| Gef.: |   | 66,36 |   | 7,95 |   | 5,46 |    | 13,81 |


Analog Beispiel B wurden folgende Verbindungen hergestellt:

4-Hexamethylenimino-cyclohexanol
─────────────────────────────────

ORIGINAL INSPECTED

Hergestellt aus 4-Amino-cyclohexanol und 1,6-Dibromhexan.
Ausbeute: 47,3 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 197
Gef.:    m/e = 197

4-Diallylamino-cyclohexanol
_____

Hergestellt aus 4-Aminocyclohexanol und Allylbromid.
Ausbeute: 51 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 195
Gef.:    m/e = 195

4-Piperidino-cyclohexanol
_____

Hergestellt aus 4-Amino-cyclohexanol und 1,5-Dibrompentan.
Ausbeute: 65,8 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 183
Gef.:    m/e = 183

4-Pyrrolidino-cyclohexanol
_____

Hergestellt aus 4-Amino-cyclohexanol und 1,4-Dibrom-butan.
Ausbeute: 35,8 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 169
Gef.:    m/e = 169

3506947

~~23~~
-26-

## Beispiel C

### 4-Diethylamino-cyclohexanol

28,75 g (0,25 Mol) 4-Amino-cyclohexanol werden unter Zusatz
von 20 g (0,5 Mol) Natriumhydroxid in 150 ml Wasser gelöst
und tropfenweise mit 65,6 ml (0,5 Mol) Diethylsulfat ver-
setzt. Hierbei erwärmt sich der Ansatz auf 65°C. Man rührt
eine Stunde bei 70°C nach, gibt dann auf Eis und extrahiert
mit Chloroform.
Ausbeute: 18,2 g (42,5 % der Theorie),
Schmelzpunkt: < 20°C
Ber.: m/e = 171
Gef.: m/e = 171


## Beispiel D

### 4-[N-(4-Chlor-benzyl)-amino]-cyclohexanon

23,9 g (0,1 Mol) 4-[N-(4-Chlorbenzyl)-amino]-cyclohexanol
werden in 125 ml Eiswasser suspendiert und mit 32 ml konzen-
trierter Schwefelsäure versetzt. Anschließend gibt man
29,4 g (0,1 Mol) Kaliumdichromat in 2 Portionen zu und er-
wärmt 5 Stunden auf 50°C. Dann kühlt man ab, stellt mit Na-
tronlauge alkalisch und extrahiert mit Chloroform. Nach dem
Einengen erhält man eine gelblich gefärbte ölige Flüssigkeit.
Ausbeute: 8,2 g (34 % der Theorie),
Schmelzpunkt: < 20°C
Ber.:  m/e = 237/239
Gef.:  m/e = 237/239

ORIGINAL INSPECTED

-22-
24

3508947

Analog Beispiel D wurden folgende Verbindungen hergestellt:

4-[N-(4-Chlor-benzyl)-methylamino]-cyclohexanon
Ausbeute: 38 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 251/253
Gef.:    m/e = 251/253

4-Diallylamino-cyclohexanon
Ausbeute: 21 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 193
Gef.:    m/e = 193

4-Piperidino-cyclohexanon
Ausbeute: 22,2 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 181
Gef.:    m/e = 181

4-Pyrrolidino-cyclohexanon
Ausbeute: 45,1 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 167
Gef.:    m/e = 167

4-Diethylamino-cyclohexanon
Ausbeute: 49,7 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 169
Gef.:    m/e = 169

- *28* -
25

3508947

4-n-Propylamino-cyclohexanon
Ausbeute: 33 % der Theorie,
Schmelzpunkt: < 20°C
Ber.:    m/e = 155
Gef.:    m/e = 155


Beispiel E

4-[N-(4-Chlor-benzyl)-methylamino]-cyclohexanon


8,4 g (35 mMol) 4-[N-(4-Chlor-benzyl)-amino]-cyclohexanon
werden in 50 ml absolutem Dimethylformamid gelöst und nach
Zugabe von 2,6 g (18,7 mMol) Kaliumcarbonat bei 25÷30°C
tropfenweise mit 5,0 g (35 mMol) Methyljodid versetzt. Nach
Stehen über Nacht wird eingeengt, mit Wasser versetzt und
mit Chloroform extrahiert. Die Extrakte werden getrocknet
und eingeengt.
Ausbeute: 8,1 g (93 % der Theorie),
Schmelzpunkt: < 20°C
Ber.:    m/e = 251/253
Gef.:    m/e = 251/253


Analog Beispiel E wurden folgende Verbindungen hergestellt:

4-[N-Allyl-N-(4-chlor-benzyl)-amino]-cyclohexanon
Ausbeute: 70,7 % der Theorie
Schmelzpunkt: < 20°C
Ber.:    m/e = 277/279
Gef.:    m/e = 277/279


ORIGINAL INSPECTED

- 24 -
26

3509947

4-[N-(4-Chlor-benzyl)-ethylamino]-cyclohexanon

Ausbeute: 30 % der Theorie

Schmelzpunkt: < 20°C

Ber.:   m/e = 265/267

Gef.:   m/e = 265/267


Beispiel F

4-Hexamethylenimino-cyclohexanon
------------------------------------

Zur Suspension von 107,5 g (0,5 Mol) Pyridiniumchlorochromat
und 40 g (0,5 Mol) Natriumacetat in 700 ml Methylenchlorid
tropft man bei 20-25°C die Lösung von 47 g (0,5 Mol) 4-Hexa-
methylenimino-cyclohexanol in 300 ml Methylenchlorid. Nach
einstündigem Rühren bei 20°C gibt man auf Eiswasser und Na-
tronlauge und extrahiert mit Methylenchlorid. Nach dem
Trocknen und Einengen der Extrakte hinterbleibt eine farb-
lose ölige Flüssigkeit.

