IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A No. 05-0700 (KAJ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | CONSOLIDATED <br><br><br> C.A. No. 05-0854 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 12, 2007, copies of *(1) Expert Report of Günter Isenbruck, (2) Supplemental Expert Report of Eric V. Anslyn, Ph.D., and (3) Expert Report of Richard B. Mailman, Ph.D.* were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 | Mary B. Matterer, Esquire <br> Morris, James, Hitchens & Williams <br> 222 Delaware Avenue, 10th Floor <br> P.O. Box 2306 <br> Wilmington, DE 19899-2306 |

**BY FEDERAL EXPRESS**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

Additionally, on July 12, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary Matterer, Esquire |
| Morris, Nichols, Arsht & Tunnell | Morris, James, Hitchens & Williams |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1347 | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-2306 |

**BY ELECTRONIC MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Shannon M. Bloodworth, Esquire
HELLER & EHRMAN LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br><br>*/s/*<br>_____ |
| OF COUNSEL:<br>Glenn J. Pfadenhauer<br>Jessamyn S. Berniker<br>Dov P. Grossman<br>Brett R. Tobin<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>(202) 434-5000 | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com |
| Dated: July 12, 2007 | *Attorneys for Defendant Barr Laboratories, Inc.* |

3