IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 05-700 (KAJ) |
| v. | ) ) | CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-854 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Objections and Responses to Defendant Barr Laboratories, Inc.'s Second Requests for Admission (Nos. 3-225)* were caused to be served on July 13, 2007 upon the following in the manner indicated:

### BY EMAIL and HAND DELIVERY

| | |
|---|---|
| Mary B. Matterer, Esquire | Adam Wyatt Poff, Esquire |
| Morris James LLP | Young, Conaway, Stargatt & Taylor |
| 500 Delaware Avenue | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

**BY EMAIL and FEDERAL EXPRESS**

Glenn J. Pfadenhauer, Esquire
Jessamyn S. Berniker, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901

David J. Harth, Esquire
David L. Anstaett, Esquire
Melody K. Glazer, Esquire
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI  53703

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., NW
Washington, DC  20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim International GmbH and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Sandy Choi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
(415) 395-8095

Carisa S. Yee
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, California 94025-3656
(650) 328-4600

July 13, 2007

# CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on July 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer, Esquire
>Morris, James, Hitchens
>
>Adam Wyatt Poff, Esquire
>Young, Conaway, Stargatt & Taylor LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY EMAIL and HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer, Esquire | Adam Wyatt Poff, Esquire |
| Morris James LLP | Young, Conaway, Stargatt & Taylor LLP |
| 500 Delaware Avenue | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |

**BY EMAIL and FEDERAL EXPRESS**

| | |
|---|---|
| Glenn J. Pfadenhauer, Esquire | Shannon M. Bloodworth, Esquire |
| Jessamyn S. Berniker, Esquire | Heller Ehrman LLP |
| Dov P. Grossman, Esquire | 1717 Rhode Island Ave., NW |
| Williams & Connolly LLP | Washington, DC 20036 |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005-5901 | |

David J. Harth, Esquire
David L. Anstaett, Esquire
Melody K. Glazer, Esquire
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703

>*/s/ Maryellen Noreika (#3208)*
>Maryellen Noreika (#3208)