# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-700 (***)<br>)<br>)<br>)<br>) |

## APPENDIX OF EXHIBITS TO
## REPLY BRIEF IN SUPPORT OF DEFENDANT BARR LABORATORIES, INC.'S
## MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION OF
## DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION

OF COUNSEL:
Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Dated: July 18, 2007

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam W. Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Barr Laboratories, Inc*.

**INDEX OF EXHIBITS TO REPLY BRIEF IN SUPPORT OF DEFENDANT BARR LABORATORIES, INC.'S MOTION FOR *IN CAMERA* INSPECTION AND TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO THE CRIME-FRAUD EXCEPTION**

| | |
|---|---|
| Exhibit P | Excerpts from Plaintiff's Objections and Responses to Defendant Barr Laboratories, Inc.'s First Set of Documents and Things |
| Exhibit Q | Supplemental Expert Report of Eric V. Anslyn, Ph.D. |
| Exhibit R | Expert Report of Günter Isenbruck |
| Exhibit 21 | Eli Lilly Republic of South Africa Application |
| Exhibit 23 | Eli Lilly Australian Application |
| Exhibit 24 | Eli Lilly Japanese Application |
| Exhibit 25 | Japanese Translation of Eli Lilly Application |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on July 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on July 18, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*