# EXHIBIT 21

ADAMS & ADAMS
PATENT ATTORNEYS
BENSTRA BUILDING
PRETORIA

FORM P7

REPUBLIC OF SOUTH AFRICA
Patents Act, 1978

# COMPLETE SPECIFICATION

(Section 30 (1) — Regulation 28)

OFFICIAL APPLICATION NO.

21 01 864626

LODGING DATE

22 20 June 1986

INTERNATIONAL CLASSIFICATION

51 CoTd A61k

FULL NAME(S) OF APPLICANT(S)

71 ELI LILLY AND COMPANY

FULL NAME(S) OF INVENTOR(S)

72 BENNETT COLEMAN LAGUZZA
WILLIAM WILSON TURNER, JR

TITLE OF INVENTION

54 DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES

DEFENDANT'S EXHIBIT BARR-21

BARR027291

Dialkylaminotetrahydrobenzothiazoles and Oxazoles

Certain complex amides of lysergic acid (I, R=OH--9-ergolene-8β-carboxylic acid) are found in ergoted rye; ie, rye contaminated by the growth of the filamentous fungus Claviceps purpurea. Persons eating bread prepared from ergoted rye were subject to ergot poisoning, known in the Middle Ages as St. Anthony's Fire because of the intense feeling of heat in the extremities. Ergot poisoning was often fatal. The peripheral vasoconstrictor properties of the ergot alkaloids as a group are responsible for the fatalities seen with ergot poisoning, with gangrene of the extremeties being a common precipitating factor.

I

Two dozen ergot alkaloids have been characterized from isolates from Claviceps purpurea infestations. Derivatives of lysergic acid include the simple amides, ergine

($R=NH_2$) and ergonovine (ergometrine) (I, $-R=N-CH(CH_3)CH_2OH$), as well as the peptide alkaloids (R=a complex amide derived from a polypeptide by cyclization) including ergotamine, ergosine, ergocornine, ergocryptine, ergocristine, etc. The corresponding alkaloids based on isolysergic acid (9-ergolene-8α-carboxylic acid) have also been isolated.

The ergot alkaloids as a group have several interesting pharmacologic activities; uterine contraction (oxytocic action), peripheral vasoconstriction, adrenergic blockade, and serotonin antagonism plus varied CNS activities including the production of hallucinations. Certain of the alkaloids individually are used to produce post-partum uterine contractions and in the sympomatic treatment of migraine. Pharmacologic activity, toxicity and central effects vary from alkaloid to alkaloid. In general, hydrogenation of the delta-9 double bond results in compounds of lowered activity as regards peripheral action but adrenolytic and central inhibition of vasomotor centers may be enhanced.

Derivatives of lysergic acid and dihydrolysergic acid are too numerous to mention, but include, generically, substitution on the indole nitrogen, at C-2 (α-bromocryptine is a 2-bromo derivative), replacement of N-6 methyl by other alkyl groups or by allyl and replacement of the carboxamide function at C-8 by various groups, particularly cyanomethyl, carboxamidomethyl, methylthiomethyl, and methoxymethyl. In

addition, there has been substitution of simpler amide groups (butanolamide=methyl ergonovine diethyl amide) for the complex "polypeptide chains" of the natural alkaloids.

In the past, there has been considerable speculation, frequently followed by a synthetic effort, as to what portions of the ergoline molecule are responsible for pharmacologic activity; ie, do part-structures exist which retain, perhaps selectively, certain pharmacologic activities of the parent alkaloids? One part-structure which has been thoroughly examined is the amino tetrahydronaphthalene structure II from which the B and D rings of an ergoline have been subtracted.

R— —N(CH3)2

II

where R is carboxamide, hydroxy, amino etc. The elements of a β-phenethylamine can also be discerned from I using the phenyl ring and carbons 5 and 10 plus the nitrogen at 6, a part structures in which only the A ring is retained. In addition, tricyclics lacking the B (pyrrole) ring as well as benz[cd]indoles (lacking the D ring - see United States patent 4,110,339) have been prepared. None of these part-structures seemed to have the desired

degree of specificity as regards the dopamine D-2 agonist activity (prolactin inhibition etc) of ergocornine, dihydroergocornine, lergotrile or pergolide (United States patents 3,920,664, 4,054,660 and 4,166,182 for example). Recently, however, Kornfeld and Bach have found that the A ring of an ergoline is not required for D-2 agonist activity. These new part structures are named as hexahydropyrrolo[4,3-g]quinolines- see United States patent 4,235,909. A related structure, a hexahydropyrazolo[4,3-g]quinoline, United States patent 4,198,415, also has excellent D-2 agonist action. The corresponding 2-ring compounds, in which the D ring of the ergoline is opened, are also active D-2 agonists -- see United States patent 4,235,226 for the amino-substituted isoindoles, and United States patent 4,276,300 for the amino substituted indazoles (like the three-ring pyrazoles). It has now been found that other hetero ring systems than pyrrole and pyrazole can be attached to the perhydroquinoline ring (rings B + C of an ergoline) to complete a three-ring analogue. One of these is a pyrimidine - see Nichols and Kornfeld, United States patent 4,501,890.

2-Amino-6-dialkylaminotetrahydrobenzothiozoles and oxazoles are not known.

This invention provides tetrahydrobenzothiazoles and oxazoles of the formula

XX

wherein Y is S or O, $R^1$ and $R^2$ are independently H, methyl, ethyl or n-propyl, and $R^3$ and $R^4$ are independently H, methyl, ethyl, n-propyl or allyl; and pharmaceutically-acceptable acid addition salts thereof formed with non-toxic acids.

Compounds wherein Y is S are substituted-4,5,6,7-tetrahydrobenzothiazoles and those wherein Y is O are substituted-4,5,6,7-tetrahydrobenzoxazoles.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ is H are intermediates in that they can be allylated or alkylated to yield compounds of this invention wherein $R^3$ and $R^4$ are individually methyl, ethyl, n-propyl or allyl.

A preferred group of compounds according to XX are those in which $R^3$ and $R^4$ are both methyl, both n-propyl or both allyl. Another preferred group are those compounds according to XX in which $R^1$ and $R^2$ are both H.

The compounds of this invention wherein neither $R^3$ nor $R^4$ is H have receptor agonist activity; ie, they can increase the amounts centrally or periph-

erally or both of certain neurohormones. For example, compounds according to XX in which both $R^3$ and $R^4$ are allyl or n-propyl, are dopamine agonists, particularly dopamine D-2 agonists, capable of increasing the effective concentration of dopamine in the brain. Compounds wherein $R^3$ and $R^4$ are both methyl have α-agonist action.

Also included within the scope of this invention are acid addition salts of the nitrogenous bases represented by XX. The above compounds contain at least three basic nitrogens; first, the amine group at C-6; secondly, the ring nitrogen in the fused heterocyclic ring; and thirdly, the $NR^1R^2$ group. The nitrogen of the C-6 amino group is generally the most basic of the amine functions and readily forms acid addition salts. Strong inorganic acids such as the mineral acids or strong organic acids, such as p-toluenesulfonic acid, can when employed in excess form di salts with one of the other amine functions in the compounds of this invention.

Pharmaceutically-acceptable acid addition salts of the compounds of this invention thus include mono or di salts derived from inorganic acids such as: hydrochloric acid, nitric acid, phosphoric acid, sulfuric acid, hydrobromic acid, hydriodic acid, phosphorous acid and the like, as well as salts derived from organic acids such as aliphatic mono and dicarboxylic acids, phenyl-substituted alkanoic acids, hydroxyalkanoic and alkandioic acids, aromatic acids, aliphatic and aromatic sulfonic acids, etc. Such pharmaceutically-acceptable salts thus include sulfate, pyrosulfate, bisulfate, sulfite, bisulfite, nitrate, phosphate,

monohydrogenphosphate, dihydrogenphosphate, metaphosphate, pyrophosphate, chloride, bromide, iodide, fluoride, acetate, propionate, caprylate, acrylate, formate, isobutyrate, caprate, heptanoate, propiolate, oxalate, malonate, succinate, suberate, sebacate, fumarate, maleate, mandelate, butyne-1,4-dioate, hexyne-1,6-dioate, benzoate, chlorobenzoate, methylbenzoate, dinitrobenzoate, hydroxybenzoate, methoxybenzoate, phthalate, terephthalate, benzenesulfonate, toluenesulfonate, chlorobenzenesulfonate, xylenesulfonate, phenylacetate, phenylpropionate, phenylbutyrate, citrate, lactate, α-hydroxybutyrate, glycollate, malate, tartrate, methanesulfonate, propanesulfonate, naphthalene-1-sulfonate, naphthalene-2-sulfonate and the like salts.

The compounds of this invention according to XX above, where $R^3$ and $R^4$ are individually only methyl, ethyl or n-propyl ($R^5$ and $R^6$) can be prepared according to the following reaction scheme:

X-6709 -8-

Reaction Scheme I

XXI

$NaCNBH_3$ $HNR^5R^6$

XXII

acid

XXIII

$Br_2$ HBr

XIV

$NH_2$–C(=Y)–$NR^1R^2$

XXa

BARR027299

wherein Y, $R^1$ and $R^2$ have their previous meanings and $R^5$ and $R^6$ are individually methyl, ethyl or n-propyl.

In Reaction Scheme I above, a protected, as by ketal formation, cyclohexan-1,4-dione, is reductively aminated with a secondary amine, $HNR^5R^6$, using a borohydride in a mutual inert solvent as the reducing agent. As a starting material, the ketal of cyclohexane-1,4-dione with 2,2-dimethyl-1,3-propanediol (XXI) is commercially available and is therefore preferred although monoketals with other diols, ie, ethylenediol, 1,3-propylenediol and the like, may also be used. Sodium cyanoborohydride is the reducing agent of choice, although other metal hydrides can also be employed. Ethers, and particularly cyclic ethers such as THF, are the solvents of choice for this reaction.

The product of the reductive amination, XXII, is next deprotected by treatment with acid to yield a 4-dialkylaminocyclohexanone. Bromination alpha to the carbonyl with bromine in HBr/acetic acid yields the alpha-bromoketone, XIV. Reaction of the bromoketone with urea, thiourea, an N-alkyl urea, an N,N-dialkyl urea, an N-alkyl or an N,N-dialkyl thiourea yields directly XXa.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ are allyl are prepared by dealkylating a dialkyl amine XX where $R^3$ and $R^4$ are methyl (or XXa where $R^5$ and $R^6$ are methyl) with CNBr to yield an intermediate compound wherein one or both $R^3$ and $R^4$ (or $R^5$ and $R^6$) are H and then reductively allylating this amine with acrylic acid or directly allylating with

allylbromide in the presence of a base. If desired, a primary amine group at C-2 can be protected as by acylation, and the acyl group removed by hydrolysis after the allylation at the C-6 amine is completed.

Compounds according to XX above have an asymmetric carbon, the C-6 carbon, to which the amino group ($NR^3R^4$) is attached. Thus, compounds represented by XX above include two optical isomers occurring as a (±) or dl pair or racemate. Resolution of a (±) pair of this invention into its optical antipodes can be accomplished by the usual empirical procedures used by those skilled in the art. Such separated optical isomers are included within the scope of this invention.

Compounds preparable by the above procedures which illustrate the scope of this invention include:

(-)-2,6-bis(dimethylamino)-5,6,7,8-tetrahydrobenzothiazole methanesulfonate,

(+)-2,6-bis(methyl-n-propylamino)-5,6,7,8-tetrahydrobenzoxazole hydrobromide,

(±)-2-dimethylamino-6-ethyl-n-propylamino-5,6,7,8-tetrahydrobenzoxazole sulfate,

(±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole hydrobromide,

(±)-2-methylethylamino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole maleate,

(-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-tetrahydrobenzoxazole succinate,

(±)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-tetrahydrobenzothiazole tartrate,

(-)-2-amino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole dinitrobenzoate,

(±)-2-ethylmethylamine-6-dimethylamino-5,6,7,8-tetrahydrobenzoxazole phosphate and the like.

This invention is further illustrated by the following specific examples.

Example 1

Preparation of (±)-2-Amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole

About 125 ml of methanol were added to a 500 ml round bottom flask under a nitrogen blanket. Forty-two ml of di-n-propylamine were added and the resulting solution cooled to about 0° in an ice/water bath. Twenty ml of 5N methanolic hydrochloric acid were added. The reaction mixture was stirred until salt formation was complete. Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were added as a solid. The reaction mixture was stirred with cooling for several minutes at which point 2.25 g of sodium cyanoborohydride were added in one portion. A white slurry developed rapidly which was stirred in the cold for several minutes and then at room temperature under a nitrogen blanket for about 30 hours. An additional 2.2 g of sodium cyanoborohydride were added. After an additional 24 hours stirring at room temperature, at which time TLC (chloroform/methanol 95:5) indicated a new spot and the absence of a spot corresponding to

starting material. The reaction mixture was therefore filtered and the filter cake washed with methanol. The filtrate and wash were combined, and the solvent evaporated therefrom to yield a thick, white slurry. The slurry was cooled to about 0°C and 100 ml of 1N hydrochloric acid were added with stirring. The resulting solution was extracted twice with equal volumes of ether. The ether extracts were separated and discarded. The aqueous layer was cooled and then made basic by the addition of 5N aqueous sodium hydroxide (pH ~12). The basic layer was extracted three times with 50 ml portions of methylene dichloride. The methylene dichloride extracts were combined, the combined extracts were washed once with saturated aqueous sodium bicarbonate and were then dried. Evaporation of the solvent in vacuo yielded a yellow oil containing some solid; weight = 6.26 g. The residue was flash chromatographed over silica using a 100:1 ether/triethylamine solvent as eluant. [The term "flash chromatography" refers to a procedure developed by Still et al., J. Org. Chem., 43, 2923 (1978)]. Fifty ml fraction were taken. Fractions 10-15 were shown by TLC to contain the desired material. These fractions were combined and concentrated in vacuo to yield 5.40 g of a nearly colorless oil comprising 4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltrimethylene ketal.

The ketal group was removed by dissolving 4.4 g of the above ketal in 110 ml of 6N hydrochloric acid with stirring under a nitrogen atmosphere for 48 hours at room temperature. The colorless solution

was extracted with 50 ml of ether; the ether extract was discarded. The acidic solution was then made basic by the addition of an excess of 5N aqueous sodium hydroxide. The resulting cloudy mixture was extracted three times with 50 ml portions of methylene dichloride. The methylene dichloride extracts were combined, and the combined extracts washed three times with 50-75 ml portions of saturated aqueous sodium bicarbonate. The organic layer was then dried, and the solvent removed in vacuo to yield 2.96 g of a pale yellow oil comprising 4-di-n-propylaminocyclohexanone formed in the above reaction. The compound showed the expected carbonyl peak at 5.85μ in the infrared. The infrared also showed no hydroxyl absorption.

