IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
BOEHRINGER INGELHEIM INTERNATIONAL  )
GMBH and BOEHRINGER INGELHEIM       )
PHARMACEUTICAL, INC.                )
                                    )
                Plaintiffs,         )   C.A No. 05-700-***
                                    )
        v.                          )
                                    )
BARR LABORATORIES, INC.,            )
                                    )
                Defendant.          )
_____)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 18, 2007, copies of the *Expert Report of Roy Weinstein* were served upon the following counsel of record in the manner indicated:

**BY E-MAIL & FEDEX**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary B. Matterer, Esquire |
| Morris, Nichols, Arsht & Tunnell | Morris, James, Hitchens & Williams |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1347 | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-2306 |
| | |
| Steven C. Cherny, Esquire | Shannon M. Bloodworth |
| Latham & Watkins LLP | Heller Ehrman LLP |
| 885 Third Avenue, Suite 1000 | 1717 Rhode Island Ave., N.W. |
| New York, NY 10022-4834 | Washington, DC 20036 |

Additionally, on July 19, 2007, copies of this Notice of Service were served upon the following counsel in the manner indicated:

**BY CM/ECF & E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary Matterer, Esquire |
| Morris, Nichols, Arsht & Tunnell | Morris, James, Hitchens & Williams |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1347 | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-2306 |

2

**BY E-MAIL**

Steven C. Cherny, Esquire  
Latham & Watkins LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022-4834

Shannon M. Bloodworth, Esquire  
HELLER & EHRMAN LLP  
1717 Rhode Island Ave., N.W.  
Washington, DC 20036

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Adam W. Poff*  
_____  
Josy W. Ingersoll (#1088)  

OF COUNSEL:  
Glenn J. Pfadenhauer  
Jessamyn S. Berniker  
Dov P. Grossman  
Brett R. Tobin  
Williams & Connolly LLP  
725 Twelfth Street, NW  
Washington, DC 20005  
(202) 434-5000  

Dated: July 19, 2007

John W. Shaw (#3362)  
Adam W. Poff (#3990)  
Karen E. Keller  (#4489)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600  
apoff@ycst.com  

*Attorneys for Defendant Barr Laboratories, Inc.*

2