# EXHIBIT F

# CONFIDENTIAL EXHIBIT