# EXHIBIT H

# CONFIDENTIAL EXHIBIT