# EXHIBIT H

# CONFIDENTIAL EXHIBIT

Case 1:05-cv-00700-JJF   Document 170-3   Filed 08/14/2007   Page 2 of 2