IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-700-(***) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-854-(***) |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, subject to the approval of the Court, that this Court's January 31, 2006 Scheduling Order (D.I. 30), as amended by the Court's Orders dated October 11, 2006 (D.I. 90), February 13, 2007 (D.I. 129), March 8, 2007 (D.I. 135), May 11, 2007 (D.I. 149), and June 15, 2007 (D.I. 159) is hereby further amended as follows:

  1.  Expert discovery shall be completed by October 19, 2007.

2.     Any objections to expert testimony based on the principles announced in *Daubert* shall be made by motion no later than the deadline for dispositive motions, unless otherwise ordered by this Court.

3.     At a later date the parties will discuss further amendment of the scheduled dates for (a) briefing and argument for case dispositive motions, (b) briefing and argument for issues of claim construction, and (c) submission of the parties' Joint Claim Construction Chart.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Adam W. Poff |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>apoff@ycst.com<br>*Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Mary B. Matterer

Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6960
mmatterer@morrisjames.com
*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

So ordered this _____ day of September, 2007

_____
United States Magistrate Judge

3