IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700(KAJ) <br><br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 05-854 (KAJ) |

## NOTICE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that copies of the Supplemental Objections And Responses Of Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceutical, Inc. To Defendant Barr Laboratories, Inc.'s Third Set Of Interrogatories (No. 26) were caused to be served on September 17, 2007, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Adam W. Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**

Glenn J. Pfadenhauer
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, D.C. 20036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Attorney for Plaintiffs*
*Boehringer Ingelheim International GmbH and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Towers, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700
Sandy Choi
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
(415) 395-8095

Carisa S. Yee
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, California 94025-3656
(650) 328-4600

September 17, 2007
547152

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that copies of the foregoing were caused to be served on this 17th day of September 2007, upon the following in the manner indicated:

### BY HAND/FACSIMILE

Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Fax: (302) 571-1750

Adam W. Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street 17th Floor
Wilmington DE 19801
Fax: (302) 576-3326

### BY FEDERAL EXPRESS

Shannon M. Bloodworth
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036

Glenn J. Pfadenhauer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

/s/ Maryellen Noreika
Maryellen Noreika (#3208)