IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(***) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(***) |

## STIPULATION

WHEREAS:

1. On September 26, 2005, Plaintiffs Boehringer Ingelheim International and Boehringer Ingelheim Pharmaceutical, Inc. (collectively "Boehringer") filed this action against Barr Laboratories, Inc. ("Barr"). Boehringer alleged that Barr infringed U.S. Patent No. 4,886,812 ("the '812 patent") by submitting ANDA No. 77-724 for the purpose of obtaining approval to engage in the commercial manufacture, use, or sale of generic MIRAPEX® before the expiration of the '812 patent;

2. On November 9, 2006, Barr filed an Amended Answer and Counterclaim in which it asserted an affirmative defense and a declaratory judgment counterclaim alleging unenforceability of the '812 patent for inequitable conduct, among other defenses and counterclaims; and

3. Barr has determined that it will no longer pursue a defense or counterclaim that the '812 patent is unenforceable for inequitable conduct.

IT IS HEREBY STIPULATED AND AGREED between Boehringer and Barr, by their undersigned counsel, that:

1. The Fifth Defense and Fifth Counterclaim of Barr's Amended Answer and Counterclaims are dismissed with prejudice;

2. Barr withdraws paragraphs 30, 34, and 35 and the last sentence of paragraph 32 of the Expert Report of Dale H. Hoscheit, Esq.;

3. Boehringer withdraws the Expert Report of Walter Holzer; and

4. Each party agrees to bear its own fees and costs incurred in connection with Barr's inequitable conduct defense and counterclaim.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| /s/ Maryellen Noreika (No. 3208) | /s/ Josy W. Ingersoll (No. 1088) |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>*Attorneys for Barr Laboratories, Inc.* |

So ordered this _____ day of November, 2007

_____
United States Magistrate Judge