# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | C.A. No. 05-700 *** (Consolidated) |
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>        Defendant. | C.A. No. 05-854 *** (Consolidated) |

## **STIPULATION**

WHEREAS:

1. On December 12, 2005, Plaintiffs Boehringer Ingelheim International and Boehringer Ingelheim Pharmaceutical, Inc. (collectively "Boehringer") filed this action against Mylan Pharmaceuticals Inc. ("Mylan"). Boehringer alleged that Mylan infringed U.S. Patent No. 4,886,812 ("the '812 patent") by submitting ANDA No. 77-854 for the purpose of obtaining approval to engage in the commercial manufacture, use, or sale of generic MIRAPEX® before the expiration of the '812 patent;

2. On January 23, 2007, Mylan filed a Motion for Leave to File an Amended Answer, Separate Defenses and Counterclaims seeking leave to file an Amended Answer and Counterclaims in order to assert an affirmative defense and a declaratory judgment counterclaim alleging that the '812 patent is unenforceable due to inequitable conduct; Plaintiffs filed an Answering Brief in Opposition to Mylan's Motion for Leave to File an Amended Answer, Separate Defenses and Counterclaims on February 6, 2007; and Mylan filed a Reply to Plaintiffs' Answering Brief in Opposition to Mylan's Motion for Leave to File an Amended Answer, Separate Defenses and Counterclaims on February 13, 2007.

3. Mylan has determined that it will no longer pursue a defense or counterclaim that the '812 patent is unenforceable for alleged inequitable conduct.

IT IS HEREBY STIPULATED AND AGREED between Boehringer and Mylan, by their undersigned counsel, that:

1. Mylan's Motion for Leave to File an Amended Answer, Separate Defenses and Counterclaims is hereby withdrawn;

2. Each party agrees to bear its own fees and costs incurred in connection with the briefing concerning Mylan's proposed inequitable conduct defense and counterclaim.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **MORRIS JAMES LLP** |
|   |   |
|   */s/ Jack B. Blumenfeld* |   */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014) | Mary B. Matterer (#2696) |
| Maryellen Noreika (#3208) | 500 Delaware Avenue, Suite 1500 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 888-6960 |
| Wilmington, DE 19899-1347 | mmatterer@morrisjames.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Defendant* |
| | *Mylan Pharmaceuticals Inc.* |
| *Attorneys for Plaintiffs* | |
| *Boehringer Ingelheim GmbH and* | |
| *Boehringer Ingelheim* | |
| *Pharmaceuticals, Inc.* | |

**SO ORDERED** this _____ day of November, 2007.

_____
U.S. Magistrate Judge