IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-700-*** |
| BARR LABORATORIES, INC., | : : | |
| Defendant. | : : | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-854-*** |
| MYLAN PHARMACEUTICALS, INC., | : : | CONSOLIDATED CASES |
| Defendant. | : : | |

## ORDER

At Wilmington this **21st** day of **November, 2007,**

IT IS ORDERED that the parties are to provide a joint status report regarding the topics discussed during the teleconference of November 21, 2007 on or before **Thursday, December 6, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE