IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 05-700-(***)
CONSOLIDATED

C.A. No. 05-854-(***)

## JOINT STATUS REPORT

Pursuant to this Court's Order that the parties "are to provide a joint status report regarding the topics discussed during the teleconference of November 21, 2007" (D.I. 182), Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively "Boehringer"), Barr Laboratories, Inc. ("Barr"), and Mylan Pharmaceuticals, Inc. ("Mylan") jointly state as follows:

1. **Nature of the Case.** These are patent infringement actions brought under the Hatch-Waxman Act and specifically 35 U.S.C. § 271(e)(2). The only patent-in-suit is U.S. Patent No. 4,886,812. Under 21 U.S.C. § 355(j)(5)(B)(iii), the FDA's ability to finally approve

Barr's ANDA is stayed until February 15, 2008 and the FDA's ability to finally approve Mylan's ANDA is stayed until at least April 27, 2008.

2. **Readiness for Trial.** The parties agree that the case is ready for trial, except for the preparation and submission of a pretrial order.

3. **Claim Construction.** The parties presently believe that separate briefing or a Markman hearing will not be necessary to resolve any remaining disagreements concerning claim construction.

4. **Motion for a Preliminary Injunction.** As discussed during the November 21, 2007 teleconference, Boehringer will file a motion for a preliminary injunction later this month. The parties will discuss a briefing schedule after Boehringer files its motion.

5. **Future Proceedings.** Boehringer requests reassignment to a district court judge for resolution of the preliminary injunction motion. Barr and Mylan request that the Magistrate Judge resolve the preliminary injunction motion or prepare a report and recommendation to resolve the preliminary injunction motion. The parties do not unanimously consent to the jurisdiction of the Magistrate Judge for trial and, as a result, request reassignment to a district court judge for trial.

6. **Pending Motions to Strike**. On May 18, 2007, Boehringer filed a Motion to Strike Expert Report of Dale H. Hoscheit, Esq. (D.I. 153). On August 14, 2007, Boehringer filed a Motion to Strike portions of Barr's Expert Reply Reports. (D.I. 168). In light of documents produced by Boehringer in late August 2007, the defendants have withdrawn their inequitable conduct defenses and counterclaims. As a result, Barr has withdrawn (a) the Expert

Report of Günter Isenbruck in its entirety, and (b) paragraphs 30, 34, and 35 and the last sentence of paragraph 32 of the Expert Report of Dale H. Hoscheit, Esq. Therefore, the following portions of the parties' briefs on the pending motions are moot:

  a. The last paragraph on each of pages 3 and 6 of Plaintiffs' Brief in Support of Their Motion to Strike Expert Report of Dale Hoscheit, Esq. (D.I. 153) (filed May 18, 2007).

  b. The first full paragraph on page 3 and the first full paragraph in Section E (p. 9) of Barr's Answering Brief In Opposition to Plaintiffs' Motion to Strike Expert Report of Dale Hoscheit, Esq. (D.I. 158) (filed June 13, 2007).

  c. The first paragraph on page 2 and the entirety of Section II (pp. 4-6) of Plaintiffs' Reply in Support of Their Motion to Strike Expert Report of Dale Hoscheit, Esq. (D.I. 160) (filed June 22, 2007).

  d. Section (B)(2) (pp. 7-10) of Plaintiffs' Brief in Support of Their Motion to Strike Portions of Barr's Expert Reply Reports (D.I. 169) (filed August 14, 2007).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| /s/ *Jack B. Blumenfeld* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Karen E. Keller (#4489) |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-0391 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | kkeller@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Barr Laboratories, Inc.* |

                                        MORRIS JAMES LLP

                                        /s/ *Mary B. Matterer*
                                        Mary B. Matterer (#2696)
                                        500 Delaware Avenue, Suite 1500
                                        P.O. Box 2306
                                        Wilmington, DE 19899-2306
                                        (302) 888-6960
                                        mmatterer@morrisjames.com
                                        *Attorneys for Defendant Mylan*
                                        *Pharmaceuticals Inc.*

Dated:  December 6, 2007