IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM                :
INTERNATIONAL GMBH, et al.,         :
                                    :
         Plaintiffs,                :
                                    :
    v.                              :    Civil Action No. 05-700-JJF
                                    :         CONSOLIDATED
BARR LABORATORIES, INC., et al.     :
                                    :
         Defendants.                :

## O R D E R

WHEREAS, in a Joint Status Report (D.I. 185) the parties advised this case is ready for trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The parties shall submit a Proposed Pretrial Order **no later than December 28, 2007**;

2) Plaintiffs have indicated an intention to file a Motion for Preliminary Injunction. Prior to any such filing and/or briefing, Plaintiffs shall arrange a teleconference with the Court to discuss the intended application.

December 12, 2007
    DATE                                    UNITED STATES DISTRICT JUDGE