IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(JJF) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(JJF) |

## STIPULATION AND AGREED ORDER

In light of the District Court's determination during the December 18, 2007 teleconference that a trial in this matter would commence on March 10, 2008, and in lieu of Plaintiffs filing a motion for a preliminary injunction at this time, the parties hereby stipulate and agree as follows:

1. Defendant Barr Laboratories, Inc. ("Barr") shall not market or sell the generic pramipexole dihydrochloride tablets referenced in its Abbreviated New Drug Application ("ANDA") No. 77-724 ("Barr's Product") until the earliest of the following occurs: (i) the date

which is ninety (90) days following the conclusion of the presentation of evidence at trial; (ii) the date judgment is entered in favor of Barr by the District Court; or (iii) July 14, 2008;

    2.    Barr shall not market or sell Barr's Product unless and until one or more of the following occurs: (i) Barr has given at least fifty (50) days' prior written notice to counsel for Plaintiffs of its intent to do so; (ii) the District Court enters judgment in favor of Barr; or (iii) the Court of Appeals for the Federal Circuit or the Supreme Court of the United States rules and/or affirms a ruling that the claims being asserted by Plaintiffs at the time of such ruling or affirmance are invalid and/or not infringed by Barr; and

    3.    This order is based solely on a stipulation of the parties and is not the entry of a Preliminary Injunction pursuant to Fed. R. Civ. P. 65.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam Wyatt Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>apoff@ycst.com<br>kkeller@ycst.com<br><br>*Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of February, 2008.

_____
The Honorable Joseph J. Farnan