IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING HEARING <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers, a projector, screen, monitors, switch box and cables for proceedings commencing on March 10 and ending on March 14, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

> Steven Cherney, Esq.
> Kenneth Schuler, Esq.
> Amanda Hollis, Esq.
> Kristina Barr
> David Kelley
> Denise Stitik

Dated: February ____, 2008

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge

#1483593