IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL ) <br> GMBH and BOEHRINGER INGELHEIM ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 05-700-(JJF) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL ) <br> GMBH and BOEHRINGER INGELHEIM ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MYLAN PHARMACEUTICALS, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 05-854-(JJF) |

## STIPULATION AND AGREED ORDER

In light of the District Court's determination during the December 18, 2007 teleconference that a trial in this matter would commence on March 10, 2008, and in lieu of Plaintiffs filing a motion for a preliminary injunction at this time, the parties hereby stipulate and agree as follows:

1.     Defendant Barr Laboratories, Inc. ("Barr") shall not market or sell the generic pramipexole dihydrochloride tablets referenced in its Abbreviated New Drug Application ("ANDA") No. 77-724 ("Barr's Product") until the earliest of the following occurs: (i) the date

which is ninety (90) days following the conclusion of the presentation of evidence at trial; (ii) the date judgment is entered in favor of Barr by the District Court; or (iii) July 14, 2008;

2.    Barr shall not market or sell Barr's Product unless and until one or more of the following occurs: (i) Barr has given at least fifty (50) days' prior written notice to counsel for Plaintiffs of its intent to do so; (ii) the District Court enters judgment in favor of Barr; or (iii) the Court of Appeals for the Federal Circuit or the Supreme Court of the United States rules and/or affirms a ruling that the claims being asserted by Plaintiffs at the time of such ruling or affirmance are invalid and/or not infringed by Barr; and

3.    This order is based solely on a stipulation of the parties and is not the entry of a Preliminary Injunction pursuant to Fed. R. Civ. P. 65.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Adam Wyatt Poff (#3990)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
jshaw@ycst.com
apoff@ycst.com
kkeller@ycst.com

*Attorneys for Defendant Barr Laboratories, Inc.*

SO ORDERED this _7_ day of February, 2008.

The Honorable Joseph J. Farnan

2