## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:                                    )
PERMISSION FOR COUNSEL TO                 )
POSSESS AND UTILIZE A LAPTOP              )
COMPUTER DURING HEARING                   )
PROCEEDINGS IN COURTROOM 4B              )
OF THE J. CALEB BOGGS FEDERAL            )
BUILDING                                  )

*CA 05- 700 JJF*

## **ORDER**

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, four laptop computers, a projector, screen,

monitors, switch box and cables for proceedings commencing on March 10 and ending on March

14, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

> Steven Cherney, Esq.
> Kenneth Schuler, Esq.
> Amanda Hollis, Esq.
> Kristina Barr
> David Kelley
> Denise Stitik

Dated: February  $\underline{8}$ , 2008

JOSEPH J. FARNAN, JR.
United States District Court Judge

#1483593