IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. <br><br> BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-700-(JJF) <br> CONSOLIDATED <br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 05-854-(JJF) |

**DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

In accordance with 35 U.S.C. § 282, Defendants Barr Laboratories, Inc. and Mylan Pharmaceuticals, Inc. hereby give notice to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceuticals, Inc. of:

(1) the following patents and publications that may be relied on as invalidating U.S. Patent No. 4,866,812 ("the '812 patent") or showing the state of the art relative to the '812 patent or U.S. Patent No. 4,843,086:

- Defendants' Trial Exhibit 2: United States Patent No. 4,843,086 which issued to Boehringer Ingelheim KG on June 27, 1989, naming Gerhart Griss, Claus Schneider,

Rudolf Hurnaus, Walter Kobinger, Ludwig Pichler, Rudolf Bauer, Joachim Mierau, Dieter Hinzen, Gunter Schingnitz as inventors;

- Defendants' Trial Exhibit 18:  United States Patent Application No. 747,748, filed by Eli Lilly & Co. on June 24, 1985, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 21:  Republic of South Africa Patent Application No. 864,626, filed by Eli Lilly & Co. on May 29, 1986, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 22:  European Patent Application No. 85304754.4, filed by Eli Lilly & Co. on June 20, 1986, published on January 7, 1987, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 23:  Australia Patent Application AU-A-59195/86, filed by Eli Lilly & Co. on June 23, 1986, published on January 8, 1987, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 24:  Japan Patent Application 61-147991, filed by Eli Lilly & Co. on June 23, 1986, published on January 6, 1987, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 25:  Translation of Japan Patent Application 61-147991, filed by Eli Lilly & Co. on June 23, 1986, published on January 6, 1987, naming Bennett Laguzza and William Turner as inventors;

- Defendants' Trial Exhibit 26:  Chemical Abstracts, Vol. 106, No. 17, April 27, 1987;

- Defendants' Trial Exhibit 320:  Akpinar, S., Treatment of Restless Legs Syndrome With Levodopa Plus Benserazide, Arch. Neurology, 39:739 (Nov. 1982);

- Defendants' Trial Exhibit 322:  N. Bouras and P.K. Bridges, Bromocriptine in Depression, Current Medical Research and Opinion, Vol. 8, No. 3 (1982);

- Defendants' Trial Exhibit 723:  Tamminga, et al., Schizophrenic Symptoms Improve with Apomorphine, Science, 200:567-68 (May 5, 1978);

- Defendants' Trial Exhibit 725:  Fuller, et al., Degree of Selectivity of Pergolide as an Agonist at Presynaptic Versus Postsynaptic Dopamine Receptors: Implications for Prevention or Treatment of Tardive Dyskinesia, J. Clinical Psychopharmacology, Vol. 2, No. 6 (Dec. 1982);

- Defendants' Trial Exhibit 726:  Strang, R.R., The Symptoms of Restless Legs, Med. J. of Australia, 1211-13 (June 17, 1967);

- Defendants' Trial Exhibit 727:  Fahn, et al., Does Levodopa Slow or Hasten the Rate of Progression of Parkinson's Disease?, J. Neurol. 252 [Suppl 4]: IV/37-IV/42 (2005);

- Defendants' Trial Exhibit 728: Chan, et al., Levodopa Slows Progression of Parkinson's Disease. External Validation by Clinical Trial Stimulation, Pharm. Res., 24:791-802 (April 2007);

- Defendants' Trial Exhibit 729: Beal et al., Coenzyme $Q_{10}$ Attenuates the 1-methyl1-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) Induced Loss of Striatal Dopamine and Dopaminergic Axons in Aged Mice, Brain Res., 783:109-114 (1998);

- Defendants' Trial Exhibit 730: Storch et al., Randomized, Double-Blind, Placebo-Controlled Trial on Symptomatic Effects of Coenzyme $Q_{10}$ in Parkinson Disease, Arch. Neurol. 64:E1-E6 (May 14, 2007);

- Defendants' Trial Exhibit 731: Williams, J.M. and Galli, A. (2006) The Dopamine Transporter: A Vigilant Border Control for Psychostimulant Action. Handb. Exp. Pharmacol. 175:215-32;

