# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON | ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN<br>EDMON L. MORTON<br>JOHN E. TRACEY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: (302) 571-6554<br>DIRECT FAX: (302) 576-3467<br>kkeller@ycst.com | JOSEPH M. BARRY<br>RYAN M. BARTLEY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>DOUGLAS T. COATS (MD ONLY)<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>KERRIANNE MARIE FAY<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>WILLIAM E. GAMGORT<br>SEAN T. GREECHER<br>NATHAN D. GROW<br>STEPHANIE L. HANSEN<br>JAMES L. HIGGINS<br>PATRICK A. JACKSON<br>DAWN M. JONES<br>KAREN E. KELLER<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>SETH J. REIDENBERG<br>PATRICIA A. WIDDOSS | JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>EVANGELOS KOSTOULAS<br>JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>ROBERT F. POPPITI, JR.<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER<br>RICHARD J. THOMAS<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

February 20, 2008

**BY CM/ECF AND HAND DELIVERY**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, DE 19801

          Re:    Request for Permission to Have Computer Equipment in Courtroom 4B for Trial – *Boehringer Ingelheim Int'l GmbH, et al. v. Barr Laboratories, Inc., et al.*, C.A. No. 05-700-JJF (Consol.)

Dear Ms. Krett:

      We are scheduled to appear in a trial in Courtroom 4B commencing on March 10, 2008 and ending on March 12, 2008 and request permission to bring 4 laptop computers, 2 external hard drives, a switch box and cables to Courtroom 4B to assist in preparation and/or presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ms. Deborah Krett
February 20, 2008
Page 2

comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully submitted,

Karen E. Keller (#4489)

Enclosure

cc: David Thomas, U.S. Marshal (by hand delivery)
Keith Ash, Chief Court Security Officer (by hand delivery)
Maryellen Noreika, Esquire (by CM/ECF and electronic mail)
Mary Matterer, Esquire (by CM/ECF and electronic mail)