IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700-(JJF) CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854-(JJF) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 4 laptop computers, 2 external hard drives, a switch box and cables for trial beginning on March 10, 2008 through March 12, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

Glenn Pfadenhauer, Esq.
Jessamyn Berniker, Esq.
Dov Grossman, Esq.
Brett Tobin, Esq.
Kendra Robins, Esq.
Jenna Wyman
Jennifer Peters
John W. Shaw, Esq.

Karen E. Keller, Esq.
TrialGraphix

_February 21, 2008_
DATE

_Joseph J. Farnan_
JOSEPH J. FARNAN, JR.
United States District Court Judge