# Morris James LLP

Mary B. Matterer
302.888.6816
mmatterer@morrisjames.com

February 22, 2008

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Ms. Deborah Krett
Case Manager
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Boehringer Ingelheim Int'l GmbH, et al. v. Barr
Laboratories, Inc., et al., C.A. No. 05-700-JJF (Consol.)
Request for Permission to Have Computer Equipment
in Courtroom B for Upcoming Trial

Dear Ms. Krett:

    We are scheduled to appear for a trial on March 10 through March 12, 2008. We request permission to bring 4 laptop computers to assist in the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Sincerely,

Mary B. Matterer (I.D. No. 2696)
mmatterer@morrisjames.com

cc: David Thomas, United States Marshall (via hand delivery)
    Keith Ash, Chief Court Security Officer (via hand delivery)
    Maryellen Noreika, Esq. (via CM/ECF and e-mail)
    Karen E. Keller, Esq. (via CM/ECF and e-mail)