IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC.,

        Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.,

        Defendant and
        Counterclaim Plaintiff.

C.A. No. 05-700-JJF
(Consolidated)

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, Courtroom 4B, 4 laptop computers for trial beginning March 10, 2008 through March 12, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Kevin Culligan
        Joy Arnold
        Shannon Bloodworth
        Andrew Falsetti
        Rebecca Bentley

_____
DATE

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE