IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and <br> Counterclaim Plaintiff. | C.A. No. 05-700-JJF <br> (Consolidated) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, Courtroom 4B, 4 laptop computers for trial beginning March 10, 2008 through March 12, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

> Kevin Culligan
> Joy Arnold
> Shannon Bloodworth
> Andrew Falsetti
> Rebecca Bentley

2/25/08
DATE

JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE