# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

March 3, 2008

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

Re:   Request For Permission To Have Computer Equipment in Courtroom 4B for Trial in the matter of *Boehringer Ingelheim International GmbH, et al. v. Barr Laboratories, Inc.*, No. 05-700-JJF

Dear Ms. Krett:

On February 7, we requested permission to bring electronic equipment into Courtroom 4B for the Boehringer v. Barr trial (D.I 193) which was granted on February 8 (D.I. 195). We would now like to bring additional equipment into Courtroom 4B and request permission to bring seven laptop computers, a projector, screen, monitors, switch box and cables into the courtroom to assist with the presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

cc:   David Thomas, United States Marshal (by hand delivery)
      Keith Ash, Chief Court Security Officer (by hand delivery)
      John Shaw, Esq. (by CM/ECF)
      Mary Matterer, Esq. (by CM/ECF)