IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 05-700 (JJF)<br>CONSOLIDATED |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, seven laptop computers, a projector, screen, monitors, switch box and cables for proceedings commencing on March 10 and ending on March 14, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

Steven Cherny, Esq.
Kenneth Schuler, Esq.
Amanda Hollis, Esq.
Kristina Barr
Alysa Carlin
Ryan Fisher
David Kelley

Dated: March ____, 2008

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge

#1483593