IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 05-700 (JJF)<br>CONSOLIDATED |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, seven laptop computers, a projector, screen, monitors, switch box and cables for proceedings commencing on March 10 and ending on March 14, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

> Steven Cherny, Esq.
> Kenneth Schuler, Esq.
> Amanda Hollis, Esq.
> Kristina Barr
> Alysa Carlin
> Ryan Fisher
> David Kelley

Dated: March 5, 2008

JOSEPH J. FARNAN, JR.
United States District Court Judge

#1483593