IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-700 (JJF) CONSOLIDATED |
| v. | ) ) | |
| BARR LABORATORIES, INC. | ) ) | |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | C.A. No. 05-854 (JJF) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

## **PLAINTIFFS' TRIAL EXHIBIT LIST**

OF COUNSEL:
Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim International Gmb and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

March 10, 2008

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 3 | BOE00000001-BOE00000015 | | U.S. Patent 4,886,812 | |
| TX 9 | BOE00849171-BOE00849178 | 06/26/84 | Tatigkeitsbericht II/1984 (Quarterly Report) | |
| TX 35 | BOE00849191-BOE00849203 | 09/20/84 | Tatigkeitsbericht III/1984 (Quarterly Report) | |
| TX 40 | BOE00849213-BOE00849224 | 12/17/84 | Tatigkeitsbericht IV/1984 (Quarterly Report) | |
| TX 41 | BOE00849164-BOE00849170 | 03/29/85 | Tatigkeitsbericht I/1985 (Quarterly Report) | |
| TX 42 | BOE00849179-BOE00849190 | 05/28/85 | Tatigkeitsbericht II/1985 (Quarterly Report) | |
| TX 43 | BOE00849225-BOE00849236 | 12/16/85 | Tatigkeitsbericht IV/1985 (Quarterly Report) | |
| TX 46 | BARR000065-BARR000427 | | U.S. Patent 4,731,374 File History | |
| TX 50 | BOE00849204-BOE00849212 | 10/02/85 | Tatigkeitsbericht III/1985 (Quarterly Report) | |
| TX 64 | BARR194696-BARR194712 | 05/09/06 | Analytical Method Validation Report Pramipexole Dihydrochloride Monohydrate Drug Substance – Enantiomeric Purity and Pramipexole Dihydrochloride Tablets, 0.125 mg, 0.25 mg, 0.5 mg, 1.0 mg, 1.0 mg and 1.5 mg - HPLC | |
| TX 99 | BARR000615-BARR000925 | | U.S. Patent 4,886,812 File History | |
| TX 106 | BOE00037394-BOE00037531 | 01/1993 | Pramipexole in Parkinson's Disease Product Development Plan First Edition January, 1993 | |
| TX 136 | BARR015768-BARR015782 | 02/15/05 | Pramipexole Dihydrochloride Tablets, 0.25 MG Bio-Committee Meeting Notes | |
| TX 139 | BARR018656-BARR018664 | | Barr Labs Inc: Product Development Information Summary | |
| TX 142 | BARR208390-BARR208455 | 10/15/04 | E-mail to W. Kwok, E. Noble Gray from L. O'Dea re Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 145 | GYMA000001- | 05/2004 | Email with attachment of Amino: Pramipexole Technical Package | |

2

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 146 | GYMA000030 | | | |
| TX 152 | GYMA000440-GYMA000490 | 09/01/04 | Email to G. Yen, J. Kover, and S. Indahl from G. Yen enclosing Technical Dossier for Pramipexole | |
| TX 153 | GYMA000495-GYMA000497 | 10/15/04 | Email to J. Kover and G. Yen from S. Indahl re Pramipexole information request | |
| TX 154 | GYMA000038 | 10/20/04 | Email to S. Indahl from P. Munoz re Pramipexole/Amino | |
| TX 157 | GYMA000063-GYMA000066 | 11/01/04 | Email to S. Indahl from Gyma Administrative Office re attached letter re Pramipexole Dihydrochloride Monhydrate/Amino Chemicals Ltd. | |
| TX 206 | BARR032187-BARR032190 | 03/02/06 | Email to G. Yen, H. Prisco, E. Noble Gray, L. O'Dea and P. Costa from W. Kwok re attached list of requests for Amino re Pramipexole Dihydrochloride Monohydrate | |
| TX 209 | BARR195178-BARR195180 | 05/01/06 | Change Control for Finished Product Test Method & Specs Pramipexole Dihydrochloride Tablets, All Strengths 0 Update QC Specification Sheets and MTH-684 | |
| TX 223 | BARR022807-BARR023189 | | Excerpts from Abbreviated New Drug Application Chemistry, Manufacturing and Controls: Drug Substance | |
| TX 227 | BARR018493-BARR018651 | 10/16/06 | Notice of Deposition of Barr Laboratories, Inc. Pursuant to Fed. R.Civ.P. 30(b)(6) | |
| TX 228 | BARR049897-BARR049925 | 01/09/06 | Product Development Report for Pramipexole Dihydrochloride Tablets, 0.125 mg, 0.25 mg, 1 mg & 1.5 mg | |
| TX 229 | BARR016120-BARR016168 | 05/2004 | Pramipexole Dihydrochloride Monohydrate Technical Package | |
| TX 261 | BARR142577-BARR142607 | 07/2004 | Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 262 | | 03/02/06 | Investor Presentation | |
| TX 263 | BARR014162-BARR014163 | 8/30/06 | Barr Pharmaceuticals Inc. Form 10-k Annual Report Filed 8/30/2006 for Period Ending 6/30/2006 | |
| TX 264 | BARR014167-BARR014168 | 04/09/02 | Dopamine Agonists discussed as treatment option for Restless Legs Syndrome | |
| TX 265 | BARR014172- | 11/27/02 | Pramipexole now in Clinical Development for Restless Legs Syndrome indication | |
| | | 04/30/04 | Study Demonstrates Mirapex/Sifrol (pramipexole) induces Rapid Relief | |

