IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

Plaintiffs,

v.

BARR LABORATORIES, INC.

Defendant.

C.A. No. 05-700 (JJF) CONSOLIDATED

BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

Plaintiffs,

v.

MYLAN PHARMACEUTICALS, INC.,

Defendant.

C.A. No. 05-854 (JJF)

**DEFENDANTS' TRIAL EXHIBIT LIST**

OF COUNSEL:
Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Barr Laboratories, Inc.*

OF COUNSEL:
Shannon M. Bloodworth
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000

Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

Dated: March 10, 2008

**BOEHRINGER INGELHEIM INTERNATIONAL GmbH et al. v. BARR LABORATORIES, Inc. et al.**
**DEFENDANTS' TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 1 | 3/15/1988 | Certified Copy of USPN 4,731,374, Griss, deceased, et al., *Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals* | BOE00000033-47 | 1 | |
| 2 | 6/27/1989 | Certified Copy of USPN 4,843,086, Griss, deceased, et al., *Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals* | BOE00000016-32 | 2 | |
| 3 | 12/12/1989 | Certified Copy of USPN 4,886,812, Griss, deceased, et al., *Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals* | BOE0000001-15 | 3 | |
| 4 | 7/3/1986 | German Application DE 3447075 A1 | BOE00003998-4052 | 4 | |
| 5 | 9/18/1986 | German Application DE 3508947 A1 | -- | 5 | |
| 6 | | Laboratory Notebook of Hanfried Baltes | BOE00058521-58620 | 6 | |
| 7 | | Laboratory Notebook of Rosemary Kurz | BOE00001102-1201 | 7 | |
| 8 | | Laboratory Notebook of Michael Lavall | BOE00061964-62067 | 8 | |
| 11 | 11/30/1983 – 2/21/1984 | Excerpt from Laboratory Notebook of Bennett Laguzza | LLY 40-44 | 11 | |
| 12 | | Illustration of Dipropyl Compound | -- | 12 | |
| 13 | 12/13/1983 | Graph of Mass Spectrometry Report | LLY 4 | 13 | |
| 14 | 1/5/1984 | Excerpt of Laboratory Notebook of Richard Hahn | LLY 7-9 | 14 | |
| 15 | 12/23/1983 | Results of Prolactin Inhibition Test Conducted by E. Barry Smalstig | LLY 6 | 15 | |
| 16 | 1/24/1984 | Results of Rat-Turning Test Conducted by E. Barry Smalstig | LLY 5 | 16 | |
| 17 | 6/29/2006 | 30(b)(6) Subpoena of Eli Lilly & Co. | -- | 17 | |
| 18 | 6/24/1985 | U.S. Patent Application 747,748 | BARR027389-414 | 18 | |
| 19 | | Chart Showing Tests Conducted at Eli Lilly & Co. | LLY 39 | 19 | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 21 | 6/20/1986 | Republic of South Africa Patent Application 864,626 | BARR027291-315 | 21 | |
| 22 | 6/20/1986 | European Patent Application 0 207 696 A1 | BARR027263-288 | 22 | |
| 23 | 1/8/1987 | Australia Patent Application AU-A-59195/86 | BARR027348-374 | 23 | |
| 24 | 1/6/1987 | Japan Patent Application 61-147991 | BARR027415-423 | 24 | |
| 25 | 6/1/2006 | Japan Patent Application 61-147991 (Translation) | BARR045456-470 | 25 | |
| 26 | 4/27/1987 | *Chemical Abstracts*, Vol. 106, No. 17. | BARR029174-175 | 26 | |
| 27 | 2/20/1984 | Excerpt from Laboratory Notebook of Bennett Laguzza | LLY 53 | 27 | |
