IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(JJF) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(JJF) |

### [PROPOSED] STIPULATED POST-TRIAL BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED between Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Plaintiffs"), by their undersigned counsel, Barr Laboratories, Inc. ("Barr"), by its undersigned counsel, and Mylan Pharmaceuticals, Inc. ("Mylan"), by its undersigned counsel (Barr and Mylan hereinafter are collectively referred to as "Defendants"), that:

The schedule and page limits for post-trial briefing in this case shall be as follows:

1. Plaintiffs' and Defendants' Opening Briefs on the issues of infringement and invalidity, and Proposed Findings of Fact & Conclusions of Law on the issues of

infringement and invalidity, shall be due on April 18, 2008. Opening Briefs shall not exceed 40 pages, exclusive of the cover page, table of contents, and table of citations. Proposed Findings of Fact & Conclusions of Law shall not exceed ___ **[25 (Defendants' proposal)] [40 (Plaintiffs' proposal)]** pages.

2. Plaintiffs' and Defendants' Opening Briefs on evidentiary issues shall be due on April 18, 2008. The briefs shall not exceed ___ **[10 (Defendants' proposal)] [20 (Plaintiffs' proposal)]** pages.

3. Plaintiffs' and Defendants' Responsive Briefs on the issues of infringement and invalidity, and Responsive Proposed Findings of Fact & Conclusions of Law on the issues of infringement and invalidity, shall be due on May 7, 2008. Responsive Briefs shall not exceed ___ **[20 (Defendants' Proposal)] [40 (Plaintiffs' proposal)]** pages, exclusive of the cover page, table of contents, and table of citations. Responsive Proposed Findings of Fact & Conclusions of Law shall not exceed ___ **[5 (Defendants' proposal)] [40 (Plaintiffs' proposal)]** pages.

4. Plaintiffs' and Defendants' Responsive Briefs on evidentiary issues shall be due on May 7, 2008. The briefs shall not exceed ___ **[10 (Defendants' proposal)] [20 (Plaintiffs' proposal)]** pages.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam Wyatt Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>*Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Mary B. Matterer (#2696)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6960
*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

So ordered this _____ day of April, 2008

_____
United States District Judge