# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6672
DIRECT FAX:   302-576-3301
jingersoll@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 3, 2008

**BY CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Boehringer Ingelheim International, GmbH, et al. v.*
      *Barr Laboratories, Inc., et al.*, Civil Action No. 05-700-JJF

Dear Judge Farnan:

  Counsel in the above-referenced matter have agreed to the format and timing for the post-trial submissions as set forth in the enclosed stipulation, but we have been unable to agree on the maximum length for some of the documents. We write to request the Court's guidance on this issue. The parties' respective proposals are set forth in the attached stipulation, and a brief explanation of each side's position is set forth below.

  The parties' respective proposals are as follows:

|  | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Opening Briefs on Infringement and Invalidity | 40 pages | 40 pages |
| Proposed Findings of Fact and Conclusions of Law on Infringement and Invalidity | 40 pages | 25 pages |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
April 3, 2008
Page 2

| | | |
|---|---|---|
| Opening Briefs on Evidentiary Issues | 20 pages | 10 pages |
| Responsive Briefs on Infringement and Invalidity | 40 pages | 20 pages |
| Responsive Findings of Fact and Conclusions of Law on Infringement and Invalidity | 40 pages | 5 pages |
| Responsive Briefs on Evidentiary Issues | 20 pages | 10 pages |

Plaintiffs propose that the local rule page limits for post-trial submissions be followed, except that they have agreed to cut in half the length of the evidentiary briefs. Barr and Mylan, however, seek to shorten the length of all post-trial submissions except for one. For example, they propose that Findings of Facts and Conclusions of Law be limited to 25 pages (plus an additional 5 pages in response), even though they used 30 pages for their statements of issues of fact and law to be litigated in the Pretrial Order. The briefing here will involve both infringement and validity of the claims of the '812 patent. It is defendants who insist that infringement of claims 5, 9 and 10 must be briefed, even though they had earlier conceded infringement of those claims and they put on no non-infringement evidence at trial. There is no reason that plaintiffs should have less than the full page limits permitted by the local rules to present these issues, and to respond to whatever Barr and Mylan raise, especially in a case where hundreds of millions of dollars are at issue.

Defendants have proposed shorter limits for post-trial briefing to assist the Court in resolving this matter expeditiously, which is consistent with the Court's statements at the end of trial that it would like to issue a decision relatively quickly. Defendants also do not believe the lengthy post-trial briefing suggested by Plaintiffs is necessary, particularly given that (a) the trial took less than three full days, and (b) the primary issues in the case are legal questions for the Court. Moreover, Defendants believe that shorter page limits are appropriate for the second set of briefs. The parties are addressing both infringement and invalidity in the Opening Briefs, and therefore the second round is properly limited to responding to issues raised in the first round rather than the introduction of new issues. Finally, Defendants submit that the page limits set forth in the Local Rules do not apply here, since the Rules do not concern either the proposed type of schedule (two rounds of simultaneous briefing), or the proposed briefing format (separate findings of fact and conclusions of law, and separate briefing on evidentiary issues).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
April 3, 2008
Page 3

      We appreciate the Court's assistance with this matter.

                                        Respectfully submitted,

                                        Josy W. Ingersoll (No. 1088)

JWI:cg
Enclosure

cc:    Clerk of Court (By CM/ECF)
       Jack B. Blumenfeld, Esquire (By E-filing and Hand Delivery)
       Mary Matterer, Esquire (By E-filing and Hand Delivery)
       Glenn J. Pfadenhauer, Esquire (By E-mail)
       Steven C. Cherny, Esquire (By E-mail)
       John W. Shaw, Esquire (By E-mail)