IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(JJF) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(JJF) |

## STIPULATION AND ORDER

WHEREAS the parties have stipulated that responsive post-trial submissions are due May 7, 2008 (D.I. 209);

WHEREAS counsel for Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively "Boehringer") has a hearing in another matter scheduled for May 7, 2008; and

WHEREAS counsel for Boehringer has requested that Defendants Barr Laboratories, Inc. and Mylan Pharmaceuticals, Inc. stipulate to a one-week extension of the

deadline for responsive post-trial briefing so that counsel for Boehringer may prepare for the May 7 hearing;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for responsive post-trial submissions is extended until May 14, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam Wyatt Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>apoff@ycst.com<br>kkeller@ycst.com<br><br>*Attorneys for Defendant Barr Laboratories, Inc.* |

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

SO ORDERED this _____ day of April, 2008.

_____
The Honorable Joseph J. Farnan