**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL ) <br> GMBH and BOEHRINGER INGELHEIM ) <br> PHARMACEUTICAL, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARR LABORATORIES, INC., ) <br> ) <br> Defendant, ) <br> ) | Civil Action No. 05-0700 (***) |
| BOEHRINGER INGELHEIM INTERNATIONAL ) <br> GMBH and BOEHRINGER INGELHEIM ) <br> PHARMACEUTICAL, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MYLAN PHARMACEUTICALS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 05-0854 (***) <br><br> **<u>Highly Confidential</u>** |

## <u>EXPERT REPORT OF DR. C. WARREN OLANOW</u>

1.     I, Dr. C. Warren Olanow, expect to testify as an expert witness in this case on

behalf of Boehringer Ingelheim International GMBH and Boehringer Ingelheim

Pharmaceuticals, Inc. (collectively "Boehringer"). This report describes my expected affirmative

testimony. I reserve the right to supplement it in response to the Defendants' expert reports and

as additional relevant information becomes available to me.

## I.     PROFESSIONAL AND EDUCATIONAL BACKGROUND

2.     I received an M.D. degree from the University of Toronto, trained in Neurology at

the Neurological Institute at Columbia University, and did post graduate studies in neuroanatomy

at Columbia University. I am currently the Henry P. and Georgette Goldschmidt Professor and

Chairman of the Department of Neurology, Professor in the Department of Neuroscience at the

Mount Sinai School of Medicine in New York and Chief of the Neurology Service at Mount

Sinai Medical Center (collectively known as "Mount Sinai").

3.    I am responsible for all neurological care, neurological research and neurological

education at Mount Sinai.

4.    Prior to my present position I was on the faculty of McGill University, Duke

University and the University of Southern Florida where I saw patients, did research, and taught

undergraduate and graduate students.

5.    My research and clinical interests have primarily focused on the cause and

development of new therapies for Parkinson's disease and other movement disorders. I have

published more than 270 peer reviewed articles, 65 book chapters, and served as editor for more

than 20 books/monographs in this field.

6.    I have been President of the Movement Disorder Society, the largest international

organization for physicians and scientists who study and treat Parkinson's disease and other

movement disorders. I have also been President of the International Society of Motor

Disturbances, and Treasurer of the American Neurological Association. I currently serve on the

scientific boards of numerous organizations including the Michael J. Fox Foundation, the World

Federation of Neurology Research Committee on parkinsonism and related disorders, and the

National Space Biomedical Research Institute.

7.    I have been appointed to the medical/scientific advisory boards of dozens of

pharmaceutical and biotech companies. I have served as a consultant to the National Institutes of

2

Health ("NIH") and the Food and Drug Administration ("FDA"), and testified before congress on issues related to Parkinson's disease.

8.    I have served on the editorial boards of several professional journals including *Movement Disorders* and *Parkinsonism and related disorders*, the two largest journals in the field of Parkinson's disease and movement disorders.

9.    I have received numerous professional honors and awards for my work, including having served as guest professor and delivering named lectureships at many universities throughout the United States and the world. I have been named in Best Doctors in America and Best Doctors in New York, am an honorary member of the French Neurological Society, and an honorary Professor at the University of London (Royal Free Hospital). I was recently named the most cited Parkinson's disease researcher in the United States in the past decade.

10.    My curriculum vitae, which sets forth my professional activities, publications, and invited presentations and awards is provided as Exhibit A to this report.

11.    A list of cases in which I have testified over the last five years by deposition or in trial is included in Exhibit B to this report. I am being compensated for my work in connection with this case at my standard consulting rate of $750 per hour. My compensation is in no way dependent on the outcome of the case or any opinions expressed in the case.

## II.    BACKGROUND OF THE CASE

12.    I understand that Boehringer is the owner of U.S. Patent No. 4,866,812 (which I will refer to as "the '812 Patent" or "the patent-in-suit") and U.S. Patent No. 4,843,086 (which I will refer to as "the '086 Patent"), and that the FDA approved a new drug application for pramipexole (MIRAPEX®) in 1997 for the treatment of the signs and symptoms of idiopathic Parkinson's disease.

3

13.    I further understand that Barr Laboratories, Inc. ("Barr") and Mylan
Pharmaceuticals, Inc. ("Mylan") have each filed an Abbreviated New Drug Application
("ANDA") seeking approval from the FDA to market a generic equivalent to Mirapex® prior to
the expiration of the '812 Patent. I understand that Boehringer brought this suit against Barr and
Mylan because Boehringer believes that Barr and Mylan's proposed generic versions of
MIRAPEX® will infringe upon Boehringer's '812 patent. I further understand that Barr and
Mylan have asserted that the claims of the '812 Patent are invalid.

14.    The purpose of my report is to apply my technical background and expertise to
assist the parties and the Court with respect to allegations related to the validity of the '812
Patent. I am also prepared to provide a tutorial concerning Parkinson's disease and the various
treatments available for Parkinson's disease if requested by the Court.

15.    Boehringer's counsel has informed me that Barr and Mylan have asserted as a
defense that the claims of the '812 Patent are invalid due to double patenting over certain claims
of the '086 patent. I understand that the double patenting defense centers on claims 9, 19, 29 and
39 of the '086 patent, which variously claim methods of using "2-Amino-6-n-propylamino-
4,5,6,7-tetrahydro-benzthiazole" (which I understand is the active substance in MIRAPEX®). I
understand that these claim methods of use for "lowering the blood pressure of a host" (claim 9),
"lowering the heart rate of a host" (claim 19), "treating Parkinsonism or Parkinson's disease"
(claim 29), and "treating schizophrenia" (claim 39).

16.    I do not express any opinion as to the ultimate merits of this double patenting
issue, since I understand that it is a legal question for the Court. However, I have been asked to
apply my experience, education, and expertise to the question of whether certain uses for which
MIRAPEX® is currently prescribed by physicians would have been expected, or predictable,

from the claims of the '086 patent mentioned above. I have also been asked to provide opinions on whether these additional uses of MIRAPEX® meet long-felt but unmet needs that were not satisfactorily addressed by therapeutic agents available at that time.

## IV.    TREATMENT OF PARKINSON'S DISEASE

17.    Parkinson's disease (PD) is the second most common age-related neurodegenerative disorder. It affects approximately 1,000,000 persons in the United States, and there are an estimated 60,000 new cases per year. Each person has a 1-2% lifetime risk of developing this disorder.

18.    PD is characterized clinically by rest tremor, rigidity or stiffness, bradykinesia or slowness, and gait dysfunction with postural instability (the cardinal features). PD patients may also suffer from small handwriting, masked facies with decreased eye blinking, soft voice, autonomic disturbances, sleep disorders, depression and dementia.

19.    Pathologically, the hallmark features of PD include a loss of the dopamine producing nerve cells in a specific region of the brain called the substantia nigra pars compacta (SNc), a reduction in dopamine levels in another brain region called the striatum where SNc nerve cells project, and protein inclusions within remaining nerve cells known as Lewy bodies. Pathology may also be seen in specific non-dopaminergic regions throughout the brain, spinal cord and peripheral autonomic nervous system.

20.    Dopamine deficiency is the biochemical hallmark of PD and was first recognized in the early 1960s[1]. Modern therapy for PD is primarily based on a dopamine replacement

---

[1] Ehringer H, Hornykiewicz O. Distribution of noradrenaline and dopamine (3-hydroxytyramine) in the human brain and their behavior in diseases of the extrapyramidal system. Klin Wochenschr. 1960;38:1236-1239.

strategy[2]. Dopamine itself does not work because it does not cross the blood brain barrier and enter the brain. Levodopa is a pro-drug which can enter the brain and then be converted to dopamine. In 1967, levodopa was demonstrated to provide dramatic benefit to PD patients and thereafter became the standard therapy for this disorder[3]. Indeed, levodopa remains the most effective symptomatic treatment for PD through to the present day and the "gold standard" against which other therapies must be compared.

21.    Acute levodopa administration is associated with nausea and vomiting in a significant number of individuals. This occurs because some levodopa is converted to dopamine in the periphery with activation of brain dopamine receptors in the nausea and vomiting center of the brain that are not protected by a blood brain barrier. To counteract this, levodopa is routinely administered in combination with a peripheral decarboxylase inhibitor to prevent the conversion of levodopa to dopamine in the periphery (marketed as Sinemet® and Madopar®). This formulation of levodopa is the one that is currently most widely employed.

22.    After several years of use, it became apparent that levodopa treatment has important limitations. Chronic levodopa therapy results in the development of motor complications in the majority of PD patients. These consist of a shortening of the duration of the beneficial response following a dose of levodopa (known as the "wearing off" effect) and involuntary movements (known as dyskinesia). Thus, after several years of levodopa treatment many patients cycle between "off" periods where they do not respond to the drug and have disability because of severe parkinsonism and "on" periods where they do respond to the drug but have disability because of wild flailing involuntary movements. Further, new features begin

---

[2] Olanow CW. The Scientific Basis for the Current Treatment of Parkinson's Disease. Annu. Rev. Med. 2004;55:41-60.

[3] Cotzias GC, Van Woert MH, Schiffer LM. Aromatic amino acids and modification of parkinsonism. New Engl. J. Med. 1967;276:374-379.

6

to emerge that are not satisfactorily controlled with levodopa such as sleep disturbances, mood disorders, freezing episodes, falling and dementia. In addition, there is the theoretical possibility that reactive oxygen species derived from the oxidative metabolism of levodopa might accelerate the degeneration of dopamine neurons. Thus, despite the miracle of levodopa, PD patients continued to experience significant disability[4].

## V. TREATMENT OF PARKINSON'S DISEASE WITH DOPAMINE AGONISTS

23.    Dopamine agonists were introduced in the 1970s to try and address some of the limitations of levodopa therapy[5]. Advantages of dopamine agonists in comparison to levodopa include a direct action on dopamine receptors with no need for metabolic conversion to an active product, the capacity to target specific dopamine receptor subtypes, no competition with dietary proteins, and no oxidative metabolites.

24.    The dopamine agonists that were initially employed were ergot alkaloids and used as an add-on to levodopa in patients that were not adequately controlled with levodopa alone. They were demonstrated to have anti-parkinsonian effects, to reduce the time when patients did not respond to levodopa ("off" time), and to reduce dyskinesia largely by reducing the levodopa dose that was required[6].

25.    Dopamine agonists were associated with acute side effects such as nausea, vomiting, and orthostatic hypotension, and chronic side effects such as hallucinations, and swelling of the legs. Further the initial dopamine agonists were also associated with ergot related side effects such as fibrosis, peripheral vascular insufficiency and cardiac valvular damage.

---

[4] Olanow CW, Agid Y, Mizuno Y, et al. Levodopa in the Treatment of Parkinson's Disease: Current Controversies. Movement Disorders. Vol. 19: No. 9, 2004, 997-1005.

[5] Calne DB, Teychenne PF, Claveria LE et al. Bromocriptine in Parkinsonism. Br. Med. J. 1974; 4: 442-444.

[6] Calne DB, Burton K, Beckman J, Martin WR. Dopamine Agonists and Neuroprotection in Parkinson's Disease. Ann. Neurol. 1998;44:S167-74.

## V.     TREATMENT OF PARKINSON'S DISEASE WITH PRAMIPEXOLE

26.     In the 1980s, efforts were made to develop a new dopamine agonist that could provide anti-parkinsonian benefits without ergot related side effects. It was also considered that early treatment with a dopamine agonist might reduce the risk that a patient would develop motor complications such as dyskinesia and wearing off. Pramipexole was developed to address these unmet needs.

27.     Pramipexole is a non-ergot dopamine agonist that is not associated with ergot-related side effects or specifically cardiac valvular damage[7,8,9]. In prospective double blind clinical trials pramipexole has been shown to have antiparkinson effects both as an add-on to levodopa in advanced patients and as monotherapy in early patients[10,11,12,13]. Benefits obtained with pramipexole were shown to be superior to those that could be obtained with older dopamine

---

[7] Mierau J, Schingnitz G. Biochemical and pharmacological studies on pramipexole, a potent and selective dopamine D2 receptor agonist. Eur. J. Pharmacol. 1992;215:161-70.

[8] Piercey MF. Pharmacology of Pramipexole, a Dopamine D3-Preferring Agonist Useful in Treating Parkinson's Disease. Clin. Neuropharmacol. 1998;21:141-51.

[9] Dewey RB 2nd, Reimold SC, O'Suilleabhain PE. Cardiac Valve Regurgitation With Pergolide Compared With Nonergot Agonists in Parkinson Disease. Arch Neurol. 2007;64:377-80.

[10] Parkinson Study Group. Safety and Efficacy of Pramipexole in Early Parkinson Disease. A Randomized Dose-Ranging Study. JAMA. 1997;278:125-30.

[11] Lieberman A, Ranhosky A, Korts D. Clinical evaluation of pramipexole in advanced Parkinson's disease: results of a double-blind, placebo-controlled, parallel-group study. Neurology. 1997;49:162-8.

[12] Pinter MM, Pogarell O, Oertel WH. Efficacy, safety, and tolerance of the non-ergoline dopamine agonist pramipexole in the treatment of advanced Parkinson's disease: a double-blind, placebo-controlled, randomized, multicentre study. J Neurol, Neurosurg, Psychiatry. 1999;66:436-441.

[13] Wermuth L and the Danish Pramipexole Study Group. A double-blind, placebo-controlled, randomized, multi-center study of pramipexole in advanced Parkinson's disease. Eur. J. Neurol. 1998; 5:235-242.

agonists such as bromocriptine[14], and to have a particular benefit with respect to tremor[15]. Importantly, double blind trials demonstrated that initiation of therapy with pramipexole was much less likely to induce dyskinesia or other motor complications than was initiation of therapy with levodopa[16]. These benefits persisted even after the addition of supplemental levodopa to pramipexole-treated patients[17]. For these reasons, pramipexole is routinely prescribed in PD patients by many neurologists and has been the most widely employed dopamine agonist in the United States for the past 10 years.

**Pramipexole as a Putative Neuroprotective Therapy in PD**

28.    PD patients frequently develop disabling features that do not respond to dopaminergic therapies[18]. These include gait disturbances, postural instability, freezing, sleep disorders, autonomic disorders, mood disorders and dementia. Indeed, these non-dopaminergic features are the major sources of disability and nursing home placement for patients with advanced PD[19]. A neuroprotective therapy that slows or stops disease progression and the development of non-dopaminergic features is widely acclaimed to be the most important unmet

---

[14] Guttman M for the International Pramipexole-Bromocriptine Study Group. Double-blind comparison of pramipexole and bromocriptine treatment with placebo in advanced Parkinson's disease. Neurology 1997;49:1060-5.

[15] Kunig G, Pogarell O, Moller JC, Delf M, Oertel WH. Pramipexole, a nonergot dopamine agonist, is effective against rest tremor in intermediate to advanced Parkinson's disease. Clin Neuropharmacol. 1999;22:301-5.

[16] Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: A Randomized Controlled Trial. JAMA. 2000;284:1931-8.

[17] Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease: a 4-Year Randomized Controlled Trial. Arch Neurol. 2004l;61:1044-53.

[18] Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): Treatment guidelines. Neurology 2001; 56:S1-S88.

[19] Hely MA, Morris JG, Reid WG, Trafficante R. Sydney Multicenter Study of Parkinson's Disease: Non-L-Dopa-Responsive Problems Dominate at 15 Years. Mov. Disord. 2005;20:190-9.

medical need in PD. No currently available therapy has as yet been established to have neuroprotective effects in PD[20,21,22].

29.    In the past decade it has been suggested that dopamine agonists such as pramipexole might be neuroprotective and slow the rate of Parkinson's disease progression[23,24,25]. In the laboratory, dopamine agonists and specifically pramipexole have been shown to protect dopamine neurons from a variety of toxins[19,26,27,28,29]. In the clinic, a double blind trial demonstrated that patients randomized to initiate therapy with pramipexole had a slower rate of decline of a biomarker of nigrostriatal dopamine neuronal function than did

[20] Schapira AH, Olanow CW. Neuroprotection in Parkinson Disease: Mysteries, Myths, and Misconceptions. JAMA. 2004;291:358-64.

[21] Suchowersky O, Gronseth G, et al. Practice Parameter: Neuroprotective strategies and alternative therapies for Parkinson disease (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;66:976-82.

[22] Goetz CG, Poewe W, Rascol O, Sampaio C. Evidence-Based Medical Review Update: Pharmacological and Surgical Treatments of Parkinson's Disease: 2001 to 2004. Mov. Disord. 2005;20:523-39.

[23] Schapira AHV, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann. Neurol. 2003;53(suppl 3):149-159.

[24] Olanow CW, Jenner P, Brooks D. Dopamine agonists and neuroprotection in Parkinson's disease. Ann Neurol. 1998 Sep;44(3 Suppl 1):S167-74.

[25] Le Wei-Dong, Jankovic J. Are Dopamine Receptor Agonists Neuroprotective in Parkinson's Disease? Drugs and Aging 2001; 18(6).

[26] Zou L, Jankovic J, Rowe DB, et al. Neuroprotection by pramipexole against dopamine- and levodopa-induced cytotoxicity. Life Sci. 1999;64:1275-85.

[27] Schapira AH. Dopamine agonists and neuroprotection in Parkinson's disease. Eur. J. Neurol. 2002;9 Suppl. 3:7-14.

[28] Iravani MM, Haddon CO, Cooper JM, et al. Pramipexole protects against MPTP toxicity in non-human primates. J. Neurochem. 2006;96:1315-21.

[29] Takata K, Kitamura Y, Kakimura J-I, et al. Increase of Bcl-2 protein in neuronal dendritic processes of cerebral cortex and hippocampus by the antiparkinsonian drugs, talipexole and pramipexole. Brain Research. 2000; 872: 236-241.

patients randomized to therapy with levodopa[30]. These findings are consistent with the possibility that pramipexole may be neuroprotective in PD.

30.    Based on the concept that pramipexole might be neuroprotective, many neurologists initiate pramipexole treatment very early in the course of the disease[21,31]. A definitive determination that pramipexole is neuroprotective in PD would have enormous health care and economic benefits. The notion that pramipexole would be neuroprotective in the treatment of PD was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

31.    Pramipexole remains an important drug in the treatment of PD and is the first anti-parkinsonian drug employed by many physicians, particularly movement disorder specialists. It is noteworthy that there has been and continues to be an intensive effort to develop new dopamine agonists for the treatment of PD. Some have been recently approved for market (e.g. rotigotine – Schwarz Pharma) some are in the early stages of development (e.g. SLV308 - Solvay), and some have been attempted but are no longer being actively pursued (e.g. sumanirole - Pfizer). In addition, numerous other medications have been and continue to be developed for PD (e.g. COMT inhibitors, MAO-B inhibitors, A2A antagonists). Despite this effort, pramipexole continues to be a widely employed drug in the treatment of PD.

**TREATMENT OF UNANTICIPATED CONDITIONS WITH PRAMIPEXOLE**

**VI.    TREATMENT OF RESTLESS LEG SYNDROME WITH PRAMIPEXOLE**

32.    Restless Leg Syndrome (RLS) is a common condition consisting of an urge to involuntarily move the legs and occasionally the arms often accompanied by sensory alterations

---

[30] Parkinson Study Group. Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. JAMA. 2002;287:1653-61.

[31] Schapira AH, Obeso J. Timing of Treatment Initiation in Parkinson's Disease: A Need for Reappraisal? Ann. Neurol. 2006;59:559-62.

and discomfort. RLS is most likely to occur at night but can occur during the day. It typically

occurs when lying down and is often relieved by rising and walking. Because it predominantly

occurs at night it can interfere with sleep and induce excessive daytime sleepiness. The precise

cause is unknown but it can be familial (genetic mutations and has been described) and it can be

seen in association with anemia and iron deficiency[32].

33.     It is estimated that approximately 10% of the US population suffers from RLS

and that it is severe, disabling and necessitates drug treatment in as many as 3,000,000 persons in

the US alone[33].

34.     Therapy for RLS prior to the introduction of dopamine agonists primarily

consisted of antiepileptic drugs, benzodiazepines/hypnotics, levodopa, and opioids. These drugs

were effective in some individuals but were frequently associated with side effects and/or were

poorly tolerated. In addition, patients treated with agents such as levodopa frequently developed

augmentation where after several months the RLS symptoms recurred in a more aggressive

fashion.

35.     Dopamine agonists and specifically pramipexole have now been shown to provide

dramatic improvement in the symptoms of RLS in the large majority of patients. Dramatic

benefits are seen with very low doses and side effects are very rare. Further, augmentation is

very rare and certainly less than with previous therapies such as levodopa[32,33]. As a consequence

dopamine agonists are generally considered to be the standard therapy for patients with RLS and

other agents are reserved for secondary use in those few patients that cannot be satisfactorily

controlled with a dopamine agonist.

---

[32] Chaudhuri KR, Odin P, Olanow CW. Restless Legs Syndrome. Parthenon Publishing,
    London, 2004.

[33] Comella CL. Restless legs syndrome: Treatment with dopaminergic agents. Neurology.
    2002;58(Suppl 1):S87-92.

36.    Numerous studies have demonstrated that pramipexole is a safe and effective

therapy for RLS[34,35,36,37,38]. In one study, pramipexole treatment for 6 weeks resulted in a mean

improvement in RLS scores of 12.3 (+/-0.6) compared with 5.7 (+/-0.9) for placebo (P <

0.0001). Improvement in quality of life and in all secondary endpoints was noted with

pramipexole treatment in comparison to placebo. Other studies have demonstrated that these

benefits persist for long periods of time and that the drug is well tolerated with less augmentation

than is found with levodopa[39,40]. These benefits as well as a reduction in associated periodic limb

movements of sleep have been confirmed in polysomnographic sleep studies[41]. Thus, numerous

prospective double blind, placebo-controlled studies have demonstrated that pramipexole is

superior to placebo, is well tolerated, has minimal side effects, and has little or no augmentation.

[34] Oertel WH, Stiasny-Kolster K, Bergtholdt B, et al. Efficacy of Pramipexole in Restless Legs
    Syndrome: A Six-Week, Multicenter, Randomized, Double-Blind Study (Effect-RLS
    Study). Mov. Disord. 2007;22:213-9.

[35] Winkelman JW, Sethi MD, Kushida CA, et al. Efficacy and safety of pramipexole in restless
    legs syndrome. Neurology. 2006;67:1034-9.

[36] Silber MH, Girish M, Izurieta R. Pramipexole in the Management of Restless Legs Syndrome:
    An Extended Study. Sleep. 2003;26(7):819-21.

[37] Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by
    pramipexole: A double-blind randomized trial. Neurology. 1999;52:938-43.

[38] Lin SC, Kaplan J, Burger CD, Fredrickson PA. Effect of Pramipexole in Treatment of
    Resistant Restless Legs Syndrome. Mayo Clin Proc. 1998;73:497-500.

[39] Montplaisir J, Fantini ML, Desautels A, et al. Long-term treatment with pramipexole in
    restless legs syndrome. Eur. J. Neurol. 2006;13:1306-11.

[40] Winkelman JW, Johnston L. Augmentation and tolerance with long-term pramipexole
    treatment of restless legs syndrome (RLS). Sleep Med. 2004;5(1):9-14.

[41] Partinen M, Hirvonen K, Jama L, et al. Efficacy and safety of pramipexole in idiopathic
    restless legs syndrome: a polysomnographic dose-finding study – the PRELUDE study.
    Sleep Med. 2006;7:407-17.

13

37.    Dopamine agonists are now recommended as first line therapy for the treatment of RLS[32,33,42].

38.    *Based on these studies, in 2006 the FDA and the European regulatory authorities (EMEA) approved pramipexole for the treatment of moderate-to-severe primary Restless Leg Syndrome.*

39.    None of the claims of the '086 patent makes any mention of the use of the active ingredient in MIRAPEX® for purposes of treating RLS. In my opinion, the effectiveness of MIRAPEX® to treat RLS was not predictable to one of ordinary skill in the art from the claims of the '086 patent which claimed methods of use for lowering blood pressure, lowering heart rate, treating the symptoms of Parkinson's disease or treating schizophrenia. The notion that pramipexole would prove to be effective in the treatment of Restless Leg Syndrome was not known or anticipated by persons of ordinary skill in the art (physicians and scientists) at the time of the original invention. I also note the following:

a.    Prior to the advent of dopamine agonists as therapy for RLS, numerous agents have been tried and used in this disorder. This has been an appealing target because of the size of this market (approximately 3,000,000 persons – perhaps 10 times as many as would be candidates for pramipexole in PD). Nonetheless, no agent developed to date has been shown to be superior to dopamine agonists and specifically pramipexole in the management of RLS and these agents are now the first choice of most physicians (see above).

b.    RLS can be a troublesome and profoundly disabling problem for many patients. An effective therapy that was not associated with clinically significant side effects or

---

[42] Vignatelli L, Billiard M, Clarenbach P et al. EFNS guidelines on management of restless legs syndrome and periodic limb movement disorder in sleep. Eur. J. Neurol. 2006;13:1049-1065.

14

augmentation has been an important and longstanding unmet medical need. The advent of

dopamine agonists, and specifically pramipexole, has met this important and longstanding unmet

medical need. ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████ Those statistics

reflect the use of MIRAPEX® to meet the treatment needs of untold numbers of RLS patients for

whom other therapies were presumably inferior.

       40.     Because it recently received FDA approval for RLS, the foregoing statistics likely

do not reflect the full opportunity associated with RLS. Ropinirole, another dopamine agonist

marketed for PD by GSK, was approved by the FDA for the treatment of RLS in May 2005.

Since that time, annual sales were approximately $530 million, representing a 74% increase over

pre-RLS approval sales[44]. ██████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

## VI.    TREATMENT OF FIBROMYALGIA

       41.     Fibromyalgia is a chronic condition of early and middle life that is characterized

by widespread pain in muscles, ligaments and tendons, as well as fatigue and multiple tender

---

[43] BOE00881504 at 6, 249.

[44] GlaxoSmithKline. Feb. 8, 2007 Press Release;
     http://www.gsk.com/investors/reports/gsk_q42006/q42006.pdf.

[45] BOE00881507 at 6.

[46] BOE00881505.

points on the body where even slight pressure causes pain. Fibromyalgia is also known as fibrositis, chronic muscle pain syndrome, psychogenic rheumatism or tension myalgia. Fibromyalgia affects an estimated 2 to 4 percent of Americans according to the National Women's Health Information Center[47] with the majority being young women. The cause of fibromyalgia is unknown.

42.     There is no specific therapy for fibromyalgia. Treatment generally consists of analgesics, anxiolytics, antidepressants, muscle relaxants, anticonvulsants and supportive therapy. Alternative approaches such as acupuncture, massage therapy, osteopathy, and chiropractic care are frequently employed because of the failure of traditional medicines to provide satisfactory benefit for many of these patients.

43.     Recent anecdotal studies have suggested that dopamine agonists and specifically pramipexole may be effective in treating patients with fibromyalgia[48]. These observations were confirmed in a recent double blind controlled study showing that pramipexole was superior to placebo in the treatment of fibromyalgia with respect to measures of pain, fatigue, function, and global status[49]. In this study of 60 patients, pain score decreased by 36% in the pramipexole arm but by only 9% in the placebo arm. Further, 42% of patients receiving pramipexole achieved a 50% or greater decrease in pain compared to 14% in the placebo group. Patients tolerated the medication well and were relatively free of side effects.

---

[47] U.S. Department of Health and Human Services.  Evidence Shows Fibromyalgia Pain Is Real: Experts; http://www.womenshealth.gov/news/english/536333.htm.

[48] Holman AJ. Fibromyalgia and Pramipexole: Promise and Precaution. J. Rheumatol. 2003;30:2733.

[49] Holman AJ, Myers RR. A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. Arthritis & Rheum. 2005;52:2495-2505.

16

44.    If it can be confirmed that pramipexole is a safe and effective treatment for fibromyalgia it would represent an enormous economic opportunity for Boehringer as millions of patients in the United States suffer from this disorder and there are no consistently effective therapies. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ These statistics reflect physicians' decisions to use MIRAPEX® to meet the treatment needs of untold numbers of fibromyalgia patients for whom other therapies presumably failed.

