# EXHIBIT A

CONFIDENTIAL EXHIBIT

# EXHIBIT B

HIGHLY CONFIDENTIAL

1

```
1
2        * * * HIGHLY CONFIDENTIAL * * *        COPY
3   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE
4   ------------------------------------------------x
    BOEHRINGER INGELHEIM INTERNATIONAL
5   GMBH and BOEHRINGER INGELHEIM
    PHARMACEUTICALS, INC.,
6                        Plaintiffs,

7            vs.               No. 05-0700 (KAJ)

8   BARR LABORATORIES, INC.,
                       Defendants.
9   ------------------------------------------------x
    BOEHRINGER INGELHEIM INTERNATIONAL
10  GMBH and BOEHRINGER INGELHEIM
    PHARMACEUTICALS, INC.,
11                       Plaintiffs,

12           vs.               No. 05-0854 (KAJ)

13  MYLAN PHARMACEUTICALS, INC.,
                       Defendant.
14  ------------------------------------------------x

15

16       VIDEOTAPED DEPOSITION of C. WARREN OLANOW,

17  taken in the above-entitled matter before Douglas

18  M. Burke, RPR, CRR, Notary Public of the State of

19  New York, taken at the offices of Latham &

20  Watkins LLP, 885 Third Avenue, New York, New

21  York, on October 2, 2007, commencing at 9:16 a.m.

22

23

24

25
```

67

1      C. Warren Olanow - Highly Confidential

2      Q.    Hi, Dr. Olanow.  I'd like to go back

3   for a minute to the questions we had before the

4   break.

5      A.    All right.

6      Q.    Can you think of any mechanism, or let

7   me rephrase.  Can you think of any kind of

8   compound that would have all four of the effects

9   in the claims 9, 19, 29 and 39 of the '086

10  patent, i.e. that would lower blood pressure,

11  lower heart rate, could be used to treat

12  Parkinsonism or Parkinson's disease, and could be

13  used to treat schizophrenia?

14      MR. SCHULER:  Object to the form, also

15  to the extent it was asked and answered.

16      A.    Well, first of all, I can't tell you

17  that I know any compound that would do that with

18  a characteristic pattern, including dopamine

19  agonists.  I could think of drugs that might do

20  some of those such as a dopamine agonist, but I

21  can think of others that might as well.

22      COMT inhibitors and MAO-B inhibitors,

23  because they enhance dopamine, could induce all

24  the effects that dopamine induces.  Any

25  dopaminergic agent is associated with a drop,

68

```
1          C. Warren Olanow - Highly Confidential
2    potentially a drop in blood pressure and an
3    anti-Parkinson's effect.
4              I would turn it to you the other way
5    around.  If someone came and said a drug does
6    these four things and you knew it did them, and
7    I'm not even sure it does all these, I don't
8    think anyone would say ah-huh, that's a dopamine
9    agonist.  I don't think anyone would be confident
10   enough to know that and say I don't need to do
11   any other tests, I'm confident, I don't need to
12   do binding, nothing, I don't believe.
13       Q.    Would there be an expectation that it
14   might be a dopamine agonist?
15             MR. SCHULER:  Objection to form, asked
16   and answered.
17       A.    Not to me, it wouldn't.  I mean there
18   are many, many different types of drugs on the
19   market and you just don't know what it is.  I
20   have no problem with -- I mean I know pramipexole
21   is a dopamine agonist, so I kind of know the
22   answer that you're looking for.
23             So most of my arguments, my arguments
24   aren't based on whether or not it is a dopamine
25   agonist, but I would say looking at that patent,
```

72

1          C. Warren Olanow - Highly Confidential
2     talk about what potentially is going to happen
3     ten years later.  Maybe I'm not understanding you
4     correctly.
5          Q.     That's fine.  We can move on.  I'd like
6     to turn to Paragraph 16 of your report.
7          A.     All right.
8          Q.     It's on page 4, Paragraph 16 on page 4.
9     In the second sentence it says, "However, I have
10    been asked to apply my experience, education and
11    expertise to the question of whether certain uses
12    for which Mirapex is currently prescribed by
13    physicians would have been expected or
14    predictable from the claims of the '086 patent
15    mentioned above."  Do you see that sentence?
16         A.     Yes, I do.
17         Q.     What time period did you apply when you
18    were determining what was expected or predictable?
19         A.     The time period in which the patent was
20    issued, in and around that period of time.
21         Q.     And when is that?
22         A.     My understanding is it was around 1984.
23         Q.     So in -- is it true for the entirety of
24    your expert report where you talked about what
25    was expected or predictable, you were talking

73

1          C. Warren Olanow - Highly Confidential
2      about the period 1984, approximately?
3          A.     Well, some of the things you could use
4      even a much later period of time because some of
5      the ways that pramipexole is used or might be
6      used have evolved very dramatically since then.
7               And I would say, you know, I think
8      perhaps it would be best if I answered you with
9      respect to each of the instances I proposed where
10     I felt that it was not anticipated back at that
11     period of time, and we can talk about when it
12     might have been reasonable to anticipate it.
13         Q.     Is there a reason that you didn't put
14     in your report something specifically about what
15     time period you were using?
16         A.     Negligence?  I mean if I was supposed
17     to, I just didn't know, but I think I was talking
18     around the time that the patent was issued, so
19     maybe I'm wrong, I thought it was in 1984.  Is
20     that not correct?
21         Q.     Well, the patent was issued in 1989.
22     Is that the date you used, or did you use 1984?
23              MR. SCHULER:  Objection, asked and
24     answered.
25              MS. BERKINER:  I'm sorry, let me just

74

1          C. Warren Olanow - Highly Confidential

2    finish this.

3          Q.    And when you say "the patent," I assume

4    you mean the '812 patent.  Go ahead.

