## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

Original and Redacted
Filing Date: May 20, 2008

REDACTED –
PUBLIC VERSION

The Honorable Joseph J. Farnan, Jr.    *VIA HAND DELIVERY*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Boehringer Ingelheim International GmbH, et al. v.*
            *Barr Laboratories, Inc.*; C.A. No. 05-700 (JJF) (CONSOLIDATED)

Dear Judge Farnan:

    Barr's letter of yesterday attached Barr's letters to Boehringer, but did not attach our letters to Barr. Attached as Exhibits A and B are our May 5 and May 14 letters to Barr.

                                                  Respectfully,

                                                   Jack B. Blumenfeld (#1014)

JBB/dlb
Enclosure
cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
        John W. Shaw, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
        Mary B. Matterer, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
        Glenn J. Pfadenhauer, Esquire (Via Electronic Mail; w/ encl.)
        Kevin J. Culligan, Esquire (Via Electronic Mail; w/ encl.)
        Steven C. Cherny, Esquire (Via Electronic Mail; w/ encl.)
        Kenneth G. Schuler, Esquire (Via Electronic Mail; w/ encl.)