# EXHIBIT A

## FULLY REDACTED

# EXHIBIT B

## FULLY REDACTED