# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOHN W. SHAW
DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
JSHAW@YCST.COM

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

(302) 571-6600
FAX: (302) 571-1253
WWW.YOUNGCONAWAY.COM

May 19, 2008

**BY CM/ECF & HAND DELIVERY**

**REDACTED**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE  19801

Re: Boehringer Ingelheim Int'l GmbH v. Barr Laboratories, Inc.,
C.A. No. 05-700-JJF (Consol.)

Dear Judge Farnan:

We write in response to the e-mail from Boehringer Ingelheim Int'l GmbH ("Boehringer") to Your Honor of today's date.

Defendant Barr Laboratories, Inc. ("Barr")

The letters from Barr, which Boehringer did not forward to Your Honor, are attached as Exhibits B-D.

Should Your Honor desire to hold a teleconference on this matter, counsel for Barr are available at the convenience of the Court.

Respectfully submitted,

John W. Shaw

JWS:ht
Attachments
cc: Clerk of the Court (via hand delivery)
    Steven Cherny, Esquire  (via e-mail)
    Kenneth Schuler, Esquire (via e-mail)
    Jack B. Blumenfeld, Esquire (via e-mail)
    Kevin J. Culligan, Esquire (via e-mail)
    Mary Matterer, Esquire (via e-mail)