# EXHIBITS B THROUGH D REDACTED IN THEIR ENTIRETY