IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>BARR LABORATORIES, INC., <br><br>　　　　　　Defendant, | Civil Action No. 05-700 (JJF) <br><br> **REDACTED – PUBLIC VERSION** |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>MYLAN PHARMACEUTICALS, INC., <br><br>　　　　　　Defendant. | Civil Action No. 05-854 (JJF) |

### EXHIBIT A TO
### PLAINTIFFS' ANSWERING BRIEF
### REGARDING EVIDENTIARY OBJECTIONS

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              1201 North Market Street
                              P. O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              mnoreika@mnat.com

                              *Attorneys for Plaintiffs*
                              *Boehringer Ingelheim International GmbH and*
                              *Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Joel Neckers
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Original Filing Date: May 14, 2008
Redacted Filing Date: May 21, 2008

# EXHIBIT A

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Mary B. Matterer
> MORRIS JAMES LLP
>
> Adam Wyatt Poff
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Wilmington, DE 19801

Adam Wyatt Poff, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL and FEDERAL EXPRESS**

Glenn J. Pfadenhauer, Esquire
Jessamyn S. Berniker, Esquire
Dov P. Grossman, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Shannon M. Bloodworth, Esquire
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036

Kevin J. Culligan, Esquire
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

*/s/ Jack B. Blumenfeld*
---
Jack B. Blumenfeld (#1014)