IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　Defendant. | C.A. No. 05-700 (JJF)<br>CONSOLIDATED<br><br>**CONFIDENTIAL<br>FILED UNDER SEAL** |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>　　　　Defendant. | C.A. No. 05-854 (JJF) |

**APPENDIX OF EXHIBITS TO DEFENDANTS' BRIEF IN OPPOSITION
TO PLAINTIFFS' EVIDENTIARY OBJECTIONS**

OF COUNSEL:
Glenn J. Pfadenhauer
Jessamyn S. Berniker
Dov P. Grossman
Brett R. Tobin
Kendra P. Robins
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Adam W. Poff (#3990)
apoff@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendant Barr
Laboratories, Inc.*

REDACTED VERSION – PUBLICLY FILED

OF COUNSEL:
Kevin J. Culligan
Joy Arnold
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300

Shannon M. Bloodworth
HELLER EHRMAN LLP
171 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000

Dated: May 14, 2008

MORRIS JAMES LLP
Mary B. Matterer (#2696)
mmatterer@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6960

*Attorneys for Mylan Pharmaceuticals Inc.*

REDACTED VERSION – PUBLICLY FILED

**INDEX OF EXHIBITS TO DEFENDANTS' BRIEF IN OPPOSITION
TO PLAINTIFFS' EVIDENTIARY OBJECTIONS**

| | |
|---|---|
| Exhibit A | Barr's Notice Letter to Boehringer dated September 12, 2005 |
| Exhibit B | Exhibit 3 of the Pre-Trial Order – Defendants' Statement Of Issues Of Fact That Remain To Be Litigated |
| Exhibit C | Barr's Responses to Boehringer's Fourth Set of Interrogatories |
| Exhibit D | Expert Report of Eric Anslyn, Ph.D. |
| Exhibit E | Supplemental Expert Report of Eric Anslyn, Ph.D. |
| Exhibit F | Excerpt from Deposition of Eric Anslyn, Ph.D. |
| Exhibit G | Expert Report of C. Warren Olanow, M.D. |
| Exhibit H | Expert Report of Dale Hoscheit, Esq. |
| Exhibit I | June 7, 2007 Letter from K. Schuler to J. Berniker |
| Exhibit J | July 11, 2007 Letter from K. Schuler to J. Berniker |
| Exhibit K | August 13, 2007 Letter from D. Grossman to A. Hollis |
| Exhibit L | Expert Report of Richard Mailman, Ph.D. |
| Exhibit M | Expert Report of Roy Weinstein |

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on May 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Mary B. Matterer, Esquire |
| Morris Nichols Arsht & Tunnell | Morris, James, Hitchens & Williams LLP |
| 1201 North Market Street | 222 Delaware Avenue, 10th Floor |
| PO Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | |

I further certify that on May 22, 2008, I caused a copy of the foregoing document to be served on the above-listed counsel by e-mail and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Steven C. Cherny, Esquire | Kenneth G. Schuler, Esquire |
| Latham & Watkins LLP | Latham & Watkins LLP |
| 885 Third Avenue, Suite 1000 | Sears Tower, Suite 5800 |
| New York, NY 10022-4834 | Chicago, IL 60606 |

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  apoff@ycst.com

*Attorneys for Barr Laboratories, Inc.*