# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM | ) | |
| INTERNATIONAL GMBH and BOEHRINGER | ) | C.A. No. 05-700 (***) |
| INGELHEIM PHARMACEUTICALS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) | |

## EXPERT REPORT OF DALE H. HOSCHEIT, ESQ.

**I.     Introduction**

1.     I have been retained by the attorneys for defendant Barr Laboratories, Inc., to investigate and offer opinions on matters related to the subject litigation.  I am being compensated for my work on this matter at my normal rate of $520.00/hour for consulting time and for deposition and trial testimony, plus related and necessary expenses.  Beyond those payments, I will not receive any other financial compensation regardless of the outcome of this case.

2.     I am a member of the bar of the District of Columbia and have been in patent practice for over 45 years.  I am a shareholder in the law firm of Banner & Witcoff, Ltd.  I am an adjunct professor at George Mason University School of Law in Arlington, Virginia, where I have taught the course, Biotechnology Patent Practice, and currently teach the course, Trade Secrets.  I am also the coordinator for and teach in a graduate course at the John Hopkins University entitled "The Legal Aspects of Biotechnology".  Further, I am a member of the Advisory Board of BNA's Patent, Trademark and Copyright Journal.  My curriculum vitae is attached as Exhibit A.

3.      In my over 45 years of patent practice, I have prepared numerous evaluations of patent validity, enforceability, and claim scope, as well as provided many freedom-to-operate opinions to various clients.  A substantial portion of my practice is in the pharmaceutical and biotechnology area.  In addition to over 40 years in private practice with the firm of Banner & Witcoff, Ltd., and its predecessors, I spent five years as in-house Patent Counsel for International Minerals and Chemical Corporation located in Skokie, Illinois at that time.

4.      Cited throughout this report are materials and sources I have relied on in connection with my opinions.  In addition, I may use charts, graphs, or other demonstrative exhibits to support any potential testimony at trial.  I also may make reference to the patent laws (35 United States Code), the Rules of Practice (37 Code of Federal Regulations), the Manual of Patent Examining Procedures ("MPEP"), and case law.

5.      In addition to the specific opinions set forth herein, I may respond to additional testimony and information that becomes available during deposition, at trial, or otherwise, including any opinions put forth by Boehringer's experts.  I may also provide a further overview of the patents and file histories for Griss et al. U.S. Patents 4,731,374, 4,843,086 and 4,886,812 (respectively, "the '374 patent," "the '086 patent," and "the '812 patent") (collectively "the Griss et al. patents").

## II.    The Griss et al. Patents

6.      The '374, '086, and '812 patents, each entitled "Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals", have identical disclosures and each claims the benefit of U.S. patent application Serial No. 6/810,947, filed December 19, 1985.  Each also purports to claim the benefit of German patent applications DE 3447075 (filed December 22, 1984) and DE 3508947 (filed March 13, 1985).

7.     The Griss et al. patents contain claims to tetrahydro-benzthiazoles within the following general formula, pharmaceutical compositions containing such tetrahydro-benzthiazoles, and the use of such tetrahydro-benzthiazoles for the treatment of identified conditions:



$R_1$ represents a hydrogen atom, an alkyl group having 1 to 6 carbon atoms, an alkenyl or alkynyl group each having 3 to 6 carbon atoms, an alkanoyl group having 1 to 6 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms,

$R_2$ represents a hydrogen atom or an alkyl group with 1 to 4 carbon atoms,

$R_3$ represents a hydrogen atom, an alkyl group with 1 to 7 carbon atoms, a cycloalkyl group having 3 to 7 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms, an alkanoyl group having 1 to 7 carbon atoms, a phenyl alkyl or phenyl alkanoyl group having 1 to 3 carbon atoms in the alkyl part, whilst the phenyl nucleus may be substituted by fluorine, chlorine or bromine atoms,

$R_4$ represents a hydrogen atom, an alkyl group with 1 to 4 carbon atoms, an alkenyl or alkynyl group having 3 to 6 carbon atoms or

$R_3$ and $R_4$ together with the nitrogen atom between them represent a pyrrolidino, piperidino, hexamethyleneimino or morpholino group.

3

## III.    U.S. Patent 4,731,374

8.     Application Serial No. 6/810,947 ("the '947 application") was filed December 19, 1985.  The claims as filed contained the following general subject matter (Ex. 46 at BARR114-18):

| | |
|---|---|
| Claims 1-5 | Genus and subgenus tetrahydro-benzthiazoles |
| Claim 6 | 2-Amino-6-dimethylamino-4,5,6,7-tetrahydro-benzthiazole |
| Claim 7 | 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole |
| Claim 8 | A pharmaceutical composition comprising a tetrahydro-benzthiazole of claim 3 |
| Claim 9 | A method of lowering the blood pressure with a compound of claims 3-7 |
| Claim 10 | A method for lowering the heart rate with a compound of claims 3-7 |
| Claim 11 | A method of treating Parkinsonism with a compound of claims 3-7 |
| Claim 12 | A method of treating Parkinson's disease with a compound of claims 3-7 |
| Claim 13 | A method of treating schizophrenia with a compound of claims 3-7 |
| Claims 14-15 | Methods for making a tetrahydro-benzthiazole of claim 1 |

9.     During prosecution of the '947 application, the examiner (Examiner Ceperley) mailed on September 11, 1986 the following restriction requirement (*Id.* at BARR274-78):[1]

I.     Claims 1-8 (at least part of each), drawn to benzothiazole compounds and a pharmaceutical composition, classified in Class 548, subclasses 161, 163 and 164.

II.    Claims 1-5 and 8-10 (at least part of each), drawn to pyrrolidinyl-substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 514, subclass 367.

---

[1] The examiner used the term "benzothiazole" to refer to "tetrahydro-benzthiazole".  In addition, the examiner described substituents formed by $R_3$ and $R_4$ together with the nitrogen between them as, for example, "pyrrolidinyl" instead of "pyrrolidino" as appears in the claims.

III.    Claims 1-4 and 8 (at least part of each), drawn to piperidinyl-substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 546, subclass 192.

IV.    Claims 1-4 and 8 (at least part of each), drawn to hexamethylimino substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 540, subclass 603.

V.    Claims 1-4 and 8, drawn (at least part of each) morpholinyl-substituted benzothiazole compounds and a pharmaceutical composition, classified in Class 544, subclass 135.

VI.    Claim 14, drawn to a method of preparing benzothiazole compounds using a thiourea reactant.

VII.    Claim 15,  drawn to a method of preparing benzothiazole compounds using a disulfide reactant classified based on type of compounds formed.

VIII.    Claims 9 and 10, drawn to a method of lowering blood pressure or heart rate classified based on type of compound used.

IX.    Claims 11 and 12, drawn to a method for treating Parkinsonism, classified based on type of compound used.

X.    Claim 13, drawn to a method for treating schizophrenia, classified based on type of compound used.

10.    The examiner further required the applicants to "elect either (A) one of the compound groups I-V and one of the utility groups VIII-X (composition and utility to be limited to elected compound type for examination), or (B) one of the process groups VI and VII." *Id.* at BARR277.

11.    In response, the applicants elected Group II (pyrrolidinyl-substituted benzthiazole compounds) and Group IX (method for treating Parkinsonism). *See id.* at BARR279.  This election was consistent with the examiner's restriction requirement, as the applicants elected one of the compound groups and one of the utility groups, with both composition and utility limited to pyrrolidinyl-substituted benzthiazoles.

12.      The '374 patent issued from the '947 application on March 15, 1988 with the following general categories of claims (Ex. 1 at BOE34, 46-47):

Claims 1-6     Tetrahydro-benzthiazole compounds where $R_3$ and $R_4$ together with the nitrogen atom between them form a pyrrolidino group

Claim 7       A pharmaceutical composition for treating parkinsonism or Parkinson's Disease comprising a tetrahydo-benzthiazole of claims 3-6

Claims 8-9     Methods of treating parkinsonism or Parkinson's disease with a tetrahydo-benzthiazole of claims 3-6

## IV.    U.S. Patent 4,843,086

13.      Application Serial No. 7/124,197 ("the '197 application") was filed November 23, 1987 and was denominated as a divisional application of the '947 application. *See* Ex. 286 at BARR500. There was no preliminary amendment to the claims, meaning that the claims of the application as filed were the same claims as the claims originally filed in the '947 application. *See id.* at BARR501, BARR491-95.

14.      In an Office Action mailed April 7, 1988, the examiner (Examiner Gerstl) stated that originally-filed claims 6, 7, 9, 10 and 13 of the '197 application were allowed. *Id.* at BARR503-05. Claims 1-5, 8, 11, and 12, however, were rejected for double patenting over the '374 patent, apparently because those claims still encompassed tetrahydro-benzthiazoles claimed in the '374 patent. *Id.* As the examiner stated, "Although the conflicting claims are not identical, they are not patentably distinct from each other because they overlap." *Id.* at BARR504.[2] Claim 8 was also rejected under 35 U.S.C. § 112 and claims 14 and 15 under 35 U.S.C. § 103. *Id.* at BARR503-05.

---

[2] Alan Stempel, the attorney prosecuting this application, wrote in a response to the April 7, 1988 Office Action that claims 11 and 12, as filed, "are directed, in part, to the same subject matter covered by claims 8 and 9 of the '374 patent". Ex. 286 at BARR595-96.

15.     The applicants mailed a response and information disclosure statement on

October 7, 1988, in which they voluntarily cancelled the originally filed claims (claims 1-15),

even though the examiner had indicated his intention to allow 5 of them, and added new claims

16-56. *Id.* at BARR578-600. Despite the fact that two of the original claims – claims 6 and 7 –

which had been noted as "allowed" by the examiner, were compound claims, the new claims

were exclusively method claims. The amendment acknowledged that cancelled claims 6 and 7

had been allowed (*Id.* at BARR592-93):

> Claims 1-5, 8 and 15, which are rejected, have been cancelled in
> the interest of advancing the prosecution of this application and for
> reasons which are given below.
>
> Claims 6 and 7, which had been allowed, have been cancelled for
> reasons which are given below.
>
> None of the new claims are directed to the subject matter of former
> claims 1-8. Applicants reserve the right to present claims directed
> to the subject matter of these cancelled claims in a divisional
> application, under 37 CFR 1.60.

16.     The "reasons . . . given below" related to a possibly interfering application of Eli

Lilly, Serial No. 747,748 ("the Eli Lilly '748 application"), which was called to the examiner's

attention in the same filing. *Id.* at BARR598-600. The Eli Lilly '748 application was said to

have been filed June 24, 1985 and to disclose a subgenus of the compounds disclosed and

originally claimed in the '197 application. *Id.* at BARR599. It was asserted, however, that the

Eli Lilly third-party application did not claim any of the methods encompassed by the pending

method claims and would not support the making of such claims. *Id.* at BARR599-600. The

applicants further stated (*Id.* at BARR600):

> In view of the particular pertinence of U.S. Patent Application
> Serial No. 747,748 to claims 1-8, these claims have been cancelled
> and will be reinstated in a divisional application under 37 CFR
> 1.60. It is believed that so doing will advance the prosecution of

7

the above-captioned application and that issues presented by this
reference will be more easily dealt with in said divisional
application.

17.     The method claims introduced by the amendment, claims 16-55, were allowed,

and the '086 patent issued June 27, 1989 with 40 claims.[3]  *Id.* at BARR601-02; Ex. 2.  These

method of treatment claims included methods of using compounds of Groups I-V of the

restriction requirement imposed during prosecution of the '947 application (which had already

issued as the '374 patent) for the treatment of the disorders of Groups VIII-X of that restriction

requirement.[4]  Ex. 2 at BOE29-32.  The claim pattern is as follows:

| | |
|---|---|
| Claims 1-10 | Methods for lowering blood pressure (claim 9 is specific to the use of 2-Amino-6-n-propylamino-4,5,6,7-tetrahydrobenzthiazole) |
| Claims 11-20 | Methods for lowering heart rate (claim 19 is specific to the use of 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole) |
| Claims 21-30 | Methods for treating Parkinsonism or Parkinson's disease (claim 29 is specific to the use of 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole) |
| Claims 31-40 | Methods for treating schizophrenia (claim 39 is specific to the use of 2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole) |

*Id.*

18.     The prosecution history of the '197 application indicates that the restriction

requirement imposed during prosecution of the '947 application did not carry over during

examination of the '197 application.  The examiner in the '197 application (Examiner Gerstl)

_____

[3] Process claim 56, which corresponded to rejected original claim 14, was cancelled.  Ex. 286 at
BARR602.

[4] No claims covered the use of compounds of Group II for the method of Group IX (if
categorized according to the restriction requirement imposed during prosecution of the '947
application).

made no reference to the restriction requirement imposed in the '947 application, but rather examined all the claims and allowed claims in a pattern that was inconsistent with the earlier restriction requirement – *i.e.*, he allowed claims from Groups I, VIII, and X (if categorized according to the '947 restriction requirement). Accordingly, the examiner for the '197 application, by his actions, withdrew the restriction requirement. No new restriction requirement was imposed during prosecution of the '197 application.

19.    The applicants appeared to acknowledge that the '947 restriction requirement no longer applied when, for example, they voluntarily withdrew the allowed claims in the '197 application and re-submitted claims for multiple methods of treatment (*i.e.*, Groups VIII-X (if categorized according to the '947 restriction requirement)) employing compounds from multiple restriction groups. These claims – which issued in the '086 patent – were not consistent with the restriction requirement imposed during prosecution of the '947 application, which required the applicants to "elect either (A) one of the compound groups I-V and one of the utility groups VIII-X (composition and utility to be limited to elected compound type for examination), or (B) one of the process groups VI and VII."

20.    The '086 patent expired 17 years after issuance on June 27, 2006.

## V.    U.S. Patent 4,886,812

### A.    Overview of the Prosecution History

21.    Application Serial No. 7/256,671 ("the '671 application") was filed October 12, 1988, approximately seven months after the '374 patent issued. The '671 application was denominated as a divisional application of the '197 application, which had been denominated as a divisional application of the '947 application. Ex. 99 at BARR674.

22.    The prosecution histories indicate that the '671 application was filed voluntarily by the applicants, not as a result of a restriction requirement or any administrative action by the Patent and Trademark Office. As discussed above, during prosecution of the '197 application, the examiner allowed claims 6 and 7, but the applicants voluntarily cancelled those allowed claims and deferred pursuing them until they could file a separate application (the '671 application). The applicants stated that they took these actions in order to address issues presented by the Eli Lilly '748 application.

23.    Original claims 1-8 of the '671 application corresponded to original claims 1-8 presented in the '947 and '197 applications, except that "pyrrolidino", the subject of the '374 patent claims, was deleted by preliminary amendment filed with the application. *See id.* at BARR662-66, BARR677. Claims 1-7 issued substantially unchanged as claims 1-7 of the '812 patent. Ex. 3 at BOE14-15. Composition claim 8 was later amended to overcome a rejection under 35 U.S.C. § 112. Ex. 99 at BARR784-85. A second preliminary amendment and information disclosure statement (discussed further below) added two compound claims that correspond to issued claims 9 and 10 of the '812 patent. *Id.* at BARR779-80.

24.    In the only Office Action in the prosecution, mailed December 28, 1988, the examiner (Examiner Gerstl) indicated that claims 6 and 7 were allowed but rejected the remaining broader compound claims (claims 1-5) and the pharmaceutical composition claim (claim 8) under the doctrine of double patenting over claims 1-7 of the '374 patent. *Id.* at BARR776-77. The applicants' response, mailed on May 9, 1989, argued, among other things, that "there is no 'anticipation-type' double patenting" by the claims of the '374 patent because "pyrrolidino" had been deleted in the preliminary amendment. *Id.* at BARR784-87.

25.    The '812 patent issued December 12, 1989, with an original expiration date of December 12, 2006, approximately 5½ months after the expiration date of the '086 patent.  Ex. 3 at BOE2.

26.    The claims submitted by the applicants in the '671 application and which issued in the '812 patent are from Groups I and III-V (if categorized according to the '947 restriction requirement).  That is inconsistent with the election framework set forth in the '947 restriction requirement.  That further indicates that the restriction requirement imposed during prosecution of the '947 application did not carry over during examination of the '197 and '671 applications.

27.    The '812 patent was nominated for a patent term extension under 35 U.S.C. § 156.  Ex. 99 at BARR810.  No terminal disclaimer has been filed for the '812 patent.

**B.    The December 8, 1988 Second Preliminary Amendment and Information Disclosure Statement**

28.    In a second preliminary amendment and information disclosure statement mailed December 8, 1988, the applicants called the examiner's attention to the Eli Lilly '748 application and a foreign equivalent, European Patent Application No. 207,696, published July 1, 1987 (the "European '696 application"), each assigned to Eli Lilly & Co.  *See* Ex. 99 at BARR680.  A copy of the Eli Lilly '748 application was simultaneously provided to the U.S. Patent and Trademark Office.  Ex. 99 at BARR693-718.

29.    In this submission, in a section entitled "Possibly Interfering Application of Another", the applicants admitted that the Eli Lilly applications disclosed and claimed a subgenus of compounds that were disclosed and claimed in the subject '671 application.  It was represented, however, that the Eli Lilly applications were not "prior art" because the publication and filing dates were "later than the effective filing date of the above-captioned application":

11

European '696 discloses tetrahydro (thi or ox) azoles of the formula:

$$R^4 R^3 N - \text{(ring)} - NR^1 R^2, \quad Y$$

wherein $R^1$ and $R^2$ are individually H, methyl, ethyl or n-propyl; $R^3$ and $R^4$ are individually H, methyl, ethyl, n-propyl or allyl; and Y is O or S.

When Y is S, the compounds of European '696 represent a subgenus of the compounds disclosed and originally claimed in the above-captioned application. However, European '696 does not represent prior art because its publication date is later than the effective filing date of the above-captioned application.

U.S. Application Serial No. 747,748 contains the same disclosure as European '696. It is not available as prior art because its filing date is later than the effective filing date of the above-captioned application. (The effective filing date of the above-captioned application is 22 December 1984, the date on which the German application for which Convention priority is claimed was filed).

It is believed that Serial No. 747,748 is still pending. As filed, U.S. Application Serial No. 747,748 contained claims directed to compounds of the above formula XX.

Ex. 99 at BARR 680.[5]

30.    In my opinion, statements in this submission regarding the effective filing date of the '671 application were inaccurate, and were material to the examination of the '671 application. In particular, the applicants' misrepresentations concerning their effective filing date pertained directly to the question of whether there would be an interference with the "still pending" Eli Lilly '748 application prior to issuance of any claims of the '671 application.

---

[5] Similar representations concerning the Eli Lilly applications were made during prosecution of the '947 and '197 applications. Ex. 46 at BARR349-50; Ex. 286 at BARR598-600.

31.    Reference to "effective filing date" in the amendment and disclosure statement was a representation that the German application filed December 22, 1984 – DE 3447075 – supported the full scope of the claims of the pending application under 35 U.S.C. § 119 (37 C.F.R. § 1.601(g)).[6]  In order to obtain the benefit of an earlier application, it is necessary that the earlier application comply with requirements of 35 U.S.C. § 112, including the presence of a sufficient written description of the later claimed subject matter.  A comparison of the specification of the '812 patent and the December 22, 1984 and March 13, 1985 German priority documents[7] demonstrates that additional disclosure was added after the filing of the German priority applications.  For example, at column 1 lines 33 et. seq. of the '812 patent, $R_1$ includes the statement "whilst the above mentioned phenyl nuclei may be substituted by 1 or 2 halogen atoms".  Ex. 3 at BOE3.  At column 3 lines 5 et seq. of the '812 patent, particularly preferred compounds are said to include those in which $R_1$ represents 2-chloro-benzyl, 4-chloro-benzyl, or 3,4-dichloro-benzyl.  Ex. 3 at BOE4.  No such disclosure appears in the December 22, 1984 German priority application or the March 13, 1985 German priority application.

32.    It is my understanding that the disclosure of $R_1$ substituents whereby the "phenyl nuclei may be substituted by 1 or 2 halogen atoms," or whereby $R_1$ could represent a 2-chloro-benzyl, 4-chloro-benzyl, or 3,4-dichloro-benzyl, was not added until the filing of the '947 application on December 19, 1985, and is not supported elsewhere by either of the German applications – i.e., it is new matter.  As such, the applicants' representations that December 22, 1984 was the effective filing date of their application were inaccurate.

_____

[6] 37 C.F.R. § 1.601(g) (1988) defines the "effective filing date" of an application or patent as "the filing date of an earlier application accorded to the application or patent under 35 U.S.C. 119, 120, or 365".

[7] I have reviewed English translations of the German priority documents (Exhibit 53 and BARR209351-403).

33.    Claims 1-4 and 8 of the '671 application pending as of December 8, 1988, as well as claims 1-4 and 8 of the '812 patent, included this new matter – *i.e.*, they encompassed permutations in which $R_1$ includes a phenyl nuclei substituted by 1 or 2 halogen atoms (claims 1 and 2) or in which $R_1$ is a 2-chloro-benzyl, 4-chloro-benzyl, or 3,4-dichloro-benzyl (claims 3, 4, and 8) – and therefore were not entitled to an effective filing date before December 19, 1985. As such, the Eli Lilly '748 application reflected a prior invention of another with respect to those claims of '671 application that could have precluded issuance of the claims of the '671 application had the examiner declared an interference.

34.    Section 2303 of the Patent and Trademark Office Manual of Patent Examining Procedure in effect as of December 1988[8] included directions to examiners that an interference normally will *not* be declared if the difference in the "effective filing dates" of two co-pending applications is more than six months. The applicants' representation concerning the effective filing date of the '671 application stated that the effective filing date was 6 months and 2 days earlier than the Eli Lilly '748 application (December 22, 1984 versus June 24, 1985). However, as discussed above, the "effective filing date" for at least a portion of the '671 application (and for five of the pending claims) was December 19, 1985, well after the June 24, 1985 Eli Lilly U.S. filing date. The '812 patent ultimately issued without ever having to meet a 35 U.S.C.