Ausbeute: 16,8 g (35,8 % der Theorie),

Schmelzpunkt: < 20°C

Ber.:   m/e = 195

Gef.:   m/e = 195

27

30

3508947

## Beispiel 1

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid

2,82 g (0,02 Mol) 4-Dimethylamino-cyclohexanon werden in
20 ml Eisessig gelöst, mit 4,7 ml 36%iger Bromwasserstoff-
säure in Eisessig versetzt und unter Kühlung tropfenweise
mit einer Lösung von 1,0 ml (0,02 Mol) Brom in 12 ml Eis-
essig behandelt. Anschließend engt man im Vakuum ein und
digeriert den Rückstand mehrfach mit Diethylether. Die
Etherextrakte werden verworfen und der Rückstand in 50 ml
Ethanol gelöst. Nach Zugabe von 3,04 g (40 mMol) Thioharn-
stoff wird 5 Stunden am Rückfluß gekocht. Dann wird einge-
engt, mit Natronlauge alkalisch gestellt und mit Chloroform
extrahiert. Nach dem Trocknen und Einengen der Extrakte wird
an Kieselgel säulenchromatographisch gereinigt (Fließmittel:
Chloroform/Methanol = 1/1). Anschließend wird die Base
(Schmelzpunkt: 191°C) in Aceton gelöst und mit isopropano-
lischer Salzsäure in das Dihydrochlorid überführt.
Ausbeute: 1,09 g (20 % der Theorie),
Schmelzpunkt: 272°C

| | | | | | | | | |
|------|---|-------|---|------|---|-------|----|-------|
| Ber.: | C | 40,00 | H | 6,34 | N | 15,55 | Cl | 26,24 |
| Gef.: |   | 39,63 |   | 6,55 |   | 15,31 |    | 26,29 |

Aus den entsprechenden Ketonen wurden analog Beispiel 1 die
nachfolgenden Tetrahydrobenzthiazole hergestellt:

2-Amino-6-diethylamino-4,5,6,7-tetrahydro-benzthiazol
Ausbeute: 25 % der Theorie,
Schmelzpunkt: 182-183°C

| | | | | | | |
|------|---|-------|---|------|---|-------|
| Ber.: | C | 58,62 | H | 8,49 | N | 18,64 |
| Gef.: |   | 58,65 |   | 8,72 |   | 18,50 |

ORIGINAL INSPECTED

- 31 -

28

3508947

2-Amino-6-piperidino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
chlorid
Ausbeute: 13 % der Theorie,
Schmelzpunkt: 280°C

| Ber.: | C 46,45 | H 6,82 | N 13,55 | Cl 22,85 |
|-------|---------|--------|---------|----------|
| Gef.: | 46,37   | 6,75   | 13,41   | 22,95    |

2-Amino-6-pyrrolidino-4,5,6,7-tetrahydro-benzthiazol
Ausbeute: 24,4 % der Theorie,
Schmelzpunkt: 204-206°C

| Ber.: | C 59,15 | H 7,67 | N 18,81 |
|-------|---------|--------|---------|
| Gef.: | 59,50   | 7,74   | 18,95   |

2-Amino-6-diallylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 19 % der Theorie,
Schmelzpunkt: 242°C

| Ber.: | C 48,44 | H 6,56 | N 13,03 | Cl 22,00 |
|-------|---------|--------|---------|----------|
| Gef.: | 47,90   | 6,49   | 12,95   | 22,21    |

2-Amino-6-[N-(4-chlor-benzyl)-amino]-4,5,6,7-tetrahydro-
benzthiazol
Ausbeute: 35 % der Theorie,
Schmelzpunkt: 146°C

| Ber.: | C 57,23 | H 5,49 | N 14,30 | Cl 12,06 |
|-------|---------|--------|---------|----------|
| Gef.: | 56,93   | 5,56   | 13,86   | 12,04    |

2-Amino-6-[N-(4-chlor-benzyl)-methylamino]-4,5,6,7-tetra-
hydro-benzthiazol
Ausbeute: 36 % der Theorie,
Schmelzpunkt: 163°C

| Ber.: | C 58,69 | H 5,89 | N 13,64 | Cl 11,51 |
|-------|---------|--------|---------|----------|
| Gef.: | 58,50   | 5,94   | 13,49   | 11,55    |

2-Amino-6-[N-(4-chlor-benzyl)-ethylamino]-4,5,6,7-tetra-
hydro-benzthiazol-dihydrochlorid

-32-

~~29~~

3508247

Ausbeute: 49 % der Theorie,
Schmelzpunkt: 258°C (Zersetzung)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 48,67 | H | 5,61 | N | 10,64 | Cl | 26,94 |
| Gef.: | | 48,30 | | 5,85 | | 10,57 | | 26,97 |