A solution was prepared by dissolving 1 g of 4-di-n-propylaminocyclohexanone in 7.5 ml of glacial acetic acid. 1.2 ml of 31% hydrogen bromide in glacial acetic acid was added followed by the dropwise addition of 0.195 ml of bromine. The reaction mixture was stirred under nitrogen for about ½ hour. The volatile constituents were then removed in vacuo to leave a brown viscous oil comprising 2-bromo-4-di-n-propylaminocyclohexanone formed in the above reaction. 420 mg of thiourea were added to this residue followed by 10 ml of anhydrous ethanol. The mixture was stirred to give a brown solution. The solution was heated to reflux temperature under a nitrogen atmosphere for about 2 hours. The reaction mixture was stirred overnight at ambient temperature, then filtered. The recovered solid, comprising (±)-2-amino-5-di-n-propylamino-

4,5,6,7-benzothiazole dihydrobromide formed in the above reaction weighed 1.05 g. The dihydrobromide salt was recrystallized from a methanol/ether solvent mixture to yield 589 mg of purified dihydrobromide salt.

Analysis calculated: C, 37.60; H, 6.07; N, 10.12;
Found: C, 37.63; H, 5.72; N, 10.00.

~~Mass spectrum, molecular ion (-2HBr) at 253.~~

The corresponding 2-aminotetrahydrobenzoxazole can be prepared in a similar fashion by substituting urea for thiourea in the above reaction.

Example 2

Preparation of (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole

Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were mixed with 50 g of anhydrous dimethylamine in benzene solution at about 5°C. 4.75 g of $TiCl_4$ in benzene was added thereto in dropwise fashion. A precipitate formed. The reaction mixture was allowed to warm to room temperature at which temperature it was stirred for about 1 hour. A solid which formed was separated by filtration. Evaporation of the solvent from the filtrate yielded about 9.88 g of an oil which was hydrogenated at 60 psi at room temperature overnight in anhydrous ethanol with 0.5 g of Pd/C as the catalyst. The catalyst was removed by

filtration. Evaporation of the filtrate in vacuo gave 8.82 g of an oil comprising 4-dimethylaminocyclohexane 2,2-dimethyltrimethylene ketal formed in the above reaction. TLC showed one spot ($SiO_2$/EtOAc).

Proton NMR ($CDCl_3$) δ 1.0 (s, 6H); 1.2-1.9 (m, 6H); 2.0-2.5 (m, 9H); 3.4 (s, 4H).

The ketal group was removed as follows: 0.37 g of the above ketal were dissolved in 90% aqueous formic acid and the resulting solution heated at 85-90°C for about 1 hour. The formic acid was removed by evaporation in vacuo. The resulting residue was dissolved in $CH_2Cl_2$ and the organic solution extracted twice with approximately equal volumes of 1N hydrochloric acid. The acidic extracts were combined. Evaporation to dryness gave 0.2 g of 4-dimethylaminocyclohexanone hydrochloride [one spot by TLC ($SiO_2$/MeOH/AcOH)]. Two repeat runs with 1.58 g and 3.19 g of starting ketal gave 1.26 g and 2.35 g of amino ketone, respectively.

Proton NMR ($CDCl_3$/$DMSOd_6$) δ 1.80-2.30 (m, 2H); 2.35-2.68 (m, 6H); 2.85 (d, 6H); 3.5-3.9 (m, 1H).

Mass spectrum: molecular ion at 141

Infrared spectrum: peak at 1725 $cm^{-1}$.

Following the procedure of Example 1, 1.26 g of 4-dimethylaminocyclohexanone was brominated alpha to the carbonyl to yield 2-bromo-4-dimethylaminocyclohexanone, which derivative was reacted without further purification with thiourea. The product of this reaction, (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-

hydrobenzothiazole, was isolated as the dihydrobromide salt.

Mass spectrum: molecular ion at 197

Infrared spectrum: peak at 1626.11cm$^{-1}$

Analysis: Calcd.: C, 30.10; H, 4.77; N, 11.70; Br, 44.50;

Found: C, 29.95; H, 4.51; N, 11.72; Br, 44.58.

As previously stated, the compounds of this invention (wherein neither $R^3$ nor $R^4$ is H) are receptor agonists; ie, they are capable of increasing the quantities of various neurohormones--dopamine and norepinephrine in particular--available for interaction with specific receptors. For example, the compound according to XX wherein $R^1$ and $R^2$ are H and $R^3$ and $R^4$ are both n-propyl, is a specific dopamine D-2 agonist. One of such dopamine agonist activities is the inhibition of prolactin secretion, as demonstrated according to the following protocol.

Adult male rats of the Sprague-Dawley strain weighing about 200 g were housed in an air-conditioned room with controlled lighting (lights on 6 a.m. - 8 p.m.) and fed lab chow and water <u>ad libitum</u>. Each rat received an intraperitoneal injection of 2.0 mg of reserpine in aqueous suspension 18 hours before administration of the test drug. The purpose of the reserpine was to keep the rat prolactin levels uniformly elevated. The compound was dissolved in 10 percent ethanol, and injected intraperitoneally to groups of ten

rats at preselected dose levels. A control group of 10 intact males received an equivalent amount of 10 percent ethanol. One hour after treatment, all rats were killed by decapitation, and 150 μl aliquots of serum were assayed for prolactin.

The difference between the prolactin levels of the treated rats and the control rats, divided by the prolactin level of the control rats gives the percent inhibition of prolactin secretion attributable to the given dose. Inhibition percentages are given in Table 1 below for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole dihydrobromide. In the table, column 1 gives the dose and column 2, the percent prolactin inhibition at the specified dose level.

Table 1

| Dose | % Inhibition |
|---|---|
| 50 mcg/kg | 30 |

Dopamine agonists are also known to affect turning behavior in 6-hydroxydopamine-lesioned rats in a test procedure designed to uncover compounds useful for the treatment of Parkinsonism. In this test, nigroneostriatal-lesioned rats are employed, as prepared by the procedure of Ungerstedt and Arbuthnott, Brain Res, 24, 485 (1970). A compound having dopamine agonist activity causes the rats to turn in circles contralateral to the side of the lesion. After a latency period,

which varies from compound to compound, the number of turns is counted over a 15-minute period.

Results obtained from such testing for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole dihydrobromide are set forth in Table 2 below. In the table, column 1 gives the dose and column 2 the average number of turns observed in first 15 minutes after the end of the latency period.

Table 2

| Dose | Average number of Turns |
|---|---|
| 1000 mcg/kg | 51 |

Compounds according to XX, particularly those wherein both $R^3$ and $R^4$ are methyl, reduce the blood pressure of anesthetized spontaneously hypertensive rats, as illustrated by the following experiment:

Adult male spontaneously hypertensive rats (SHR) (Taconic Farms, Germantown, New York), weighing approximately 300 g. were anesthetized with pentobarbital sodium (60 mg./kg., i.p.). The trachea was cannulated and the SHR respired room air. Pulsatile arterial blood pressure was measured from a cannulated carotid artery using a Statham transducer (P23 ID). Mean arterial blood pressure was calculated as diastolic blood pressure plus 1/3 pulse pressure. Cardiac rate was monitored by a cardiotachometer which was triggered by the systolic pressure pulse. Drug solutions were administered i.v. through a catheter placed in a femoral vein.

Arterial blood pressure and cardiac rate were recorded on a multichannel oscillograph (Beckman, Model R511A). Fifteen minutes were allowed to elapse following surgery for equilibration of the preparation.

Table 3 which follows gives the results of this test using (±)-2-amino-6-di-n-propyl-5,6,7,8-tetrahydrobenzothiazole dihydrobromide. In Table 3, column 1 gives the dose level, column 2, the change in mean arterial blood pressure.

Table 3

| Dose in mcg/kg | Decrease in Mean Arterial Blood Pressure |
|---|---|
| 1 | -16.1 ± 2.4 |
| 10 | -21.0 ± 2.0 |
| 100 | -34.1 ± 3.2 |
| 1000 | +13.5 ± 4.4 |

In another test for hypotensive action conscious SHR, cannulated in the femoral artery and vein, were used. The drug was administered i.v. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole was tested in this system as the dihydrobromide salt at a 1 mg/kg dose. Table 4 gives the results of this test. In the table, column 1 gives time in minutes after injection and columns 2 and 3 the mean percent decrease in arterial pressure and heart rate respectively for that time interval.

Table 4

| Time after injection in minutes | PERCENT CHANGE FROM CONTROL Blood Pressure | Heart Rate |
|---|---|---|
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

The compounds of this invention are administered for therapeutic purposes in a variety of formulations including hard gelatin capsules prepared by mixing the drug with these ingredients: dried starch, dried magnesium stearate. The drug plus ingredients are mixed and filled into hard gelatin capsules each containing an effective dose of the drug.

Tablets are prepared by blending the drug Cellulose, microcrystalline; fumed Silicon dioxide, and Stearic acid. The components are blended and compressed to form tablets.

Suspensions are made by passing the drug through a No. 45 mesh U.S. sieve and mixing the sieved drug with sodium carboxymethylcellulose and syrup to form a smooth paste. A preservative, flavor and color are diluted with water and added with stirring. Sufficient water is then added to produce the required volume.

CLAIMS

1. A compound of Formula XX:

XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or n-propyl and wherein $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; Y is S or O; or a pharmaceutically-acceptable, acid addition salt thereof.

2. A compound according to Claim 1 wherein neither $R^3$ nor $R^4$ is H.

3. A compound according to Claim 1 or 2 wherein both $R^1$ and $R^2$ are H.

4. A compound according to Claim 1 or 2 wherein $R^1$ and $R^2$ are each either H or methyl.

5. A dihydrobromide salt of a compound according to Claim 2.

6. A compound according to Claims 1 to 4 in which both $R^3$ and $R^4$ are n-propyl.

7. A compound according to Claim 1 wherein Y is S.

8. (±)-2-Amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole.

9. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole.

10. A process for preparing a compound of Formula XX, as claimed in any one of claims 1 to 9, which comprises:

reacting a compound of Formula A

with a compound of Formula B,

$$NH_2-\overset{\overset{\displaystyle Y}{\|}}{C}-NR^1R^2 \qquad B,$$

optionally dealkylating the 6 amino group and realkylating to yield different $R^5$ and $R^6$ substituted amines, and/or optionally salifying.

11. A compound of Formula XX as claimed in any one of claims 1 to 9 for use as a dopamine receptor agonist.

12. A pharmaceutical formulation comprising as an active ingredient a compound of Formula XX or a pharmaceutically acceptable salt thereof, as claimed in any one of claims 1 to 9, associated with one or more pharmaceutically-acceptable carriers therefor.

13. A process for preparing a compound of the formula XX as claimed in any one of claims 1 to 9, substantially as herein described.

DATED THIS 20th JUNE 1986

ADAMS & ADAMS
APPLICANTS PATENT ATTORNEYS

MASADA BUILDING
PRETORIA

PATENTS ACT, 1978
DECLARATION AND POWER OF ATTORNEY 00105
(Section 30 – Regulations 8, 22(i)(c) and 33)

A & A REF: F12031

| PATENT APPLICATION NO. | |
|---|---|
| 21 01 | 864626 |

| LODGING DATE | |
|---|---|
| 22 | 20 June 1986 |

FULL NAME(S) OF APPLICANT(S)

71 ELI LILLY AND COMPANY

FULL NAME(S) OF INVENTOR(S)

72 Bennett Coleman Laguzza and William Wilson Turner, Jr.

| EARLIEST PRIORITY CLAIMED | COUNTRY | NUMBER | DATE |
|---|---|---|---|
| NOTE: The country must be indicated by its International Abbreviation – see schedule 4 of the Regulations. | 33 U S | 31 747,748 | 32 24 June 1985 |

TITLE OF INVENTION

54 DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES

* I/We, Mary Ann Tucker

hereby declare that–

1. ~~I/we am/are the applicant(s) mentioned above;~~

** 2. I/we have been authorised by the applicant(s) to make this declaration and have knowledge of the facts herein stated in the capacity of Assistant Patent Counsel of the applicant(s);

*** 3. the inventor(s) of the abovementioned invention is/are the person(s) named above and the applicant(s) has/have acquired the right to apply by virtue of *an assignment from the inventor(s)*: dated 19 June 1985

4. to the best of my/our knowledge and belief, if a patent is granted on the application, there will be no lawful ground for the revocation of the patent;

**** 5. this is a convention application and the earliest application from which priority is claimed as set out above is the first application in a convention country in respect of the invention claimed in any of the claims; and

6. the partners and qualified staff of the firm of ADAMS & ADAMS, patent attorneys, are authorised, jointly and severally, with powers of substitution and revocation, to represent the applicant(s) in this application and to be the address for service of the applicant(s) while the application is pending and after a patent has been granted on the application.

SIGNED AT Indianapolis, Indiana, THIS 22nd DAY OF May, 1986

FIRST RECEIVED BY ME IN THE REPUBLIC OF SOUTH AFRICA THIS 29 DAY OF MAY 1986

ELI LILLY AND COMPANY

By [signature]
SIGNATURE(S)
(no legalization necessary)
Mary Ann Tucker, Assistant Patent Counsel

*In the case of applications in the name of a Company, Partnership or Firm, give full names of signatory/signatories, delete paragraph 1, and enter capacity of each signatory in paragraph 2.
**If the applicant is a natural person, delete paragraph 2.
***If the right to apply is not by virtue of an assignment from the inventor(s), delete "an assignment from the inventor(s)" and give details of acquisition of right.
****For non-convention applications delete paragraph 5.

CASE X-6708

A&A 112031

ASSIGNMENT OF INVENTION

(and Priority Rights, if any)

THIS DEED WITNESSES:

THAT I/we Bennett Coleman Laguzza and William Wilson Turner, Jr.

am/are the inventor(s) of an invention entitled:

DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES

THAT Eli Lilly and Company of Lilly Corporate Center, City of Indianapolis, State of Indiana, USA has for good and sufficient consideration acquired the invention in respect of the Republic of South Africa

AND THAT I/we have assigned the invention and such priority rights to which I/we may become entitled, to him/them as far as that country is concerned with the right to apply for Letters Patent in his/their own name, ~~the assignment taking effect prior to~~

Given under my hand at Indianapolis, Indiana

this 22nd day of May, 1986

[signature]
Bennett Coleman Laguzza

[signature]
William Wilson Turner, Jr.

# EXHIBIT 23

(12) AUSTRALIAN PATENT ABSTRACT
(19) AU (11) AU-A-59195/86

(54) TETRAHYDROBENZOTHIAZOLES AND OXAZOLES
(71) ELI LILLY AND COMPANY
(21) 59195/86 (22) 23.6.86 (24) 24.6.85
(31) 747748 (32) 24.6.85 (33) US
(43) 8.1.87
(51)[4] C07D 263/58 C07D 277/60 A61K 31/42 A61K 31/425
(72) BENNETT COLEMAN LAGUZZA AND WILLIAM WILSON TURNER, JR.
(74) SF
(57) Claim

1. A compound of Formula XX:

XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or n-propyl and wherein $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; Y is S or O; or a pharmaceutically-acceptable, acid addition salt thereof.