- Defendants' Trial Exhibit 732: Abeles et al., Narrative Review: The Pathophysiology of Fibromyalgia, Ann. Intern. Med. 146:726-734 (May 2007);

- Defendants' Trial Exhibit 733: Clayton, A.H. and West, S.G. (2006) Combination Therapy in Fibromyalgia. Curr. Pharm. Design. 12:11-16;

- Defendants' Trial Exhibit 734: Theohar et al., A Comparative, Multicenter Trial with Bromocriptine and Amiriptyline in the Treatment of Endogenous Depression; Azrneimittelforschung, 32:783-87 (1982);

- Defendants' Trial Exhibit 735: Jouvent et al., Antiparkinsonian and Antidepressant Effects of High Doses of Bromocriptine, J. Affect. Disord. 5:141-145 (May 1983);

- Defendants' Trial Exhibit 736: Happe et al., Treatment of Idiopathic Restless Legs Syndrome (RLS) with Gabapentin, Neurology (November 2001); 57:1717-1719;

- Defendants' Trial Exhibit 737: Winkelman et al., Treatment of Restless Leg Syndrome with Pergolide – An Open Clinical Trial, Movement Disorders Vol. 13, No. 3, 1998, pp. 566-567;

- Defendants' Trial Exhibit 738: Allen, An Introduction to Restless Leg Syndrome, Medscape Neurology and Neurosurgery, May 25, 2005 Vol. 7 (1);

- Defendants' Trial Exhibit 748: "Requip® (ropinerole HCl) tablets first and only medication approved by the FDA for the treatment of moderate-to-severe primary Restless Leg Syndrome (RLS) in adults" GSK Press Release May 5, 2005;

- Plaintiffs' Trial Exhibit 326: Aiken, C., Pramipexole in Psychiatry: A Systematic Review of the Literature, J Clin Psychiatry 68:8, August 2007;

- Plaintiffs' Trial Exhibit 438:  Ehringer H, Hornykiewicz O.  Distribution of noradrenalin and dopamine (3-hydroxytyramine) in the human brain and their behavior in diseases of the extrapyramidal system. Klin Wochenschr. 960; 38:1236-1239;

- Plaintiffs' Trial Exhibit 439:  Olanow CW. The Scientific Basis for the Current Treatment of Parkinson's Disease. Annu. Rev. Med. 2004; 55:41-60;

- Plaintiffs' Trial Exhibit 440:  Cotzias GC, Van Woert MH, Schiffer LM. Aromatic amino acids and modification of parkinsonism. New Engl. J. Med. (Feb. 16, 1967); 276:374-379;

- Plaintiffs' Trial Exhibit 441:  Olanow CW, Agid Y, Mizuno Y, et al. Levodopa in the Treatment of Parkinson's Disease: Current Controversies. Movement Disorders. Vol. 19: No. 9, 2004, 997-1005;

- Plaintiffs' Trial Exhibit 442:  Calne DB, Teychenne PF, Claveria LE et al. Bromocriptine in Parkinsonism. Br. Med. J. (Nov. 23, 1974); 4: 442-444;

- Plaintiffs' Trial Exhibit 443:  Olanow CW, et al.  Dopamine Agonists and Neuroprotection in Parkinson's Disease. Ann. Neurol. 1998; 44:S167-74;

- Plaintiffs' Trial Exhibit 444:  Mierau J, Schingnitz G. Biochemical and pharmacological studies on pramipexole, a potent and selective dopamine D2 receptor agonist. Eur J Pharmacol. 1992; 215:161-70;

- Plaintiffs' Trial Exhibit 445:  Piercey MF. Pharmacology of Pramipexole, a Dopamine D3-Preferring Agonist Useful in Treating Parkinson's Disease. Clin. Neuropharmacol. 1998; 21:141-51;

- Plaintiffs' Trial Exhibit 446:  Dewey RB 2nd, Reimold SC, O'Suilleabhain PE. Cardiac valve regurgitation with pergolide compared with nonergot agonists in Parkinson disease. Arch Neurol. (Mar. 2007); 64:377-80;