3

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 266 | BARR014173 | | from Restless Legs Syndrome | |
| TX 275 | BARR014134-BARR014137 | 1999 | Mirapex for Restless Legs Syndrome or Periodic Limb Movements of Sleep | |
| TX 276 | BARR022395-BARR022398 | 05/26/05 | Letter to Center for Drug Evaluation and Research from Barr re Abbreviated new drug application 0.25 mg | |
| TX 277 | BARR026516-BARR026520 | 06/23/05 | Letter to Center for Drug Evaluation and Research from Barr re: Abbreviated new drug application 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 278 | BARR042773-BARR042849 | | Abbreviated New Drug Application 0.25 mg Comparison between Generic Drug and Reference listed Drug | |
| | BARR0208826 | | Abbreviated New Drug Application: Bioequivalency Amendment to ANDA # 77-605 Pramipexole Tablets: 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 279 | BARR194333-BARR194364 | | Product Development Report for Pramipexole Tablet 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, 1.5 mg | |
| TX 281 | BARR049063-BARR049112 | 08/18/04 | Letter to S. Indahl from G. Yen re enclosed Pramipexole Dihydrochloride Monohydrate/Amino Chemicals Ltd. Technical Package | |
| TX 283 | BARR020781-BARR020783 | 2/16/2006 | Minor Amendment ANDA 77-724 | |
| TX 284 | BARR209163-BARR209239 | | Minor Amendment ANDA 77-724 Pramipexole Tablets 0.125 mg, 0.25 mg, 0.5 mg, 1 mg, and 1.5 mg | |
| TX 286 | BARR000428-BARR000614 | | U.S. Patent 4,843,086 File History | |
| TX 287 | | | Alexander M. Klibanov CV | |
| TX 291 | | | Excerpt of The Condensed Chemical Dictionary Tenth Edition | |
| TX 292 | | 1976 | Excerpt of the Merck Index Ninth Edition 1976 | |
| TX 293 | | 1983 | Excerpt of the Merck Index Tenth Edition 1983 | |
| TX 294 | | 01/03/07 | Letter to Kenneth Schuler from Jessamyn Berniker re proposed claim constructions for terms/phrases | |
| TX 295 | BOE00001102-BOE00001201 | | Dr. Schneider's Lab Notebook | |
| TX 301 | BOE0002910-BOE0002999 | | Spreadsheet | |
| TX 302 | BOE00003087-BOE0003102 | | Prescription Spreadsheet | |