| 30 | 9/7/1983 – 11/20/1985 | Laboratory Notebook of William Turner | LLY 45-48 | 30 | |
| 31 | | Illustration of Dimethyl Compound with R1 and R2 as Hydrogen | -- | 31 | |
| 32 | | Illustration of Dimethyl Compound with R1 as Hydrogen and R2 as Methyl | -- | 32 | |
| 46 | 12/19/1985 | Certified Copy of the File History of USPN 4,731,374, Griss, deceased, et al., *Tetrahydro-Benzthiazoles, The Preparation Thereof And Their Use As Intermediate Products Or As Pharmaceuticals* | BARR000065-427 | 46 | |
| 51 | 2001 | *The Merck Index* (Maryadele J. O'Neil et al. eds., 13th ed. 2001) | BARR022107-110 | 51 | |
| 53 | 2/26/1985 | Translation of German Application DE 3447075 A1, for filing with Australia Application 51544/85 | BARR028267-324 | 53 | |
| 88 | 7/2/1988 | Foreign Filing Text for 5/920 and 1/737 | BARR027709-71 | 88 | |
| 95 | 5/10/1988 | Letter from Drs. Fleischer and Milnes to European Patent Office Objecting to European Application 0 207 696 A1 because of European Patent Application 0 186 087 A1 | BOE00848610 | 95 | |
| 99 | 10/12/1988 | Certified Copy of the File History of U.S. Patent Application 256,671 | BARR000615-925 | 99 | |
| 100 | | Boehringer Ingelheim's Privilege Log | -- | 100 | |
| 106 | 1/25/1993 | Boehringer Ingelheim Product Development Plan for Pramipexole | BOE00037394-531 | 106 | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 112 | 9/15/2006 | Barr's 30(b)(6) Deposition Notice to Boehringer Ingelheim | -- | 112 | |
| 119 | 4/13/1987 | Summary of 4/6/1987 Development Team Meeting Signed by Juergen Kauffmann | BOE00131525-29 | 119 | |
| 121 | 5/18/1988 | Project Status Report for SND 919 | BOE00033115 | 121 | |
| 122 | 8/5/1988 | Project Status Report for SND 919 | BOE00033114 | 122 | |
| 127 | 9/29/1988 | SND 919 Quarterly Development Report | BOE00033352-54 | 127 | |
| 130 | 11/23/1987 | Draft of a Concept of Development for SND 919 | BOE00131033-99 | 130 | |
| 133 | 12/15/1988 | Records from Presentation of Dr. Herschel During PSK Meeting | BOE00131824-40 | 133 | |
| 134 | 5/9/1988 | Memo re: Patent Situation for SND 919 CL 2 Y | BOE00136612-13 | 134 | |
| 235 | 9/15/2006 | Barr's 30(b)(6) Deposition Notice to Boehringer Ingelheim | -- | 235 | |
| 252 | 6/26/1990 | File History for European Patent Application 0 186 087 | BARR027685-972 | 252 | |
| 253 | 12/16/1985 | European Patent Application 0 186 087 | -- | 253 | |
| 257 | 11/1/2006 | Letter from Amanda Hollis to Dov Grossman re: 30(b)(6) witnesses for Boehringer | -- | 257 | |
| 286 | 6/27/1989 | Certified Copy of the File History of USPN 4,843,086, Griss, deceased, et al., *Tetrahydro-Benzthiazoles, The Preparation Thereof And Their Use As Intermediate Products Or As Pharmaceuticals* | BARR000428- 614 | 286 | |
| 305 | 2/2007 | Table of Contents along with Presentation Titled "Performance Metrics – Overview by Diagnoses" | BOE00881507 | 305 | |
| 306 | | IMS Sales Data 6/2001 – 12/2006 | BOE00881503 | 306 | |
| 310 | 2001 | National Disease and Therapeutics Index from IMS Health | BARR209593 (CD) | 310 | |