45.    None of the claims of the '086 patent makes any mention of the use of the active ingredient in MIRAPEX® for purposes of treating fibromyalgia. In my opinion, the effectiveness of MIRAPEX® to treat fibromyalgia was not predictable to one in ordinary skill in the art from the claimed methods of use in the '086 patent to lower blood pressure, lower heart rate, treat the symptoms of Parkinson's disease or treat schizophrenia. The notion that pramipexole would be effective in the treatment of fibromyalgia was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

## VII.    TREATMENT OF DEPRESSION

46.    A double blind trial in non-PD patients with depression showed that pramipexole was comparable to fluoxetine, an FDA approved drug that is widely employed in the treatment of depression[51]. Depression is also a common and important problem in PD patients, affecting as

---

[50] BOE00881504 at 6.

[51] Corrigan MH, Denahan AQ, Wright CE, Ragual RJ, Evans DL. Comparison of pramipexole, fluoxetine, and placebo in patients with major depression. Depression and Anxiety. 2000;11(2):58-65.

many as 50% of patients[52]. Anecdotal observations suggested that pramipexole might have antidepressant effects in these patients[18]. Preliminary studies now show that pramipexole is also effective in the treatment of PD depression, and superior to other dopamine agonists[53]. No other anti-parkinsonian drug has been shown to have anti-depressant effects.

47. ████████████████████████████████████████

████████████████████████████████████████

███████████ I am aware of the fact that there are a number of medications on the market specifically indicated for the treatment of depression (Prozac® and Zoloft® are two of them). These statistics reflect physicians' decisions to use MIRAPEX® to meet the treatment needs of untold numbers of patients suffering from depression for whom other therapies presumably failed.

48. None of the claims of the '086 patent makes any mention of a method of using of the active ingredient in MIRAPEX® for purposes of treating depression. In my opinion, the effectiveness of MIRAPEX® to treat depression was not predictable to one of ordinary skill in the art from the claimed methods of use in the '086 patent to lower blood pressure, lower heart rate, treat the symptoms of Parkinson's disease or treat schizophrenia. The notion that pramipexole would be effective in the treatment of depression was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

---

[52] Burn DJ. Beyond the Iron Mask: Towards Better Recognition and Treatment of Depression Associated with Parkinson's Disease. Mov. Disord. 2002;17:445-54.

[53] Rektorova I, Rektor I, Bares M, et al. Pramipexole and pergolide in the treatment of depression in Parkinson's disease: a national multicenter prospective randomized study. Eur. J. Neurol. 2003;10:399-406.

[54] BOE00881504 at 6.

5/18/07
Date

Dr. C. Warren Olanow, M.D.

**EXHIBIT B**

1

1

2            * * * HIGHLY CONFIDENTIAL * * *

3    IN THE UNITED STATES DISTRICT COURT        HIGHLY CONFIDENTIAL

     FOR THE DISTRICT OF DELAWARE

4    ---------------------------------------------x

     BOEHRINGER INGELHEIM INTERNATIONAL

5    GMBH and BOEHRINGER INGELHEIM

     PHARMACEUTICALS, INC.,

6                    Plaintiffs,

7            vs.            No. 05-0700 (KAJ)

8    BARR LABORATORIES, INC.,

                     Defendants.

9    ---------------------------------------------x

     BOEHRINGER INGELHEIM INTERNATIONAL

10   GMBH and BOEHRINGER INGELHEIM

     PHARMACEUTICALS, INC.,

11                   Plaintiffs,

12           vs.            No. 05-0854 (KAJ)

13   MYLAN PHARMACEUTICALS, INC.,

                     Defendant.

14   ---------------------------------------------x

15

16       VIDEOTAPED DEPOSITION of C. WARREN OLANOW,

17   taken in the above-entitled matter before Douglas

18   M. Burke, RPR, CRR, Notary Public of the State of

19   New York, taken at the offices of Latham &

20   Watkins LLP, 885 Third Avenue, New York, New

21   York, on October 2, 2007, commencing at 9:16 a.m.

22

23

24

25

**2**

```
1
2 A P P E A R A N C E S :
3
4
5  LATHAM & WATKINS ALBRIGHT
6  BY:  KENNETH G. SCHULER, ESQ.
7      JOEL S. NECKERS, ESQ.
8  Sears Tower, Suite 5800
9  233 South Wacker Drive
10 Chicago, Illinois  60606-6401
11 Attorneys for Plaintiffs
12
13
14 WILLIAMS & CONNOLLY LLP
15 BY:  JESSAMYN S. BERNIKER, ESQ.
16 725 Twelfth Street, N.W.
17 Washington, D.C.  20005
18 Attorneys for Defendants
19
20
21 A L S O   P R E S E N T :
22
23 PAULA K. WITTMAYER, Ph.D., Boehringer Ingelheim
24 DEVERELL WRITE, Videographer
25
```

**3**

```
1
2      P R O C E E D I N G S
3
4      THE VIDEOGRAPHER:  Good morning.  We're
5  on the record.  Today's date is October 2, 2007.
6  The time on the video monitor is 9:16 a.m.  This
7  is the beginning of tape number 1 in the
8  videotaped deposition of Charles Olanow in the
9  case of Boehringer Ingelheim International GmbH,
10 et al., versus Barr Laboratories, Inc., Case
11 Number 05-0700.  This case is filed in the United
12 States District Court for the District of Delaware.
13 Will counsel please state their appearances.
14      MR. SCHULER:  Ken Schuler on behalf of
15 the plaintiffs.  Along with me is Joel Neckers.
16      MS. BERNIKER:  Jessamyn Berniker for
17 Williams & Connolly on behalf of Barr Laboratories.
18      THE VIDEOGRAPHER:  Will the reporter
19 please swear in the witness.
20
21 C.  W A R R E N  O L A N O W,    called as a
22 witness, having been duly sworn by a Notary
23 Public, was examined and testified as follows:
24 EXAMINATION BY
25 MS. BERNIKER:
```

**4**

```
1      C. Warren Olanow - Highly Confidential
2      Q.   Good morning, Dr. Olanow.  My name is
3  Jessamyn Berniker.  We met a little bit earlier.
4  I represent Barr Laboratories in this litigation.
5  Will you please state your name for the record?
6      A.   Charles Warren Olanow.
7      Q.   And what is your current home address?
8      A.   110 Polly Park Road in Rye, New York.
9      Q.   And what is your current business
10 address?
11     A.   Mount Sinai School of Medicine in New
12 York City.
13     Q.   And I understand you've had your
14 deposition taken before, is that right?
15     A.   I have.
16     Q.   I'm just going to remind you of a few
17 of the key ground rules to make this go smoothly
18 today.  I ask that you please be sure to
19 verbalize your answers because the court reporter
20 can't take down physical nods of the head or
21 otherwise.  You need to answer yes, no or
22 whatever your answer is, do you understand that?
23     A.   I do.
24     Q.   If you don't understand a question that
25 I'm asking, please ask me to clarify it and I
```

**5**

```
1      C. Warren Olanow - Highly Confidential
2  will do so.  Do you understand that?
3      A.   Yes.
4      Q.   Thank you.  And just so that you
5  understand, even if Mr. Schuler objects to a
6  question, you still need to answer it unless he
7  instructs you not to answer the question.  Do you
8  understand that?
9      A.   All right.
10     Q.   And we can take a break at any time
11 today, if you need one.  I just ask that you
12 answer any pending questions before we take a
13 break.
14     A.   Okay.
15     Q.   I'm going to hand you a copy of your
16 report, which probably won't come as a big
17 surprise.  I'm marking this Exhibit 319.
18     (Exhibit 319, Dr. Olanow's report,
19 marked for identification.)
20     Q.   Dr. Olanow, is this a copy of the
21 expert report you submitted in this case?
22     A.   Yes, it is.
23     Q.   If you turn to the tab A to your expert
24 report, is that a copy of your curriculum vitae?
25     A.   It appears to be, yes.
```

2 (Pages 2 to 5)

**6**

1    C. Warren Olanow – Highly Confidential
2    Q.    Is that your most current CV?
3    A.    It's relatively current. It's probably
4 a few months old.
5    Q.    Is there anything on here that you
6 recognize to be missing because of the months
7 that have intervened since the time you submitted
8 it?
9    A.    There are a few extra papers that I've
10 written, a few talks that I've given, things of
11 that sort.
12    Q.    Can you tell me what the subject of the
13 paper is?
14    A.    I don't know that I can remember
15 without seeing a copy of my CV. I think we have
16 another paper actually on dopamine agonists and
17 self-signaling to understand mechanisms of neural
18 protection. We have a paper on gene therapy and
19 whether or not to use regulatable virus that I
20 don't think is on here, a few papers of that sort.
21    Q.    The paper with respect to the dopamine
22 agonists you mentioned, was that published already?
23    A.    No, that's not yet published.
24    Q.    It's about to be published, is that
25 your understanding?

**7**

1    C. Warren Olanow – Highly Confidential
2    A.    I expect, yes.
3    Q.    Where is it going to be published?
4    A.    We sent it to the Journal of Biological
5 Chemistry.
6    Q.    But it hasn't been accepted yet?
7    A.    No.
8    Q.    Can you tell me a little bit more about
9 the conclusions that you draw in that paper?
10    A.    The conclusions we drew in that paper
11 were that the dopamine agonist that we chose to
12 study, which was Ropinorole, provided protection
13 in a cell death model which was caused by
14 hydrogen peroxide by means of activation of the
15 dopamine receptor cross-linking to a trophic
16 receptor on the cell surface, and then activation
17 of PI3 kinase/AKT and GSK3 beta, and we tried to
18 delineate the precise signals that led to either
19 cell death or neural protection in that model.
20    Q.    And was Ropinorole the only compound
21 you tested in that?
22    A.    In that particular paradigm it was, yes.
23    Q.    In addition to that article, do you
24 have any other specific articles that you
25 remember not being on the CV but having submitted

**8**

1    C. Warren Olanow – Highly Confidential
2 or published in the interim period?
3    A.    I just — I'm sure there are others
4 because I usually publish one or so a month, but
5 I just don't remember which ones are the most
6 recent.
7    Q.    I'd like to talk for a minute about
8 your educational background.
9    A.    All right.
10    Q.    Your undergraduate degree from the
11 University of Toronto was in pre-med, is that right?
12    A.    Right, it was a combined pre-med and
13 medical course.
14    Q.    What do you mean by that?
15    A.    That it was an accelerated program, but
16 allowed you to take your undergraduate and
17 graduate in one block.
18    Q.    I see, okay, and with respect to your
19 medical degree, does that have any particular
20 emphasis in terms of specialty?
21    A.    No.
22    Q.    And subsequent to your medical degree
23 is it correct to say that you at that point
24 started focusing on neurology?
25    A.    Yes. I did a general internship and

**9**

1    C. Warren Olanow – Highly Confidential
2 then specialized in neurology.
3    Q.    So starting in about 1967 when you
4 began your residency in neurology you've been
5 working in neurology since then, is that right?
6    A.    That's correct.
7    Q.    And in terms of the positions that you
8 have had in terms of professional positions, in
9 1970 you started at Columbia University in the
10 College of Physicians and Surgeons, is that right?
11    A.    Yes. I was really still a resident,
12 but they give you a faculty title when you're a
13 senior resident.
14    Q.    Okay, so were you practicing at that
15 point?
16    A.    I was still a student.
17    Q.    And then subsequent to that is it
18 correct that the next position that you had was
19 at McGill?
20    A.    That's right.
21    Q.    And your title was lecturer at that point?
22    A.    Yes.
23    Q.    What were your responsibilities as a
24 lecturer at McGill?
25    A.    I taught the neuroscience course at

3 (Pages 6 to 9)

10

1      C. Warren Olanow – Highly Confidential
2   McGill for medical students and I practiced
3   neurology.
4      Q.   And is it true that throughout, I don't
5   want to have to go through each one of your
6   various university experiences, from 1971 when
7   you started at McGill through the present, at the
8   various educational institutions where you were
9   working, were you both teaching and practicing
10  concurrently?
11     A.   Yes. I have practiced, taught
12  and done research my entire career.
13     Q.   What is it that you have taught over
14  the years?
15     A.   Well, primarily neurology and the basic
16  sciences that underlie neurology.
17     Q.   And in terms of your practice is it
18  also —
19     A.   It's primarily neurology and even more
20  specifically movement disorders.
21     Q.   And what do you mean by the term
22  "movement disorders"?
23     A.   Movement disorders are a group of
24  diseases which are associated with alterations in
25  movement, so you have some movements where or

11

1      C. Warren Olanow – Highly Confidential
2   some disorders where patients have difficulty
3   with movement such as Parkinson's disease. You
4   have others where they have excessive movement
5   such as tremor or chorea, and there are a wide
6   constellation of different conditions which are
7   collectively grouped under the term "movement
8   disorders."
9      Q.   Can you tell me what other conditions
10  in addition to tremor and Parkinson's disease you
11  would encompass within the term "movement
12  disorders"?
13     A.   All of the different Parkinsonisms --
14  Huntington's disease, cerebellar ataxias,
15  myoclonus, dystonia, tics, anything that is
16  associated with an abnormal movement.
17     Q.   Okay. And is that also, then, what
18  your research is focused on during this time
19  period?
20     A.   Primarily, yes. My research has to a
21  large degree focused on cell death, why cells die
22  and how to develop neuroprotective therapies that
23  can prevent them from dying. In some of the
24  movement disorders they are known to be
25  degenerative, so therefore understanding why the

12

1      C. Warren Olanow – Highly Confidential
2   cells die is important in hopefully trying to
3   design better therapies, so even though I'm
4   studying cell death, it really is oriented toward
5   movement disorders.
6      Q.   It's generally in the context of
7   movement disorders that you're studying cell death?
8      A.   In my mind, it is.
9      Q.   I see. Is that subject to debate?
10     A.   No, but I might work with scientists,
11  for instance, who only understand fundamental
12  science and have nothing to do with the clinical
13  picture, but when I work in the laboratory I'm
14  trying to solve the problem that is relevant to a
15  clinical picture, so I do more what we now call
16  translational research.
17     Q.   I see. Is this research focus
18  something that you've maintained essentially
19  since the beginning of your career?
20     A.   Pretty much. I mean I do clinical
21  research as well and I do a lot of what are
22  called experimental therapeutics, but everything
23  that is oriented either at the laboratory or
24  clinical end primarily toward movement disorders.
25     Q.   Do you consider fibromyalgia to be a

13

1      C. Warren Olanow – Highly Confidential
2   movement disorder?
3      A.   Not really.
4      Q.   I want to ask you about on page 70 of
5   your CV, which is attached as Exhibit A, you have
6   a section entitled Visiting Professor.
7      A.   Mm-hmm.
8      Q.   And for some of the years that are
9   listed on page 70 and the following pages you
10  list several universities.
11     A.   Mm-hmm.
12     Q.   Were you teaching full courses at each
13  of those universities in that time period?
14     A.   No. Usually I would be invited as a
15  guest to spend a day or two and to give a lecture
16  and to meet with residents and students and
17  faculty.
18     Q.   Okay. So you have encompassed in this
19  list situations where you're teaching, perhaps, a
20  course for a day rather than for an entire
21  semester or quarter?
22     A.   And I notice I only went through 2006,
23  so the last half of that would be missing.
24     Q.   Okay. And so the following section of
25  your CV that starts on page 74 is entitled

4  (Pages 10 to 13)

**14**

1    C. Warren Olanow - Highly Confidential
2  Invited Speaker. I guess I'm wondering what the
3  distinction is between kind of speaking at a
4  course for a day or what you have listed here
5  under Invited Speaker.
6      A.    First of all, that part is pretty
7  incomplete. I used to keep it up to date more
8  when I was younger. I do so many of them now
9  that I sort of lost track, but basically an
10  invited speaker is if someone is having a
11  conference or a meeting, you would be invited —
12  at least this is how I record it. People can do
13  it however they feel. There is no absolute way.
14      But say there is an international
15  meeting or a national meeting, a society meeting,
16  and you are asked to give a talk at that meeting,
17  I would put that under invited, whereas if I was
18  invited to a university, say Yale or Columbia or
19  Penn, and asked to spend a day with them and give
20  their ground rounds and meet with their students,
21  I would put that under visiting professor.
22      Q.    Going back to the visiting professor
23  category, in any of the listed visiting
24  professorships that you have here, were any of
25  them situations where you taught a full course

**15**

1    C. Warren Olanow - Highly Confidential
2  for an entire quarter or section?
3      A.    No.
4      Q.    Those were all, any situation where you
5  might have done that is all listed at the
6  beginning of your resume under —
7      A.    Under — I primarily taught full
8  courses when I was younger. As I got older I
9  didn't have to do that anymore, so I did that a
10  lot when I was at McGill, and now even to this
11  day I still give lectures in a course, but I
12  don't give the full course.
13      Q.    I see, okay. About when did you stop
14  giving the full courses?
15      A.    As soon as I could.
16      Q.    Do you have a recollection of when that
17  was?
18      A.    I taught the course at McGill and I did
19  it a little bit at Duke for the first couple of
20  years I was there, and then after that I really
21  only gave specific lectures in courses.
22      Q.    But I assume you distinguish the
23  university positions from the visiting professor
24  positions based on where you actually had a
25  contractual position with the institution, is

**16**

1    C. Warren Olanow - Highly Confidential
2  that the distinction you draw?
3      A.    It's a term we use. When I use the
4  term "visiting," I don't mean visiting for a
5  month or two months. I usually mean for a day or
6  two, and usually it involves one or at most two
7  lectures.
8      Q.    Okay. Dr. Olanow, what do you consider
9  to be your area of expertise?
10      A.    As I said, primarily movement disorders.
11      Q.    Is there anything beyond that?
12      A.    Well, I'm a doctor. I'm chairman of
13  neurology, so I run the entire neurology
14  department, and I'm responsible for all
15  neurological elements, so I have expertise across
16  the board in neurology, and I'm a physician, so I
17  still practice medicine and have some knowledge
18  in general medicine, and I work in laboratories
19  and have knowledge in relevant areas of
20  neuroscience.
21      Q.    Do you consider yourself to be an
22  expert in general medicine?
23      A.    It depends how you define the word
24  "expert."
25      Q.    How do you define the word "expert"?

**17**

1    C. Warren Olanow - Highly Confidential
2      A.    Why, you're using the word. I need you
3  to tell me what you mean.
4      Q.    I'm wondering in terms of how you
5  understand yourself, do you consider yourself to
6  be an expert?
7      A.    But I'm not sure I can answer the
8  question without knowing what you mean by the
9  word "expert."
10      Q.    Well, I just asked you what you
11  consider your expertise to be.
12      A.    I'm a physician and I can therefore
13  practice medicine. To the extent that you call
14  that an expert, I'm an expert. On the other
15  hand, I have subspecialized in neurology. I do
16  research primarily in movement disorders. In
17  those areas I have focused expertise and special
18  expertise, so I would consider that I have more
19  expertise in movement disorders than I do in
20  general medicine, but I'm still a physician.
21      Q.    I see, okay. I'd like to turn to the
22  section of your CV that discusses peer-reviewed
23  papers for a moment.
24      A.    All right.
25      Q.    That begins on 24. I believe

5  (Pages 14 to 17)

18

1      C. Warren Olanow - Highly Confidential
2   the heading is Peer-Reviewed Communications.
3      What articles are you including under
4   that heading, generally?  I don't mean in terms
5   of the scientific substance.  I just mean what do
6   you mean by the term "peer-reviewed
7   communications"?
8      A.   Generally I mean that they are papers
9   that are published in journals and that have to
10  be approved in order to be published or have to
11  be evaluated in order to be published.  Some are
12  held to different levels of scrutiny compared to
13  others.
14      Some are invited, so that there is not
15  really much question but that they will be
16  accepted.  Some are supplements or monographs
17  where I've been invited to put together the
18  entire group of articles, and I'm actually the
19  editor of the supplement, so I still try to have
20  my own work peer-reviewed, but as editor it's
21  pretty unusual if my own supplement isn't accepted.
22      Generally peer review refers to the
23  fact that other people have had the chance to
24  look at it and to critique it if they feel that
25  there are problems with it and potentially to not

19

1      C. Warren Olanow - Highly Confidential
2   accept it, if they don't think it is worthy of
3   publication.
4      Q.   Are there some articles that you've
5   included on this list, then, that even though
6   they're being published in magazines or journals
7   that are generally peer-reviewed, the particular
8   articles weren't reviewed by more than one person
9   in the field before it was published?
10      A.   I can't tell you how many people
11  review.  You know, it depends on what the editor
12  wants.  I've had some articles where I have had
13  half a dozen reviews and they have asked for an
14  enormous amount of additional information, and
15  it's taken six, eight months to be able to comply
16  with everything and then finally it's approved.
17      I've had others where the editor will
18  write back and say I'll accept it and I'll accept
19  it as it is.  It doesn't have to change, just
20  take it.  I don't really know how they
21  necessarily come to that decision for each paper.
22      Q.   There are articles included on this
23  list that don't summarize original research that
24  you conducted, correct?
25      A.   Well, sure.  Many of the articles I

20

1      C. Warren Olanow - Highly Confidential
2   write are summary articles of the field and much
3   of the work that's been done in the field is not
4   work that I've necessarily done myself.  So some
5   of those articles are very popular.
6      For instance, if you write a how do you
7   treat Parkinson's disease manual, you know, you
8   haven't done every single piece of information,
9   but what I've done in an article like that is
10  reviewed the articles that have been written and
11  try to bring some scholarship or expertise to
12  bear in terms of first what that data shows and
13  then, secondly, how that data should be or could
14  be interpreted and used in practice.
15      Q.   Are those articles typically reviewed
16  by other scientists before they get published?
17      A.   Typically they are, yes.
18      Q.   By people affiliated with the journal?
19      MR. SCHULER:  Object to the form.
20      A.   I don't know what you mean by —
21  would say probably not affiliated with the
22  journal.  Most of the time it's just sent to
23  independent reviewers who have nothing to do with
24  the journal.
25      Q.   Okay.  I guess what I meant was that

21

1      C. Warren Olanow - Highly Confidential
2   the journal has a more formal peer review process
3   for these articles.
4      A.   I think the journal has the right to do
5   whatever the journal wants to do.  I mean I have
6   been an editor myself and I know how I have done
7   things, and I think some editors want something
8   and they want a position and they know they want
9   this, and they may or may not ask for a series of
10  independent positions.
11      Sometimes they will review it
12  internally entirely with their own editorial
13  board and sometimes they'll send it to outside
14  people who have no relationship to the journal.
15  For example, many of the articles I review are
16  for journals I have no relationship with.
17      Q.   When you serve as editor, what is your
18  method of going about peer reviewing or reviewing?
19      A.   Well, it depends on what capacity I'm
20  doing it, but it really varies.  It depends on
21  what you're doing.  It depends on who the journal
22  is.  It depends on how much you want the article.
23  When you're editor of the New England Journal or
24  Science, you can afford to be really picky and
25  have really, really high standards.  When you're

6 (Pages 18 to 21)

**22**

1     C. Warren Olanow – Highly Confidential
2  trying to put together journals that aren't of
3  that quality, you may be more forgiving and it
4  reflects itself.
5         When you look at journals, they have
6  citation indexes and some are very high, which
7  means they're very highly regarded, and some are
8  not so high, and it's a reflection of the
9  materials in them aren't quoted as often and
10 aren't valued as much.
11    Q.   Because the methods that have been used
12 aren't as good?
13    A.   Not necessarily.  Sometimes articles in
14 Science are terrible and sometimes articles in
15 lower level journals are great because the
16 reviewers can be wrong, too, and I think all of
17 us who write a lot have had the frustration of
18 having great articles turned down by great
19 journals and you have to publish them in lesser
20 journals and then being surprised when an
21 ordinary article is accepted by a really great
22 journal.  So you take what you can get.
23    Q.   Are there any articles that come to
24 mind that you've published that you were
25 surprised when it was published in a great journal?

**23**

1     C. Warren Olanow – Highly Confidential
2    A.   I don't know how to answer that, but
3  anytime you get an article into a New England
4  Journal or a Nature type journal, you know, it's
5  pleasant and you never really know.  You know,
6  most of the articles I write, if I don't get them
7  accepted into one journal, I'll send them in to
8  another journal.
9         That's what most of us do, and journals
10 have their own philosophy.  Some journals may say
11 this is too specific for a general journal, it
12 should go into a specialty journal, so it isn't
13 even necessarily a condemnation of your paper.
14    Q.   What do you consider to be the best
15 journals in the field of movement disorders?
16    A.   Of movement disorders?  Well, we have
17 one journal, our journal, which is called
18 Movement Disorders which is a very good journal,
19 I think, but clearly I'm not going to tell you
20 that it has the reputation of more general
21 journals.
22         If I made an important discovery, I'd
23 rather put it in the New England Journal.  I'd
24 rather put it in Lancet or in Annals of
25 Neurology, but I think Movement Disorders is

**24**

1     C. Warren Olanow – Highly Confidential
2  still a very good journal.
3    Q.   In terms of a broader question, then,
4  in terms of journals relating to neurology, what
5  do you think are the best journals?
6    A.   If they're related directly to clinical
7  neurology I would say the three best are probably
8  Lancet, Neurology, Annals of Neurology and Brain,
9  followed by maybe Neurology and Archives of
10 Neurology.  Those would probably be the five best.
11        Movement Disorders is more like a
12 subspecialty journal and I think it's a very good
13 one for movement disorders, but it's not so
14 popular because it has a different mandate.
15    Q.   Do you have any economic training,
16 Dr. Olanow?
17    A.   Economic training?
18    Q.   Training in the field of economics.
19    A.   Well, it depends on what you call
20 training.  As a chairman I have to administer a
21 large department.  Do you call that economic
22 training, or do you mean in school?
23    Q.   Let's start with in school.
24    A.   No.
25    Q.   And have you ever written any papers on

**25**

1     C. Warren Olanow – Highly Confidential
2  the field of economics?
3    A.   I may have participated in fields of
4  health economics, trying to consider what
5  economic implications are of different drugs.
6  I've testified in front of Congress on issues of
7  economics related to the impact of a disease on
8  society, that sort of thing.  I wouldn't call
9  myself an economist, but I can count.
10    Q.   Going to page 11 of your CV, it says
11 under the subject of Industry Appointments at the
12 very bottom, starting in 2005 and with no end
13 date written —
14    A.   Where is it written?
15    Q.   Page 11 of your CV.
16    A.   I'm sorry.  Okay.
17    Q.   It says, "2005 - " and there is no end
18 date, "BI - Scientific Adviser," do you see that?
19    A.   Yes.
20    Q.   I understand that you received an
21 appointment, is that Boehringer Ingelheim as a
22 scientific adviser in 2005?
23    A.   Well, I don't know if the term
24 "appointment" is right.  I serve as a scientific
25 adviser to them, as I do to many other companies,

7  (Pages 22 to 25)

26

1      C. Warren Olanow - Highly Confidential
2  and probably this is another example where there
3  are more than I could, you know, should add
4  because I haven't included any since 2005 here,
5  but I don't know that I have an appointment with
6  BI. I don't know if that would be a reasonable
7  way to characterize it or not.
8      Q.   Okay. I was just using that from the
9  heading Industry Appointments at the top.
10     A.   You know, you make a good point and I
11 don't know how to list these correctly. There is
12 no right or wrong way, but I serve as an adviser
13 to them, however you want to call it, but I don't
14 have an appointment with the company.
15     Q.   Okay. Where it says BI, though, that's
16 Boehringer Ingelheim?
17     A.   Yes.
18     Q.   And do you continue to be a scientific
19 adviser for them?
20     A.   I do.
21     Q.   What are your responsibilities as a
22 scientific adviser?
23     A.   To give them advice on issues related
24 to clinical and basic science issues of drugs
25 they currently have or drugs that they are

27

1      C. Warren Olanow - Highly Confidential
2  developing or thinking of acquiring.
3      Q.   Have you focused -- is your work as a
4  scientific adviser focused in the field of
5  neurology, generally?
6      A.   Yes, pretty well. I mean occasionally
7  they'll ask more generic questions. I mean in
8  medicine sometimes you end up knowing things that
9  just like as a doctor, how did I end up becoming
10 an administrator, or how did I end up teaching a
11 course, no one teaches you how to teach a course,
12 so you end up doing things sometimes that you
13 haven't necessarily been trained for, but you
14 develop some knowledge.
15     So sometimes I will give them advice on
16 things that aren't directly related to neurology
17 because I have some knowledge or interest in that
18 area.
19     Q.   And about how many hours have you
20 devoted since 2005 to this position?
21     A.   Oh, not a lot. I probably meet with
22 them four times a year for maybe four, five, six,
23 seven hours at a time, and then anytime they
24 might want to call me I might help them to
25 organize a conference, if they want to, or

28

1      C. Warren Olanow - Highly Confidential
2  provide them advice on some other issue.
3      Q.   Do you get paid as a scientific adviser?
4      A.   I do.
5      Q.   How much do you get paid?
6      A.   It depends on what arrangement I'm able
7  to strike with the individual company. It
8  depends on how much I'm interested in the science
9  for my own personal interests. It depends on
10 what the market will bear.
11     Q.   And do you recollect what you're
12 getting paid from Boehringer Ingelheim?
13     A.   I don't know precisely, but I believe
14 it's somewhere between $50,000 and $100,000 a year.
15     Q.   And are you expected to meet with them
16 about four times a year, four days a year, I
17 suppose, for that?
18     A.   Well, I am, but I'm also available to
19 discuss with them issues as they come up, and as
20 I do with almost every company in the field of
21 movement disorders.
22     Q.   In 2005 it also at least from your CV
23 that we have here attached to your report, it
24 looks like you were also a, you were on the
25 Pfizer/BI Medical Advisory Board?