5               MR. SCHULER:  That's not a question.

6    There is no pending question.  You just made a

7    statement.

8               MS. BERNIKER:  That was the end of my

9    question.

10              MR. SCHULER:  It wasn't a question.

11   I'll object that the report speaks for itself and

12   it was asked and answered.

13         Q.    If you want, I can restate the

14   question, Dr. Olanow.  My question is did you

15   use -- first of all, when you say use the

16   issuance, the date of issuance of the patent,

17   were you referring to the '812 patent?

18         A.    My understanding is that the two of

19   them were issued more or less around the same

20   time, so I think I was talking about them both

21   sort of jointly.

22         Q.    And you recognize from the Exhibits 2

23   and 3 before you that the '086 patent issued in

24   June of 1989 and the '812 patent issued in

25   December of 1989, right?

112

1    C. Warren Olanow - Highly Confidential

2   were used before and they have become the primary

3   main-line therapy for restless legs, and restless

4   legs may be as common as 10 percent of the

5   population, depending who you believe.

6    But we're now finding that they're not

7   totally free of augmentation, they're not

8   absolutely perfect, so I think there is still

9   some unmet need, but I don't think it's nearly as

10  great as the unmet need was back in the '80s and

11  '90s.

12   Q.    Do you think there was an unmet need in

13  the mid 1980s?

14   A.    Sure.  I mean some people who have

15  restless legs are devastated by it, terribly

16  incapacitating to them, and Levodopa and opioids

17  and Klonopin and other types of drugs had

18  sedative effects, they had augmentation, they had

19  other problems.

20   The idea that you could take something

21  as simple as a dopamine agonist in low dose and

22  have such dramatic benefit, avoid so many of the

23  problems you saw with the other drugs, that

24  represented a huge fulfillment of an unmet need

25  and a tremendous boon for patients.

142

1          C. Warren Olanow - Highly Confidential

2     and hurt and achy and sore.  Whether that is a

3     real disease or not, I don't know, but it is

4     certainly a marketplace.

5              As an opportunity for a marketplace,

6     this is an extraordinary one.  If that group of

7     patients feels that taking pramipexole helps them

8     and if studies were done to further support the

9     role for this, it is possible that even off label

10    this could be a large revenue generator for the

11    company.

12        Q.    And I understand that point.  I guess

13    my question is based on what you know today, can

14    you say whether Mirapex meets the needs of the

15    people who think they're in this population with

16    fibromyalgia?

17        A.    I can't, no.

18        Q.    You can't say?

19        A.    No.  I can only tell you what I've

20    already said, that I have not seen, for instance,

21    a two-year study which showed how many people who

22    started continued to take it after a year or two

23    years.  I don't know that.

24        Q.    Then you also wouldn't know -- I'm

25    sorry, let me rephrase.  You also don't know

174

1      C. Warren Olanow - Highly Confidential
2   anecdotal reports it raises a question, but I
3   don't think you can claim it has been shown until
4   you have gone out and done proper placebo-
5   controlled double-blind studies.
6      Q.    Have there been placebo controlled
7   double-blind studies of pramipexole in the area
8   of depression?
9      A.    Yes.
10      Q.    Do you have any other comment or any
11   comments with respect to Paragraph 34 of
12   Dr. Mailman's report?
13      A.    Well, I think again it's sort of a
14   little bit of double-talk because you're saying
15   if it's on there, it would have treated the
16   depression, but you're missing the point that if
17   you could show that pramipexole did in fact treat
18   depression specifically, that would influence
19   physicians in choosing pramipexole as the drug
20   they would want to use in Parkinson's because it
21   treated both the Parkinson's and depression.
22        So it wouldn't just be a passive, it
23   would be an active decision.  Independently it is
24   conceivable that pramipexole has antidepressant
25   effects in the general population.  For myself,

175

1      C. Warren Olanow - Highly Confidential

2   however, my main focus has been that it has

3   antidepressant effects in Parkinson's disease.

4      Q.    Okay, but you don't disagree with the

5   statement that if you're treating somebody for

6   Parkinson's disease with pramipexole and they

7   also have Parkinson's disease depression, by

8   treating them for the Parkinson's disease you're

9   also treating them for depression?

10         MR. SCHULER:  Object to the form,

11   incomplete hypothetical.

12      A.    I don't totally agree with it because

13   firstly, as I said, you're assuming that a person

14   is taking the drug when in fact they might be on

15   another medication, whereas if you knew that

16   pramipexole treated depression, you might have

17   treated the Parkinson's disease with pramipexole.

18         Secondly, the dose to treat the

19   depression may be different than the dose to

20   treat Parkinson's disease, and therefore you may

21   have used the dose that would be sufficient to

22   treat one but not sufficient to treat the other.

23      Q.    What is the dose -- are there

24   differences in the dose used to treat Parkinson's

25   disease versus depression?

176

C. Warren Olanow - Highly Confidential

A.    I don't know the answer to that. I
think you need to treat each patient independently.
People today use pramipexole primarily to titrate
it against the Parkinson's features. If you
thought it was antidepressant, you might titrate
it against the depression as well.

Q.    At the risk of harming its ability to
treat Parkinson's disease?

A.    Not necessarily. You might be able to
treat them both.

Q.    Do you have any comments with respect
to Paragraph 35 of Dr. Mailman's report?

A.    Well, I do. For instance, a dopamine
uptake blocker might have similar effects. I
mean what he is saying here is that dopamine can,
excess increased levels of dopamine can inhibit
prolactin secretion and cause turning in the rat
model.

I didn't see that written in the patent
application, so that's what I was commenting on,
primarily, and I haven't seen the preliminary
data from the laboratory. So if I saw an animal
that had prolactin in addition and that caused
turning in a rat model, it suggests that it's a