---

[8] Section 2303 in relevant part read:

> Interferences will not be declared between pending applications if there is a difference of more than 3 months in the effective filing dates of the oldest and the next oldest applications, in the case of inventions of a simple character, or a difference or more than 6 months in the effective filing dates of the applications in other cases, except in exceptional situations, as determined and approved by the group director. One such exceptional situation would be where one application as the earliest effective filing date based on foreign priority and the other application has the earliest effective United States filing date. If an interference is declared, all applications having the interfering subject matter should be included.

§ 102(g) priority challenge with Eli Lilly, a challenge in which Eli Lilly would have been able to

rely on work conducted in the United States to support a priority date earlier than June 24, 1985.

35.    The materiality of the applicants' misrepresentation concerning the effective

filing date of their application is reinforced by the fact that they did not submit copies of the

German applications during prosecution of the '671 application, let alone a translation of those

documents.  The provisions of 37 C.F.R. § 1.55 require an applicant to file a sworn translation of

a foreign language application if it was relied on to overcome the date of a reference relied on by

the examiner.[9]  Here, in order to overcome any reliance on the Eli Lilly '748 application by the

examiner, the applicants represented that they were entitled to claim priority back to their

original German application.  However, no English translation, sworn or otherwise, was filed by

the applicants, nor was either of the German applications.  And while the German applications

(but not their English translations) were made part of the '947 application prosecution history,

Ex. 46 at BARR127-236 – an application reviewed by a different examiner – the '947

application had previously issued as the '374 patent on March 15, 1988, approximately seven

months before the '671 application was filed.  By the time the '671 application was filed, the

---

[9] 37 C.F.R. § 1.55(a) (1988) reads in relevant part:

> The claim for priority and the certified copy of the foreign application specified in
> the second paragraph of 35 U.S.C. § 119 must be filed in the case of interference
> (§ 1.630); when necessary to overcome the date of a reference relied upon by the
> examiner; or when specifically required by the examiner; and in all other cases
> they must be filed not later than the date the issue fee is paid.  If the papers filed
> are not in the English language, a translation need not be filed except in the three
> particular instances specified in the preceding sentence, in which event a sworn
> translation or a translation certified as accurate by a sworn or official translator
> must be filed.

application file for the '374 patent would not have been maintained in the Examining Group.

Dated:  March 28, 2007

_____
Dale H. Hoscheit, Esq.

# Tab A

# DALE H. HOSCHEIT

Dale Hoscheit, a long time shareholder in Banner & Witcoff, concentrates in federal and United States International Trade Commission litigation, licensing, counseling on patent matters, and protection of intellectual property rights. He was one of the lawyers representing Chakrabarty in the landmark Supreme Court decision, <u>Diamond v. Chakrabarty</u>, which held that life forms could be patented. He has practiced patent law for over 40 years.

He received a Bachelor of Science in Chemical Engineering with *high honors* from the University of Illinois in 1951 and a Juris Doctor from the same institution in 1956. His honors include Phi Lambda Upsilon and Sigma Tau. Mr. Hoscheit worked as a chemical engineer for Standard Oil of California and later, after beginning the practice of law, as patent counsel for the International Minerals and Chemical Corporation.

A speaker and panelist, Mr. Hoscheit has addressed numerous panels on biotechnology and United States patent law. Among these are the Annual Biotechnology Patent Conferences of the American Type Culture Collection, 1983-1994; the 14th Miami Winter Symposium, the 82nd Annual Meeting of the American Society of Microbiologists; the 1983 U.S. Tissue Culture Conference; the Vth International Congress of Culture Collection in Bangkok; the 1987 American Bar Association Annual Meeting; BioFair Tokyo 1988; and the 1989 and 1990 Patent and Trademark Office Day.

Mr. Hoscheit is an Adjunct Professor at George Mason Law School, has taught a course in Biotechnology Patent Law and teaches a course in Trade Secrets. He has also been a lecturer in Legal Aspects of Biotechnology, a graduate course at The Johns Hopkins University. He is a member of the Advisory Board of BNA's Patent, Trademark & Copyright Journal.

Mr. Hoscheit's professional memberships include The American Bar Association, The Bar of the Federal Circuit and of the United States Supreme Court, The Bar Association of the District of Columbia, and The American Intellectual Property Law Association. He is admitted to the bar in the District of Columbia.

He is a member of the board of directors of Sibley Memorial Hospital, Washington, D.C.

Publications:

Patent Protection for Cell Lines, Hybridomas, and Processes Utilizing Cultured Cells, *In Vitro*, Monograph No. 5, pp. 236-239 (1984).

Enforcement of Biotechnology Patents in the United States, BioSymposium Tokyo, pp. 529-533 (1988).

Papers entitled "Biotechnology Patent Law - An Overview" which summarize current developments in patent law are included in the ATCC Conference workbook for each of the years 1983-1994, 1996 and 1997.

Cases in which Expert deposition testimony has been given within the last four years

Lek Pharma v. GlaxoSmithKline, CA 203 CV 909 (E.D. Va.)

Teva Pharmaceuticals USA, Inc. v. Pfizer Inc. 03 CV-7423 and 03 CV-4979 (LAP) (S.D.N.Y.)

Dey v. Eon Labs, SACV-04-00079; SACV-04-00243 (C.D. Cal.)

Genetech v. Insmed, 04-CV-05429 (N.D. Cal.)

Novartis Corp., et al. v. Teva Pharmaceuticals USA, Inc., 2:04-CV-04473 (HAA-MF) (D.N.J.)

Tyco Healthcare, et al. v. Daniels Sharpsmart, et al., 2:04-CV-00229-RAJ-TEM (E.D. Va.)

# EXHIBIT I

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

June 7, 2007

## VIA FACSIMILE

Ms. Jessamyn S. Berniker
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Re:   *Boehringer Ingelheim International GmbH et al. v. Barr Laboratories, Inc.*, No. 05-0700 (KAJ) (D. Del.)

Dear Jessamyn:

Please provide us with available dates for the depositions of Prof. Anslyn and Prof. Chambliss.

We believe that there is no need to attempt to schedule a deposition for Mr. Hoscheit at this time given Boehringer's pending Motion to Strike.

Very truly yours,

Kenneth G. Schuler
of LATHAM & WATKINS LLP

cc:   Mary B. Matterer, Esq.
Josy W. Ingersoll, Esq.
Shannon M. Bloodworth, Esq.
Jack Blumenfeld, Esq.

CH\946196.1

# LATHAM&WATKINSLLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700 Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
June 7, 2007

| To: | Jessamyn S. Berniker | Fax: 202-434-5029 | Tel: 202-434-5000 |
|---|---|---|---|
| | Josy W. Ingersoll | 302-571-1253 | 302-571-6672 |
| | Shannon Bloodworth | 202-912-2020 | 202-912-2165 |
| | Mary Matterer | 302-571-1750 | 302-888-6960 |
| | Jack Blumenfeld | 302-658-3989 | 302-575-7291 |

**From:** Kenneth Schuler

**Re:** *Boehringer Ingelheim International GmbH et al. v. Barr Laboratories, Inc.*

☐ Original(s) to follow          **Number of pages, including cover: 2**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (312) 993-2624.**
CH\913959.1

# EXHIBIT J

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

July 11, 2007

## VIA FACSIMILE

Ms. Jessamyn S. Berniker
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

> Re:   *Boehringer Ingelheim International GmbH et al. v. Barr Laboratories, Inc.*, No.
> 05-0700 (KAJ) (D. Del.)

Dear Jessamyn:

On June 7, 2007, I requested available dates for the depositions of Prof. Anslyn and Prof. Chambliss.  *See Corresp. fr. K. Schuler to J. Berniker, June 7, 2007.*  We have not received any proposed dates from you, however.  We reiterate our request for available dates and proposed locations for the depositions of Profs. Anslyn and Chambliss, and also request available dates and proposed locations for the depositions of Prof. Mailman and Dr. Isenbruck.[1]

Very truly yours,

Kenneth G. Schuler
of LATHAM & WATKINS LLP

cc:   Mary B. Matterer, Esq.
Josy W. Ingersoll, Esq.
Shannon M. Bloodworth, Esq.
Jack Blumenfeld, Esq.

---

[1]   As mentioned in my June 7th letter, we believe that there is no need to attempt to schedule a deposition for Mr. Hoscheit at this time given Boehringer's pending Motion to Strike.

CH954819.1

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60806
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
July 11, 2007

| To: | Jessamyn S. Berniker | Fax: 202-434-5029 | Tel: 202-434-5000 |
|---|---|---|---|
| | Josy W. Ingersoll | 302-571-1253 | 302-571-6672 |
| | Shannon Bloodworth | 202-912-2020 | 202-912-2165 |
| | Mary Matterer | 302-571-1750 | 302-888-6960 |
| | Jack Blumenfeld | 302-658-3989 | 302-575-7291 |

| From: | Kenneth Schuler |
|---|---|
| Re: | *Boehringer Ingelheim International GmbH et al. v. Barr Laboratories, Inc.* |

☐ Original(s) to follow          **Number of pages, including cover: 2**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product.  The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service.  Thank you.

**If there are any problems with this transmission, please call (312) 993-2624.**
CH\913959.1

# EXHIBIT K

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

August 13, 2007

DOV P. GROSSMAN
(202) 434-5812
dgrossman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

**VIA FACSIMILE AND FIRST CLASS MAIL**
Amanda Hollis, Esq.
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Re:    **Boehringer Ingelheim International GmbH, et al. v. Barr
Laboratories, Inc., et al., No. 05-0700 (***) (D. Del.)**

Dear Amanda:

I write regarding the in-person conversation between you, me, and Jessamyn
Berniker on August 8, 2007 concerning deposition scheduling, as well as your August 8th letter.

To begin with, I wish to clarify that it was Boehringer who proposed extending
the expert discovery deadline during our August 8th conversation.  Barr has agreed to extend the
deadline as necessary to facilitate scheduling the remaining depositions, but—as we indicated
during our conversation—it is our preference that the parties schedule as many depositions as
possible within the existing deadline for expert discovery.

We also understood from our in-person conversation that Boehringer does not
intend to depose Mr. Hoscheit during the period scheduled for expert discovery due to its
pending motion to strike his report.  We reiterate our position that Barr will not voluntarily make
Mr. Hoscheit available for deposition at a later time.

As we discussed, we propose that Dr. Isenbruck be made available for deposition
on August 29, 2007 in Washington, DC.   Please let us know as soon as possible whether
Boehringer will proceed on that date.

During our conversation you also advised that Dr. Bartlett was not available for
deposition on any of the four dates we proposed in our August 3, 2007 letter, and you
subsequently proposed September 18, 2007 for his deposition.  We will proceed with Dr.
Bartlett's deposition on that date.  We presume that deposition will occur at Latham's office in
San Francisco.  Please let us know whether you intend to proceed at a different location.

You have also informed us that, due to internal scheduling at Latham & Watkins,
it may no longer be possible to schedule Mr. Holzer's deposition for September 12th.  We have
agreed, however, to schedule a date for Dr. Olanow's deposition before determining a new date

WILLIAMS & CONNOLLY LLP

Amanda Hollis, Esq.
August 13, 2007
Page 2

for Mr. Holzer's deposition. As we have discussed, we are unable to proceed with Dr. Olanow's deposition on September 13, 2007 due to Rosh Hashanah. However, we have proposed eight alternative dates during the weeks of August 20th and September 17th for his deposition. We understand from conversations with Joel Neckers that he is looking into the issue and will get back to us shortly.

Sincerely,

Dov P. Grossman

cc:    Jack Blumenfeld, Esq. (by fax)
       Josy Ingersoll, Esq. (by fax)
       Kenneth G. Schuler, Esq. (by fax)
       Mary Materer, Esq. (by fax)
       Shannon Bloodworth, Esq. (by fax)

# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM | ) | |
| INTERNATIONAL GMBH and BOEHRINGER | ) | C.A. No. 05-700 (***) |
| INGELHEIM PHARMACEUTICALS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| BARR LABORATORIES, INC. | ) | |
| Defendant. | ) | |

## EXPERT REPORT OF RICHARD B. MAILMAN, Ph.D.

### I.    Background and Qualifications

1.      I hold an appointment as tenured Professor in the Departments of Psychiatry, Pharmacology, and Neurology in the School of Medicine, and in the Division of Medicinal Chemistry and Natural Products in the School of Pharmacy at the University of North Carolina at Chapel Hill.

2.      I received a Ph.D. in Physiology with a minor in Toxicology in 1974 from North Carolina State University ("NCSU"), and received subsequent post-doctoral training from both NCSU and the University of North Carolina in toxicology, neuropharmacology, and neuroscience. I have been working in the field of neuropharmacology, neurotoxicology, and neuroscience for over 30 years.

3.      I have published more than 200 peer-reviewed research papers, chapters, and reviews, as well as two books. I have had funding for my research from the National Institutes of Health for nearly 30 years.

4.      I regularly teach courses in pharmacology, including to medical students, medical residents and fellows, and graduate students, as well as to students in the Pharmacy Doctorate

program. I also participate in higher-level teaching in neuroscience and drug discovery and development. In addition, I consult with physicians from time-to-time regarding the use of centrally-acting drugs.

5.    I have held positions such as Director of the Division of Basic Psychobiology in the Department of Psychiatry, and Associate Director of the Curriculum in Toxicology, and currently serve in several administrative positions.

6.    I have trained more than two dozen Ph.D.s and more than a dozen post-doctoral fellows in the fields of pharmacology, neuroscience, toxicology, and medicinal chemistry, and have mentored numerous young faculty members. Individuals that I have trained or mentored now include the Dean of a Big Ten Medical School, three Departmental Associate Chairs, as well as scientists having senior positions with several pharmaceutical companies.

7.    I have extensive experience in the discovery and early development of pharmaceuticals, including drug discovery and early preclinical drug development. I also have participated in later drug developmental activities including the design of human trials. One of the primary thrusts of my research has been drugs for dopamine receptors, the targets for drugs like Mirapex®. I have particular expertise in a class of drugs known as dopamine agonists, and how these drugs work in several central nervous system disorders including Parkinson's disease and schizophrenia. I have led a research program that provided new approaches for the treatment of Parkinson's disease.

8.    I am a Fellow of the American College of Neuropsychopharmacology, and a member of the American Society for Pharmacology and Experimental Therapeutics, the American Chemical Society, the Society for Neuroscience, the American Society of Neurochemistry, the International Society for Neurochemistry, the American Association for the

2

Advancement of Science, and the Society of Toxicology.  I have served on several national committees for some of these professional societies.

9.    I have won several scientific awards including the Burroughs-Wellcome Scholar in Toxicology Award from the Society of Toxicology.

10.    Over the past 20 years, I have served as a consultant to several pharmaceutical companies regarding drug discovery and development issues.

11.    I have served or am currently serving on the editorial boards of many journals including Current Opinion in Central and Peripheral Nervous System (CPNS) Drugs, the Journal of Molecular and Biochemical Toxicology, Neurotoxicology, Synapse, Neurochemistry International, Neurotoxicology and Teratology (Neurochemistry Field Editor), Fundamental and Applied Toxicology, Brain Research Bulletin, Psychopharmacology Bulletin (Associate Editor), and the Journal of Molecular Neurobiology.  In addition, I am a regular reviewer for scientific and medical journals.  For example, in the last twelve months I have reviewed manuscripts for the Journal of Pharmacology and Experimental Therapeutics, Molecular Pharmacology, the American Journal of Psychiatry, Neuropsychopharmacology, Neuroscience Letters, Brain Research, European Journal of Pharmacology, Expert Opinion in Investigational Drugs, Expert Opinion in Pharmacotherapy, FASEB Journal, Journal of Neurochemistry, Journal of Medicinal Chemistry, and Psychopharmacology, among others.

12.    During the last four years, I have testified as an expert in the following case:

- *Eli Lilly Canada, Inc. v. Novopharm, Ltd.* (Canadian Federal Court File No. T-1532-05)

13.    I am being compensated for my time at the rate of $500 per hour.  My compensation is in no way dependent on the outcome of this case.

14.    My curriculum vitae are attached as Exhibit A.

3

## II.    Mandate

15.    I have been asked to comment on and respond to issues raised by Dr. C. Warren

Olanow's report, as well as to address issues related to experiments disclosed in the Eli Lilly

U.S. Application Serial No. 747,748.  In that regard, I will testify as an expert in the fields of

neuroscience and neuropharmacology, including drug discovery and development and

mechanisms of action of drugs in the central nervous system.

16.    In addition to the specific opinions set forth in this report, I may respond to

additional testimony and information that becomes available during deposition, at trial, or

otherwise, including any opinions put forth by Boehringer's experts.  I also may use charts,

graphs, or other demonstrative exhibits to support any potential testimony at trial, as well as

provide further background information on principles of neuroscience and neuropharmacology,

including drug discovery and development and mechanisms of action of drugs in the central

nervous system.

17.    In forming my opinions, I have relied on the materials cited throughout this report

and listed in Exhibit B, as well as my training and experience.

## III.    Definition of One of Ordinary Skill in the Art

18.    With respect to the issues I address in this report, a person of ordinary skill in the

art as of the priority date[1] (the "skilled artisan") would have a Ph.D. in pharmacology,

physiology, toxicology, or neuroscience, and/or an M.D. degree with post-graduate training in

neurology, or equivalent training or experience.  In addition, the skilled artisan would have some

---

[1] I have been asked to assume that the relevant priority date is December 22, 1984, but my
opinions would not change if December 19, 1985 were used as the priority date instead.

familiarity with, or an understanding of, the drug discovery and development process as it relates to neuroscience and/or neuropharmacology.[2]

## IV.    Dr. Olanow's Report

### A.    Mirapex® and Pramipexole

19.    Throughout his report, Dr. Olanow refers to pramipexole and Mirapex® interchangeably—a convention I adopt in this report as well—and associates the properties of the compound pramipexole, which is a free base, with the administration of Mirapex®, which contains pramipexole in the form of a dihydrochloride salt. That association is reflective of the skilled artisan's understanding, both as of the priority date and today, that the use of pramipexole to treat various conditions will involve the use and formation of both the free base and protonated forms of the compounds.

20.    The skilled artisan would understand, both as of the priority date and today, that regardless of whether one administers pramipexole as a method of treating a condition—for example, treating parkinsonism or Parkinson's disease, treating schizophrenia, lowering blood pressure, or lowering heart rate—or administers the acid addition salt of pramipexole as a method of treating that condition, a natural result of practicing those methods will be the formation of pramipexole in both protonated (both mono- and diprotonated) and unprotonated (free base) forms. The skilled artisan would possess this understanding based on the principle

---

[2] In my view, Dr. Olanow's definition of the person of ordinary skill in the art as "physicians and scientists" is too broad and does not accurately reflect the level of ordinary skill in the art. However, to the extent the training and experience of the skilled artisan is determined to be broader than the definition described in my report—for example, to also encompass scientists and physicians with substantial experience in the research or treatment of central nervous system disorders such as Parkinson's disease, restless leg syndrome, fibromyalgia, or depression—it would not change my opinions.

that weak acids and bases will be in dynamic equilibrium in biological systems and hence will be present in both protonated and unprotonated forms. That principle is reflected in the Henderson-Hasselbalch equation and analogous equations for diprotic acids, which can be used to calculate how much of a compound such as pramipexole will be protonated and how much will exist as pramipexole itself (a free base) at different pH levels. Indeed, the skilled artisan would possess the same understanding about the compounds used in at least claims 8, 9, 18, 19, 28, 29, 38, and 39 of the U.S. Patent No. 4,843,086 ("the '086 patent")—*i.e.*, that whether those compounds are administered in free base or acid addition salt form to treat a condition, a natural result of practicing those methods will be the formation of the compounds in both protonated (both mono- and diprotonated) and free base forms.

21.     Dr. Olanow's discussion is limited to the (S)-enantiomer of 2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole.[3] He does not discuss any properties of (R)-2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole (or an acid salt thereof) or any mixture of these two enantiomers, including the racemic mixture. I am not aware of any evidence demonstrating that (R)-2-amino-6-n-propylamino-4,5,6,7-tetrahydrobenzothiazole, or any acid salt thereof: (1) satisfied any long-felt need in the medical community; or (2) possesses any of the therapeutic properties discussed by Dr. Olanow.

**B.     Restless Leg Syndrome**

22.     To the extent that Dr. Olanow suggests that, as of the priority date, the skilled artisan would not expect that pramipexole could be used in the treatment of restless leg syndrome (also called "restless legs syndrome"), I disagree.

---

[3] Ex. 51; BARR 209410-12 (Merck Index, 14th edition, p. 7707).

6

23.     The skilled artisan would understand from claims of the '086 patent that pramipexole was a dopamine agonist.  He would possess that understanding based on, among other things, the claimed methods of use and the structure of the compounds used in those methods.

24.     As of the priority date, it was known that dopamine agonists, the class of compounds to which pramipexole belongs, could be used in the treatment of restless leg syndrome.  In a 1982 Letter to the Editor in the Archives of Neurology—a peer-reviewed publication of the American Medical Association and one of the journals cited and relied upon by Dr. Olanow—Dr. Akpinar described a study that had been conducted in multiple patients involving the use of dopaminergic therapy to treat the symptoms of "moderate to severe" restless leg syndrome.[4]  The letter reported the following: (1) a dopaminergic therapy (*i.e.*, administration of the Parkinson's combination therapy of levodopa plus the decarboxylase inhibitor benserizide) caused "complete disappearance of restless leg symptoms"; (2) administration of bromocriptine mesylate (a dopamine agonist) "gave similar good results"; and (3) a dopamine antagonist "worsened the symptoms."  Based on these results, a person of ordinary skill in the art as of the priority date would agree with the conclusion stated in the article that "levodopa plus benserazide (or a dopamine agonist) can be used successfully in the treatment of restless leg syndrome."