2-Amino-6-[N-allyl-N-(4-chlor-benzyl)-amino]-4,5,6,7-tetra-
hydro-benzthiazol-dihydrochlorid
Ausbeute: 46,5 % der Theorie,
Schmelzpunkt: 240°C (Zersetzung)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 50,19 | H | 5,45 | N | 10,33 | Cl | 26,14 |
| Gef.: | | 49,84 | | 5,68 | | 9,97 | | 26,04 |

2-Amino-6-hexamethylenimino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 15,4 % der Theorie,
Schmelzpunkt: 295°C (Zersetzung)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 48,17 | H | 7,14 | N | 12,95 | Cl | 21,86 |
| Gef.: | | 47,90 | | 7,34 | | 12,44 | | 21,64 |

2-Allylamino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Hergestellt aus 4-Dimethylamino-cyclohexanon durch Bromie-
rung und anschließende Umsetzung mit Allylthioharnstoff.
Ausbeute: 64 % der Theorie,
Schmelzpunkt: 248°C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 46,45 | H | 6,82 | N | 13,54 | Cl | 22,85 |
| Gef.: | | 46,30 | | 7,00 | | 13,29 | | 12,99 |

2-Amino-5-dimethylamino-4,5,6,7-tetrahydro-benzthiazol-dihy-
drochlorid
Hergestellt aus 3-Dimethylamino-cyclohexanon.
Ausbeute: 33 % der Theorie,
Schmelzpunkt: 194°C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 40,00 | H | 6,34 | N | 15,55 | Cl | 26,24 |
| Gef.: | | 39,74 | | 6,37 | | 15,15 | | 25,96 |

ORIGINAL INSPECTED

- 33 -

30

3508947

2-Amino-5-morpholino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
chlorid

Hergestellt aus 3-Morpholino-cyclohexanon

Ausbeute: 7,4 g (20 % der Theorie),

Schmelzpunkt: 237-238°C

| Ber.: | C | 42,31 | H | 6,13 | N | 13,46 |
|-------|---|-------|---|------|---|-------|
| Gef.: |   | 42,00 |   | 6,29 |   | 13,13 |

## Beispiel 2

### 2,6-Diamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochlorid

### a) 4-(Phthalimido)-cyclohexanol

75,5 g (0,5 Mol) 4-Aminocyclohexanol-hydrochlorid und 74,0 g
(0,5 Mol) Phthalsäureanhydrid werden nach Zusatz von 65 g
(0,5 Mol) Ethyl-diisopropyl-amin und 1000 ml Toluol 36 Stun-
den am Wasserabscheider gekocht. Dann wird mit Wasser ver-
setzt, die Toluolphase abgetrennt und die wässrige Phase
mehrmals mit Chloroform extrahiert. Die organischen Phasen
werden vereinigt, getrocknet und eingeengt. Der Einengungs-
rückstand wird aus Isopropanol umkristallisiert.

Ausbeute: 95 g (77,8 % der Theorie),

Schmelzpunkt: 175-176°C

### b) 4-(Phthalimido)-cyclohexanon

95 g (0,388 Mol) 4-(Phthalimido)-cyclohexanol werden in
600 ml Chloroform gelöst und nach Zugabe von 450 ml Wasser
und 120 ml Schwefelsäure portionsweise mit 90 g (0,3 Mol)
Kaliumdichromat versetzt. Die Innentemperatur des Ansatzes
wird hierbei durch leichte Kühlung zwischen 25 und 30°C ge-
halten. Man rührt 3 Stunden nach, trennt dann die Chloro-
formphase ab und extrahiert noch zweimal mit Chloroform.
Nach dem Trocknen und Einengen der Extrakte erhält man 82 g
(86,9 % der Theorie).

c) <u>2-Amino-6-phthalimido-4,5,6,7-tetrahydro-benzthiazol</u>

48,6 g (0,2 Mol) 4-(Phthalimido)-cyclohexanon werden analog
Beispiel 1 mit 32 g (0,2 Mol) Brom bromiert und anschließend
mit Thioharnstoff in das 2-Amino-6-phthalimido-4,5,6,7-
tetrahydro-benzthiazol übergeführt.

Ausbeute: 30 g (50 % der Theorie),

Schmelzpunkt: 244-246°C (Zersetzung)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 60,18 | H | 4,38 | N | 14,04 | |
| Gef.: | | 60,05 | | 4,25 | | 13,95 | |

d) <u>2,6-Diamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochlorid</u>

9,5 g (31,7 mMol) 2-Amino-6-phthalimido-4,5,6,7-tetrahydro-
benzthiazol werden in 100 ml Ethanol suspendiert und nach
Zugabe von 1,8 g (36 mMol) Hydrazinhydrat 2 Stunden am Rück-
fluß gekocht. Anschließend wird eingeengt und im Fließmittel
Methanol an Kieselgel säulenchromatographisch gereinigt.
Dann wird in Ethanol mit ethanolischer Salzsäure das Dihy-
drochlorid gefällt.

Ausbeute: 2,0 g (26 % der Theorie,

Schmelzpunkt: > 315°C (Zersetzung)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ber.: | C | 34,72 | H | 5,41 | N | 17,35 | Cl | 29,25 | |
| Gef.: | | 35,00 | | 5,26 | | 16,95 | | 29,10 | |

<u>Beispiel 3</u>

6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazol-
hydrobromid

Zu einer Lösung von 155 g (1,0 Mol) 4-Acetylamino-cyclohexa-
non in 1,5 l Eisessig werden 160 g (1,0 Mol) Brom getropft.
Bei Raumtemperatur wird 3 Stunden gerührt. Zu dem Reaktions-

ORIGINAL INSPECTED

- 35 -
~~22~~

3508947

gemisch werden 152,0 g (2,0 Mol) Thioharnstoff gegeben und
30 Minuten unter Rückfluß erhitzt. Nach dem Abkühlen werden
die ausgefallenen Kristalle abgesaugt und mit Wasser und
Aceton gewaschen.