FORM 10

SPRUSON & FERGUSON

COMMONWEALTH OF AUSTRALIA

PATENTS ACT 1952

COMPLETE SPECIFICATION

(ORIGINAL)

FOR OFFICE USE:

59195/86

Class Int. Class

Complete Specification Lodged:

Accepted:

Published:

Priority:

Related Art:

---

Name of Applicant: ELI LILLY AND COMPANY

Address of Applicant: Lilly Corporate Center, Indianapolis, Indiana 46285, United States of America

Actual Inventor(s): BENNETT COLEMAN LAGUZZA and WILLIAM WILSON TURNER, JR.

Address for Service: Spruson & Ferguson, Patent Attorneys, Level 33 St Martins Tower, 31 Market Street, Sydney, New South Wales, 2000, Australia

Complete Specification for the invention entitled:

"DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES"

The following statement is a full description of this invention, including the best method of performing it known to us

Dialkylaminotetrahydrobenzothiazoles and Oxazoles

Certain complex amides of lysergic acid (I, R=OH--9-ergolene-8β-carboxylic acid) are found in ergoted rye; ie, rye contaminated by the growth of the filamentous fungus <u>Claviceps purpurea</u>. Persons eating bread prepared from ergoted rye were subject to ergot poisoning, known in the Middle Ages as St. Anthony's Fire because of the intense feeling of heat in the extremities. Ergot poisoning was often fatal. The peripheral vasoconstrictor properties of the ergot alkaloids as a group are responsible for the fatalities seen with ergot poisoning, with gangrene of the extremeties being a common precipitating factor.

I

Two dozen ergot alkaloids have been characterized from isolates from <u>Claviceps purpurea</u> infestations. Derivatives of lysergic acid include the simple amides, ergine

($R=NH_2$) and ergonovine (ergometrine) (I, $-R=N-\underset{}{CH}(CH_3)CH_2OH$), as well as the peptide alkaloids (R=a complex amide derived from a polypeptide by cyclization) including ergotamine, ergosine, ergocornine, ergocryptine, ergocristine, etc. The corresponding alkaloids based on isolysergic acid (9-ergolene-8α-carboxylic acid) have also been isolated.

The ergot alkaloids as a group have several interesting pharmacologic activities; uterine contraction (oxytocic action), peripheral vasoconstriction, adrenergic blockade, and serotonin antagonism plus varied CNS activities including the production of hallucinations. Certain of the alkaloids individually are used to produce post-partum uterine contractions and in the sympomatic treatment of migraine. Pharmacologic activity, toxicity and central effects vary from alkaloid to alkaloid. In general, hydrogenation of the delta-9 double bond results in compounds of lowered activity as regards peripheral action but adrenolytic and central inhibition of vasomotor centers may be enhanced.

Derivatives of lysergic acid and dihydrolysergic acid are too numerous to mention, but include, generically, substitution on the indole nitrogen, at C-2 (α-bromocryptine is a 2-bromo derivative), replacement of N-6 methyl by other alkyl groups or by allyl and replacement of the carboxamide function at C-8 by various groups, particularly cyanomethyl, carboxamidomethyl, methylthiomethyl, and methoxymethyl. In

addition, there has been substitution of simpler amide groups (butanolamide=methyl ergonovine diethyl amide) for the complex "polypeptide chains" of the natural alkaloids.

In the past, there has been considerable speculation, frequently followed by a synthetic effort, as to what portions of the ergoline molecule are responsible for pharmacologic activity; ie, do part-structures exist which retain, perhaps selectively, certain pharmacologic activities of the parent alkaloids? One part-structure which has been thoroughly examined is the amino tetrahydronaphthalene structure II from which the B and D rings of an ergoline have been subtracted.

R— —N(CH3)2

II

where R is carboxamide, hydroxy, amino etc. The elements of a β-phenethylamine can also be discerned from I using the phenyl ring and carbons 5 and 10 plus the nitrogen at 6, a part structures in which only the A ring is retained. In addition, tricyclics lacking the B (pyrrole) ring as well as benz[cd]indoles (lacking the D ring - see United States patent 4,110,339) have been prepared. None of these part-structures seemed to have the desired

degree of specificity as regards the dopamine D-2 agonist activity (prolactin inhibition etc) of ergocornine, dihydroergocornine, lergotrile or pergolide (United States patents 3,920,664, 4,054,660 and 4,166,182 for example). Recently, however, Kornfeld and Bach have found that the A ring of an ergoline is not required for D-2 agonist activity. These new part structures are named as hexahydropyrrolo[4,3-g]quinolines- see United States patent 4,235,909. A related structure, a hexahydropyrazolo[4,3-g]quinoline, United States patent 4,198,415, also has excellent D-2 agonist action. The corresponding 2-ring compounds, in which the D ring of the ergoline is opened, are also active D-2 agonists -- see United States patent 4,235,226 for the amino-substituted isoindoles, and United States patent 4,276,300 for the amino substituted indazoles (like the three-ring pyrazoles). It has now been found that other hetero ring systems than pyrrole and pyrazole can be attached to the perhydroquinoline ring (rings B + C of an ergoline) to complete a three-ring analogue. One of these is a pyrimidine - see Nichols and Kornfeld, United States patent 4,501,890.

2-Amino-6-dialkylaminotetrahydrobenzothiozoles and oxazoles are not known.

This invention provides tetrahydrobenzothiazoles and oxazoles of the formula

XX

wherein Y is S or O, $R^1$ and $R^2$ are independently H, methyl, ethyl or n-propyl, and $R^3$ and $R^4$ are independently H, methyl, ethyl, n-propyl or allyl; and pharmaceutically-acceptable acid addition salts thereof formed with non-toxic acids.

Compounds wherein Y is S are substituted-4,5,6,7-tetrahydrobenzothiazoles and those wherein Y is O are substituted-4,5,6,7-tetrahydrobenzoxazoles.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ is H are intermediates in that they can be allylated or alkylated to yield compounds of this invention wherein $R^3$ and $R^4$ are individually methyl, ethyl, n-propyl or allyl.

A preferred group of compounds according to XX are those in which $R^3$ and $R^4$ are both methyl, both n-propyl or both allyl. Another preferred group are those compounds according to XX in which $R^1$ and $R^2$ are both H.

The compounds of this invention wherein neither $R^3$ nor $R^4$ is H have receptor agonist activity; ie, they can increase the amounts centrally or periph-

erally or both of certain neurohormones. For example, compounds according to XX in which both $R^3$ and $R^4$ are allyl or n-propyl, are dopamine agonists, particularly dopamine D-2 agonists, capable of increasing the effective concentration of dopamine in the brain. Compounds wherein $R^3$ and $R^4$ are both methyl have $\alpha$-agonist action.

Also included within the scope of this invention are acid addition salts of the nitrogenous bases represented by XX. The above compounds contain at least three basic nitrogens; first, the amine group at C-6; secondly, the ring nitrogen in the fused heterocyclic ring; and thirdly, the $NR^1R^2$ group. The nitrogen of the C-6 amino group is generally the most basic of the amine functions and readily forms acid addition salts. Strong inorganic acids such as the mineral acids or strong organic acids, such as p-toluenesulfonic acid, can when employed in excess form di salts with one of the other amine functions in the compounds of this invention.

Pharmaceutically-acceptable acid addition salts of the compounds of this invention thus include mono or di salts derived from inorganic acids such as: hydrochloric acid, nitric acid, phosphoric acid, sulfuric acid, hydrobromic acid, hydriodic acid, phosphorous acid and the like, as well as salts derived from organic acids such as aliphatic mono and dicarboxylic acids, phenyl-substituted alkanoic acids, hydroxyalkanoic and alkandioic acids, aromatic acids, aliphatic and aromatic sulfonic acids, etc. Such pharmaceutically-acceptable salts thus include sulfate, pyrosulfate, bisulfate, sulfite, bisulfite, nitrate, phosphate,

monohydrogenphosphate, dihydrogenphosphate, metaphosphate, pyrophosphate, chloride, bromide, iodide, fluoride, acetate, propionate, caprylate, acrylate, formate, isobutyrate, caprate, heptanoate, propiolate, oxalate, malonate, succinate, suberate, sebacate, fumarate, maleate, mandelate, butyne-1,4-dioate, hexyne-1,6-dioate, benzoate, chlorobenzoate, methylbenzoate, dinitrobenzoate, hydroxybenzoate, methoxybenzoate, phthalate, terephthalate, benzenesulfonate, toluenesulfonate, chlorobenzenesulfonate, xylenesulfonate, phenylacetate, phenylpropionate, phenylbutyrate, citrate, lactate, α-hydroxybutyrate, glycollate, malate, tartrate, methanesulfonate, propanesulfonate, naphthalene-1-sulfonate, naphthalene-2-sulfonate and the like salts.

The compounds of this invention according to XX above, where $R^3$ and $R^4$ are individually only methyl, ethyl or n-propyl ($R^5$ and $R^6$) can be prepared according to the following reaction scheme:

X-6708 -8-

Reaction Scheme I

XXI

$NaCNBH_3$ $HNR^5R^6$

$R^5R^6N$

XXII

acid

$R^5R^6N$

XXIII

$Br_2$ HBr

$R^5R^6N$ Br

XIV

$NH_2$–C(=Y)–$NR^1R^2$

$R^2R^1N$ N Y $NR^5R^6$

XXa

BARR027357

wherein Y, $R^1$ and $R^2$ have their previous meanings and $R^5$ and $R^6$ are individually methyl, ethyl or n-propyl.

In Reaction Scheme I above, a protected, as by ketal formation, cyclohexan-1,4-dione, is reductively aminated with a secondary amine, $HNR^5R^6$, using a borohydride in a mutual inert solvent as the reducing agent. As a starting material, the ketal of cyclohexane-1,4-dione with 2,2-dimethyl-1,3-propanediol (XXI) is commercially available and is therefore preferred although monoketals with other diols, ie, ethylenediol, 1,3-propylenediol and the like, may also be used. Sodium cyanoborohydride is the reducing agent of choice, although other metal hydrides can also be employed. Ethers, and particularly cyclic ethers such as THF, are the solvents of choice for this reaction.

The product of the reductive amination, XXII, is next deprotected by treatment with acid to yield a 4-dialkylaminocyclohexanone. Bromination alpha to the carbonyl with bromine in HBr/acetic acid yields the alpha-bromoketone, XIV. Reaction of the bromoketone with urea, thiourea, an N-alkyl urea, an N,N-dialkyl urea, an N-alkyl or an N,N-dialkyl thiourea yields directly XXa.

Compounds according to XX wherein one or both of $R^3$ and $R^4$ are allyl are prepared by dealkylating a dialkyl amine XX where $R^3$ and $R^4$ are methyl (or XXa where $R^5$ and $R^6$ are methyl) with CNBr to yield an intermediate compound wherein one or both $R^3$ and $R^4$ (or $R^5$ and $R^6$) are H and then reductively allylating this amine with acrylic acid or directly allylating with

allylbromide in the presence of a base. If desired, a primary amine group at C-2 can be protected as by acylation, and the acyl group removed by hydrolysis after the allylation at the C-6 amine is completed.

Compounds according to XX above have an asymmetric carbon, the C-6 carbon, to which the amino group ($NR^3R^4$) is attached. Thus, compounds represented by XX above include two optical isomers occurring as a (±) or dl pair or racemate. Resolution of a (±) pair of this invention into its optical antipodes can be accomplished by the usual empirical procedures used by those skilled in the art. Such separated optical isomers are included within the scope of this invention.

Compounds preparable by the above procedures which illustrate the scope of this invention include:

(-)-2,6-bis(dimethylamino)-5,6,7,8-tetrahydrobenzothiazole methanesulfonate,

(+)-2,6-bis(methyl-n-propylamino)-5,6,7,8-tetrahydrobenzoxazole hydrobromide,

(±)-2-dimethylamino-6-ethyl-n-propylamino-5,6,7,8-tetrahydrobenzoxazole sulfate,

(±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole hydrobromide,

(±)-2-methylethylamino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole maleate,

(-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-tetrahydrobenzoxazole succinate,

(±)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-tetrahydrobenzothiazole tartrate,

(-)-2-amino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole dinitrobenzoate,

(±)-2-ethylmethylamine-6-dimethylamino-5,6,7,8-tetrahydrobenzoxazole phosphate and the like.

This invention is further illustrated by the following specific examples.

## Example 1

Preparation of (±)-2-Amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole

About 125 ml of methanol were added to a 500 ml round bottom flask under a nitrogen blanket. Forty-two ml of di-n-propylamine were added and the resulting solution cooled to about 0° in an ice/water bath. Twenty ml of 5N methanolic hydrochloric acid were added. The reaction mixture was stirred until salt formation was complete. Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were added as a solid. The reaction mixture was stirred with cooling for several minutes at which point 2.25 g of sodium cyanoborohydride were added in one portion. A white slurry developed rapidly which was stirred in the cold for several minutes and then at room temperature under a nitrogen blanket for about 30 hours. An additional 2.2 g of sodium cyanoborohydride were added. After an additional 24 hours stirring at room temperature, at which time TLC (chloroform/methanol 95:5) indicated a new spot and the absence of a spot corresponding to

starting material. The reaction mixture was therefore filtered and the filter cake washed with methanol. The filtrate and wash were combined, and the solvent evaporated therefrom to yield a thick, white slurry. The slurry was cooled to about 0°C and 100 ml of 1N hydrochloric acid were added with stirring. The resulting solution was extracted twice with equal volumes of ether. The ether extracts were separated and discarded. The aqueous layer was cooled and then made basic by the addition of 5N aqueous sodium hydroxide (pH ~12). The basic layer was extracted three times with 50 ml portions of methylene dichloride. The methylene dichloride extracts were combined, the combined extracts were washed once with saturated aqueous sodium bicarbonate and were then dried. Evaporation of the solvent in vacuo yielded a yellow oil containing some solid; weight = 6.26 g. The residue was flash chromatographed over silica using a 100:1 ether/triethylamine solvent as eluant. [The term "flash chromatography" refers to a procedure developed by Still et al., J. Org. Chem., 43, 2923 (1978)]. Fifty ml fraction were taken. Fractions 10-15 were shown by TLC to contain the desired material. These fractions were combined and concentrated in vacuo to yield 5.40 g of a nearly colorless oil comprising 4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltrimethylene ketal.

The ketal group was removed by dissolving 4.4 g of the above ketal in 110 ml of 6N hydrochloric acid with stirring under a nitrogen atmosphere for 48 hours at room temperature. The colorless solution

was extracted with 50 ml of ether; the ether extract was discarded. The acidic solution was then made basic by the addition of an excess of 5N aqueous sodium hydroxide. The resulting cloudy mixture was extracted three times with 50 ml portions of methylene dichloride. The methylene dichloride extracts were combined, and the combined extracts washed three times with 50-75 ml portions of saturated aqueous sodium bicarbonate. The organic layer was then dried, and the solvent removed in vacuo to yield 2.96 g of a pale yellow oil comprising 4-di-n-propylaminocyclohexanone formed in the above reaction. The compound showed the expected carbonyl peak at 5.85μ in the infrared. The infrared also showed no hydroxyl absorption.