- Plaintiffs' Trial Exhibit 447:  Parkinson Study Group. Safety and Efficacy of Pramipexole in Early Parkinson Disease. A Randomized Dose-Ranging Study. JAMA. 1997; 278:125-30;

- Plaintiffs' Trial Exhibit 448:  Lieberman A, Ranhosky A, Korts D. Clinical evaluation of pramipexole in advanced Parkinson's disease: results of a double-blind, placebo-controlled, parallel-group study. Neurology. 1997; 49:162-8;

- Plaintiffs' Trial Exhibit 449:  Pinter MM, Pogarell O, Oertel WH. Efficacy, safety, and tolerance of the non-ergoline dopamine agonist pramipexole in the treatment of advanced Parkinson's disease: a double-blind, placebo-controlled, randomized, multicentre study. J Neurol, Neurosurg, Psychiatry. 1999; 66:436-441;

- Plaintiffs' Trial Exhibit 450:  Wermuth L and the Danish Pramipexole Study Group. A double-blind, placebo-controlled, randomized, multi-center study of pramipexole in advanced Parkinson's disease. Eur. J. Neurol. 1998; 5:235-242;

- Plaintiffs' Trial Exhibit 451:  Guttman M for the International Pramipexole-Bromocriptine Study Group. Double-blind comparison of pramipexole and bromocriptine treatment with placebo in advanced Parkinson's disease. Neurology (Oct. 1997); 49:1060-5;

- Plaintiffs' Trial Exhibit 452:  Kunig G, Pogarell O, Moller JC, Delf M, Oertel WH. Pramipexole, a nonergot dopamine agonist, is effective against rest tremor in intermediate to advanced Parkinson's disease. Clin Neuropharmacol. 1999; 22:301-5;

- Plaintiffs' Trial Exhibit 453:  Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: A Randomized Controlled Trial. JAMA. (Oct. 18, 2000); 284:1931-8;

- Plaintiffs' Trial Exhibit 454:  Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: a 4-Year Randomized Controlled Trial. Arch Neurol. (July 2004); 61:1044-53;

- Plaintiffs' Trial Exhibit 455:  Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): Treatment guidelines. Neurology 2001; 56:S1-S88;

- Plaintiffs' Trial Exhibit 456:  Hely MA, Morris JG, Reid WG, Trafficante R. Sydney Multicenter Study of Parkinson's Disease: Non-L-Dopa-Responsive Problems Dominate at 15 Years. Mov. Disord. (Feb. 2005); 20:190-9;

- Plaintiffs' Trial Exhibit 457:  Schapira AH, Olanow CW. Neuroprotection in Parkinson Disease: Mysteries, Myths, and Misconceptions. JAMA. (Jan. 21, 2004); 291:358-64;

- Plaintiffs' Trial Exhibit 458:  Suchowersky O, Gronseth G, et al. Practice Parameter: Neuroprotective strategies and alternative therapies for Parkinson disease (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology (Apr. 11, 2006); 66:976-82;

- Plaintiffs' Trial Exhibit 459:  Goetz CG, Poewe W, Rascol O, Sampaio C. Evidence-Based Medical Review Update: Pharmacological and Surgical Treatments of Parkinson's Disease: 2001 to 2004. Mov. Disord. (May 2005); 20:523-39;

- Plaintiffs' Trial Exhibit 460:  Schapira AHV, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann. Neurol. 2003; 53 (suppl 3): 149-159;

- Plaintiffs' Trial Exhibit 461:  Olanow CW, Jenner P, Brooks D. Dopamine agonists and neuroprotection in Parkinson's disease. Ann Neurol. 1998 Sep.; 44 (3 Suppl 1):S167-74;

- Plaintiffs' Trial Exhibit 462:  Le Wei-Dong, Jankovic J. Are Dopamine Receptor Agonists Neuroprotective in Parkinson's Disease? Drugs and Aging 2001; 18(6);

- Plaintiffs' Trial Exhibit 463:  Zou L, Jankovic J, Rowe DB, et al. Neuroprotection by pramipexole against dopamine- and levodopa-induced cytotoxicity. Life Sci. 1999; 64:1275-85;

- Plaintiffs' Trial Exhibit 464:  Schapira AH. Dopamine agonists and neuroprotection in Parkinson's disease. Eur. J. Neurol. 2002; 9 Suppl. 3:7-14;