4

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 305 | BOE00881507 | 02/2007 | Performance Metrics Overview by Diagnoses | |
| TX 310 | BARR209593 | | IMS Health National Disease & Therapeutic Index | |
| TX 311 | | | National Institute of Neurological Disorders and Stroke Myoclonus Fact Sheet | |
| TX 312 | | | ICD9DATA.COM website printout | |
| TX 313 | BOE00002701-BOE00002721 | 01/27/06 | Mirapex Weekly Report | |
| TX 314 | BOE00677589-BOE00677614 | 10/28/05 | Mirapex RLS 2006 Business Plan | |
| TX 315 | BOE00806859-BOE00806914 | 10/10/05 | U.S. Marketing Plan 2006 Mirapex – Parkinson's Disease | |
| TX 326 | | 8/07 | Aiken, C., Pramipexole in Psychiatry: A Systematic Review of the Literature, J Clin Psychiatry 68:8, August 2007 | |
| TX 400 | | 12/11/06 | Notice of Deposition of Mylan Pharmaceuticals, Inc. Pursuant to Fed.R.Civ. P. 30(b)(6) | |
| TX 401 | MYL0000140 | 08/26/05 | Letter from S. Talton to G. Buehler Regarding Mylan Certifications | |
| TX 402 | MYL0000141 | | Table of Comparison | |
| TX 403 | MYL0002296 | 07/01/04 | Mylan Pharmaceuticals Inc. Phase II New Product Selection Product/Market Overview | |
| TX 404 | MYL0002305 | | Mylan Pharmaceuticals Inc. 3 Year Plan | |
| TX 405 | MYL0002297 | | Pramipexole (Mirapex) Pharmacia & Upjohn (Sales, Trends and Shares of Pramipexole) | |
| TX 406 | BARR000011-BARR000020 | 09/12/05 | Barr's Notice Letter to Boehringer | |
| TX 407 | | 03/02/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s First Set of Interrogatories | |
| TX 408 | | 06/22/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Second Set of Interrogatories | |
| TX 409 | | 08/22/06 | Defendant Barr Laboratories, Inc.'s Supplemental Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Interrogatories Nos. 3,4,5,8 and 10 | |
| TX 410 | | 09/11/06 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Third Set of Interrogatories | |

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 411 | | 01/30/07 | Defendant Barr Laboratories, Inc.'s Responses to Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceutical, Inc.'s Fourth Set of Interrogatories | |
| TX 411-A | BARR021827-BARR021837 | 5/26/05 | New Product Launch Risk Analysis – Active Supply Product: Pramipexole Dihychloride Tablets 0.25, 0.5, 1.0, 1.5, 0.125mg Brand: Mirapex (Boehringer Ingel) Submitted: 5/26/05 | |
| TX 411-B | BARR021854-BARR021859 | | Chart: Assumptions Pramipexole Dihychloride Tablets 0.25, 0.5, 1.0, 1.5, | |
| TX 411-C | BARR060049-BARR060072 | | CI Filed Products Chart | |
| TX 411-D | BARR060076-BARR060080 | | Pramipexole Dihychloride API Cost Model | |
| TX 411-E | BARR060144-BARR060158 | 3/16/06 | Pramipexole Dihychloride – Validation and Launch Analysis | |
| TX 411-F | BARR064420-BARR064454 | 8/14/04 | Strategic Business Development | |
| TX 411-G | BARR160507-BARR160512 | | 7 Yr. Summary $ - SherlockFY06 | |
| TX 412 | | 02/09/06 | Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories to Mylan | |
| TX 413 | | 10/16/06 | Defendant's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories to Mylan | |
| TX 414 | | 10/16/06 | Defendant's Objections and Responses to Plaintiffs' Second Set of Interrogatories to Mylan | |
| TX 415 | | 10/16/06 | Defendant's Objections and Responses to Plaintiffs' Third Set of Interrogatories to Mylan | |
| TX 416 | | 01/08/07 | Defendant's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories to Mylan | |
| TX 417 | MYL00002176-MYL00002212 | | Mylan's Proposed Product Label Insert | |
| TX 418 | MYL0003931-MYL0003984 | | Mylan's Proposed Product Label for Pramipexole | |
| TX 419 | BOE00881432-BOE00881467 | 11/07/06 | Boehringer's Revised Product Label for Mirapex | |