| 312 | 9/5/2007 | Excerpt from icd9data.com re: Diagnosis Codes for Diseases of the Nervous System | -- | 312 | |
| 320 | 11/1982 | Akpinar, S., *Treatment of Restless Legs Syndrome With Levodopa Plus Benserazide*, Arch. Neurol. 39:739 (1982). | BARR209413–16 | 320 | |
| 322 | 10/12/1982 | N. Bouras and P.K. Bridges, *Bromocriptine in* | BARR209482-86 | 322 | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| | | *Depression*, Current Medical Research and Opinion, Vol. 8, No. 3, 1982 | | | |
| 700 | 9/26/2005 | Complaint (D.I. 1) | -- | | |
| 701 | 10/14/2005 | Amended Complaint (D.I. 7) | -- | | |
| 702 | 3/2/2006 | Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-9) | -- | | |
| 703 | 10/10/2006 | Plaintiffs' Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 10-17) | -- | | |
| 704 | 1/30/2007 | Plaintiffs' Objections and Responses to Defendant's Third Set of Interrogatories (Nos. 18-45) | -- | | |
| 705 | 3/28/2007 | Plaintiffs' Supplemental Objections and Responses to Defendant's Third Set of Interrogatories (Nos. 29 and 40) | -- | | |
| 706 | 4/26/2007 | Plaintiffs' Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 46-48) | -- | | |
| 707 | 9/17/2007 | Plaintiffs' Supplemental Objections and Responses to Defendant's Third Set of Interrogatories (No. 26) | -- | | |
| 708 | 2/14/2006 | Plaintiffs' Initial Disclosures | -- | | |
| 709 | 8/14/2006 | Plaintiffs' Objections and Responses to Defendant's First Requests for Admission (Nos. 1-2) | -- | | |
| 710 | 7/13/2007 | Plaintiffs' Objections and Responses to Defendant's Second Requests for Admission (Nos. 3-225) | -- | | |
| 711 | 10/20/2006 | Boehringer's Supplemental Privilege Log | -- | | |
| 712 | 1/3/2007 | Letter from Joel Neckers to Jessamyn Berniker and Bloodworth re Proposed Construction of Claim Terms from the '812 Patent | -- | | |
| 713 | 5/18/1988 | Translation of Exhibit 121 | -- | | |
| 714 | 5/18/1988 | Translation of Exhibit 122 | -- | | |
| 715 | 5/9/1988 | Translation of Exhibit 134 | -- | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 716 | 3/28/2007 | CV of Dale H. Hoscheit, Esq. | -- | | |
| 717 | 7/9/2007 | CV of Richard B. Mailman, Ph.D. | -- | | |
| 718 | 3/13/1985 | Translation of Exhibit 5 – German Application DE 3508497 A1 | BARR209351-403 | | |
| 719 | 7/22/2005 | Sections of Mylan's ANDA | MYL00000878-1377 | | |
| 720 | 3/28/2007 | CV of Eric V. Anslyn, Ph.D. | -- | | |
| 721 | 5/10/1988 | Translation of Exhibit 95 | BARR209408-09 | | |
| 722 | 1/25/1996 | Chemistry Development Report for SND 919 CL 2 Y | BOE00075129-62 | | |
| 723 | 5/5/1978 | Tamminga, et al., Schizophrenic Symptoms Improve with Apomorphine, *Science*, 200:567-68 (1978) | -- | | |
| 724 | 2006 | *The Merck Index*, (Maryadele J. O'Neil et al. eds., 14th ed. 2006) at 7707 | BARR209410-12 | | |
| 725 | 12/1982 | Fuller, et al., Degree of Selectivity of Pergolide as an Agonist Versus Postsynaptic Dopamine Receptors: Implications for Prevention or Treatment of Tardive Dyskinesia, *J. Clinical Psychopharmacology*, Vol. 2 No. 6 (1982) | -- | | |