29

1      C. Warren Olanow - Highly Confidential
2      A.   That's right.
3      Q.   And also on the Pfizer - Neuroscience
4  Advisory Board?
5      A.   Correct.
6      Q.   And you were chairman of the Scientific
7  Advisory Board for Teva Pharmaceuticals?
8      A.   Right.
9      Q.   For each of those is it your general
10 sense that or general estimate that you were
11 being paid about the same amount, $50,000 to
12 $100,000?
13     A.   Roughly speaking. I mean it depends
14 what I was supposed to do. Some were more, some
15 were less.
16     Q.   And are you still an adviser to
17 Boehringer Ingelheim?
18     A.   I am, as -- but not to Teva. The
19 number at the end means that the relationship has
20 been terminated.
21     Q.   Right. I just wanted to know if it was
22 current at this point.
23     A.   I see what you mean, yeah. That is
24 correct.
25     Q.   When you publish articles, do you

8  (Pages 26 to 29)

**30**

1    C. Warren Olanow – Highly Confidential
2  disclose these appointments?
3    A.   I always disclose, if it's appropriate.
4    Q.   So in the past have you disclosed your
5  appointment as scientific adviser to Boehringer
6  Ingelheim when you're publishing papers relating
7  to pramipexole?
8    A.   Always.
9    Q.   And you continue to have a relationship
10 with Glaxo SmithKline as well, is that correct?
11   A.   Not so much with Glaxo SmithKline.  I
12 work with them -- I was president of our society
13 and as president of our society I really had to
14 work with all of the different companies because
15 I help to organize symposia with all of them.
16       I used to play a much more active role
17 with GSK and I still do some with them.  As I
18 told you, we just did this one experiment with
19 Ropinorole.
20   Q.   Was that funded by them?
21   A.   Yes.
22   Q.   And the research that you do relating
23 to pramipexole, is that funded by Boehringer
24 Ingelheim?
25   A.   It depends.  Some of it is.  We've done

**31**

1    C. Warren Olanow – Highly Confidential
2  some monkey research that's been funded by
3  pramipexole.  Most of the hard core science we've
4  done has not been funded by them.
5    Q.   Did you mean funded by Boehringer
6  Ingelheim?
7    A.   Right.  Well, or Boehringer Ingelheim
8  affiliates, because this is a complex situation
9  where Boehringer Ingelheim had licensed the drug,
10 I believe, to Pharmacia and then I believe
11 Pharmacia was acquired by Pfizer and Pfizer broke
12 up with BI.  To me they were all the same thing.
13 Even though it looks as though they were three
14 different things, they were all more or less
15 identical.
16   Q.   Can you turn to the section of your
17 resume, I'm sorry, your CV entitled Grant
18 Support --
19   A.   Mm-hmm.
20   Q.   -- which begins on page 17, but I was
21 going to ask you about an entry on page 19.
22   A.   Mm-hmm.
23   Q.   And it says under item 24 you had
24 received a grant of $120,000 from Boehringer
25 Ingelheim in 1991, is that right?

**32**

1    C. Warren Olanow – Highly Confidential
2    A.   Well, it was a clinical trial.  It
3  wasn't -- you could call it a grant, if you want,
4  but it was really a clinical trial in which we
5  were testing, as it says, the tolerance and
6  efficacy of the drug.  So this is very common, to
7  have multicenter trials, and they pay each site
8  per patient as they enroll them, and that's what
9  that represents.
10   Q.   I see, and how long did that grant continue?
11   A.   You know, I don't remember.  It's a
12 clinical trial and until you can finish enrolling
13 the patients, and usually they're one to two
14 years, and the studies themselves are about six
15 months, but by the time, from the time it takes
16 you to enroll the patients, put them through the
17 six months and analyze the data.
18   Q.   Then in 1992 on the next page you also
19 received a grant of $80,000 from Boehringer
20 Ingelheim?
21   A.   That's correct.
22   Q.   Was that also --
23   A.   Again — yeah, that was a clinical
24 trial as well, as you can see, and those dollars
25 are largely used, for example, to fund clinical

**33**

1    C. Warren Olanow – Highly Confidential
2  coordinators in order to pay for staff in order
3  to carry out the clinical trial.
4    Q.   I'd like to turn to Exhibit B to your
5  report which is under tab B.
6    MR. SCHULER:  I don't think these have
7  tabs, but it's the last couple pages.
8    A.   I don't know that I know what that is,
9  I'm sorry.
10   Q.   Actually there is a big sheet that says
11 Exhibit B.  I apologize, there should be a tab
12 there.  That is a list of your previous testimony
13 between February 2002 and 2007, is that right?
14   A.   Yes, it is.
15   Q.   And did you testify in court prior to
16 February 2002?
17   A.   I have, yes.
18   Q.   And approximately how many times?
19   A.   Very few, and all of these are related
20 to one incident, so these are all related to the
21 same issue.  Related to that same issue, I had
22 several other court appearances, or I don't know
23 if they were court appearances, but like it says
24 here, depositions or whatever you call them.
25   Q.   Right.

9 (Pages 30 to 33)

**34**

C. Warren Olanow - Highly Confidential

1      A.    Here, you know, and I would estimate I
2   did one every year or two.
3      Q.    And so the cases that you were involved
4   in prior to February 2002, as well as all the
5   cases that are listed here in Exhibit B, all
6   relate to a single set of, a single occurrence?
7      A.    A single set of circumstances, correct.
8      Q.    And what was the set of circumstances,
9   to the extent that it's not confidential?
10      A.    No, it's not confidential. It relates
11   to whether manganese in welding fume can cause
12   damage to the brain and if so, what type of
13   damage, and if it can be distinguished from
14   conditions like Parkinson's disease.
15          That's primarily what it was related
16   to. I mean there are nuances to it, but it
17   mostly dealt with the question of manganism as a
18   consequence of exposure to manganese.
19      Q.    And aside from that — and I'm sorry,
20   what was the general thrust of your testimony?
21      A.    Well, in my earlier research prior to
22   2002 I had studied manganese intoxication in
23   humans and in animals and had shown that they
24   could be differentiated based on a variety of

**35**

C. Warren Olanow - Highly Confidential

1   factors, including their site of pathology, and
2   that that allowed for manganism — that is to
3   say, intoxication with manganese — to be
4   differentiated from Parkinson's disease, and my
5   role in this was largely explaining that
6   difference to the court.
7      Q.    And who did you testify on behalf of?
8      A.    I testified on behalf of the welding
9   industry.
10      Q.    And the welding industry was the
11   defendant, were the defendants in that case?
12      A.    The welding industry were the
13   defendants, where it had been claimed that
14   manganese in welding fume had caused manganism.
15      Q.    And you assessed the patients and
16   concluded that you didn't think it did, is that
17   what happened?
18      A.    Well, I'm not saying that welding fume,
19   manganese in welding fume can't cause manganism.
20   What I was saying is that manganism can be
21   differentiated from Parkinson's disease and here
22   are the criteria that one can use, and just
23   because someone is exposed to welding fume
24   doesn't mean they can't get Parkinson's disease.

**36**

C. Warren Olanow - Highly Confidential

1          And so that became the basis of a very
2   large set of litigations in which thousands of
3   patients claimed that they had manganism as a
4   consequence of welding fume. Obviously I haven't
5   examined them all, but I was able to write a
6   series of papers based on our work which helped,
7   I believe, to delineate the differences between
8   manganism and Parkinson's disease, so at least
9   there could be some clarity as to who had what.
10      Q.    Did you examine any of the patients in
11   the cases that you were involved in?
12      A.    I examined each of the ones listed
13   here, but there are only about four people listed
14   here. Many of them are repeats.
15      Q.    Okay, and in each of those four
16   circumstances did you come to a conclusion about
17   whether or not the manganese had caused the
18   symptoms?
19      A.    I did.
20      Q.    And what was your conclusion?
21      A.    That manganese had not. In each of the
22   cases, each of these cases, I believe they had
23   Parkinson's disease, which is a very common
24   condition, as opposed to manganism, which is an

**37**

C. Warren Olanow - Highly Confidential

1   extremely rare condition.
2      Q.    And in the cases that you were involved
3   with prior to February 2002 but related to the
4   same issues, did you also analyze patients?
5      A.    I personally — yes, I did. I
6   personally have never seen a case — I've seen
7   cases of manganism, but I've never seen it from
8   welding fume.
9      Q.    So in each of those cases you also
10   testified that you didn't think it was caused by
11   welding fume?
12      A.    You know, I don't know how many cases
13   there were. There were a lot of depositions and
14   a lot of hearings as people were — you know, we
15   were doing our own research during that period of
16   time trying to sort this out.
17          When I began, people knew that
18   manganese caused a form of Parkinsonism, but the
19   criteria for differentiating Parkinsonism and
20   Parkinson's disease themselves weren't known at
21   that time, and all of that started to evolve and
22   to eventually become more clear, and that's
23   primarily what I testified to.
24      Q.    Aside from this set of cases that we've

38

1    C. Warren Olanow - Highly Confidential
2  just discussed, have you ever testified as an
3  expert in any other case?
4    A.   It would go back probably 20-odd years
5  and I believe I had one or two cases when I was
6  at Duke, and I don't even really remember the
7  details.  In one instance I represented a patient
8  in a multiple sclerosis issue and in one I
9  represented a hospital in a myasthenia gravis issue.
10    Q.   Have you ever testified in a patent case?
11    A.   In a?
12    Q.   In a patent case.
13    A.   I have.  It was a very complex issue
14  and I don't know how to properly classify it.  It
15  was overseas and it dealt with a drug called
16  Selegiline, and I can't even remember what I
17  testified to.  It was to a German court, or at
18  least a European court, and it was a three-panel
19  judge, and I was brought as a witness of fact or
20  whatever you call that.
21      So I don't even really know what the
22  issues at stake were or how it concluded.  It was
23  quite arcane, even more complicated, I suspect,
24  than it is in this country.  So I never really
25  understood the issues that were involved, but I

39

1    C. Warren Olanow - Highly Confidential
2  did, I did testify in that case.
3    Q.   And approximately when was that?
4    A.   Fifteen years ago.
5    Q.   Who did you testify on behalf of, do
6  you remember?
7    A.   A company called Somerset.
8    Q.   Aside from that, have you ever
9  testified in a patent case?
10    A.   No.
11    Q.   And have you testified by deposition,
12  trial or hearing, I'm including all of that in
13  the term "testify," since November 29, 2005,
14  which is the last entry on Exhibit B?
15    A.   No.
16    Q.   Have you consulted on any patent cases?
17    A.   No.
18    Q.   Aside from this one?
19    A.   Just this one.
20    Q.   Dr. Olanow, do you have, have you
21  published any papers in the field of depression?
22    A.   Well, I've written overviews of
23  Parkinson's disease and I've written books in
24  that area and monographs in that area that
25  discuss depression, yes, and I have helped to

40

1    C. Warren Olanow - Highly Confidential
2  design studies on depression and evaluated
3  depression as part of many studies that I've done
4  over the years.
5    Q.   When you say depression, are you
6  discussing depression that comes as a consequence
7  of Parkinson's disease or Parkinson's disease
8  depression?
9    A.   Primarily, because that's my major
10  interest, so I look at depression as it relates
11  to Parkinson's disease, but as part of that there
12  has been interest in the potential of some of the
13  drugs that I've looked at, including this
14  Selegiline I mentioned to you, to have
15  antidepressant effects that are more broad.
16      And in fact, Selegiline was originally
17  brought forward as an antidepressant drug and has
18  recently been approved as an antidepressant, so
19  I've had some experience in the breadth of
20  depression, but my major interest is in
21  Parkinson's disease depression.
22    Q.   Have you published papers that relate
23  to depression generally rather than Parkinson's
24  disease depression?
25    A.   I cannot think of any papers I have

41

1    C. Warren Olanow - Highly Confidential
2  written specifically on depression as an
3  individual entity.
4    Q.   And have you written, and in the course
5  of your work do you — bad question.  In the
6  course of your work in treating patients, is it
7  part of your practice to treat patients who have
8  depression but who do not have Parkinson's
9  disease or Parkinsonism?
10    A.   I think it's part of every doctor's —
11  it's a very common practice.  It's a very common
12  condition.  Many people have depression over the
13  course of their lifetimes and treating depression
14  is a part of treating almost any condition that
15  one sees as a doctor.
16    Q.   So you see patients who have come to
17  you for various neurological issues and you also
18  treat them for depression, is that right?
19    A.   They may come to me for neurological
20  issues and I end up determining that what they
21  really have is depression and treat them for
22  depression.
23    Q.   What do you typically prescribe for
24  patients who are depressed?
25    A.   It depends on the individual patient.

11  (Pages 38 to 41)

**42**

1       C. Warren Olanow - Highly Confidential
2    Q.    Are there drugs you tend to prescribe
3  more often than others?
4    A.    Not really.
5    Q.    How do you make your determination for
6  what to describe?
7    A.    Individual. There are many, many drugs
8  available for depression. Some have benefits
9  compared to others for individual patients.
10  Overall I believe they're more the same than they
11  are different. In a Parkinson patient I might
12  prefer an SSRI because I don't like the antichol-
13  inergic effects.
14    Q.    Do you typically prescribe for
15  depression drugs that are indicated for depression?
16    A.    Do I typically? Well, it depends how
17  you mean that. In Parkinson's disease, if I see
18  a person who has Parkinson's disease and
19  depression, for example, and unless they have a
20  major depression, my instinct is to treat the
21  Parkinson's first because drugs such as
22  pramipexole are often helpful for both the motor
23  dysfunction and the depression.
24         And before I put them on yet another
25  medication, I like to see how just one drug will

**43**

1       C. Warren Olanow - Highly Confidential
2  do, and very often the depression is the more
3  important of the features in comparison to the
4  anti-Parkinson's features, so it's very common
5  for me to see a person early in their disease who
6  has motor disability and depression and to treat
7  them with a drug such as pramipexole with the aim
8  of treating the depression as well as the
9  Parkinson's.
10    Q.    Because when you give them pramipexole
11  to treat the Parkinsonism, it's also treating the
12  depression?
13    A.    Well, I think it is. That's not to say
14  I know where the depression is coming from.
15  That's not to say that pramipexole isn't working
16  by acting on the motor system and just relieving
17  them, but alternatively it could be acting
18  directly on some other system that is resulting
19  in an independent treatment of depression, so I'm
20  very sensitive to that, and it's one of the
21  reasons I like to start with that type of an
22  agent before going to some other kind of
23  antidepressant.
24    Q.    And for patients that you diagnose with
25  depression who do not have Parkinson's disease,

**44**

1       C. Warren Olanow - Highly Confidential
2  do you typically prescribe drugs that are
3  indicated for depression?
4    A.    Typically, yes.
5    Q.    And what drugs in general or which
6  drugs are included on that list?
7    A.    As I say, there is a broad list of
8  drugs. You want me to give you a shopping list
9  of different drugs that I've used?
10    Q.    I guess if there are ones that you
11  typically use more frequently than others.
12    A.    You know, I work always with a series
13  of residents or students. Every time I see a
14  patient, I have 20 people with me and I always
15  ask the residents and students what they would do
16  first so that I don't overwhelm them with my
17  opinion.
18         I want them to think it through
19  themselves, and if they recommend a particular
20  antidepressant and I have no reason not to use
21  it, I would usually use the one they recommend.
22    Q.    But in that situation you wouldn't
23  typically prescribe pramipexole?
24         MR. SCHULER: Object to the form.
25    A.    As I say, if it's a Parkinson's patient

**4**

1       C. Warren Olanow - Highly Confidential
2  with depression, I would typically prescribe
3  pramipexole with the idea that would be
4  treating the depression. There are studies that
5  show that pramipexole is effective as an
6  antidepressant, but I personally have not had
7  patients come to see me primarily for depression
8  and then treated them with pramipexole.
9    Q.    Why is that?
10    A.    Firstly, I have very few people come to
11  see me primarily for depression. If someone
12  knows they're depressed, they will probably go
13  see a psychiatrist. Why would they come to see me?
14    Q.    Are there any other reasons?
15    A.    The experience in the field at this
16  time is much greater with drugs that are on the
17  market and marketed for depression, and I have no
18  reason to think they wouldn't be equally effective.
19    Q.    Have you published any papers relating
20  to fibromyalgia?
21    A.    I have not.
22    Q.    Is it part of your practice to treat
23  patients for fibromyalgia?
24    A.    I'm not sure I know what fibromyalgia
25  is. I think fibromyalgia may be extremely

12  (Pages 42 to 45)

**46**

1    C. Warren Olanow - Highly Confidential
2  overdiagnosed. It's a very nonspecific
3  condition. It I think it is very intimately
4  involved with depression and psychological
5  conditions. I think everyone encounters it in
6  their practice.
7       Some people are willing to use the term
8  "fibromyalgia" more readily than others, and I'm
9  very familiar with it because, having worked as a
10  consultant to a number of dopamine agonist
11  companies, I'm aware that many people have argued
12  that dopamine agonists can be helpful for
13  fibromyalgia.
14      Many people have tried many different
15  medications for fibromyalgia and it is not a
16  well-defined, clear-cut clinical syndrome.
17  There's a lot of debate as to what it is, and
18  some people have argued that dopamine agonists
19  are a good way to treat them in comparison to
20  putting them on hormones or opiates. I would
21  think that's preferable, to at least try that first.
22      Q.   Have you -- do you think that people
23  try dopamine agonists as one of a series of
24  things they're trying to treat the ambiguous
25  condition that is fibromyalgia?

**47**

1    C. Warren Olanow - Highly Confidential
2      A.   I think you would have to ask them what
3  they do. Some people have argued that it works
4  extremely well and use it as the first line of
5  therapy. Again I know of this because I'm
6  sitting on the other side because they come in
7  and ask for grants or they ask for support for
8  studies and I'm on the side helping the company
9  decide whether they should or should not fund
10  this opportunity, but it's certainly well
11  described that people have considered the
12  possibility that these drugs will work, and since
13  in general they're pretty well tolerated, I see
14  nothing wrong with at least trying it.
15      Q.   Have you recommended to companies that
16  they fund research on whether dopamine agonists
17  can be used to treat fibromyalgia?
18      A.   I have recommended that they conduct
19  trials in it, yes, because I think doing a trial
20  is a better way to have good information on its
21  value. It's better than anecdotal, a series of
22  anecdotal observations. That's not to say that
23  anecdotal observations aren't correct, but there
24  was enough noise with people saying they saw this
25  benefit that I personally thought they might as

**48**

1    C. Warren Olanow - Highly Confidential
2  well do a study and find out.
3      Q.   Has anyone ever done a study?
4      A.   They have.
5      Q.   And what did they find out?
6      A.   They felt that the patients were
7  improved with the dopamine agonists in comparison
8  to placebo.
9      Q.   And do you think that dopamine agonists
10  can be used to treat fibromyalgia?
11      A.   Well, according to that study, they can.
12      Q.   What is your opinion on that subject?
13      A.   My opinion is that it has tremendous
14  potential because there are millions of patients
15  with fibromyalgia. It's a huge marketplace for
16  the company. I think there is reason, based on
17  anecdotal observation and at least one double-
18  blind study, to pursue this area and that it
19  might represent a tremendous economic opportunity
20  for the company and a benefit for patients.
21      Q.   Do you believe that pramipexole treats
22  fibromyalgia?
23      A.   When you say believe, do you mean that
24  in a religious sense or do I believe --
25      Q.   No. I'm asking your opinion.

**49**

1    C. Warren Olanow - Highly Confidential
2      A.   I think I've already given you my opinion.
3      Q.   Well, my understanding is that part of
4  your answer to the previous question was that
5  there was potential as a financial matter.
6       MR. SCHULER: Object to the form to the
7  extent it misstates his prior testimony.
8      A.   Yeah. What I was saying is that I
9  think there is sufficient information to raise
10  the possibility that pramipexole might be an
11  effective therapy for fibromyalgia. I don't
12  think its role is proven or established at this
13  point, but I think there is a huge opportunity
14  and it is worth studying it further.
15      Q.   Going back to a question I asked you
16  earlier, then, is it -- have you in the course of
17  your practice treated patients for fibromyalgia?
18      A.   I don't routinely treat patients for
19  fibromyalgia, but as I've already told you, who
20  has fibromyalgia is often in the eye of the
21  beholder. If you have a lot of different aches
22  and pains, some people might say you're
23  somatizing and you have depression. Others might
24  say it's fibromyalgia.
25      Q.   Is it typically your practice to assume

13  (Pages 46 to 49)

**50**

1     C. Warren Olanow - Highly Confidential
2  it's something other than fibromyalgia?
3     A.   I must say I don't -- it's not an area
4  that I have vested enough time and interest that
5  I would like to have an opinion in that
6  controversy.  If I saw a patient who had what I
7  thought might be in the family of fibromyalgia,
8  working at a university, I would refer them to a
9  rheumatologist.  That would be my standard
10  practice.
11     Q.   Okay.  You typically wouldn't just
12  prescribe something on your own?
13     A.   I personally would not, no.
14     Q.   I'd like to now turn to the actual text
15  of your report.
16     A.   All right.
17        MR. SCHULER:  Jessamyn, just so the
18  record is clear, I think there are two appendices
19  to his report which we, I think, consider part of
20  his report.  I don't know if you have those or not.
21        MS. BERNIKER:  Are you talking about
22  the three appendices and the exhibits cited
23  therein?
24        MR. SCHULER:  Yeah.
25        MS. BERNIKER:  Okay.  Well, I

**51**

1     C. Warren Olanow - Highly Confidential
2  understood those to be the documents cited
3  therein and not physically part of the report,
4  but I assume you're not contesting that what I
5  have given him is not a fair copy of what it
6  purports to me?
7        MR. SCHULER:  Exactly.  I just meant to
8  the extent it incorporates other information or
9  whatever.  I don't know if you have it here or not.
10     Q.   Well, I haven't brought full copies of
11  all three appendices.
12     A.   I'm not sure I know what the appendices
13  are, so --
14     Q.   All right, then.
15     A.   Let's start with what you've got.
16     Q.   Sure.  I do have copies of some of the
17  articles cited here, so if you would like to
18  refer to them, I can direct you to most of them.
19        I'm now asking, however, about the
20  beginning, the first part of the document which
21  is entitled Expert Report of Dr. C. Warren
22  Olanow.
23     A.   Okay.
24     Q.   And runs 19 pages.
25     A.   All right.

**52**

1     C. Warren Olanow - Highly Confidential
2     Q.   If you just flip to the last page which
3  is page 19 --
4     A.   All right.
5     Q.   Is that your signature on the right?
6     A.   Yes.
7     Q.   And it's dated May 18, 2007?
8     A.   Correct.
9     Q.   And did you sign this document on
10  May 18, 2007?
11     A.   I believe so, yes.
12     Q.   And did you review it carefully before
13  you signed it?
14     A.   I think so.
15     Q.   Before you signed it, were you
16  satisfied that all of the statements in it were
17  truthful and accurate?
18     A.   To the best of my knowledge.
19     Q.   As you sit here today, is there
20  anything in your report that you believe is false
21  or inaccurate?
22     A.   I don't think anything in there is
23  false.  I think that there may be areas where I
24  wasn't as artful as I could be and I'm happy to
25  explain things further, if you feel they're not

**53**

1     C. Warren Olanow - Highly Confidential
2  clear.
3     Q.   Is there anything in particular that
4  you can think of that you don't believe was as
5  artful as you would have liked it to be?
6     A.   Not specifically.
7     Q.   When were you retained by Boehringer
8  for this case?
9     A.   Sometime before May 18th.  I mean maybe
10  a few months before.  I don't remember exactly
11  when.
12     Q.   Sometime in 2007?
13     A.   I believe so.  I don't have the exact
14  time, but it would obviously have been several
15  months before.
16     Q.   And about how much time did you spend
17  working on this case?
18     A.   Not a lot.  I believe we met for I
19  would say probably two days, roughly, two to
20  three days.  They would -- you would probably
21  have a better record than I do because you have
22  invoices which would give you the time.
23        MR. SCHULER:  I bill by the hour, by
24  the minute, as does Jessamyn.
25     Q.   When you say two days, are you talking

54

```
1        C. Warren Olanow - Highly Confidential
2   about, are you including the time you spent
3   preparing your report and preparing for this
4   deposition, or --
5       A.   Pretty well.  Maybe it was three days,
6   but in that range.
7       Q.   So you believe you spent about three
8   days total in terms of --
9       A.   He can tell you precisely.
10      Q.   I understand.
11      A.   So I don't want to have to guess.
12      Q.   Unfortunately, I can't depose him.  I
13  would love to, believe me.
14      A.   Am I allowed to ask him if he has
15  copies of the invoices so he can give those to you?
16      Q.   I doubt that he'll want to give those
17  to me.  I'm just asking for your best recollection.
18      A.   Two to three days.
19      Q.   Two to three days total from the
20  beginning?
21      A.   Give or take.  Not counting today, of
22  course.
23      Q.   Of course, which I'm sure will be
24  billed appropriately, and of those two to three
25  days, about how much did you spend preparing your
```

55

```
1        C. Warren Olanow - Highly Confidential
2   report?
3       A.   I would guess a day.  I guess it would
4   probably be three days because I think we met for
5   one day and we probably did the report in a day
6   and then went over it in a day, so probably it
7   would be three days.
8       Q.   Okay, and have any of the opinions
9   expressed in your report changed since the time
10  you signed it?
11      A.   I mean I would be glad to tell you if I
12  feel anything is different as we go through it,
13  but none come to my mind.
14      Q.   Okay, and are all the opinions that you
15  intend to offer in this case set forth in this
16  report?
17      A.   As far as I understand.  Again that's a
18  very subtle question, so I would like to reserve
19  the right to answer a question, if I'm asked a
20  question, and I don't -- as, hopefully, you
21  tacitly agreed, these are rather confused and
22  arcane matters that the average physician or
23  scientist doesn't necessarily understand fully.
24       So I hope I've put the right opinions
25  if they are relevant opinions, not the right
```

56

```
1        C. Warren Olanow - Highly Confidential
2   ones.  If there are additional opinions, I'm
3   happy to answer them, if you think there are
4   things that I would be asked that are important
5   that I haven't put in here.
6       Q.   I guess my question -- let me ask you a
7   different question, then.  Are there any opinions
8   that you're aware of today that you intend to
9   offer at a trial in this case that are not
10  contained in this report?
11      A.   I believe these are my major opinions,
12  but again not being a lawyer, I don't know what
13  opinions I would be asked to opine on.
14      Q.   As far as I could tell, there isn't a
15  particular place in your report where you list
16  the materials that you considered in preparing
17  the report.  Does that sound right to you?
18      A.   First of all, I couldn't list all the
19  materials because it's a lifetime's worth of
20  reading.  You know, I could give you one
21  reference to one article I wrote and it would
22  have 500 references in it.  I think I gave you a
23  summary of some references as footnotes.
24      Q.   Right.
25      A.   But it would be -- I by no means
```