25.     Dr. Olanow comments on whether pramipexole satisfied any "longstanding unmet medical need" with respect to the treatment of restless leg syndrome.  Olanow ¶ 39(b).  I note that ropinirole was approved by FDA for the treatment of moderate-to-severe primary restless

---

[4] Akpinar, S. (1982) Treatment of Restless Legs Syndrome With Levodopa Plus Benserazide. *Arch. Neurol.* **39**:739.

leg syndrome before pramipexole. To my knowledge, pramipexole has not been shown to have a particular advantage over ropinirole in treating RLS. To the contrary, one of the references authored and relied on by Dr. Olanow indicates that 32% of RLS patients treated with pramipexole developed augmentation, but that no augmentation was reported with ropinirole.[5]

### C.    Neuroprotection

26.    Dr. Olanow states that a neuroprotective therapy is considered to be the most important unmet medical need in PD, and adds that "[n]o currently available therapy has as yet been established to have neuroprotective effects in PD." Olanow ¶ 28. I agree. However, to the extent Dr. Olanow suggests that pramipexole is neuroprotective in Parkinson's disease—either in slowing or stopping (1) disease progression, or (2) the development of non-dopaminergic features—or that it has satisfied the medical need for neuroprotective therapy, I disagree.

27.    The evidence does not support the conclusion that pramipexole can actually be used as a neuroprotective agent. Dr. Olanow concludes that pramipexole is neuroprotective based the following:  (1) pramipexole has been shown to protect dopamine neurons from a variety of toxins in laboratory models, and (2) a clinical double-blind trial showed that patients treated with pramipexole had a slower rate of decline of a biomarker of Parkinson's disease—specifically, a marker of the number of surviving nigrostriatal dopamine neurons. Olanow ¶ 29.

28.    With regard to the first point, Dr. Olanow errs in assuming that "protection" in animal and *in vitro* models equates to clinical neuroprotection. Unfortunately, such neuroprotection models have generally not had a high degree of success in predicting clinical

---

[5] Tse W, Koller W, and Olanow CW. *Restless legs syndrome: differential diagnosis and treatment*, in Chaudhuri KR, Odin P, and Olanow CW, eds, *Restless Legs Syndrome*, Taylor & Francis (London) 2004.

effects. As an example, in a paper cited by Dr. Olanow regarding a laboratory study,[6] levodopa

is one of the "toxins" used to show the "protective" action of pramipexole. Yet the recent

ELLDOPA clinical study conducted by the Parkinson's Study Group has shown that levodopa

does not hasten the progression of Parkinson's signs and symptoms as would be expected from

such a "toxin."[7] Indeed, these clinical data suggest that levodopa actually may be somewhat

neuroprotective.[8]

29.    With regard to Dr. Olanow's second point, he states that a clinical double-blind

trial[9] demonstrated that pramipexole-treated patients "had a slower rate of decline of a biomarker

of nigrostriatal dopamine neurons . . . [and that those] . . . findings are consistent with the

possibility that pramipexole may be neuroprotective in PD." Olanow ¶ 29. However, the

biomarker used in the cited study is a radioligand that labels the dopamine transporter. It is

known in the literature that the level of measurable dopamine transporters can change when

---

[6] Zou L, Jankovic J, Rowe, DB, Xie, W, Appel S, and Le W (1999) Neuroprotection By Pramipexole Against Dopamine- And Levodopa-Inducted Cytotoxicity. *Life Sci.* **64:**1275-1285.

[7] Stanley Fahn and the Parkinson Study Group (2005) Does levodopa slow or hasten the rate of progression of Parkinson's disease? *J. Neurol.* **252** (Suppl 4):IV/37-IV/42; Chan PL, Nutt JG, and Holford NH (2007) Levodopa Slows Progression of Parkinson's Disease. External Validation by Clinical Trial Simulation. *Pharm. Res.* **24:**791-802.

[8] This is not a unique example of the lack of the clinical predictability of such laboratory models as commonly used. Coenzyme $Q_{10}$ has been suggested by such models to be neuroprotective, but recent clinical studies showed no such effect. Beal MF, Matthews RT, Tieleman A, and Shults CW (1998) Coenzyme $Q_{10}$ attenuates the 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) induced loss of striatal dopamine and dopaminergic axons in aged mice. *Brain Res.* **783:**109-114; Storch A, Jost WH, Vieregge P, Spiegel J, Greulich W, Durner J, Müller T, Kupsch A, Henningsen H, Oertel WH, Fuchs G, Kuhn W, Niklowitz P, Koch R, Herting B, and Reichmann H (2007) Randomized, Double-blind, Placebo-Controlled Trial on Symptomatic Effects of Coenzyme $Q_{10}$ in Parkinson Disease. *Arch. Neurol.* **64:**E1-E6.

[9] Parkinson Study Group (2002) Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. *JAMA*, **287:**1653-61.

drugs that bind to $D_2$ receptors (such as pramipexole) are administered.[10]  In other words, because the marker used to assess neuroprotection can be affected by pramipexole in ways that are unrelated to neuroprotection, the clinical study relied on by Dr. Olanow does not demonstrate that pramipexole is in fact neuroprotective.

30.    In paragraph 30 of his report, Dr. Olanow states that the "notion that pramipexole would be neuroprotective in the treatment of PD was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention."  While the evidence does not support the conclusion that pramipexole is neuroprotective in the treatment of PD, practicing any claim of the '086 patent which encompasses a method of using pramipexole to treat parkinsonism or Parkinson's disease would necessarily result in the use of pramipexole as a neuroprotective agent if the compound indeed had such properties.

**D.    Fibromyalgia**

31.    To the extent that Dr. Olanow suggests pramipexole can be used to treat fibromyalgia, or that it satisfied any unmet need in the treatment of fibromyalgia, I disagree. Current evidence does not demonstrate that pramipexole is an effective treatment for fibromyalgia.

32.    Dr. Olanow asserts that physicians occasionally prescribe Mirapex® to treat fibromyalgia, and suggests those prescriptions are indicative of whether the drug can be used to treat fibromyalgia.  Olanow ¶ 44.  However, because the precise cause of fibromyalgia is unclear,[11] an array of medications is often tried in the hope that one might work.  Moreover, the

---

[10] Williams JM and Galli A (2006) The Dopamine Transporter: A Vigilant Border Control for Psychostimulant Action. *Handb. Exp. Pharmacol.* **175**:215-32.

Holman article[12]—the only published study cited by Dr. Olanow to support his opinion that

Mirapex® treats fibromyalgia—is flawed. As an example, the biggest improvement was noted

when the pramipexole was stopped in the last week of the trial. It also was an add-on study that

provides no evidence that pramipexole by itself would work as well as commonly-used therapies

for fibromyalgia (such as NSAIDs or antidepressants), or indeed, work at all. Finally, recent

literature confirms that, despite the availability of Mirapex®, researchers are still searching for

an appropriate means of treating fibromyalgia.[13]

###    E.    Depression

33.    Dr. Olanow states that the "notion that pramipexole would be effective in the

treatment of depression was not known to persons of ordinary skill in the art (physicians and

scientists) at the time of the original invention," Olanow ¶ 48, and adds that "[n]o other anti-

parkinsonian drug has been shown to have anti-depressant effects," Olanow ¶ 46. I disagree.

The skilled artisan would have known as of the priority date that bromocriptine, a dopamine

agonist and anti-parkinsonian drug, had been shown to have antidepressant effects.[14] Moreover,

as of the priority date, the skilled artisan would have known that bromocriptine had been shown

---

[11] Abeles AM, Pillinger MH, Solitar BM, and Abeles M (2007) Narrative Review: The Pathophysiology of Fibromyalgia. *Ann. Intern. Med.* **146**:726-734.

[12] Holman AJ and Myers RR (2005) A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. *Arthritis & Rheum.* **52**:2495-2505.

[13] Clayton AH and West SG (2006) Combination Therapy in Fibromyalgia. *Curr. Pharm. Design.* **12**:11-16.

[14] Bouras N and Bridges PK (1982) Bromocriptine in depression. *Curr. Med. Res. Opin.* **8**:150-153; Theohar C, Fischer-Cornelssen K, Brosch H, Fischer EK, and Petrovic D (1982) A Comparative, Multicenter Trial between Bromocriptine and Amitriptyline in the Treatment of Endogenous Depression. *Arzneimittelforschung.* **32**:783-787.

to have antidepressant effects in patients with Parkinson's disease.[15]  Therefore, as of the priority date, the skilled artisan would not regard any anti-depressant activity of pramipexole to be unexpected.

34.    To the extent pramipexole has anti-depressant effects in patients with Parkinson's disease, practicing any claim of the '086 patent which encompasses a method of using pramipexole to treat parkinsonism or Parkinson's disease would necessarily result in the treatment of PD depression if pramipexole indeed has such a property.

## V.    Eli Lilly

35.    Tables 1 and 2 of the Eli Lilly '748 Application show that the compound being used in those experiments inhibited prolactin secretion and caused turning in the rat model. Indeed, in the mid-1980s, a skilled artisan would select these particular tests to evaluate the dopamine agonist activity of a given compound.  In addition, Table 3 shows that the compound being used in that experiment caused blood pressure and heart rate decreases.  Further, Table 4 shows that the compound being evaluated decreased heart rate and blood pressure.

36.    In the 1980s, and even today, a compound that was expected to possess dopamine agonist activity would also be expected to be useful in connection with the treatment of parkinsonism or Parkinson's disease.

___July 9, 2007___

Date

*Richard B. Mailman*

Richard B. Mailman, Ph.D.

---

[15] Jouvent R, Abensour P, Bonnet AM, Widlocher D, Agid Y, and Lhermitte F (1983) Antiparkinsonian and Antidepressant Effects of High Doses of Bromocriptine.  An Independent Comparison. *J. Affect. Disord.* **5**:141-145.

# CURRICULUM VITAE
## *RICHARD BERNARD MAILMAN*

## PERSONAL INFORMATION:

| | |
|---|---|
| Address: | 7001C NC Neurosciences Hospital (Express) [CB#7160 (US Mail)] |
| | University of North Carolina School of Medicine |
| | Chapel Hill, N.C 27599-7160 |

| | | |
|---|---|---|
| Home Address: | 2101 N. Lakeshore Dr. Chapel Hill, N.C 27514 | Web: http://www.med.unc.edu/wrkunits/2depts/pharm/faculty/mailman.htm |
| Contact Information: | 919.966.2484 *Office* 919.933.8909 *Home* | 919.966.9604 *Fax* richard_mailman@med.unc.edu *Email* |
| Citizenship: | U.S. | Research Interests: Receptor signaling and molecular drug design; novel therapeutics for Parkinson's disease, cognition, and schizophrenia |

## EDUCATION:

| | | | |
|---|---|---|---|
| B.S. | 1968 | Rutgers University | Chemistry/Food Science |
| M.S. | 1972 | North Carolina State University | Physiology/Toxicology |
| Ph.D. | 1974 | North Carolina State University | Physiology/Toxicology |
| Post-doctoral | 1974-75 | North Carolina State University | Drug metabolism |
| Post-doctoral | 1976-77 | Univ. of North Carolina, Chapel Hill | Neurobiology |

## EMPLOYMENT HISTORY:
*(All Positions at the University of North Carolina School of Medicine)*

| | |
|---|---|
| 1988-present: | Professor, Departments of Psychiatry, Pharmacology, Neurology, and Medicinal Chemistry |
| | Director, Division of Basic Psychobiology (since 1994) |
| | Director, Post-doctoral Training, Curriculum in Toxicology (since 2007) |
| | Member, Neurobiology and Toxicology Faculties (since 1978) |
| 1987-1988: | Associate Professor (tenured), Psychiatry and Pharmacology |
| 1980-1987: | Research Associate Professor, Psychiatry and Pharmacology |
| 1978-1980: | Research Assistant Professor, Psychiatry |

## HONORS AND AWARDS:

Burroughs Wellcome Fund Scholar in Toxicology (1987-1992)

Distinguished Neuroscience Professor, Purdue University, September 2003

1999 Eugene Hargraves Award in Mental Health Research

First Distinguished Alumni Keynote Speaker, Department of Toxicology, North Carolina State University, 1998.

Burroughs Wellcome Fund Research Travel Award (1999-2000)

Early admissions, Rutgers University; New Jersey State Scholarship; Rutgers College Dean of Men's Grant

American Society of Biological Chemists-Brand Travel Grant, 1974

## PROFESSIONAL SOCIETIES:

American College of Neuropsychopharmacology *(Member 1984; Fellow, 1989; Finance Committee 1987-92; Liaison Committee with Government Agencies and the Pharmaceutical Industry; 1994-1997)*

Society for Neuroscience; American Society of Neurochemistry; International Society for Neurochemistry; American Society for Pharmacology and Experimental Therapeutics; American Chemical Society; American Association for the Advancement Science;

Society of Toxicology *(Program committee, 1988-92; Ethics Committee 1987-92; Councilor, Neurotoxicology Section, 1981)*

## PROFESSIONAL SERVICES

## APPOINTMENTS TO U.S. FEDERAL REVIEW COMMITTEES:

NIH ZRG1 MDCN-L (2001-present); Session Chair, NIMH Consensus Panel (MATRICS) on Neuropsychopharmacological Treatment of Cognition (2003); NIH Toxicology Study Section (1987-1991); NIMH Special Projects Reviews (1984-1987) NIH Reviewers Reserve (1991-1995); NIMH Neuroscience of Mental Health Workshop (1993); EPA Science Review Panel for Health Research (1984-1989); Numerous NIH ad hoc reviews every year since 1990.

## EDITORIAL BOARD ACTIVITY:

Current Opinion in Central and Peripheral Nervous System (CPNS) Drugs (1998-present)
The Journal of Molecular and Biochemical Toxicology (1993-present)
Neurotoxicology (1986-1999)
Synapse (1993-2004)
Neurochemistry International (1981-1988)
Neurotoxicology and Teratology (Neurochemistry Field Editor, 1985-1989)
Fundamental and Applied Toxicology (1989-1995)
Brain Research Bulletin (1989-1995)
Psychopharmacology Bulletin (Associate Editor, 1988-1997)
The Journal of Molecular Neurobiology (1988-2000)


Regular Reviewer for many scientific and medical journals. In 2006, I reviewed papers for:
*American Journal of Psychiatry*
*Biochemical Pharmacology*
*Brain Research*
*Current Pharmacogenomics*
*Environmental Health Persepctives*
*European Journal of Medicial Chemistry*
*European Journal of Pharmacology*
*Expert Opinion in Pharmacotherapy*
*Journal of Medicinal Chemistry*
*Journal of Neurochemistry*
*Journal of Pharmacology and Experimental Therapeutics*
*Molecular Pharmacology*
*Neuropsychopharmacology*
*Psychopharmacology*

# FEDERAL RESEARCH FUNDING

NIH MH073910 (W.C. Goddard III, PI; R.Mailman, Subcontract PI). Title: Subtype specific agonist for D1-D5 dopamine receptors. Funding Period: 01/01/06-12/31/07.

## PREVIOUS FEDERAL GRANT SUPPORT (AS PI):

**NIH R01 MH 40537**. Title: A Novel Molecular Site for Antidopaminergic Action
    P.I.: RB Mailman; Funding Period: 4/1/85-1/31/

**NIH R01 NS39036**. Title: Molecular Regulation of $D_1$ Dopamine Receptor Function
    P.I.: RB Mailman; Funding Period: 9/30/00-08/31/06

**NIH R01 MH53356** (P.I. 1997-2002)
**NIH PO1 ES01104** (Program Director 1986-1992; Project P.I. from 1980-1992);
**NIH RO1 ES05279** (P.I.: 1990-1994);
**NIH RO1 MH37404** (P.I.: 1984-9);
**NIH RO1 HD13487** (P.I. 1980-4);
**NIH R23 ES02087** (P.I.: 1978-81);
**EPA CR809644** (P.I.: 1981-5).

# PUBLICATIONS

**Summary: 2 books, 6 patents, 200+ peer-reviewed research papers and chapters (Supplementary list of > 200 book reviews, editorial comments, and published abstracts available upon request)**

## BOOKS:

1. Hodgson, E, RB Mailman and JE Chambers. Macmillan Dictionary of Toxicology. Macmillan Scientific, London. 395 pp., 1988.

2. Hodgson, E, RB Mailman and JE Chambers. Macmillan Dictionary of Toxicology (Second Edition). Macmillan Scientific, London. 608 pp., 1998.

## PATENTS:

1. Nichols, DE and Mailman RB US 5,420,134. "Substituted hexahydrobenzo[a]phenanthridines" (05/30/1995) (plus foreign patents)

2. Nichols, DE and Mailman RB US 5,959,110: "Fused isoquinolines as dopamine receptor ligands"(09/25/99) (plus foreign patents).

3. Nichols, DE and Mailman RB US 6,194,423: "Fused isoquinolines as dopamine receptor ligands"(02/27/01) (plus foreign patents).

4. Nichols, DE and Mailman RB. US 6,413,977 "Chromeno[4,3,2-DE]isoquinolines as potent dopamine receptor ligands" (07/03/2002) (plus foreign patents).

5. Mailman, RB, Huang, X, and Nichols DE. US 6,916,823 "Method of treatment of dopamine-related dysfunction" (07/12/2005) (plus foreign patents)

6. Nichols, DE and Mailman RB US 6,916,832 "Chromeno[4,3,2-DE]isoquinolines as potent dopamine receptor ligands" (07/12/2005) (plus foreign patents).

## REFEREED ARTICLES (CHRONOLOGICAL ORDER):

1. Mailman, RB, E Hodgson and D Huisingh. Effect of thiols in reversing the inhibition by methyl-1-(butylcarbamoyl)-2-benzimidazolecarbamate on Saccharomyces cerevesiae. Pest. Biochem. Physiol. 1: 401-408, 1971.

2. Baker, RC, LB Coons, RB Mailman and E Hodgson. Induction of hepatic mixed function oxidases by the insecticide, mirex. Environ. Res. 5: 418-424, 1972.

3. Mailman, RB and E Hodgson. The cytochrome P-450 substrate optical difference spectra of pesticides with mouse hepatic microsomes. Bull. Environ. Contam. Toxicol. 8: 186-192, 1972.

4. Hodgson, E, RM Philpot, RC Baker and RB Mailman. Effect of synergists on drug metabolism. Drug. Metab. Dispos. 1: 391-401, 1973.

5. Kulkarni, AP, RB Mailman, RC Baker and E Hodgson. Cytochrome P-450 difference spectra. Type II interactions in insecticide-resistant and -susceptible houseflies. Drug. Metab. Dispos. 2: 309-320, 1974.

6. Mailman, RB, AP Kulkarni, RC Baker and E Hodgson. Cytochrome P-450 difference spectra: effect of chemical structure on type II spectra in mouse hepatic microsomes. Drug. Metab. Dispos. 2: 301-308, 1974.

7. Kulkarni, AP, RB Mailman and E Hodgson. Cytochrome P-450 optical difference spectra of insecticides. A comparative study. J. Agric. Food. Chem. 23: 177-183, 1975.

8. Mailman, RB, LG Tate, KE Muse, LB Coons and E Hodgson. The occurrence of multiple forms of cytochrome P-450 in hepatic microsomes from untreated rats and mice. Chem. Biol. Interact. 10: 215-228, 1975.

9. Mailman, RB, W Edmundson, K Muse and E Hodgson. Multiplicity of hepatic cytochrome P-450 in intact microsomes: effect of 3-methylcholanthrene induction. Gen. Pharmacol. 8: 281-284, 1977.

10. Mailman, RB, GT Barthalmus, K Muse and E Hodgson. Multiplicity of hepatic cytochrome P-450 in intact microsomes: effect of phenobarbital induction. Gen. Pharmacol. 8: 275-279, 1977.

11. Breese, GR, RA Vogel, CM Kuhn, RB Mailman, RA Mueller and SM Schanberg. Behavioral and prolactin responses to 5-hydroxytryptophan in rats treated during development with 5,7-dihydroxytryptamine. Brain. Res. 155: 263-275, 1978.

12. Breese, GR, RB Mailman, MG Ondrusek, TK Harden and RA Mueller. Effects of dopaminergic agonists and antagonists on cerebellar guanosine-3',5'-monophosphate (cGMP). Life. Sci. 23: 533-536, 1978.

13. Konkol, RJ, RB Mailman, EG Bendeich, AM Garrison, RA Mueller and GR Breese. Evaluation of the effects of nerve growth factor and anti- nerve growth factor on the development of central catecholamine-containing neurons. Brain. Res. 144: 277-285, 1978.

14. Mailman, RB, RA Mueller and GR Breese. The effect of drugs which alter GABA-ergic function on cerebellar guanosine-3',5'-monophosphate content. Life. Sci. 23: 623-627, 1978.

15. Mailman, RB, GD Frye, RA Mueller and GR Breese. Thyrotropin-releasing hormone reversal of ethanol-induced decreases in cerebellar cGMP. Nature 272: 832-833, 1978.

16. Mailman, RB, MR Krigman, RA Mueller, P Mushak and GR Breese. Lead exposure during infancy permanently increases lithium-induced polydipsia. Science 201: 637-639, 1978.

17. Mueller, RA, DBA Lundberg, GD Frye, RB Mailman and GR Breese. Cerebellar cGMP varies with motor function and respiratory gas exchange. Neurosci. Lett. 10: 89-93, 1978.