Ausbeute: 73 g (37 % der Theorie),
Schmelzpunkt: 292-293°C (Zersetzung)

Ber.:    C 36,99    H 4,83    N 14,38
Gef.:      36,82      4,76      14,18

Durch Rühren des Hydrobromids in wässriger Kaliumcarbonat-
lösung und anschließendem Absaugen erhält man die freie Base
vom Schmelzpunkt 194-196°C (Methanol).


Analog Beispiel 3 wurden folgende Verbindungen hergestellt:


6-Acetylamino-2-allylamino-4,5,6,7-tetrahydro-benzthiazol

Ausbeute: 46 % der Theorie,
Schmelzpunkt: 194-196°C

Ber.: $m/e = 251$
Gef.: $m/e = 251$


6-Acetylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazol

Ausbeute: 64 % der Theorie,
Schmelzpunkt: 238-240°C

Ber.:    C 53,30    H 6,71    N 18,65
Gef.:      53,18      6,78      18,41


6-Acetylamino-2-dimethylamino-4,5,6,7-tetrahydro-
benzthiazol

Ausbeute: 51 % der Theorie,
Schmelzpunkt: 170-171°C

Ber.:    C 55,20    H 7,16    N 17,56
Gef.:      55,15      7,17      17,58

- 36 -

-33-

35 8 947

### Beispiel 4

**2,6-Diamino-4,5,6,7-tetrahydro-benzthiazol-dihydrobromid**

3 g (0,01 Mol) 6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazol-hydrobromid werden in 20 ml halbkonzentrierter Bromwasserstoffsäure gelöst und 6 Stunden unter Rückfluß erhitzt. Anschließend wird die Lösung eingeengt und der Rückstand aus Methanol umkristallisiert.

Ausbeute: 2,8 g (82 % der Theorie),

Schmelzpunkt: > 315°C,

Schmelzpunkt der Base: 233-236°C

| | | | | | |
|---|---|---|---|---|---|
| Ber.: | C | 25,39 | H 3,96 | N | 12,69 |
| Gef.: | | 25,34 | 3,93 | | 12,51 |

Analog Beispiel 4 wurden folgende Verbindungen hergestellt:

6-Amino-2-methylamino-4,5,6,7-tetrahydro-benzthiazol-hydrobromid

Ausbeute: 57 % der Theorie,

Schmelzpunkt: 262-263°C

| | | | | | |
|---|---|---|---|---|---|
| Ber.: | C | 36,37 | H 5,34 | N | 15,90 |
| Gef.: | | 36,30 | 5,45 | | 15,82 |

2-Allylamino-6-amino-4,5,6,7-tetrahydro-benzthiazol-oxalat

Ausbeute: 52 % der Theorie,

Schmelzpunkt: 164-165°C (Zersetzung)

Ber.: m/e = 209

Gef.: m/e = 209

6-Amino-2-dimethylamino-4,5,6,7-tetrahydro-benzthiazol

Ausbeute: 45 % der Theorie,

Schmelzpunkt: > 270°C (Zersetzung)

| | | | | | |
|---|---|---|---|---|---|
| Ber.: | C | 30,10 | H 4,77 | N | 11,70 |
| Gef.: | | 30,13 | 4,84 | | 11,68 |

ORIGINAL INSPECTED

- 37 -
-34-

3503947

Beispiel 5

2-Amino-6-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
benzthiazol-dihydrochlorid

Zu einer Lösung aus 3,4 g (0,02 Mol) 2,6-Diamino-tetrahydro-
benzthiazol in 34 ml Dimethylformamid werden 5 g (0,022 Mol)
2-Phenyl-ethylbromid und 2,6 g Kaliumkarbonat gegeben und
die Reaktionsmischung bei 100°C 3 Stunden gerührt. An-
schließend wird das ausgefallene Kaliumbromid abgesaugt und
das Lösungsmittel abdestilliert. Der Rückstand wird an
Kieselgel chromatographiert (Essigsäureethylester/Methanol =
80/20 + 3 % Ammoniak). Durch Zugabe etherischer Salzsäure
kristallisiert die gewünschte Verbindung.
Ausbeute: 2,1 g (30 % der Theorie),
Schmelzpunkt: 289-291°C

| Ber.: | C 52,02 | H 6,11 | N 12,13 |
|-------|---------|--------|---------|
| Gef.: | 51,82   | 6,13   | 12,16   |

Analog Beispiel 5 wurden folgende Verbindungen hergestellt:

2-Amino-6-isopropylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 28 % der Theorie,
Schmelzpunkt: 295-296°C (Zersetzung)

| Ber.: | C 42,25 | H 6,74 | N 14,78 |
|-------|---------|--------|---------|
| Gef.: | 41,95   | 7,09   | 14,50   |

2-Amino-6-isobutylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 35 % der Theorie,
Schmelzpunkt: 268°C (Zersetzung)

| Ber.: | C 44,29 | H 7,10 | N 14,09 |
|-------|---------|--------|---------|
| Gef.: | 43,97   | 7,17   | 13,97   |