A solution was prepared by dissolving 1 g of 4-di-n-propylaminocyclohexanone in 7.5 ml of glacial acetic acid. 1.2 ml of 31% hydrogen bromide in glacial acetic acid was added followed by the dropwise addition of 0.195 ml of bromine. The reaction mixture was stirred under nitrogen for about ½ hour. The volatile constituents were then removed in vacuo to leave a brown viscous oil comprising 2-bromo-4-di-n-propylaminocyclohexanone formed in the above reaction. 420 mg of thiourea were added to this residue followed by 10 ml of anhydrous ethanol. The mixture was stirred to give a brown solution. The solution was heated to reflux temperature under a nitrogen atmosphere for about 2 hours. The reaction mixture was stirred overnight at ambient temperature, then filtered. The recovered solid, comprising (±)-2-amino-5-di-n-propylamino-

4,5,6,7-benzothiazole dihydrobromide formed in the above reaction weighed 1.05 g. The dihydrobromide salt was recrystallized from a methanol/ether solvent mixture to yield 589 mg of purified dihydrobromide salt.

Analysis calculated: C, 37.60; H, 6.07; N, 10.12;
Found: C, 37.63; H, 5.72; N, 10.00.

Mass spectrum, molecular ion (-2HBr) at 253.

The corresponding 2-aminotetrahydrobenzoxazole can be prepared in a similar fashion by substituting urea for thiourea in the above reaction.

## Example 2

Preparation of (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole

Ten grams of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal were mixed with 50 g of anhydrous dimethylamine in benzene solution at about 5°C. 4.75 g of $TiCl_4$ in benzene was added thereto in dropwise fashion. A precipitate formed. The reaction mixture was allowed to warm to room temperature at which temperature it was stirred for about 1 hour. A solid which formed was separated by filtration. Evaporation of the solvent from the filtrate yielded about 9.88 g of an oil which was hydrogenated at 60 psi at room temperature overnight in anhydrous ethanol with 0.5 g of Pd/C as the catalyst. The catalyst was removed by

filtration. Evaporation of the filtrate in vacuo gave 8.82 g of an oil comprising 4-dimethylaminocyclohexane 2,2-dimethyltrimethylene ketal formed in the above reaction. TLC showed one spot ($SiO_2$/EtOAc).

Proton NMR ($CDCl_3$) δ 1.0 (s, 6H); 1.2-1.9 (m, 6H); 2.0-2.5 (m, 9H); 3.4 (s, 4H).

The ketal group was removed as follows: 0.37 g of the above ketal were dissolved in 90% aqueous formic acid and the resulting solution heated at 85-90°C for about 1 hour. The formic acid was removed by evaporation in vacuo. The resulting residue was dissolved in $CH_2Cl_2$ and the organic solution extracted twice with approximately equal volumes of 1N hydrochloric acid. The acidic extracts were combined. Evaporation to dryness gave 0.2 g of 4-dimethylaminocyclohexanone hydrochloride [one spot by TLC ($SiO_2$/MeOH/AcOH)]. Two repeat runs with 1.58 g and 3.19 g of starting ketal gave 1.26 g and 2.35 g of amino ketone, respectively.

Proton NMR ($CDCl_3$/$DMSOd_6$) δ 1.80-2.30 (m, 2H); 2.35-2.68 (m, 6H); 2.85 (d, 6H); 3.5-3.9 (m, 1H).

Mass spectrum: molecular ion at 141

Infrared spectrum: peak at 1725 $cm^{-1}$.

Following the procedure of Example 1, 1.26 g of 4-dimethylaminocyclohexanone was brominated alpha to the carbonyl to yield 2-bromo-4-dimethylaminocyclohexanone, which derivative was reacted without further purification with thiourea. The product of this reaction, (±)-2-amino-6-dimethylamino-5,6,7,8-tetra-

hydrobenzothiazole, was isolated as the dihydrobromide salt.

Mass spectrum: molecular ion at 197

Infrared spectrum: peak at 1626.11cm$^{-1}$

Analysis: Calcd.: C, 30.10; H, 4.77; N, 11.70; Br, 44.50;

Found: C, 29.95; H, 4.51; N, 11.72; Br, 44.58.

As previously stated, the compounds of this invention (wherein neither $R^3$ nor $R^4$ is H) are receptor agonists; ie, they are capable of increasing the quantities of various neurohormones--dopamine and norepinephrine in particular--available for interaction with specific receptors. For example, the compound according to XX wherein $R^1$ and $R^2$ are H and $R^3$ and $R^4$ are both n-propyl, is a specific dopamine D-2 agonist. One of such dopamine agonist activities is the inhibition of prolactin secretion, as demonstrated according to the following protocol.

Adult male rats of the Sprague-Dawley strain weighing about 200 g were housed in an air-conditioned room with controlled lighting (lights on 6 a.m. - 8 p.m.) and fed lab chow and water <u>ad libitum</u>. Each rat received an intraperitoneal injection of 2.0 mg of reserpine in aqueous suspension 18 hours before administration of the test drug. The purpose of the reserpine was to keep the rat prolactin levels uniformly elevated. The compound was dissolved in 10 percent ethanol, and injected intraperitoneally to groups of ten

rats at preselected dose levels. A control group of 10 intact males received an equivalent amount of 10 percent ethanol. One hour after treatment, all rats were killed by decapitation, and 150 μl aliquots of serum were assayed for prolactin.

The difference between the prolactin levels of the treated rats and the control rats, divided by the prolactin level of the control rats gives the percent inhibition of prolactin secretion attributable to the given dose. Inhibition percentages are given in Table 1 below for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole dihydrobromide. In the table, column 1 gives the dose and column 2, the percent prolactin inhibition at the specified dose level.

Table 1

| Dose | % Inhibition |
| --- | --- |
| 50 mcg/kg | 30 |

Dopamine agonists are also known to affect turning behavior in 6-hydroxydopamine-lesioned rats in a test procedure designed to uncover compounds useful for the treatment of Parkinsonism. In this test, nigroneostriatal-lesioned rats are employed, as prepared by the procedure of Ungerstedt and Arbuthnott, Brain Res, 24, 485 (1970). A compound having dopamine agonist activity causes the rats to turn in circles contralateral to the side of the lesion. After a latency period,

which varies from compound to compound, the number of turns is counted over a 15-minute period.

Results obtained from such testing for (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole dihydrobromide are set forth in Table 2 below. In the table, column 1 gives the dose and column 2 the average number of turns observed in first 15 minutes after the end of the latency period.

Table 2

| Dose | Average number of Turns |
|---|---|
| 1000 mcg/kg | 51 |

Compounds according to XX, particularly those wherein both $R^3$ and $R^4$ are methyl, reduce the blood pressure of anesthetized spontaneously hypertensive rats, as illustrated by the following experiment:

Adult male spontaneously hypertensive rats (SHR) (Taconic Farms, Germantown, New York), weighing approximately 300 g. were anesthetized with pentobarbital sodium (60 mg./kg., i.p.). The trachea was cannulated and the SHR respired room air. Pulsatile arterial blood pressure was measured from a cannulated carotid artery using a Statham transducer (P23 ID). Mean arterial blood pressure was calculated as diastolic blood pressure plus 1/3 pulse pressure. Cardiac rate was monitored by a cardiotachometer which was triggered by the systolic pressure pulse. Drug solutions were administered i.v. through a catheter placed in a femoral vein.

Arterial blood pressure and cardiac rate were recorded on a multichannel oscillograph (Beckman, Model R511A). Fifteen minutes were allowed to elapse following surgery for equilibration of the preparation.

Table 3 which follows gives the results of this test using (±)-2-amino-6-di-n-propyl-5,6,7,8-tetrahydrobenzothiazole dihydrobromide. In Table 3, column 1 gives the dose level, column 2, the change in mean arterial blood pressure.

Table 3

| Dose in mcg/kg | Decrease in Mean Arterial Blood Pressure |
|---|---|
| 1 | -16.1 ± 2.4 |
| 10 | -21.0 ± 2.0 |
| 100 | -34.1 ± 3.2 |
| 1000 | +13.5 ± 4.4 |

In another test for hypotensive action conscious SHR, cannulated in the femoral artery and vein, were used. The drug was administered i.v. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole was tested in this system as the dihydrobromide salt at a 1 mg/kg dose. Table 4 gives the results of this test. In the table, column 1 gives time in minutes after injection and columns 2 and 3 the mean percent decrease in arterial pressure and heart rate respectively for that time interval.

Table 4

| Time after injection in minutes | PERCENT CHANGE FROM CONTROL | |
|---|---|---|
| | Blood Pressure | Heart Rate |
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

The compounds of this invention are administered for therapeutic purposes in a variety of formulations including hard gelatin capsules prepared by mixing the drug with these ingredients: dried starch, dried magnesium stearate. The drug plus ingredients are mixed and filled into hard gelatin capsules each containing an effective dose of the drug.

Tablets are prepared by blending the drug Cellulose, microcrystalline; fumed Silicon dioxide, and Stearic acid. The components are blended and compressed to form tablets.

Suspensions are made by passing the drug through a No. 45 mesh U.S. sieve and mixing the sieved drug with sodium carboxymethylcellulose and syrup to form a smooth paste. A preservative, flavor and color are diluted with water and added with stirring. Sufficient water is then added to produce the required volume.

~~CLAIMS~~

The claims defining the invention are as follows:

1. A compound of Formula XX:

XX

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl, or n-propyl and wherein $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; Y is S or O; or a pharmaceutically-acceptable, acid addition salt thereof.

2. A compound according to Claim 1 wherein neither $R^3$ nor $R^4$ is H.

3. A compound according to Claim 1 or 2 wherein both $R^1$ and $R^2$ are H.

4. A compound according to Claim 1 or 2 wherein $R^1$ and $R^2$ are each either H or methyl.

5. A dihydrobromide salt of a compound according to Claim 2.

6. A compound according to Claims 1 to 4 in which both $R^3$ and $R^4$ are n-propyl.

7. A compound according to Claim 1 wherein Y is S.

8. (±)-2-Amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole.

9. (±)-2-Amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole.

10. A process for preparing a compound of Formula XX, as claimed in any one of claims 1 to 9, which comprises:

reacting a compound of Formula A

$$R^5R^6N\text{-cyclohexane ring bearing Br and =O} \qquad A$$

with a compound of Formula B,

$$NH_2-\overset{\overset{\large Y}{||}}{C}-NR^1R^2 \qquad B\ ,$$

optionally dealkylating the 6 amino group and realkylating to yield different $R^5$ and $R^6$ substituted amines, and/or optionally salifying.

11. A compound of Formula XX as claimed in any one of claims 1 to 9 for use as a dopamine receptor agonist.

12. A pharmaceutical formulation comprising as an active ingredient a compound of Formula XX or a pharmaceutically acceptable salt thereof, as claimed in any one of claims 1 to 9, associated with one or more pharmaceutically-acceptable carriers therefor.

13. A compound of Formula XX according to claim 1, substantially as hereinbefore described with reference to the Examples.

14. A process for preparing a compound of Formula XX according to claim 1, substantially as hereinbefore described with reference to the Examples.

15. Pharmaceutical formulations substantially as hereinbefore described.

DATED this ELEVENTH day of JUNE 1986
ELI LILLY AND COMPANY

Patent Attorneys for the Applicant
SPRUSON & FERGUSON

SPRUSON & FERGUSON

COMMONWEALTH OF AUSTRALIA

PATENTS ACT 1952

CONVENTION APPLICATION FOR A STANDARD PATENT

We, ELI LILLY AND COMPANY, of Lilly Corporate Center, Indianapolis, Indiana 46285, United States of America hereby apply for the grant of a standard patent for an invention entitled:

"DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES"

which is described in the accompanying complete specification.

**DETAILS OF BASIC APPLICATION**

Number of Basic Application:-
747,748

Name of Convention Country in which Basic Application was filed:-
United States of America

Date of Basic application:-
24 June, 1985

Our address for service is:-

C/- Spruson & Ferguson
Patent Attorneys
Level 33 St Martins Tower
31 Market Street
Sydney New South Wales Australia

PATENT OFFICE
$215 —
000603

DATED this ELEVENTH day of JUNE 1986

ELI LILLY AND COMPANY

By: M.J. Anderson

Registered Patent Attorney.

TO: THE COMMISSIONER OF PATENTS
AUSTRALIA

SPRUSON & FERGUSON

COMMONWEALTH OF AUSTRALIA

PATENTS ACT 1952

DECLARATION IN SUPPORT OF A
CONVENTION APPLICATION FOR A PATENT

In support of the Convention Application made for a patent for an invention entitled:
"DIALKYLAMINOTETRAHYDROBENZOTHIAZOLES AND OXAZOLES"
I, Mary Ann Tucker, Assistant Patent Counsel, Lilly Corporate Center, City of Indianapolis, State of Indiana 46285, United States of America, do solemnly and sincerely declare as follows:

1. I am authorized by ELI LILLY AND COMPANY the applicant for the patent to make this declaration on its behalf.

2. The basic application as defined by Section 141 of the Act was/~~were~~ made in United States of America

on 24 June 1985

by Bennett Coleman Laguzza and William Wilson Turner, Jr.

3. Bennett Coleman Laguzza and William Wilson Turner, Jr. of 7340 North Grand Avenue, Indianapolis, Indiana 46250 and 321 East 14th Street, Apt. A3, Bloomington, Indiana 47401 respectively
all in the United States of America respectively

i~~s~~/are the actual inventor(s) of the invention and the facts upon which the applicant(~~s~~) is/~~are~~ entitled to make the application are as follows:

The said applicant is the assignee of the actual inventor(s)

4. The basic application(~~s~~) referred to in paragraph 2 of this Declaration was/~~were~~ the first application(~~s~~) made in a Convention country in respect of the invention(~~s~~) the subject of the said application.