- Plaintiffs' Trial Exhibit 465:  Iravani MM, Haddon CO, Cooper JM, et al. Pramipexole protects against MPTP toxicity in non-human primates. J. Neurochem. 2006; 96:1315-21;

- Plaintiffs' Trial Exhibit 466:  Takata K, Kitamura Y, Kakimura J-I, et al. Increase of Bcl-2 protein in neuronal dendritic processes of cerebral cortex and hippocampus by the antiparkinsonian drugs, talipexole and pramipexole. Brain Research. 2000; 872: 236-241;

- Plaintiffs' Trial Exhibit 467:  Parkinson Study Group. Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. JAMA. (Apr. 3, 2002); 287:1653-61;

- Plaintiffs' Trial Exhibit 468:  Schapira AH, Obeso J. Timing of Treatment Initiation in Parkinson's Disease: A Need for Reappraisal? Ann. Neurol. (March 2006); 59:559-62;

- Plaintiffs' Trial Exhibit 469:  Chaudhuri KR, Odin P, Olanow CW. Restless Legs Syndrome. Parthenon Publishing, London, 2004;

- Plaintiffs' Trial Exhibit 470:  Comella CL. Restless legs syndrome: Treatment with dopaminergic agents. Neurology. 2002; 58 (Suppl 1):S87-92;

- Plaintiffs' Trial Exhibit 471:  Oertel WH, Stiasny-Kolster K, Bergtholdt B, et al. Efficacy of Pramipexole in Restless Legs Syndrome: A Six-Week, Multicenter, Randomized, Double-Blind Study (Effect-RLS Study). Mov. Disord. 2007; 22:213-9;

- Plaintiffs' Trial Exhibit 472:  Winkelman JW, Sethi MD, Kushida CA, et al. Efficacy and safety of pramipexole in restless legs syndrome. Neurology. (Sept. 26, 2006); 67:1034-9;

- Plaintiffs' Trial Exhibit 473: Silber MH, Girish M, Izurieta R. Pramipexole in the Management of Restless Legs Syndrome: An Extended Study. Sleep. 2003; 26(7):819-21;

- Plaintiffs' Trial Exhibit 474:  Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by pramipexole: A double-blind randomized trial. Neurology. 1999; 52:938-43;

- Plaintiffs' Trial Exhibit 475:  Lin SC, Kaplan J, Burger CD, Fredrickson PA. Effect of Pramipexole in Treatment of Resistant Restless Legs Syndrome. Mayo Clin Proc. 1998; 73:497-500;

- Plaintiffs' Trial Exhibit 476:  Montplaisir J, Fantini ML, Desautels A, et al. Long-term treatment with pramipexole in restless legs syndrome. Eur. J. Neurol. 2006; 13:1306-11;

- Plaintiffs' Trial Exhibit 477:  Winkelman JW, Johnston L. Augmentation and tolerance with long-term pramipexole treatment of restless legs syndrome (RLS). Sleep Med. 2004; 5(1):9-14;

- Plaintiffs' Trial Exhibit 478:  Partinen M, Hirvonen K, Jama L, et al. Efficacy and safety of pramipexole in idiopathic restless legs syndrome: a polysomnographic dose-finding study – the PRELUDE study. Sleep Med. 2006; 7:407-17;

- Plaintiffs' Trial Exhibit 479:  Vignatelli L, Billiard M, Clarenbach P et al. EFNS guidelines on management of restless legs syndrome and periodic limb movement disorder in sleep. Eur. J. Neurol. 2006; 13:1049-1065;

- Plaintiffs' Trial Exhibit 483:  U.S. Department of Health and Human Services.  Evidence Shows Fibromyalgia Pain Is Real: Experts; http://www.womenshealth.gov/news/english/536333.htm  (Dec. 18, 2006);

- Plaintiffs' Trial Exhibit 484:  Holman AJ. Fibromyalgia and Pramipexole: Promise and Precaution. J. Rheumatol. 2003; 30:2733;

- Plaintiffs' Trial Exhibit 485:  Holman AJ, Myers RR. A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. Arthritis & Rheum. (Aug. 2005); 52:2495-2505;