6

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 420 | BARR023323-BARR023341 | 05/2005 | Barr's Proposed Product Label for Pramipexole | |
| TX 421 | BARR027051-BARR027069 | 06/2005 | Barr's Proposed Product Label for Pramipexole | |
| TX 422 | BARR208788-BARR208806 | 08/2006 | Barr's Revised Proposed Product Label for Pramipexole | |
| TX 423 | BOE00881649-BOE00881817 | 06/24/85 | Certified copy of 06/747,748 Eli Lilly Patent Application File History (Abandoned) | |
| TX 424 | | 12/11/07 | USPTO Website Printout: Patent Terms Extended Under 35 USC §156 | |
| TX 425 | BYR000059 | 03/02/05 | Email to Venkatesh from Kelley (for N. Cola) re Pramipexole/Mylan Pharmaceuticals | |
| TX 426 | BOE00001351-BOE00001430 | 11/12/92 | Agreement between Boehringer Ingelheim International GMBH and The Upjohn Co | |
| TX 427 | BOE00001432-BOE00001449 | 07/02/97 | Co-Promotion Agreement between Pharmacia & Upjohn Co and Boehringer Ingelheim Pharmaceuticals, Inc | |
| TX 428 | BOE00001451-BOE00001457 | 07/14/97 | Supply Agreement between Pharmacia & Upjohn Caribe, Inc. and Boehringer Ingelheim International GmbH | |
| TX 429 | BOE00001481-BOE00001518 | 12/01/03 | Toll Manufacturing Agreement Between Pfizer Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. | |
| TX 430 | BOE00000048-BOE00000051 | 03/06/06 | Certified copy of Patent Assignment Records for 4,866,812, 4,843,086 and 4,731,374 | |
| TX 431 | BOE00000052-BOE00000053 | 03/06/06 | Certified copy of Patent Assignment Records for D-7950 | |
| TX 432 | BOE00000054-BOE00000072 | | Patent Assignment Records | |
| TX 433 | BOE00881818-BOE00881857 | 08/2007 | Performance Metrics Overview by Diagnoses | |
| TX 434 | BOE00881858-BOE00881897 | | PD Market: Mirapex NRxs (Factored for PD) | |
| TX 435 | BOE00881898-BOE00881937 | 08/2007 | Market Information: RLS Market: NRxs (Factored for RLS) | |
| TX 436 | BOE00881348-BOE00881396 | 2007 | Mirapex Parkinson's Disease Brand Plan | |
| TX 437 | | | Curriculum Vitae of Charles Warren Olanow, M.D., F.R.C.P. (C) | |
| TX 438 | | | Ehringer H, Hornykiewicz O. Distribution of noradrenalin and dopamine | |

7

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 439 | | 2004 | (3-hydroxytyramine) in the human brain and their behavior in diseases of the extrapyramidal system. Klin Wochenschr. 960;38:1236-1239 Olanow CW. The Scientific Basis for the Current Treatment of Parkinson's Disease. Annu. Rev. Med. 2004;55:41-60 | |
| TX 440 | | 1967 | Cotzias GC, Van Woert MH, Schiffer LM. Aromatic amino acids and modification of parkinsonism. New Engl. J. Med. 1967;276:374-379 | |
| TX 441 | | 2004 | Olanow CW, Agid Y, Mizuno Y, et al. Levodopa in the Treatment of Parkinson's Disease: Current Controversies. Movement Disorders. Vol. 19: No. 9, 2004, 997-1005 | |
| TX 442 | | 1974 | Calne DB, Teychenne PF, Claveria LE et al. Bromocriptine in Parkinsonism. Br. Med. J. 1974; 4: 442-444 | |
| TX 443 | | 1998 | Calne DB, Burton K, Beckman J, Martin WR. Dopamine Agonists and Neuroprotection in Parkinson's Disease. Ann. Neurol. 1998;44:S167-74 | |
| TX 444 | | 1992 | Mierau J, Schingnitz G. Biochemical and pharmacological studies on pramipexole, a potent and selective dopamine D2 receptor agonist. Eur J Pharmacol. 1992;215:161-70 | |
| TX 445 | BOE00664295-BOE00664305 | 1998 | Piercey MF. Pharmacology of Pramipexole, a Dopamine D3-Preferring Agonist Useful in Treating Parkinson's Disease. Clin. Olanow Expert Report Appendix Neuropharmacol. 1998;21:141-51 | |
| TX 446 | | 2007 | Dewey RB 2nd, Reimold SC, O'Suilleabhain PE. Cardiac valve regurgitation with pergolide compared with nonergot agonists in Parkinson disease. Arch Neurol. 2007;64:377-80 | |
| TX 447 | | 1997 | Parkinson Study Group. Safety and Efficacy of Pramipexole in Early Parkinson Disease. A Randomized Dose-Ranging Study. JAMA. 1997;278:125-30 | |
| TX 448 | | 1997 | Lieberman A, Ranhosky A, Korts D. Clinical evaluation of pramipexole in advanced Parkinson's disease: results of a double-blind, placebo-controlled, parallel-group study. Neurology. 1997;49:162-8 | |
| TX 449 | BOE00640082-BOE00640087 | 1999 | Pinter MM, Pogarell O, Oertel WH. Efficacy, safety, and tolerance of the non-ergoline dopamine agonist pramipexole in the treatment of advanced Parkinson's disease: a double-blind, placebo-controlled, randomized, multicentre study. J Neurol, Neurosurg, Psychiatry. 1999;66:436-441 | |