| 726 | 6/17/1967 | Strang, R.R., The Symptoms of Restless Legs, *Med. J. of Australia*, 1211-13 (June 17, 1967) | -- | | |
| 727 | 2005 | Fahn, et al., Does Levodopa Slow or Hasten the Rate of Progression of Parkinson's Disease?, *J. Neurol.* 252 [Suppl 4]: IV/37-IV/42 | BARR209417-22 | | |
| 728 | 2007 | Chan, et al., Levodopa Slows Progression of Parkinson's Disease. External Validation by Clinical Trial Stimulation, *Pharm. Res.*, 24:791-802 (2007) | BARR209423-34 | | |
| 729 | 1998 | Beal et al., Coenzyme $Q_{10}$ Attenuates the 1-methyl1-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) Induced Loss of Striatal Dopamine and Dopaminergic Axons in Aged Mice, *Brain Res.*, 783:109-114 (1998) | BARR209435-40 | | |
| 730 | 2007 | Storch et al., Randomized, Double-Blind, Placebo-Controlled Trial on Symptomatic | BARR209441-47 | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| | | Effects of Coenzyme $Q_{10}$ in Parkinson Disease, *Arch. Neurol.* 64:E1-E6 (2007) | | | |
| 731 | 2006 | Williams, J.M. and Galli, A. (2006) The Dopamine Transporter: A Vigilant Border Control for Psychostimulant Action. *Handb. Exp. Pharmacol.* 175:215-32. | BARR209448-65 | | |
| 732 | 2007 | Abeles et al., Narrative Review: The Pathophysiology of Fibromyalgia, *Ann. Intern. Med.* 146:726-734 (2007) | BARR209466-75 | | |
| 733 | 2006 | Clayton, A.H. and West, S.G. (2006) Combination Therapy in Fibromyalgia. *Curr. Pharm. Design.* 12:11-16. | BARR209476-81 | | |
| 734 | 1982 | Theohar et al., A Comparative, Multicenter Trial Between Bromocriptine and Amiriptyline in the Treatment of Endogenous Depression, *Azrneimittelforschung*. 32:783-787 | BARR209487-93 | | |
| 735 | 1983 | Jouvent et al., Antiparkinsonian and Antidepressant Effects of High Doses of Bromocriptine, *J. Affect. Disord.* 5:141-145 (1983) | BARR209494-500 | | |
| 736 | 11/2007 | Happe et al., *Treatment of Idiopathic Restless Legs Syndrome (RLS) with Gabapentin*, Neurology 2001;57:1717-1719 | BARR209587-589 | | |
| 737 | 1998 | Winkelman et al., *Treatment of Restless Leg Syndrome with Pergolide – An Open Clinical Trial*, Movement Disorders Vol. 13, No. 3, 1998, pp. 566-567 | BARR209590-593 | | |
| 738 | 5/25/2005 | Allen, *An Introduction to Restless Leg Syndrome*, Medscape Neurology & Neurosurgery 2005; 7(1) | BARR209594-598 | | |
| 739 | 10/18/2005 | Mirapex RLS 2006 Business Plan | BOE00677589-7614 | | |
| 740 | 4/5/2004 | Direct Promotion Summary: 2004-2009, BIPI Prescription Medicine – Branded, April 5, 2004 | BOE00699110 | | |
| 741 | | Pramipexole-Restless Leg Syndrome, Project Cost Estimate, Years 1998 through 2001 | BOE00700258 | | |
| 742 | | Pramipexole-Restless Leg Syndrome, Project Cost Estimate, Years 1998 through 2001 | BOE00700265-70 | | |
| 743 | | Roy Weinstein Workpapers | BARR209585 | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 744 | | Roy Weinstein Workpapers | BARR209586 | | |
| 745 | 2007 | National Disease and Therapeutic Index Diagnosis Vol. 1, 1Q 2007 | BARR209506-546 | | |