57

```
1        C. Warren Olanow - Highly Confidential
2   believe those are exhaustive.
3       Q.   In terms of the materials, aside from
4   your knowledge that you've gained from reading
5   various articles in the course of your work over
6   the past 30 years, are the documents that are
7   referred to in this report exhaustive of the
8   other materials that you've reviewed in preparing
9   this?
10      A.   You know, I can't tell you that because
11  it's too broad a statement for me to say.  I
12  tried to give you a fair representation of what I
13  thought.
14      Q.   Okay.
15      A.   If there were an issue where you would
16  like additional support, if you would ask, I
17  would try and provide it.
18      Q.   Okay.  Well, let me change my question
19  a little bit, then.  Did you review any other
20  documents from Boehringer Ingelheim in preparing
21  the report?
22      A.   I looked at the patent or the claim or
23  whatever the right term is.  That might be the
24  only document from Boehringer Ingelheim that I
25  reviewed, as far as I know.
```

15  (Pages 54 to 57)

58

1          C. Warren Olanow - Highly Confidential
2      Q.    And when you say the patent, can you
3    tell me which patent you're talking about?
4      A.    I believe there were two of them.
5    Again this gets out of my level of expertise, but
6    I believe I looked at both of them.
7      Q.    Okay, and aside from the patent and
8    journal articles that are listed here or not
9    listed here, are there other materials that you
10   specifically reviewed in preparing this report?
11     A.    I would say the answer to that is no.
12   I hope I'm not leaving something out. Is there
13   something specific you have in mind that you
14   could ask me?
15     Q.    No, I don't. I was just wondering
16   whether --
17     A.    Am I missing something here? I don't
18   know.
19     Q.    Experts typically have a list of what
20   they reviewed and since you didn't, I wanted to
21   make sure I wasn't missing anything. That's all.
22     A.    No. I believe this is mostly written
23   freehand, representing my opinion and then
24   referenced.
25     Q.    Have you considered any additional

59

1          C. Warren Olanow - Highly Confidential
2    materials since you signed this expert report in
3    connection with this case?
4      A.    Well, I've seen Dr. Mailman's rebuttal
5    or whatever you call that. I'm not sure if I've
6    seen anything else.
7      Q.    Have you seen any other expert reports
8    in this case?
9      A.    No.
10     Q.    Did you review the materials that
11   Dr. Mailman cited in his rebuttal?
12     A.    I reviewed some of them.
13     Q.    If you would turn to page 4, and if you
14   look at Paragraph 15 of your report, in the
15   middle of the paragraph you say, "I understand
16   that the double patenting defense centers on
17   claims 9, 19, 29 and 39 of the '086 patent, which
18   variously claim methods of using '2-Amino-
19   6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole'
20   (which I understand is the active substance in
21   Mirapex)." Do you see that?
22     A.    Mm-hmm.
23     Q.    Can you tell me what the basis for that
24   understanding is?
25     A.    My understanding is that that's what I

60

1          C. Warren Olanow - Highly Confidential
2    was advised by the attorneys.
3      Q.    Okay. Aside from that, you don't have
4    any other basis for that understanding?
5      A.    No.
6      Q.    I'm going to hand you what's previously
7    been marked Exhibit 2 in this case, which is the
8    '086 patent. Do you recognize that document?
9      A.    Yes, I think I do. This may be a
10   larger version of it, but it looks familiar.
11     Q.    And if you turn to the claims that you
12   refer to for a minute --
13     A.    What page would that be on?
14     Q.    Claim 9 is -- well, usually we talk
15   about columns, so starting in column 25, if you
16   look at the top, there are column numbers. Do
17   you that? If you look at column 25 in the middle
18   of the page you will see Claim 9, do you see that?
19     A.    Yes.
20     Q.    And Claim 9 is "A method for lowering
21   the blood pressure of a host which comprises
22   administering a blood pressure lowering amount
23   of," and then there is the compound "2-Amino-6-n-
24   dimenthylamino-4,5,6,7-tetrahydrobenzthiazole, or
25   a pharmaceutically acceptable acid addition salt

61

1          C. Warren Olanow - Highly Confidential
2    thereof," do you see that?
3      A.    Yes.
4      Q.    And then the next claim that you
5    discuss is similar, but it's claim 19 in column
6    27. It's similar, but it's to a method for
7    lowering the heart rate of a host, is that right?
8      A.    Yes.
9      Q.    And then claim 29 which you refer to is
10   on the same page, but column 28, is a method for
11   treating Parkinsonism or Parkinson's disease, is
12   that right?
13     A.    I see it down at number 23. Is that
14   the one you mean?
15     Q.    I mean 29.
16     A.    On the next page, you mean?
17     Q.    No, column 28. Could I show you? Do
18   you mind? I believe it's somewhere around here,
19   29. Here. They're numbered. Each of the claims
20   are numbered. Do you see that?
21     A.    Okay. Yes, I do see it. It's actually
22   the same sentence.
23     Q.    I believe you'll find that the
24   compounds that are encompassed are different?
25     A.    Oh, I see. All right.

16  (Pages 58 to 61)

**62**

1    C. Warren Olanow – Highly Confidential
2  Q.  Do you see that?
3  A.  Okay.
4  Q.  So claim 29 relates to a method for
5  treating Parkinsonism or Parkinson's disease?
6  A.  All right.
7  Q.  And then finally you refer to claim 39,
8  this is on the next page, the second-to-last
9  claim, do you see that?
10  A.  All right.
11  Q.  And that is for a method of treating
12  schizophrenia, is that right?
13  A.  Yes.
14  Q.  Reading this, reading those claims in
15  the mid 1980s, would you understand that the com-
16  pound 2-Amino-6-n-propylamino-4,5,6,7-
17  tetrahydrobenzthiazole was a dopamine agonist?
18  A.  How would one be expected to know that
19  from those claims?
20  Q.  Based on the methods, based on the
21  treatment.
22  A.  No, I would not know.
23  Q.  Would you have an understanding of what
24  the compounds were useful for?
25  A.  I would have an understanding of what

**63**

1    C. Warren Olanow – Highly Confidential
2  they said they wanted to claim a patent for. I
3  would not have an understanding of what they were
4  useful for.
5  Q.  Would you understand that the inventors
6  or the patent applicants had an expectation that
7  this compound was a dopamine agonist?
8  A.  No, not based on what I read in here.
9  There are many agents that can improve heart
10  rate, blood pressure, schizophrenia and
11  Parkinson's that aren't dopamine agonists.
12  Q.  What mechanisms do they have?
13  A.  They can have all kinds of different
14  mechanisms. You can have COMT inhibitors. You
15  can have MAO-B inhibitors. You can have A2a
16  antagonists. You can have NMDA receptor
17  antagonists. There are many different methods
18  for improving Parkinsonism.
19       I'm less willing to comment on the
20  others, but the standard way of lowering blood
21  pressure and of lowering heart rate is not with a
22  dopamine agonist. Dopamine agonists are
23  contraindicated in schizophrenia, not a treatment
24  for it.
25  Q.  In the 1980s were dopamine agonists

**64**

1    C. Warren Olanow – Highly Confidential
2  considered to be contraindicated for schizophrenia?
3  A.  I believe they were. I mean one of the
4  side effects of dopamine agonists is psychosis.
5  Schizophrenia is characterized by psychosis.
6  Q.  Are you familiar with the theory in the
7  mid 1980s that low doses of dopamine agonists
8  could treat schizophrenia?
9  A.  I guess that's possible.
10  Q.  Okay. Are you familiar with any
11  literature on that?
12  A.  People have argued that if you have low
13  doses of a dopamine receptor agonist, you can
14  activate presynaptic receptors and you can reduce
15  the synthesis and release of a drug like
16  dopamine, for example, but I'm not familiar with
17  that ever having been used as a therapeutic tool.
18  Q.  Are you familiar with any tests that
19  were conducted to determine whether or not that
20  theory was correct?
21       MR. SCHULER: Object to the form.
22  A.  Well, I think that that theory may
23  well — I mean I can't speak to schizophrenia.
24  It seems ludicrous to me to think that you're
25  going to use a drug that is psychogenic and cause

**65**

1    C. Warren Olanow – Highly Confidential
2  a psychosis as a treatment for schizophrenia. On
3  the other hand, we don't have good treatments, so
4  who knows what people are going to think.
5       As far as Parkinson's is concerned,
6  nothing I see in here would lead me to intuitively
7  know that this was a dopamine agonist. That's
8  not to say there isn't additional information I'm
9  not aware of, but nothing in here would tell me
10  that.
11  Q.  What else could it be to treat
12  Parkinson's disease?
13  A.  Well, I just gave you some examples.
14  Q.  The COMT —
15       MR. SCHULER: Just make sure he's done
16  with his answer.
17  A.  Well, I gave you a whole bunch. I mean
18  you can have, brain stimulation can improve
19  Parkinson features. Surgical lesions can improve
20  Parkinson's. There are many things that can
21  improve Parkinson features besides a dopamine
22  agonist, so when you say something improves
23  Parkinson's, that does not directly inform the
24  expert that what you have is a dopamine agonist.
25  Q.  Well, when you say something improves

17 (Pages 62 to 65)

66

1    C. Warren Olanow - Highly Confidential
2  Parkinson's, lowers heart rate, lowers blood
3  pressure and treats schizophrenia, is there any
4  one —
5    A.  Well, first of all, I'm not sure any of
6  these are true.  Just because they say it, I
7  don't know that it does it.  People patent things
8  all the time that don't turn out to be right, so
9  no, I would say that that does not tell me that
10 it is, that it is a dopamine agonist.
11    Q.   Do you have an opinion about whether
12 the compounds that are claimed in the '086 patent
13 can be used for treating Parkinson's disease?
14    MR. SCHULER:  Objection, misstates the
15 document.  Also calls for a legal conclusion.
16    A.   There is not any information in here.
17 They're just claiming it, as they want a patent
18 for that use.  There is no information here that
19 lets me know that it does affect that result.
20    MS. BERNIKER:  Excuse me for a moment.
21    MR. SCHULER:  Do you want to take a
22 break?  We've been going for about an hour.
23    MS. BERNIKER:  Sure, let's take a break.
24    (Recess taken.)
25 BY MS. BERNIKER:

67

1    C. Warren Olanow - Highly Confidential
2    Q.   Hi, Dr. Olanow.  I'd like to go back
3  for a minute to the questions we had before the
4  break.
5    A.  All right.
6    Q.   Can you think of any mechanism, or let
7  me rephrase.  Can you think of any kind of
8  compound that would have all four of the effects
9  in the claims 9, 19, 29 and 39 of the '086
10 patent, i.e. that would lower blood pressure,
11 lower heart rate, could be used to treat
12 Parkinsonism or Parkinson's disease, and could be
13 used to treat schizophrenia?
14    MR. SCHULER:  Object to the form, also
15 to the extent it was asked and answered.
16    A.   Well, first of all, I can't tell you
17 that I know any compound that would do that with
18 a characteristic pattern, including dopamine
19 agonists.  I could think of drugs that might do
20 some of those such as a dopamine agonist, but I
21 can think of others that might as well.
22    COMT inhibitors and MAO-B inhibitors,
23 because they enhance dopamine, could induce all
24 the effects that dopamine induces.  Any
25 dopaminergic agent is associated with a drop,

68

1    C. Warren Olanow - Highly Confidential
2  potentially a drop in blood pressure and an
3  anti-Parkinson's effect.
4    I would turn it to you the other way
5  around.  If someone came and said a drug does
6  these four things and you knew it did them, and
7  I'm not even sure it does all these, I don't
8  think anyone would say ah-huh, that's a dopamine
9  agonist.  I don't think anyone would be confident
10 enough to know that and say I don't need to do
11 any other tests, I'm confident, I don't need to
12 do binding, nothing, I don't believe.
13    Q.   Would there be an expectation that it
14 might be a dopamine agonist?
15    MR. SCHULER:  Objection to form, asked
16 and answered.
17    A.   Not to me, it wouldn't.  I mean there
18 are many, many different types of drugs on the
19 market and you just don't know what it is.  I
20 have no problem with — I mean I know pramipexole
21 is a dopamine agonist, so I kind of know the
22 answer that you're looking for.
23    So most of my arguments, my arguments
24 aren't based on whether or not it is a dopamine
25 agonist, but I would say looking at that patent,

69

1    C. Warren Olanow - Highly Confidential
2  you could not expect a reasonable person to say
3  that this was a dopamine agonist, based on that.
4  If you wanted someone to know it was a dopamine
5  agonist, you could have said it.
6    Q.   Could you, reading the claims of the
7  patent we've discussed, determine, or would you
8  expect, reading the claims of the patent that
9  we've discussed, would you expect that the
10 compound had an effect on the dopaminergic system
11 generally?
12    MR. SCHULER:  Same objections.
13    A.   I think any drug that improves
14 Parkinson's might have a dopaminergic effect, but
15 the reality is dopamine is a much more widespread
16 disease than just the dopaminergic system, that
17 it is obvious that you can get effects on
18 Parkinsonism with anticholinergic drugs,
19 anti-glutamate drugs, A2a receptor antagonist
20 drugs. Anticholinergic drugs, anti-glutamate
21 drugs, A2a antagonist drugs.
22    You don't just have to directly affect
23 the dopamine system in order to have an
24 anti-Parkinson effect, and in this patent it does
25 not tell you what the anti-Parkinson's effects are.

18  (Pages 66 to 69)

**70**

1     C. Warren Olanow - Highly Confidential
2     It doesn't tell you that it's the
3  dopaminergic effects of Parkinson's that have
4  been improved, and there is no assurance that
5  just because they put it in the patent, that it
6  actually works. So just because they say it
7  lowers pressure or that it treats schizophrenia
8  doesn't mean it does.
9       The whole purpose of a patent, I always
10 thought, was to protect a product so that you
11 could test it and find out if it worked. I don't
12 think anything in here allows you to speak to
13 mechanism.
14    Q.   Do you think anything in the patent
15 allows you to conclude whether or not the
16 compounds claimed in the patent work to treat
17 Parkinson's disease or Parkinsonism?
18    A.   No, because all it says is you want a
19 claim for Parkinson's. It doesn't tell you what
20 models they tested, what results they saw. It
21 certainly doesn't tell you any clinical results.
22    Q.   You're aware that the -- actually
23 strike that, sorry about that. I'm going to hand
24 you what's been marked previously as Exhibit 3,
25 the patent we typically refer to as the '812

**71**

1     C. Warren Olanow - Highly Confidential
2  patent. Do you recognize that document?
3    A.   I recognize the number.
4    Q.   Did you review that patent in
5  preparation, preparing your expert report?
6    A.   I believe I did, yes.
7    Q.   Can you tell me which claims of the
8  '812 patent, claim or claims, your opinions
9  relate to?
10      MR. SCHULER: Objection to form.
11    A.   Well, I don't know that I know how to
12 answer that question. What do you mean, which
13 claims do they relate to?
14    Q.   Do the opinions in your expert report
15 relate to any particular claim or claims of the
16 '812 patent?
17      MR. SCHULER: Objection. The report
18 speaks for itself.
19    A.   I think that if you really wanted me to
20 do this, I would really need to look through it
21 in detail at this time because I'm not sure I
22 understand what it is that you're driving at. My
23 report details what has happened to the drug
24 since its introduction and inception.
25      I don't believe that in the patent they

**72**

1     C. Warren Olanow - Highly Confidential
2  talk about what potentially is going to happen
3  ten years later. Maybe I'm not understanding you
4  correctly.
5    Q.   That's fine. We can move on. I'd like
6  to turn to Paragraph 16 of your report.
7    A.   All right.
8    Q.   It's on page 4, Paragraph 16 on page 4.
9  In the second sentence it says, "However, I have
10 been asked to apply my experience, education and
11 expertise to the question of whether certain uses
12 for which Mirapex is currently prescribed by
13 physicians would have been expected or
14 predictable from the claims of the '086 patent
15 mentioned above." Do you see that sentence?
16    A.   Yes, I do.
17    Q.   What time period did you apply when you
18 were determining what was expected or predictable?
19    A.   The time period in which the patent was
20 issued, in and around that period of time.
21    Q.   And when is that?
22    A.   My understanding is it was around 1984.
23    Q.   So in -- is it true for the entirety of
24 your expert report where you talked about what
25 was expected or predictable, you were talking

**73**

1     C. Warren Olanow - Highly Confidential
2  about the period 1984, approximately?
3    A.   Well, some of the things you could use
4  even a much later period of time because some of
5  the ways that pramipexole is used or might be
6  used have evolved very dramatically since then.
7       And I would say, you know, I think
8  perhaps it would be best if I answered you with
9  respect to each of the instances I proposed where
10 I felt that it was not anticipated back at that
11 period of time, and we can talk about when it
12 might have been reasonable to anticipate it.
13    Q.   Is there a reason that you didn't put
14 in your report something specifically about what
15 time period you were using?
16    A.   Negligence? I mean if I was supposed
17 to, I just didn't know, but I think I was talking
18 around the time that the patent was issued, so
19 maybe I'm wrong, I thought it was in 1984. Is
20 that not correct?
21    Q.   Well, the patent was issued in 1989.
22 Is that the date you used, or did you use 1984?
23      MR. SCHULER: Objection, asked and
24 answered.
25      MS. BERKINER: I'm sorry, let me just

19 (Pages 70 to 73)

74

1      C. Warren Olanow - Highly Confidential
2  finish this.
3      Q.    And when you say "the patent," I assume
4  you mean the '812 patent.  Go ahead.
5      MR. SCHULER:  That's not a question.
6  There is no pending question.  You just made a
7  statement.
8      MS. BERNIKER:  That was the end of my
9  question.
10      MR. SCHULER:  It wasn't a question.
11  I'll object that the report speaks for itself and
12  it was asked and answered.
13      Q.    If you want, I can restate the
14  question, Dr. Olanow.  My question is did you
15  use -- first of all, when you say use the
16  issuance, the date of issuance of the patent,
17  were you referring to the '812 patent?
18      A.    My understanding is that the two of
19  them were issued more or less around the same
20  time, so I think I was talking about them both
21  sort of jointly.
22      Q.    And you recognize from the Exhibits 2
23  and 3 before you that the '086 patent issued in
24  June of 1989 and the '812 patent issued in
25  December of 1989, right?

75

1      C. Warren Olanow - Highly Confidential
2      A.    Yes.  I would say that I was primarily
3  thinking around 1984 when I wrote this, but I
4  think that most of the things that I've said in
5  here, if not all of them, could equally apply to
6  1989.
7      Q.    Do you know why you were using 1984 as
8  the time period?
9      A.    I don't.  I think that's what I was
10  advised was when the patent was either submitted
11  or issued or that that was the appropriate time,
12  so I may be mistaken.
13      Q.    The next sentence of Paragraph 16 which
14  is actually on page 5 says, "I have also been
15  asked to provide opinions on whether these
16  additional uses of Mirapex meet long-felt but
17  unmet needs that were not satisfactorily
18  addressed by therapeutic agents available at that
19  time."  Do you see that?
20      A.    Yes.
21      Q.    What time period did you apply to that
22  question?
23      A.    Again I think I was primarily thinking
24  of 1984, but I think that it would equally apply
25  to 1989.

76

1      C. Warren Olanow - Highly Confidential
2      Q.    Okay.  And then can you tell me with
3  respect to Exhibits 2 and 3, the two patents, to
4  whom you believe those patents are directed?
5      A.    I don't understand what you mean by "to
6  whom they're directed."
7      Q.    What are the qualifications of the
8  person who you believe those patents are directed
9  to?
10      MR. SCHULER:  Object to the form.
11      A.    I would guess they're directed to the
12  patent officer to get the patent officer to agree
13  to give you a patent on the product.
14      Q.    When you say in your report, in various
15  places you refer to a person of ordinary skill in
16  the art, do you remember that?
17      A.    Yes.
18      Q.    What do you mean by that phrase?
19      A.    I think, frankly, that is a legal
20  phrase, so I'm not sure I know what that means,
21  but I can tell you what I mean, which is that
22  even a person who isn't a neurologist, even a
23  person who isn't a neuroscientist would agree
24  with the opinions I have expressed here.
25      I tried to generalize it by saying any

77

1      C. Warren Olanow - Highly Confidential
2  physician or any scientist, but if you wish to
3  raise the standards, I think the same opinion
4  would hold.
5      Q.    Do you believe that your opinions are
6  accurate if you apply the general standard of
7  physician or scientist?
8      A.    Yes.
9      Q.    Does that have any particular
10  educational requirement for scientists, when you
11  use that term?
12      A.    I'm not sure I understand what you mean
13  by that.
14      Q.    Is there a particular level of
15  education you expect a person to have achieved in
16  order to meet your definition of scientist?
17      A.    I would define a scientist as a Ph.D.,
18  I think that's what I did, and a physician as an
19  M.D., but I think I can speak on behalf of
20  movement disorder specialists who are the experts
21  who deal with these problems and I can speak on
22  behalf of physicians and say that my opinions
23  hold true at least for those groups.  I also work
24  in a laboratory and do science and I believe my
25  opinion holds true for scientists as well.

78

1    C. Warren Olanow - Highly Confidential
2    Q.    You include geologists with Ph.D.'s as
3 a scientist?
4    A.    Do I include geologists as Ph.D.'s?
5 Well, I certainly include them as scientists, but
6 you're asking me a trick question, is that it?
7    Q.    I'm asking you if, in the context of
8 your report where you use the phrase "a person of
9 ordinary skill in the art," and then you bracket
10 it and you say "physicians and scientists" --
11    A.    So I would be happy to change that to
12 movement disorder scientist, a specialist in
13 neuroscience, if that would make you happier, but
14 the principle I'm trying to make is that I think
15 any reasonable person who is educated in these
16 areas would have the same opinions I have.
17    Q.    When you say "these areas," are you
18 talking about movement disorders?
19    A.    In movement disorders and the related
20 neuroscience, yes.
21    Q.    And when you say "educated," do you
22 mean has a Ph.D. or medical degree?
23    A.    I would accept that, but you can take
24 it even more refined than that. I work a lot in
25 drug development. I work with a lot of people

79

1    C. Warren Olanow - Highly Confidential
2 who work in that area, and so I think I can speak
3 for that type of individual.
4    Q.    I assume, then, that you would agree
5 with me that certain people with Ph.D.'s in
6 scientific fields wouldn't be able to
7 knowledgeably comment on the question of the
8 various uses of Mirapex?
9    A.    I'm saying even broader. Not just
10 those certain people who are mineralogists or
11 astronauts, I'm saying the entire group of
12 physicians and scientists would not have been
13 able to anticipate this, and didn't.
14    Q.    Is it your opinion that people who have
15 Ph.D.'s in mineralogy are relevant, that we
16 should even be considering what they would have
17 known at that time?
18    A.    You raised it. I'm merely trying to
19 say that I believe that someone with education in
20 relevant areas from your point of view, even with
21 super-expertise in these fields, would not have
22 been able to anticipate what was about to happen
23 with Mirapex in the field.
24    Q.    Okay, but what I'm asking you is
25 whether you think it's relevant to even consider

80

1    C. Warren Olanow - Highly Confidential
2 the opinions of people who have degrees that have
3 nothing to do with neurology.
4    A.    Is it relevant to consider -- I'm
5 prepared to consider the opinion of anyone you
6 want. I'm not sure I understand where you're
7 going with this line of questioning. If you want
8 me to say that someone who, you know, a geologist
9 should not be considered here, I'm happy not to
10 include a geologist, but it doesn't change my
11 fundamental opinion.
12    Q.    If you turn to page 5 of your report
13 which I think might already be there, actually,
14 the section Roman IV entitled Treatment of
15 Parkinson's Disease, can you tell me why you
16 included this in your report?
17    A.    I think just to provide some background
18 so that people understood what Parkinson's
19 disease was and they understood the history of
20 the evolution of the therapies for Parkinson's
21 disease, so that they could put this in context.
22    Q.    And if you could turn to the next
23 section, Roman V which begins on page 7 --
24    MR. SCHULER:    And just for your
25 benefit, we reserve, you know, there was

81

1    C. Warren Olanow - Highly Confidential
2 originally going to be a tutorial that got
3 cancelled because of changes and who is
4 responsible for the case, so to the extent that
5 there is a subsequent trier of fact who wants a
6 tutorial, Dr. Olanow will provide that and that
7 section would relate to a tutorial.
8    MS. BERNIKER:    You're talking about a
9 tutorial in court?
10    MR. SCHULER:    Yes.
11    Q.    And with respect to Section V
12 entitled -- Roman V entitled Treatment of
13 Parkinson's Disease With Dopamine Agonists, can
14 you tell me why that was included?
15    A.    I think the same reason.
16    Q.    And is that also true for the section,
17 the next section which also appears to be
18 numbered section Roman V entitled Treatment of
19 Parkinson's Disease With Pramipexole?
20    A.    Well, I think I was trying to give you
21 a sense of how pramipexole got developed, why it
22 got developed and how it evolved.
23    Q.    If you look at page 9, the last
24 sentence before the new section heading, "For
25 these reasons, pramipexole is routinely described

21  (Pages 78 to 81)

**82**

1     C. Warren Olanow – Highly Confidential
2  in PD patients" --
3     A.   "Prescribed."
4     Q.   "Prescribed," I'm sorry, "in PD
5  patients by many neurologists and has been widely
6  employed," I'm sorry, "and has been the most
7  widely employed dopamine agonist in the United
8  States for the past ten years," do you see that
9  sentence?
10    A.   I do.
11    Q.   And PD there, I assume, stands for
12 Parkinson's disease?
13    A.   That is correct.
14    Q.   What do you mean when you say it's the
15 most widely employed dopamine agonist?
16    A.   I mean it's the most widely used
17 dopamine agonist to treat Parkinson's disease.
18    Q.   Okay, so in this sentence you're really
19 restricting it to the treatment of Parkinson's
20 disease, is that right?
21    A.   Yes. Well, frankly, I think it's the
22 most, it was the most widely-- if you look at the
23 last ten years cumulatively, I'm sure it was the
24 most widely prescribed dopamine agonist for any
25 reason.

**83**

1     C. Warren Olanow – Highly Confidential
2     Q.   Have you looked at that data?
3     A.   I have, actually.
4     Q.



24    Q.   The next heading on page 9 is
25 Pramipexole Is a Putative Neuroprotective Therapy

**84**

1     C. Warren Olanow – Highly Confidential
2  in PD.
3     A.   Correct.
4     Q.   What do you mean by "putative"?
5     A.   It means that it's not established to
6  be neuroprotective. It means that it might be
7  neuroprotective. It is an agent that has the
8  potential or is possibly neuroprotective.
9     .Q.   Are there other agents that have the
10 potential to be neuroprotective?
11    A.   Yes.
12    Q.   What are they?
13    A.   Well, there are a whole list of them
14 that I have articles I've written where there are
15 literally hundreds of agents that we think might
16 be neuroprotective. In clinical trials most of
17 them have either not been tested or have failed.
18 There are a number that are what are called
19 putative neuroprotective agents, where they've
20 also been tested in clinical trials and where
21 there is a positive outcome to the clinical
22 trial, which doesn't mean or mandate that it's
23 neuroprotective.
24        It just means that there are laboratory
25 reasons for thinking it might be, there are

**85**

1     C. Warren Olanow – Highly Confidential
2  theoretical reasons for considering it, and a
3  clinical trial did not dismiss it. It was
4  positive, but you can't say based on that
5  clinical trial that they are, and such agents
6  would include pramipexole and Ropinorole.
7        They would include Selegiline and
8  Rasagiline and they would include coenzyme Q10,
9  so those are the agents that have been tested
10 where the clinical trial was positive and that it
11 was, and they were being tested as possible
12 neuroprotective agents.
13    Q.   And there are other possible neuro-
14 protective agents that haven't yet been tested in
15 clinical trials, but if they were, might fall
16 into that list as well?
17        MR. SCHULER: Object to the form.
18    A.   We don't know the cause of the disease
19 and we don't have a neuroprotective therapy with
20 this disease. I mean our hope is that some
21 agent, either one that we've tested already or
22 one that we are looking at in the laboratory,
23 will turn out to be neuroprotective.
24        It is conceivable that nothing will
25 ever work, or at least not in our lifetimes, but

22  (Pages 82 to 85)

86

C. Warren Olanow - Highly Confidential
1
2  there are good reasons to believe that dopamine
3  agonists should be further studied and should be
4  considered as neuroprotective, and that possibility
5  has very much influenced how physicians use that
6  drug.
7      Q.   Do you believe, sitting here today,
8  that there is an unmet need for a nerve
9  protective agent for Parkinson's disease?
10     A.   Not only do I believe it, I don't know
11 anyone who doesn't believe it.  It is the single
12 most important unmet medical need.  It would
13 revolutionize the world of Parkinson's disease,
14 were we to have a drug that unequivocally altered
15 the rate of progression of the disease.  It would
16 be a boon for mankind and it would be an economic
17 windfall.
18     Q.   How long has there been this need?
19     A.   For as long has there's been Parkinson's
20 disease.
21     Q.   More than 40 years?
22     A.   Yes.
23     Q.   Thank you.  There isn't, there aren't
24 any compounds that are indicated for neuroprotective?
25     A.   Not at this time, no.