18. Nemeroff, CB, G Bissette, GH Greeley, RB Mailman, JB Martin, P Brazeau and JS Kizer. Effects of acute administration of monosodium-L-glutamate (MSG), atropine or haloperidol on anterior pituitary hormone secretion in the rat. Brain. Res. 156: 198-201, 1978.

19.   Breese, GR, DB Lundberg, RB Mailman, GD Frye and RA Mueller.  Effect of ethanol on cyclic nucleotides in vivo: consequences of controlling motor and respiratory changes. Drug. Alcohol. Depend. 4: 321-326, 1979.

20.   Breese, GR, RA Mueller and RB Mailman.  Effect of dopaminergic agonists and antagonists on in vivo cyclic nucleotide content: relation of guanosine 3':5'-monophosphate (cGMP) changes in cerebellum to behavior. J. Pharmacol. Exp. Ther. 209: 262-270, 1979.

21.   Harden, TK, RB Mailman, RA Mueller and GR Breese.   Noradrenergic hyperinnervation reduces the density of beta-adrenergic receptors in rat cerebellum. Brain. Res. 166: 194-198, 1979.

22.   Lundberg, DB, GR Breese, RB Mailman, GD Frye and RA Mueller.  Depression of some drug-induced in vivo changes of cerebellar guanosine 3',5'-monophosphate by control of motor and respiratory responses. Mol. Pharmacol. 15: 246-256, 1979.

23.   Mailman, RB, GR Breese, MR Krigman, P Mushak and RA Mueller.  Lead enhancement of lithium-induced polydipsia. Science 205: 726, 1979.

24.   Mailman, RB, GD Frye, RA Mueller and GR Breese.  Change in brain guanosine 3',5'-monophosphate (cGMP) content by thyrotropin-releasing hormone. J. Pharmacol. Exp. Ther. 208: 169-175, 1979.

25.   Frye, GD, GR Breese, RB Mailman, RA Vogel, MG Ondrusek and RA Mueller.  An evaluation of the selectivity of fenmetozole (DH-524) reversal of ethanol-induced changes in central nervous system function. Psychopharmacology. (Berlin) 69: 149-155, 1980.

26.   Mailman, RB, RM Ferris, FL Tang, RA Vogel, CD Kilts, MA Lipton, DA Smith, RA Mueller and GR Breese.  Erythrosine (Red No. 3) and its nonspecific biochemical actions: what relation to behavioral changes. Science 207: 535-537, 1980.

27.   Pappas, BA, GR Breese, RB Mailman and RA Mueller.  Importance of the Locus coeruleus and involvement of alpha-adrenergic receptors in the post-decapitation reflex in the rat. Psychopharmacology. (Berlin) 69: 163-171, 1980.

28.   Vogel, RA, GD Frye, JH Wilson, CM Kuhn, KM Koepke, RB Mailman, RA Mueller and GR Breese.   Attenuation of the effects of punishment by ethanol: comparisons with chlordiazepoxide. Psychopharmacology. (Berlin) 71: 123-129, 1980.

29.   Vogel, RA, GD Frye, JH Wilson, CM Kuhn, RB Mailman, RA Mueller and GR Breese.  Attenuation of the effect of punishment by thyrotropin-releasing hormone: comparisons with chlordiazepoxide. J. Pharmacol. Exp. Ther. 212: 153-161, 1980.

30.   Abd-Elraof, TK, WC Dauterman and RB Mailman.  In vivo metabolism and excretion of propoxur and malathion in the rat: effect of lead treatment. Toxicol. Appl. Pharmacol. 59: 324-330, 1981.

31.   Frye, GD, RE Chapin, RA Vogel, RB Mailman, CD Kilts, RA Mueller and GR Breese.  Effects of acute and chronic 1,3-butanediol treatment on central nervous system function: a comparison with ethanol. J. Pharmacol. Exp. Ther. 216: 306-314, 1981.

32.   Kilts, CD, GR Breese and RB Mailman.   Simultaneous quantification of dopamine, 5-hydroxytryptamine and four metabolically related compounds by means of reversed- phase high-performance liquid chromatography with electrochemical detection. J. Chromatogr. 225: 347-357, 1981.

33.   Kuhn, CM, RA Vogel, RB Mailman, RA Mueller, SM Schanberg and GR Breese.  Effect of 5,7-dihydroxytryptamine on serotonergic control of prolactin secretion and behavior in rats. Psychopharmacology. (Berlin) 73: 188-193, 1981.

34.   Ondrusek, MG, CD Kilts, GD Frye, RB Mailman, RA Mueller and GR Breese.  Behavioral and biochemical studies of scopolamine-induced reversal of neuroleptic activity. Psychopharmacology. (Berlin) 73: 17-23, 1981.

35.   Vogel, RA, GD Frye, KM Koepke, RB Mailman, RA Mueller and GR Breese.  Differential effects of TRH, amphetamine, naloxone, and fenmetozole on ethanol actions: attenuation of the effects of punishment and impairment of aerial righting reflex. Alcoholism. (NY) 5: 386-392, 1981.

36.   Mailman, RB, MH Lewis and CD Kilts.  Animal models related to developmental disorders: theoretical and pharmacological analyses. Appl. Res. Ment. Retard. 2: 1-12, 1981.

37.   Mailman, RB and MH Lewis.  Food additives and developmental disorders: the case of erythrosin (FD&C Red #3), or guilty until proven innocent. Appl. Res. Ment. Retard. 2: 297-305, 1981.

38.   Kilts, CD, KS Patrick, GR Breese and RB Mailman.  Simultaneous determination of thioridazine and its S-oxidized and N-demethylated metabolites using high-performance liquid-chromatography on radially compressed silica. J. Chromatogr. 231: 377-391, 1982.

39.   Mushak, P, MR Krigman and RB Mailman.  Comparative organotin toxicity in the developing rat: somatic and morphological changes and relationship to accumulation of total tin. Neurobehav. Toxicol. Teratol. 4: 209-215, 1982.

40.   Sonstegard, KS, RB Mailman, JM Cheek, TE Tomlin and RP DiAugustine.  Morphological and cytochemical characterization of neuroepithelial bodies in fetal rabbit lung. I. Studies of isolated neuroepithelial bodies. Exp. Lung. Res. 3: 349-377, 1982.

41.   Widerlöv, E, JE Häggström, CD Kilts, U Andersson, GR Breese and RB Mailman.  Serum concentrations of thioridazine, its major metabolites and serum neuroleptic-like activities in schizophrenics with and without tardive dyskinesia. Acta Psychiatr. Scand. 66: 294-305, 1982.

42.   Widerlöv, E, CD Kilts, RB Mailman, CB Nemeroff, TJ McCown, AJ Prange,Jr and GR Breese. Increase in dopamine metabolites in rat brain by neurotensin. J. Pharmacol. Exp. Ther. 223: 1-6, 1982.

43.   Lewis, MH , E Widerlöv, DL Knight, CD Kilts and RB Mailman.  N-oxides of phenothiazine antipsychotics: effects on in vivo and in vitro estimates of dopaminergic function. J. Pharmacol. Exp. Ther. 225: 539-545, 1983.

44.   Mailman, RB.  Lithium-induced polydipsia: dependence on nigrostriatal dopamine pathway and relationship to changes in the renin-angiotensin system. Psychopharmacology. (Berlin.) 80: 143-149, 1983.

45.   Mailman, RB, MR Krigman, GD Frye and I Hanin.  Effects of postnatal trimethyltin or triethyltin treatment on CNS catecholamine, GABA, and acetylcholine systems in the rat. J. Neurochem. 40: 1423-1429, 1983.

46.   Nemeroff, CB, D Luttinger, DE Hernandez, RB Mailman, GA Mason, SD Davis, E Widerlöv, GD Frye, CD Kilts, K Beaumont, GR Breese and AJ Prange,Jr.  Interactions of neurotensin with brain dopamine systems: biochemical and behavioral studies. J. Pharmacol. Exp. Ther. 225: 337-345, 1983.

47.   Twery, MJ, CW Cooper and RB Mailman.  Calcitonin depresses amphetamine-induced locomotor activity. Pharmacol. Biochem. Behav. 18: 857-862, 1983.

48.   Cooper, CW, MJ Twery, MH Lewis and RB Mailman.  Anorectic and other behavioral effects of centrally administered calcitonins. Psychopharmacol. Bull. 20: 451-455, 1984.

49.   DeHaven, DL, MR Krigman, JJ Gaynor and RB Mailman.  The effects of lead administration during development on lithium-induced polydipsia and dopaminergic function. Brain. Res. 297: 297-304, 1984.

50.   DeHaven, DL, TJ Walsh and RB Mailman.  Effects of trimethyltin on dopaminergic and serotonergic function in the central nervous system. Toxicol. Appl. Pharmacol. 75: 182-189, 1984.

51.   Hanin, I, MR Krigman and RB Mailman.  Central neurotransmitter effects of organotin compounds: trials, tribulations and observations. Neurotoxicology. 5: 267-277, 1984.

52.   Kilts, CD, DL Knight, RB Mailman, E Widerlöv and GR Breese.  Effects of thioridazine and its metabolites on dopaminergic function: drug metabolism as a determinant of the antidopaminergic actions of thioridazine. J. Pharmacol. Exp. Ther. 231: 334-342, 1984.

53.   Mailman, RB, DL DeHaven, EA Halpern and MH Lewis.  Serum effects confound the neuroleptic radioreceptor assay. Life. Sci. 34: 1057-1064, 1984.

54.   Mailman, RB, JP Pierce, KM Crofton, J Petitto, DL DeHaven, CD Kilts and MH Lewis.  Thioridazine and the neuroleptic radioreceptor assay. Biol. Psychiatry. 19: 833-847, 1984.

55.   Mailman, RB, DW Schulz, MH Lewis, L Staples, H Rollema and DL DeHaven.  SCH-23390: a selective $D_1$ dopamine antagonist with potent $D_2$ behavioral actions. Eur. J. Pharmacol. 101: 159-160, 1984.

56.   Niedzwiecki, DM, RB Mailman and LX Cubeddu.  Greater potency of mesoridazine and sulforidazine compared with the parent compound, thioridazine, on striatal dopamine autoreceptors. J. Pharmacol. Exp. Ther. 228: 636-639, 1984.

57.   Schulz, DW, SD Wyrick and RB Mailman.  [$^3$H]SCH23390 has the characteristics of a dopamine receptor ligand in the rat central nervous system. Eur. J. Pharmacol. 106: 211-212, 1984.

58.   Schulz, DW and RB Mailman.  An improved, automated adenylate cyclase assay utilizing preparative HPLC: effects of phosphodiesterase inhibitors. J. Neurochem. 42: 764-774, 1984.

59.   Schulz, DW, MH Lewis, J Petitto and RB Mailman.  Ascorbic acid decreases [$^3$H]-dopamine binding in striatum without inhibiting dopamine sensitive adenylate cyclase. Neurochem. Int. 6: 117-121, 1984.

60.   Walsh, TJ, HA Tilson, DL DeHaven, RB Mailman, A Fisher and I Hanin.  AF64A, a cholinergic neurotoxin, selectively depletes acetylcholine in hippocampus and cortex, and produces long- term passive avoidance and radial-arm maze deficits in the rat. Brain. Res. 321: 91-102, 1984.

61.   Kilts, CD, KL Dew, TD Ely and RB Mailman.  Quantification of R-(+)-7-chloro-8-hydroxy-1-phenyl-2,3,4,5-tetrahydro-1H- 3-methyl-3-benzazepine in brain and blood by use of reversed-phase high-performance liquid chromatography with electrochemical detection. J. Chromatogr. 342: 452-457, 1985.

62. Lewis, MH , AA Baumeister, DL McCorkle and RB Mailman. A computer-supported method for analyzing behavioral observations: studies with stereotypy. Psychopharmacology. (Berlin) 85: 204-209, 1985.

63. Mailman, RB and CD Kilts. Analytical considerations for quantitative determination of serotonin and its metabolically related products in biological matrices. Clin. Chem. 31: 1849-1854, 1985.

64. Schulz, DW, EJ Stanford, SW Wyrick and RB Mailman. Binding of [$^3$H]SCH23390 in rat brain: regional distribution and effects of assay conditions and GTP suggest interactions at a $D_1$-like dopamine receptor. J. Neurochem. 45: 1601-1611, 1985.

65. Schulz, DW, L Staples and RB Mailman. SCH23390 causes persistent antidopaminergic effects in vivo: evidence for long-term occupation of receptors. Life. Sci. 36: 1941-1948, 1985.

66. Wyrick, SD and RB Mailman. Tritium-labeled (+)-7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). J. Label. Comp. Radiopharm. 22: 189-195, 1985.

67. DeHaven, DL, MR Krigman and RB Mailman. Temporal changes in dopaminergic and serotonergic function caused by administration of trimethyltin to adult rats. Neurobehav. Toxicol. Teratol. 8: 475-479, 1986.

68. Lewis, MH , RA Steer, JA Favell, C Trivette, J McGimsey, L Clontz, B Kanoy, S Schroeder and RB Mailman. Thioridazine metabolism and effects on stereotyped behavior in mentally retarded patients. Psychopharmacol. Bull. 22: 1040-1044, 1986.

69. Mailman, RB, DW Schulz, CD Kilts, MH Lewis, H Rollema and S Wyrick. Multiple forms of the $D_1$ dopamine receptor: its linkage to adenylate cyclase and psychopharmacological effects. Psychopharmacol. Bull. 22: 593-598, 1986.

70. Napier, TC, BS Givens, DW Schulz, BS Bunney, GR Breese and RB Mailman. SCH23390 effects on apomorphine-induced responses of nigral dopaminergic neurons. J. Pharmacol. Exp. Ther. 236: 838-845, 1986.

71. Rollema, H, MG Feenstra, CJ Grol, MH Lewis, L Staples and RB Mailman. S(-)DP-5,6-ADTN as an in vivo dopamine receptor ligand: relation between displacement by dopamine agonists and their pharmacological effects. Naunyn. Schmiedebergs. Arch. Pharmacol. 332: 338-345, 1986.

72. Twery, MJ, B Kirkpatrick, EC Critcher, MH Lewis, RB Mailman and CW Cooper. Motor effects of calcitonin administered intracerebroventricularly in the rat. Eur. J. Pharmacol. 121: 189-198, 1986.

73. Twery, MJ, B Kirkpatrick, MH Lewis, RB Mailman and CW Cooper. Antagonistic behavioral effects of calcitonin and amphetamine in the rat. Pharmacol. Biochem. Behav. 24: 1203-1207, 1986.

74. Wyrick, S, DL McDougald and RB Mailman. Multiple tritium labeling of (+)-7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). J. Label. Comp. Radiopharm. 23: 685-692, 1986.

75. Wyrick, S, DM Niedzwiecki and RB Mailman. Tritium-labeled (+)-10-[2-(1-methyl-2-piperidinyl)ethyl]-2-(methylmercapto)-[3-$^3$H(n)]phenothiazine (thioridazine). J. Label. Comp. Radiopharm. 23: 95-100, 1986.

76.   Crofton, KM, LW Reiter and RB Mailman.   Pyrethroid insecticides and radioligand displacement from the GABA receptor chloride ionophore complex. Toxicol. Lett. 35: 183-190, 1987.

77.   Konkol, RJ, L Chapman, GR Breese, AM Collier, CD Kilts, C Finley, RR Vogel, RB Mailman and EG Bendeich.   Hemophilus influenzae meningitis in the rat: behavioral, electrophysiological, and biochemical consequences. Ann. Neurol. 21: 353-360, 1987.

78.   Charifson, PS, SD Wyrick, AJ Hoffman, RM Simmons, JP Bowen, DL McDougald and RB Mailman.   Synthesis and pharmacological characterization of 1-phenyl-, 4-phenyl-, and 1-benzyl-1,2,3,4-tetrahydroisoquinolines as dopamine receptor ligands. J. Med. Chem. 31: 1941-1946, 1988.

79.   DeHaven-Hudkins, DL, DW Schulz, TJ Walsh and RB Mailman.   Responses of dopaminergic and serotonergic systems to triethyllead intoxication. Neurotoxicol. Teratol. 10: 279-285, 1988.

80.   Herr, DW and RB Mailman. Buffer effects on high affinity $[^3H]$-prazosin binding in brain and spinal cord. Pharmacol. Biochem. Behav. 32: 831-834, 1989.

81.   Niedzwiecki, DM, LX Cubeddu and RB Mailman. Comparative antidopaminergic properties of thioridazine, mesoridazine and sulforidazine on the corpus striatum. Journal of Pharmacology and Experimental Therapeutics 250:117-125, 1989.

82.   Niedzwiecki, DM, LX Cubeddu and RB Mailman. Comparative anticholinergic properties of thioridazine, mesoridazine and sulforidazine. Journal of Pharmacology and Experimental Therapeutics 250: 126-133, 1989.

83.   Lovenberg, TW, WK Brewster, DM Mottola, RC Lee, RM Riggs, DE Nichols, MH Lewis and RB Mailman. Dihydrexidine, a novel selective high potency full $D_1$ dopamine receptor agonist. Eur. J. Pharmacol. 166: 111-113, 1989.

84.   Jimmerson, VR, T-M Shih and RB Mailman. Variability in soman toxicity in the rat: Correlation with biochemical and behavioral measures. Toxicology 57:241-254, 1989.

85.   Jimmerson, VR, T-M Shih, DM Maxwell and RB Mailman. Cresylbenzodioxaphosphorin oxide pretreatment alters soman- induced toxicity and inhibition of tissue cholinesterase activity of the rat. Toxicology Letters 48:93-103, 1989.

86.   Charifson PS, JP Bowen, SD Wyrick, AJ Hoffman, M Cory, AT McPhail and RB Mailman. Conformational analysis and molecular modeling of 1-phenyl-, 4-phenyl-, and 1-benzyl-1,2,3,4-tetrahydroisoquinolines as $D_1$ dopamine receptor ligands. J. Med. Chem. 32:2050-2058, 1989.

87.   Jimmerson V, T-M Shih, DM Maxwell, A Kaminskis and RB Mailman. The effect of 2-(o-cresyl)-4H-1:3:2-benzodioxaphosphorin-2-oxide on tissue cholinesterase and carboxylesterase activities in the rat. Tox. Appl. Pharmacol. 13: 568-575, 1989.

88.   Walker QD, MH Lewis, KM Crofton, and RB Mailman. Triadimefon, a triazole fungicide, induces stereotyped behavior and alters monoamine metabolism in rats. Toxicology and Applied Pharmacology 102: 474-485, 1989.

89.   Herr DW, RB Mailman and HA Tilson. Blockade of only spinal $\alpha_1$ adrenoreceptors is insufficient to attenuate DDT-induced alterations in motor function. Toxicol. Appl. Pharmacol. 101: 11-26, 1989.

90.    Lewis MH , H Ozer, LL Hensley, A Beauchamp, RB Mailman, and JP Gluck. Long-term effects of early social isolation in Macaca mulatta: in vivo evidence for changes in dopamine receptor function. Brain Res. 513: 67-73, 1990.

91.    Brewster WK, Nichols DE, Riggs RM, Mottola DM, Lovenberg TW, Lewis MH and Mailman RB. Trans-10,11-dihydroxy-5,6,6a,7,8,12b-hexahydrobenzo[a]phenanthridine: A highly potent selective dopamine $D_1$ full agonist. J. Med. Chem. 33: 1756-1764, 1990.

92.    Taylor JR, MS Lawrence, DE Redmond, Jr., JD Elsworth, RH Roth, DE Nichols, RB Mailman. Dihydrexidine, a full dopamine $D_1$ agonist, reduces MPTP-induced parkinsonism in African green monkeys. Eur. J. Pharmacol. 199: 387-388, 1991.

93.    Bishop J.E., Gerdes, J.M., Mathis, C.A., Whitney, J.M., Eaton, A. and Mailman, RB Synthesis and in vitro evaluation of 2,3-dimethoxy-5-fluoroalkyl-substituted benzamides and salicylamides: high affinity ligands for CNS dopamine $D_2$ receptors. J. Med. Chem. 34: 1612-1624, 1991.

94.    Darney KJ, Lewis MH , Brewster WK, Nichols DE, Mailman RB. Behavioral effects in the rat of dihydrexidine, a high potency, full efficacy $D_1$ dopamine receptor agonist. Neuropsychopharmacology 5: 187-195, 1991.

95.    Martin, P.M., M. Irino K. Suzuki, MH Lewis, Q.D. Walker, RB Mailman. The female brindled mouse as a model of Menkes Disease: the relationship of fur pattern to behavioral and neurochemical abnormalities. Dev. Neurosci. 13: 121-129, 1991.

96.    Lovenberg TW, Nestler EJ, Roth RH, Nichols DE, Mailman RB. Guanine nucleotide binding proteins and the regulation of cyclic AMP synthesis in NS20Y neuroblastoma cells: Role of $D_1$ dopamine and muscarinic receptors. Brain Research 556: 101-107, 1991.

97.    Lovenberg, T.W., Roth, R.H., Nichols, DE and Mailman, RB $D_1$ dopamine receptors of NS20Y neuroblastoma cells are functionally similar to rat striatal $D_1$ receptors. J. Neurochem. 57: 1563-1569, 1991.

98.    Satoh J., Irino M., Martin P.M., Mailman RB and Suzuki K.: Neurochemical and immunocytochemical studies of the brindled mouse. J. Neuropathol. Exp. Neurol. 50:793-808, 1991.

99.    Mileson, B.E., Lewis, MH and Mailman, RB. Dopamine receptor "supersensitivity" occurring without receptor up-regulation. Brain Res. 561: 1-10, 1991.

100.   Elsworth, JD, MS Lawrence, RH Roth, JR Taylor, RB Mailman, DE Nichols, MH Lewis and DE Redmond Jr. $D_1$ and $D_2$ Dopamine receptors independently regulate spontaneous blink rate in the Vervet monkey. J. Pharmacol. Exp. Therap. 259: 595-600, 1991.