- 38 -
-35-

3508947

6-Allylamino-2-amino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
chlorid
Ausbeute: 38 % der Theorie,
Schmelzpunkt: 282-283°C (Zersetzung)

| Ber.: | C | 42,56 | H | 6,07 | N | 14,89 |
|-------|---|-------|---|------|---|-------|
| Gef.: |   | 42,17 |   | 6,07 |   | 14,71 |

2-Amino-6-[N-(2-chlor-benzyl)-amino]-4,5,6,7-tetrahydro-benz-
thiazol-dihydrochlorid
Ausbeute: 40 % der Theorie,
Schmelzpunkt: > 280°C (Zersetzung)

| Ber.: | C | 45,85 | H | 4,95 | N | 11,45 |
|-------|---|-------|---|------|---|-------|
| Gef.: |   | 45,50 |   | 4,86 |   | 11,08 |

2-Amino-6-propargylamino-4,5,6,7-tetrahydro-benzthiazol-dihy-
drochlorid
Ausbeute: 35 % der Theorie,
Schmelzpunkt: 268-270°C (Zersetzung)

| Ber.: | C | 42,86 | H | 5,40 | N | 15,00 |
|-------|---|-------|---|------|---|-------|
| Gef.: |   | 42,78 |   | 5,59 |   | 14,79 |

2-Amino-6-methylamino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
bromid
Ausbeute: 25 % der Theorie,
Schmelzpunkt: 312-313°C (Zersetzung)

| Ber.: | C | 27,84 | H | 4,38 | N | 12,18 |
|-------|---|-------|---|------|---|-------|
| Gef.: |   | 27,78 |   | 4,46 |   | 12,21 |

ORIGINAL INSPECTED

- 39 -
~~36~~

3503947

## Beispiel 6

2-Amino-6-di-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid-monohydrat

Zu einer Lösung von 3,4 g (0,02 Mol) 2,6-Diamino-4,5,6,7-
tetrahydro-benzthiazol in 50 ml Methanol werden 10 g
(0,08 Mol) n-Propylbromid und 11,1 g Kaliumkarbonat gegeben
und 3 Tage am Rückfluß erhitzt. Anschließend wird mit 100 ml
Wasser versetzt und mit Essigsäureethylester extrahiert. Das
Lösungsmittel wird abdestilliert und der Rückstand an
Kieselgel (Fließmittel: Methylenchlorid/Methanol = 80/20)
chromatographiert. Die entsprechende Fraktion wird eingeengt
und die gewünschte Verbindung als Hydrochlorid gefällt.
Ausbeute: 1,9 g (28 % der Theorie),
Schmelzpunkt: 271-273°C

| | | C | H | | N | |
|---|---|---|---|---|---|---|
| Ber.: | | 45,34 | 7,90 | | 12,20 | |
| Gef.: | | 45,00 | 7,98 | | 12,00 | |

## Beispiel 7

2-Amino-6-n-butylamino-4,5,6,7-tetrahydro-benzthiazol-dihy-
drochlorid

Zu einer Lösung aus 3,4 g (0,02 Mol) 2,6-Diamino-4,5,6,7-
tetrahydro-benzthiazol in 34 ml Dimethylformamid werden
1,8 g (0,022 Mol) n-Butanal gegeben und 1 Stunde auf 50°C
erwärmt. Nach dem Abkühlen wird die Reaktionslösung mit
0,8 g (0,02 Mol) Natriumborhydrid versetzt und 30 Minuten
auf 50°C erwärmt. Das Lösungsmittel wird im Vakuum weit-
gehend entfernt. Der Rückstand wird unter Eiskühlung mit
20 ml Wasser und 2N Salzsäure bis pH=1 versetzt. Die wäßrige

- 40 -
37

3503347

Lösung wird mit Essigsäureethylester extrahiert. Die orga-
nische Phase wird verworfen. Die wässrige Phase wird mit
Kaliumcarbonat bis zur alkalischen Reaktion versetzt und mit
Essigsäureethylester extrahiert. Die organische Phase wird
getrocknet und eingeengt. Unter Zusatz von etherischer
Salzsäure kristallisiert die Verbindung.

Ausbeute: 2,3 g (39 % der Theorie),

Schmelzpunkt: 254-256°C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ber.: | C | 44,29 | H | 7,10 | N | 14,09 |
| Gef.: | | 44,44 | | 7,31 | | 14,07 |

Analog Beispiel 7 wurden nachfolgende Verbindungen herge-
stellt:

2-Amino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
chlorid

Ausbeute: 38 % der Theorie,

Schmelzpunkt: 296-297°C

| | | | | | | |
|---|---|---|---|---|---|---|
| Ber.: | C | 40,00 | H | 6,34 | N | 15,55 |
| Gef.: | | 39,97 | | 6,41 | | 15,35 |

2-Amino-6-n-pentylamino-4,5,6,7-tetrahydro-benzthiazol-semi-
fumarat

Ausbeute: 42 % der Theorie,

Schmelzpunkt: > 270°C

| | | | | | | |
|---|---|---|---|---|---|---|
| Ber.: | C | 56,54 | H | 7,79 | N | 14,13 |
| Gef.: | | 56,13 | | 7,80 | | 13,97 |