DECLARED at Indianapolis, Indiana
this 22nd day of May , 1986

ELI LILLY AND COMPANY

By [signature]
Mary Ann Tucker
Assistant Patent Counsel

TO: THE COMMISSIONER OF PATENTS
AUSTRALIA

# EXHIBIT 24

⑲日本国特許庁（JP）　⑪特許出願公開

⑫公開特許公報（A）　昭62-473

⑤Int.Cl.⁴　識別記号　庁内整理番号　④公開　昭和62年(1987)1月6日

C 07 D 263/58　　7166-4C
A 61 K 31/42　ABU
　　　　　　AED
　　31/425　AAA
C 07 D 277/82　　7330-4C　審査請求　未請求　発明の数　3　（全9頁）

⑤発明の名称　ジアルキルアミノテトラヒドロベンゾチアゾールおよびオキサゾール

㉑特　願　昭61-147991
㉒出　願　昭61(1986)6月23日

優先権主張　㉜1985年6月24日㉝米国(US)㉛747748

⑫発明者　ベネット・コールマン・ラグーザ　アメリカ合衆国インデイアナ46250、インデイアナポリス、ノース・グランド・アベニュー7340番

⑫発明者　ウイリアム・ウイルソン・ターナー、ジュニアー　アメリカ合衆国インデイアナ47401、ブルーミントン、アプト・エイ3、イースト・フオーテイーンス・ストリート321番

⑪出願人　イーライ・リリー・アンド・カンパニー　アメリカ合衆国46285インデイアナ州インデイアナポリス市、リリー・コーポレイト・センター（番地の表示なし）

⑭代理人　弁理士　青山　葆　外1名

明　細　書

1．発明の名称

ジアルキルアミノテトラヒドロベンゾチアゾールおよびオキサゾール

2．特許請求の範囲

1．式(XX)：

$$R^2R^1N-\text{[thiazole/oxazole fused to cyclohexane ring, Y]}-NR^3R^4 \quad (XX)$$

〔式中、R¹およびR²は各々H、メチル、エチルまたはn-プロピルであり、R³およびR⁴は各々H、メチル、エチル、n-プロピルまたはアリルであり；YはSまたはOである〕

で示される化合物またはその薬学的に許容し得る酸付加塩。

2．R³およびR⁴が共に水素ではない第1項に記載の化合物。

3．R¹およびR²が共に水素である第1項または第2項に記載の化合物。

4．R¹およびR²が各々、水素またはメチルである第1項または第2項に記載の化合物。

5．第2項に記載の化合物の二臭化水素酸塩である第1項に記載の酸付加塩。

6．R³およびR⁴が共にn-プロピルである第1項～第4項のいずれかに記載の化合物。

7．YがSである第1項に記載の化合物。

8．(±)-2-アミノ-6-ジ-n-プロピルアミノ-5,6,7,8-テトラヒドロベンゾチアゾールである第1項に記載の化合物。

9．(±)-2-アミノ-6-ジメチルアミノ-5,6,7,8-テトラヒドロベンゾチアゾールである第1項に記載の化合物。

10．第1項～第9項のいずれかに記載の式(XX)の化合物の製造方法であって、式(A)：

$$R^3R^4N-\text{[cyclohexane ring with Br and =O]} \quad (A)$$

で示される化合物を、式(B)：

$$NH_2-\overset{Y}{\overset{\|}{C}}-NR^1R^2 \quad (B)$$

DEFENDANT'S EXHIBIT BARR-24

で示される化合物と反応させ、所望により、得られた化合物の6－アミノ基上のアルキル基を脱アルキルした後、再びアルキル化して別の$R^5$および$R^6$の置換アミンを製造し、そして／または所望により、塩化することからなる方法。

11、第1項～第9項のいずれかに記載の式(XX)で示される化合物またはその薬学的に許容し得る塩を活性成分とし、1またはそれ以上の薬学的に許容し得る担体を共に含有することを特徴とするドパミン受容体アゴニスト製剤。

3．発明の詳細な説明

<u>発明の背景</u>

リセルグ酸(下記式IにおいてR＝OH、即ち9－エルゴレン－8β－カルボン酸)のある種の複合アミド類は、麦角病のライムギ、即ち糸状菌であるクラビセプス・プルプレア( Claviceps purpurea) の増殖によって汚染されたライ麦中に見い出される。麦角病のライ麦から製造されたパンを食したヒトは、末端部に非常に高い熱を感じることから中世に聖アントニーの発熱(St. Anthony's Fire)として知られていた麦角中毒にかかり易かった。麦角中毒は、しばしば致命的であった。総麦角アルカロイドの末梢血管収縮特性が、麦角中毒に見られる致死の原因であり、末端部の壊疽が共通する核幹因子である。

COR
N－$CH_3$
H
HN
(I)

クラビセプス・プルプレア侵襲物からの単離体から、2ダースの麦角アルカロイドが確認されている。リセルグ酸の誘導体には、単純なアミド類であるエルギン(ergine) (R＝$NH_2$)およびエルゴノビン(ergonovine) (エルゴメトリン(ergometrine))(式Iにおいて、$-R=N-\underset{|}{C}(CH_3)HCH_2OH$)、並びにエルゴタミン(ergotamine)、エルゴシン(ergosine)、エルゴコルニン(ergocornine)、エルゴクリプチン(ergocryptine)、エルゴクリスチン(ergocristine)等を含むペプチドアルカロイド(R＝環化によってポリペプチドから誘導される複合アミド)が含まれる。イソリセルグ酸(9－エルゴレン－8α－カルボン酸)に基づく対応するアルカロイド類も単離されている。

総麦角アルカロイドは、幾つかの興味深い薬理活性、即ち子宮収縮(分娩促進作用)、末梢血管収縮、アドレナリン遮断、およびセロトニン拮抗作用並びに幻覚惹起を含む種々のCNS(中枢神経系)活性を有している。ある種のアルカロイドは、分娩後の子宮収縮を生ぜしめるためおよび片頭痛の対症療法に使用される。薬理活性、毒性および中枢作用は、アルカロイドによって様々である。通常、デルター9位の2重結合を水素添加することによって、末梢作用に関して活性の低下した化合物が生じるが、血管運動中枢の抗アドレナリン性および中枢性阻害は高められることがある。

リセルグ酸およびジヒドロリセルグ酸の誘導体は数多いので挙げることはできないが、通常、インドール窒素上の置換、C－2位における置換(α－ブロモクリプチンは2－ブロモ誘導体である)、他のアルキル基またはアリルによるN－6メチルの置換、および、特にシアノメチル、カルボキサミドメチル、メチルチオメチルおよびメトキシメチルなどの種々の基によるC－8位カルボキサミド基の置換を挙げることができる。また、天然アルカロイドの複合「ポリペプチド鎖」の、より単純なアミド基による置換がある(ブタノールアミド＝メチルエルゴノビンジエチルアミド)。

過去に、エルゴリン分子のどの部分に薬理活性の原因があるのかということについての推論、即ち親アルカロイドのある種の薬理活性を、もしかすると選択的に、有する部分構造が存在するのではないかということについて多数の推論がなされ、しばしば合成の努力が払われた。十分調べられた部分構造の1つは、エルゴリンのB環およびD環が除かれた式(II):

R－ －$N(CH_3)_2$ (II)

BARR027416

〔式中、Rはカルボキサミド、ヒドロキシ、アミノ等である〕
で示されるアミノテトラヒドロナフタレン構造である。フェニル環、5位と10位の炭素並びに6位の窒素からなる部分構造、即ちA環だけが残存している部分構造を使用して、β－フェネチルアミンという要素も(I)から導き出すこともできる。また、B(ピロール)環を欠いている3環式化合物およびベンズ〔cd〕インドール(D環を欠いているもの－米国特許第4,110,339号参照)も製造されている。これらの部分構造化合物は全て、エルゴコルニン、ジヒドロエルゴコルニン、レルゴトリルまたはペルゴリド(例えば米国特許第3,920,664号、第4,054,660号および4,166,182号)のドパミンD－2アゴニスト活性(プロラクチン阻害等)について望ましい程度の特異性を有していないようである。しかしながら、最近、コーンフェルド(Kornfeld)およびバッハ(Bach)は、エルゴリンのA環はD－2アゴニスト活性に必要ではないということを見い出した。これらの新しい部分構造化合物はヘキサヒドロピロロ(4,3－g)キノリン(米国特許第4,235,909号参照)と呼称される。類似の構造であるヘキサヒドロピラゾロ(4,3－g)キノリン(米国特許第4,198,415号)も優れたD－2アゴニスト作用を有している。エルゴリンのD環が開いている対応する2環式化合物も、活性なD－2アゴニストである〔アミノ置換イソインドールに関する米国特許第4,235,226号およびアミノ置換インダゾールに関する米国特許第4,276,300号(3環式ピラゾールに類似)参照〕。ピロールおよびピラゾール以外の複素環系もパーヒドロキノリン環(エルゴリンのB環およびC環)に結合して類似の3環式を構成し得るということがわかった。これらの1つはピリミジンである〔ニコルス(Nichols)およびコーンフェルド、米国特許第4,501,890号参照〕。

2－アミノ－6－ジアルキルアミノテトラヒドロベンゾチアゾールおよびオキサゾールは知られていない。

本発明は、式(XX):

$R^2R^1N-$(2-アミノ-4,5,6,7-テトラヒドロベンゾ縮合環、1位Y、3位N、3a・7a位、4～7位; 6位に$-N(R^3)(R^4)$)　(XX)

〔式中、YはSまたはOであり、$R^1$および$R^2$は各々H、メチル、エチルまたはn－プロピルであり、$R^3$および$R^4$は各々H、メチル、エチル、n－プロピルまたはアリルである〕
で示されるテトラヒドロベンゾチアゾールおよびオキサゾール、並びに非毒性酸を使用して製造されるこれらの薬学的に許容し得る酸付加塩を提供するものである。

YがSである化合物は置換－4,5,6,7－テトラヒドロベンゾチアゾールであり、YがOである化合物は置換－4,5,6,7－テトラヒドロベンゾオキサゾールである。

$R^3$および$R^4$の一方または両方がHである式(XX)の化合物は、アリル化またはアルキル化して、$R^3$と$R^4$が各々メチル、エチル、n－プロピルまたはアリルである本発明の化合物を製造することができる中間体である。

式(XX)で示される化合物の好ましい群は、$R^3$と$R^4$が共にメチルであるか、共にn－プロピルであるかまたは共にアリルである化合物である。その他の好ましい群は、$R^1$と$R^2$が共にHである式(XX)の化合物である。

$R^3$と$R^4$が共にHではない本発明の化合物は、受容体アゴニスト活性を有しており、ある種の神経ホルモンの量を中枢的にまたは末梢的にまたは両方で増加させることができる。例えば、$R^3$と$R^4$が共にアリルまたはn－プロピルである式(XX)の化合物は、ドパミンアゴニスト、とりわけドパミンD－2アゴニストであり、脳におけるドパミンの有効濃度を高めることができる。$R^3$と$R^4$が共にメチルである化合物は、α－アゴニスト作用を有している。

式(XX)で表わされる窒素性塩基の酸付加塩も本発明の範囲に含まれる。上記化合物は、少なくとも3個の塩基性窒素、即ち1個はC－6のアミン基、別の1個は縮合複素環の環窒素、更に別の

BARR027417

1個は$NR^1R^2$基、を含有している。C－6アミノ基の窒素は通常、アミン官能基の内で最も塩基性であり、容易に酸付加塩を生成する。鉱酸のような強い無機酸またはp－トルエンスルホン酸のような強い有機酸は、過剰に使用された場合、本発明の化合物におけるその他のアミン官能基の1個とも反応して二塩を生成することがある。

従って、本発明の化合物の薬学的に許容し得る酸付加塩は、塩酸、硝酸、リン酸、硫酸、臭化水素酸、ヨウ化水素酸、亜リン酸などのような無機酸から誘導される一または二塩および脂肪族モノおよびジカルボン酸、フェニル置換アルカン酸、ヒドロキシアルカン酸およびアルカンジカルボン酸、芳香族酸、脂肪族および芳香族スルホン酸のような有機酸から誘導される塩である。従ってそのような薬学的に許容し得る塩は、硫酸塩、ピロ硫酸塩、硫酸水素酸塩、亜硫酸塩、亜硫酸水素酸塩、硝酸塩、リン酸塩、リン酸一水素酸塩、リン酸二水素酸塩、メタリン酸塩、ピロリン酸塩、塩酸塩、臭化水素酸塩、ヨウ化水素酸塩、フッ化水素酸塩、酢酸塩、プロピオン酸塩、カプリル酸塩、アクリル酸塩、ギ酸塩、イソ酪酸塩、カプリン酸塩、ヘプタン酸塩、プロピオール酸塩、シュウ酸塩、マロン酸塩、コハク酸塩、スベリン酸塩、セバシン酸塩、フマル酸塩、マレイン酸塩、マンデル酸塩、ブチン－1,4－ジカルボン酸塩、ヘキシン－1,6－ジカルボン酸塩、安息香酸塩、クロル安息香酸塩、メチル安息香酸塩、ジニトロ安息香酸塩、ヒドロキシ安息香酸塩、メトキシ安息香酸塩、フタル酸塩、テレフタル酸塩、ベンゼンスルホン酸塩、トルエンスルホン酸塩、クロルベンゼンスルホン酸塩、キシレンスルホン酸塩、フェニル酢酸塩、フェニルプロピオン酸塩、フェニル酪酸塩、クエン酸塩、乳酸塩、α－ヒドロキシ酪酸塩、グリコール酸塩、リンゴ酸塩、酒石酸塩、メタンスルホン酸塩、プロパンスルホン酸塩、ナフタレン－1－スルホン酸塩、ナフタレン－2－スルホン酸塩などの塩である。

$R^3$および$R^4$($R^5$および$R^6$)が各々メチル、エチルまたはn－プロピルである前記式(XX)の本発明化合物は、以下の反応式(式中、Y、$R^1$および$R^2$は前記の意味を有しており、$R^5$および$R^6$は各々メチル、エチルまたはn－プロピルである)に従って製造することができる：

<u>反応式I</u>

XXI

$NaCNBH_3$ ↓ $HNR^5R^6$

XXII

↓ 酸

XXIII

↓ $Br_2$, HBr

XIV

↓ $NH_2-C(=Y)-NR^1R^2$

XXa

上の反応式Iにおいて、ケタールを生成させることによって保護したシクロヘキサン－1,4－ジオンを、相互不活性溶媒に入れた水素化ホウ素を還元剤として用い、2級アミンである$HNR^5R^6$で還元的にアミノ化する。出発物質として、シクロヘキサン－1,4－ジオンと2,2－ジメチル－1,3－プロパンジオールとのケタール(XXI)は、市販品として入手することができ、これを使用するのが好ましいが、その他のジオール類、即ちエチレンジオール、1,3－プロピレンジオール等とのモノケタールを使用してもよい。シアノボロハイドライドナトリウムは好ましい還元剤であるが、その他の金属水素化物を使用してもよい。エーテル類、特にTHFのような環式エーテルはこの反応のための好ましい溶媒である。

BARR027418

次いで、酸で処理することによって、上記の還元アミノ化の生成物(XXII)を脱保護し、4−ジアルキルアミノシクロヘキサノンを生成する。HBr／酢酸中の臭素でカルボニルに対するアルファ位を臭素化し、アルファ−ブロモケトン(XIV)を生成する。このブロモケトンと尿素、チオウレア、N−アルキル尿素、N,N−ジアルキル尿素、N−アルキルまたはN,N−ジアルキルチオウレアを反応させて、直接、化合物(XXa)を生成させる。

$R^3$と$R^4$の一方または両方がアリルである式(XX)の化合物は、$R^3$と$R^4$がメチルであるジアルキルアミン(XX)(または$R^5$と$R^6$がメチルである(XXa))をCNBrで脱アルキルして$R^3$と$R^4$(または$R^5$と$R^6$)の一方または両方がHである中間体化合物を生成させ、次いでこのアミンをアクリル酸で還元的にアリル化するか、塩基の存在下で臭化アリルで直接アリル化することによって製造される。所望により、C−2位の1級アミン基をアシル化して保護し、C−6アミンのアリル化が終了した後に加水分解してこのアシル基を除去してもよい。

前記式(XX)の化合物は、不斉炭素、即ちアミノ基(N$R^3R^4$)が結合しているC−6炭素を有している。従って、前記式(XX)で表わされる化合物は、(±)またはdℓ対またはラセミ体として存在する2個の光学異性体を包含する。本発明の(±)対の、光学対掌体への分割は、当業者に使用される通常の実験法によって行うことができる。このようにして分割された光学異性体は、本発明の範囲に含まれる。