- Plaintiffs' Trial Exhibit 486:  Corrigan MH, Denahan AQ, Wright CE, Ragual RJ, Evans DL. Comparison of pramipexole, fluoxetine, and placebo in patients with major depression. Depression and Anxiety. 2000; 11(2):58-65;

- Plaintiffs' Trial Exhibit 487:  Burn DJ. Beyond the Iron Mask: Towards Better Recognition and Treatment of Depression Associated with Parkinson's Disease. Mov. Disord. (Mar. 11, 2002); 17:445-54;

- Plaintiffs' Trial Exhibit 488:  Rektorova I, Rektor I, Bares M, et al. Pramipexole and pergolide in the treatment of depression in Parkinson's disease: a national multicenter prospective randomized study. Eur. J. Neurol. 2003; 10:399-406;

- Plaintiffs' Trial Exhibit 506:  Ondo WG. Restless Legs Syndrome, Neurol Clinic 23 (2005) 1165-85;

- Plaintiffs' Trial Exhibit 514: Nagle TL, et al. Cognos Study # 75: Parkinson's Disease, Pharmacor (Feb. 2004);

- Plaintiffs' Trial Exhibit 522: R. Allen, A. Walters, et al., "Restless Legs Syndrome Prevalence and Impact: REST General Population Study," Archives of Internal Medicine, Volume 165, 2005, p. 1286-92;

- Plaintiffs' Trial Exhibit 523: "Restless Legs Syndrome Fact Sheet," National Institute of Neurological Disorders and Stroke: www.ninds.nih.gov (Dec. 17, 2007);

- Plaintiffs' Trial Exhibit 526: M. Silber, et al. "An Algorithm for the Management of Restless Legs Syndrome," Mayo Clinic Proceedings, Vol. 79(7), 2004, p. 916-922; and

(2) the names and addresses of the following individuals who may be relied upon as prior inventors of the invention claimed in the '812 patent:

- Bennett Laguzza, 3715 Briarwood Drive, Indianapolis, Indiana 46240;

- William Turner, 3688 Tamarron Drive, Bloomington, Indiana 47408;

- Edward Barry Smalstig, 14320 Cherry Tree Road, Carmel, Indiana 46033; and

- Richard Hahn, 5049 Deer Ridge Drive South, Carmel, Indiana 46033.

Defendants further give notice that they may rely on other exhibits listed in Exhibits 6 and 7 to the Joint Pre-Trial Order (Plaintiffs' and Defendants' Exhibit Lists) filed on January 31, 2008.

Dated: February 8, 2008

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ *Karen E. Keller*

| | |
|---|---|
| OF COUNSEL: | Josy W. Ingersoll (#1088) [jingersoll@ycst.com] |
| Glenn J. Pfadenhauer | John W. Shaw (#3362) [jshaw@ycst.com] |
| Jessamyn S. Berniker | Karen E. Keller (#4489) [kkeller@ycst.com] |
| Dov P. Grossman | The Brandywine Building |
| Brett R. Tobin | 1000 West Street, 17th Floor |
| WILLIAMS & CONNOLLY LLP | P.O. Box 391 |
| 725 Twelfth Street, N.W. | Wilmington, DE 19899-0391 |
| Washington, DC 20005 | (302) 571-6600 |
| (202) 434-5000 | *Attorneys for Defendant Barr Laboratories, Inc.* |

|  |  |
|---|---|
|  | MORRIS JAMES LLP |
|  |  |
|  | /s/ *Mary B. Matterer* |
| OF COUNSEL: | Mary B. Matterer (#2696) |
|  | [mmatterer@morrisjames.com] |
| David J. Harth | 500 Delaware Avenue, Suite 1500 |
| HELLER EHRMAN LLP | P.O. Box 2306 |
| One East Main Street, Suite 201 | Wilmington, DE 19899-2306 |
| Madison, WI 53703 | (302) 888-6960 |
| *(608) 663-7460* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
|  |  |
| Shannon M. Bloodworth |  |
| HELLER EHRMAN LLP |  |
| 1717 Rhode Island Avenue, NW |  |
| Washington, DC 20036 |  |
| (202) 912-2000 |  |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on February 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

I further certify that on February 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*