8

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 450 | BOE00640606-BOE00640613 | 1998 | Wermuth L and the Danish Pramipexole Study Group. A double-blind, placebo-controlled, randomized, multi-center study of pramipexole in advanced Parkinson's disease. Eur. J. Neurol. 1998; 5:235-242 | |
| TX 451 | BOE00655728-BOE00655733 | 1997 | Guttman M for the International Pramipexole-Bromocriptine Study Group. Double-blind comparison of pramipexole and bromocriptine treatment with placebo in advanced Parkinson's disease. Neurology 1997;49:1060-5 | |
| TX 452 | | 1999 | Kunig G, Pogarell O, Moller JC, Delf M, Oertel WH. Pramipexole, a nonergot dopamine agonist, is effective against rest tremor in intermediate to advanced Parkinson's disease. Clin Neuropharmacol. 1999;22:301-5 | |
| TX 453 | | 2000 | Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: A Randomized Controlled Trial. JAMA. 2000;284:1931-8 | |
| TX 454 | | 2001 | Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: a 4-Year Randomized Controlled Trial. Arch Neurol. 2004;61:1044-53 | |
| TX 455 | | 2005 | Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): Treatment guidelines. Neurology 2001; 56:S1-S88 | |
| TX 456 | | 2005 | Hely MA, Morris JG, Reid WG, Trafficante R. Sydney Multicenter Study of Parkinson's Disease: Non-L-Dopa-Responsive Problems Dominate at 15 Years. Mov. Disord. 2005;20:190-9 | |
| TX 457 | | 2004 | Schapira AH, Olanow CW. Neuroprotection in Parkinson Disease: Mysteries, Myths, and Misconceptions. JAMA. 2004;291:358-64 | |
| TX 458 | | 2006 | Suchowersky O, Gronseth G, et al. Practice Parameter: Neuroprotective strategies and alternative therapies for Parkinson disease (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;66:976-82 | |
| TX 459 | | 2005 | Goetz CG, Poewe W, Rascol O, Sampaio C. Evidence-Based Medical Review Update: Pharmacological and Surgical Treatments of Parkinson's Disease: 2001 to 2004. Mov. Disord. 2005;20:523-39 | |

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 460 | BOE00711520-BOE00711544 | 2003 | Schapira AHV, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann. Neurol. 2003; 53 (suppl 3): 149-159 | |
| TX 461 | | 1998 | Olanow CW, Jenner P, Brooks D. Dopamine agonists and neuroprotection in Parkinson's disease. Ann Neurol. 1998 Sep.;44 (3 Suppl 1):S167-74 | |
| TX 462 | | 2001 | Le Wei-Dong, Jankovic J. Are Dopamine Receptor Agonists Neuroprotective in Parkinson's Disease? Drugs and Aging 2001; 18(6) | |
| TX 463 | | 1999 | Zou L, Jankovic J, Rowe DB, et al. Neuroprotection by pramipexole against dopamine- and levodopa-induced cytotoxicity. Life Sci. 1999;64:1275-85 | |
| TX 464 | | 2002 | Schapira AH. Dopamine agonists and neuroprotection in Parkinson's disease. Eur. J. Neurol. 2002;9 Suppl. 3:7-14 | |
| TX 465 | | 2006 | Iravani MM, Haddon CO, Cooper JM, et al. Pramipexole protects against MPTP toxicity in non-human primates. J. Neurochem. 2006;96:1315-21 | |
| TX 466 | | 2000 | Takata K, Kitamura Y, Kakimura J-I, et al. Increase of Bcl-2 protein in neuronal dendritic processes of cerebral cortex and hippocampus by the antiparkinsonian drugs, talipexole and pramipexole. Brain Research. 2000; 872: 236-241 | |
| TX 467 | | 2002 | Parkinson Study Group. Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. JAMA. 2002;287:1653-61 | |
| TX 468 | | 2006 | Schapira AH, Obeso J. Timing of Treatment Initiation in Parkinson's Disease: A Need for Reappraisal? Ann. Neurol. 2006;59:559-62 | |
| TX 469 | | 2004 | Chaudhuri KR, Odin P, Olanow CW. Restless Legs Syndrome. Parthenon Publishing, London, 2004 | |
| TX 470 | | 2002 | Comella CL. Restless legs syndrome: Treatment with dopaminergic agents. Neurology. 2002; 58 (Suppl 1):S87-92 | |
| TX 471 | | 2007 | Oertel WH, Stiasny-Kolster K, Bergtholdt B, et al. Efficacy of Pramipexole in Restless Legs Syndrome: A Six-Week, Multicenter, Randomized, Double-Blind Study (Effect-RLS Study). Mov. Disord. 2007;22:213-9 | |