| 746 | 2007 | National Disease and Therapeutic Index Drug Vol. 1, 1Q 2007 | BARR209547-584 | | |
| 747 | | 2006 Boehringer Annual Report | -- | | |
| 748 | 5/5/2005 | GSK Press Release May 5, 2005 | BARR209501-02 | | |
| 749 | 11/10/2006 | Boehringer Ingelheim Press Release November 10, 2006 | BARR209503-05 | | |
| 750 | | David, J. and Stewart, M.B. "Commercial Success: Economic Principles Applied to Patent Litigation," Economic Damages in Intellectual Property, John Wiley & Sons, 2006 | -- | | |
| 751 | 8/2005 | Mylan's Proposed Product Labeling Information | MYL0002111-49 | | |
| 752 | | Mylan's Proposed Label | MYL0003931-84 | | |
| 753 | 2/2/2006 | Mirapex Label | BARR000926-47 | | |
| 754 | 8/2006 | Barr's Revised Proposed Label | BARR208788-806 | | |
| 755 | | Mylan's Proposed Label Insert | MYL00002176R-212R | | |
| 756 | | IMS Data (Anti-Parkinson's) 1997 - 2005 | BARR209585 | | |
| 757 | | IMS Data (Anti-Parkinson's) 6/2001 - 5/2007 | BARR209586 | | |
| 758 | | IMS Data (L-Dopa) 1997 - 2001 | BARR209587 | | |
| 759 | | IMS Data (L-Dopa) 2001 - 2007 | BARR209588 | | |
| 760 | | IMS Data (Anti-Parkinson's) 1997 - 2005 | BARR209589 | | |
| 761 | | IMS Data (L-Dopa Sales Perspective) 1997 – 2001 | BARR209590 | | |
| 762 | | IMS Data (Anti-Parkinson's Sales Perspective) 1997 - 2005 | BARR209591 | | |
| 763 | | IMS Data (L-Dopa Sales Perspective) 2001 – 2007 | BARR209592 | | |
| 764 | | IMS Data (NDTI) 2001 | BARR209593 | | |
| 765 | | IMS Data (NDTI) 2002 - 2007 | BARR209594 | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BATES RANGE | DEPOSITION EXHIBIT NO. | ADMITTED |
|---|---|---|---|---|---|
| 766 | 9/6/1985 | Memorandum re SND 919 CL 2 Y | BOE00132270-71 | | |
| 767 | | English Translation of Exhibit 766 | BOE00881956-57 | | |
| 768 | 2007 | Excerpt from icd9data.com re: Diagnosis 332 | -- | | |
| 769 | 2007 | Excerpt from icd9data.com re: Diagnosis 296 | -- | | |
| 770 | 2007 | Excerpt from icd9data.com re: Diagnosis 311 | -- | | |
| 771 | 2007 | Excerpt from icd9data.com re: Diagnosis 729 | -- | | |
| 772 | 2007 | Excerpt from icd9data.com re: Diagnosis 314 | -- | | |
| 773 | 7/18/2007 | CV of Roy Weinstein | -- | | |
| 774 | 7/18/2007 | Exhibit 3 to Weinstein's Report | -- | | |
| 775 | 7/18/2007 | Exhibit 4 to Weinstein's Report | -- | | |
| 776 | 7/18/2007 | Exhibit 5 to Weinstein's Report | -- | | |
| 777 | 7/18/2007 | Exhibit 6 to Weinstein's Report | -- | | |
| 778 | 7/18/2007 | Exhibit 7 to Weinstein's Report | -- | | |
| 779 | 7/18/2007 | Exhibit 8 to Weinstein's Report | -- | | |
| 780 | 7/18/2007 | Exhibit 9 to Weinstein's Report | -- | | |
| 781 | 11/13/2006 | Barr's Amended Answer and Counterclaims (D.I. 107) | -- | | |
| 782 | 1/4/2006 | Mylan's Answer and Counterclaims (D.I. 6) | -- | | |

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire hereby certify that on March 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

I further certify that on March 10, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*