87

1      C. Warren Olanow - Highly Confidential
2      Q.   You refer in Paragraph 29, in the
3  middle you say, "In the laboratory dopamine
4  agonists and specifically pramipexole have been
5  shown to protect dopamine neurons from a variety
6  of toxins."  Do you see that?
7      A.   Yes.
8      Q.   And those are in vivo and in vitro
9  studies that are not clinical trials, correct?
10     A.   Correct.
11     Q.   Do you believe that those studies are
12 reflective of whether or not -- I'm sorry, let me
13 rephrase.  Do you believe that those studies are
14 reliable indicators for whether or not a compound
15 is neuroprotective?
16     A.   Well, I don't know.  That's the
17 problem.  We study drugs in the laboratory before
18 we bring them to the clinic and we have a
19 tremendous discord, so some drugs will not work
20 in our models and don't work in Parkinson's.
21 Some work in the model and don't work in
22 Parkinson's.
23         And part of the problem is that our
24 models aren't really Parkinson's disease, they're
25 a model of it, so I would say that that's the

88

1      C. Warren Olanow - Highly Confidential
2  best we have.  Very few people in the industry
3  are willing to bring a drug to clinical trial
4  which is extremely expensive, without any
5  laboratory testing, but the laboratory testing we
6  have, and I've written on this in many of my
7  articles, really represents something other than
8  Parkinson's disease.
9          One of our goals is to try to define
10 models which more closely reflect the cause of
11 Parkinson's disease.  Nonetheless, it's the best
12 we have and if an agent didn't work in those
13 models, I don't know anyone who would spend the
14 money to bring it to clinical trial.
15         So I would say that if an agent worked
16 in the model, it's no guarantee that it will work
17 in Parkinson's disease, but if an agent didn't
18 work in the models, people would probably not
19 pursue it further.
20     Q.   Would you include other dopamine agonists
21 in addition to Ropinorole and pramipexole in the
22 list of putative neuroprotective agents?
23     A.   Possibly.  One of the things that we've
24 discovered in our work, and I believe others have
25 as well, is that just because a drug is a

89

1      C. Warren Olanow - Highly Confidential
2  dopamine agonist doesn't mean its effect on
3  intracellular signals is going to be identical.
4  Each one of the agonists has its own specific
5  fingerprint within a cell.
6          So the fact that pramipexole may be
7  neuroprotective in a model is no assurance that
8  another dopamine agonist will be neuroprotective.
9  Each one has to be looked at independently, and
10 we've published on that.
11     Q.   Is there evidence that Bromocriptine
12 has neuroprotective activity?
13     A.   Bromocriptine has not been studied as
14 well, but in our hands Bromocriptine does have
15 protective effects in the laboratory, but again
16 that's not an assurance it would have it in the
17 clinic, so it is conceivable to me that a drug
18 could be protective in the model and a similar
19 drug in the same class might not be, and then if
20 you take two that are positive in the model, then
21 they have different effects in humans.
22         It's just not known.  The advantage
23 pramipexole has is that it's on the market, it's
24 available, people use it, it's relatively free of
25 side effects, and therefore the potential that

23  (Pages 86 to 89)

90

1     C. Warren Olanow - Highly Confidential
2 it's neuroprotective at no additional risk
3 influences people's thinking in how to use the
4 drug.
5     Q.   Is it the fact that there is no
6 additional risk that makes it more promising as a
7 neuroprotective agent?
8     A.   Anytime you have a new drug, you would
9 like to have it without risk. I mean this may
10 never be the situation, but in comparison, say
11 for example to ergot drugs, pramipexole avoids
12 many of the side effects. Many of the ergot
13 drugs have already even been removed from the
14 market or withdrawn, so it puts pramipexole into
15 a superior position.
16         Whether all agonists will have the same
17 effect on protection remains to be seen. Some of
18 them may, they may all have no effect, but what's
19 important here is that pramipexole is a drug that
20 people are familiar with, it's effective, it's
21 widely prescribed, it works in what you want it
22 to do, and there is at least a rationale for
23 considering the possibility that it might be
24 neuroprotective.
25         So for a physician in the clinic who is

91

1     C. Warren Olanow - Highly Confidential
2 saying what drugs should I start this patient on,
3 they might be inclined to say well, if I can use
4 a drug that's effective and it might be
5 neuroprotective, I might prefer that to an agent
6 where it's just as good but there is no evidence
7 it's neuroprotective.
8     Q.   Is the evidence that Ropinorole might
9 be neuroprotective similar to the evidence that
10 pramipexole might be neuroprotective?
11     A.   I would say yes.
12     Q.   And in terms of the side effect profile,
13 are they similar?
14     A.   Very similar.
15     Q.   You mentioned in your list of putative
16 neuroprotective agents coenzyme Q10.
17     A.   Yes.
18     Q.   Do the clinical trials for coenzyme Q10
19 show that it has promise as a neuroprotective
20 agent?
21     A.   It depends how you interpret them and
22 it depends who you are. Coenzyme Q10 is thought
23 to be a mitochondrial enhancer and to be an
24 antioxidant and in the laboratory has been shown
25 to have protection in these models that may not

92

1     C. Warren Olanow - Highly Confidential
2 represent Parkinson's disease.
3         In the one clinical trial that has been
4 done, coenzyme Q10 in the highest dose that was
5 employed looked as though it reduced the rate of
6 decline in Parkinson motor score, but in an
7 analysis of that it became apparent that there
8 was a confound because it seemed to have
9 symptomatic effects so that you could not tell
10 for sure whether the reduced rate of
11 deterioration was because the drug was protecting
12 against degeneration or just masking it by a
13 symptomatic effect.
14         So you pays your money and you takes
15 your choice. It's certainly not enough for the
16 FDA to give them a label, but some people argue
17 it's safe, it doesn't have much in the way of
18 side effect, so they would prefer to use it.
19         There is a larger-scale trial now
20 underway and hopefully that will help clarify it,
21 but for now I would say they're in a similar
22 position. The advantage of pramipexole is that
23 pramipexole has very powerful symptomatic
24 effects, whereas coenzyme Q10 has hardly any at all.
25     Q.   Do the symptomatic effects of

93

1     C. Warren Olanow - Highly Confidential
2 pramipexole make it harder to determine whether
3 or not it's a neuroprotective agent?
4     A.   I think they do because there is a
5 built-in confound, so in the way that we
6 approached neuroprotection historically was to
7 look at, for example, the time to deterioration
8 to reach a marker of disease progression.
9         When we do that and there is a
10 symptomatic effect, as I mention, you cannot tell
11 whether that delay is because you're protecting
12 or because you're treating. You just don't know
13 for sure.
14         Now because of that, when we did the
15 clinical trials with the dopamine agonists, we
16 didn't choose a symptomatic or an end point that
17 could be confounded by a symptomatic effect. We
18 chose a surrogate biomarker of dopamine function,
19 namely a dopamine transporter binding agent for
20 dopamine uptake. That's why we chose those markers.
21     Q.   Were those markers, have those markers
22 been shown to be reliable in determining whether
23 something is neuroprotective?
24     A.   No, not really. You're still left with
25 the same problem because now you run into the

24  (Pages 90 to 93)

94

1    C. Warren Olanow - Highly Confidential
2 problem of whether or not there are regulatory or
3 pharmacologic effects. So in the studies that
4 were done, pramipexole in particular was compared
5 to Levodopa and it is conceivable that they could
6 have had a differential effect on the target.
7        For instance, one may have down-
8 regulated the transporter more than the other,
9 and the difference between them was not
10 protection but rather this pharmacologic effect,
11 and that precludes you from being able to say
12 with certainty it's protective. Doesn't mean it
13 isn't, it just means you can't say it is.
14        A study has just been done called the
15 INSPECT study in which people looked for a
16 short-term regulatory effect that might account
17 for this between Levodopa, pramipexole and
18 placebo, and they found none at all.
19        Again that doesn't prove it wasn't
20 regulatory, but it certainly doesn't prove it
21 was, and the possibility that the drug is
22 protective remains on the table and it remains a
23 factor that influences how physicians practice.
24    Q.    Is Levodopa neuroprotective?
25    A.    It's an interesting — so in my

95

1    C. Warren Olanow - Highly Confidential
2 laboratory we have shown that Levodopa can be
3 protective under certain circumstances. Levodopa
4 can also have a trophic effect, I believe, by
5 acting on the dopamine receptor, assuming that's
6 how it acts, but on the other hand Levodopa is
7 oxidized and forms byproducts that can be
8 damaging to cells and kills them.
9        So when I want to look at a model of
10 toxicity in culture, I can take Levodopa and I
11 can add it to the cells and I can kill them, and
12 one of the big debates has been what's going on
13 in humans, so we did a trial about a year or two
14 ago where we randomized new patients to placebo
15 or Levodopa.
16        And at the end of the trial we washed
17 them out of everything and we looked to see if
18 there was a difference in the rate of decline in
19 people who had been on Levodopa versus placebo.
20 And to our surprise, what we found was the groups
21 on Levodopa did better than the group on placebo,
22 consistent at least in theory with the notion
23 that Levodopa itself might be protective,
24 although it has other side effects, as you know.
25        Now that study was compounded by the

96

1    C. Warren Olanow - Highly Confidential
2 fact that we did imaging and while the clinical
3 suggested they might be doing better, the imaging
4 showed a faster rate of decline than the placebo,
5 suggesting that it might be toxic.
6        The problem is that the clinical could
7 have been confounded by what's called a long
8 duration effect where, when you take someone off
9 Levodopa, you could take months until you really
10 lose its entire effect, and therefore the reason
11 Levodopa looked better is we didn't wash them out
12 long enough.
13        On the other hand, on the imaging you
14 might have had the regulatory problem that I just
15 described for you. So at the end of this
16 expensive and long and complicated study, we were
17 left with a conclusion that we didn't know, still.
18    Q.    Would it be preferable to be able to do
19 studies that have placebo control in this context?
20    A.    I think it's always better to have
21 placebo control, but it depends on the study
22 you're doing and some studies don't lend
23 themselves to have a true placebo control, but
24 wherever possible I prefer to do placebo control
25 trials.

97

1    C. Warren Olanow - Highly Confidential
2    Q.    And the trial that was done with
3 pramipexole didn't have a placebo control, correct?
4    A.    It didn't, and you know, the question
5 is could you have done it. Patients can't be
6 kept on placebo. They need treatment, so you
7 have that limitation.
8        And in reality you are asking the
9 question should I start them on Levodopa or
10 should I start them on the dopamine agonist, and
11 what you're looking for is is there a difference
12 between the two, so I think you can justify doing
13 a study that asks that question, but how you
14 interpret it is limited by not having a placebo
15 effect.
16        For instance, if the two separate, it
17 could be because pramipexole was protective, but
18 it could also be because Levodopa was toxic. You
19 could argue as a physician I don't care which, I
20 want the better drug, but as a scientist you'd
21 like to know the mechanism.
22    Q.    In the clinical trial for pramipexole,
23 did they show positive clinical effects relative
24 to Levodopa?
25    A.    No. Levodopa is a more — no one has

25 (Pages 94 to 97)

98

1    C. Warren Olanow – Highly Confidential
2  ever disputed that Levodopa is a more effective
3  agent than anything else we have. The question
4  is are you better off starting with an agonist,
5  avoiding motor complications, maybe having
6  protection, and saving your more powerful agent
7  for later in the course of the illness.
8        That's the big paradigm shift that
9  occurred from back in the '80s when pramipexole
10  was being patented and '89 when it was patented
11  and even when it was first being approved in the
12  '90s, where the drug was mostly used as an
13  add-on, to now, where the drug is mostly used as
14  early therapy for the reasons I just gave you.
15    Q.   I guess my question is more specific
16  with respect to the clinical trial that was
17  performed on pramipexole. Did the clinical
18  results indicate that pramipexole was
19  neuroprotective or was it just the imaging
20  results, depending on how they were interpreted?
21    A.   It was the imaging results because the
22  imaging results were the primary end point as
23  well. The clinical, as you pointed out yourself,
24  were readily confounded by symptomatic effects
25  and therefore couldn't be used to assess neuro-

99

1    C. Warren Olanow – Highly Confidential
2  protection.
3    Q.   Have there been tests of pramipexole
4  that try to assess the clinical effects on
5  neuroprotection?
6    A.   You would have to do that study for a
7  very, very long time because these agents have
8  confounding effects. Now there is one that's
9  trying to do it that is being done now called the
10  PROUD study.
11      This has a delayed start component to
12  it, so what they're doing is starting with
13  pramipexole or placebo, waiting for six months
14  and then putting both groups on pramipexole and
15  looking to see if that early six months of early
16  therapy provides a long-term benefit, so that's
17  one way of trying to get around this, and that
18  study is ongoing.
19    Q.   You mentioned a few times the end
20  point, the question of how you determine the
21  appropriate end point when you're testing for
22  neuroprotective effect. Can you explain to me
23  the complication that that raises a little bit
24  more?
25      MR. SCHULER:  Object to the form.

100

1    C. Warren Olanow – Highly Confidential
2    A.   I don't know what you mean by
3  "complication." Do you want me to explain what
4  an end point is?
5    Q.   Let's start with that, yes.
6    A.   So when you do a trial, you need to
7  pick one thing to measure in order to indicate
8  whether your trial is successful or not. That's
9  called the primary end point. You can look at
10  other things. Those are called secondary end
11  points, but in a normal trial you would look at
12  the effect of your intervention versus placebo or
13  a comparator on a particular event.
14      Well, one thing we could do is look at,
15  say, motor score, so you would say well, if I
16  looked at pramipexole versus placebo and looked
17  at its effect on motor score, if they had better
18  motor scores, maybe that would be protection, but
19  the problem is that you know pramipexole is going
20  to improve motor scores because of its sympto-
21  matic effect. Therefore, you wouldn't know how
22  much was protection and how much was symptomatic.
23      So another alternative is to try and
24  choose an end point that looks at a biomarker or
25  something that wouldn't be affected by the

101

1    C. Warren Olanow – Highly Confidential
2  symptomatic effect, and that's what we tried to
3  do with the INSPECT study. Now even that, we're
4  concerned that there might have been regulatory
5  or pharmacologic effects, so we're now trying to
6  come up with more clever ways.
7      And one style is the delayed start
8  design, where the end point is the change from
9  baseline at the end of a trial, where the
10  first six months one gets placebo and the other
11  doesn't.
12      And at the NIH we now have another
13  large trial called NET-PD where we are doing a
14  what's called long-term simple study. Now that's
15  not yet being done with pramipexole, but in
16  principle it could be, and there patients are
17  randomized to your intervention or not, then
18  treated with whatever else you want and you
19  follow them for five or ten years. It's not
20  maybe a commercially viable study, but
21  scientifically it would be valuable.
22      Then you have a composite end point to
23  look at a whole variety of dopaminergic or
24  non-dopaminergic agents to see if you influence
25  the course, but it has proven to be very

26 (Pages 98 to 101)

102

1      C. Warren Olanow - Highly Confidential
2  difficult for us to determine in a clinical trial
3  if an agent is or is not neuroprotective, and
4  that's why it is so important for a physician to
5  have all the information and weigh it, because
6  even if you don't have an answer, you still have
7  to make a decision as a doctor what do I do, do I
8  treat this patient or do I don't.
9      And what's changed for Mirapex is that
10 when it first came out, it was a drug that was
11 used as an add-on drug to try and treat people
12 with motor complications. Then it went to a
13 point where it was an early drug to try and
14 prevent motor complications and now it's gone to
15 the point where it's early first-line therapy to
16 try and alter the rate of the disease.
17 Q.   You mentioned earlier in your answer
18 the INSPECT study. Is that the study that's
19 cited in a footnote of your report, also known as
20 the CALM-PD study?
21 A.   Yes. Is it footnote 11?
22 Q.   I'm sorry, did I say 11? Page 11,
23 footnote 30.
24 A.   Right.
25 Q.   Do you have a sense of how many

103

1      C. Warren Olanow - Highly Confidential
2  physicians agree that it's appropriate to use
3  pramipexole as a first-line therapy because of
4  its possible neuroprotective effect?
5  A.   See, I don't think it works that way.
6  I think doctors look at everything together and I
7  think that you weigh the efficacy, you weigh the
8  side effects, and you weigh the potential to
9  modify the disease, so it's not just one thing,
10 and you also look at the ease and tolerability of
11 using the drug and so on.
12      I would say that in the movement
13 disorder community, about 60 percent of
14 physicians would start with a dopamine agonist,
15 and Mirapex was the preferred dopamine agonist.
16 In the non-movement disorder community that would
17 be less, but it's getting higher.
18 Q.   And this is for the treatment of Parkinson's
19 disease?
20 A.   Correct.
21 Q.   Is there a reason that they would start
22 with Mirapex and not Requip?
23 A.   There are several reasons. Firstly,
24 they do. I mean the sales tell you that.
25 Secondly, the way Mirapex came out of its dosing

104

1      C. Warren Olanow - Highly Confidential
2  kit provided more effective anti-Parkinson
3  effects than the way Requip came out of its, and
4  so people had the impression that Mirapex was a
5  more effective anti-Parkinson's agent.
6      Now that may not be the case. That may
7  have been an error in how they chose the dosing.
8  For instance, in Mirapex you come out of your
9  starter kit at 1.5 milligrams and the study we
10 did, you got your maximal effects at 1.5. If you
11 went to 3, 4, 5, 6, as a group they did all about
12 the same, whereas with Requip you came out at 3
13 milligrams originally and you really don't start
14 to see any benefits until you're at 6 or 9.
15      So here is the Mirapex patient coming
16 back and saying I see benefits, I'm great, and
17 the Requip patient comes back and says I don't
18 see anything, and they need to go up to 15, 18,
19 20, 24 milligrams to see the maximum benefit. So
20 I think that's the main reason people then got
21 used to it, and in medicine what happens is if
22 there isn't a real reason to change, you tend to
23 stay with what you know.
24 Q.   If pramipexole were neuroprotective, by
25 treating a patient with Parkinson's disease you

105

1      C. Warren Olanow - Highly Confidential
2  would also have that neuroprotective effect, right?
3  A.   That's right, and it would change the
4  landscape completely because now everyone would
5  want to take it. There would be no reason to
6  delay it. You'd look for pre-clinical markers
7  and try to get it on board before people even had
8  the classical signs and symptoms. The whole
9  field would change.
10 Q.   Are you familiar with the tests on
11 propargyl drugs having neuroprotective effect?
12 A.   Yes.
13 Q.   And are they, have they been shown to
14 potentially have neuroprotective effect?
15 A.   Well, it's the same kind of story.
16 Propargyl drugs are typically MAO-B inhibitors
17 that incorporate a propargyl ring, and in the
18 laboratory they can be protective in these
19 limited models, and in clinical trials you have
20 the same problem that they may show positive
21 results, but you can't be sure whether it is
22 because they are protective or whether there is a
23 symptomatic confound.
24      We recently tested a propargyl drug
25 called TCH346 which was very positive in the

27 (Pages 102 to 105)

106

1      C. Warren Olanow - Highly Confidential
2   laboratory and had very little in the way of
3   MAO-B inhibition, and in a trial which I
4   published just last year we failed to see any
5   efficacy whatever with that drug.
6          So that was very disappointing because
7   in the laboratory propargyl drugs had been well
8   worked out, well defined, how they work is quite
9   well known, but this particular one didn't work,
10  which raises the issue of whether the others
11  which did work work because they were MAO-B
12  inhibitors and symptomatic, not because of
13  protection.
14         Nonetheless, a lot of physicians today
15  will start with a propargyl drug like Rasagiline,
16  then add the dopamine agonist like Mirapex and
17  then try and buy as much time until you need
18  Levodopa. That's a very common way to treat
19  Parkinson's.
20  Q.   The series of events, then, in terms of
21  the testing of TCH346, did that kind of further
22  confirm the questions that you already had about
23  whether the laboratory tests were really
24  representative?
25  A.   In that article I discuss that in some

107

1      C. Warren Olanow - Highly Confidential
2   detail. I mean why did we fail? And I went
3   through a number of factors that might account
4   for why we failed and what we might do to try and
5   not fail in the future.
6   Q.   But part of the problem is that it was
7   not clear that the laboratory tests are actually
8   reflective of whether or not something is
9   neuroprotective?
10  A.   The laboratory models?
11  Q.   Right.
12  A.   That's true. Alternatively, we may
13  have chosen the wrong dose. I mean it's just a
14  difficult business and I know we're talking for
15  legal reasons, but scientifically this is
16  probably the most important question of our time
17  in Parkinson's disease, and its solution is the
18  most important thing, and we haven't solved it.
19  Q.   Have people interpreted the CALM-PD
20  study as, with mixed interpretations?
21      MR. SCHULER: Objection to form.
22  A.   I think they've interpreted it the way
23  I described it to you, that it's consistent with
24  neuroprotection, but there are confounding
25  influences and the study doesn't prove or confirm

108

1      C. Warren Olanow - Highly Confidential
2   that there is neuroprotection.
3          And now it becomes a matter of
4   physician philosophy. Some people are born
5   skeptics and they're not going to use a drug
6   until it's proven to work. On the other hand, if
7   that's how you practice medicine, you're in
8   trouble because most of what we do isn't proven
9   to work.
10         We make judgments every single day and
11  many physicians look, say I'm going to go with
12  the science that's available with clinical trials
13  that exist and make a determination what I'm
14  going to do, so you will find people who are
15  willing to say I don't believe these drugs are
16  neuroprotective, but they have no basis for
17  saying it's not neuroprotective any more than I
18  have a basis for saying it is neuroprotective.
19         In fact I would say I have a better
20  basis because at least there are well worked-out
21  theories and the trials consistent with it. When
22  you're treating a real live human patient, you
23  have to make the decision do I want to give them
24  the benefit of this doubt or not, and there are
25  reasons not to, but there are also reasons to.

109

1      C. Warren Olanow - Highly Confidential
2   Q.   I'd like to ask you about a statement
3   in Paragraph 30 of your report on page 11. It
4   says, "The notion that pramipexole would be
5   neuroprotective in the treatment of PD was not
6   known to persons of ordinary skill in the art
7   (physicians and scientists) at the time of the
8   original invention." What time period, then,
9   were you applying for that analysis?
10  A.   Well, I think you could take that all
11  the way up to about the year 1995 to 2000, and
12  that's all relatively new and the a clinical
13  trial was reported in 2002, so the laboratory
14  work you could argue, I mean each level makes
15  people less and less skeptical.
16         The more you can get confirmatory data,
17  even if you can't prove it, the more people are
18  likely to use it. So I think in the '90s you
19  started to have laboratory data talking about
20  this and it started to build, but the first
21  clinical trial that really raised this issue was
22  this one and the other one, the REALPET study,
23  both of which were published around 2002, 2003.
24         So certainly in the '80s, whether it
25  was '84 or '89, no one would have dreamt that

28 (Pages 106 to 109)

**110**

1      C. Warren Olanow - Highly Confidential
2  these drugs might be neuroprotective and what
3  impact that might have on the use of the drug.
4      Q.    Did people at that time period expect
5  that Levodopa might be neuroprotective?
6      A.    No. The real concern then was that it
7  was toxic because it's oxidized.
8      Q.    Wasn't it the case that after physicians
9  started administering Levodopa to Parkinson's
10  disease patients, their life spans increased
11  dramatically?
12      A.    That's debatable, but I think it's
13  probably true. Some people argue that there is
14  data showing that may not be as true as we think,
15  but that's easy to explain. If you have a person
16  who can't walk because they have Parkinson's and
17  they lie in bed and they get phlebitis and they
18  get pneumonia and die, now you give them a drug
19  that symptomatically improves them and now they
20  can get up and they can walk and they don't get
21  those problems, they so live longer, that doesn't
22  mean the drug is neuroprotective. It is
23  consistent with its symptomatic effects.
24      Q.    Do you think that leads one at least to
25  expect that it might be neuroprotective?

**111**

1      C. Warren Olanow - Highly Confidential
2      A.    No, nor was that seriously considered.
3  I mean I'm not saying you couldn't find an
4  article somewhere where someone raised it
5  theoretically, but the bigger question was is it
6  toxic, and there were hundreds of articles on the
7  issue of toxicity, and the question was not does
8  Levodopa make them better.
9          The question was if you had a drug that
10  was as good as Levodopa and provided the same
11  symptomatic effects but didn't have oxidative
12  byproducts, would that be even better still.
13      Q.    Do you believe that there is currently
14  a long-felt need for a compound that will treat
15  RLS?
16      A.    Right now or as of in the '80s?
17      Q.    Right now.
18      A.    I think we could do better. I think
19  there are a lot of debates out there as to how
20  common RLS is and how much of a source of
21  disability it is for patients. I think the
22  dopamine agonists such as Mirapex have been a
23  huge advance and you can see that again in the
24  sales and in the markets, and I think they fill a
25  tremendous need with respect to the drugs that

**112**

1      C. Warren Olanow - Highly Confidential
2  were used before and they have become the primary
3  main-line therapy for restless legs, and restless
4  legs may be as common as 10 percent of
5  population, depending who you believe.
6          But we're now finding that they're not
7  totally free of augmentation, they're not
8  absolutely perfect, so I think there is still
9  some unmet need, but I don't think it's nearly as
10  great as the unmet need was back in the '80s and
11  '90s.
12      Q.    Do you think there was an unmet need in
13  the mid 1980s?
14      A.    Sure. I mean some people who have
15  restless legs are devastated by it, terribly
16  incapacitating to them, and Levodopa and opioids
17  and Klonopin and other types of drugs had
18  sedative effects, they had augmentation, they had
19  other problems.
20          The idea that you could take something
21  as simple as a dopamine agonist in low dose and
22  have such dramatic benefit, avoid so many of the
23  problems you saw with the other drugs, that
24  represented a huge fulfillment of an unmet need
25  and a tremendous boon for patients.