101.   Mottola DM, Brewster WK, Cook LL, Nichols DE, and Mailman RB. Dihydrexidine, a novel full efficacy $D_1$ dopamine receptor agonist. J Pharmacol Exp Ther. 262:383-393, 1992.

102.   Gilmore JH, CP Lawler, AM Eaton and RB Mailman. Postmortem stability of dopamine $D_1$ receptor mRNA and $D_1$ receptors. Mol Brain Res 18: 290-296, 1993.

103.   Watts VJ, Lawler CP, Knoerzer T, Mayleben MA, Neve KA, Nichols, DE and Mailman RB. Hexahydrobenzo[a]phenanthridines: Ligands with high affinity and selectivity for $D_3$ dopamine receptors. Eur. J. Pharmacol. 239: 271-273, 1993.

*Curriculum Vitae - Richard B. Mailman - Page 11*

104.   Lawler CP, Gilmore JH, Mooney DH, Mayleben MA, Atashi JA, Mileson BE, Wyrick SD and Mailman RB. A rapid and efficient method for the radiosynthesis and purification of [$^{125}$I]-SCH23982. J. Neurosci. Meth. 49: 141-153, 1993.

105.   Wyrick SD, Booth RG, Myers AM, Owens C, Kula NS, Baldesserini RJ, McPhail AT and Mailman RB. Synthesis and pharmacological evaluation of 1-phenyl-3-amino-1,2,3,4-tetrahydronaphthalenes as ligands for a novel neuromodulatory sigma-like receptor. J. Med. Chem. 36: 2542-2551, 1993

106.   Watts VJ, Lawler CP, Gilmore JH, Southerland SB, Nichols DE, and Mailman RB. Efficacy at $D_1$ dopamine receptors in primates and rodents: comparison of full (dihydrexidine) and partial (SKF38393) efficacy dopamine agonists. Eur. J. Pharmacol. 242: 165-172, 1993.

107.   Booth RG, Baldessarini RJ, Kula NS, Meyers AM, Mailman RB and Wyrick SD. New σ-like recognized by novel phenylaminotetralins: ligand binding and functional studies. Mol. Pharmacol. 44: 1232-1239, 1993.

108.   Wyrick SD, Myers AM, Booth RG, Kula NS, Baldesserini RJ, and Mailman RB. Synthesis of [N-C$^3$H$_3$]-trans-(1R,2S)-(-)-1-phenyl-3-N,N-dimethylamino-1,2,3,4-tetrahydronaphthalene (H$_2$-PAT). J. Labeled Compounds 34: 131-134, 1994.

109.   Lewis MH , J-L Gariepy, P Gendreau, DE Nichols and RB Mailman. Social reactivity and $D_1$ dopamine receptors: Studies in mice selectively bred for high and low levels of aggression. Neuropsychopharmacol. 10: 115-122, 1994.

110.   Martin P, Ohno M, Mailman RB, and Suzuki K. Heterotypic sprouting of serotonergic forebrain fibers in the brindled mottled mutant mouse. Dev. Brain Res. 77:215-225, 1994

111.   Minor, DL, Wyrick SD, Charifson PS, Watts VJ, Nichols DE, and Mailman RB. Synthesis and molecular modeling of 1-phenyl-1,2,3,4-tetrahydroisoquinolines and related 5,6,8,9-tetrahydro-13bH-dibenzo[a,h]quinolizines as $D_1$ dopamine antagonists. J. Med. Chem. 37:4317-4328, 1994

112.   Knoerzer TA, Nichols DE, Brewster WK, Watts VJ, Mottola DM and Mailman RB. Dopaminergic benzo[a]phenanthridines: resolution and pharmacological evaluation of the enantiomers of dihydrexidine, the full efficacy $D_1$ dopamine receptor agonist. J. Med. Chem. 37: 2453-2460, 1994.

113.   Hudkins RL, Mailman RB and DeHaven-Hudkins DL. Novel (4-phenylpiperidinyl)- and (4-phenylpiperazinyl)alkyl-spaced esters of 1-phenylcyclopentanecarboxylic acids as potent σ-selective ligands. J. Med. Chem. 37: 1964-1970, 1994.

114.   Negash K, Nichols DE, Watts VJ and Mailman, RB. Synthesis of 1-phenyl-2-amino-1,2,3,4-tetrahydronaphthalene derivatives with dopamine $D_2$ receptor affinity. Med. Chem. Res. 5:33-42, 1994.

115.   Hudkins RL, Mailman RB, and DeHaven-Hudkins DL. RLH-033, a novel, potent and selective ligand for the $\sigma_1$ recognition site. Eur. J. Pharmacol. 271: 235-236, 1995.

116.   Watts VJ, Lawler CP, Fox, D.R., Neve KA, Nichols DE, and Mailman RB. LSD and structural analogs: Pharmacological evaluation at $D_1$ dopamine receptors. Psychopharmacology 118: 401-409, 1995.

117.   Heidenreich BA, RB Mailman, DE Nichols, & TC Napier. Partial and full dopamine $D_1$ dopamine agonists produce comparable increases in ventral pallidal neuronal activity: contribution of endogenous dopamine. J. Pharmacol. Exp. Ther. Soc. 273: 516-525, 1995.

*Curriculum Vitae - Richard B. Mailman - Page 12*

118. Gariépy J-L, P Gendreau, RB Mailman M. Tancer, and MH Lewis. Rearing conditions alter social reactivity and $D_1$ dopamine receptors in high and low aggressive mice. Pharmacol. Biochem. Behav. 51: 767-773, 1995.

119. Gilmore JH, Watts VJ, Lawler CP, Noll EP, Nichols DE and Mailman RB. "Full" dopamine $D_1$ agonists in human caudate: biochemical properties and therapeutic implications. Neuropharmacol. 34: 481-488, 1995.

120. Snyder SE, Aviles-Garay FA, Chakraborti R, Nichols DE, Watts VJ and Mailman RB. Synthesis and evaluation of 6,7-dihydroxy-2,3,4,8,9,13b-hexahydro-1*H*-benzo[6,7]cyclohepta[1,2,3-*ef*][3]benzazepine, 6,7-dihydroxy-1,2,3,4,8,12b-hexahydroanthr[10,4a,4-*cd*]azepine, and 10-aminomethyl-9,10-dihydro-1,2-dihydroxyanthracene as conformationally restricted analogues of β-phenyldopamine. J. Med. Chem. 38: 2395-2409, 1995.

121. Brewster WK, Nichols DE, Watts VJ, Riggs RM, Mottola DM, and Mailman, RB. Evaluation of cis- and trans-9- and 11-hydroxy-5,6,6a,7,8,12b-hexahydrobenzo[a]phenanthridines as structurally rigid, selective $D_1$ dopamine receptor ligands. J. Med. Chem. 38: 318-327, 1995.

122. Tancer ME, Mailman RB, Stein MB, Mason GA, Carson SW, and Golden RN. Neuroendocrine responsivity to monoaminergic system probes in generalized social phobia. Anxiety 1: 216-223, 1994/1995.

123. Knoerzer TA, Watts VJ, Nichols DE, and Mailman RB. Synthesis and biological evaluation of a series of substituted benzo[*a*]phenanthridines as agonists at $D_1$ and $D_2$ dopamine receptors. J. Med Chem. 38:3062-3070, 1995. .

124. Wyrick SD, Booth RG, Myers AM, Owens CE, Bucholtz EC, Hooper PC, Kula NS, Baldessarini RJ, and Mailman RB. 1-Phenyl-3-amino-1,2,3,4-tetrahydronaphthalenes and related derivatives as ligands for the neuromodulatory sigma 3 receptor: further structure-activity relationships. J. Med. Chem. 38: 3857-64, 1995.

125. Watts, V.J., Lawler, C.P., Gonzales, A.J., Zhou, Q.Y., Civelli, O., Nichols, D.E., and Mailman, RB Spare receptors and intrinsic activity: Studies with $D_1$ dopamine receptor agonists. Synapse 21: 177-187, 1995.

126. Lawler, C.P., Gilmore, J.H., Watts, V.J., Walker, Q.D., Southerland, S.R., Cook, L.L., Mathis, C.A., and Mailman, RB Interhemispheric modulation of dopamine receptor interactions in unilateral 6-OHDA rodent model. Synapse 21: 299-311, 1995.

127. Blake BL, Rose RL, Mailman RB, Levi PE and Hodgson E. Metabolism of thioridazine by microsomal monooxygenases: relative roles of P450 and flavin-containing monooxygenase. Xenobiotica 25: 377-393, 1995.

128. Mottola, D.M., Laiter, S., Watts, V.J., Tropsha, A., Wyrick, S.D., Nichols, D.E., and Mailman, RB Conformational analysis of $D_1$ dopamine receptor agonists: Pharmacophore assessment and receptor mapping. Journal of Medicinal Chemistry 39: 285-296, 1996.

129. Ghosh, D, Snyder SE, Watts VJ, Mailman RB, and Nichols DE. 8,9-Dihydroxy-2,3,7,11b-tetrahydro-1H-naph[*1,2,3-de*]isoquinoline: a potent full dopamine $D_1$ agonist containing a rigid β-phenyl dopamine pharmacophore. J. Med. Chem., 39, 549-555, 1996.

130. Walker QD, and Mailman RB. Triadimefon and triadimenol: effects on monoamine uptake and release. Toxicol. Appl. Pharmacol. 129: 227-233, 1996.

131.  Smith HP, Lawler CP, Nichols DE and Mailman RB. Locomotor inhibition, yawning, and vacuous chewing induced by the post-synaptic $D_2$ dopamine receptor agonist N-n-propyl-dihydrexidine. European Journal of Pharmacology. 323: 27-36, 1997.

132.  Negash, K., Nichols, D.E., Watts, V.J. and Mailman, RB. Further definition of the $D_1$ dopamine receptor pharmacophore: synthesis of trans-6,6a,7,8,9,13b-hexahydro-$5H$-benzo[*d*]naphth[2,1-*b*]azepines as rigid analogues of β-phenyldopamine. J. Med. Chem., 40: 2140-2147, 1997.

133.  Bunin MA, Prioleau C, Mailman RB, and Wightman RM. Release and uptake rates of serotonin (5-hydroxytryptamine) in the dorsal raphe and substantia nigra reticulata of the rat brain. J. Neurochem. 70: 1077-1087, 1998.

134.  Smith DR, Striplin CD, Geller AM, Mailman RB, Drago J, Lawler CP, and Gallagher M. Behavioral assessment of mice lacking $D_{1A}$ dopamine receptors. Neuroscience 86: 135-146, 1998.

135.  Lewis, M.M., Watts, V.J., Lawler, C.P., Nichols, DE and Mailman, RB Homologous Desensitization of the $D_{1A}$ dopamine receptor: Efficacy in causing desensitization dissociates from both receptor occupancy and functional potency. J. Pharmacol. Exp. Ther. 286:345-353, 1998.

136.  Monte AP, Marona-Lewicka D, Lewis MM, Mailman RB, Wainscott DB, Nelson DL, and Nichols DE. Substituted naphthofurans as hallucinogenic phenethylamine-ergoline hybrid molecules with unexpected muscarinic antagonist activity. J. Med. Chem. 41: 2134-2145, 1998.

137.  Duncan, G.E., Mailman, R.B., Leipzig, J.N., and Lieberman, J.A. Differential effects of clozapine and haloperidol on ketamine-induced brain metabolic activation. Brain Research 812: 65-75, 1998.

138.  Andersson, C., Chakos, M., Mailman, R.B., and Lieberman, J.A. Emerging roles for novel antipsychotic medications in the treatment of schizophrenia. Psychiatric Clinics of North America: Schizophrenia. 21: 151-179, 1998.

139.  Lieberman, J.A., Mailman, R.B., Duncan, G., Sikich, L., Chakos, M., Nichols, D.E., and Kraus, J.E. Serotonergic Basis of Antipsychotic Drug Effects in Schizophrenia. Biol. Psychiatr. 44:1099-1117, 1998.

140.  Lawler CP, Prioleau C, Lewis MM, Mak C, Jiang D, Schetz JA, Gonzalez AM, Sibley DR, Mailman RB. Interactions of the novel antipsychotic aripiprazole (OPC-14597) with dopamine and serotonin receptor subtypes. Neuropsychopharmacol. 20:612-627, 1999.

141.  Doll MK, Nichols DE, Kilts JD, Prioleau C, Lawler CP, Lewis MM, and Mailman RB. Synthesis and dopaminergic properties of benzo-fused analogues of quinpirole and quinelorane. J. Med. Chem. 42:935-940, 1999.

142.  Montague, D.M., Striplin, C.D., Overcash, S., Mailman, RB and Lawler, C.P. Developmental regulation of the $D_1$ receptor in human caudate and putamen. Neuropsychopharmacology 21: 641-649, 1999.

143.  Hoffman B, Cho S-J, Zheng W, Wyrick S, Mailman RB, Nichols DE and Tropsha A.Comparative QSAR Analyses of dopamine $D_1$ antagonists using comparative molecular field analysis (CoMFA), genetic algorithms-partial least squares, and nearest neighbor methods. J. Med. Chem. 42: 3217-3226, 1999.

*Curriculum Vitae - Richard B. Mailman - Page 14*

144.    Gulwadi AG, Korpinen CD, Mailman RB, Nichols DE, Sit S-Y, and Taber M. J. Dinapsoline: characterization of a $D_1$ dopamine receptor agonist in a rat model of Parkinson's Disease. J. Pharmacol. Exp. Ther. 296: 1-7, 2001.

145.    Montague DM, Striplin CD, Overcash JS, Drago J, Mailman RB and Lawler CP. Quantification of $D_{1B}$ ($D_5$) receptors in dopamine $D_{1A}$ receptor-deficient mice. Synapse 39:319-322, 2001.

146.    Miyamoto S, Mailman RB, Lieberman JA, and Duncan GE. Blunted brain metabolic response to ketamine in mice lacking $D_{1A}$ dopamine receptors. Brain Res. 894: 167-180, 2001.

147.    Mailman RB, Huang X, and Nichols DE. Dopamine $D_1$ full agonists and Parkinson's disease. Curr. Opin. Investig. Drugs 2(11) 1582-1591, 2001.

148.    Mottola, DM, Lawler CP, Jones SR, Einhorn L, Booth RG, Wightman M, Nichols DE and Mailman RB. Functional selectivity of dopamine $D_2$ receptors. I. Novel postsynaptic functional selectivity of dihydrexidine and its analogs in the rat central nervous system. J. Pharmacol. Exp. Ther. 301: 1166-1178, 2002.

149.    Kilts JD, Smith H, Lawler CP, Oxford G, Nichols DE, O'Malley KL, Todd R, and Mailman RB. Functional selectivity of dopamine $D_2$ receptors. II. $D_2$ mediated functional selectivity of dihydrexidine and its analogs in model systems. J. Pharmacol. Exp. Ther. 301: 1179-1189 2002.

150.    Andersson C, Hamer R, Lawler CP, Mailman RB, and Lieberman JA. Striatal Volume Changes in the Rat Following Long-Term Administration of Typical and Atypical Antipsychotic Drugs Neuropsychopharmacology 27: 143-151, 2002

151.    Qandil AM, Lewis MM, Jassen A, Mailman RB, and Nichols DE. Synthesis and pharmacological evaluation of substituted naphth[1,2,3-*de*]isoquinolines (dinapsoline analogs) as $D_1$ and $D_2$ dopamine receptor ligands. Bioorg. Med. Chem. 11(7): 1451-1464, 2003.

152.    Leonard SK, Petitto JM, Anderson CM, Mooney DH, Lachowicz JE, Schulz DW, Kilts CD, and Mailman RB. $D_1$ Dopamine Receptors in the Amygdala Exhibit Unique Properties. In: The Amygdala in Brain Function: Basic and Clinical Approaches. Ann. NY Acad. Sci. 985: 1-4, 2003.

153.    Shapiro DA, Renock S, Arrington E, Sibley DR, Chiodo LA, Roth BL, and Mailman RB. Aripiprazole, a novel atypical antipsychotic drug with a unique and robust pharmacology. Neuropsychopharmacology 28: 1400-1411, 2003.

154.    Leonard SK, Anderson CM, Lachowicz JE, Schulz DW, Kilts CD, and Mailman RB. Amygdaloid $D_1$ receptors are not linked to stimulation of adenylate cyclase. Synapse 50:320-333, 2003.

155.    Sit S-Y, Xie K, Jacutin-Porte S, Boy KM, Seanz J, Taber MT, Gulwadi AG, Korpinen CD, Burris KD, Molski TF, Ryan E, Xu C, Verdoorn T, Johnson G, Nichols DE, and Mailman RB. Synthesis and SAR exploration of dinapsoline analogues. Bioorg. Med. Chem. 12: 715-734, 2004.

156.    Grubbs RA, Lewis MM, Owens-Vance C, Arrington EK, Jassen AK, Mailman RB, and Nichols DE. 8,9-Dihydro-1,2,3,11b-tetrahydrochromeno[4,3,2,-*de*]isoquinoline (dinoxyline), a high affinity and potent agonist at all dopamine receptor isoforms. Bioorg. Med. Chem. 12: 1403-1412, 2004.

157.  Gay EA, Urban JD, Nichols DE, Oxford GS and Mailman RB. Functional selectivity of $D_2$ receptor ligands in a CHO $hD_{2L}$ cell line: evidence for induction of ligand-specific receptor states. Mol. Pharmacol. 66: 97-105. 2004.

158.  Ryman-Rasmussen JP, Nichols DE, and Mailman RB. Differential activation of adenylate cyclase and receptor internalization by novel dopamine $D_1$ receptor agonists. Mol Pharmacol 68(4): 1039-48. 2005.

159.  Padilla S, Marshall RS, Hunter DL, Oxendine S, Moser V, Southerland SB, and Mailman RB. Neurochemical Effects of Chronic Dietary and Repeated High-Level Acute Exposure to Chlorpyrifos in Rats. Toxicol. Sci. 88: 161-171, 2005.

160.  Oloff S, Mailman RB and Tropsha A. Application of Validated QSAR Models of $D_1$ Dopaminergic Antagonists for Database Mining. J. Med. Chem. 48: 7322-7332, 2005.

161.  Mailman RB and Gay EA. Novel Mechanisms of drug action: Functional selectivity at $D_2$ dopamine receptors (a lesson for drug discovery). Med. Chem. Res. 13 (1/2) 115-126, 2004.

162.  Leonard SK, Ferry-Leeper P, and Mailman RB. Low affinity binding of the classical $D_1$ antagonist SCH23390 in rodent brain: Potential interaction with $A_{2A}$ and $D_2$-like receptors. Brain Res. 1117: 25-37, 2006.

163.  Lewis MM, Huang X, Nichols DE and Mailman RB. $D_1$ and functionally selective dopamine agonists as neuroprotective agents in Parkinson's disease. CNS & Neurolog Dis – Drug Targets 5: 345-353, 2006 (PMID: 16787233).

164.  Urban JD, Vargas GA, von Zastrow M, and Mailman RB. Aripiprazole has functionally selective actions at dopamine $D_2$ receptor-mediated signaling pathways Neuropsychopharmacol. 32: 67-77, 2007 PMID: 16554739.

165.  Urban JD, Clarke WP, von Zastrow M, Nichols DE, Kobilka B, Weinstein H, Javitch JA, Roth BR, Christopoulos A, Sexton PM, Miller K, Spedding M, Mailman RB. Functional selectivity and classical concepts of quantitative pharmacology (Perspective in Pharmacology). J. Pharmacol. Exp. Ther. 320: 1-13, 2007 PMID: 16803859 [Journal Cover].

166.  Ryman-Rasmussen JP and Mailman RB. Targeting of dopamine $D_1$ receptor subcellular localization by novel agonists. Neuropharmacol. 52: 562-575, 2007 PMID: 17067639.

167.  Huang X, Miller WC, Chen H, Mailman RB, Woodard JL, Chen P, Xiang D, Murrow R, Wang Y-Z . Lower LDL cholesterol levels is associated with Parkinson's disease: a case control study. Mov. Disord. 22(3):377-381, 2007. PMID: 17177184

168.  George MS, Molnar CE, Grenesko EL, Anderson B, Mu Q, Johnson K, Nahas Z, Knable M, Fernandes P, Juncos J, Huang X, Nichols DE, Mailman RB, A single 20 mg dose of dihydrexidine (DAR-0100), a full $D_1$ dopamine agonist, is safe and tolerated in patients with schizophrenia. Schizophr Res. 2007 Jul;93(1-3):42-50. Epub 2007 Apr 30. PMID: 17467956.

169.  Lewis MM, Slagle CG, Smith DB, Truong Y, Bai P, McKeown M, Mailman RB, Belger A, Huang X. Task specific influences of Parkinson's disease on the striato-thalamo-cortical and cerebello-thalamo-cortical motor circuitries. Neuroscience. 2007 Jun 15;147(1):224-35. Epub 2007 May 17. PMID: 17499933.

170.  Mu Q, Johnson K, Morgan P, Grenesko EL, Molnar CE, Anderson B, Nahas Z, Kozel FA,
Knable M, Fernandes P, Nichols DE, Mailman RB, George MS. A single 20 mg dose of
dihydrexidine, a full $D_1$ dopamine agonist, produces increased perfusion in the prefrontal cortex
in patients with schizophrenia. Schizophr Res. Jun 25; [Epub ahead of print (in press), 2007
PMID: 17596915.

171.  Mailman RB. GPCR functional selectivity has therapeutic impact. Trends Pharmacol. Sci. (in
press August, 2007) [Journal Cover].

## BOOK CHAPTERS AND PROCEEDINGS (CHRONOLOGICAL ORDER):

1.   Hodgson, E, RM Philpot, RC Baker and RB Mailman. The effect of synergists on drug
metabolism. In: RW Estabrook et al, (eds.) Microsomes and drug oxidations. Williams and
Wilkins, Baltimore. pp. 391-401, 1973.