2-Amino-6-n-hexylamino-4,5,6,7-tetrahydro-benzthiazol-dihydro-
chlorid

Ausbeute: 49 % der Theorie,

Schmelzpunkt: 272-274°C

| | | | | | | |
|---|---|---|---|---|---|---|
| Ber.: | C | 47,85 | H | 7,72 | N | 12,88 |
| Gef.: | | 47,96 | | 7,65 | | 12,71 |

ORIGINAL INSPECTED

- 41 -

38

3509947

2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-dihy-
drochlorid

Ausbeute: 42 % der Theorie,

Schmelzpunkt: 286-288°C

Ber.:      C  42,25      H  6,74      N  14,78
Gef.:         42,05         6,77         14,57

2-Amino-6-cyclopentylamino-4,5,6,7-tetrahydro-benzthiazol-
dioxalat

Ausbeute: 36 % der Theorie,

Schmelzpunkt: 212-213°C

Ber.:      C  46,04      H  5,55      N  10,07
Gef.:         45,95         5,28         10,08

2-Amino-6-cyclohexylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid

Ausbeute: 38 % der Theorie,

Schmelzpunkt: 288-290°C

Ber.:      C  48,14      H  7,15      N  12,96
Gef.:         47,88         7,16         12,74

**Beispiel 8**

6-Ethylamino-2-methylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid

_____

Eine Lösung aus 1 g (0,0044 Mol) 6-Acetylamino-2-methyl-
amino-4,5,6,7-tetrahydro-benzthiazol in 20 ml absolutem
Tetrahydrofuran wird mit 0,4 g (0,01 Mol) Lithiumaluminium-
hydrid versetzt und 2 Stunden am Rückfluß erhitzt. Nach dem
Abkühlen werden 50 g einer 40%igen Diammoniumtartratlösung

- 42 -

39-

3595347

zugetropft. Die organische Phase wird abgetrennt und einge-
engt. Der Rückstand wird an Kieselgel chromatographiert
(Fließmittel: Methylenchlorid/Methanol = 80/20). Die ent-
sprechende Fraktion wird eingeengt. Unter Zugabe von
etherischer Salzsäure kristallisiert die Verbindung.
Ausbeute: 0,3 g (33 % der Theorie),
Schmelzpunkt: > 260°C
Ber.:  m/e = 211
Gef.:  m/e = 211


Analog Beispiel 8 wurden die folgenden Verbindungen herge-
stellt:

2-Allylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 37 % der Theorie,
Schmelzpunkt: 218-220°C (Zersetzung)

| | C | H | N |
|---|---|---|---|
| Ber.: | 46,45 | 6,82 | 13,54 |
| Gef.: | 46,60 | 7,03 | 13,66 |

2-Dimethylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazol-
oxalat-hydrat
Ausbeute: 20 % der Theorie,
Schmelzpunkt: 189-190°C

| | C | H | N |
|---|---|---|---|
| Ber.: | 46,83 | 6,95 | 12,60 |
| Gef.: | 47,03 | 6,89 | 12,49 |

ORIGINAL INSPECTED

- 43 -
~~40~~

3508947

**Beispiel 9**

6-Acetylamino-2-benzoylamino-4,5,6,7-tetrahydro-benzthiazol

Zu einer Lösung aus 4,2 g (0,02 Mol) 6-Acetylamino-2-amino-
4,5,6,7-tetrahydro-benzthiazol in 100 ml absolutem Tetrahy-
drofuran werden 2,2 g Triethylamin und 3,1 g (0,022 Mol)
Benzoylchlorid gegeben und 3 Stunden unter Rückfluß erhitzt.
Die Reaktionsmischung wird mit Wasser versetzt und mit
Essigsäure-ethylester extrahiert. Die organische Phase wird
eingeengt. Der Rückstand wird aus Methanol umkristallisiert.
Ausbeute:  3 g (48 % der Theorie),
Schmelzpunkt: > 260°C
Ber.:  m/e = 315
Gef.:  m/e = 315

Analog Beispiel 9 wurden die folgenden Verbindungen herge-
stellt:

2,6-Diacetylamino-4,5,6,7-tetrahydro-benzthiazol
Ausbeute:  50 % der Theorie,
Schmelzpunkt: 258-259°C
Ber.:  m/e = 252
Gef.:  m/e = 252

6-Acetylamino-2-propionylamino-4,5,6,7-tetrahydro-benzthia-
zol
Ausbeute:  44 % der Theorie,
Schmelzpunkt: > 260°C
Ber.:  m/e = 266
Gef.:  m/e = 266

- 44 -

3598947

6-Acetylamino-2-phenylacetylamino-4,5,6,7-tetrahydro-benz-
thiazol
Ausbeute: 78 % der Theorie,
Schmelzpunkt: 112°C
Ber.: m/e = 329
Gef.: m/e = 329

### Beispiel 10

2-Benzylamino-6-ethylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid

---

Zu einer Lösung aus 1,2 g (3,2 mMol) 6-Acetylamino-2-
benzoylamino-4,5,6,7-tetrahydro-benzthiazol in 50 ml absolu-
tem Tetrahydrofuran werden 0,24 g (64 mMol) Lithiumalumi-
niumhydrid gegeben und 1 Stunde unter Rückfluß erhitzt. Die
Aufarbeitung erfolgt analog Beispiel 8.
Ausbeute: 0,4 g (34 % der Theorie),
Schmelzpunkt: 242-245°C

| Ber.: | C 53,33 | H 6,43 | N 19,68 |
|-------|---------|--------|---------|
| Gef.: | 53,59   | 6,37   | 19,42   |