本発明の範囲を示す、上の方法によって製造し得る化合物は、以下の通りである。

(−)−2,6−ビス(ジメチルアミノ)−5,6,7,8−テトラヒドロベンゾチアゾール・メタンスルホン酸塩、

(+)−2,6−ビス(メチル−n−プロピルアミノ)−5,6,7,8−テトラヒドロベンゾオキサゾール・臭化水素酸塩、

(±)−2−ジメチルアミノ−6−エチル−n−プロピルアミノ−5,6,7,8−テトラヒドロベンゾオキサゾール・硫酸塩、

(±)−2−ジエチルアミノ−6−ジ−n−プロピルアミノ−5,6,7,8−テトラヒドロベンゾチアゾール・臭化水素酸塩、

(±)−2−メチルエチルアミノ−6−ジアリルアミノ−5,6,7,8−テトラヒドロベンゾチアゾール・マレイン酸塩、

(−)−2−ジメチルアミノ−6−アリルメチルアミノ−5,6,7,8−テトラヒドロベンゾオキサゾール・コハク酸塩、

(±)−2−ジエチルアミノ−6−アリル−n−プロピル−5,6,7,8−テトラヒドロベンゾチアゾール・酒石酸塩、

(−)−2−アミノ−6−ジアリルアミノ−5,6,7,8−テトラヒドロベンゾチアゾール・ジニトロ安息香酸塩、

(±)−2−エチルメチルアミン−6−ジメチルアミノ−5,6,7,8−テトラヒドロベンゾオキサゾール・リン酸塩等。

以下に具体的な実施例を挙げて本発明を更に詳しく説明するが、これらは本発明の範囲を制限するためのものではない。

実施例1 (±)−2−アミノ−6−ジ−n−プロピルアミノ−5,6,7,8−テトラヒドロベンゾチアゾールの製造

窒素雰囲気下で、500mℓの丸底フラスコにメタノール約125mℓを入れた。ジ−n−プロピルアミン42mℓを加え、得られた溶液を氷／水浴中で約0℃に冷却した。5Nメタノール性塩酸20mℓを加えた。この反応混合物を、塩の生成が終了するまで撹拌した。1,4−シクロヘキサンジオン−モノ−2,2−ジメチルトリメチレンケタール10gを固形物のまま加えた。この反応混合物を冷却しながら数分間撹拌し、その時点でシアノボロハイドライドナトリウム2.25gを1度に加えた。直ちに白色のスラリーが生成するので、これを、冷却しながら数分間、次いで窒素雰囲気下の室温で約30時間撹拌した。シアノボロハイドライドナトリウムを更に2.2g加えた。室温で更

BARR027419

に24時間撹拌した後、その時点でのTLC(クロロホルム／メタノール、95:5)を行った結果、新しいスポットが存在するが、出発物質に対応するスポットが存在しないことがわかった。それ故、反応混合物を沪過し、沪過ケーキをメタノールで洗浄した。沪液と洗液を合して溶媒を蒸発させ、濃厚な白色スラリーを得た。スラリーを約0℃に冷却し、撹拌下に1N塩酸100mlを加えた。得られた溶液を等容量のエーテルで2回抽出した。エーテル抽出液を分離して捨てた。水層を冷却し、次いで、5N水酸化ナトリウム水溶液(pH～12)を添加して塩基性にした。この塩基性層を二塩化メチレン50mlで3回抽出した。二塩化メチレン抽出液を合し、この合した抽出液を飽和重炭酸ナトリウム水溶液で1回洗浄した後、乾燥した。溶媒を減圧留去して、幾分かの固形物を含んでいる黄色油状物6.26gを得た。この残留物をエーテル／トリエチルアミン(100:1)溶媒を溶離剤とするシリカゲルフラッシュクロマトグラフィーに付した(「フラッシュクロマトグラフィー」という語句は、スティル等(Still et al.)、ジャーナル・オブ・オーガニック・ケミストリー(J.Org.Chem.)、43、2923(1978)によって開発された方法を意味する)。50mlずつのフラクションを取った。TLCの結果、フラクション10－15が所望の物質を含有していることがわかった。これらのフラクションを合して減圧濃縮し、4－ジ－n－プロピルアミノ－1－シクロヘキサノン2,2－ジメチルトリメチレンケタールからなるほぼ無色の油状物5.40gを得た。

上のケタール4.4gを6N塩酸110mlに溶解し、窒素雰囲気下、室温で約48時間撹拌することによってケタール基を除いた。得られた無色の溶液をエーテル50mlで抽出し、このエーテル抽出液を捨てた。次いで、過剰量の5N水酸化ナトリウム水溶液を添加して、この酸性溶液を塩基性にした。得られた濁った混合物を二塩化メチレン50mlで3回抽出した。二塩化メチレン抽出液を合し、この合した抽出液を飽和重炭酸ナトリウム水溶液50－75mlで3回洗浄した。次いで、有機層を乾燥して溶媒を減圧留去し、上の反応で生成した4－ジ－n－プロピルアミノシクロヘキサノンからなる淡黄色油状物2.96gを得た。この化合物は、赤外スペクトルにおいて、5.85μに予想していたカルボニルのピークを示した。赤外スペクトルはまた、水酸基の吸収を全く示さなかった。

4－ジ－n－プロピルアミノシクロヘキサノン1gを氷酢酸7.5mlに溶解し、溶液を調製した。氷酢酸中の31%臭化水素1.2mlを加え、次いで、臭素0.195mlを滴下した。窒素雰囲気下、この反応混合物を約1／2時間撹拌した。次いで、揮発性成分を減圧留去し、上の反応で生成した2－ブロモ－4－ジ－n－プロピルアミノシクロヘキサノンからなる茶色の粘性油状物を得た。この残留物にチオウレア420mgを加え、無水エタノール10mlを加えた。この混合物を撹拌して茶色の溶液を得た。溶液を窒素雰囲気下、約2時間還流温度で加熱した。反応混合物を周囲温度で一夜撹拌した後、沪過した。上の反応で生成した(±)－2－アミノ－5－ジ－n－プロピルアミノ－4,5,6,7－ベンゾチアゾール・二臭化水素酸塩からなる回収固形物の重量は、1.05gであった。この二臭化水素酸塩をメタノール／エーテル溶媒混液から再結晶して、精製二臭化水素酸塩589mgを得た:

元素分析

| | C | H | N |
|---|---|---|---|
| 計算値: | 37.60、 | 6.07、 | 10.12 |
| 実測値: | 37.63、 | 5.72、 | 10.00。 |

マス・スペクトルの分子イオン(－2HBr):253。

上の反応でチオウレアの代わりに尿素を使用し、同じ方法で対応する2－アミノテトラヒドロベンゾオキサゾールを製造することができる。

実施例2　(±)－2－アミノ－6－ジメチルアミノ－5,6,7,8－テトラヒドロベンゾチアゾールの製造

1,4－シクロヘキサンジオン－モノ－2,2－ジメチルトリメチレンケタール10gを、約5℃

BARR027420

のベンゼン中に無水ジメチルアミン50gを入れた溶液と混合した。ベンゼン中の$TiC\ell_4$ 4.75gを滴下すると、沈殿が生成した。この反応混合物を室温まで温め、その温度で約1時間撹拌した。生成した固形物を沪過によって分離した。沪液から溶媒を蒸発させて油状物約9.88gを得、触媒としてPd／C 0.5gを加えた無水エタノール中、室温、60psiで一夜水素添加した。沪過して触媒を除去した。沪液を減圧下で蒸発させて、上の反応で生成した4－ジメチルアミノシクロヘキサン－2,2－ジメチルトリメチレンケタールからなる油状物8.82gを得た。TLCは1個のスポットを示した($SiO_2$／EtOAc)。

プロトンNMR($CDC\ell_3$):δ1.0(s,6H)、1.2－1.9(m,6H)、2.0－2.5(m,9H)、3.4(s,4H)。

以下のようにしてケタール基を除いた:
上で得たケタール化合物0.37gを90%ギ酸水溶液に溶解し、得られた溶液を85－90℃で約1時間加熱した。ギ酸を減圧留去した。得られた残留物を$CH_2C\ell_2$に溶解し、この有機溶液を略等容量の1N塩酸で2回抽出した。この酸性抽出液を合して蒸発乾固し、4－ジメチルアミノシクロヘキサノン・塩酸塩0.2gを得た〔TLCで1スポット($SiO_2$／MeOH／AcOH)〕。出発物質であるケタール1.58gおよび3.19gを用いて同じ実験を行い、各々1.26gおよび2.35gのアミノケトンを得た。

プロトンNMR($CDC\ell_3$／DMSO$d_6$):δ1.80－2.30(m,2H)、2.35－2.68(m,6H)、2.85(d,6H)、3.5－3.9(m,1H)。

マス・スペクトルの分子イオン:141。

赤外スペクトルのピーク:1725$cm^{-1}$。

実施例1の方法に従い、4－ジメチルアミノシクロヘキサノン(1.26g)のカルボニル基のアルファ位を臭素化し、2－ブロモ－4－ジメチルアミノシクロヘキサノンを得、この誘導体をそれ以上精製せずにチオウレアと反応させた。この反応の生成物である(±)－2－アミノ－6－ジメチルアミノ－5,6,7,8－テトラヒドロベンゾチアゾールを二臭化水素酸塩として単離した。

マス・スペクトルの分子イオン:197

赤外スペクトルのピーク:1626.11$cm^{-1}$

<u>元素分析</u>

| | C | H | N | Br |
|---|---|---|---|---|
| 計算値: | 30.10、 | 4.77、 | 11.70、 | 44.50 |
| 実測値: | 22.95、 | 4.51、 | 11.72、 | 44.58。 |

前述の如く、本発明の化合物($R^3$と$R^4$は共にHではない)は受容体アゴニストであり、特異的な受容体と相互作用し得る種々の神経ホルモン、とりわけドパミンおよびノルエピネフリンの量を高めることができる。例えば、$R^1$と$R^2$がHであり、$R^3$と$R^4$が共にn－プロピルである式(XX)で示される化合物は、特異的なドパミンD－2アゴニストである。このようなドパミンアゴニスト活性の1つは、以下のプロトコールで示されるようなプロラクチン分泌の阻害である。

体重約200gのスプラーグ－ドーレィ(Sprague-Dawley)系雄ラットの成体を、照明を調節(午前6時～午後8時まで点灯)した空調室に入れ、研究室用飼料および水を自由に摂取させた。各ラットに、被験薬物投与の18時間前に、レセルピン2.0mgの水性懸濁液を腹腔内注射した。レセルピン投与の目的は、ラットのプロラクチンレベルを均一に上昇した状態に保つことである。化合物を10%エタノールに溶解し、予め選定しておいた量を10匹のラットから成る群に腹腔内注射した。10匹の無処置の雄から成る対照群には、同等量の10%エタノールを与えた。処置の1時間後に全ラットを断頭して殺し、血清150μℓをプロラクチンの検定に用いた。

処置ラットと対照ラットのプロラクチンレベルの差を対照ラットのプロラクチンレベルで割ると、投与量に応じたプロラクチン分泌の阻害パーセントが得られる。下記の表1に、(±)－2－アミノ－6－ジ－n－プロピルアミノ－5,6,7,8－テトラヒドロベンゾチアゾール・二臭化水素酸塩の阻害パーセントを示す。表中、1欄は投与量、2欄は具体的な投与量レベルにおけるプロラクチン阻害パーセントを表わす。

BARR027421

表1

| 投与量 | 阻害% |
|---|---|
| 50mcg／kg | 30 |

ドパミンアゴニストは、パーキンソン症候群の治療に有用な化合物を見い出すために計画された試験方法において、6－ヒドロキシドパミンにより病変を作ったラットの旋回行動に影響を及ぼすことも知られている。この試験では、ウンゲルシュテット(Ungerstedt)およびアルブスノット(Arbuthnott),ブレイン・レス(Brain Res),24,485(1970)の方法により調製した黒質新線条体病変ラットを使用する。ドパミンアゴニスト活性を有する化合物は、このラットに、病変側とは反対側への円運動を行わせる。化合物によって異なる潜伏期間の後、旋回の数を15分間にわたって計測する。

(±)－2－アミノ－6－ジ－n－プロピルアミノ－5,6,7,8－テトラヒドロベンゾチアゾール・二臭化水素酸塩についてのこの試験から得た結果を、下記の表2に示す。表中、1欄は投与量、2欄は潜伏期間の終了後の最初の15分間に観察された平均旋回数である。

表2

| 投与量 | 平均旋回数 |
|---|---|
| 1000mcg／kg | 51 |

式(XX)で示される化合物、特に$R^3$と$R^4$が共にメチルである化合物は、以下の実験で示される麻酔をかけた高血圧自然発症ラットの血圧を低下させる：

体重およそ300gの雄の高血圧自然発症ラット(SHR)[(タコニック・ファームズ(Taconic Farms)、ジャーマンタウン(Germantown)、ニューヨーク)]の成体を、ペントバルビタールナトリウム(60mg／kg、i.p.)で麻酔した。気管内挿管してSHRに室内の空気を呼吸させる。スタッタム(Statham)変換器(P23ID)を用いて、拍動性動脈血圧を、挿管した頸動脈から測定した。平均動脈血圧を、拡張期の血圧＋1／3脈圧として算出した。収縮期の血圧パルスにより起動された心臓タコメーターにより、心拍数を監視した。

薬物溶液を、大腿部の静脈に入れたカテーテルを通して静脈内投与した。動脈血圧および心拍数を多重チャンネルのオシログラフ(ベックマン、モデルR511A)上に記録した。処置の平衡化のため、外科的処置の後15分間を経過させた。

下記の表3は、(±)－2－アミノ－6－ジ－n－プロピル－5,6,7,8－テトラヒドロベンゾチアゾール・二臭化水素酸塩を使用したこの試験の結果を示したものである。表3において、1欄は投与量レベル、2欄は平均動脈血圧の変化を表わす。

表3

| 投与量(mcg／kg) | 平均動脈血圧の低下 |
|---|---|
| 1 | －16.1±2.4 |
| 10 | －21.0±2.0 |
| 100 | －34.0±3.2 |
| 1000 | ＋13.5±4.4 |

血圧低下作用についての別の実験においては、大腿の動脈および静脈に挿管した麻酔をかけていないSHRを使用した。薬物を静脈内投与した。この系では、(±)－2－アミノ－6－ジメチルアミノ－5,6,7,8－テトラヒドロベンゾチアゾールを二臭化水素酸塩として1mg／kgの用量で試験した。表4にこの試験の結果を示す。表中、1欄は注射後の時間(分)を表わし、2欄および3欄は、それぞれその時間内の平均動脈血圧低下パーセントおよび平均心拍数を表わす。

表4

| | 対照からの変化(%) | |
|---|---|---|
| 注射後の時間(分) | 血圧 | 心拍数 |
| 5 | －3.6 | －12.3 |
| 15 | －17.1 | －17.7 |
| 30 | －18.6 | －15.5 |
| 45 | －16.9 | －8.3 |
| 60 | －17.2 | －5.2 |
| 90 | －16.9 | －0.7 |
| 120 | －15.8 | －4.1 |
| 180 | －14.7 | －4.1 |

本発明の化合物を治療目的に使用する場合は、この薬物を乾燥デンプン、乾燥ステアリン酸マグ

ネシウム等の成分と混合することによって製造されるゼラチン硬カプセルを含む種々の製剤の形にして投与する。薬物と成分を混合し、各々カプセルが薬物の有効用量を含有するようにゼラチン硬カプセルに充塡する。

錠剤は、薬物、微結晶性セルロース、微粉状二酸化ケイ素およびステアリン酸を混合することによって製造する。これらの成分を混合し、圧縮して錠剤とする。

懸濁液は、薬物をNo.45メッシュU.S.ふるいに通し、ふるいにかけた薬物をカルボキシメチルセルロースナトリウムおよびシロップと混合して、なめらかなペーストとすることによって製造する。保存剤、香料、着色料を水で希釈し、撹拌しながら加える。次いで、十分量の水を加えて、必要な容量とする。

特許出願人 イーライ・リリー・アンド・カンパニー
代 理 人 弁理士 青山 葆 外1名

BARR027423

# EXHIBIT 25

# TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to us by our client **Williams & Connolly LLP.** The original document was to be translated from **Japanese** into **English**, and said translation was completed and delivered to the client on June 1, 2006.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the documents attached herein.