10

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 472 | | 2006 | Winkelman JW, Sethi MD, Kushida CA, et al. Efficacy and safety of pramipexole in restless legs syndrome. Neurology. 2006; 67:1034-9 | |
| TX 473 | BOE00649837-BOE00649839 | 2003 | Silber MH, Girish M, Izurieta R. Pramipexole in the Management of Restless Legs Syndrome: An Extended Study. Sleep. 2003;26(7):819-21 | |
| TX 474 | BOE00649804-BOE00649809 | 1999 | Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by pramipexole: A double-blind randomized trial. Neurology. 1999;52:938-43 | |
| TX 475 | | 1998 | Lin SC, Kaplan J, Burger CD, Fredrickson PA. Effect of Pramipexole in Treatment of Resistant Restless Legs Syndrome. Mayo Clin Proc. 1998;73:497-500 | |
| TX 476 | | 2006 | Montplaisir J, Fantini ML, Desautels A, et al. Long-term treatment with pramipexole in restless legs syndrome. Eur. J. Neurol. 2006;13:1306-11 | |
| TX 477 | BOE00649842-BOE00649847 | 2004 | Winkelman JW, Johnston L. Augmentation and tolerance with long-term pramipexole treatment of restless legs syndrome (RLS). Sleep Med. 2004;5(1):9-14 | |
| TX 478 | | 2006 | Partinen M, Hirvonen K, Jama L, et al. Efficacy and safety of pramipexole in idiopathic restless legs syndrome: a polysomnographic dose-finding study – the PRELUDE study. Sleep Med. 2006;7:407-17 | |
| TX 479 | | 2006 | Vignatelli L, Billiard M, Clarenbach P et al. EFNS guidelines on management of restless legs syndrome and periodic limb movement disorder in sleep. Eur. J. Neurol. 2006;13:1049-1065 | |
| TX 480 | BOE00881504 | 12/2006 | Overview by Diagnoses | |
| TX 481 | | 02/08/07 | GlaxoSmithKline. Feb. 8, 2007 Press Release; http://www.gsk.com/investors/reports/gsk_q42006/q42006.pdf | |
| TX 482 | BOE00881505 | | RLS Patient Based Model | |
| TX 483 | | | U.S. Department of Health and Human Services. Evidence Shows Fibromyalgia Pain Is Real: Experts; http://www.womenshealth.gov/news/english/536333.htm | |
| TX 484 | | 2003 | Holman AJ. Fibromyalgia and Pramipexole: Promise and Precaution. J. Rheumatol. 2003;30:2733 | |

11

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 485 | | 2005 | Holman AJ, Myers RR. A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. Arthritis & Rheum. 2005;52:2495-2505 | |
| TX 486 | | 2000 | Corrigan MH, Denahan AQ, Wright CE, Ragual RJ, Evans DL. Comparison of pramipexole, fluoxetine, and placebo in patients with major depression. Depression and Anxiety. 2000;11(2):58-65 | |
| TX 487 | | 2002 | Burn DJ. Beyond the Iron Mask: Towards Better Recognition and Treatment of Depression Associated with Parkinson's Disease. Mov. Disord. 2002;17:445-54 | |
| TX 488 | | 2003 | Rektorova I, Rektor I, Bares M, et al. Pramipexole and pergolide in the treatment of depression in Parkinson's disease: a national multicenter prospective randomized study. Eur. J. Neurol. 2003;10:399-406 | |
| TX 489 | | | Curriculum Vitae of Paul A. Bartlett | |
| TX 491 | BOE00882000-BOE00882011 | 12/17/84 | English Translation of BOE00849213-BOE00849224 (TX 40) | |
| TX 492 | BOE00881958-BOE00881965 | | English Translation of BOE00849171-BOE00849178 (TX 9) | |
| TX 493 | BOE00881978-BOE00881990 | 09/20/84 | English translation of BOE00849191-BOE00849203 (TX 35) | |
| TX 494 | BOE00882012-BOE00882018 | | English translation for BOE00849164-BOE00849170 (TX 41) | |
| TX 495 | BOE00881966-BOE00881977 | 05/28/85 | English translation of BOE00849179-BOE00849190 (TX 42) | |
| TX 496 | BOE00132270-BOE00132271 | 09/06/85 | Memorandum re SND 919 CL2Y on September 4, 1985 | |
| TX 497 | BOE00881956-BOE00881957 | | English translation of BOE00132270-BOE00132271 (TX 496) | |
| TX 498 | BOE00881991-BOE00881999 | 10/02/85 | English translation of BOE00849204-BOE00849212 (TX 50) | |
| TX 499 | BOE00004167-BOE00004177 | 1985 | Bericht III/1985 – July – September 1985 Report | |