**113**

1      C. Warren Olanow - Highly Confidential
2      Q.    What is it that you think, then,
3  satisfied at least in part the unmet need for the
4  1980s, is it dopamine agonists generally or
5  Mirapex versus Requip or one or the other?
6      A.    Each drug has, as I've already told
7  you, each drug is its own unique entity. One
8  might assume that if one agonist does it, they
9  will all do the same, but you don't know that for
10  sure until you do it. Now clearly, Mirapex
11  and Ropinorole both have been very helpful.
12          There is data suggesting that Pergolide
13  was helpful as well, but the problem is that
14  Pergolide was an ergot compound, it caused
15  cardiac valve dysfunction, and was withdrawn from
16  the market. So if you talk about providing
17  tremendous efficacy with acceptable adversity,
18  then I would say Mirapex and Requip would be the
19  two that primarily fill that gap.
20      Q.    And they did so about the same time, is
21  that right?
22      A.    I would say more or less about the same
23  time. Actually Mirapex was more widely used for
24  restless leg syndrome than Ropinorole, but
25  Ropinorole got an approval earlier and because

29 (Pages 110 to 113)

114

1    C. Warren Olanow - Highly Confidential
2    they could now market it, they had a sharp upturn
3    in their sales. Mirapex has now been approved
4    and I believe they're starting to approximate one
5    another.
6    Q.    Have you reviewed the most recent data
7    on the sales and prescription figures for the two?
8    A.    I've reviewed it as of a few months
9    ago. I don't know that you would call that the
10    most recent, but it's pretty recent.
11    Q.    In Paragraph 38 of your report, why is
12    it italicized?
13    A.    For emphasis.
14    Q.    You feel that was a particularly
15    important fact?
16    A.    I think it illustrates the fact that
17    the FDA and European regulatory authorities
18    recognized that it had been established, so as
19    opposed to neuroprotection, where we discussed
20    that it influences use but it's not proven to
21    work, here the benefits have been documented
22    sufficiently for regulatory authorities to
23    approve the drug.
24    Q.    Then in 39, subsection (a) of your
25    report, at the end there is the statement

116

1    C. Warren Olanow - Highly Confidential
2    "and specifically pramipexole" to essentially say
3    that Requip hasn't been shown to be better than
4    pramipexole, but pramipexole hasn't been shown to
5    be better than Requip?
6    A.    I think so. I think what you say is
7    true. I wrote this sentence the way I did
8    because I was asked to comment specifically with
9    respect to pramipexole. I think you could
10    reverse them and that would be fine.
11    Q.    Do you know which compounds — I'm
12    sorry. Let me — do you know whether Klonopin is
13    prescribed more than pramipexole for the treatment of RLS?
14    A.    Today?
15    Q.    Yes.
16    A.    Pramipexole is much more commonly
17    prescribed.
18    Q.    How long has that been the case?
19    A.    Probably for the last five years or so.
20    Klonopin is okay. I don't think it's as
21    effective and it's associated with sedation and I
22    don't know any guideline that suggests taking
23    Klonopin in favor or over dopamine agonists.
24    Virtually all, I would say all, but maybe there
25    is one I'm not familiar with, but the European,

115

1    C. Warren Olanow - Highly Confidential
2    "Nonetheless, no agent developed to date has been
3    shown to be superior to dopamine agonists and
4    specifically pramipexole in the management of
5    RLS, and these agents are now the first choice of
6    most physicians." Do you see that?
7    A.    Yes.
8    Q.    Are you suggesting that pramipexole is
9    considered the best or that dopamine agents
10    generally are considered to be superior?
11    A.    I mean it the way I said it.
12    Q.    And which of the two do you think that
13    means?
14    MR. SCHULER:   Object to the form,
15    assumes facts.
16    A.    That no agent has been shown to be
17    superior to dopamine agonists and specifically
18    pramipexole, in other words dopamine agonists
19    are the first-line treatment and among the
20    dopamine agonists no agent has been shown to be
21    superior to pramipexole, to my knowledge.
22    Q.    And has pramipexole been shown to be
23    superior to Requip?
24    A.    No, not to my knowledge.
25    Q.    So is your point with adding the phrase

117

1    C. Warren Olanow - Highly Confidential
2    the American Academy, all of them favor starting
3    with dopamine agonists.
4    Q.    Do you know whether sleep medications
5    are prescribed more often than Mirapex?
6    A.    Sleep medications such as what?
7    Q.    What do you consider to be included in
8    that category?
9    A.    I don't know what you mean by that. I
10    can't answer your question. You have to tell me
11    what you mean.
12    Q.    As a physician do you have an
13    understanding of what sleep medications are?
14    A.    You mean medications that make you fall
15    asleep at night, is that what you mean?
16    Q.    Yes. Sure, yes.
17    A.    Why would you use them for restless leg
18    syndrome? They don't work.
19    Q.    Do people prescribe them for restless
20    leg syndrome?
21    A.    I suppose people could prescribe
22    anything they want, but what people prescribe,
23    far and away the most are dopamine agonists.
24    Q.    And specifically pramipexole?
25    A.    Well, I think Ropinorole has actually

30  (Pages 114 to 117)

118

1    C. Warren Olanow - Highly Confidential
2  had more -- originally I would say pramipexole
3  more. Now I would say Ropinorole more and I
4  suspect that they will even out. How large this
5  market will turn out to be still remains to be
6  determined.
7       The other thing that's important is,
8  you know, from the company's point of view, is
9  that the average general practitioner who sees
10 probably 40 to 50 percent of patients with
11 Parkinson's disease understands the concept of
12 RLS and by becoming familiar with these drugs in
13 RLS, they're now starting to use them more for
14 Parkinson's disease.
15      So interestingly, familiarity with the
16 drug in RLS has turned out to be a great value
17 for the Parkinson market, which is important for
18 the company commercially, but is also important
19 for me because I think that's the better way to
20 treat, so the interest in RLS has fueled growth
21 in Parkinson's as well.
22  Q.   Why is it that physicians are
23 associating the two, do you think?
24  A.   It's not that they're associating the
25 two diseases, but general practitioners to a

119

1    C. Warren Olanow - Highly Confidential
2  large degree have been a little frightened of
3  dopamine agonists. You have to titrate them.
4  They don't know the doses. They don't know the
5  side effect profile as well. Levodopa is much
6  easier for them.
7       With the introduction of RLS and the
8  idea that they could use Mirapex, for example, to
9  treat RLS, now they're more comfortable using
10 Mirapex to treat Parkinson's disease which they
11 see -- they don't see a lot, like a movement
12 disorder specialist.
13      They may see one or two per physician,
14 but if you multiply it by 100,000 physicians it's
15 a lot of patients and they are getting more and
16 more comfortable, so you're starting to see
17 family doctors prescribing dopamine agonists,
18 whereas previously they went right to Levodopa.
19  Q.   Can you tell me about what percentage
20 of the RLS market are dopamine agonists?
21  A.   I don't know that I can tell you that
22 specifically, but I would say I could estimate
23 for you. Would that be all right?
24  Q.   Sure.
25  A.   75, 80 percent, 90 percent.

120

1    C. Warren Olanow - Highly Confidential
2  Q.   And of that can you tell me
3  approximately how much Mirapex has of that share?
4  A.   I would say it's probably 2 to 1 or a
5  little bit less in favor of Ropinorole at this
6  time, but since Mirapex has become approved, I
7  think that difference is shrinking and the market
8  is expanding because a lot of people didn't know
9  what RLS was and they didn't know they had it.
10  Q.   Is there a difference in augmentation
11 between Requip and Mirapex?
12  A.   No, I don't think so.
13  Q.   Have you seen data that suggests there
14 might be?
15  A.   No.
16  Q.   In Paragraph 39, at the top of
17 Paragraph 39 of your report you say, "In my
18 opinion the effectiveness of Mirapex to treat RLS
19 was not predictable to one of ordinary skill in
20 the art from the claims" -- actually let me start
21 with the next sentence. I apologize.
22      You say, "The notion that pramipexole
23 would prove to be effective in the treatment of
24 RLS was not known or anticipated by persons of
25 ordinary skill in the art (physicians and

121

1    C. Warren Olanow - Highly Confidential
2  scientists) at the time of the original invention."
3  Do you see that?
4  A.   Yes.
5  Q.   And what time period were you applying
6  to that statement?
7  A.   You can easily pick the 1989 time
8  point. That's fine. People had no way. If they
9  had known that it was going to be so effective,
10 they would have started marketing it right then.
11  Q.   Without having FDA approval?
12  A.   Well, they could have done the studies,
13 is what I'm saying. They could have gone ahead
14 and started doing trials. It wasn't until later
15 that people realized there were dopamine changes
16 and so on, so I don't think anyone recognized
17 that dopamine agonists would turn out to be the
18 primary therapy for RLS in that time period.
19  Q.   Did anyone recognize in the mid 1980s
20 that dopamine agonists could be used to treat RLS?
21  A.   Someone may have. I can't say no one
22 ever did. There may have been an anecdotal
23 report here or there. I'm not familiar with it
24 off the top of my head, but it really was in the
25 '90s that this started to be investigated. I was

31  (Pages 118 to 121)

122

1       C. Warren Olanow – Highly Confidential
2  involved in the development of many of these
3  drugs, including this one, and I can tell you no
4  one was thinking of.
5       Q.   Are you aware of whether there are any
6  publications that included articles or comments
7  that suggested that dopamine agonists could be
8  used to treat RLS?
9       A.   I suspect by the way you're asking the
10 question that you have found a case report or
11 something like that, so I don't dispute something
12 may exist where someone tried it in a single
13 patient.  I don't think it was seriously
14 considered.  There certainly would have been no
15 trials and certainly no one noticed it with
16 Mirapex at that time, so I would say that it was
17 completely unanticipated.
18      Q.   Have you reviewed the reference cited
19 in Dr. Mailman's report —
20      A.   I have.
21      Q.   — on this point, and do you recognize
22 that as noting that dopamine agonists could be
23 used to treat RLS?
24      A.   Well, I mean I think someone may have
25 made an anecdotal and casual observation.  After

123

1       C. Warren Olanow – Highly Confidential
2  all, if you recognize someone had RLS and they're
3  taking a dopamine agonist for Parkinson's and you
4  notice improvement, you might note it, but the
5  idea that it would turn out to be an effective
6  therapy, there was no data, there was no support.
7  I can't remember which drugs were used.
8       I presume, if anything, it was Levodopa
9  and possibly Bromocriptine, but certainly no one
10 had tried it with Mirapex.  There were no studies
11 at the time.  I don't think it would have been
12 reasonable to assume that, no.  I mean the most,
13 I mean I'll be glad to look at the case again, if
14 you have it in front of you.
15      Q.   Certainly.  I'm handing you what has
16 just been marked as Exhibit 320.
17           (Exhibit 320, letter to editor, marked
18 for identification.)
19      Q.   Have you reviewed this document before,
20 sir?
21      A.   So this is — I think I have seen this.
22 This is a simple letter to the editor where — so
23 in this particular case it looks like they
24 treated five people with Levodopa.  I don't see
25 anything here about a dopamine agonist, and —

124

1       C. Warren Olanow – Highly Confidential
2  wait.  Was discontinued, symptoms reappeared and
3  then Bromocriptine, a dopamine agonist, was used
4  in three cases, gave similar good results; so
5  they did use Bromocriptine in this.
6           So they concluded that the dopamine
7  system might be involved in the development of
8  restless leg syndrome.  So yes, there was this
9  letter and I did see that, yes.
10      Q.   And they concluded that the dopamine
11 agonist might be used successfully in the
12 treatment of restless leg syndrome, right?
13      A.   They do.  They conclude that Levodopa
14 plus Benserazide or a dopamine agonist could be
15 used successfully in the treatment of restless
16 leg syndrome, so they do say that in this.
17      Q.   And the author of this article is a
18 doctor?
19      A.   It's not an article, it's a letter, and
20 I can't read the name.
21      Q.   Do you see that it says Senket Akpinar,
22 M.D.?
23      A.   It's someone from Turkey.
24      Q.   Do you see the M.D. after his name?
25      A.   I see the M.D. after his name.

125

1       C. Warren Olanow – Highly Confidential
2       Q.   That would make him a doctor?
3       A.   I presume that M.D. in Turkey means the
4  same thing as M.D. here.
5       Q.   And this article, I'm sorry, letter, I
6  apologize, this letter is from the Archives of
7  Neurology, November of 1982, right?
8       A.   Yes.
9       Q.   When you say in Paragraph 39 the notion
10 that pramipexole would prove to be effective in
11 the treatment of RLS was not known or anticipated
12 by persons of ordinary skill in the art at the
13 time of the original invention, would it also be
14 true to say, in your mind, that the notion that a
15 dopamine agonist would prove to be effective in
16 the treatment of RLS was not known by a person of
17 ordinary skill in the art at the time of the
18 original invention?
19      A.   I think I would probably even go that
20 far as well.  This is an anecdotal case report.
21 It's done in a letter.  It's from a foreign
22 country where I'm not familiar with the quality
23 of medical standard.
24           I think based on that, it could be
25 reasonable to go ahead and do followup studies,

32  (Pages 122 to 125)

C. Warren Olanow - Highly Confidential

but you can see for yourself you have to scrounge to find out one article. Where are the next 20 articles in 1983 testing that notion?

This is a very large market. If people had thought there would be commercial success from restless leg syndrome, where were people in the business of developing it? They didn't do it. If you owned BI and you thought that 30 million people might have restless leg syndrome, why would you even study Parkinson's disease?

Q. Do you believe that it's proper -- do you believe that if you're mistaken with respect to whether or not a person would expect that a dopamine agonist would be effective in RLS, do you believe that if that were true, it's also true that a person would expect pramipexole at that time to be effective in treating RLS?

MR. SCHULER: Objection, incomplete hypothetical and assumes facts not in evidence.

A. Not necessarily, because as I mentioned, different dopamine agonists behave differently. They don't all do exactly the same things. That's why some dopamine agonists don't come to market despite intensive evaluation.



C. Warren Olanow - Highly Confidential

Some have side effects that others don't have. Some provide benefits that are differential from others. I think you might feel you want to explore it, but I don't think there's any assurance that that's what you'll find.

Based on that anecdotal case report of five individuals, of which only three took Bromocriptine, so there were five people but three took Bromocriptine, I don't think you could have even begun to conclude that the drug itself, that Bromocriptine itself would be effective. That's interesting, but it's hardly enough to make you think that the drug will be effective.

MS. BERNIKER: I think we have to change the tape. Do you want to take a break now?

(Recess.)

BY MS. BERNIKER:

Q. Dr. Olanow, if you look at your report in Paragraph 40, in the middle of the paragraph 3 you say,



C. Warren Olanow - Highly Confidential

Do you see that?

A. Yes.

Q. What is your basis for that statement?

A. Just my opinion, and as stated.

Q. What was that?

A. Just for the reasons stated, that's just my opinion.

Q. Can you describe that with a little more detail?

A. Well, in general neurologists prefer pramipexole and I don't see any reason why, as they both become available for RLS, that pramipexole won't be just as effective and just as widely utilized as Ropinorole.

Q. Are you aware of whether, of how Mirapex has performed in the RLS market since it gained FDA approval for RLS?

Q. And do you know how those numbers



C. Warren Olanow - Highly Confidential

compared to what they were doing before approval?

A. I think that's just for RLS. So do I know how much of their previous sale was in RLS?

Q. Yes.

Q. And why is that?

A. I think it makes the drug more well known to doctors. They have someone to talk to about what the potential side effects are, how to use it, so they feel more comfortable with it. I don't know what Mirapex has done, but I know Ropinorole has done direct-to-patient advertising.

I don't know if they plan to do that or not, but sometimes that can also increase your sales because patients will come in and ask for it, and generally most physicians will let a patient have what they ask for, if they need it and if the drugs in the field are comparable.

130

C. Warren Olanow - Highly Confidential,



132

C. Warren Olanow - Highly Confidential
2    Q.   And can you tell me what drugs are most
3  highly prescribed for fibromyalgia?
4    A.   Well, as I've already told you, that
5  would assume you know who has fibromyalgia.  It's
6  a rather non-distinct entity, as I've described.
7  It's aches and pains in a number of places and
8  some people are more willing to make the
9  diagnosis than others.
10       Whatever it is that constitutes the
11 fibromyalgia symptom complex, there is at least a
12 suggestion that drugs like Mirapex might be
13 effective, and that would represent a fairly
14 substantial market for them that in my opinion
15 was unanticipated when the drug and patent were
16 issued in the 1980s.
17   Q.   Well, I guess my question is with
18 respect to patients who have been identified as
19 having fibromyalgia by a physician, what drugs
20 are most commonly prescribed for that condition?
21   A.   I think the most commonly prescribed
22 ones are the ones I've told you, the analgesics,
23 anxiolytics, antidepressants.  They're the most
24 commonly employed, but I don't think any one has
25 captured that market because I don't know that

131

1    C. Warren Olanow - Highly Confidential
2    A.   I don't.
3    Q.   Turning to the section in your report
4  on fibromyalgia —
5    A.   Yes.
6    Q.   Can you tell me what drugs are in the
7  market for fibromyalgia treatment?
8    A.   I don't know that any drug is on the
9  market for fibromyalgia.  I think there are a
10 wide variety of drugs that are used as treatments
11 for fibromyalgia, as I've listed in Section 42.
12   Q.   And in 42 you're describing them by
13 category for the drugs?
14   A.   Yes.
15   Q.   And then you also describe several non-
16 drug methods of treatment?
17   A.   Yes.
18   Q.   So maybe just to be clear on my first
19 question, what you mean, I think what I
20 understood from you — let me, actually let me
21 just rephrase.
22       You're saying that there are no drugs
23 that are indicated for fibromyalgia, is that
24 correct?
25   A.   As far as I know.

133

1    C. Warren Olanow - Highly Confidential
2  any one is considered to be particularly effective.
3       If it turned out that pramipexole were
4  to be effective in this condition and to either
5  be approved for it by the agency or to at least
6  be considered to be a first-line therapy by
7  treating physicians, that would be a very sizable
8  market.  I don't think any one agent has captured
9  it at this point.
10   Q.   At this point it hasn't been determined
11 that pramipexole is an effective therapy?
12   A.   I think this goes back to our earlier
13 comments where I was talking about the value of
14 studies that are anecdotal.  Here you go a little
15 beyond that because you actually have a double-
16 blind controlled study which shows positivity and
17 you had thousands of patients being treated with
18 pramipexole with the idea that it was helpful,
19 and a double-blind study confirms that.
20       Now I don't think that proves the case,
21 but I certainly think it represents a market
22 opportunity.
23   Q.   Have you looked at sales and
24 prescription data for what compounds, I'm sorry,
25 for which drugs are being prescribed to treat

34  (Pages 130 to 133)

**134**

1   C. Warren Olanow - Highly Confidential
2   fibromyalgia?
3      A.   I haven't looked at sales per se. I
4   don't know that such data exists because it's
5   very hard to capture such data. I've seen
6   textbooks which talk about which drugs are used,
7   but they don't provide me with the information
8   you're asking.
9      Q.   Why is it hard to capture this data?
10     A.   Well, if somebody orders an
11  antidepressant, how do you know what they ordered
12  it for? I think the only way you would be able
13  to really know is do a survey of a number of
14  physicians and then you have to assume that the
15  physicians you incorporated in your survey was
16  representative. So this is not something I
17  typically do.
18         I know there are companies, I don't
19  know if Scott Levin or some of the other
20  companies try to capture that data. I know that
21  I have seen figures where they estimate what
22  percent of sales of pramipexole they think are
23  for fibromyalgia. How accurate they are and how
24  they got those numbers, I don't know.
25     Q.   You haven't undertaken to figure that out?

**135**

1   C. Warren Olanow - Highly Confidential
2      A.   No.
3      Q.   So in Paragraph 44 of your report where
4   you say that at the end of 2006 it appears that
5   over 6 percent of Mirapex prescriptions were
6   issued for the treatment of the disease, do you
7   know how accurate this 6 percent data is?
8      A.   No, I don't.
9      Q.   And you haven't undertaken to verify
10  that?
11     A.   No, that number was provided to me.
12     Q.   And you received that number from
13  Boehringer, is that correct?
14     A.   Correct.
15     Q.   And you haven't looked at the
16  underlying data that resulted in that number?
17     A.   No.
18     Q.   You mentioned the study, the
19  double-blind controlled study with respect to
20  fibromyalgia and pramipexole. Have you reviewed
21  that study carefully?
22     A.   I've seen it.
23     Q.   Would you say that you've reviewed it
24  carefully?
25     A.   With respect to what in particular?

**136**

1   C. Warren Olanow - Highly Confidential
2      Q.   Have you reviewed it carefully to
3   determine whether you believe that the data and
4   the design are indicative of a — are indicative
5   that pramipexole is effective as a treatment for
6   fibromyalgia?
7      A.   I don't know that I can comment
8   precisely on the quality of the study. It was
9   double-blind. It was placebo-controlled. It had
10  a relatively small number of patients. I think
11  there were 60 patients. I believe they used
12  standard indices of measures of pain and they
13  found improvements in the pramipexole group
14  compared to the placebo group.
15     Q.   Are you aware of whether the placebo
16  group was substantially more — I'm sorry, let me
17  rephrase — whether the members of the placebo
18  group were taking more concomitant medications
19  than the members of the pramipexole group?
20     A.   I'm not. I'll be glad to look at the
21  paper, if you have it. I assumed, maybe I don't
22  recall, but I assumed that the patients were
23  randomized to group, so sometimes in a random-
24  ization things come out unbalanced, but
25  randomization is about the best protection we

**137**

1   C. Warren Olanow - Highly Confidential
2   have. Better than that, of course, would be a
3   large number. That's why I mentioned they were
4   relatively small numbers. Usually randomization
5   does take care of those things, but not always.
6      Q.   If it were true that the placebo group
7   had significantly more concomitant medications,
8   that the placebo group were taking significantly
9   more in the way of concomitant medications, would
10  that create a question in your mind about the
11  accuracy of the study?
12     A.   No.
13     Q.   Why not?
14     A.   Because it's a randomized trial and
15  based on groups aren't always totally identical.
16  This study, as I've already told you, is a
17  60-patient study, is certainly a lot better than
18  the studies that you asked me about which were
19  just a letter from a doctor in Turkey describing
20  three patients. Here at least it's randomized,
21  double-blind, placebo controlled.
22         Randomization doesn't always work out
23  perfectly. I don't dispute that it's not enough
24  to say that it works and I think you need bigger
25  and larger studies, but it's certainly enough to

35  (Pages 134 to 137)

138

1    C. Warren Olanow - Highly Confidential
2    suggest that there may be something there, a lot
3    more than on issues we discussed previously.
4    Q.    In the last sentence of Paragraph 44
5    you state, "These statistics reflect physicians'
6    decisions to use Mirapex to meet the treatment
7    needs of untold numbers of fibromyalgia patients
8    for whom other therapies presumably failed." Do
9    you see that?
10   A.    Correct.
11   Q.    What do you mean by "untold numbers"?
12   A.    Well, I don't know the numbers.  Again
13   fibromyalgia is a loosely defined term.  My sense
14   is that people would not use Mirapex as their
15   first choice, that probably they would go to an
16   antidepressant or an anxiolytic first, so I would
17   think that in today's day and age, where you have
18   a minimum of data supporting Mirapex ████████
█████████████████████████████████████████████
█████████████████████████████
22           It means people, despite all the other
23   things, are not satisfied and they're willing to
24   go to a drug that hasn't yet been fully
25   established to work, and if you could establish

139

1    C. Warren Olanow - Highly Confidential
2    that it worked in a field where it's so tenuous
3    and such a large number of people have it, it
4    would in my opinion represent a large market
5    opportunity.
6    ████████████████████████████████████
███████████████████    ███████████
9    Q.    And what information do you have that
10   supports a conclusion that Mirapex is actually
11   treating these patients rather than one more
12   thing that they're trying?
13   A.    You mean what information do I have
14   that it's effective?
15   Q.    Right.
16   A.    Only the anecdotal reports of people
17   who claim it's effective, having tried it in
18   large numbers of patients, and the double-blind
19   controlled trial which supports it.  There may be
20   other data out there, but that's what I'm
21   familiar with at this moment.
22   Q.    So you're not reflecting -- in this
23   sentence, I just want to make sure I understand
24   the sentence correctly.  In this sentence you're
25   not trying to say that because there are

140

1    C. Warren Olanow - Highly Confidential
2    allegedly 6 percent Mirapex sales for
3    fibromyalgia, that that means that it works to
4    treat fibromyalgia; is that right?
5    A.    No, I'm arguing that it is being used
6    to treat fibromyalgia.  How well it works hasn't
7    been established.  In medicine a lot of times you
8    don't have data.  There is a lot of things that
9    are widely used, a lot of things that are huge
10   sources of revenue for companies and physicians
11   which are not proven to work at all.
12           I don't know that Mirapex works in
13   fibromyalgia.  My point is that it might, that
14   people are using it, that it's a potential source
15   of huge revenue and that it was unanticipated at
16   the time the patent was issued.
17   Q.    Do you know how many people that are
18   getting prescribed Mirapex for fibromyalgia
19   continue to take a drug for fibromyalgia
20   throughout the life of the prescription?
21   A.    I don't.
22   Q.    Do you know how many people are having
23   their prescriptions renewed?
24   A.    I don't.
25   Q.    And would that information impact a

141

1    C. Warren Olanow - Highly Confidential
2    conclusion about whether or not the sales reflect
3    that Mirapex is meeting the needs of the patients?
4    A.    I think it might.  I mean if patients
5    are taking the drug and then they stop it because
6    it's not working, then I would agree with you.
7    If you could show me that, it would suggest that
8    perhaps the drug isn't that effective.  There is,
9    after all, only a small amount of information,
10   but I haven't seen that information.
11           There are physicians who swear it's the
12   most effective thing they've tried.  There is one
13   double-blind controlled trial that supports it.
14   Clearly I'd like to see more before I'd be
15   willing to rely on that, but I think as of this
16   moment it represents an opportunity.
17   Q.    But as of this moment it doesn't
18   represent -- let me rephrase.  As of this moment
19   you're not comfortable saying that it actually
20   meets the treatment needs of these patients?
21           MR. SCHULER:  Object to the form.
22   A.    I don't know what these patients have.
23   We've already agreed or at least I've said that I
24   think fibromyalgia is a diffuse, nonspecific
25   term, tends to include women who are depressed

36  (Pages 138 to 141)

142

1       C. Warren Olanow - Highly Confidential
2  and hurt and achy and sore. Whether that is a
3  real disease or not, I don't know, but it is
4  certainly a marketplace.
5           As an opportunity for a marketplace,
6  this is an extraordinary one. If that group of
7  patients feels that taking pramipexole helps them
8  and if studies were done to further support the
9  role for this, it is possible that even off label
10 this could be a large revenue generator for the
11 company.
12     Q.    And I understand that point. I guess
13 my question is based on what you know today, can
14 you say whether Mirapex meets the needs of the
15 people who think they're in this population with
16 fibromyalgia?
17     A.    I can't, no.
18     Q.    You can't say?
19     A.    No. I can only tell you what I've
20 already said, that I have not seen, for instance,
21 a two-year study which showed how many people who
22 started continued to take it after a year or two
23 years. I don't know that.
24     Q.    Then you also wouldn't know — I'm
25 sorry, let me rephrase. You also don't know

143

1       C. Warren Olanow - Highly Confidential
2  whether or not it's having a placebo effect, is
3  that right?
4       A.    It very well could have a placebo
5  effect, but probably half the medicines on the
6  market have a placebo effect, and again I'm
7  looking at this from an economic point of view.
8           There's a lot of drugs out there where
9  comparative studies have never been done and it's
10 a matter of which one the doctor gets used to
11 ordering, where it isn't proven that one is
12 superior or inferior to another.
13          And I'm saying here that there is
14 reason to suspect that Mirapex may be effective
15 for whatever reason, and with all the millions of
16 people that have this constellation of
17 complaints, if a substantial percentage or even a
18 small percentage were to buy into that concept,
19 it would be a windfall for the company.
20          The idea that it is in fact effective,
21 I don't think there is enough data to say that
22 with certainty, and how long the benefit would
23 last, if there is benefit, I don't think there is
24 enough data to say that, but there is enough data
25 to say that people are using it, it represents a

144

1       C. Warren Olanow - Highly Confidential
2  meaningful proportion of their sales, and no one
3  could have possibly anticipated that in 1989.
4       Q.    And you're basing that on the 6 percent
5  figure?
6       A.    Yes.
7       Q.    Do you have an understanding of how
8  reliable Boehringer thinks the 6 percent figure is?
9       A.    I cannot speak for Boehringer. You'd
10 have to ask them.
11     Q.    Turning to the discussion of depres-
12 sion —
13     A.    Yes.
14     Q.    Are you aware of any anti-Parkinson
15 drug that's been shown to have antidepressant
16 effect?
17          MR. SCHULER: Object to the form.
18     A.    Mirapex.
19     Q.    Beyond Mirapex?
20     A.    I mean there is suspicion that some of
21 the others might have it, but I think of all the
22 drugs, pramipexole has been the one that has
23 looked at it the most closely. They have looked
24 at it in Parkinson patients where there are
25 studies showing it has an effect, and they have

145

1       C. Warren Olanow - Highly Confidential
2  looked at it in depressed patients who aren't
3  Parkinsonian where they show it has an effect.
4       Q.    Do you believe that it's been
5  established that Mirapex is useful in treating
6  depression that is not Parkinson's disease
7  depression?
8       A.    I don't know that I would say it's been
9  established. There was a comparison showing it
10 was as effective as fluoxetine. I don't know
11 that that was further pursued. Depression is a
12 big market. It's something they could
13 potentially pursue.
14          I do believe it is effective for
15 depression in Parkinson's disease. That's been
16 my own personal experience anecdotally, and there
17 are trials showing that.
18     Q.    Is Bromocriptine, has Bromocriptine
19 been shown to have antidepressive effects?
20     A.    It's possible. It's possible that all
21 dopaminergic agents have antidepressive effects
22 and part of it, as we said before, could come
23 from an effect on the motor system, so as you
24 improve your motor function, that may cause you
25 to be less depressed, and it's possible it may

37  (Pages 142 to 145)

146

1      C. Warren Olanow - Highly Confidential
2    act on the monoamine systems in the brain and
3    have a direct chemical effect, or some other
4    mechanism, so I don't really know. The only one
5    I know that has been worked up in well designed,
6    double-blind controlled trials is Mirapex, but
7    there is anecdotal impressions that others might
8    as well.
9        Q.    Have there been trials with respect to
10   Bromocriptine?
11       A.    There may have been.
12       Q.    But you don't know what the outcome was?
13       A.    A double-blind placebo controlled trial
14   with Bromocriptine, no, I don't think I know that
15   study.
16       Q.    Have there been tests for Ropinorole to
17   see whether it has antidepressant effect?
18       A.    All of the companies have talked about
19   the possibility that their drug might have an
20   antidepressant effect. The only one I know
21   that's been tested outside of Parkinson's is
22   Mirapex, and the best study I know in Parkinson's
23   disease where it was a primary end point was with
24   Mirapex.
25           It's possible some of the others have

147

1      C. Warren Olanow - Highly Confidential
2    done it too because it's something that has
3    attracted the attention of the different
4    companies and they're always looking for ways to
5    differentiate the product, but my point here
6    again is that depression is a very common problem
7    in Parkinson's alone, let alone in the general
8    community, and this was something that was not
9    anticipated, that pramipexole would have an
10   antidepressant effect, in 1989.
11       Q.    Do you know what -- I'm sorry, let me
12   rephrase. Are you asserting that there is a
13   long-felt need in the area of depression?
14       A.    Oh, I think there is a terrific need in
15   the area of depression. Probably half the
16   Parkinson's patients are depressed. When I talk
17   to psychiatrists, they feel that we grossly
18   undertreat depression in Parkinson's disease. I
19   think it is an unmet need.
20       Q.    Do you think that it's an unmet need
21   generally in depression, not specifically
22   Parkinson's disease?
23       A.    Well, I think there is an unmet need in
24   depression in the world. It is a very common
25   problem. There are lots and lots of drugs.