2.   Longmuir, IS, A Young and R Mailman.  Induction by hypoxia of a new haemoglobin-like
pigment. Adv. Exp. Med. Biol. 94: 297-300, 1977

3.   Breese, GR, RA Mueller, A Hollister and R Mailman.  Importance of dopaminergic pathways
and other neural systems to behavior and action of psychotropic drugs. Fed. Proc. 37: 2429-
2433, 1978

4.   Breese, GR, RA Mueller, RB Mailman, GD Frye and RA Vogel.  An alternative to animal
models of central nervous system disorders: study of drug mechanisms and disease symptoms
in animals. Prog. Neuropsychopharm. Biol. Psychiatr. 2: 313-325, 1979

5.   Breese, GR, RB Mailman, RA Mueller and DBA Lundberg. In vivo cyclic nucleotide content:
effects of dopaminergic agonists and antagonists. In: E Usdin, I Kopin, and J Barchas, (eds.)
Catecholamines: Basic and Clinical Frontiers, Volume 1. Pergamon Press, New York. pp. 526-
528, 1979.

6.   Lipton, MA, CB Nemeroff and RB Mailman. Hyperkinesis and food additives. In: R Wurtman,
and J Wurtman, (eds.) Nutrition and the Brain, Volume 4. Raven Press, New York. pp. 1-27,
1979.

7.   Lipton, MA, RB Mailman and CB Nemeroff. Vitamins, megavitamins therapy and the nervous
system. In: R Wurtman, and J Wurtman, (eds.) Nutrition and the Brain, Volume 3. Raven Press,
New York. pp. 183-264, 1979.

8.   Pappas, BA, TK Harden, RB Mailman, JH Wilson, RA Mueller and GR Breese. Neuronal and
behavioral plasticity after noradrenergic lesions of developing rats. In: E Usdin, I Kopin, and J
Barchas, (eds.) Catecholamines: Basic and Clinical Frontiers, Volume 1. Pergamon Press, New
York. pp. 839-841, 1979.

9.   Breese, GR, T Gualtieri, RB Mailman, RA Mueller, W Youngblood, RA Vogel and JH Wilson.
Developmental neuropsychopharmacology: preclinical and clinical studies of the hyperkinetic
syndrome. In: A Raskin, (ed.) The Influence of Age on the Pharmacology of Psychoactive
Drugs. Raven Press, New York. pp. 63-78, 1980.

10.  Frye, GD, RA Vogel, RB Mailman, MG Ondrusek, JH Wilson, RA Mueller and GR Breese. A
comparison of behavioral and neurochemical effects of ethanol and chlordiazepoxide. Adv.
Exp. Med. Biol. 132: 729-737, 1980

11.  Mailman, RB and JA Sidden. Food additives. In: FE Guthrie, and JJ Perry, (eds.) Introduction
to Environmental Toxicology. Elsevier, Amsterdam. pp. 313-328, 1980.

12.     Mailman, RB, GD Frye, RA Mueller and GR Breese.  The effects of thyrotropin-releasing hormone (TRH) and other drugs on the actions of alcohol. Adv. Exp. Med. Biol. 126: 509-522, 1980

13.     Mailman, RB. Biochemical Toxicology of the Central Nervous System. In: E Hodgson, and FE Guthrie, (eds.) Introduction to Biochemical Toxicology. Elsevier, Amsterdam. pp. 224-244, 1980.

14.     Mailman, RB. Heavy Metals. In: FE Guthrie, and JJ Perry, (eds.) Introduction to Environmental Toxicology. Elsevier, Amsterdam. pp. 34-43, 1980.

15.     Mueller, RA, GR Breese and RB Mailman. Behavioral and monoaminergic consequences of exposure to neurotoxins during development. In: H Parvez, and S Parvez, (eds.) Biogenic Amines in Development. Elsevier-North Holland, Amsterdam. pp. 617-639, 1980.

16.     Breese, GR, RA Mueller, RB Mailman and GD Frye.  Effects of TRH on central nervous system function. Prog. Clin. Biol. Res. 68: 99-116, 1981

17.     Mailman, RB and P Morell. Neurotoxicants and membrane associated functions. Rev. Biochem. Toxicol. 4: 213-255, 1982

18.     DeHaven, DL and RB Mailman.  The use of radioligand binding techniques in neurotoxicology. Rev. Biochem. Toxicol. 5: 193-238, 1983

19.     Mailman, RB, TJ McCown and CD Kilts. Animal models in psychoneuroendocrinology. In: CB Nemeroff, and A Dunn, (eds.) Peptides, Hormones, and Behavior. SP Medical and Scientific pp. 893-912, 1983.

20.     Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. Bol. Asoc. Med. PR. 75: 551-553, 1983

21.     Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. Contemp. Nutr. 8(6): 1-2, 1983

22.     Mailman, RB and MH Lewis.  Food additives and childhood hyperactivity. ASDC. J. Dent. Child. 50: 283-286, 1983

23.     Lewis, MH , JN Mobilio, DJ Rissmiller and RB Mailman.  Thioridazine pharmacodynamics: clinical effects may depend upon drug metabolism. J. Am. Osteopath. Assoc. 84: 124-128, 1984

24.     Lewis, MH and RB Mailman.  Developmental disorders and defined diets. Cer. Foods World 29: 152-154, 1984

25.     Mailman, RB and DL DeHaven. Responses of neurotransmitter systems to toxicant exposure. In: T Narahashi, (ed.) Cellular and Molecular Neurotoxicology. Raven Press, New York. pp. 207-224, 1984.

26.     Twery, MJ, RB Mailman, MH Lewis and CW Cooper. Alterations of behavior of the rat by calcitonin administered centrally is not associated with alteration in brain dopamine levels or binding of dopamine to brain receptors. In: DV Cohn, T Fujita, JT Potts, and RV Talmadge, (eds.) Endocrine Control of Bone and Calcium Metabolism. Excerpta Medica, New York. pp. 180-183, 1984.

27.     Mailman, RB, E Widerlöv, CD Kilts and MH Lewis.  Thioridazine - an atypical neuroleptic? Nordisk Psykiatrisk Tidsskrift (Nordic Psychiat. J.) 39: 385-405, 1985

28. Wyrick, SD and RB Mailman. Synthesis of tritium-labeled (+) 7-chloro-8-hydroxy-3-methyl-1-phenyl-2,3,4,5-tetrahydro-1H-3-benzazepine (SCH23390). In: RR Muccino, (ed.) Synthesis and Applications of Isotopically Labelled Compounds 1985. pp. 165-166, 1985.

29. DeHaven, DL and RB Mailman. Behavior-neurochemistry interactions. In: Z Annau, (ed.) Neurobehavioral Toxicology. Johns Hopkins University Pres, Baltimore. pp. 214-243, 1986.

30. Mailman, RB, DW Schulz, CD Kilts, MH Lewis, H Rollema and S Wyrick. The multiplicity of the $D_1$ dopamine receptor. Adv. Exp. Med. Biol. 204: 53-72, 1986

31. Mailman, RB. Mechanisms of CNS injury in behavioral dysfunction. Neurotoxicol. Teratol. 9: 417-426, 1987

32. Mailman, RB and MH Lewis. Neurotoxicants and central catecholamine systems. Neurotoxicology. 8: 123-139, 1987

33. Mailman, RB, BE Mileson and MH Lewis. Neurotoxicity expressed as alterations of cell-cell interaction. In: HA Milman, and E Elmore, (eds.) Biochemical Mechanisms and Regulation of Intracellular Communication. Princeton Scientific Publishing, Princeton. pp. 97-111, 1987.

34. Morell, P and RB Mailman. Selective and nonselective effects of organometals on brain neurochemistry. In: HA Tilson, and S Sparber, (eds.) Neurotoxicants and Neurobiological Function: Effects of Organoheavy Metals. pp. 201-229, 1987.

35. Lewis, MH , AA Baumeister and RB Mailman. A neurobiological alternative to the perceptual reinforcement hypothesis of stereotyped behavior: a commentary on "Self-stimulatory behavior and perceptual reinforcement. J. Appl. Behav. Anal. 20: 253-258, 1987

36. Kilts, CD, CM Anderson, TD Ely and RB Mailman. The biochemistry and pharmacology of mesoamygdaloid dopamine neurons. Ann. N. Y. Acad. Sci. 537: 173-187, 1988

37. Lewis, MH and RB Mailman. Psychotropic drug blood levels: measurement and relation to behavioral outcome in mentally retarded clients. In: MG Aman, and NN Singh, (eds.) Psychopharmacology of Developmental Disabilities. Springer-Verlag, New York. pp. 58-81, 1988.

38. Lewis, MH and RB Mailman. Effects of lithium on the renin-angiotensin system. In: N Johnson, (ed.) Lithium and the Endocrine System (Lithium Therapy Monographs, Vol. 2). pp. 9-19, 1988.

39. Mailman, RB, Martin, P, Walker, QD and MH Lewis. "Neurotoxicology and Food Safety Assessment" In: John Hathcock (ed.). Nutritional Toxicology, Volume III: 21-40, 1989.

40. Kuhn, C.M. and Mailman, R.B.. Developmental Neurotoxicology. In: M. Abou-Donia (ed.) Neurotoxicology. CRC Press. 1991.

41. Mailman, RB and Lawler CP. Receptor-toxicant interactions. In: E Hodgson and P. Levi, (eds.) Introduction to Biochemical Toxicology. Second Edition. Elsevier, Amsterdam. 1993.

42. Mailman, RB, Lawler CP and Martin P. Biochemical Toxicology of the Central Nervous System. In: E Hodgson and P. Levi (eds.) Introduction to Biochemical Toxicology. Second Edition. Elsevier, Amsterdam. 1993.

43. Lewis, M.H., Gluck, J.P., Bodfish, J., and Mailman, RB Neurobiological basis of stereotyped behavior in animals and humans. In R.L. Sprague and K.M. Newell (eds.) Stereotypies: brain-behavior relationships, Washington, D.C.: American Psychological Association Press. 1995.

*Curriculum Vitae – Richard B. Mailman – Page 19*

44. Hodgson E, Blake BL, Levi PE, Genter MB, Mailman RB, Lawton MP, and. Philpot RM, Flavin-containing monooxygenases: substrate specificity and complex metabolic pathways. In Molecular Aspects of Oxidative Drug Metabolizing Enzymes (E. Arinc, E. Hodgson, and J. B. Schenkman, Eds.) Springer-Verlag, Berlin, pp. 225-236, 1995.

45. Mailman RB, Mayleben M, and Lawler CP. Effects of Toxic Metals on Neurotransmitters. In: Toxicology of Metals L. Magos, T. Suzuki, and L. Chang, eds. CRC Press, 1996.

46. Mailman RB, Nichols DE, and Tropsha A "Molecular Drug Design for Dopamine Receptors" The Dopamine Receptors, K. Neve and R. Neve (eds.), Humana Press, pp. 105-133, 1996.

47. Mailman RB, Nichols DE, Lewis MM, Blake B, and Lawler CP. "Functional Effects of Novel Dopamine Ligands: Dihydrexidine and Parkinson's Disease as a First Step". Dopamine Receptor Subtypes: From Basic Science to Clinical Application. P. Jenner & R. Demirdemar (eds.), IOS Press. Pp. 64-83. 1998.

48. Lieberman, JA and Mailman, RB. Decline of dopamine: effects of age and acute neuroleptic challenge. Am. J. Psychiatry 155: 319-323, 1998.

49. Mailman RB and Nichols DE. Dopamine $D_1$ receptor agonists as antiparkinson drugs. Trends Pharmacol Sci. 19: 255-256, 1998.

50. Miyamoto S, Duncan GE, Mailman RB and Jeffrey A. Lieberman. Developing novel antipsychotic drugs: strategies and goals. Current Opinion in Central & Peripheral Nervous System Investigational Drugs. 2: 25-39, 2000

51. Mailman, RB and Lawler CP. Receptor-toxicant interactions. In: E Hodgson and R. Smart, (eds.) Introduction to Biochemical Toxicology. Third Edition. Elsevier, Amsterdam. 2001. pp. 277-307.

52. Blake, B., Lawler CP, and Mailman, RB. Biochemical Toxicology of the Central Nervous System. In: E Hodgson and R. Smart, (eds.) Introduction to Biochemical Toxicology. Third Edition. Elsevier, Amsterdam. 2001. pp. 453-486.

53. Huang X, Lawler CP, Nichols DE, Lewis MM, and Mailman RB. Dopamine $D_1$ Receptors. International Review of Neurobiology 48: 66-138, 2001.

54. Mailman RB, Huang X, and Nichols DE. Dopamine $D_1$ full agonists and Parkinson's disease. Current Opin in Investigational Drugs 2(11): 1582-1591, 2001 (PMID: 11763161)

55. Koller WC and Mailman RB. "Are animal models required for therapeutic research? No." Moving Along 7(1): 7, 2005.

56. Mailman RB. and Huang X. Chapter 4. Dopamine Receptor Pharmacology In: Handbook of Clinical Neurology (3rd Series) Parkinson's Disease and Related Disorders (W. Koller, E. Melamed, Eds.) (in press, 2007).

57. Mailman RB. Chapter 19. Toxicant-Receptor Interactions: Fundamental Principles. Introduction to Biochemical and Molecular Toxicology, Fourth Edition, E. Hodgson and R. Smart (eds). (in press 2007)

## INVITED PRESENTATIONS:

1. April, 1974. University of Cincinnati, Department of Environmental Health, Cincinnati, OH. "Multiplicity of cytochrome P450 in uninduced rats and mice."

2. September, 1974. University of Michigan, Department of Environmental and Industrial Health, Ann Arbor, MI. "Multiplicity of cytochrome P450: Effects of inducing agents."

3.  August, 1978. Groningen University, Groningen, the Netherlands.  Department of Medicinal Chemistry. "Is there a direct role of dopaminergic neurons in regulating cerebellar cGMP?"

4.  March, 1979. University of North Carolina School of Medicine, Department of Psychiatry Grand Rounds, Chapel Hill, NC. "Lithium interactions with chronic haloperidol treatment."

5.  September, 1981. Duke University, Neurobehavioral and Psychopharmacology Training Program, Durham, NC. "Drug Metabolism and Antipsychotic drugs."

6.  January, 1982. National Institutes of Health - Consensus Development Symposium on "Diet and Childhood Hyperactivity", Washington, DC.  "The example of red dye number 3: neurotoxin or no toxin."

7.  May, 1982. National Institute of Environmental Health Sciences, Laboratory of Neurobehavioral Toxicology and Teratology, Research Triangle Park, "CNS sensitivity changes: Drugs, toxicants and receptors."

8.  May, 1982. University of Minnesota, Department of Pharmacology, Minneapolis, MN. "Actions of thioridazine in vitro. Drug metabolism as an essential component of CNS action.

9.  October, 1982. American Association of Cereal Chemists National Meeting, San Antonio, TX, "Sensitivity to food additives" in Symposium on "Food Allergies"

10. October, 1982. University of Texas Medical Branch, Department of Pharmacology, Galveston, TX. "Regulation of the sensitivity of dopamine neurons:  Is receptor regulation the primary mechanism"

11. June, 1983. Synthelabo, Inc., Paris, France. "Are receptors always involved in supersensitivity"

12. June, 1983. Groningen University, Groningen, the Netherlands.  Department of Biological Psychiatry. "Artifacts of the neuroleptic radioreceptor assay."

13. June, 1983. Groningen University, Groningen, The Netherlands.  Department of Medicinal Chemistry. "Metabolism and the actions of thioridazine."

14. June, 1983. University of Uppsala and Ulleracker Hospital, Uppsala, Sweden. "Pharmacology of thioridazine."

15. August, 1983. San Diego, CA. Symposium on Molecular and Cellular Mechanisms of Neurotoxicity. "Effects of Neurotoxicants on Neurotransmitter Function".

16. March, 1984. University of Texas Medical Branch, Galveston, TX.  Department of Pharmacology. "Redefining function of dopamine receptors".

17. April, 1984. Bowman-Gray School of Medicine of Wake Forest University, Winston-Salem, NC. Department of Pharmacology. "Redefining function of multiple dopamine receptors."

18. May, 1984. Northwestern University, Chicago, IL. Departments of Pathology, Physiology and Pharmacology-Minisymposium on Biochemical Mechanisms of Neurotoxicity. "Effects of Environmental Agents on Neurotransmitter Systems".

19. June, 1984. US Army Medical Research Division, Edgewood Arsenal, MD.  "Redefining function of multiple dopamine receptors."

20. June, 1984. Venice, Italy, Workshop on Novel and Atypical Antipsychotic Drugs. "$D_1$ actions of $D_2$ dopamine receptor blockers".

21. October, 1984. University of Medicine and Dentistry of New Jersey-SOM, Camden, NJ. "The biochemistry of dopamine receptors and antipsychotic drugs".

22.   February, 1985. University of North Carolina, Department of Medicinal Chemistry. "Benzazepines as novel probes of dopamine receptors".

23.   March, 1985. University of Medicine and Dentistry of New Jersey-SOM, Camden, NJ. "Effects of low doses of lead on the central nervous system".

24.   April, 1985. University of Arkansas Medical Center, Department of Pharmacology. "Multiplicity of dopamine receptors."

25.   April, 1985. Medical College of Pennsylvania, Department of Pharmacology. "Multiplicity of dopamine receptors."

26.   September, 1985. FASEB Symposium on Predicting Neurotoxicity and Behavioral Dysfunction from Preclinical Data. "Mechanisms of CNS Injury in Behavioral Dysfunction."

27.   November, 1985. University of Pennsylvania, Department of Pharmacology. "Some aspects of the multiplicity and function of dopamine receptors".

28.   December, 1985. American College of Neuropsychopharmacology - Symposium on $D_1$ dopamine receptors. "Multiplicity of $D_1$ dopamine receptors".

29.   April, 1986. U.S.-Sweden Collaborative Workshop in Toxicology. National Institutes of Environmental Health Sciences, Research Triangle Park, NC.

30.   August, 1986. American Chemical Society. Middle Atlantic Section, Baltimore, Md. Symposium: Chemical Indices of Neurotoxicity. "Neurotoxicants and central catecholamine systems".

31.   October, 1987. Duke University Medical Center, Durham, NC. Department of Pharmacology. "$D_1$ Dopamine Receptors".

32.   March, 1988. Purdue University. Department of Pharmacology and Toxicology. "The Pharmacology and Toxicology of $D_1$ Dopamine Receptors".

33.   April, 1988. Health Effects Institute Annual Meeting, Colorado Springs. "Understanding the Factors Required to Detect or Predict Neurotoxicity".

34.   September 7, 1988. Duke University Medical Center, Durham, NC. Interdisciplinary Program in Toxicology. Visiting Scholar. "Effect of toxic insult of dopamine receptors"

35.   September 16, 1988. Burroughs Wellcome Inc., Research Triangle Park, NC. "Effect of toxic insult of dopamine receptors"

36.   March 2, 1989: "Toxicant-induced biochemical and molecular changes that affect cell-cell communication". Invited talk in Symposium on "Neurotoxicant-induced alterations in cellular interactions". Society of Toxicology Annual Meeting, Atlanta, GA.

37.   September 19, 1989. Advisory Council, National Institutes of Environmental Health Sciences. "Modern Approaches to Problems of Central Nervous System Toxicology".

38.   September 20, 1989. Rutgers University. Department of Pharmacology and Toxicology. "Response of Dopamine Receptor Systems to Insult".

39.   February 1, 1990. Yale University. Department of Pharmacology. "Are there multiple $D_1$ Dopamine receptors?"

40.   April 25, 1990. Carrier Foundation and Clinic, Belle Mead, NJ. "Evaluating therapeutic diets: how therapeutic are they?"

*Curriculum Vitae – Richard B. Mailman – Page 22*

41.    May 19, 1990. Michigan State University. Neuroscience Program. "D₁ Dopamine receptors"

42.    September 20, 1990. University of Rochester. Molecular and Biochemical Toxicology Program. "Mechanisms of Dopamine Receptor Supersensitivity"

43.    February 27, 1991. Society of Toxicology Annual Meeting, Dallas TX. "New Investigators Forum".

44.    April 17, 1991. N.C. Society of Toxicology Annual Meeting, Research Triangle Park, NC. "Implications of receptor mediated processes for human risk assessment: Neurotoxicants acting at receptors"

45.    August 22, 1991. U.S. Environmental Protection Agency Research Center, Research Triangle Park, NC. Neurotoxicology Division. "Response to Insult of Dopamine Systems"

46.    February 26, 1992. Society of Toxicology Annual Meeting, Seattle WA. Burroughs-Wellcome Award Address. "Responses of the Brain to Toxic Insult: Molecules, Models, and Medicine"

47.    February 28, 1992. Oregon Health Sciences University, Vollum Institute. "New directions in function and structure of D₁ dopamine receptors"

48.    April 24, 1992. FASEB Meeting. "Biochemical and molecular receptor mechanisms in synaptic responses to neurotoxic insult" in ASPET Symposium entitled: "Role of receptors and their regulatory effectors in neurotoxicity."

49.    February 23, 1993. University of Florida Health Sciences Center, Gainesville. Psychiatry Grand Rounds. "Drugs for Dopamine Systems: New Directions in the Treatment of Psychiatric and Neurologic Disorders."

50.    March 3, 1993. University of North Carolina, Curriculum in Toxicology. "Accommodating for Insult to Dopamine Neurons: Chemical and Idiopathic Parkinsonism."

51.    February 11, 1994. Hoechst Roussel Pharmaceuticals, Bridgewater, NJ. "Molecular drug design and dopamine receptors."