Analog Beispiel 10 wurden folgende Verbindungen hergestellt:

2,6-Diethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochlo-
rid
Ausbeute: 38 % der Theorie,

Schmelzpunkt: 241-243°C

| Ber.: | C 44,29 | H 7,10 | N 14,09 |
|-------|---------|--------|---------|
| Gef.: | 44,06   | 7,27   | 13,85   |

ORIGINAL INSPECTED

- 45-

3508947

6-Ethylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-
dihydrochlorid
Ausbeute: 32 % der Theorie,
Schmelzpunkt: 267-268°C

| Ber.: | C 46,15 | H 7,42 | N 13,46 |
| Gef.: | 45,95 | 7,53 | 13,33 |

6-Ethylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
benzthiazol-dihydrochlorid-halbhydrat
Ausbeute: 26 % der Theorie,
Schmelzpunkt: 248-251°C

| Ber.: | C 53,25 | H 6,84 | N 10,96 |
| Gef.: | 53,31 | 6,64 | 10,89 |

6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazol

Hergestellt aus 2,6-Diacetylamino-4,5,6,7-tetrahydro-benz-
thiazol bei Raumtemperatur.
Ausbeute:  33 % der Theorie,
Schmelzpunkt: 234-235°C
Ber.:  m/e = 238
Gef.:  m/e = 238

6-Acetylamino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazol

Hergestellt aus 6-Acetylamino-2-benzoylamino-4,5,6,7-tetra-
hydro-benzthiazol bei Raumtemperatur.

6-Acetylamino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazol
Hergestellt aus 6-Acetylamino-2-propionylamino-4,5,6,7-
tetrahydro-benzthiazol bei Raumtemperatur.

6-Acetylamino-2-[N-(2-phenyl-ethyl)-amino]-4,5,6,7-tetrahydro-
benzthiazol

- 46.

43-    3508947

## Beispiel 11

6-Amino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazol-dihydro-chlorid

Hergestellt aus 6-Acetylamino-2-ethylamino-4,5,6,7-tetrahydro-benzthiazol analog Beispiel 4.

Ausbeute: 45 % der Theorie,

Schmelzpunkt: 155-158°C

Ber.:    C 40,00    H 6,34    N 15,55
Gef.:      39,86      6,31      15,26

Analog Beispiel 11 wurden folgende Verbindungen hergestellt:

6-Amino-2-benzylamino-4,5,6,7-tetrahydro-benzthiazol-dihydro-bromid

6-Amino-2-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-dihy-drobromid

6-Amino-2-[N-(2-phenyl-ethyl)amino]-4,5,6,7-tetrahydro-benz-thiazol-dihydrobromid

## Beispiel 12

2-Benzoylamino-6-dimethylamino-4,5,6,7-tetrahydro-benz-thiazol-dihydrochlorid

3,0 g (15 mMol) 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol werden in 15 ml Pyridin gelöst und tropfenweise mit 2,1 g (15 mMol) Benzoylchlorid versetzt. Nach Stehen über Nacht engt man ein, versetzt mit Sodalösung und extra-hiert mit Chloroform. Den Chloroformextrakt engt man ein und chromatographiert anschließend an Kieselgel (Fließmittel:

ORIGINAL INSPECTED

Methylenchlorid/Methanol = 9/1). Die isolierte Base
(Schmelzpunkt: 174°C) wird in Aceton gelöst und mit iso-
propanolischer Salzsäure das Dihydrochlorid gefällt.
Ausbeute: 2,8 g (49 % der Theorie),
Schmelzpunkt: 284°C (Zersetzung)

| Ber.: | C 51,33 | H 5,65 | N 11,23 | Cl 18,94 |
|-------|---------|--------|---------|----------|
| Gef.: | 51,51   | 5,76   | 11,32   | 18,75    |

## Beispiel 13

6-Acetylamino-2-amino-4,5,6,7-tetrahydro-benzthiazol

3,1 g (20 mMol) 4-Acetylamino-cyclohexanon und 6,2 g
(20 mMol) Formamidin-disulfid-dihydrobromid werden innig
vermischt und im Heizbad bei einer Temperatur von 120-130°C
2 Stunden unter Rühren erhitzt. Anschließend nimmt man mit
Wasser auf, stellt mit Ammoniak alkalisch und extrahiert mit
Chloroform. Nach dem Trocknen der Extrakte wird eingeengt,
mit Aceton digeriert und abgesaugt.
Ausbeute: 1,8 g (42,6 % der Theorie),
Schmelzpunkt: 230°C (Zersetzung)

| Ber.: | C 51,17 | H 6,20 | N 19,89 |
|-------|---------|--------|---------|
| Gef.: | 51,09   | 6,22   | 19,75   |

Analog Beispiel 13 wurde ausgehend von 4-Dimethylamino-
cyclohexanon nachstehende Verbindung hergestellt:

2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazol
Ausbeute: 21 % der Theorie,
Schmelzpunkt: 189-190°C

| Ber.: | C 54,80 | H 7,66 | N 21,29 |
|-------|---------|--------|---------|
| Gef.: | 54,71   | 7,53   | 21,12   |