ALC, Inc. hereby agrees to keep the contents of this translation confidential according to the ethical and legal standards of the translating profession. ALC further more agrees not to discuss, evaluate, transfer, distribute, or reproduce any material related to this assignment with any person (s), or any other parties related to this assignment, other than the direct representative of the client, as this would constitute a violation of our agreement. ALC, Inc. is liable for damages pertaining to the item covered by this statement.

**Document Description**

**Title of source**: Japanese into English Patent Translation
**File name of source**:
**ALC translator**: R. Patner
**ALC proofreader**: Q3
**Order #**: 2605035

Sworn and subscribed to
Before me this 1st day
of June 2006

Marta H. Amar
Notary Public
My commission Expires 6-01-09
Project Manager

DEFENDANT'S
EXHIBIT
**BARR-25**

[19] THE PATENT OFFICE OF JAPAN (JP)
[12] OFFICIAL GAZETTE FOR UNEXAMINED PATENTS (A)
[11] Disclosure Number 62-473

| [51] Int. Cl[4] | Identification Symbols | Intra-Agency File Nos. |
|---|---|---|
| C 07 D 263/58 | | 7166-4C |
| A 61 K 31/42 | ABU | |
| | AED | |
| 31/425 | AAA | |
| C 07 D 277/82 | | 7330-4C |

[43] Date of publication of application January 6, 1987
Number of Inventions 3
Request for Examination Not requested
(total 9 pages)

---

[54] Title Dialkylamino tetrahydrobenzothiazole and oxazole

[21] Application Number 61-147991

[22] Filing Date June 23, 1986

Priority Assertion [32] June 24, 1985 [33] United States (US) [31] 747748

[72] Inventors
Bennett Coleman Laguzza
7340 North Grand Avenue
Indianapolis, IN 46250

William Wilson Turner, Jr.
321 East Foteins St. Apt Way 3
Bloomington, IN 47401

[71] Applicant
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285

[74] Agent Attorney AOYAMA Shigeru
and one other

Specification

1. Title of Invention

Dialkylamino tetrahydrobenzothiazole and oxazole

2. Scope of Patent Claim

1. The compound represented by formula (XX)

$$R^2R^1N \text{-[thiazole/oxazole ring with Y fused to cyclohexane]-} NR^3R^4 \quad (XX)$$

In the formula, $R^1$ and $R^2$ each represent H, methyl, ethyl, or n-propyl, $R^3$ and $R^4$ each represent H, methyl, ethyl, n-propyl or allyl; Y represents S or O
or pharmacologically acceptable acid addition salts thereof.

2. The compound of Claim 1 in which neither $R^3$ nor $R^4$ is hydrogen.

3. The compound of Claim 1 and Claim 2 in which $R^1$ and $R^2$ are both hydrogen.

4. The compound of Claim 1 and Claim 2 in which $R^1$ and $R^2$ are each hydrogen or methyl.

5. The acid addition salts of Claim 1 that are dihydrobromides of the compound stated in Claim 2.

6. The compound of Claims 1 to 4 in which both $R^3$ and $R^4$ are n-propyl.

7. The compound of Claim 1 in which Y is S.

8. The compound of Claim 1 that is (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole.

9. The compound of Claim 1 which is (±)-2-amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole.

10. A method of producing any of the compounds of formula (XX) in Claims 1 to 9 in which the compound represented by formula (A)

$$R^5R^6N\text{-[cyclohexanone ring with Br]} \quad (A)$$

is reacted with the compound represented by formula (B)

$$NH_2-\overset{\overset{Y}{\|}}{C}-NR^1R^2 \qquad (B)$$

optionally followed by dealkylation of the alkyl group on the 6-amino of the resulting compound, then by alkylation to produce separate $R^5$ and $R^6$, and optionally by chlorination.

11. Dopamine receptor agonist preparations in which compounds represented by formula (XX) in Claims 1 to 9 or pharmacologically acceptable acid addition salts thereof are the active ingredient, said preparations characterized by the inclusion of one or more pharmacologically acceptable vehicles.

3. Detailed Description of the Invention

Background of the Invention

Certain types of complex amides of lysergic acid (R=OH in formula I below, specifically, 9-ergolen-8β-carboxylic acid) have been discovered in rye contaminated by proliferation of ergot of rye, specifically, the fungus *Claviceps purpurea*. People who have consumed bread produced from ergot contaminated rye have suffered rye poisoning known as St. Anthony=s Fire, from the saint of that name in the middle ages, because of the feeling of extremely high heat at the extremities. Ergot poisoning is often fatal. Peripheral vascular constriction brought about by rye alkaloids is a cause of death seen in rye poisoning, and gangrene in the extremities is a common exhaustion factor.

(I)

Two dozen rye alkaloids have been confirmed from isolates gathered from *Claviceps purpurea* invasives. Derivatives of lysergic acid include the simple amide ergine ($R=NH_2$) as well as peptide alkaloids (complex amides derived from polypeptides by R=cyclization) including ergonovine, ergometrine, ($-R=N-CH(CH_3)CH_2OH$) in formula I) as well as ergotamine, ergosine, ergocornine, ergocryptine, and ergocristine. Corresponding alkaloids based on isolysergic acid (9-ergolen-8α-carboxylic acid) have also been isolated.

Rye alkaloids have numerous pharmacological activities of interest, specifically, various CNS (central nervous system) activities including uterine contraction (parturition stimulation), peripheral vascular constriction, adrenaline blockage, serotonin antagonism and induction of hallucinations. Certain alkaloids are used as symptomatic treatment of migraine headaches and to induce postpartum uterine contraction. The pharmacological activity, toxicity and central-nervous-system action vary with the alkaloid. Compounds having attenuated peripheral activity are created by hydrogenation of double bonds at position delta 9, but the anti-adrenaline properties at the vasomotor center and central-nervous-system inhibition are elevated.

The number of lysergic acid- and dihydro-lysergic acid derivatives is too high to list them all, but a list can include indole nitrogen substitutions, position C-2 substitutions (α-bromocriptine is a 2-bromo derivative), substitutions of other alkyls or of N-6 methyl by allyls as well as substitutions of position C-8 carboxamides by various groups such as cyanomethyl, carboxamidomethyl, methylthiomethyl and methoxymethyl. Other derivatives include substitutions by simpler amides of complex (polypeptide chains) of natural alkaloids (butanolamide=methylergonovine diethylamide).

In the past, deductions as to which parts of ergoline molecules bring about pharmacological activity have been made, specifically, are there not partial structures of parent alkaloids that selectively have certain types of pharmacological activity, and efforts at their synthesis have been carried out. One partial structure that has been adequately investigated is the amino tetrahydronaphthalene structure represented by formula (II) from which the B ring and D ring of ergoline have been removed

$$R-[\text{tetrahydronaphthalene}]-N(CH_3)_2 \quad (II)$$

[In the formula, R represents a carboxamide, hydroxy, amino, etc.]

The β-phenethylamine element as well can be derived from (I) using partial structures comprising phenyl rings, position 5- and position 10 carbons as well as position 6 nitrogen, specifically, the partial structure in which only ring A remains. In addition, tricyclic compounds lacking B (pyrrole) rings and benz [cd] indoles (compounds lacking D ring-consult U.S. Patent 4,110,339) have also been produced. These partial structure compounds all lack enough of the dopamine D-2 agonist activity (prolactin inhibition) of desirable specificity of ergocornine, dehydroergocornine, lergotrile or pergolide (for example, U.S. Patent Nos. 3,920,664, 4,054,660, and 4,166,182). However, Kornfeld and Bach recently discovered that

the ergoline A ring does not require D-2 agonist activity. These new partial structural compounds are termed hexahydropyrrolo [4,3-g] quinoline (consult U.S. Patent No. 4,235,909). Hexahydropyrazolo [4,3-g] quinoline (consult U.S. Patent No. 4,198,415), which has a similar structure, also has outstanding D-2 agonist activity. Corresponding bicyclic compounds in which the ergoline D ring is open are also active D-2 agonists (consult U.S. Patent 4,235,226 concerning amino substituted isoindoles and U.S. Patent 4,276,300 (resembling tricycle pyrazoles) concerning amino substituted indazoles. Heterocyclic rings other than pyrrole and pyrazole are also known to be capable of forming similar tricyclic structures by bonding to perhydroquinoline rings (B ring and C ring of ergoline). One of these is pyrimidine [consult Nichols and Kornfeld, U.S. Patent No. 4,501,890].

2-amino-6-dialkylamino tetrahydrobenzothiazole and oxazole are unknown.

The present invention provides tetrahydrobenzothiazole and oxazole represented by formula (XX)

$$R^2R^1N - \text{[ring structure]} - N(R^3)(R^4) \quad (XX)$$

[In the formula, Y represents S or O, $R^1$ and $R^2$ each represent H, methyl, ethyl, or n-propyl, $R^3$ and $R^4$ each represent H, methyl, ethyl, n-propyl or allyl]

as well as pharmacologically acceptable acid addition salts of these that are produced using nontoxic acids.

The compound in which Y is S is substituted-4,5,6,7-tetra hydrobenzothiazole while the compound in which Y is O is substituted-4,5,6,7-tetrahydrobenzoxazole.

Compounds of formula (XX) in which $R^3$ and $R^4$ alone or together are H are intermediate products that enable the production of the compound pursuant to the present invention in which $R^3$ and $R^4$ are each methyl, ethyl, n-propyl or allyl through allylation or alkylation.

Desirable groups of compounds represented by formula (XX) are compounds in which $R^3$ and $R^4$ are both methyl, n-propyl, or allyl. Other desirable groups are compounds of formula (XX) in which $R^1$ and $R^2$ are both H.

Compounds pursuant to the present invention in which neither $R^3$ nor $R^4$ is H have receptor agonist activity and are capable of increasing the amount of certain types of neurohormones centrally, peripherally or at both. Compounds of formula (XX) in which $R^3$ and $R^4$ are both allyl or n-propyl are dopamine agonists, especially dopamine D-2 agonists, and are capable of raising the effective concentrations

of dopamine in the brain. Compounds in which $R^3$ and $R^4$ are both methyl have α-agonist activity.

Nitrogenous bases of acid addition salts represented by formula (XX) are also within the scope of the present invention. Aforementioned compounds contain at least three basic nitrogens, specifically, one C-6 amine, cyclic nitrogen from another fused heterocyclic ring, and a separate $NR^{-1}R^{-2}$. C-6 amino nitrogen is usually the most basic of amine functional groups and readily creates acid addition salts. When strong inorganic acids such as mineral acids or strong organic acids such as p-toluenesulfonic acid are used in excess, they could create dichlorides by reacting with one other amine functional group in the compound of the present invention.

Accordingly, the pharmacologically acceptable acid addition salts of the compound pursuant to the present invention are monochlorides or dichlorides derived from inorganic acids such as hydrochloric acid, nitric acid, phosphoric acid, sulfuric acid, hydrobromic acid, hydriodic acid, phosphorous acid, or salts derived from organic acids such as aliphatic mono- and dicarboxylic acid, phenyl substituted alkanoic acid, hydroxyalkanoic acid, alkanedicarboxylic acid, aromatic acids, aliphatic and aromatic sulfonic acids. Accordingly, pharmacologically acceptable acid addition salts include sulfates, pyrosulfates, hydrogensulfates, sulfites, hydrogensulfites, nitrates, phosphates, monohydrogenphosphates, dihydrogenphosphates, metaphosphates, pyrophosphates, hydrochlorides, hydrobromides, hydroiodides, hydrofluorides, acetates, propionates, caprylates, acrylates, formates, isobutyrates, caprates, heptanoates, propiolates, oxalates, oxalates, malonates, succinates, suberates, sebacates, fumarates, maleates, mandelates, butin-1,4-dicarboxylates, hexyne-1,6-dicarboxylates, benzoates, chlorobenzoates, hydroxybenzoates, methoxybenzoates, phthalates, terephthalates, benzene sulfonates, xylene sulfonates, phenyl acetates, phenyl propionates, phenyl butyrates, citrates, lactates, α-hydroxybutyrates, glycollates, malates, tartrates, methane sulfonates, propane sulfonates, naphthalene-1-sulfonates, naphthalene-2-sulfonates, etc.

The compound of aforementioned formula (XX) pursuant to the present invention in which $R^3$ and $R^4$ each represent methyl, ethyl, or n-propyl can be produced in accordance with the following reaction formula [In the formula, Y, $R^1$ and $R^2$ have the same significance as above, $R^5$ and $R^7$ each represent methyl, ethyl, or n-propyl]:

**Reaction formula I**

In aforementioned reaction formula I, cyclohexane-1,4-dione protected by the generation of ketal is reductively aminated by $R^5$ and $R^6$, which are secondary amines, using boron hydride added to mutually inert solvents as a reducing agent. The ketal (XXI) with cyclohexane-1,4-dione and 2,2-dimethyl-1,3-propanediol as the starting substance is available as a commercial product, and its use is desirable, but other diols may be used instead, specifically, monoketals with ethylene diol or 1,3-propylene diol. Sodium cyanoborohydride is a desirable reducing agent, but other metal hydrides may also be used. Ethers, especially cyclic ethers such as THF, are desirable solvents for this reaction.

Next, aforementioned reduced aminated product (XXII) is deprotected by treatment with acid to create 4-dialkylamino cyclohexanone. The alpha position of the carbonyl is brominated with bromine in HBr/acetic acid to create alpha-bromoketone (XIV). This bromoketone

is then reacted with urea, thiourea, N-alkylurea, N,N-dialkyl urea, N-alkyl or N,N-dialkylthiourea to directly create compound (XXa).

Compounds of formula (XX) in which $R^3$ and $R^4$ individually or together are allyls are created by dealkylation of dialkylaminos (XX) in which $R^3$ and $R^4$ are methyls (or (XXa) in which $R^5$ and $R^6$ are methyls) with CNBr to create the intermediate compound in which $R^3$ and $R^4$ (or $R^5$ and $R^6$) individually or together are H, followed by reductive allylation of the amine with acrylic acid or direct allylation with allyl bromide in the presence of a base. Optionally, it could be protected by acylation of the primary amine at position C-2 and removal of the acyl through hydrolysis following completion of allylation of the C-6 amine.