12

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 500 | BOE00881945-BOE00881955 | 1985 | English translation of BOE00004167-BOE00004177 (TX 499) | |
| TX 501 | BOE00004178-BOE00004197 | 1986 | Bericht II/1986 – April – June 1986 Report | |
| TX 502 | BOE00882019-BOE00882038 | | English translation of BOE00004178-BOE00004197 (TX 501) | |
| TX 503 | BOE00037825-BOE00037861 | 08/01/88 | SND 919 Report by Julian H. Shelley | |
| TX 504 | BOE00754889-BOE00754929 | | Mirapex Formulary Submission Dossier | |
| TX 505 | BOE00116352 | 07/1997 | First Approval, in USA, for P&U/Boehringer Ingelheim's Mirapex (Market Letter) | |
| TX 506 | BOE00822063-BOE00822083 | | Article: Restless Legs Syndrome by William Ondo, MD | |
| TX 507 | MYL00000093-MYL00000394 | 08/06/05 | Letter to M. Garcia from S. Talton enclosing "technical sections" of ANDA for Pramipexole Dihydrochloride Tablets | |
| TX 508 | BARR027009-BARR027011 | | Barr Labs: ANDA Patent Certification and Exclusivity Statement | |
| TX 509 | MYL0003771-MYL0003801 | 10/26/2005 | Letter from S. Bloodworth to M. Morris re Paragraph IV Notification of U.S. Patent No. 4,886,812 | |
| TX 510 | MYL00000395-MYL00000877 | | Section VII Components and Composition Statement Qualitative Compositions and Pharmaceutical Function of Components Pramipexole Dihydrochloride 2.5% Trituration and Pramipexole Dihydrochloride Tablets 0.125MG, 0.25MG, 1MG and 1.5 MG | |
| TX 511 | BARR026502-BARR026505 | | Barr Labs: ANDA Chemistry, Manufacturing and Controls: Drug Products | |
| TX 512 | | 03/29/07 | Curriculum Vitae of Dr. Mohan Rao | |
| TX 513 | | 2006 | Boehringer Ingelheim 2006 Annual Report | |
| TX 514 | BOE00706138-BOE00706282 | | Cognos Study #75 Parkinson's Disease | |
| TX 515 | BOE00761287- | 9/25/2005 | Pramipexole: Restless Legs Syndrome | |

13

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 516 | BOE00761337 | | Corporate Brand Plan | |
| TX 517 | BOE00846803-BOE00846866 | | Boehringer Ingelheim: Mirapex Competitor War Game Briefing Packet | |
| TX 518 | BOE00881503 | | IMS Health, National Sales Perspective: Retail, Non-Ret, NDTI | |
| TX 519 | BOE00881506 | | IMS Health, National Disease and Therapeutic Index | |
| TX 520 | | 02/09/07 | Letter to Ken Schuler from Jessamyn Berniker re claim terms for construction | |
| TX 521 | | 12/16/85 | English Translation for IV/1985 Quarterly Report BOE00849225-BOE00849236 | |
| TX 522 | | 3/24/2007 | "FDA Announces Voluntary Withdrawal of Pergolide Products," FDA News, New Releases P07-54 | |
| TX 523 | | 2005 | R. Allen, A. Walters, et al., "Restless Legs Syndrome Prevalence and Impact: REST General Population Study," Archives of Internal Medicine, Volume 165, 2005, p. 1286-92 | |
| TX 524 | | | "Restless Legs Syndrome Fact Sheet," National Institute of Neurological Disorders and Stroke: www.ninds.nih.gov | |
| TX 525 | | | "Cancer Facts and Figures 2006," American Cancer Society | |
| TX 526 | | | "All About Diabetes," American Diabetes Association: www.diabetes.org/about-diabetes.jsp | |
| TX 527 | BOE00708678 | | M. Silber, et al. "An Algorithm for the Management of Restless Legs Syndrome," Mayo Clinic Proceedings, Vol. 79(7), 2004, p. 916-922 Statement of Income: Spreadsheet | |
| TX 528 | BARR026065-BARR026068 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Basis for the ANDA Submission | |
| TX 529 | BARR022417-BARR022603 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Chemistry, Manufacturing and Controls: Drug Substance | |
| TX 530 | BARR022131-BARR022287 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Bioavailability/Bioequivalence Summary | |
| TX 531 | BARR027070-BARR027073 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg Amendment for addition of 0.125mg, 0.5 mg, 1 mg, and 1.5 mg strengths | |