148

1      C. Warren Olanow - Highly Confidential
2    Whether pramipexole would be more effective than
3    other agents, whether it would have advantages
4    compared to other agents, I don't know that I'm
5    prepared to say.
6           A drug that treats depression
7    unequivocally across the board right away, I
8    think, is an unmet need, so I think there is an
9    unmet need for depression in the community, but
10   that in Parkinson's disease specifically, which
11   is what I see, it's a very common problem and I
12   think it's undertreated and it is an unmet need.
13       Q.    If Mirapex had antidepressant effects
14   in Parkinson's disease, wouldn't the depression
15   get treated by administration of Mirapex for
16   Parkinson's disease?
17           MR. SCHULER: Object to the form.
18       A.    It could, but you might also be aiming
19   at it in a different way. First of all, you
20   might titrate against depression rather than
21   against motor. You might use different doses
22   because motor might be controlled, but you would
23   go higher to treat depression or something like
24   that.
25           It might also be a differentiating

149

1      C. Warren Olanow - Highly Confidential
2    factor as to why someone would choose to go with
3    Mirapex as opposed to another agent, so it would
4    definitely be an advantage to the drug if it had
5    an antidepressant effect, both -- primarily in
6    terms of the idea that people might
7    preferentially choose it, and then secondly, you
8    might use it differently if you knew it had an
9    effect in depression. You might use it earlier.
10       Q.    And people might preferentially choose
11   it because while they're treating their patients
12   for Parkinson's disease, a side benefit is that
13   they're also treating them for depression?
14       A.    I think so. If I had a patient that
15   had Parkinson's and depression and I had one drug
16   that treated Parkinson's and another that treated
17   Parkinson's and depression, I might flip a coin
18   in the old days, and if I knew for sure it was
19   antidepressant, I might put a hundred percent of
20   my patients on the drug that treats the
21   depression also.
22       Q.    What are the -- can you tell me what
23   Mirapex's market share is in the total depression
24   market?
25       A.    I can't tell you at all. I would

38  (Pages 146 to 149)



**150**

C. Warren Olanow – Highly Confidential
1
2  suspect it's tiny.  Depression is a very common
3  condition.  There are lots and lots of
4  different agents out there.  Pramipexole is not
5  to my knowledge marketed for depression.  I know
6  it's not marketed for depression.  I don't know
7  how much it's used off label for depression, so I
8  would say in the depression market it's very small.
9      Q.    In Paragraph 47 where you refer to
10  █████████████████████████████
11  ████████████████████████████████████████████
12  █████████████████████████████████████████
13  ███████████████████████████████████████
14  █████████████████████████████████
15  ██████████████████████████████████████████████
16  ████████████████████████████████████████
17  █████████████████████████████████████████████
18  ████████████████████████████████████████████
19  █████████████████████████████████████████
20  █████████████████████████████████████████████
21  ██████████████████████████████████████
22  █████████████████████████████████████
23  ███████████████████████████████████████

**151**

C. Warren Olanow – Highly Confidential
1
2      Q.    Where you say these statistics reflect
3  physicians' decisions to use Mirapex to treat —
4  I'm sorry, to meet the treatment needs of untold
5  numbers of patients suffering from depression for
6  whom other therapies presumably failed in
7  Paragraph 47, do you see that?
8      A.    Yes, I do.
9      Q.    Is it correct that with respect to
10  untold numbers you don't know how many there are?
11      A.    That's what I mean.
12      Q.    And what is your basis for saying that
13  the statistics — are you saying that the
14  statistics reflect that Mirapex successfully
15  treats depression?
16      A.    No.  I think the double-blind study
17  speaks to that issue and you can evaluate it, how
18  you feel it's appropriate.  What I'm saying is
19  that if someone is using Mirapex to treat
20  depression in today's world, in a non-Parkinson
21  patient, I would assume that they had tried other
22  things first which are more traditional on the
23  market and they hadn't worked, so they said well,
24  let's try Mirapex.  That's what that's saying.
25      Q.    And it doesn't reflect whether or not

**152**

C. Warren Olanow – Highly Confidential
1
2  when they tried Mirapex, it worked?
3      A.    There is no — the only data I'm aware
4  of I've already told you.
5      Q.    And the 3 percent figure, I take it
6  you're not aware of whether that reflects both
7  patients that have only depression and patients
8  that have Parkinson's depression, or one or the
9  other individually?
10          MR. SCHULER:  Object to the form.
11      A.    I don't know.  If you read it, just
12  reading how I wrote it, information obtained by
13  Boehringer, so I presume even Boehringer contracts
14  that out to get that kind of information.  My
15  sense is that those are people with depression
16  without Parkinson's disease, but I'm not positive.
17      Q.    And what is that sense based on?
18      A.    My impression.
19      Q.    From looking at the data?
20      A.    No, just my impression.  Just my
21  impression is that if it were going to a
22  Parkinson's patient, it would be classified as
23  Parkinsonian, not antidepressant.
24      Q.    And do you know what method of
25  classification was used in compiling that data?

**153**

C. Warren Olanow – Highly Confidential
1
2      A.    No.
3      Q.    Is it fair to say that you're guessing,
4  then?
5      A.    That's what I said, impression.
6      Q.    Then I assume that as with
7  fibromyalgia, you don't know, you're not aware of
8  any data that shows — I'm sorry, let me
9  rephrase.  Is it true that you're not aware of
10  any data that shows how many patients continue to
11  take Mirapex for depression throughout the life
12  of their prescription or subsequent prescription?
13      A.    I don't know that that information is
14  available.
15      Q.    But you haven't reviewed it?
16      A.    I don't know that it's even available.
17  If it is, I haven't reviewed it.
18      Q.    Okay.  You testified earlier —
19  actually let me just see what time it is.
20      A.    It's five to 2:00.
21          MS. BERNIKER:  Let's just go off the
22  record for a second and talk about the timing.
23          (Recess.)
24  BY MS. BERNIKER:
25      Q.    You testified earlier that you had

39  (Pages 150 to 153)

154

1    C. Warren Olanow - Highly Confidential
2  reviewed Dr. Mailman's response to your report,
3  is that right?
4    A.   Yes, I saw it.
5    Q.   And do you intend to comment on his
6  expert report at trial?
7    A.   I don't know. I haven't thought of it.
8    MS. BERNIKER: I'm going to mark as
9  Exhibit 321 a copy of Dr. Mailman's report with
10 exhibits.
11    (Exhibit 321, Dr. Mailman's report,
12 marked for identification.)
13    Q.   What I'd like to do, Dr. Olanow, is to
14 go through the substantive paragraphs in this
15 report and see what your response is, if you
16 would read each of them.
17    A.   All right.
18    Q.   So we'll skip over the first three
19 pages, as I assume you're not going to challenge
20 Dr. Mailman's background, but we can talk about
21 that.
22    Okay. Paragraph 18 of Dr. Mailman's
23 report follows the heading Definition of One of
24 Ordinary Skill in the Art. If you would take a
25 look at that paragraph and tell me whether there

155

1    C. Warren Olanow - Highly Confidential
2  is anything you disagree with or otherwise would
3  like to comment on.
4    A.   I don't have a fundamental problem with
5  this. I was - I mean you may want to expand a
6  bit more when you start talking about depression
7  or you start talking about fibromyalgia or
8  something, or restless leg. I was trying to be
9  more inclusive than exclusive, excuse me.
10    Q.   Bless you.
11    A.   Excuse me. So I'm not going to quibble
12 with you on levels of expertise.
13    Q.   If you turn, then, to Paragraph 19, if
14 you would review that and tell me whether you
15 disagree with anything in that paragraph or have
16 another comment.
17    A.   I think that's probably correct. I
18 don't see anything.
19    Q.   Okay. Paragraph 20, do you have any
20 comments on that?
21    A.   Again, subject to looking at his
22 definitions of the chemistry of this, I think
23 fundamentally I don't have a problem with it.
24    Q.   I'm sorry, what do you mean by
25 "definitions of the chemistry?

156

1    C. Warren Olanow - Highly Confidential
2    A.   I don't know how much of it is
3  protonated, monoprotonated or diprotonated. I
4  really haven't thought about that and haven't
5  looked at it. I wouldn't really like to make too
6  much of a comment on it, but I don't believe that
7  it's anything that I would challenge in court.
8    Q.   And Paragraph 21, if you would review
9  that and tell me if there is anything you
10 disagree with in Paragraph 21.
11    A.   Well, I disagree with this a little.
12 There is some work with the other enantiomer that
13 suggests it might be neuroprotective as well,
14 independent of the fact that it doesn't have
15 anti-Parkinson effects.
16    I think for the purposes of what we're
17 talking about, though, we're primarily talking
18 about the (S)-enantiomer.
19    Q.   Your report is exclusively talking
20 about the (S)-enantiomer, is that right?
21    A.   I think so, yes. I haven't talked
22 about the other. I mean there is data on the
23 other, if it were important, but --
24    Q.   And with respect to Paragraph 22, do
25 you have any comments on that? I should note that --

157

1    C. Warren Olanow - Highly Confidential
2    A.   I disagree with his disagreement.
3    Q.   I kind of saw that coming, for some
4  reason. Well, let's move on to the next
5  paragraph which I think is a little more, has
6  more information on that. What, if any, comments
7  do you have with respect to Paragraph 23?
8    A.   Well, I already told you I don't think
9  that one could assume that it was a dopamine
10 agonist based on the information that was
11 available. I don't know how and why that's
12 relevant, but I don't think one could assume that.
13    Q.   Okay. Aside from the — and I know
14 we've had a discussion on this already, so I
15 don't want to make you repeat it, is there
16 anything about your reasons for that that you
17 haven't already expressed today?
18    A.   No, I think I've provided you with my
19 main opinions.
20    Q.   Okay. Are you aware of what the
21 structure is of the compounds in the claims of
22 the '086 patent?
23    A.   Not really. You mean whether it's --
24 what do you mean?
25    Q.   The chemical structure.

40  (Pages 154 to 157)

**158**

1  C. Warren Olanow - Highly Confidential
2  A.  Have I seen the chemical structure?
3  Q.  Yes.
4  A.  Yes.
5  Q.  Could you draw it for me if I gave you
6  a piece of paper?
7  A.  No.
8  Q.  That's not --
9  A.  I wouldn't remember it well enough to
10 draw it.
11 Q.  With respect to Paragraph 24 do you
12 have any comments?
13 A.  I'm not sure that a letter to the
14 editor is peer-reviewed, to start with. I've
15 already given you my points of view about the
16 fact that that to me does not imply that the
17 compound that was described in the patent would
18 turn out to be effective for restless leg
19 syndrome, and in fact the use of agonists in
20 restless leg syndromes didn't begin to be
21 seriously studied for another ten or fifteen
22 years after that letter.
23      Had that been so provocative as one
24 claims, with 30 million potential people
25 suffering from it, I would have thought that drug

**159**

1  C. Warren Olanow - Highly Confidential
2  companies that clamor to make the 30th ACE
3  inhibitor or antidepressant would have rushed to
4  this field.
5  Q.  With respect to Paragraph 25 do you
6  have any comment?
7  A.  Well, I have a couple of things. The
8  long-standing unmet medical need was at the time
9  that the patent was issued and as I say, I think
10 there is still some unmet need. The approval of
11 Ropinorole was some 20 years later.
12      I don't know that pramipexole has an
13 advantage over Ropinorole, nor do I think
14 Ropinorole has an advantage over pramipexole, but
15 it's a huge marketplace, plenty for both.
16      He's incorrect in the way he comments
17 on the references in the article that we wrote.
18 Ropinorole can cause augmentation. It just
19 wasn't mentioned in there, and they are
20 comparable, more or less, in the studies that
21 have been done. The 32 percent that had
22 augmentation with pramipexole had slight
23 augmentation which was easily corrected.
24      It was very different than the
25 augmentation you see with Levodopa, and to the

**160**

1  C. Warren Olanow - Highly Confidential
2  best of my knowledge, no one considers that it is
3  an advantage of Ropinorole that it has less
4  augmentation than pramipexole, at least no expert.
5      And if anything, pramipexole would
6  probably have a theoretical advantage because it
7  has a longer half life than Ropinorole, so I
8  disagree with the way he cites the references.
9  Q.  What do you mean by a theoretical
10 advantage because of the half life?
11 A.  Because augmentation is thought to be a
12 reflection of a shorter half life.
13 Q.  But you haven't seen -- yet you haven't
14 seen either -- let me rephrase. It sounds like
15 what you've been saying is as far as you're
16 concerned, with or without the theories,
17 pramipexole and Ropinorole are about equivalent
18 with respect to augmentation?
19 A.  I think so and there have been no
20 studies directly comparing one to the other,
21 which is what you would really need to say that
22 one had more or less augmentation. You would
23 have to actually study it, and that study has not
24 been done, to my knowledge.
25 Q.  Do you have a comment on or disagreement

**161**

1  C. Warren Olanow - Highly Confidential
2  with respect to Paragraph 26?
3  A.  I have no idea what he's talking about
4  here and I think he'll have to speak for himself.
5  I think I've made my own position clear on what I
6  think pramipexole does, what the evidence is.
7  The point is whether it is neuroprotective or not.
8      For reasons totally unanticipated back
9  in the '80s, people use pramipexole today partially
10 because it offers the potential of neuropro-
11 tection as an advantage, offers the potential of
12 neuroprotection as an advantage. I don't think
13 anyone would say it is neuroprotective, but the
14 potential that it might be neuroprotective is
15 something that physicians take into account in
16 making the decision what therapy to use.
17 Q.  With respect to Paragraph 27, it may be
18 that this is encompassed by your previous
19 answers, in which case you can say so, but do you
20 have any --
21 A.  I mean I don't -- you know, I always
22 thought he was a pretty good scientist. I did
23 not conclude that pramipexole is neuroprotective,
24 and if you look at what I wrote, it's
25 mischaracterized.

41 (Pages 158 to 161)

162

1    C. Warren Olanow - Highly Confidential
2        What I said is that there is laboratory
3    evidence showing protection and there are
4    clinical trials consistent with that, and I
5    pointed out that one cannot say with certainty
6    that it is neuroprotective, but that that remains
7    a possibility.
8        Q.   Okay.  Do you have any comments with
9    respect to 27 beyond that?
10       A.   That was 27.
11       Q.   That was 27, okay, sorry.  To save
12   time, let me point out if you want to read to
13   yourself —
14       A.   And 28 is insulting, to be perfectly
15   candid with you.  I don't err in assuming that
16   protection in animal and in vitro models equates
17   to clinical neuroprotection.  I never said that
18   and I'm embarrassed that he would write something
19   like that.
20       Q.   Do you have any other comments on
21   Paragraph 28?
22       A.   I think that my previous comments on
23   neuroprotection speak for themselves.
24       Q.   Okay.
25       A.   And I think his comments speak for him.

163

1    C. Warren Olanow - Highly Confidential
2        Q.   With respect to Paragraph 29 do you
3    have any additional comments?
4        A.   I think there is nothing in here that I
5    did not say, take into account in my conclusion,
6    and that is unknown to me.  This is — how do you
7    say it, ipsis dixit?  Whatever you want.
8        Q.   I can't help you with the Latin.
9    Paragraph 30, do you have any comments on it?
10       A.   Well, I have no idea again what he is
11   saying here.  The reality is no one had any
12   thought that the drug might be neuroprotective
13   back then.  Today the possibility exists and is
14   being actively explored.
15       In fact the PROUD study is currently
16   underway.  I don't know what, what BI is spending
17   on that study, but I wouldn't be surprised if
18   it's $30 million or $40 million.
19       That is a trial they're doing because
20   they believe there is a possibility the drug
21   might be neuroprotective and this might help to
22   define it.  This concept was not known to experts
23   by any definition in 1989.
24       Q.   Let me ask you this question.  Do you
25   agree that by using pramipexole to treat

164

1    C. Warren Olanow - Highly Confidential
2    Parkinsonism or Parkinson's disease you would
3    necessarily result in using it as a neuropro-
4    tective agent, if it is in fact a neuroprotective
5    agent?
6        MR. SCHULER:  Object to the form.
7        A.   I actually think I understand what you
8    mean.  So if it were neuroprotective and if I
9    were using it, I would be using it and it would
10   have its neuroprotective effects, that's sort of
11   what you mean, but if it were known to be
12   neuroprotective, everyone would use it.
13       It wouldn't just be that the small
14   number of people who use it in the grand world of
15   things would get the benefit of neuroprotection,
16   if it was there.
17       It's that if I knew it was neuro-
18   protective, not only would I use it in every
19   patient from the second I made the diagnosis, but
20   I would look at risk factors for who might be
21   getting the disease and I would probably expand
22   that by some tenfold.  Price would be no limit,
23   if you knew it stopped or slowed the disease.  It
24   changes the entire complexion enormously.
25       So I agree with what you're saying,

165

1    C. Warren Olanow - Highly Confidential
2    that if I'm giving it to someone and it's
3    protective, they're getting the protective
4    benefit, but it's a judgment as to whether I give
5    it to someone now.  It's not a fact.  If it were
6    a fact, the number of people that would get it
7    would be much, much larger.
8        Q.   Okay, and I guess separating from —
9    separating from the question of what was
10   expected, I guess my basic question is it sounds
11   like you agree with, but I just want to make sure
12   I'm clear on this, that if you're administering
13   it to a patient to treat Parkinson's disease and
14   if, which is a big if, it has the neuroprotective
15   features, then it would also be neuroprotective —
16   the use for the neuroprotection would also be
17   inherent in treating somebody for Parkinson's
18   disease?
19       MR. SCHULER:  Object to the form and to
20   the extent it was asked and answered.
21       A.   To the extent you were using the
22   correct dose, yes.
23       Q.   Okay.  The correct dose for treating
24   the Parkinson's disease?
25       A.   No, for treating the neuroprotection,

42 (Pages 162 to 165)

166

1  C. Warren Olanow - Highly Confidential
2  which may not be the same dose. One of the funny
3  things is in the laboratory neuroprotection is
4  often obtained with very, very small doses and
5  they often have U-shaped curves where, if you use
6  a high dose, you lose it, if you use a low dose,
7  you lose it, and you get it only in the in-
8  between state.
9     Q.  But we don't know what the right dose
10  would be for neuroprotection?
11     A.  We don't know that it's neuro --
12     Q.  I said but we don't know what the right
13  dose is for neuroprotection?
14     A.  And I said we don't know that it's
15  neuroprotective and if we knew it was
16  neuroprotective, then we would have to determine
17  in what dose it is neuroprotective.
18     Q.  Okay. Moving to Paragraph 31 of
19  Dr. Mailman's report, do you have any comments on
20  that paragraph?
21     A.  I do. I think that fibromyalgia is an
22  important unmet medical need and that a lot of
23  people have these complaints, and I think there
24  is at least some evidence that pramipexole is an
25  effective treatment for fibromyalgia and it

167

1  C. Warren Olanow - Highly Confidential
2  represents a market opportunity for the company.
3     Q.  And we obviously discussed that at
4  length earlier. Aside from the discussion that
5  we've had about the evidence, is there any
6  evidence that we haven't already discussed about
7  that?
8     A.  I don't think so.
9     Q.  Okay. With respect to Paragraph 32 do
10  you have any comments?
11     A.  I think the real question is whether or
12  not people would prescribe Mirapex to treat
13  fibromyalgia. Not only is the cause of fibro-
14  myalgia unclear, I think that the description of
15  the syndrome, what it actually is, is unclear,
16  but there is no doubt that there are millions of
17  patients out there who quote have fibromyalgia,
18  and if you had a drug that people would be
19  willing to take, whether they took it by itself
20  or as an add-on therapy, that would represent a
21  huge market opportunity.
22     And that was unanticipated and there is
23  reason to believe that that market opportunity
24  exists in that people are using the drug,
25  anecdotal reports say it's effective, and there

168

1  C. Warren Olanow - Highly Confidential
2  is a double-blind controlled trial showing it's
3  effective.
4     Q.  With respect to Paragraph 33 do you
5  have any comments?
6     A.  As I say, I think I don't know that
7  there are other prospective double-blind
8  controlled trials. I don't know if the Bouras
9  study was double-blind. Also I'm not wild about
10  cross-over studies because these drugs can have
11  relatively long effects, but without going into
12  that, Mirapex is not Bromocriptine and I don't
13  think that a reasonable person could have
14  suspected that Mirapex would have a meaningful
15  antidepressant effect based on the information
16  that was available at that time.
17     Q.  Does that include the information that
18  was available about Bromocriptine?
19     A.  Well, again, you know, one of the
20  things is first of all that article looks like it
21  was in German and of course Boehringer Ingelheim
22  is German too, but you can find almost anything
23  in the literature, if you look. You can find
24  evidence that snake venom cures ALS and you can
25  find a lot of things if you look for them.

169

1  C. Warren Olanow - Highly Confidential
2     The question is is it reasonable to
3  suspect that based on what is in the literature
4  means that a different drug from a different
5  class of compounds will have an effect that a
6  particular drug might have based on a small
7  sample. I personally don't think so, because
8  people were not taking it seriously at that point.
9     It wasn't until Corrigan did his study
10  that people realized that Mirapex did have this
11  potential, and the double-blind study of the
12  dopamine agonist in the treatment of Parkinson's
13  disease has only just recently been completed.
14     So again I make the point to you that
15  if this was something that would influence
16  thinking back in 1982, here are all these agonist
17  companies spending hundreds of millions of
18  dollars to try and differentiate themselves, why
19  didn't anyone ever do a trial?
20     Why didn't they push forward and show
21  that their drug did or didn't have depressive
22  effects? The first drug to do it would have had
23  great benefits just because they were the first
24  to be able to claim it, and in fact the first, to
25  my knowledge, that did serious trials to show it

43 (Pages 166 to 169)

170

1      C. Warren Olanow - Highly Confidential
2   was Mirapex and it was successful.
3      Q.   Do you consider, what class of
4   compounds do you consider Mirapex to be?
5      A.   I think they're ergots.
6      Q.   Mirapex is an ergot?
7      A.   No.  Mirapex is a non-ergot dopamine
8   agonist.
9      Q.   So you would separate into different
10  classes dopamine agonists and non-dopamine
11  agonists?
12     A.   Sure I would, and you have no idea what
13  might be causing the antidepressant effect,
14  whether it was the ergot component, whether it
15  was the agonist component.  These things all have
16  effects on multiple receptors.  They're dirty
17  drugs.  There's no assurance that because one
18  drug, Bromocriptine, did show depression, which
19  you can't be sure this really was, that that
20  would necessarily translate into a different drug.
21     Q.   Have you reviewed the studies that are
22  cited in footnote 14 of Dr. Mailman's report?
23     A.   No, I haven't.
24     Q.   So you don't know what they say?
25     A.   No, I haven't seen that, I don't believe.

171

1      C. Warren Olanow - Highly Confidential
2      Q.   And I assume you also haven't reviewed
3   the study in footnote 15 of his report?
4      A.   Actually I take that back.  I did see
5   both of them.  I did see them.  I did look at
6   them, yes, and I stand by my comments.  And for
7   example, I know the people in these studies.  I
8   know that, I mean Yvo Agid, for instance, is a
9   psychiatrist as well as a neurologist, and if he
10  had thought this was a serious opportunity, he
11  would have explored it himself back then, but he
12  didn't.
13     Q.   Who was that?  I'm sorry.
14     A.   Yvo Agid.
15     Q.   Where is his name?
16     A.   In the Jouvent paper with Lhermitte.
17     Q.   Oh, okay.  Sorry.  You said that you
18  reviewed these and you stand by your earlier
19  comments.  Do you stand by your earlier comment
20  that there haven't been any anti-Parkinson -- let
21  me rephrase.
22          Do you agree, sitting here today do you
23  agree with the statement that there have not been
24  anti-Parkinson's drugs other than Mirapex that
25  have been shown to have antidepressant effects?

172

1      C. Warren Olanow - Highly Confidential
2      A.   Let me just see how I said it.  Yes, I
3   said no other anti-Parkinson drug has been shown
4   to have antidepressant effects.  By that I meant
5   in prospective double-blind controlled trials.
6      Q.   And the studies in footnotes 14 and 15
7   are not double-blind trials?
8      A.   No.
9      Q.   And is that the only -- is it that
10  standard that you apply to determine whether
11  something has been shown to have antidepressant --
12     A.   Well, partially.  You were critical of
13  the fibromyalgia study which was placebo
14  controlled.  I don't see a placebo controlled
15  trial here, and especially a parallel group
16  placebo controlled trial, I don't see one.  Maybe
17  you have others, but I'm not aware of them.
18     Q.   So I just want to understand, it's your
19  opinion that the reason you can't, the reason
20  this statement is correct and you can't say that
21  Bromocriptine was shown to have antidepressant
22  effects is because you haven't seen a double-
23  blind placebo controlled trial of it?
24     A.   That's part of it.  Also because
25  Bromocriptine is Bromocriptine and Bromocriptine

173

1      C. Warren Olanow - Highly Confidential
2   is not Mirapex.  Bromocriptine is an ergot and
3   Mirapex is not an ergot.  Ergots have serotonin
4   effects, which is involved in depression.
5   Mirapex does not, or at least not the same.
6      Q.   But the statement that we're talking
7   about is the one --
8      A.   That's why I'm answering you the way I
9   am, that I don't -- I stand by my statement that
10  it would not have been reasonable to anticipate
11  that Mirapex would have antidepressant effects.
12     Q.   I understand that.  I just want to go
13  back for a minute to the statement in your report
14  where you say no other anti-Parkinsonian drug has
15  been shown to have antidepressive effects.
16          MR. SCHULER:  Hold on.  That's not a
17  question.
18     Q.   And my question is isn't that statement
19  only correct if in order to show antidepressant
20  effects, you have to have a double-blind study?
21          MR. SCHULER:  Objection, asked and
22  answered.
23     A.   I think the double-blind studies are a
24  higher level of study than other studies.  I
25  don't disagree with you that if you have even

44  (Pages 170 to 173)

174

1    C. Warren Olanow - Highly Confidential
2 anecdotal reports it raises a question, but I
3 don't think you can claim it has been shown until
4 you have gone out and done proper placebo-
5 controlled double-blind studies.
6    Q.   Have there been placebo controlled
7 double-blind studies of pramipexole in the area
8 of depression?
9    A.   Yes.
10    Q.   Do you have any other comment or any
11 comments with respect to Paragraph 34 of
12 Dr. Mailman's report?
13    A.   Well, I think again it's sort of a
14 little bit of double-talk because you're saying
15 if it's on there, it would have treated the
16 depression, but you're missing the point that if
17 you could show that pramipexole did in fact treat
18 depression specifically, that would influence
19 physicians in choosing pramipexole as the drug
20 they would want to use in Parkinson's because it
21 treated both the Parkinson's and depression.
22        So it wouldn't just be a passive, it
23 would be an active decision.  Independently it is
24 conceivable that pramipexole has antidepressant
25 effects in the general population.  For myself,

175

1    C. Warren Olanow - Highly Confidential
2 however, my main focus has been that it has
3 antidepressant effects in Parkinson's disease.
4    Q.   Okay, but you don't disagree with the
5 statement that if you're treating somebody for
6 Parkinson's disease with pramipexole and they
7 also have Parkinson's disease depression, by
8 treating them for the Parkinson's disease you're
9 also treating them for depression?
10        MR. SCHULER:  Object to the form,
11 incomplete hypothetical.
12    A.   I don't totally agree with it because
13 firstly, as I said, you're assuming that a person
14 is taking the drug when in fact they might be on
15 another medication, whereas if you knew that
16 pramipexole treated depression, you might have
17 treated the Parkinson's disease with pramipexole.
18        Secondly, the dose to treat the
19 depression may be different than the dose to
20 treat Parkinson's disease, and therefore you may
21 have used the dose that would be sufficient to
22 treat one but not sufficient to treat the other.
23    Q.   What is the dose — are there
24 differences in the dose used to treat Parkinson's
25 disease versus depression?