52.    April 15, 1994: Otsuka Pharmaceutical Corp., Osaka Japan. "Molecular Pharmacology of OPC-14597".

53.    April 15, 1994: Otsuka Pharmaceutical Corp., Osaka Japan. "New Concepts of Drug Selectivity: Functional Selectivity Based on Cellular Localization".

54.    October 11, 1994: Department of Toxicology, North Carolina State University. "Parkinson's Disease: Toxicological Cause? Toxicological Cure?"

55.    December 8, 1994: Neurobiology Curriculum, University of North Carolina, Chapel Hill. "The Functional Selectivity Hypothesis: A Novel Mechanism Explaining Receptor-Mediated Drug Selectivity?"

56.    May 17, 1995. Neurology Grand Rounds, University of North Carolina, Chapel Hill. "Molecular Drug Design and Novel Therapeutic Approaches to Treatment of Parkinson's Disease"

57.    May 17-19, 1996. Antalya, Turkey. Congress: Dopamine Receptor Subtypes: From Basic Science to Clinic "Functional Effects of Novel Dopamine Ligands: Dihydrexidine and Parkinson's Disease as a First Step."

58.    September 8, 1997: Department of Medicinal Chemistry, University of North Carolina, Chapel Hill. "D₁ dopamine receptors: from molecular modeling to medicine."

59.    September 9, 1997: Department of Pharmacology, University of North Carolina, Chapel Hill. "$D_1$ Dopamine Receptors: From Computer to Clinic."

60.    Oct. 9-13, 1997: Noram International Symposium on Gene and Transplant Therapy for Parkinson's Disease and Other Neurological Disorders, Beijing, China. "Advances in the Pharmacotherapy of Parkinson's Disease".

61.    December 17-18, 1997: Ada County (Idaho) Medical Education Consortium "Therapy of Parkinson's Disease: Present and Future."

62.    March 19, 1998. Psychiatry Grand Rounds, University of North Carolina, Chapel Hill. "Novel mechanisms for pharmacotherapy of schizophrenia and movement disorders".

63.    March 21, 1998: North Carolina State University. First Annual Distinguished Alumni Lecture "Novel Therapies: An Interdisciplinary Approach".

64.    November 18, 1998. Northwestern University. "Molecular design of dopaminergic ligands: novel mechanisms for pharmacotherapy of schizophrenia and Parkinson's disease".

65.    1999-01-07. University of North Carolina. Center for Alcohol Studies. "Novel receptor mechanisms influencing pharmacotherapeutic approaches to treatment of drug abuse".

66.    1999-04-15. Purdue University. Department of Medicinal Chemistry and Molecular Pharmacology "Functional selectivity: a novel mechanism of drug-receptor interaction."

67.    1999-04-16. Lilly Pharmaceuticals Inc., Indianapolis IN "Functional Selectivity: a drug as both agonist and antagonist."

68.    1999-07-07. College of Veterinary Medicine, Mississippi State University. "Molecular aspects and consequences of ligand interaction with dopamine receptors."

69.    1999-09-13. NC Mental Health Meeting: Hargrave Award Address "Treatment of Psychiatric and Neurological Disorders: The Next Millenium", Southern Pines NC.

70.    1999-10-04. Department of Neuroscience, Columbia University. "Molecular recognition of dopamine $D_1$ receptors: towards novel therapeutics."

71.    1999-11-17. Neurology Grand Rounds, University of North Carolina, Chapel Hill. "Parkinson's disease: the neuroscience of therapeutic breakthroughs"

72.    2000-01-20. King's-Guy's-St. Thomas Schools of Medicine, London UK. "Novel $D_1$ Agonists in Parkinson's Pharmacotherapy"

73.    2000-04-06. Schering-Plough Pharmaceuticals, Kenilworth NJ. "Molecular mechanisms and therapeutic implications of dopamine $D_1$ agonists"

74.    2000-04-25. Memory Pharmaceuticals, New York, NY. "Mechanisms and application of novel dopamine agonists."

75.    2000-11-01. Parkinson Disease Center, Baylor University. "Novel pharmacotherapeutic approaches to the treatment of Parkinson's disease."

76.    2000-11-04. Society for Neuroscience, New Orleans, Annual Meeting. "The binding site of the dopamine $D_1$ and $D_5$ receptors" in Satellite Symposium "Subtype-selective molecular determinants of the 'binding-site crevice' of biogenic amine G protein-coupled receptors (GPCR)".

77.    2001-03-15. Pfizer, Inc., Groton CT. "Structural and functional studies of the activation of $D_1$ dopamine receptors and the implications for pharmacotherapeutics."

78. 2001-04-05. Emory University, Department of Neurology, Atlanta GA. "Structural and functional studies of the activation of $D_1$ dopamine receptors: implications for neurotherapeutics".

79. 2001-10-30. Biopsychology Program, University of North Carolina. "Biobehavioral Actions of Dopamine $D_1$ Agonists: From Computer to Clinic."

80. 2001-11-01. Case-Western University, Department of Biochemistry, Cleveland OH. "Structural and functional studies of the activation of $D_1$ dopamine receptors: implications for neurotherapeutics".

81. 2002-03-26. Parkinson's Disease Institute, Sunnyvale CA. "Parkinson's Disease Pharmacotherapy: The New from the Old."

82. 2002-04-05. University of North Carolina, Neuroscience Center. "The neuroscience of using drugs before Parkinson's disease is 'cured'."

83. 2002-06-12. NCDEU Annual Meeting, Boca Raton FL. "Current issues in the development of $D_1$ dopamine receptor agonists" in "New Approaches to the Treatment of Cognitive Disturbances in Schizophrenia."

84. 2002-09-09. Northwestern University, Division of Pulmonary and Critical Care Medicine. "Perspective on dopamine $D_1$ and mixed agonists: novel molecular mechanisms and therapeutic possibilities."

85. 2003-04-09. Lilly/Sphinx Pharmaceuticals. "Functional selectivity as a mechanism for novel drug discovery."

86. 2003-08-19. Pfizer Pharmaceuticals, Ann Arbor MI. "Functional selectivity and CNS drug action."

87. 2003-09-07. 14th Camerino-Noordwijkerhout Symposium "Ongoing Progress in the Receptor Chemistry," Camerino, Italy.

88. 2003-09-18. Purdue University Neuroscience Program. "Breakthrough Therapy for Parkinson's Disease: advances, however SLOW, SHAKE up old RIGID ideas."

89. 2003-12-11. American College of Neuropsychopharmacology Panel, San Juan. "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects: examples from the lab (DAR-0101) to the clinic (aripiprazole)" in Panel "Functional Selectivity of Receptor Signaling: Epiphenomenon or New Opportunity for Drug Discovery?"

90. 2004-02-06. Columbia University, New York NY. "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects."

91. 2005-04-02. EB2005 Meeting San Diego. [Panel Presentation]: "Functional selectivity of dopamine receptor ligands predicts novel behavioral effects."

92. 2005-04-05. EB2005 Meeting San Diego. [Panel Chair] "Are Pharmacology's Ten Commandments still viable? How functional selectivity affects teaching and research."

93. 2005-04-11. Psychiatric Drug Discovery & Development (SRI; Princeton NJ) "Full $D_1$ Agonists: Novel Treatment for Cognitive Deficits in Psychiatric Disorders."

94. 2005-06-02. Current Issues in the Development of $D_1$ Dopamine Receptor Agonists IN: $D_1$ Receptor Modulation and its Implications for Cognitive Enhancement in the Schizophrenia Spectrum. Annual Meeting of the Society of Biological Psychiatry, Atlanta. GA.

95.    2006-04-10. University of Michigan, Ann Arbor, Department of Pharmacology. Dopamine receptors and their ligands (the death of intrinsic efficacy!).

96.    2006-07-12. Cong. Int. Neuropsychopharmacol (CINP) Symposium. Does receptor functional selectivity contribute to atypicality? (Symposium). Chicago, Illinois.

## ACADEMIC RESPONSIBILITIES AND SERVICE

### ADMINISTRATIVE RESPONSIBILITES:

Founder & Faculty Director (1985-2002) of CSS, a 700 user multi-departmental IT Support group.

*University Service*: School of Medicine Conflict of Interest Committee (1998-2000); Vice Chancellor's Research Advisory Committee (1994-6); UNC Environmental Health Sciences Task Force (1993); Member of three medical school Chair or Director search committees.

*Curriculum in Toxicology*: Associate Director (2002-present); Executive Committee (elected: 1985-98); Admissions Committee (1985-8); Doctoral Written Exam Committee (1985-6; 1993-5).

*Department of Pharmacology*: [recent committees] Doctoral Exam Committee (2003-4; 1990-3); Graduate Education Executive Committee (1997-9); Admissions Committee (1985-8; 1993-6); Butler Awards Committee (1989-present); Graduate Program Review Committee (1994-7)

*Neurobiology Curriculum*: Faculty Membership Committee (1982-present)

### TEACHING:

#### Teaching Awards:

Department of Pharmacology Teacher of the Year Award (1995): [voted by graduate students]

#### Current Teaching Responsibilities:

**PHCO56: General Pharmacology**. Course Coordinator plus 4 lecture hr.

**NBIO722-3: Cellular and Molecular Neuroscience**. 1996-present; "Receptor" block (half of 20 hr block) & 4 hr in Presynaptic mechanisms

**PHCO202: Introduction to Pharmacology and Toxicology**. CNS Coordinator plus 8 lecture hr.

**PHCO123: Medical Pharmacology:** Two lectures plus three workshops

**BIO410: Introduction to Neurobiology**. 1998-present; Lecture on dopamine and Parkinson's.

**Tox222: Biochemical Toxicology**. Receptor-Toxicant Interactions.

#### Past Teaching Responsibilities:

**At UNC:** 1997-9: **MS II: Medical Pharmacology**. CNS Coordinator plus 4 lecture hr. 1981-83; 1995-2004; **CBIO 117: The Cell:** Receptor theory and analysis (5 hr); **Dental Student Pharmacology**. CNS and Analgesic Pharmacology. 1981-1994; **Medical Problems II**. Preceptor. 1991-3; **Biotransformation of Xenobiotics**. Lectures on "Metabolism as determinant of action with CNS Drugs". 1982-1987; **Neurochemistry**. Section on "Receptors". 1982-present; **Synaptic Pharmacology**. Sections on "Neurotransmitters" and "Receptors". 1979-present; **BIOL 121: Introduction to Neurobiology**. "Dopamine Systems and Parkinson's disease." 1997-2000

**At North Carolina State University:** **Biochemical Toxicology**. Lectures on "Receptors" and "Neurotoxicology" (1973-1992); **Environmental Toxicology**. Three lectures per year on topical issues (1973-1987).

### TRAINING:

#### Post-Doctoral trainees:

Mark H. Lewis, Ph.D.: 1980-3. Present/Last Known Position: Professor and Assoicate Chair, Univ. of Florida Health Sciences Center, Gainesville.

Diane L. DeHaven, Ph.D.: 1981-5. Present/Last Known Position: Director of Pharmacology, Adolar Pharma Inc.

Brian Kirkpatrick, M.D.: 1984-5. Current Position: Vice Chair and Professor, Department of Psychiatry, Medical College of Georgia.

Thomas Walsh, Ph.D.: 1985-6. Present/Last Known Position: Professor, Rutgers University (deceased, 2000).

Andrew Hoffman, Ph.D.: 1987-9. Present/Last Known Position: Computational Chemist, Polygen Inc.

Soon-Chul Lee, Ph.D.: 1989-90. Fogerty International Fellow. Professor, Chungnam University, Korea.

Parthena Martin, Ph.D.: 1987-89. Present/Last Known Position: Senior Scientist, Drug Discovery, PPD Development Inc.

Kirwin Darney, Ph.D.: 1989-1991. (No longer in science)

Cindy Lawler, Ph.D.: 1987-1991. Present/Last Known Position: Extramural Program Director, National Institute of Environmental Health Sciences, NIH.

John Petitto, M.D. 1990. (Research fellow 1988-9). Present/last known Position: Professor, University of Florida Health Sciences Center, Gainesville

John Gilmore, M.D.: 1990-1991. Present/Last Known Position: Professor of Psychiatry and Vice Chair for Research, University of North Carolina.

Larry Cook, Ph.D.: 1990-1991. Present/Last Known Position: Scientist, RTP, NC

Jeffrey Brock, Ph.D.: 1994-1996. Present/Last Known Position: Assistant Professor, Murray State University

Caryn Striplin, Ph.D.: 1995-1996. Present/Last Known Position: Research Scientist, Carolinas Medical Center, Charlotte.

Candace Andersson, Ph.D.: 1996-2000. Present position: Senior Medical Scientist, Bristol-Myers Squibb.

Bonita Blake, Ph.D.: 1996-1999. Present position: Assistant Professor, Center for Alcohol Studies, UNC

Mechelle M. Lewis, Ph.D.: 1997-2001. Present position: Research Fellow, Department of Neurology, UNC

Erin Heinzen, Ph.D., 2004-2005. Present position: Fellow, Duke University

### Pre-Doctoral trainees:

Dan H. Mooney, Toxicology, M.S., 1993. Present/Last Known Position: Senior Toxicologist, Infineum USA L.P.

Peter O. Rau, Pharmacology, M.S., 1996. Present/Last Known Position: Clinical Research Scientist, Quintiles Inc.

Michael J. Twery, Ph.D., Pharmacology (co-chair), 1983. Present/Last Known Position: Staff Scientist, NHLBI

David Schulz, Ph.D., Neurobiology, 1985. Present/Last Known Position: Group Leader, Pfizer Inc.

Diane Niedzwiecki, Ph.D., Pharmacology, 1986. Present/Last Known Position: Toxicologist, State of Colorado

Vernon Jimmerson, Toxicology, Ph.D., 1989. Present/Last Known Position: Major, U.S. Army Chemical Defense Corps.

Beth Mileson, Toxicology, Ph.D., 1989. Present/Last Known Position: Associate Director, Toxicology, Ecotoxicology and Risk Assessment Division, Toxicology Sciences Group, Inc..

Timothy W. Lovenberg, Pharmacology, Ph.D., 1990. Present/Last Known Position: Group Leader, Johnson & Johnson Research Institute.

David Mottola, Pharmacology, Ph.D., 1992. Present/Last Known Position: United Therapeutics RTP, NC.

Val Watts, Pharmacology, Ph.D., 1994. Present/Last Known Position: Associate Professor of Medicinal Chemistry and Molecular Pharmacology, Purdue, University.

David Walker, Toxicology, Ph.D., 1995. Present/Last Known Position: Research Assistant Professor, Duke University Department of Pharmacology.

Hilary Smith, Neurobiology, Ph.D., M.D., 1996. Present/Last Known Position: Psychiatrist.

Mechelle Mayleben Lewis, Ph.D., Neurobiology, Ph.D., 1997. Present/Last Known position: Research Scientist, UNC.

Jason Kilts, Pharmacology, Ph.D. 1998. Present/Last Known position: Assistant Professor, Duke University.

Cassandra Prioleau, Pharmacology, Ph.D. 1998. Present/Last Known position: Scientist, US FDA

Diedra Montague, Pharmacology, Ph.D., 1999. Present position: Medical Sciences Representative, Bristol-Myers Squibb.

Elaine Arrington Gay, Neurobiology, Ph.D., 2003. Present Position: Postdoctoral fellow, NIH/NIEHS.

Amy Jassen, Neurobiology, Ph.D. 2003. Present position: Postdoctoral fellow, Harvard University.

Karen Neitzel, Neurobiology, Ph.D. 2004. Present position: Postdoctoral fellow, Emory University.

Jessica Ryman, Toxicology, Ph.D. 2004. Present position: Postdoctoral fellow, North Carolina State University.

Sarah Leonard, Pharmacology, Ph.D. 2004 Present position: Postdoctoral fellow, Wyeth Pharmaceuticals, Inc.

Scott Oloff, Pharmacology, Ph.D. 2005. Present Position: Research Scientist, Biogen, Inc.

Justin Corey Fowler, Medicinal Chemistry, Ph.D 2006. Present Position: Post-doc, Vanderbilt University.

Jonathan Urban, Toxicology, Ph.D. 2006. Present Position: Consulting Toxicologist, ChemRisk Inc..

Justin Brown, IBMS/Pharmacology (Ph.D expected 2007).

## Honors Undergraduates:

Dalliah Black, UNC B.S., Biology, 1994. Present/Last Known position: M.D., Fellow in Surgery, UNC Hospitals.

J. Scott Overcash, UNC B.S., Biology, 1996. Present/Last Known position: M.D., UNC School of Medicine, 2000; Resident in Emergency Medicine, University of North Carolina Hospitals.

Clifford Peck, UNC B.S., Biology, 1996. Present/Last Known position: M.D., University of North Carolina School of Medicine, 2000.

Eric Volckmann, UNC B.S., Biology, 1998. Present/Last Known position: M.D., University of North Carolina School of Medicine, 2002

Subha Airan, UNC B.S., Biology, 2000. Present/Last Known position: MS IV, University of Maryland School of Medicine

Mehul Raval, UNC B.S., Biology, 2000. Present/Last Known position: MS IV, Wake Forest University School of Medicine

Olivia Granillo, UNC B.S., Biology, 2003. Current position: M.D./Ph.D. Student, Duke University

[Current: Meredith Gilliam, UNC B.S. Chemistry 2007; Michelle Oppenheim, UNC B.S. Chemistry 2007.]

## **EXHIBIT B**

- U.S. Patent No. 4,843,086

- U.S. Patent No. 4,886,812

- U.S. Application Serial No. 747,748

- EP Application 0 207 696

- BOE00075129-62

# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Boehringer Ingelheim International GmbH and<br>Boehringer Ingelheim Pharmaceutical, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Barr Laboratories, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-700 (***)<br>)<br>)<br>)<br>)  **CONTAINS HIGHLY**<br>)  **CONFIDENTIAL**<br>)  **INFORMATION**<br>)<br>) |

## EXPERT REPORT OF ROY WEINSTEIN

## I.    INTRODUCTION

1.    I am an economist and President of Micronomics, LLC, an economic research and consulting firm located in Los Angeles, California. I have more than 37 years of consulting experience analyzing questions relating to industrial organization, the valuation of intellectual property, patent damages, antitrust economics, and the collection, tabulation and analysis of various types of economic, financial and statistical data. I have spoken on these subjects before the National Association of Attorneys General, the American Bar Association, the Steering Committee of the California Society of Certified Public Accountants, the Los Angeles County Bar Association, the UCLA Institute on Mergers and Acquisitions, and the Midwest Economics Association. My articles have appeared in the *Journal of the Patent and Trademark Office Society, The Journal of Law and Technology, The Licensing Journal, The Antitrust Bulletin, The International Journal of the Economics of Business,* the *California State*

*Bar Journal,* and *Competition,* the Journal of the Antitrust and Trade Regulation Law Section of the State Bar of California.

       2.    I have extensive experience pertaining to the pharmaceutical industry, including engagements undertaken on behalf of Eli Lilly, Enzon, Ranbaxy, Par Pharmaceuticals, ICN Pharmaceuticals and Barr Laboratories. My experience includes extensive analyses of the regulatory process and detailed investigations of competition in the sale of brand name prescription and generic drugs. Detailed biographical information, including a list of the matters in which I have given testimony in the past five years, either by deposition or at trial, is attached at Exhibit 1. My billing rate is $650 per hour. I also have been assisted by members of my staff.

## II.    ASSIGNMENT AND CONCLUSIONS

       3.    I have been asked by counsel for Barr Laboratories, Inc. ("Barr") to review the Expert Reports of Mohan Rao, Ph.D. ("Rao Report") and Dr. C. Warren Olanow ("Olanow Report") and comment on issues raised by those reports. I also have been asked to provide an opinion as to whether the data provided in Dr. Rao's report support a conclusion that Mirapex®, a product of Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals (collectively referred to herein as "Boehringer"), is a commercial success for the treatment of Restless Legs Syndrome ("RLS"), depression, fibromyalgia and Attention Deficit Hyperactivity Disorder ("ADHD").

       4.    In conducting my analysis, I have reviewed pleadings, deposition testimony, the relevant patents, industry data, product literature, the Rao Report (and the materials cited and reviewed by Dr. Rao other than the Harper deposition), the Olanow Report, business plans, other materials produced by Boehringer and Barr, other publicly available information, and the materials listed in Exhibit 2.

5.      My understanding is that discovery is ongoing. Accordingly, the opinions set forth herein are preliminary and subject to modification as my investigation continues and additional information becomes available. I may also use charts, graphs, or other demonstrative exhibits to support any potential testimony at trial, as well as provide further background information on principles of economics.

6.      I have determined that the data provided in Dr. Rao's report do not support a conclusion that Mirapex® has been a commercial success with respect to the treatment of RLS, depression, fibromyalgia and ADHD, either individually or in combination. I also have determined that, given that data, one cannot conclude that sales of Mirapex® are "commercially significant" with respect to RLS, depression, fibromyalgia and ADHD, either individually or in combination, using Dr. Rao's definition of "commercial significance."[1]

### III.    BACKGROUND

7.      Boehringer obtained U.S. Patent No. 4,843,086 ("'086 patent") entitled "Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals" on June 27, 1989.[2] I understand that the claimed uses in the '086 patent are lowering blood pressure, lowering heart rate, treating schizophrenia, and treating Parkinsonism and Parkinson's disease.

8.      Boehringer obtained U.S. Patent No. 4,886,812 ("'812 patent") entitled "Tetrahydro-Benzthiazoles, The Preparation Thereof and Their Use as Intermediate Products or as Pharmaceuticals" on December 12, 1989.[3] I understand that the '812 patent claims certain compounds and compositions.

---

[1] Dr. Rao includes ADHD in his Tabs 4 through 6, but fails to address ADHD explicitly in his analysis.
[2] U.S. Patent and Trademark Office (http://www.uspto.gov).
[3] Ibid.