- *48*
45

3508947

## Beispiel I

Dragéekern mit 5 mg 2-Amino-6-n-propylamino-4,5,6,7-tetrahy-
dro-benzthiazol-dihydrochlorid

Zusammensetzung:
1 Dragéekern enthält:

| | |
|---|---|
| Wirksubstanz | 5,0 mg |
| Milchzucker | 33,5 mg |
| Maisstärke | 10,0 mg |
| Gelatine | 1,0 mg |
| Magnesiumstearat | 0,5 mg |
| | 50,0 mg |

## Herstellungsverfahren

Die Mischung der Wirksubstanz mit Milchzucker und Maisstärke
wird mit einer 10%igen wässrigen Gelatinelösung durch ein
Sieb von 1 mm Maschenweite granuliert, bei 40°C getrocknet
und nochmals durch obiges Sieb gerieben. Das so erhaltene
Granulat wird mit Magnesiumstearat gemischt und zu Dragée-
kernen verpreßt. Die Herstellung muß in abgedunkelten Räumen
vorgenommen werden.

Kerngewicht: 50 mg

Stempel:     5 mm, gewölbt

Die so erhaltenen Dragéekerne werden nach bekanntem Verfah-
ren mit einer Hülle überzogen, die im wesentlichen aus
Zucker und Talkum besteht. Die fertigen Dragées werden mit
Hilfe von Bienenwachs poliert.

Dragéegewicht: 100 mg

ORIGINAL INSPECTED

- 49 -
46

3508947

**Beispiel II**

Tropfen mit 5 mg 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-
benzthiazol-dihydrochlorid

Zusammensetzung:

100 ml Tropfsubstanz enthalten:

| | | |
|---|---|---|
| p-Hydroxybenzoesäure-methylester | 0,035 | g |
| p-Hydroxybenzoesäure-n-propylester | 0,015 | g |
| Anisöl | 0,05 | g |
| Menthol | 0,06 | g |
| Ethanol rein | 10,0 | g |
| Wirksubstanz | 0,5 | g |
| Zitronensäure | 0,7 | g |
| Natriumphosphat sek. x 2 $H_2O$ | 0,3 | g |
| Natriumcyclamat | 1,0 | g |
| Glycerin | 15,0 | g |
| Dest. Wasser | ad  100,0 | ml |

**Herstellungsverfahren:**

Die p-Hydroxybenzoesäureester, Anisöl sowie Menthol werden
in Ethanol gelöst (Lösung I).
Die Puffersubstanzen, die Wirksubstanz und Natriumcyclamat
werden in dest. Wasser gelöst und Glycerin zugefügt (Lösung
II). Lösung I wird in Lösung II eingerührt und die Mischung
mit dest. Wasser auf das gegebene Volumen aufgefüllt. Die
fertige Tropflösung wird durch ein geeignetes Filter fil-
triert. Die Herstellung und Abfüllung der Tropflösung muß
unter Lichtschutz und unter Schutzbegasung erfolgen.

- 50 -
47

3598947

## Beispiel III

Suppositorien mit 10 mg 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochlorid

1 Zäpfchen enthält:

| | |
|---|---|
| Wirksubstanz | 10,0 mg |
| Zäpfchenmassen (z.B. Witepsol W 45) | 1 690,0 mg |
| | 1 700.0 mg |

### Herstellungsverfahren:

Die feingepulverte Substanz wird mit Hilfe eines Eintauch-homogenisators in die geschmolzene und auf 40°C abgekühlte Zäpfchenmasse eingerührt. Die Masse wird bei 35°C in leicht vorgekühlte Formen ausgegossen.

Zäpfchengewicht: 1,7 g

## Beispiel IV

Ampullen mit 5 mg 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazol-dihydrochlorid

1 Ampulle enthält:

| | | |
|---|---|---|
| Wirksubstanz | | 5,0 mg |
| Zitronensäure | | 7,0 mg |
| Natriumphosphat sek. x 2 $H_2O$ | | 3,0 mg |
| Natriumpyrosulfit | | 1,0 mg |
| Dest. Wasser | ad | 1,0 ml |


ORIGINAL INSPECTED

- 5/ -
48

3508947

Herstellungsverfahren:

In ausgekochtem und unter $CO_2$-Begasung abgekühltem Wasser
werden nacheinander die Puffersubstanzen, die Wirksubstanz
sowie Natriumpyrosulfit gelöst. Man füllt mit abgekochtem
Wasser auf das gegebene Volumen auf und filtriert pyrogen-
frei.

Abfüllung:    in braune Ampullen unter Schutz-
              begasung

Sterilisation:   20 Minuten bei 120°C

Die Herstellung und Abfüllung der Ampullenlösung muß in ab-
gedunkelten Räumen vorgenommen werden.


Beispiel V

Dragées mit 1 mg 2-Amino-6- n-propylamino-4,5,6,7-tetrahydro-
benzthiazol-dihydrochlorid


1 Dragéekern enthält:

| | |
|---|---|
| Wirksubstanz | 1,0 mg |
| Milchzucker | 35,5 mg |
| Maisstärke | 12,0 mg |
| Gelatine | 1,0 mg |
| Magnesiumstearat | 0,5 mg |
| | 50,0 mg |


Herstellungsverfahren:

Analog Beispiel I.

Kerngewicht:    50 mg
Stempel:        5 mm, gewölbt
Dragéegewicht:  100 mg .