The compound having aforementioned formula (XX) has asymmetric carbon atoms, specifically, C-6 carbons to which amino ($NR^3R^4$) are bound. Accordingly, the compound represented by aforementioned formula (XX) includes two optical isomers present as (±) or dl pairs or as racemates. Those skilled in the art can resolve (±) pairs of the present invention into optical enantiomers by common empirical techniques. The optical isomers thus resolved are included in the scope of the present invention.

Compounds that can be produced by aforementioned technique within the scope of the present invention are as follows.

(-)-2,6-bis (dimethylamino)-5,6,7,8-tetrahydrobenzothiazole X methanesulfonate.

(+)-2,6-bis (methyl-n-propylamino)-5,6,7,8-tetrahydro benzothiazole X hydrobromide

(±)-2-dimethylamino-6-ethyl-n-propylamino-5,6,7,8-tetra hydrobenzothiazole X sulfate

(±)-2-diethylamino-6-di-n-propylamino-5,6,7,8-tetrahydro benzothiazole X hydrobromide

(±)-2-methylethylamino-6-diallylamino-5,6,7,8-tetrahydro benzothiazole X maleate

(-)-2-dimethylamino-6-allylmethylamino-5,6,7,8-tetrahydrobenz oxazole X succinate

(±)-2-diethylamino-6-allyl-n-propyl-5,6,7,8-tetrahydrobenzo thiazole X tartrate

(-)-2-amino-6-diallylamino-5,6,7,8-tetrahydrobenzothiazole X dinitrobenzoate

(±)-2-ethylmethylamino-6-dimethylamino-5,6,7,8-tetrahydro benzoxazole X phosphate

The present invention is explained in further detail below through working examples. However, these do not restrict the scope of the present invention.

Working Example 1

Production of (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydro benzothiazole

Approximately 125 ml of methanol were cast into a round-bottom 500-ml flask in a nitrogen atmosphere. A total of 42 ml of di-n-propylamino were added, followed by cooling the resulting solution in an ice/water bath to approximately 0°C. A total of 20 ml of 5 N methanolic hydrochloric acid was then added. This reaction mixture was stirred until salt creation was completed. Next, 10 g of 1,4-cyclohexane dione-mono-2,2-dimethyltrimethylene ketal was added in solid form. This reaction mixture was stirred for several minutes while cooled, and 2.25 g of sodium cyanoborohydride was added once. This was cooled for several minutes since a white slurry formed immediately, followed by stirring for approximately 30 hours in a nitrogen atmosphere at room temperature. Another 2.2 g of sodium cyanoborohydride were added. This was stirred for another 24 hours at room temperature, followed by TLC (chloroform/methanol, 95:5) which resulted in the formation of a new spot, but this spot did not correspond to the starting substance. Thus, the reaction mixture was filtered and the filtered cake was washed with methanol. The filtrate and wash were blended and the solvent was boiled off to yield a dense white slurry. The slurry was cooled to approximately 0°C, followed by the addition of 100 ml of 1N hydrochloric acid under stirring. The resulting solution was extracted twice with an equal volume of ether. The ether that had been extracted was separated and discarded. The aqueous layer was cooled, followed by the addition of 5N sodium hydroxide solution (pH approximately 12) to render it basic. This basic layer was extracted three times with 50 ml of methylene dichloride. The methylene dichloride extracts were combined, washed once with saturated sodium bicarbonate and dried. The solvent was removed under vacuum to yield 6.26 g of a somewhat solid yellow oily material. Silica gel column chromatography using ether/triethylamine (100:1) as the eluent was applied to the residue [the term "flash chromatography" refers to the technique developed by Still et al. J. Org. Chem. 43, 2923 (1978)]. Fractions of 50 ml each were collected. The results of TLC indicated that fractions 10-15 contained the desired substance. These fractions were combined and concentrated under vacuum to yield 5.40 g of virtually colorless oily material comprising 4-di-n-propylamino-1-cyclohexanone 2,2-dimethyltrimethylene ketal.

A total of 4.4 g of aforementioned ketal were dissolved in 110 ml of 6N hydrochloric acid and stirred for approximately 48 hours at room temperature in a nitrogen atmosphere to remove the ketal. The resulting colorless solution was extracted with 50 ml of ether, and the ether extracted was discarded. An excess of 5N sodium hydroxide solution was then added to render the acidic solution basic. The resulting turbid mixture was extracted three times with 50 ml of methylene dichloride. The methylene dichloride extracts were combined, and the combined extracts were washed three times with 50 to 75 ml of saturated sodium bicarbonate. Next, the organic layer was dried, the solvent was removed under vacuum, and 2.96 g of pale yellow oily material comprising 4-di-n-propylaminocyclohexanone that had been created in aforementioned reaction was obtained. This compound exhibited a carbonyl peak forecast at 5.85 μ in infrared spectroscopy. Infrared spectroscopy exhibited absolutely no hydroxyl absorption.

One g of 4-di-n-propylaminocyclohexanone was dissolved in 7.5 ml of glacial acetic acid to complete preparation of a solution. Next, 1.2 ml of 31% hydrogen bromide in glacial acetic acid was added, followed by dropwise addition of 0.195 ml of bromine. This reaction mixture was stirred for approximately 1/2 hour in a nitrogen atmosphere. Next, the volatile constituents were removed under vacuum to yield a brown viscous oily material comprising 2-bromo-4-di-n-propylamino cyclohexanone created in aforementioned reaction. To this residue were added 420 mg of thiourea, followed by the addition of 10 ml of absolute ethanol. This mixture was stirred to yield a brown solution. The solution was heated approximately two hours at the reflux temperature under vacuum. The reaction mixture was stirred overnight at ambient temperature and filtered. The weight of the solid recovered from the (±)-2-amino-5-di-n-propyl amino-4,5,6,7-benzothiazole X dihydrobromide created in aforementioned reaction was 1.05 g. The dihydrobromide was recrystallized from this methanol/ether mixed solvent to yield 589 mg of refined dihydrobromide.

Elemental Analysis

| | C | H | N |
|---|---|---|---|
| Calculated | 37.60 | 6.07 | 10.12 |
| Found | 37.63 | 5.72 | 10.00 |

Molecular ions (-2HBr) in mass spectroscopy: 253

Corresponding 2-aminotetrahydrobenzoxazole could be produced by the same technique using urea instead of thiourea in aforementioned reaction.

Working Example 2

Production of (±)-2-amino-6-dimethylamino-5,6,7,8-tetrahydro benzothiazole

A solution of 50 g of anhydrous dimethylamine in benzene at approximately 5°C was mixed with 10 g of 1,4-cyclohexanedione-mono-2,2-dimethyltrimethylene ketal. A precipitate formed upon the dropwise addition of 4.75 g of $TiCl_4$ into benzene. This reaction mixture was warmed to room temperature and stirred for approximately one hour at that temperature. The resulting solid was separated by filtration. The solvent was evaporated from the filtrate to yield 9.88 g of extract. A catalyst of 0.5 g of Pd/C was added, followed by overnight hydrogenation at 60 psi, room temperature in absolute ethanol. The catalyst was removed through filtration. The filtrate was evaporated under vacuum to yield 8.82 g of oily material comprising the 4-dimethylamino cyclohexane-2,2-dimethyl trimethylene ketal created in aforementioned reaction. TLC revealed one spot ($SiO_2$/EtOAc).

proton NMR ($CDCl_3$): δ 1.0 (s, 6H), 1.2-1.9 (m, 6H), 2.0-2.5 (m, 9H), 3.4 (s, 4H)

Ketal was removed in the following manner:

A total of 0.37 g of the ketal compound obtained in aforementioned manner was dissolved in 90% formic acid solution, and the resulting solution was heated for approximately one hour at 85 to 90°C. The formic acid was removed under vacuum. The resulting residue was dissolved in $CH_2Cl_2$ and the organic solution was extracted twice in an equivalent volume of 1N hydrochloric acid. The acidic extracts were combined, evaporated and dried to yield 0.2 g of 4-dimethylamino cyclohexanone-hydrochloride [1 spot in TLC ($SiO_2$/MeOH/AcOH)]. The same operations were conducted using 1.58 g and 3.19 g of the starting-substance ketal to yield 1.26 g and 2.35 g, respectively, of aminoketone.

proton NMR ($CDCl_3$/$DMSOd_6$): δ1.80-2.30 (m, 2H), 2.35-2.68 (m, 6H), 2.85 (d, 6H), 3.5-3.9 (m, 1H).

Molecular ions in mass spectroscopy: 141.

Infrared spectroscopy peak: 1725 $cm^{-1}$.

The alpha position of the carbonyl of 4-dimethylamino cyclohexanone (1.26 g) was brominated in accordance with the technique of Working Example 1 to yield 2-bromo-4-dimethylamino cyclohexanone. This derivative was reacted with thiourea without refining. The (± )-2-amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole product of this reaction was isolated as a dihydrobromide.

Molecular ions in mass spectroscopy: 197

Infrared spectroscopy peak: 1626.11 $cm^{-1}$.

Elemental Analysis

| | C | H | N | Br |
|---|---|---|---|---|
| Calculated | 30.10 | 4.77 | 11.70 | 44.50 |
| Found | 22.95 | 4.51 | 11.72 | 44.58 |

As mentioned above, the compound pursuant to the present invention (in which $R^3$ and $R^4$ are not both H) is a receptor agonist capable of raising the levels of various neurohormones that interact with specific receptors, especially dopamine and norepinephrine. For example, the compound represented by formula (XX) in which $R^1$ and $R^2$ are H while $R^3$ and $R^4$ are n-propyl is a specific dopamine D-2 agonist. One dopamine agonist activity is inhibition of prolactin secretion, as illustrated in the following protocol.

Adult male Sprague-Dawley rats weighing approximately 200 g were housed in air-conditioned chambers with regulated light (6:00 AM to 8:00 PM) and given free access to water and food used in research. The individual rats were injected intraperitoneally with 2.0 mg of reserpine 18 hours before administration of the study drug. The objective of the reserpine administration was to maintain the prolactin level of the rats at a uniformly elevated state. The compound was dissolved in 10% ethanol and a preselected amount was injected intraperitoneally in groups of 10 rats each. A control group comprising 10 uninjured males was administered an equivalent amount of 10% ethanol. All rats were sacrificed by decapitation one hour after treatment and 150 µl of serum were used in prolactin assay.

An inhibition percentage of prolactin secretion in response to the dosage was obtained when the difference between the prolactin levels of the treated rats and the control rats was divided by the prolactin level of the control rats. Table 1 below presents the inhibition percentage of (±)-2-amino-6-di-n-propylamino -5,6,7,8-tetrahydrobenzothiazole X dihydrobromide. Column I in the table presents the dosage while column 2 presents the prolactin inhibition percentage at a specific dosage level.

Table 1

| Dosage | Inhibition % |
|---|---|
| 50 mcg/kg | 30 |

Dopamine agonists are known to affect turning of rats in which pathology has been induced by 6-hydroxydopamine in trial methods

planned to discover compounds that are useful in the treatment of Parkinson syndrome. Rats with nigroneostriatal pathology prepared by the method of Ungerstedt and Arbuthnott, Brain Res. 24, 485 (1970) were used in this trial. Compounds with dopamine agonist activity induced circular motion in such rats on the side opposite from the impaired side. The number of turns was counted over the course of 15 minutes following a latent period that varies with each compound.

Table 2 below shows the results of the trial on (±)-2-amino-6-di-n-propylamino-5,6,7,8-tetrahydrobenzothiazole X dihydrobromide. Column I in the table presents the dosage while column 2 presents the mean number of turns observed over the initial 15 minutes following completion of a latent period.

Table 2

| Dosage | Mean No. of Turns |
|---|---|
| 1000 mcg/kg | 51 |

The compound of formula (XX), especially the compound in which $R^3$ and $R^4$ are both methyl, lowered the blood pressure of anesthetized rats with spontaneous hypertension shown in the following experiment:

Adult male rats with spontaneous hypertension (SHR) weighing approximately 300 g [(Taconic Farms) (Germantown, New York)] were anesthetized with sodium pentobarbital (60 mg/kg, i.p.). Tracheal intubation was used for SHR respiration. The arterial pulse pressure was measured from the carotid artery using a Statham transducer (P23ID). The mean arterial blood pressure was computed to be the diastolic blood pressure ± 1/3 of the pulse pressure. The heart rate was monitored by a cardiac tachometer actuated by systolic pressure pulses. Drug solution was intravenously administered through catheters placed in veins of the thigh. The arterial blood pressure and heart rate were recorded on multichannel oscillographs (Backman, model R511A). Fifteen minutes elapsed following surgical treatment for equilibration of treatment.

Table 3 below presents the results of this trial that used (±) -2-amino-6-di-n-propyl-5,6,7,8-tetrahydrobenzothiazole X dihydrobromide. Column I in Table 3 presents the dosage level while column 2 presents the changes in the mean arterial blood pressure.

Table 3

| Dosage (mcg/kg) | Fall in mean arterial blood pressure |
|---|---|
| 1 | -16.1 ± 2.4 |
| 10 | -21.0 ± 2.0 |
| 100 | -34.0 ± 3.2 |
| 1000 | +13.5 ± 4.4 |

SHR without anesthesia that were intubated in the femoral artery and vein were used in a separate experiment on the effect of lowering the blood pressure. The drug was administered intravenously.

In this system, dosage of 1 mg/kg of (±)-2-amino-6-dimethylamino-5,6,7,8-tetrahydrobenzothiazole as the dihydrobromide was tested. Table 4 presents the trial results. Column I in the table presents the time (minutes) following injection while columns 2 and 3 present the percentage drop in mean arterial blood pressure and the mean heart rate, respectively, during those periods.

Table 4

| | Change from control (%) | |
|---|---|---|
| Time after injection (mins) | Blood pressure | Heart rate |
| 5 | -3.6 | -12.3 |
| 15 | -17.1 | -17.7 |
| 30 | -18.6 | -15.5 |
| 45 | -16.9 | -8.3 |
| 60 | -17.2 | -5.2 |
| 90 | -16.9 | -0.7 |
| 120 | -15.8 | -4.1 |
| 180 | -14.7 | -4.1 |

When using the compound pursuant to the present invention for therapy, it would be administered in the form of various preparations contained in solid gelatin capsules produced by blending the drug with such ingredients as dry starch, dry magnesium stearate, etc. The drug and the ingredients would be mixed and then packed in solid gelatin capsules so that each capsule would contain the effective drug dose.

Tablets are produced by blending the drug, fine-crystalline cellulose, fine-powdery silicon dioxide and stearic acid. These ingredients are blended and compressed into tablet form.

A suspension is produced by passing the drug through a No. 45 mesh U.S. screen and mixing the screened drug with sodium carboxymethyl cellulose and syrup to form a smooth paste. Preservative, fragrances and colors would be diluted with water and added under stirring. An adequate amount of water would then be added to the required volume.

Patent Applicant Eli Lilly and Company