14

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 532 | BARR026530-BARR026651 | | Basis for the ANDA Submission<br>Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg<br>Amendment for addition of 0.125 mg, 0.5 mg, 1 mg, and 1.5 mg strengths Bioavailability/Bioequivalence General Information | |
| TX 533 | BARR042894-BARR042946 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg<br>Amendment for addition of 0.125 mg, 0.5 mg, 1 mg, and 1.5 mg strengths Comparison between Last Submitted and Proposed Labeling | |
| TX 534 | BARR045496-BARR045572 | | Barr Laboratories, Inc. Abbreviated New Drug Application Pramipexole Dihydrochloride Tablets, 0.25 mg<br>Comparison between Generic Drug and Reference Listed Drug | |
| TX 535 | MYL0002161-MYL0002175 | | Pramipexole Dihydrochloride Tablets 0.125 mg Side by Side Comparison of the Bottle Label | |
| TX 536 | | 09/29/06 | Letter to Joel Neckers from David Harth re Mylan's interest in litigation | |
| TX 537 | BOE00650147-BOE00650169 | | Article: Prospective Study of Periodic Leg Movements in Prepubertal Children with Sleep Complaints | |
| TX 538 | BOE00673350-BOE00673353 | 02/27/01 | Certified copy of U.S. Patent 6,194,445<br>Oertel, et al.<br>Use of Pramipexole in the Treatment of Restless Legs Syndrome | |
| TX 539 | BOE00673354-BOE00673357 | 12/14/99 | Certified Copy of U.S. Patent 6,001,861<br>Oertel et al.<br>The Use of Pramipexole in the Treatment of Restless Legs Syndrome | |
| TX 540 | BOE00879936-BOE00879938 | 02/20/01 | Certified copy of U.S. Patent 6,191,153<br>Hammer et al.<br>Use of 2-Amino-6-N-Propyl-Amino-4,5,6,7-Tetrahydrobenzothiazole as a pharmaceutical Composition Having an Antidepressant Activity | |
| TX 542 | | 06/15/04 | Certified Copy of U.S. Patent 6,750,235<br>Rosenbaum<br>Pramipexole as a Treatment for Cocaine Craving | |
| TX 543 | | 07/22/97 | Certified copy U.S. Patent 5,650,420<br>Hall et al.<br>Pramipexole as a Neuroprotective Agent | |
| TX 544 | | 10/09/01 | Certified copy of U.S. Patent 6,300,365<br>Holman<br>Use of Dopamine D2/D3 Receptor Agonists to Treat Fibromyalgia | |

15

| TX NO. | BATES | DATE | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| TX 545 | BOE00649690-BOE00649708 | | Presentation: Boehringer Ingelheim Slides on LCM | |
| TX 546 | BOE00001459-BOE00001479 | 10/15/02 | Transition Agreement between Boehringer Ingelheim International GmbH and Pfizer Inc. | |

16

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on March 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Mary B. Matterer
>MORRIS JAMES LLP
>
>Adam Wyatt Poff
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Wilmington, DE 19801 | Adam Wyatt Poff, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Glenn J. Pfadenhauer, Esquire<br>Jessamyn S. Berniker, Esquire<br>Dov P. Grossman, Esquire<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-5901 | Shannon M. Bloodworth, Esquire<br>HELLER EHRMAN LLP<br>1717 Rhode Island Ave., NW<br>Washington, DC 20036 |

David J. Harth, Esquire
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703

/s/ *Maryellen Noreika*
_____
Maryellen Noreika (#3208)