176

1    C. Warren Olanow - Highly Confidential
2    A.   I don't know the answer to that.  I
3 think you need to treat each patient independently.
4 People today use pramipexole primarily to titrate
5 it against the Parkinson's features.  If you
6 thought it was antidepressant, you might titrate
7 it against the depression as well.
8    Q.   At the risk of harming its ability to
9 treat Parkinson's disease?
10    A.   Not necessarily.  You might be able to
11 treat them both.
12    Q.   Do you have any comments with respect
13 to Paragraph 35 of Dr. Mailman's report?
14    A.   Well, I do.  For instance, a dopamine
15 uptake blocker might have similar effects.  I
16 mean what he is saying here is that dopamine can,
17 excess increased levels of dopamine can inhibit
18 prolactin secretion and cause turning in the rat
19 model.
20        I didn't see that written in the patent
21 application, so that's what I was commenting on,
22 primarily, and I haven't seen the preliminary
23 data from the laboratory.  So if I saw an animal
24 that had prolactin in addition and that caused
25 turning in a rat model, it suggests that it's a

177

1    C. Warren Olanow - Highly Confidential
2 dopaminergic effect.
3        Now while that could be a dopamine
4 agonist, it could be other things too such as a
5 dopamine uptake inhibitor, et cetera.  It could
6 be an inhibitor of the metabolism of dopamine,
7 but at least this information will give you some
8 suggestion that you're dealing with a dopamin-
9 ergic agent, which you don't have in the patent,
10 but even here you can't say this is a dopamine
11 agonist, you just say it's a dopaminergic effect.
12    Q.   With respect to Paragraph 36 do you
13 have any comments?
14    A.   I think an agent that had been — you
15 know, again there are different kinds of dopamine
16 agonists.  It depends on what receptor and what
17 receptor subtype today, but if you had a certain
18 type of dopamine agonist that affected certain
19 patterns of dopamine receptors, it is likely that
20 they would provide motor improvements in
21 Parkinson's disease, yes.
22    Q.   You don't think that it would have been
23 expected that any compound with dopamine agonist
24 activity would be useful in treating Parkinson's
25 disease?

45  (Pages 174 to 177)

---

**178**

1    C. Warren Olanow – Highly Confidential
2    A.  Well, not all dopamine agonists are
3    effective in treating Parkinson's.  You're
4    primarily looking at D2 receptors is where most
5    of it comes, possibly D3 receptors, but I didn't
6    see the information that said that it was a
7    dopamine agonist, so you're asking me a
8    rhetorical question.  I'm going to have to take a
9    call.
10    MS. BERKINER:  Should we break for your
11    call and lunch?  Okay.
12    (Luncheon recess taken at 1:32 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**179**

1    C. Warren Olanow – Highly Confidential
2    A F T E R N O O N  S E S S I O N
3    (2:40 p.m.)
4
5    C. W A R R E N  O L A N O W,  resumed as a
6    witness, having been previously sworn by the
7    Notary Public, was examined and testified further
8    as follows:
9    CONTINUED EXAMINATION
10    BY MS. BERNIKER:
11    Q.  Welcome back, Dr. Olanow.
12    A.  Thank you.
13    Q.  I wanted to just ask you a few questions
14    on the final paragraphs of Dr. Mailman's report
15    we were discussing before lunch.
16    A.  All right.
17    Q.  If you would turn to Paragraph 35, please.
18    A.  Yes.
19    Q.  Have you reviewed the Eli Lilly '748
20    application that's referenced in Paragraph 35?
21    A.  No.
22    Q.  Have you reviewed any other materials
23    from Eli Lilly?
24    A.  No.
25    Q.  In Paragraph 35 Dr. Mailman states that

---

**180**

1    C. Warren Olanow - Highly Confidential
2    a compound that inhibited prolactin secretion and
3    caused turning in the rat model and also caused
4    blood pressure and heart rate decreases would be
5    expected to be a dopamine agonist and expected to
6    be used in the treatment of Parkinson's disease
7    in the mid 1980s.
8    Do you -- is it true that you disagree
9    with that statement?
10    MR. SCHULER:  Objection, asked and
11    answered.
12    A.  Well, I think if you knew you had a
13    compound that had prolactin inhibition turned in
14    the rat, I don't pay too much attention to the
15    blood pressure and heart rate because they're
16    fairly nonspecific, in my opinion.  As I said,
17    those are findings you would get with dopamine.
18    So I don't know that I'm able to place
19    myself in the 1980s precisely enough to know what
20    I might think, if I were sitting in the 1980s.  A
21    dopamine agonist could do those two things.  So
22    could other agents.
23    Q.  What other agents?
24    MR. SCHULER:  Objection, asked and answered.
25    A.  Well, the ones I listed before.

---

**181**

1    C. Warren Olanow - Highly Confidential
2    Q.  Can you tell me what those are?
3    A.  The ones I named before, I listed before.
4    Q.  And what were those?
5    A.  Things that can increase dopamine like
6    dopamine uptake inhibitors, agents that inhibit
7    the breakdown of dopamine.
8    Q.  They're all related to the dopamine levels?
9    A.  I think that if you had inhibition of
10    prolactin secretion and you induced turning in a
11    rat model, it would suggest a dopaminergic agent, yes.
12    Q.  Is the turning that's caused by a
13    dopamine agonist the same kind of turning that
14    you would receive, that you would see from an
15    uptake inhibitor, for example?
16    MR. SCHULER:  Object to form, lack of
17    foundation, incomplete hypothetical.
18    A.  I think first of all, turning is a
19    fairly nonspecific phenomenon.  You can see it in
20    non-dopaminergic phenomena as well.  We see it in
21    our dystonia models.  You can see it in vestibular
22    models.  You can see it in a variety of things.
23    I think if you had a -- and I don't
24    know which rat model he's talking about here.  I
25    presume he's talking about a 6-hydroxy unilateral

---

46  (Pages 178 to 181)

182

1    C. Warren Olanow - Highly Confidential
2  lesion rodent model? Is that the one you mean?
3    Q.   I think that's right, but I don't want
4  to represent that, sitting here today.  Would
5  that make a difference?
6    A.   Well yeah, because you could have
7  bilateral lesions.  You could have lesions in
8  different locations, so -- but I presume when he
9  says turning in the rat model, I will assume he
10  means the 6-hydroxy dopamine lesion model.  I
11  think you would see similar turning, yes.
12    Q.   You would see similar turning among the
13  uptake inhibitors in the dopamine agonists?
14    A.   Mm-hmm.
15    Q.   Would the turning be in the same direction?
16    A.   Same direction as what?
17    Q.   The same direction for the dopamine
18  agonists and the uptake inhibitors.
19    A.   Mm-hmm.  No, wait a minute.  Let me
20  think this through a second.  You might get the
21  inhibition -- you may be right, but I don't know
22  what the turning direction is.  You're right that
23  if you have a lesion on one side and you add a
24  dopamine agonist, it should act on super-
25  sensitive receptors to turn it contralaterally.

183

1    C. Warren Olanow - Highly Confidential
2        If you have amphetamine, for example,
3  to induce endogenous dopamine release, you would
4  turn it in the opposite direction, so presumably
5  a dopamine transport inhibitor would turn it in
6  the opposite direction.
7    Q.   So if you looked at the data, do you
8  think it's possible that you could come to a
9  conclusion that something is a dopamine agonist
10  rather than an uptake inhibitor?
11    A.   It's possible.  I haven't seen the data.
12    Q.   Okay.
13    A.   And I didn't see it in the patent that
14  I was asked to review.
15    Q.   I want to go back just for a minute to
16  talk about the depression studies of pramipexole
17  and Bromocriptine.  With respect to the studies
18  that you rely only relating to pramipexole and
19  whether or not it's effective in treating
20  depression, is it correct that those are, those
21  were not placebo controlled but that they were
22  double-blind, is that right?
23    MR. SCHULER:  Objection.  The documents
24  speak for themselves.
25    A.   Which one are you referring to?

184

1    C. Warren Olanow - Highly Confidential
2    Q.   I'm referring to the studies that are
3  referenced in your report in Paragraph 46.
4    MR. SCHULER:  Could I have the question
5  back again.
6    A.   Could you tell me what page those are?
7    Q.   I'm sorry.  Page 17 and it flows on to 18.
8    A.   And which reference are you referring to?
9    Q.   I'm referring to any of the references
10  that are cited therein that you're basing, that
11  you're relying on for your conclusion that
12  pramipexole has been shown to treat depression.
13    A.   I don't see hardly any references here
14  at all on that, but I can give you some.
15    Q.   Okay.
16    A.   Unless I'm missing something, if you
17  want me to look somewhere else here.
18    Q.   As far as I know, there is no other
19  place in your report that cites studies for this
20  proposition, but if you would like to direct me
21  somewhere else in that report, I'm happy to.
22    A.   Oh, I'm looking at his.
23    Q.   No wonder.  Page 17 of your report, the
24  beginning of Paragraph 46.
25    A.   So the Corrigan study was a comparison

185

1    C. Warren Olanow - Highly Confidential
2  of pramipexole, fluoxetine and placebo, is that
3  what you're asking?
4    Q.   Okay, so that was placebo controlled,
5  is that what you're saying?
6    A.   That's what it says, yes, and -- sorry,
7  they're all out order now.  The SAT study that
8  was authored by Barone, B-a-r-o-n-e I believe,
9  was placebo controlled as well.
10    Q.   Do you think it's possible to come to
11  the conclusion that a drug has antidepressant
12  effects by conducting a double-blind trial that's
13  not placebo controlled?
14    A.   Do I -- you know, it's such an open-
15  ended question I don't know how to answer it,
16  since I don't know what kind of study you really
17  mean, but let me put it to you this way.  You
18  could not get the FDA to approve it without
19  placebo controlled trials.
20    Q.   In your opinion, can you demonstrate
21  that a drug has shown antidepressant properties?
22    A.   It depends how you conduct the study,
23  so it's too open for me to answer.  If you took
24  the most effective antidepressant drug and you
25  did a double-blind placebo controlled trial where

47  (Pages 182 to 185)

186

C. Warren Olanow – Highly Confidential
1    C. Warren Olanow – Highly Confidential
2  you study intervention and showed your agent was
3  superior to that established antidepressant drug
4  in controlling it, then you might not need
5  placebo in order to say that because you have a
6  drug that itself has been shown against placebo
7  and your study intervention is superior. Is that
8  the kind of thing you mean?
9    Q.    Yes.
10   A.    So I think that could be done.
11   Q.    Okay. I'm going to hand you what I'm
12  marking as Exhibit 322.
13        (Exhibit 322, Current Medical Research
14  article, marked for identification.)
15   Q.    This is a copy of one of the articles
16  cited by Dr. Mailman in his report regarding the
17  Bromocriptine studies, and if you look at the
18  second paragraph under the introduction, it
19  refers to a double-blind study showing that
20  Bromocriptine in certain doses had antidepressant
21  activity not significantly different from that of
22  imipramine.
23   A.    You had nine patients in this study.
24   Q.    Do you see that?
25   A.    Yeah, I do, but you had nine patients.

187

1    C. Warren Olanow – Highly Confidential
2  Four of them were on Bromocriptine. That's
3  hardly a study.
4    Q.    So you don't think that's sufficient to
5  draw that conclusion?
6    A.    I'm not disputing that these results
7  could be obtained, but I think a study of nine
8  patients, four of whom are on your active drug,
9  is not a serious study. I don't think it could
10  get published in a reasonable journal today.
11  It's not much more than anecdotal.
12        It's certainly not sufficient to draw a
13  non-inferiority claim, not with those kinds of
14  numbers. Not even remotely close with those
15  kinds of numbers, and so I think that that has
16  virtually no value in terms of making that claim.
17        In addition, as I already mentioned to
18  you, Bromocriptine has other factors to it that
19  could have contributed to any depressive effect
20  that it had and does not provide you with any
21  assurance that a drug like Mirapex would be
22  neuroprotective.
23   Q.    Is Current Medical Research and Opinion
24  a respected journal?
25   A.    I have never heard of it before.

188

1    C. Warren Olanow – Highly Confidential
2    Q.    Do you know if it still exists?
3    A.    No.
4    Q.    No, you don't know, or –
5    A.    No, I don't know if it still exists.
6  You could look it up and get a citation index and
7  see what its citation is. That would give you an
8  idea of – you know, it's – I don't want to put
9  it down. I just never heard of it.
10   Q.    I understand. If you would turn back
11  to Paragraph 30 of your report, sir –
12   A.    Yes.
13   Q.    You state in Paragraph 30 of your report
14  that "Based on the concept that pramipexole might
15  be neuroprotective, many neurologists initiate
16  pramipexole treatment very early in the course of
17  the disease." Do you see that?
18   A.    I do.
19   Q.    You cite two articles for that
20  proposition, is that right?
21   A.    Yes.
22   Q.    And one of them is listed at footnote
23  21 and one of them is listed at footnote 31?
24   A.    I'm trying to find 21. Here it is.
25  All right.

189

1    C. Warren Olanow – Highly Confidential
2    Q.    Is that right?
3    A.    Mm-hmm.
4    Q.    Do those articles stand for that
5  proposition?
6    A.    As far as I knew, they did. You could
7  pull them out. I could quote you some of my own
8  articles like the algorithm I wrote in Neurology.
9  There are certainly many articles. I can't tell
10  you that that number is precisely right without
11  pulling out the paper and looking at it.
12        Reference 31 I know very well. Tony
13  Schapira and Jose Obeso are good friends of mine.
14  We write together all the time and I know that's
15  exactly what they think.
16   Q.    Do you know if they say that in that
17  article?
18   A.    I think in that article they argue that
19  the early introduction of agents provides for
20  better long-term outcomes. They don't discuss
21  the mechanism, but they favor the possibility
22  that it might be neuroprotective and they
23  therefore favor early starting of the drug.
24   Q.    Did you review the footnotes to your
25  report before you signed it?

48  (Pages 186 to 189)

190

1     C. Warren Olanow - Highly Confidential
2     A.    I believe I did, but I could have been
3  in error. Is there something I did wrong?
4     Q.    We'll find out. Well, in fact that's
5  what I was about to ask you. I'm going to hand
6  you a copy of Exhibit, what is now being marked
7  as Exhibit 323, which is a copy of the article
8  cited at footnote 31 of your report.
9        (Exhibit 323, Annals of Neurology
10 article, marked for identification.)
11    Q.    Could you direct me to where in this
12 article it says something that supports the
13 statement that "Based on the concept that
14 pramipexole might be neuro-protective, many
15 neurologists initiate pramipexole treatment very
16 early in the course of the disease"?
17    A.    Well, this is what they're recommending.
18 "In conclusion, for several reasons both
19 theoretical and practical, it seems an
20 appropriate time to reconsider our traditional
21 view of when dopaminergic symptomatic treatment
22 for PD should begin. Initiation at diagnosis
23 appears to be an increasingly viable and indeed
24 attractive option for patients. Furthermore, we
25 suggest that early restoration of basal ganglia

191

1     C. Warren Olanow - Highly Confidential
2  physiology will support the compensatory events
3  and delay the irreversible modification of
4  circuitry that characterizes the clinical
5  progression of PD. Such an effect will lead to
6  lasting clinical benefit for the patient."
7     Q.    Just one minute. I realize I don't
8  have my copy in front of me, which will make it
9  harder to follow. Thank you, sir.
10    A.    No problem.
11    Q.    Can you just point me to where --
12    A.    The very last page on conclusions.
13    Q.    And what in this paragraph leads to you
14 conclude that that's as a result of the alleged
15 neuroprotective effect?
16    A.    What's written.
17    Q.    Well, it says that initiation at
18 diagnosis is preferable. What is it about this
19 paragraph that says --
20    A.    It doesn't say it's neuroprotective.
21 He's saying what his thinking is, so it's based
22 on these kinds of studies that has led him to
23 believe that you can restore basal ganglia
24 physiology, prevent degeneration, have better
25 long-term outcome. That's what that means.

192

1     C. Warren Olanow - Highly Confidential
2     Q.    Okay. Let me hand you the second
3  article which is the other article that you cite
4  for this proposition, footnote 21, which is now
5  being marked Exhibit 324.
6        (Exhibit 324, Neurology article, marked
7  for identification.)
8     MS. BERNIKER:  And Ken, the copy I'm
9  giving you has a small, red line inadvertently
10 placed on it.
11    Q.    Can you tell me where in that article it
12 says --
13    A.    I'm going to have to read it because
14 it's a long time since I saw this.
15    Q.    Certainly. Let me just finish my
16 question so it's clear for the record. If you
17 could just tell me where in that article it
18 supports your statement that based on the concept
19 that pramipexole might be neuroprotective, many
20 neurologists initiate pramipexole treatment very
21 early in the course of the disease?
22    A.    Well, just looking at it quickly, and
23 looking at it quickly, they say basically, as I
24 did, that there is insufficient evidence to
25 support or refute, and I agree with that.

193

1     C. Warren Olanow - Highly Confidential
2        They do not comment one way or another,
3  as I can see here, how physicians behave, but I
4  can provide you with references that -- I can
5  tell you from my own experience that physicians
6  have to make a judgment whether to use it or not,
7  and that is a factor that influences their decision.
8     I can also quote you from papers I've
9  written where, in reviewing this along with many
10 other authors, we have concluded that this is one
11 of the factors, and based on this some neurologists
12 do decide that that's how they wish to initiate
13 therapy.
14        In other words the idea is that there
15 is the possibility that it is neuroprotective.
16 It is not shown to be neuroprotective. I don't
17 contend it's neuroprotective.
18     I just argue that it is a factor that
19 goes into the decision process when a physician
20 makes a decision, and given that it has not been
21 refuted and proven not to be neuroprotective,
22 given that there is laboratory evidence in
23 support of it, given that it has symptomatic
24 effects and given that it has a very low
25 incidence of motor complications, many physicians

49 (Pages 190 to 193)

194

1    C. Warren Olanow - Highly Confidential
2  will start to choose that drug. I didn't say it
3  was one thing in isolation.
4    Q.   So just to go back to one of the things
5  you said earlier in your answer, the article
6  that's Exhibit 324 actually does specifically
7  come, at least come to the conclusion that no
8  treatment has been shown to be neuroprotective,
9  right?
10   A.   I think I said that to you.
11   Q.   That's fine, then.
12   A.   That's what an unmet medical need
13 means, that no treatment has met that need.
14   Q.   And based on your review of the
15 article, you don't see any -- understanding that
16 you have identified other places that you believe
17 support this statement in Paragraph --
18   A.   There are many things that support that
19 statement.
20   Q.   Right, but you would agree with me that
21 the article cited in footnote 21 doesn't support that?
22   A.   I haven't really had a chance to read
23 it completely. In looking at it briefly, I can't
24 find where it precisely says that, and in fact as
25 I look at it, it really doesn't address anything

195

1    C. Warren Olanow - Highly Confidential
2  other than what the evidence is to date, so it
3  really doesn't go into recommendations for
4  practice.
5    Q.   Okay.
6    A.   Maybe it does, but I couldn't find it.
7    Q.   I couldn't either, if that makes you
8  feel better.
9         I just have a few other questions for
10 you. Can you tell me whether Gabapentin sales
11 for RLS are higher than Mirapex sales for RLS?
12   A.   No.
13   Q.   No, they're not, or no, you can't tell me?
14   A.   No, I can't tell you. I think they're
15 not at this time.
16   Q.   And what's your basis for that?
17   A.   My impression.
18   Q.   Okay. You haven't looked at the question?
19   A.   No. I would be very surprised if
20 Gabapentin was remotely close to Mirapex at this
21 time.
22   Q.   Do you have any patents on your name?
23   A.   Patents on my name?
24   Q.   Yes. I'm going to rephrase that. I
25 should have used the word trademark instead. Do

196

1    C. Warren Olanow - Highly Confidential
2  you have any patents on which you're a named
3  inventor, sir?
4    A.   No.
5    Q.   Do you have any patent applications on
6  which you're a named inventor?
7    A.   No.
8    Q.   Have you not applied for a patent
9  application in connection with the potential
10 neuroprotective activity of a particular bean?
11   A.   Very interesting. I actually didn't,
12 but my name was used. Interesting that you
13 mention that, and that was because this was -- I
14 don't even know where this came from. This was a
15 Levodopa bean and they -- I had nothing to do
16 with the patent. As far as I know, I'm not on
17 the patent. They asked us to do research to see
18 if the bean was protective.
19         We did the work. They never paid us
20 for it, and that was the last I heard of them.
21 Later they called me and said they had given me
22 stock, because they hadn't -- but as far as I
23 knew, it was a worthless company and I know
24 nothing about whatever happened to them, and I
25 did not file an application for a patent. If my

197

1    C. Warren Olanow - Highly Confidential
2  name is on it, they put it there.
3    Q.   And you didn't sign a declaration as an
4  inventor?
5    A.   Not knowingly. I was not an inventor
6  of the fava bean or whatever that bean is. Now
7  I'm not opposed to having a patent. I would be
8  very pleased to have a patent, especially on a
9  commercially viable product.
10   Q.   Okay. Can you tell me approximately
11 how much you have been paid so far in connection
12 with your work in this case?
13   A.   A guess of $20,000, maybe.
14   Q.   And about how much have you billed that
15 you haven't been paid for?
16   A.   I think they've paid me everything I've
17 billed them, but I will bill them for today.
18 Maybe it's not even $20,000. I mean these are
19 figures you can get, so I don't -- I stand by
20 what the invoices show, not by what I remember.
21   Q.   Okay. Have you ever been an author on
22 a paper that's been subsequently discredited?
23   A.   Have I been an author on a paper that's
24 been discredited, not to my knowledge. Do you
25 have something in mind?

50  (Pages 194 to 197)

198

1    C. Warren Olanow - Highly Confidential
2    Q.    Well, I'm wondering whether you have
3  co-authored a paper that described a particular
4  methodology or theory that was subsequently
5  discredited?
6    A.    I think every single person alive who
7  does science has had theories that didn't turn
8  out to be right.  I don't call that discredited.
9    Q.    Okay.  Well, do you -- you're of course
10  familiar with the -- I'm want you to pronounce
11  this -- protease inhibitor article?  How do you
12  pronounce that?
13    A.    I don't think that's discredited.
14  That's absurd.  That is an experiment we did
15  which a series of people were able to reproduce
16  and a series of people were not able to reproduce,
17  and it has become a controversial model.
18        Why that is I don't know.  It may have
19  to do with the quality of the inhibitor.  It may
20  have to do with the toxin and the way it's
21  produced, but there are many, many people who
22  have done experiments where it has been difficult
23  to replicate them.  Many of them have won Nobel
24  Prizes, I might add.
25        I think that "discredit" is a terrible

199

1    C. Warren Olanow - Highly Confidential
2  term.  I can only imagine where you got that
3  term, but some people could not replicate it.
4  There is now another major article coming up that
5  replicates it again.
6    Q.    And where is that coming out, do you know?
7    A.    I don't know.
8    Q.    So let me rephrase so as not to use the
9  word "discredited."  You are aware that there was
10  a fair amount of controversy about whether the
11  model was reliable?
12    A.    I think there is controversy about
13  whether a lot of things are reliable and a lot of
14  different models we use are controversial, and
15  people don't always agree.
16        I believe that proteasome dysfunction
17  is an important aspect of Parkinson's disease.
18  We have numerous pieces of evidence to support
19  that.  We tried to reproduce it in the animal
20  model when we directly injected it.  We got a
21  model which everyone has been able to reproduce.
22        Our work in tissue culture everyone has
23  reproduced, but when we gave it systemically we
24  were able to get a model that several groups were
25  able to and several groups were not able to

200

1    C. Warren Olanow - Highly Confidential
2  reproduce.  Why that is I don't know.
3        MS. BERNIKER:  I just need a minute.
4  Do you want to go off the record for a minute.
5        (Discussion off the record.)
6        MS. BERNIKER:  I have no other questions.
7        MR. SCHULER:  No questions.
8        (Time noted:  3:11 p.m.)

201

1
2  STATE OF NEW YORK   )
3                    )  ss:
4  COUNTY OF NEW YORK   )
5
6        I, C. WARREN OLANOW, the witness
7  herein, having read the foregoing testimony of
8  the pages of this deposition, do hereby certify
9  it to be a true and correct transcript, subject
10  to the corrections, if any, shown on the attached
11  page.
12
13
14
15
16        _____
                C. WARREN OLANOW
17
18  Sworn and subscribed to
19  before me this _____ day
20  of _____, 2007.
21
22
        _____
23  NOTARY PUBLIC
24
25

**VERITEXT/SPHERION DEPOSITION SERVICES**
**(212) 490-3430**

202

```
 1
 2        ERRATA SHEET
 3 NAME OF CASE: BOEHRINGER v BARR
   DATE OF DEPOSITION: OCTOBER 2, 2007
 4 NAME OF DEPONENT: C. WARREN OLANOW
 5 PAGE LINE(S)  CHANGE    REASON
 6   ___|_____|_____|_____
 7   ___|_____|_____|_____
 8   ___|_____|_____|_____
 9   ___|_____|_____|_____
10   ___|_____|_____|_____
11   ___|_____|_____|_____
12   ___|_____|_____|_____
13   ___|_____|_____|_____
14   ___|_____|_____|_____
15   ___|_____|_____|_____
16   ___|_____|_____|_____
17   ___|_____|_____|_____
18   ___|_____|_____|_____
19   ___|_____|_____|_____
20
21        _____
            C. WARREN OLANOW
22
   SUBSCRIBED AND SWORN TO BEFORE ME
23 THIS ____ DAY OF _____, 2007.
24
   _____    _____
25 (NOTARY PUBLIC)     MY COMMISSION EXPIRES:
```

204

```
 1
 2           I N D E X
 3
 4 WITNESS      EXAMINATION BY     PAGE
 5
 6 C. WARREN OLANOW  MS. BERNIKER     4
 7
 8
 9        E X H I B I T S
10
11 Exhibit 319, Dr. Olanow's report    5
12 Exhibit 320, letter to editor     123
13 Exhibit 321, Dr. Mailman's report   154
14 Exhibit 322, Current Medical Research 186
15 article
16 Exhibit 323, Annals of Neurology    190
17 article
18 Exhibit 324, Neurology article     192
19
20
21
22
23
24
25
```

203

```
 1
 2      C E R T I F I C A T I O N
 3 STATE OF NEW YORK  )
              ) ss.:
 4 COUNTY OF NEW YORK )
 5    I, DOUGLAS M. BURKE, a Notary Public within
 6 and for the State of New York, do hereby certify:
 7    That I reported the proceedings in the
 8 within-entitled matter, and that the within
 9 transcript is a true record of such proceedings.
10    I further certify that I am not related, by
11 blood or marriage, to any of the parties in this
12 matter and that I am in no way interested in the
13 outcome of this matter.
14    IN WITNESS WHEREOF, I have hereunto set my
15 hand this 24th day of October, 2007.
16
17
18
19        DOUGLAS M. BURKE
20
21
22
23
24
25
```

52  (Pages 202 to 204)

**VERITEXT/SPHERION DEPOSITION SERVICES**
**(212) 490-3430**