3

9.    Boehringer markets pramipexole dihydrochloride in the United States under the brand name Mirapex®. Mirapex® was launched in July 1997 when it received FDA approval for the treatment of the signs and symptoms of idiopathic Parkinson's disease.[4]

10.    Barr is the holder of Abbreviated New Drug Application ("ANDA") No. 77-724, in which it seeks permission from the FDA to manufacture generic equivalents to Boehringer's Mirapex® tablets prior to the expiration of the '086 and '812 patents.[5]

11.    My understanding is that Mirapex® is included in the therapeutic category of non-ergot dopamine agonists. Requip® (ropinirole hydrochloride), manufactured by GlaxoSmithKline, also is included in this therapeutic category. Requip® received FDA approval for the treatment of idiopathic Parkinson's disease in September 1997.[6]

12.    My understanding is that Requip® received FDA approval for the treatment of moderate-to-severe RLS in May 2005.[7] Mirapex® received FDA approval for the treatment of moderate-to-severe RLS in November 2006.[8]



---

[4] U.S. Food and Drug Administration (FDA) (http://www.fda.gov).
[5] Amended Complaint, Boehringer v. Barr, October 14, 2005.
[6] U.S. Food and Drug Administration (FDA) (http://www.fda.gov).
[7] "Requip® (ropinirole HCl) tablets first and only medication approved by the FDA for the treatment of moderate-to-severe primary Restless Leg Syndrome (RLS) in adults," GlaxoSmithKline press release, May 5, 2005.
[8] "FDA approves Boehringer Ingelheim's pramipexole for the treatment of moderate-to-severe primary Restless Legs Syndrome (RLS)," Boehringer Ingelheim press release, November 10, 2006.

## IV.    DISCUSSION

15.    My understanding is that economic factors such as sales, market share and profitability should be considered in addressing questions relating to commercial success.  I also understand that commercial success requires a nexus between the claims of the patent and a product's performance in the market.[9]  Dr. Rao fails to evaluate the market share of Mirapex® with respect to RLS, fibromyalgia, depression or ADHD.  He also fails to address the concept of nexus.  Without such information, one cannot conclude that Mirapex® has been a commercial success with respect to those uses, individually or in combination.[10]

16.    Instead of discussing commercial success, Dr. Rao states that he has been asked to evaluate whether there have been "commercially significant" sales of Boehringer's brand name drug, Mirapex®, for one or more uses other than those claimed in the '086 patent.[11]  Dr. Rao provides no citation or authority for the existence of an economic concept known as "commercial significance," nor does he describe the relationship between "commercial significance" and commercial success.

17.    In describing "commercial significance," Dr. Rao asserts: "Economists use a number of indicia to evaluate whether sales of a product reach commercial significance.  These include the level of sales, contribution of profits from those sales to the firm, and allocation of sales (and profits) related to claimed uses and other uses."[12]  Although Dr. Rao admits that he is "not aware of what would constitute the minimum threshold before such a contribution would be

---

[9] Harmon, Robert L., Patents and the Federal Circuit, Fifth Edition, BNA Books, 2001.
[10] Dr. Rao does not distinguish between these uses in setting forth his "commercial significance" analysis.
[11] Rao Report, Para. 5.
[12] Rao Report, Para. 22.

considered commercially significant," he states that "if profits from these other uses covered, say, all (or even a substantial) portion of the fixed costs of Mirapex, then clearly they would be well above the threshold for commercial significance."[13] Dr. Rao provides no citation or authority for either of these assertions, and I am unaware of any such citation or authority. Moreover, Dr. Rao's definition of "commercial significance" does not make sense from an economic standpoint as, for example, it does not even require one to recoup one's investment.

18.    Nonetheless, even using Dr. Rao's definition of "commercial significance," one cannot conclude that sales of Mirapex® are "commercially significant" with respect to RLS, depression, fibromyalgia and ADHD given the data provided in Dr. Rao's report, nor can one conclude given such data that Mirapex® has been a commercial success with respect to such other uses.



---

[13] Rao Report, Para. 24.
[14] The ICD-9 3339 category, "Other and Unspecified Extrapyramidal Diseases and Abnormal Movement Disorders," is used to tabulate prescriptions by indication and, in addition to prescriptions for RLS, also includes prescriptions for indications other than RLS. Therefore, total prescriptions and new prescriptions set forth at Exhibits 6, 8 and 9 may overstate RLS prescriptions.



22.     Dr. Rao does not provide any sales figures for Mirapex® after the third

quarter of 2005 despite the fact that such data were available both from Boehringer and through

IMS.  By limiting his analysis in this way, Dr. Rao has ignored the changes that occurred in the

market after Requip® and Mirapex® received approval for the treatment of RLS.



---

[15] IMS Health; ICD9 data (http://www.icd9data.com); National Disease and Therapeutic Index.
[16] Mirapex RLS 2006 Business Plan, October 28, 2005, BOE00677589 – 7614 at BOE00677594.
[17] Deposition of Elizabeth T. Keating, November 16, 2006, p. 112.



---

[18] Rao Report, Footnote 33.
[19] Deposition of Elizabeth T. Keating, November 16, 2006, pp. 133-134.

26.    Both Dr. Rao and Dr. Olanow address potential future sales of Mirapex® for the RLS indication based on data furnished by Boehringer.[20]    Actual data which I have reviewed demonstrate that Mirapex® total prescriptions and new prescriptions for the RLS indication have been flat.    Furthermore, it is inappropriate to reach conclusions regarding commercial success for "other uses" of Mirapex® based on forecasts of potential sales.

27.    I have reviewed the assertions made by Dr. Olanow at Paragraphs 39, 40, 44 and 47 of his Expert Report.    The data on which he relies suffer from the same deficiencies that I have identified about the data on which Dr. Rao relies and can not be relied upon in the way in which Dr. Olanow has suggested.

28.    Dr. Rao fails to account for significant costs associated with Mirapex®.    It is necessary to consider such costs in order to reach conclusions concerning both "commercial significance" (as defined by Dr. Rao) and commercial success.



---

[20] Rao Report, Para. 31 and Olanow Report, Para. 40.
[21] David, J. and Stewart, M. B. "Commercial Success: Economic Principles Applied to Patent Litigation," Economic Damages in Intellectual Property, John Wiley & Sons, 2006, p. 162.
[22] Rao Report, Tab 7B.



30. The article cited in Paragraph 30 of Dr. Rao's report also states that "calculating the proper measure of profitability can be a complicated task and should be considered in an appropriate context – for example, relative to an appropriate benchmark or alternative."[28]    However, Dr. Rao ignores the profitability performance of Mirapex®'s competitors, which would help provide context for evaluating the performance of Mirapex®.

---

[23] In fact, in 2005 alone, Boehringer spent approximately 14 percent of its net sales or approximately €1.4 billion on research and development (2006 Annual Report, Boehringer Ingelheim, p. 2).

[24] Direct Promotion Summary: 2004 – 2009, BIPI Prescription Medicine – Branded, April 5, 2004, BOE00699110.

[25] Pramipexole-Restless Leg Syndrome, Project Cost Estimate, Years 1998 through 2001, BOE00700258, 0265 – 0270.

[26] Deposition of Elizabeth T. Keating, November 16, 2006, p. 74.

[27] Rao Report, Tab 7A.

[28] David, J. and Stewart, M. B. "Commercial Success: Economic Principles Applied to Patent Litigation," Economic Damages in Intellectual Property, John Wiley & Sons, 2006, p. 160.

Executed on July 18, 2007 at Los Angeles, California.

_____
Roy Weinstein

EXHIBIT 1

**MICRONOMICS**

777 South Figueroa St., Suite 4600
Los Angeles, California 90017
213/629-2655

# ROY WEINSTEIN

**Prior Experience**

Industrial Organization; Antitrust Economics; Patent Damages and the Valuation of Intellectual Property; Royalty Audits; Transfer Pricing; Employment Litigation; Alter Ego; Bankruptcy; Econometrics; Statistical Analysis; Surveys and Sampling; Damages Calculations

**Expert Testimony**

U.S. District Courts (Alabama, Illinois, Wisconsin, Washington, Rhode Island, New York, California, Colorado, Missouri, Kansas, Arizona, Indiana, New Mexico, Oregon, Alaska, Georgia, Louisiana, Minnesota, Texas, Delaware, Virginia, Michigan)

U.S. Bankruptcy Court
State Courts (Arizona, California, Florida, Illinois, New Jersey, New York, Ohio, Washington)
California Public Utilities Commission
Texas Commissioner of Insurance
American Arbitration Association
Judicial Arbitration and Mediation Service
Federal Trade Commission
International Trade Commission
Commodity Futures Trading Commission
Provincial Division, Ontario, Canada
International Court of Arbitration

**Consultant**

United States Department of Justice, Antitrust Division
Federal Trade Commission
United States Internal Revenue Service

Attorneys General for the States of Arizona, California, Connecticut, Florida, Idaho, Illinois, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oregon, Pennsylvania, Tennessee, Texas, Washington, Wisconsin

Office of the Governor, State of California

**ROY WEINSTEIN**                                                          Page 2

**Industry Experience**

| | |
|---|---|
| Aerospace | Insurance |
| Agriculture | Manufacturing |
| Automotive | Medical products and devices |
| Banking and financial services | Motion pictures |
| Biotechnology | Oil and gas |
| Chemicals | Paper |
| Cigarettes | Pharmaceuticals |
| Computer hardware and software | Printing and publishing |
| Construction | Railroad |
| Consumer Electronics | Real estate |
| Energy | Securities |
| Entertainment | Semiconductors |
| Financial services | Sports |
| Food products | Steel |
| Forest products | Supermarkets |
| Gaming | Telecommunications |
| Health care | Transportation |
| Hotels | |

**Publications**

1. "Antitrust Aspects of Barriers to Entry" (with John D. Culbertson), *UCLA Law First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions* (UCLA School of Law), February 2004

2. "An Analytical Solution to Reasonable Royalty Rate Calculations" (with William Choi), *The Journal of Law and Technology*, Vol. 41, No. 1, 2001

3. "Valuing Patents and Intangible Assets in the Semiconductor Industry," *The Licensing Journal* (with Shane Huang), February 1999

4. "Measuring Year 2000 Damages: A General Approach to Estimating Losses Caused by Non-Compliant Software," *Wall Street Lawyer*, May 1998

5. "How U.S. Antitrust Can Be on Target: The Brand-Name Prescription Drug Litigation," *International Journal of the Economics of Business*, November 1997

6. "Unfair Practices Act: The Problem of New Entrants" (with Gail Fruchtman), *Competition*, The Journal of the Antitrust and Trade Regulation Law Section of the State Bar of California, April 1994

7. "Product Substitutes and the Calculation of Patent Damages" (with John Culbertson), *Journal of the Patent and Trademark Office Society*, November 1988

8. "The Use of an Economic Expert in Criminal Antitrust Cases" (with Jeffrey Leitzinger), *Criminal Antitrust Litigation Manual* (American Bar Association), 1983

9. "Estimating Lost Sales, Profits: A Hypothetical Look at the Real Issue" (with Peter Max), *The National Law Journal*, February 1979

ROY WEINSTEIN                                                          Page 3

    10.     "Good Bids and Bad:  Can Economists Tell the Difference?" *California State Bar Journal*, November/December 1978

    11.     "A Broad View of Collusion" (with Mark Stelnik), *The Antitrust Bulletin*, Fall 1971

**Speeches**

    1.     "*Cel-Tech*, Unfair Competition and Intent," California's Unfair Competition Law after Prop. 64, 4th Annual Unfair Competition Law Program of The Antitrust and Unfair Competition Section of the State Bar of California, Omni Hotel, San Francisco, California, May 19, 2006

    2.     "The Science of Economics and Challenges to Expert Testimony," Law Seminars International, Effective Development and Presentation of Expert Testimony, The Mid-America Club, Chicago, Illinois, March 21, 2006

    3.     "Antitrust Aspects of Barriers to Entry" (with John D. Culbertson), UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina del Rey, Los Angeles, California, February 27 & 28, 2004

    4.     "The Economic Impact of the Year 2000 Problem," The Year 2000 Computer Crisis: The Litigation Summit, Bonaventure Hotel, Los Angeles, January 1999

    5.     "Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, January 1999

    6.     "Valuing Intellectual Capital," 1999 Advanced Strategies for Knowledge Management, Valuation of Intellectual Capital Seminar, Los Angeles, August 1998 and New York City, September 1998

    7.     Loss Prevention Programs, Trial of a Legal Malpractice Case, Attorneys' Liability Assurance Society, Inc., Southampton Princess Hotel, Bermuda, June 1998

    8.     "Valuation of Intangible Assets: Economic Analysis v. Accounting Convention," Steering Committee, Litigation Section, California Society of Certified Public Accountants, May 1998

    9.     "The Relationship Between Patent Damage Models and Antitrust Analysis," Antitrust Section, Los Angeles County Bar Association, March 1995

    10.    Roundtable--Cellular Regulation, State of California, Governor's Office of Planning and Research, Sacramento, California, July 1994

    11.    California Mandatory Continuing Legal Education Program:
           "Valuing Intellectual Property," January 1994
           "Economic Efficiency and the Legal System," October 1993

    12.    "An Economic Vision for Los Angeles," Los Angeles City Council, Community & Economic Development Program, April 1993

**ROY WEINSTEIN**                                                                     Page 4

13. "Assessing the Economic Impact of the BankAmerica-Security Pacific Bank Merger," UCLA Law School, Los Angeles, California, April 1992

14. Forum on Intellectual Property, sponsored by Micronomics, San Francisco, California, April 1991 "Calculating Damages in an Antitrust Case," Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, November 1986

15. "What an Expert Expects from the Attorney," Association of Business Trial Lawyers, Maui, Hawaii, October 1986

16. "Proper and Improper Uses of an Economic Consultant," Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, April 1985

17. "What Does an Economic Consultant Do in Antitrust Cases?" Antitrust Section, Los Angeles County Bar Association, Los Angeles, California, November 1981

18. "Vertical Price Restraints: The Uneasy Case for a Per Se Prohibition," Stanford University, National Association of Attorneys General, Palo Alto, California, August 1981

19. "Projection and Methods of Proof of Lost Profits By an Economist" (with Peter Max), American Bar Association Section of Litigation, Washington, D.C., November 1978

20. Panel--The Use of Experts in Corporate Litigation, Seminar sponsored by the New York Law Journal, New York, New York, November 1978

21. Panel--The Use of Experts in Corporate Litigation, Seminar sponsored by the New York Law Journal, San Francisco, California, October 1978

22. "Good Bids and Bad: Can Economists Tell the Difference?" Midwest Economics Association, Chicago, Illinois, April 1978

23. "The Impact of Urbanization on the Demand for Energy," Western Resources Conference, Denver, Colorado, July 1970

**Education**

M.A., Economics, University of Chicago, 1967

B.B.A., *cum laude*, with Honors in Economics, City College New York, 1964

**Honors and Awards**

Career Achievement Award, Business and Economics Alumni Society of City College, New York

Fellowship from U.S. Public Health Service, University of Chicago

Fellowship from Walgreen Foundation, University of Chicago

**ROY WEINSTEIN**                                                    Page 5

Higgons Award for academic excellence, City College New York

Berliner Award, City College New York

First Prize--State-wide competition sponsored by Industrial Relations Research Association, City College New York

**Affiliations**

American Economic Association

National Association for Business Economics

American Bar Association, Section of Antitrust Law

Los Angeles County Bar Association

Past President, University Synagogue, Los Angeles

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 1. Citizens Telecommunications Company of the White Mountains, et al. v. Arizona Department of Revenue, et al. | Superior Court of the State of Arizona, Arizona Tax Court | No. TX 98-00716 (Consolidated) | Deposition | January 2002 | Defendant |
| 2. International Rectifier Corporation v. IXYS Corporation, and Does 1-10 | U.S. District Court, Central District of California | No. CV-00-06756-R | Deposition Trial Deposition Trial | January 2002 July 2002 July 2005 October 2005 | Defendants |
| 3. E.M.P.P., Inc. v. Bank One Corporation | American Arbitration Assn., City of Columbus, Ohio | No. 25 148 00086 01 | Arbitration | April 2002 | Plaintiff |
| 4. Ortho-McNeil Pharmaceutical, Inc. v. Barr Laboratories, Inc. | U.S. District Court, District of New Jersey | No. 00-CV-2805 (GEB) | Deposition | April 2002 | Defendant |
| 5. Twentieth Century Fox Film Corporation v. Marvel Enterprises, Inc., et al. | U.S. District Court, Southern District of New York | No. 01 CV 3016 (AGS) | Deposition | September 2002 | Plaintiff |
| 6. James R. Strawn v. Sony Pictures Entertainment, Inc., et al. | U.S. District Court, Southern District of Texas Houston Division | No. 01-CV-2853 | Deposition | September 2002 | Plaintiff |

M I C R O N O M I C S

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 7. Joel E. Zawikowski, et al. v. Beneficial National Bank, et al. | U.S. District Court, Northern District of Illinois Eastern Division | No. 98 C 2178 | Hearing | October 2002 | Plaintiffs |
| 8. Tim Lahave v. Namesake Entertainment, et al. | U.S. District Court, Central District of California | No. CV 00-08306 TJH (RZx) | Deposition Trial | November 2002 October 2003 | Defendants |
| 9. Petsmart, Inc. v. Datatec Systems, Inc. | Superior Court of Arizona, Maricopa County | No. CV 2000-017581 | Deposition Trial | January 2003 August 2003 | Plaintiffs |
| 10. Roberta Todd, et al. v. Exxon Corporation, et al | United States District Court Southern District of New York | No. 97 Civ. 04557 (JES) | Deposition | February 2003 | Plaintiffs |
| 11. MercExchange v. Ebay, Inc., Half.com and Returnbuy, Inc. | Eastern District of Virginia, Norfolk Division | No. 2:01-CV-736 | Trial | May 2003 | Plaintiffs |
| 12. Glaxo Group Ltd. and Glaxo Wellcome Inc. v. Ranbaxy Laboratories, Inc. | United States District Court for the District of New Jersey | No. 00-5172 MLC | Deposition | June 2003 | Defendants |
| 13. Pharmacia Corp v. Par Pharmaceutical, Inc. | United States District Court for the District of New Jersey | No. 01-CV-6011 | Deposition | September 2003 | Defendants |
| 14. GM Daewoo Auto & Technology Company v. Daewoo Motor America | United States Bankruptcy Court Central District of California Los Angeles Division | No. LA02-24411.BB | Deposition Hearing | September 2003 October 2003 | Plaintiffs |

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 15. Aero Products Int'l, Inc. v. Intex Recreation Corp., Wal-Mart Stores and Quality Trading | United States District Court Northern District of Illinois Eastern Division | No. 02 C 2590 | Deposition Trial | October 2003 February 2004 | Defendants |
| 16. Tristrata Technology, Inc. v. ICN Pharmaceuticals, Inc. | United States District Court for the District of Delaware | No. 01-150-JJF | Trial | November 2003 | Defendants |
| 17. Mary Beck, et al. v. The Boeing Company, et al. | United States District Court Western District of Washington at Seattle | No. C00-0301P | Deposition | December 2003 | Plaintiffs |
| 18. John Doe I, et al. v. Unocal Corporation, Union Oil Company of California, John Imle; and Roger C. Beach, John Roe III, et al. v. Unocal Corporation and Union Oil Company of California. | Superior Court of the State of California for the County of Los Angeles | No. BC237980 No. BC237679 | Deposition | January 2004 | Defendants |
| 19. Veritec, Inc. v. Mitsubishi Corporation | International Court of Arbitration International Chamber of Commerce | No. 11944/TE/MW Arbitration | | August 2004 | Defendants and Counterclaimants |

**M I C R O N O M I C S**
777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 20. Southern California Gas Co. v. Ingersoll-Rand Energy Systems | American Arbitration Association | No. 72 198 00502 04 VSS | Deposition Trial | January 2005 February 2005 | Plaintiff |
| 21. Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH v. Rambus, Inc. | United States District Court for the Northern District of California San Jose Division | No. CV 00-20905 RMW | Deposition Deposition Trial | February 2005 December 2005 April 2006 | Plaintiff |
| 22. People of the State of California v. Econolite Control Products, Inc., a California Corporation, and DOES 1 through 100, inclusive. | United States District Court Central District of California | No. BC 314141 | Deposition Trial | June 2005 August 2005 | Plaintiff |
| 23. Tag-It Pacific, Inc. v. Pro-Fit Holdings, Ltd. | United States District Court Central District of California | No. CV04-2694 LGB | Deposition | September 2005 | Plaintiff |
| 24. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, LLC v. Barr Laboratories, Inc. | United States District Court for the District of New Jersey | No. 03-4678 (SRC) | Deposition | January 2006 | Defendant |

**MICRONOMICS**

777 South Figueroa Street, Suite 4600
Los Angeles, California 90017
213/629-2655

**ROY WEINSTEIN**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 25. In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation | United States District Court Northern District of California | No. M-02-1486 PJH | Deposition | October 2006 | Defendant |
| 26. Affymetrix, Inc. v. Illumina, Inc. | United States District Court for the District of Delaware | No. 04-901 JJF | Deposition | November 2006 | Defendant |
| 27. In the Matter of: Certain Wireless Communication Equipment, Articles Therein, and Products Containing the Same. | United States International Trade Commission Washington D.C. | No. 337-TA-577 | Deposition | May 2007 | Respondent |
| 28. Visto Corporation v. Microsoft Corporation | United States District Court for the Eastern District of Texas Marshall Division | No. 2:05-CV-546 (DJF) | Deposition | June 2007 | Plaintiff |

EXHIBITS 2-9

TO EXPERT REPORT OF ROY WEINSTEIN

REDACTED IN ENTIRETY