# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL ) GMBH and BOEHRINGER INGELHEIM ) PHARMACEUTICAL, INC. ) ) Plaintiffs, ) ) v. ) ) BARR LABORATORIES, INC., ) ) Defendant, ) ) | Civil Action No. 05-0700 (***) |
| BOEHRINGER INGELHEIM INTERNATIONAL ) GMBH and BOEHRINGER INGELHEIM ) PHARMACEUTICAL, INC. ) ) Plaintiffs, ) ) v. ) ) MYLAN PHARMACEUTICALS, INC., ) ) Defendant. ) | Civil Action No. 05-0854 (***) **<u>Highly Confidential</u>** |

### <u>EXPERT REPORT OF DR. C. WARREN OLANOW</u>

1.      I, Dr. C. Warren Olanow, expect to testify as an expert witness in this case on

behalf of Boehringer Ingelheim International GMBH and Boehringer Ingelheim

Pharmaceuticals, Inc. (collectively "Boehringer"). This report describes my expected affirmative

testimony. I reserve the right to supplement it in response to the Defendants' expert reports and

as additional relevant information becomes available to me.

### I.      PROFESSIONAL AND EDUCATIONAL BACKGROUND

2.      I received an M.D. degree from the University of Toronto, trained in Neurology at

the Neurological Institute at Columbia University, and did post graduate studies in neuroanatomy

at Columbia University. I am currently the Henry P. and Georgette Goldschmidt Professor and

Chairman of the Department of Neurology, Professor in the Department of Neuroscience at the

Mount Sinai School of Medicine in New York and Chief of the Neurology Service at Mount

Sinai Medical Center (collectively known as "Mount Sinai").

3.    I am responsible for all neurological care, neurological research and neurological

education at Mount Sinai.

4.    Prior to my present position I was on the faculty of McGill University, Duke

University and the University of Southern Florida where I saw patients, did research, and taught

undergraduate and graduate students.

5.    My research and clinical interests have primarily focused on the cause and

development of new therapies for Parkinson's disease and other movement disorders. I have

published more than 270 peer reviewed articles, 65 book chapters, and served as editor for more

than 20 books/monographs in this field.

6.    I have been President of the Movement Disorder Society, the largest international

organization for physicians and scientists who study and treat Parkinson's disease and other

movement disorders. I have also been President of the International Society of Motor

Disturbances, and Treasurer of the American Neurological Association. I currently serve on the

scientific boards of numerous organizations including the Michael J. Fox Foundation, the World

Federation of Neurology Research Committee on parkinsonism and related disorders, and the

National Space Biomedical Research Institute.

7.    I have been appointed to the medical/scientific advisory boards of dozens of

pharmaceutical and biotech companies. I have served as a consultant to the National Institutes of

Health ("NIH") and the Food and Drug Administration ("FDA"), and testified before congress on issues related to Parkinson's disease.

8.      I have served on the editorial boards of several professional journals including *Movement Disorders* and *Parkinsonism and related disorders*, the two largest journals in the field of Parkinson's disease and movement disorders.

9.      I have received numerous professional honors and awards for my work, including having served as guest professor and delivering named lectureships at many universities throughout the United States and the world. I have been named in Best Doctors in America and Best Doctors in New York, am an honorary member of the French Neurological Society, and an honorary Professor at the University of London (Royal Free Hospital). I was recently named the most cited Parkinson's disease researcher in the United States in the past decade.

10.     My curriculum vitae, which sets forth my professional activities, publications, and invited presentations and awards is provided as Exhibit A to this report.

11.     A list of cases in which I have testified over the last five years by deposition or in trial is included in Exhibit B to this report. I am being compensated for my work in connection with this case at my standard consulting rate of $750 per hour. My compensation is in no way dependent on the outcome of the case or any opinions expressed in the case.

## II.     BACKGROUND OF THE CASE

12.     I understand that Boehringer is the owner of U.S. Patent No. 4,866,812 (which I will refer to as "the '812 Patent" or "the patent-in-suit") and U.S. Patent No. 4,843,086 (which I will refer to as "the '086 Patent"), and that the FDA approved a new drug application for pramipexole (MIRAPEX®) in 1997 for the treatment of the signs and symptoms of idiopathic Parkinson's disease.

13.    I further understand that Barr Laboratories, Inc. ("Barr") and Mylan Pharmaceuticals, Inc. ("Mylan") have each filed an Abbreviated New Drug Application ("ANDA") seeking approval from the FDA to market a generic equivalent to Mirapex® prior to the expiration of the '812 Patent. I understand that Boehringer brought this suit against Barr and Mylan because Boehringer believes that Barr and Mylan's proposed generic versions of MIRAPEX® will infringe upon Boehringer's '812 patent. I further understand that Barr and Mylan have asserted that the claims of the '812 Patent are invalid.

14.    The purpose of my report is to apply my technical background and expertise to assist the parties and the Court with respect to allegations related to the validity of the '812 Patent. I am also prepared to provide a tutorial concerning Parkinson's disease and the various treatments available for Parkinson's disease if requested by the Court.

15.    Boehringer's counsel has informed me that Barr and Mylan have asserted as a defense that the claims of the '812 Patent are invalid due to double patenting over certain claims of the '086 patent. I understand that the double patenting defense centers on claims 9, 19, 29 and 39 of the '086 patent, which variously claim methods of using "2-Amino-6-n-propylamino-4,5,6,7-tetrahydro-benzthiazole" (which I understand is the active substance in MIRAPEX®). I understand that these claim methods of use for "lowering the blood pressure of a host" (claim 9), "lowering the heart rate of a host" (claim 19), "treating Parkinsonism or Parkinson's disease" (claim 29), and "treating schizophrenia" (claim 39).

16.    I do not express any opinion as to the ultimate merits of this double patenting issue, since I understand that it is a legal question for the Court. However, I have been asked to apply my experience, education, and expertise to the question of whether certain uses for which MIRAPEX® is currently prescribed by physicians would have been expected, or predictable,

4

from the claims of the '086 patent mentioned above. I have also been asked to provide opinions

on whether these additional uses of MIRAPEX® meet long-felt but unmet needs that were not

satisfactorily addressed by therapeutic agents available at that time.

## IV.    TREATMENT OF PARKINSON'S DISEASE

17.    Parkinson's disease (PD) is the second most common age-related

neurodegenerative disorder. It affects approximately 1,000,000 persons in the United States, and

there are an estimated 60,000 new cases per year. Each person has a 1-2% lifetime risk of

developing this disorder.

18.    PD is characterized clinically by rest tremor, rigidity or stiffness, bradykinesia or

slowness, and gait dysfunction with postural instability (the cardinal features). PD patients may

also suffer from small handwriting, masked facies with decreased eye blinking, soft voice,

autonomic disturbances, sleep disorders, depression and dementia.

19.    Pathologically, the hallmark features of PD include a loss of the dopamine

producing nerve cells in a specific region of the brain called the substantia nigra pars compacta

(SNc), a reduction in dopamine levels in another brain region called the striatum where SNc

nerve cells project, and protein inclusions within remaining nerve cells known as Lewy bodies.

Pathology may also be seen in specific non-dopaminergic regions throughout the brain, spinal

cord and peripheral autonomic nervous system.

20.    Dopamine deficiency is the biochemical hallmark of PD and was first recognized

in the early 1960s[1]. Modern therapy for PD is primarily based on a dopamine replacement

---

[1] Ehringer H, Hornykiewicz O. Distribution of noradrenaline and dopamine (3-hydroxytyramine)
in the human brain and their behavior in diseases of the extrapyramidal system. Klin
Wochenschr. 1960;38:1236-1239.

strategy[2]. Dopamine itself does not work because it does not cross the blood brain barrier and enter the brain. Levodopa is a pro-drug which can enter the brain and then be converted to dopamine. In 1967, levodopa was demonstrated to provide dramatic benefit to PD patients and thereafter became the standard therapy for this disorder[3]. Indeed, levodopa remains the most effective symptomatic treatment for PD through to the present day and the "gold standard" against which other therapies must be compared.

21.    Acute levodopa administration is associated with nausea and vomiting in a significant number of individuals. This occurs because some levodopa is converted to dopamine in the periphery with activation of brain dopamine receptors in the nausea and vomiting center of the brain that are not protected by a blood brain barrier. To counteract this, levodopa is routinely administered in combination with a peripheral decarboxylase inhibitor to prevent the conversion of levodopa to dopamine in the periphery (marketed as Sinemet® and Madopar®). This formulation of levodopa is the one that is currently most widely employed.

22.    After several years of use, it became apparent that levodopa treatment has important limitations. Chronic levodopa therapy results in the development of motor complications in the majority of PD patients. These consist of a shortening of the duration of the beneficial response following a dose of levodopa (known as the "wearing off" effect) and involuntary movements (known as dyskinesia). Thus, after several years of levodopa treatment many patients cycle between "off" periods where they do not respond to the drug and have disability because of severe parkinsonism and "on" periods where they do respond to the drug but have disability because of wild flailing involuntary movements. Further, new features begin

---

[2] Olanow CW. The Scientific Basis for the Current Treatment of Parkinson's Disease. Annu. Rev. Med. 2004;55:41-60.

[3] Cotzias GC, Van Woert MH, Schiffer LM. Aromatic amino acids and modification of parkinsonism. New Engl. J. Med. 1967;276:374-379.

to emerge that are not satisfactorily controlled with levodopa such as sleep disturbances, mood

disorders, freezing episodes, falling and dementia. In addition, there is the theoretical possibility

that reactive oxygen species derived from the oxidative metabolism of levodopa might accelerate

the degeneration of dopamine neurons. Thus, despite the miracle of levodopa, PD patients

continued to experience significant disability[4].

## V. TREATMENT OF PARKINSON'S DISEASE WITH DOPAMINE AGONISTS

23.    Dopamine agonists were introduced in the 1970s to try and address some of the

limitations of levodopa therapy[5]. Advantages of dopamine agonists in comparison to levodopa

include a direct action on dopamine receptors with no need for metabolic conversion to an active

product, the capacity to target specific dopamine receptor subtypes, no competition with dietary

proteins, and no oxidative metabolites.

24.    The dopamine agonists that were initially employed were ergot alkaloids and used

as an add-on to levodopa in patients that were not adequately controlled with levodopa alone.

They were demonstrated to have anti-parkinsonian effects, to reduce the time when patients did

not respond to levodopa ("off" time), and to reduce dyskinesia largely by reducing the levodopa

dose that was required[6].

25.    Dopamine agonists were associated with acute side effects such as nausea,

vomiting, and orthostatic hypotension, and chronic side effects such as hallucinations, and

swelling of the legs. Further the initial dopamine agonists were also associated with ergot related

side effects such as fibrosis, peripheral vascular insufficiency and cardiac valvular damage.

---

[4] Olanow CW, Agid Y, Mizuno Y, et al. Levodopa in the Treatment of Parkinson's Disease:
  Current Controversies. Movement Disorders. Vol. 19: No. 9, 2004, 997-1005.

[5] Calne DB, Teychenne PF, Claveria LE et al. Bromocriptine in Parkinsonism. Br. Med. J. 1974;
  4: 442-444.

[6] Calne DB, Burton K, Beckman J, Martin WR. Dopamine Agonists and Neuroprotection in
  Parkinson's Disease. Ann. Neurol. 1998;44:S167-74.

## V.    TREATMENT OF PARKINSON'S DISEASE WITH PRAMIPEXOLE

26.    In the 1980s, efforts were made to develop a new dopamine agonist that could provide anti-parkinsonian benefits without ergot related side effects. It was also considered that early treatment with a dopamine agonist might reduce the risk that a patient would develop motor complications such as dyskinesia and wearing off. Pramipexole was developed to address these unmet needs.

27.    Pramipexole is a non-ergot dopamine agonist that is not associated with ergot-related side effects or specifically cardiac valvular damage[7,8,9]. In prospective double blind clinical trials pramipexole has been shown to have antiparkinson effects both as an add-on to levodopa in advanced patients and as monotherapy in early patients[10,11,12,13]. Benefits obtained with pramipexole were shown to be superior to those that could be obtained with older dopamine

---

[7] Mierau J, Schingnitz G. Biochemical and pharmacological studies on pramipexole, a potent and selective dopamine D2 receptor agonist. Eur. J. Pharmacol. 1992;215:161-70.

[8] Piercey MF. Pharmacology of Pramipexole, a Dopamine D3-Preferring Agonist Useful in Treating Parkinson's Disease. Clin. Neuropharmacol. 1998;21:141-51.

[9] Dewey RB 2nd, Reimold SC, O'Suilleabhain PE. Cardiac Valve Regurgitation With Pergolide Compared With Nonergot Agonists in Parkinson Disease. Arch Neurol. 2007;64:377-80.

[10] Parkinson Study Group. Safety and Efficacy of Pramipexole in Early Parkinson Disease. A Randomized Dose-Ranging Study. JAMA. 1997;278:125-30.

[11] Lieberman A, Ranhosky A, Korts D. Clinical evaluation of pramipexole in advanced Parkinson's disease: results of a double-blind, placebo-controlled, parallel-group study. Neurology. 1997;49:162-8.

[12] Pinter MM, Pogarell O, Oertel WH. Efficacy, safety, and tolerance of the non-ergoline dopamine agonist pramipexole in the treatment of advanced Parkinson's disease: a double-blind, placebo-controlled, randomized, multicentre study. J Neurol, Neurosurg, Psychiatry. 1999;66:436-441.

[13] Wermuth L and the Danish Pramipexole Study Group. A double-blind, placebo-controlled, randomized, multi-center study of pramipexole in advanced Parkinson's disease. Eur. J. Neurol. 1998; 5:235-242.

agonists such as bromocriptine[14], and to have a particular benefit with respect to tremor[15].

Importantly, double blind trials demonstrated that initiation of therapy with pramipexole was

much less likely to induce dyskinesia or other motor complications than was initiation of therapy

with levodopa[16]. These benefits persisted even after the addition of supplemental levodopa to

pramipexole-treated patients[17]. For these reasons, pramipexole is routinely prescribed in PD

patients by many neurologists and has been the most widely employed dopamine agonist in the

United States for the past 10 years.

**Pramipexole as a Putative Neuroprotective Therapy in PD**

28.    PD patients frequently develop disabling features that do not respond to

dopaminergic therapies[18]. These include gait disturbances, postural instability, freezing, sleep

disorders, autonomic disorders, mood disorders and dementia. Indeed, these non-dopaminergic

features are the major sources of disability and nursing home placement for patients with

advanced PD[19]. A neuroprotective therapy that slows or stops disease progression and the

development of non-dopaminergic features is widely acclaimed to be the most important unmet

---

[14] Guttman M for the International Pramipexole-Bromocriptine Study Group. Double-blind
    comparison of pramipexole and bromocriptine treatment with placebo in advanced
    Parkinson's disease. Neurology 1997;49:1060-5.

[15] Kunig G, Pogarell O, Moller JC, Delf M, Oertel WH. Pramipexole, a nonergot dopamine
    agonist, is effective against rest tremor in intermediate to advanced Parkinson's disease.
    Clin Neuropharmacol. 1999;22:301-5.

[16] Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease:
    A Randomized Controlled Trial. JAMA. 2000;284:1931-8.

[17] Parkinson Study Group. Pramipexole vs Levodopa as Initial Treatment for Parkinson Disease:
    a 4-Year Randomized Controlled Trial. Arch Neurol. 2004l;61:1044-53.

[18] Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of
    Parkinson's disease (2001): Treatment guidelines. Neurology 2001; 56:S1-S88.

[19] Hely MA, Morris JG, Reid WG, Trafficante R. Sydney Multicenter Study of Parkinson's
    Disease: Non-L-Dopa-Responsive Problems Dominate at 15 Years. Mov. Disord.
    2005;20:190-9.

medical need in PD. No currently available therapy has as yet been established to have neuroprotective effects in PD[20,21,22].

29.     In the past decade it has been suggested that dopamine agonists such as pramipexole might be neuroprotective and slow the rate of Parkinson's disease progression[23,24,25]. In the laboratory, dopamine agonists and specifically pramipexole have been shown to protect dopamine neurons from a variety of toxins[19,26,27,28,29]. In the clinic, a double blind trial demonstrated that patients randomized to initiate therapy with pramipexole had a slower rate of decline of a biomarker of nigrostriatal dopamine neuronal function than did

---

[20] Schapira AH, Olanow CW. Neuroprotection in Parkinson Disease: Mysteries, Myths, and Misconceptions. JAMA. 2004;291:358-64.

[21] Suchowersky O, Gronseth G, et al. Practice Parameter: Neuroprotective strategies and alternative therapies for Parkinson disease (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;66:976-82.

[22] Goetz CG, Poewe W, Rascol O, Sampaio C. Evidence-Based Medical Review Update: Pharmacological and Surgical Treatments of Parkinson's Disease: 2001 to 2004. Mov. Disord. 2005;20:523-39.

[23] Schapira AHV, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann. Neurol. 2003;53(suppl 3):149-159.

[24] Olanow CW, Jenner P, Brooks D. Dopamine agonists and neuroprotection in Parkinson's disease. Ann Neurol. 1998 Sep;44(3 Suppl 1):S167-74.

[25] Le Wei-Dong, Jankovic J. Are Dopamine Receptor Agonists Neuroprotective in Parkinson's Disease? Drugs and Aging 2001; 18(6).

[26] Zou L, Jankovic J, Rowe DB, et al. Neuroprotection by pramipexole against dopamine- and levodopa-induced cytotoxicity. Life Sci. 1999;64:1275-85.

[27] Schapira AH. Dopamine agonists and neuroprotection in Parkinson's disease. Eur. J. Neurol. 2002;9 Suppl. 3:7-14.

[28] Iravani MM, Haddon CO, Cooper JM, et al. Pramipexole protects against MPTP toxicity in non-human primates. J. Neurochem. 2006;96:1315-21.

[29] Takata K, Kitamura Y, Kakimura J-I, et al. Increase of Bcl-2 protein in neuronal dendritic processes of cerebral cortex and hippocampus by the antiparkinsonian drugs, talipexole and pramipexole. Brain Research. 2000; 872: 236-241.

patients randomized to therapy with levodopa[30]. These findings are consistent with the possibility that pramipexole may be neuroprotective in PD.

30.    Based on the concept that pramipexole might be neuroprotective, many neurologists initiate pramipexole treatment very early in the course of the disease[21,31]. A definitive determination that pramipexole is neuroprotective in PD would have enormous health care and economic benefits. The notion that pramipexole would be neuroprotective in the treatment of PD was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

31.    Pramipexole remains an important drug in the treatment of PD and is the first anti-parkinsonian drug employed by many physicians, particularly movement disorder specialists. It is noteworthy that there has been and continues to be an intensive effort to develop new dopamine agonists for the treatment of PD. Some have been recently approved for market (e.g. rotigotine – Schwarz Pharma) some are in the early stages of development (e.g. SLV308 - Solvay), and some have been attempted but are no longer being actively pursued (e.g. sumanirole - Pfizer). In addition, numerous other medications have been and continue to be developed for PD (e.g. COMT inhibitors, MAO-B inhibitors, A2A antagonists). Despite this effort, pramipexole continues to be a widely employed drug in the treatment of PD.

**TREATMENT OF UNANTICIPATED CONDITIONS WITH PRAMIPEXOLE**

**VI.    TREATMENT OF RESTLESS LEG SYNDROME WITH PRAMIPEXOLE**

32.    Restless Leg Syndrome (RLS) is a common condition consisting of an urge to involuntarily move the legs and occasionally the arms often accompanied by sensory alterations

---

[30] Parkinson Study Group. Dopamine Transporter Brain Imaging to Assess the Effects of Pramipexole vs Levodopa on Parkinson Disease Progression. JAMA. 2002;287:1653-61.

[31] Schapira AH, Obeso J. Timing of Treatment Initiation in Parkinson's Disease: A Need for Reappraisal? Ann. Neurol. 2006;59:559-62.

and discomfort. RLS is most likely to occur at night but can occur during the day. It typically occurs when lying down and is often relieved by rising and walking. Because it predominantly occurs at night it can interfere with sleep and induce excessive daytime sleepiness. The precise cause is unknown but it can be familial (genetic mutations and has been described) and it can be seen in association with anemia and iron deficiency[32].

33.    It is estimated that approximately 10% of the US population suffers from RLS and that it is severe, disabling and necessitates drug treatment in as many as 3,000,000 persons in the US alone[33].

34.    Therapy for RLS prior to the introduction of dopamine agonists primarily consisted of antiepileptic drugs, benzodiazepines/hypnotics, levodopa, and opioids. These drugs were effective in some individuals but were frequently associated with side effects and/or were poorly tolerated. In addition, patients treated with agents such as levodopa frequently developed augmentation where after several months the RLS symptoms recurred in a more aggressive fashion.

35.    Dopamine agonists and specifically pramipexole have now been shown to provide dramatic improvement in the symptoms of RLS in the large majority of patients. Dramatic benefits are seen with very low doses and side effects are very rare. Further, augmentation is very rare and certainly less than with previous therapies such as levodopa[32,33]. As a consequence dopamine agonists are generally considered to be the standard therapy for patients with RLS and other agents are reserved for secondary use in those few patients that cannot be satisfactorily controlled with a dopamine agonist.

---

[32] Chaudhuri KR, Odin P, Olanow CW. Restless Legs Syndrome. Parthenon Publishing, London, 2004.

[33] Comella CL. Restless legs syndrome: Treatment with dopaminergic agents. Neurology. 2002;58(Suppl 1):S87-92.

36.     Numerous studies have demonstrated that pramipexole is a safe and effective therapy for RLS[34,35,36,37,38]. In one study, pramipexole treatment for 6 weeks resulted in a mean improvement in RLS scores of 12.3 (+/-0.6) compared with 5.7 (+/-0.9) for placebo (P < 0.0001). Improvement in quality of life and in all secondary endpoints was noted with pramipexole treatment in comparison to placebo. Other studies have demonstrated that these benefits persist for long periods of time and that the drug is well tolerated with less augmentation than is found with levodopa[39,40]. These benefits as well as a reduction in associated periodic limb movements of sleep have been confirmed in polysomnographic sleep studies[41]. Thus, numerous prospective double blind, placebo-controlled studies have demonstrated that pramipexole is superior to placebo, is well tolerated, has minimal side effects, and has little or no augmentation.

---

[34] Oertel WH, Stiasny-Kolster K, Bergtholdt B, et al. Efficacy of Pramipexole in Restless Legs Syndrome: A Six-Week, Multicenter, Randomized, Double-Blind Study (Effect-RLS Study). Mov. Disord. 2007;22:213-9.

[35] Winkelman JW, Sethi MD, Kushida CA, et al. Efficacy and safety of pramipexole in restless legs syndrome. Neurology. 2006;67:1034-9.

[36] Silber MH, Girish M, Izurieta R. Pramipexole in the Management of Restless Legs Syndrome: An Extended Study. Sleep. 2003;26(7):819-21.

[37] Montplaisir J, Nicolas A, Denesle R, Gomez-Mancilla B. Restless legs syndrome improved by pramipexole: A double-blind randomized trial. Neurology. 1999;52:938-43.

[38] Lin SC, Kaplan J, Burger CD, Fredrickson PA. Effect of Pramipexole in Treatment of Resistant Restless Legs Syndrome. Mayo Clin Proc. 1998;73:497-500.

[39] Montplaisir J, Fantini ML, Desautels A, et al. Long-term treatment with pramipexole in restless legs syndrome. Eur. J. Neurol. 2006;13:1306-11.

[40] Winkelman JW, Johnston L. Augmentation and tolerance with long-term pramipexole treatment of restless legs syndrome (RLS). Sleep Med. 2004;5(1):9-14.

[41] Partinen M, Hirvonen K, Jama L, et al. Efficacy and safety of pramipexole in idiopathic restless legs syndrome: a polysomnographic dose-finding study – the PRELUDE study. Sleep Med. 2006;7:407-17.

37.    Dopamine agonists are now recommended as first line therapy for the treatment of RLS[32,33,42].

38.    *Based on these studies, in 2006 the FDA and the European regulatory authorities (EMEA) approved pramipexole for the treatment of moderate-to-severe primary Restless Leg Syndrome.*

39.    None of the claims of the '086 patent makes any mention of the use of the active ingredient in MIRAPEX® for purposes of treating RLS. In my opinion, the effectiveness of MIRAPEX® to treat RLS was not predictable to one of ordinary skill in the art from the claims of the '086 patent which claimed methods of use for lowering blood pressure, lowering heart rate, treating the symptoms of Parkinson's disease or treating schizophrenia. The notion that pramipexole would prove to be effective in the treatment of Restless Leg Syndrome was not known or anticipated by persons of ordinary skill in the art (physicians and scientists) at the time of the original invention. I also note the following:

a.    Prior to the advent of dopamine agonists as therapy for RLS, numerous agents have been tried and used in this disorder. This has been an appealing target because of the size of this market (approximately 3,000,000 persons – perhaps 10 times as many as would be candidates for pramipexole in PD). Nonetheless, no agent developed to date has been shown to be superior to dopamine agonists and specifically pramipexole in the management of RLS and these agents are now the first choice of most physicians (see above).

b.    RLS can be a troublesome and profoundly disabling problem for many patients. An effective therapy that was not associated with clinically significant side effects or

---

[42] Vignatelli L, Billiard M, Clarenbach P et al. EFNS guidelines on management of restless legs syndrome and periodic limb movement disorder in sleep. Eur. J. Neurol. 2006;13:1049-1065.

augmentation has been an important and longstanding unmet medical need. The advent of

dopamine agonists, and specifically pramipexole, has met this important and longstanding unmet

medical need. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████Those statistics

reflect the use of MIRAPEX® to meet the treatment needs of untold numbers of RLS patients for

whom other therapies were presumably inferior.

40.    Because it recently received FDA approval for RLS, the foregoing statistics likely

do not reflect the full opportunity associated with RLS. Ropinirole, another dopamine agonist

marketed for PD by GSK, was approved by the FDA for the treatment of RLS in May 2005.

Since that time, annual sales were approximately $530 million, representing a 74% increase over

pre-RLS approval sales[44]. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████

## VI.    TREATMENT OF FIBROMYALGIA

41.    Fibromyalgia is a chronic condition of early and middle life that is characterized

by widespread pain in muscles, ligaments and tendons, as well as fatigue and multiple tender

---

[43] BOE00881504 at 6, 249.

[44] GlaxoSmithKline. Feb. 8, 2007 Press Release;
     http://www.gsk.com/investors/reports/gsk_q42006/q42006.pdf.

[45] BOE00881507 at 6.

[46] BOE00881505.

15

points on the body where even slight pressure causes pain. Fibromyalgia is also known as fibrositis, chronic muscle pain syndrome, psychogenic rheumatism or tension myalgia. Fibromyalgia affects an estimated 2 to 4 percent of Americans according to the National Women's Health Information Center[47] with the majority being young women. The cause of fibromyalgia is unknown.

42.    There is no specific therapy for fibromyalgia. Treatment generally consists of analgesics, anxiolytics, antidepressants, muscle relaxants, anticonvulsants and supportive therapy. Alternative approaches such as acupuncture, massage therapy, osteopathy, and chiropractic care are frequently employed because of the failure of traditional medicines to provide satisfactory benefit for many of these patients.

43.    Recent anecdotal studies have suggested that dopamine agonists and specifically pramipexole may be effective in treating patients with fibromyalgia[48]. These observations were confirmed in a recent double blind controlled study showing that pramipexole was superior to placebo in the treatment of fibromyalgia with respect to measures of pain, fatigue, function, and global status[49]. In this study of 60 patients, pain score decreased by 36% in the pramipexole arm but by only 9% in the placebo arm. Further, 42% of patients receiving pramipexole achieved a 50% or greater decrease in pain compared to 14% in the placebo group. Patients tolerated the medication well and were relatively free of side effects.

---

[47] U.S. Department of Health and Human Services. Evidence Shows Fibromyalgia Pain Is Real: Experts; http://www.womenshealth.gov/news/english/536333.htm.

[48] Holman AJ. Fibromyalgia and Pramipexole: Promise and Precaution. J. Rheumatol. 2003;30:2733.

[49] Holman AJ, Myers RR. A Randomized, Double-Blind, Placebo-Controlled Trial of Pramipexole, a Dopamine Agonist, in Patients With Fibromyalgia Receiving Concomitant Medications. Arthritis & Rheum. 2005;52:2495-2505.

44.     If it can be confirmed that pramipexole is a safe and effective treatment for fibromyalgia it would represent an enormous economic opportunity for Boehringer as millions of patients in the United States suffer from this disorder and there are no consistently effective therapies. ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████ These statistics reflect physicians' decisions to use MIRAPEX® to meet the treatment needs of untold numbers of fibromyalgia patients for whom other therapies presumably failed.

45.     None of the claims of the '086 patent makes any mention of the use of the active ingredient in MIRAPEX® for purposes of treating fibromyalgia. In my opinion, the effectiveness of MIRAPEX® to treat fibromyalgia was not predictable to one in ordinary skill in the art from the claimed methods of use in the '086 patent to lower blood pressure, lower heart rate, treat the symptoms of Parkinson's disease or treat schizophrenia. The notion that pramipexole would be effective in the treatment of fibromyalgia was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

## VII.    TREATMENT OF DEPRESSION

46.     A double blind trial in non-PD patients with depression showed that pramipexole was comparable to fluoxetine, an FDA approved drug that is widely employed in the treatment of depression[51]. Depression is also a common and important problem in PD patients, affecting as

---

[50] BOE00881504 at 6.

[51] Corrigan MH, Denahan AQ, Wright CE, Ragual RJ, Evans DL. Comparison of pramipexole, fluoxetine, and placebo in patients with major depression. Depression and Anxiety. 2000;11(2):58-65.

many as 50% of patients[52].  Anecdotal observations suggested that pramipexole might have antidepressant effects in these patients[18].  Preliminary studies now show that pramipexole is also effective in the treatment of PD depression, and superior to other dopamine agonists[53]. No other anti-parkinsonian drug has been shown to have anti-depressant effects.

47.   ████████████████████████████████

████████████████████████████████████

████████████  I am aware of the fact that there are a number of medications on the market specifically indicated for the treatment of depression (Prozac® and Zoloft® are two of them). These statistics reflect physicians' decisions to use MIRAPEX® to meet the treatment needs of untold numbers of patients suffering from depression for whom other therapies presumably failed.

48.   None of the claims of the '086 patent makes any mention of a method of using of the active ingredient in MIRAPEX® for purposes of treating depression. In my opinion, the effectiveness of MIRAPEX® to treat depression was not predictable to one of ordinary skill in the art from the claimed methods of use in the '086 patent to lower blood pressure, lower heart rate, treat the symptoms of Parkinson's disease or treat schizophrenia. The notion that pramipexole would be effective in the treatment of depression was not known to persons of ordinary skill in the art (physicians and scientists) at the time of the original invention.

---

[52] Burn DJ. Beyond the Iron Mask: Towards Better Recognition and Treatment of Depression Associated with Parkinson's Disease. Mov. Disord. 2002;17:445-54.

[53] Rektorova I, Rektor I, Bares M, et al. Pramipexole and pergolide in the treatment of depression in Parkinson's disease: a national multicenter prospective randomized study. Eur. J. Neurol. 2003;10:399-406.

[54] BOE00881504 at 6.

5/18/07
Date

Dr. C. Warren Olanow, M.D.

# EXHIBIT A

## CURRICULUM VITAE
## CHARLES WARREN OLANOW, M.D., F.R.C.P. (C)

**PLACE OF BIRTH:**    Toronto, Ontario, Canada

**MARITAL STATUS:**    Married with 4 children

**CITIZENSHIP:**    Canadian

**RESIDENCY:**    USA

## EDUCATION

| | |
|---|---|
| 1959-1961 | Pre-Med, University of Toronto, Toronto, Canada |
| 1961-1965 | M.D., University of Toronto, Toronto, Canada |

## INTERNSHIP AND RESIDENCY

| | |
|---|---|
| 1965-1966 | Rotating Internship<br>Toronto General Hospital, Toronto, Canada |
| 1966-1967 | Resident in Medicine<br>Queen's Hospital, Honolulu, Hawaii |
| 1967-1968 | Resident in Neurology<br>Toronto General Hospital, Toronto, Canada |
| 1968-1970 | Resident in Neurology<br>Neurological Institute, Columbia Presbyterian<br>Medical Center, New York, New York |
| 1970-1971 | Fellow in Neuroanatomy<br>Columbia-Presbyterian Medical Center<br>New York, New York |

## UNIVERSITY POSITIONS

| | |
|---|---|
| 1970-1971 | Assistant in Neurology<br>College of Physicians and Surgeons<br>Columbia University<br>New York, New York |

## UNIVERSITY POSITIONS (CONT)

1971-1977    Lecturer
Department of Neurology and Neurosurgery
McGill University
Montreal, Quebec, Canada

1971-1977    Lecturer
Department of Neuroanatomy
McGill University
Montreal, Quebec, Canada

1977-1984    Assistant Professor
Division of Neurology, Department of Medicine
Duke University Medical Center
Durham, North Carolina

1984-1986    Associate Professor
Division of Neurology, Department of Medicine
Duke University Medical Center
Durham, North Carolina

1986-1994    Professor
Department of Neurology
University of South Florida
Tampa, Florida

1988-1994    Professor
Department of Pharmacology and Experimental Therapeutics
University of South Florida
Tampa, Florida

1992-1994    Professor
Department of Psychiatry
University of South Florida
Tampa, Florida

1994-    Professor and Chairman
Department of Neurology
Mount Sinai School of Medicine
New York, New York

## UNIVERSITY POSITIONS (CONT)

2004-    Professor
Department of Neuroscience
Mount Sinai School of Medicine
New York, New York

## HOSPITAL APPOINTMENTS

1971-1977    Neurologist
             Jewish General Hospital
             Montreal, Quebec, Canada

1971-1977    Consultant Neurologist
             Montreal Neurological Institute
             Montreal, Quebec, Canada

1972-1977    Consultant Neurologist
             Maimonides Hospital
             Montreal, Quebec, Canada

1972-1977    Director, Electromyography Department
             Jewish General Hospital
             Montreal, Quebec, Canada

1977-1986    Neurologist
             Duke University Medical Center
             Durham, North Carolina

1978-1986    Clinical Director, Division of Neurology
             Duke University Medical Center
             Durham, North Carolina

1980-1986    Director, Myasthenia Gravis Section
             Muscular Dystrophy Association Clinic
             Duke University Medical Center
             Durham, North Carolina

1982-1986    Director, Parkinson's Disease Clinic
             Duke University Medical Center
             Durham, North Carolina

1986-1994    Neurologist
             Tampa General Hospital
             Tampa, Florida

1986-1994    Consultant Neurologist
             James Haley VA Hospital
             Tampa, Florida

4

## HOSPITAL APPOINTMENTS (CONT)

1986-1994      Chief, University Service,
Department of Neurology
Tampa General Hospital
Tampa, Florida

1986-1994      Director, Movement Disorder Center
University of South Florida
Tampa, Florida

1987-1994      Chief-Department of Neurology
Tampa General Hospital
Tampa, Florida

1992-1994      Director, Center for Study of Neurodegenerative Disorders
University of South Florida
Tama, Florida

1994-      Chief, Neurology Service
Mount Sinai Medical Center
New York, New York

5

## AWARDS AND HONORS

| | |
|---|---|
| 1959 | Ontario Scholarship |
| 1962 | National Medical Research Council of Canada Scholarship |
| 1989 | Hassel foundation lecture. University of Pennsylvania. |
| 1990-1992 | International Society of Motor Disturbances (ISMD) - Vice President |
| 1991 | Rothballer Memorial Lecture. New York Medical College. |
| 1991 | Named in 1st edition of Best Doctors in America |
| 1992 | Named in Who's Who in Science and Engineering |
| 1992-1994 | International Society of Motor Disturbances (ISMD) - President |
| 1992-1995 | Movement Disorder Society - Treasurer |
| 1993 | Named in 2nd edition of Best Doctors in America |
| 1993 | Named in Who's Who in Science and Engineering |
| 1994- | Director, National Parkinson's Foundation Center of Excellence |
| 1994- | Henry P. and Georgette Goldschmidt Chair in Neurology, Mount Sinai School of Medicine |
| 1994 | Honoree - Boston Society for Neurology and Psychiatry |
| 1995- | Honorary Professor - University of London - Royal Free Hospital |
| 1996 | VII Annual Bernard Siskind and Family Lecture - Lennox Hill Hospital, New York |
| 1996 | Named in Best Doctors in New York |
| 1996 | Teacher of the Year Award - Department of Neurology, Mount Sinai School of Medicine |
| 1996 | Named in 3rd edition of Best Doctors in America |
| 1997 | Honorary Speaker – Congress of Latin American Movement Disorders |
| 1997 | Invited Speaker – U.S. House Subcommittee on Health and the Environment. Restructuring the FDA. |
| 1997 | Invited Speaker – U.S. Senate Committee on Labor and Human Resources. Coordination of NIH research efforts. |
| 1997 | Invited Speaker – Congressional Caucus on Public Policy. Parkinson's disease. |
| 1998 | Pewterer's Lecturer – National Hospital for Neurological Diseases at Queen Square, London, UK |
| 1998 | Invited Guest Speaker – Austrian Neurological Society |
| 1999 | Named in 4th edition of Best Doctors in America |
| 1999 | Dean's Lecture: Mount Sinai School of Medicine |
| 2000 | Guy William's Lecturer: Department of Neurology, Cleveland Clinic |
| 2000 | Tyler Lecturer: Department of Pharmacology, University of South Florida |
| 2000 | Utterback Distinguished Professor: University of Tennesse, College of Medicine |
| 2000 | Invited Guest Speaker: Brain Research Society of Turkey |
| 2001 | Named in 5th edition of Best Doctors in America |
| 2001 | Named in Best Doctors in New York |
| 2001 | President – Internatial World Conference on Neurodegeneration (IWCN) |
| 2001 | Invited Guest Speaker – Philadelphia Neurological Society |
| 2001 | J.C. Richardson Memorial Lecturer: Canadian Congress of Neurological Science |

## AWARDS AND HONORS (Cont)

| | |
|---|---|
| 2001-2002 | President Elect – Movement Disorder Society |
| 2002 | Keynote Speaker – Medical Student Research Day – Mount Sinai School of Medicine |
| 2002 | Named in 6th edition of Best Doctors in America |
| 2002 | Named in Best Doctors in New York |
| 2002- | Treasurer – American Neurological Association |
| 2003- | Member – WFN Research Committee on parkinsonism and related disorders |
| 2003-2004 | President – Movement Disorder Society |
| 2004 | Named in 7th edition of Best Doctors in America |
| 2004 | Honorary member of the French Neurological Society |
| 2004 | Bender Lecture – Mount Sinai School of Medicine |
| 2004 | Honoree – Bachmann Strauss Dystonia and Parkinson's Disease Foundation |
| 2005 | Member – Scientific Advisory Board – Michael J Fox Foundation |
| 2005 | Drucker Lecture – Harvard University |
| 2005 | Distinguished Neuroscience Lecture –University of Texas, San Antonio |
| 2005 | Keynote Lecture – International Society for Parkinson' Disease, Kobe Japan |
| 2006 | Hammel Distinguished Lecturer, Baylor University of Medicine, Houston Tx |
| 2006 | Keynote Lecturer, Methodist Neurological Institute, Houston Tx |
| 2006 | Honorary Lifetime Member – Bachmann Strauss Dystonia and PD Advisory Board |
| 2006 | Keynote Lecture, Jefferson University Neurology Course, Philadelphia |
| 2006 | National Space Biomedical Research Institute (NSBRI) - Board of Directors |
| 2006 | Editor in Chief – Mount Sinai Journal of Medicine |

7

## SOCIETY MEMBERSHIPS

American Academy of Neurology - Fellow
American Neurological Association
American Society of Neuroimaging
American Society for Neural Transplantation
Association for the Advancement of Science
Association of University Professors of Neurology
Association for Research in Nervous and Mental Disease (ARNMD)
Canadian Neurological Association
International Society of Motor Disturbances (ISMD)
Movement Disorder Society
New York Academy of Sciences
Parkinson Study Group
Royal College of Physicians and Surgeons of Canada - Fellow
Royal Society of Medicine
Society For Neuroscience

## CERTIFICATIONS

| | |
|---|---|
| 1967 | National Board of Medical Examiners |
| 1971 | Royal College of Physicians and Surgeons of Canada (Neurology) |
| 1972 | College of Physicians and Surgeons of Quebec (Neurology) |

## LICENSES

| | |
|---|---|
| 1967 | Ontario, Canada |
| 1971 | California, U.S.A. |
| 1971 | Quebec, Canada |
| 1977 | North Carolina, U.S.A. |
| 1987 | Florida, U.S.A. |
| 1994 | New York, USA. |

# NATIONAL/INTERNATIONAL COMMITTEES AND DIRECTORSHIPS

| | |
|---|---|
| 1986- | Parkinson Study Group (DATATOP study) - Steering Committee |
| 1987-1990 | American Society of Neuroimaging - Board of Directors |
| 1988-1998 | United Parkinson Foundation - Medical Advisory Board |
| 1989-1995 | International Tremor Foundation - Medical Advisory Board |
| 1989-1994 | National Institute of Health - (Aging) Study Section |
| 1991-1995 | American Parkinson's Disease Association - Medical Advisory Board |
| 1990 | Scientific Organizing Committee - 1st International Movement Disorder Congress - Washington |
| 1990-1992 | International Society of Motor Disturbances (ISMD) - Vice President |
| 1991-1992 | Honorary Medical Consultant - National Spasmodic Torticollis Association |
| 1992 | Scientific Organizing Committee - 2nd International Movement Disorder Congress - Munich |
| 1992-1994 | International Society of Motor Disturbances (ISMD) - President |
| 1992-1994 | We Move - Physicians Core Advisory Board |
| 1992-1995 | Movement Disorder Society - Treasurer |
| 1992- | Movement Disorder Society - Strategy and Planning Committee |
| 1992-1994 | Movement Disorder Society - Education Committee |
| 1992-1994 | Chairman and Scientific Secretariat - Third International Movement Disorder Congress - Orlando |
| 1993- | National Institute of Neurological Disorders and Stroke - Ad Hoc Member |
| 1993-1995 | American Health Assistance Foundation - Medical Advisory Board |
| 1993-1995 | Parkinson's Study Group - Executive Committee |
| 1994 | Scientific Organizing Committee - IXth International Parkinson's Disease Rome |
| 1994- | Board of Trustees - ARNMD |
| 1995-1999 | Movement Disorder Society - International Executive Committee |
| 1995-1996 | Harvard Medical School - Ad Hoc Appointments and Promotions Committee |
| 1995 | Fetal Nigral Transplant Registry Committee |
| 1996 | NIH Xenograft Transplant Registry Committee |
| 1998- | Chairman - Scientific Advisory Board – Bachmann-Strauss Foundation |
| 1998 | Scientific Organizing Committee – Fourth International Movement Disorder Congress - New York |
| 1998-2001 | We Move – Board of Directors |
| 1999 | Chairman – Safety Monitoring Committee; Multicenter Porcine Fetal Grafting trial in PD |
| 1999 | External advisory committee – Brown University, Department of Neurology |
| 1999 | External evaluation committee – Department of Neurology, Stoneybrook University. |
| 2000- | Medical Advisory Committee – Muscular Dystrophy Association |
| 2000-2002 | President Elect – Movement Disorder Society |
| 2001- | Board of Directors – Corrine Goldsmith Multiple Sclerosis Centor |
| 2001- | Scientific Advisory Board (ex officio Bachmann Strauss Liason) – Dystonia Medical Research Foundation |

9

## NATIONAL/INTERNATIONAL COMMITTEES AND DIRECTORSHIPS (CONT)

| | |
|---|---|
| 2001- | Director - Benheim Parkinson Disease Center, Mount Sinai School of Medicine |
| 2002- | NIH neuroprotection oversight committee |
| 2002-2004 | President – Movement Disorder Society |
| 2003-2006 | Treasurer -- American Neurological Association |
| 2004 | Executive Committee and Chair – Finance Committee – World Parkinson Congress |
| 2005-2006 | Past President – Movement Disorder Society |
| 2005 | Scientific Advisory Board -- Michael J Fox Foundation |
| 2006 | National Space Biomedical Research Institute (NSBRI) – Board of Directors |

10

## INDUSTRY APPOINTMENTS

| | |
|---|---|
| 1988-1992 | Sandoz Pharmaceuticals – Bromocriptine Medical Advisory Board |
| 1988-1992 | Eli Lilly and Company – Pergolide Medical Advisory Board |
| 1994-2000 | Medtronics – Deep Brain Stimulation Medical Advisory Board |
| 1994-2000 | Teva Pharmaceuticals – TVP Medical Advisory Board |
| 1994-2001 | Somerset Pharmaceuticals – Chairman Medical Advisory Board |
| 1995-2001 | SmithKline Beecham – Chairman Ropinorole Medical Advisory Board |
| 1995-1998 | Pharmacia Upjohn Pharmaceutical – Chairman Pramipexole Medical Advisory Board |
| 1998-2003 | Pharmacia – Medical Advisory Board |
| 1995-1998 | Diacrin – Medical Advisory Board |
| 1996-2002 | Centaur – Scientific Advisory Board |
| 1996-2000 | Hoffman-Laroche – Chairman Tolcapone Medical Advisory Board |
| 1998- | Novartis – Medical Advisory Board |
| 1999-2001 | Rhone Poulenc (Aventis) – Riluzole Medical Advisory Board |
| 1999-2001 | Kyowa Pharmaceuticals – Medical Advisory Board |
| 2000-2002 | Genzyme – Transplant Advisory Board |
| 2000- | Schwartz Pharma – Medical Advisory Board |
| 2000- | Merck AG – Medical Advisory Board |
| 2000- | Schering AG – Spheramine DSMB |
| 2001- | GSK – Medical Advisory Board |
| 2001- | Ceregene Inc – Scientific Advisory Board |
| 2002- | Solvay Pharmaceuticals – Medical Advisory Board |
| 2002- | Novartis – Neurodegeneration Advisory Board |
| 2003- | Titan Pharmaceuticals – Special Advisor to the President |
| 2003-2005 | Pfizer/BI Medical Advisory Board |
| 2004-2005 | Pfizer – Neuroscience Advisory Board |
| 2004- | Teva Pharmaceuticals – Chairman Scientific Advisory Board |
| 2005- | BI – Scientific Advisor |

11

## EDITORIAL BOARDS

| | |
|---|---|
| 1989-1994 | Journal of Neural Transmission-Parkinson's Disease Section |
| 1991-1994 | Neurology Forum |
| 1991-1996 | Movement Disorders |
| 1994-2000 | Canadian Journal of Neurological Sciences |
| 1995-2000 | Parkinsonism and Related Disorders |
| 1996-1999 | Neurology Network Commentary |
| 2000- | Clinical Science |
| 2002 - | Expert Review of Neurotherapeutics |
| 2003 | CNS Spectrums |
| 2006 | European Journal of Neurology |

## EDITOR IN CHIEF

| | |
|---|---|
| 2006 - | Mount Sinai Journal of Medicine |

## EDITORIAL REVIEWER

American Journal of Pathology
Annals of Neurology
Archives of Neurology
Brain
Brain Research
Canadian Journal of Neurological Sciences
Experimental Neurology
European Journal of Neuroscience
Free Radical Biology and Medicine
Journal of the American Medical Association
Journal of Neurochemistry
Journal of Neuroscience
Journal of Neurological Science
Journal of Neurology, Neurosurgery, and Psychiatry
Lancet
Lancet Neurology
Movement Disorders
Nature Medicine
Nature Neuroscience
Neurology
Neuroscience
New England Journal of Medicine
Neurodegeneration
Parkinsonism and Related Disorders
Pharmacologic Reviews

## EDITORIAL REVIEWER (cont)

12

PNAS
Science
Stroke
Trends in Molecular Medicine
Trends in Neuroscience

## SYMPOSIA ORGANIZER OR CHAIR

1987          10th Annual Meeting of the American Society of Neuroimaging, Neuroimaging of the
              Degenerative Disease Seminar, Tampa, Florida
              International Meeting on Dopamine Agonists, New York, New York

1988          First Annual Conference on Advances in Parkinson's Disease, Vail, Colorado
              Symposium on Etiology and Pathogenesis of Parkinson's Disease, Indianapolis, Indiana
              Dystonia Session, American Academy of Neurology
              Brain Transplantation, 9th International Symposium on Parkinson's Disease, Jerusalem
              Current Concepts and Future Trends in Neuroimmunology, Tampa, Florida

1989          Second Annual Conference on Advances in Parkinson's Disease, Vail, Colorado
              Dopamine Agonists, American Academy of of Neurology, Chicago, Illinois
              Symposium on Neuroimmunology, Tampa, Florida
              Dystonia Session, XIVth World Congress of Neurology, New Delhi, India

1990          Third Annual Conference on Advances in Parkinson's Disease, Vail, Colorado
              First International Congress of Movement Disorders - Organizing Committee
              Satellite Symposium on Parkinson's Disease, First International Congress of Movement
              Disorders, Washington, DC
              Parkinson's Disease Symposium, First International Congress of Movement Disorders,
              Washington, D.C.
              Session on COMT Inhibitors, 42nd Annual Meeting of the American Academy of
                    Neurology, Miami, Florida
              Third Annual Symposium on Neuroimmunology, Tampa, Florida.

1991          Fourth Annual Conference on Advances in Parkinson's Disease, Keystone, Colorado
              Barrow National Institute Symposium on Recent Advances in Neurology and
              Neurosurgery, Scottsdale, Arizona
              Neurotoxins, American Academy of Neurology, Boston, Massachusetts
              Role of Iron and Oxidant Stress in the Normal and Parkinsonian Brain, Longboat Key,
              Florida.

1992          Fifth Annual Symposium on Advances in Parkinson's Disease, Keystone, Colorado
              Second International Congress on Movement Disorders, Organizing Committee
              Up-Date on Parkinson's Disease. Fourty-Fourth Annual Meeting of the American
              Academy of Neurology, San Diego, California
              Motor Fluctuations in Parkinson's Disease, Second International Congress on Movement
              Disorders , Munich, Germany
              New Approaches to the Treatment of Neurodegenerative Disease, Lancaster, London
              Parkinson's Disease & Dystonia: An Update. Tampa, Florida.

14

## SYMPOSIA ORGANIZER OR CHAIR (CONT)

1993        Sixth Annual Symposium on Advances in Parkinson's Disease, Keystone, Colorado.
Surgical Treatment Session, American Academy of Neurology, New York, New York
Clinical Features Session, American Academy of Neurology, New York, New York

1994        Seventh Annual Symposium on Advances in Parkinson's Disease, Snowmass, Colorado
American Academy of Neurology, Basic Pathogenetic Mechanisms, Washington, D.C.
International Symposium on Dementia in Parkinson's Disease - Scientific Advisory
Board
11th International Symposium on Parkinson's Disease - organizing committee
11th International Symposium on Parkinson's Disease - Focus on dystonia
Third International Congress of Movement Disorders - organizing committee
Early detection of PD - 2nd PERC symposium

1995        Eighth Annual Symposium on Advances in Parkinson's Disease- Squaw Valley,
California
American Academy of Neurology - Case studies in Parkinsonism
American Academy of Neurology - Parkinsonism - etiologic factors
Fourth International Congress of Movement Disorders - organizing committee
American Academy of Neurology Symposium on Parkinson's disease - Tokyo, Japan.
IBC sympsium on neurodegeneration - London, England
Melvin Yahr Symposium - Mount Sinai Medical Center - New York, New York

1996        Ninth Annual Symposium on Advances in Parkinson's Disease - Keystone, Colorado
American Academy of Neurology - Case studies in Parkinsonism - Boston
Symposium on Dopamine Agonists - Barcelona, Spain
Concensus conference on Management of Parkinson's Disease, Carmel, California

1997        Tenth Annual Symposium on Advances in Parkinson's Disease - Keystone, Colorado
American Academy of Neurology, Boston Mass, Symposium on etiology and
pathogenesis of Parkinson's Disease
American Academy of Neurology – Case studies in Parkinsonism – Boston, Mass
Symposium on COMT inhibitors – Buenos Aires, Argentina
Symposium on Neurodegeneration and Neuroprotetion in Parkinson's Disease – Cannes,
France

1998        11th Symposium on Advances in Parkinson's Disease - Keystone, Colorado
Symposium on neurodegeneration – ICMD – New York
Symposium on COMT inhibitors – New York
Symposium on dopamine agonists in PD – New York
Symposium on Levodopa-induced dyskinesia – Bermuda

15

## SYMPOSIA ORGANIZER OR CHAIR (CONT)

| | |
|---|---|
| 1999 | 12th Symposium on Advances in Parkinson's Disease - Keystone, Colorado |
| | Symposium of dopamine agonists – Intl Parkinson Congress, Vancouver BC |
| | Symposium on dyskineisia – Bermuda |
| 2000 | Symposium on Continuous Dopaminergic Stimulation – St. Thomas USVI |
| | 13th Symposium on Advances in Parkinson's Disease - Breckenridge, Colorado |
| | Pharmacia Symposium on PD  - California/Florida |
| | Novartis symposium on PD – California/Florida |
| 2001 | 14th Symposium on Advances in Parkinson's Disease - Keystone, Colorado |
| | The Ubiquitin-Proteasomal System – IWCN, Sundance, Colorado |
| | International symposium on COMT inhibitors – Barcelona, Spain |
| 2002 | 15th Symposium on Advances in Parkinson's Disease - Keystone, Colorado |
| | Pharmacia symposium on PD – California/Florida |
| | 1st annual Bachmann-Strauss Dystonia Think Tank – New York |
| 2003 | 16th Symposium on Advances in Parkinson's Disease - Keystone, Colorado |
| | Fox Foundation Symposium – Transplantation for PD – Sunnyvale California |
| | 2nd annual Bachmann-Strauss Dystonia Think Tank – New York |
| 2004 | Chair – Program Committee – International Movement Disorder Society – Rome |
| | 3rd annual Bachmann-Strauss Dystonia Think Tank – New York |
| | 17th Symposium on Advances in Parkinson's Disease - Keystone, Colorado |
| | Scientific advisory board – PD and Dementia – Salzburg, Au |
| 2005 | 18th annual symposium on PD and neurogeneration – Keystone, Colorado |
| | Chair – Program Committee – International Movement Disorder Society – New Orleans |
| | Scientific advisory board – AD/PD meeting – Sorento, Italy |
| | Chair – PD/RLS meeting – Lake Magiore, Italy |
| | 4th annual Bachmann-Strauss Dystonia Think Tank – New York |
| | Co-Chair; High Science Meeting – Miami, Florida |
| | Chairman - Neurodegeneration and PD – Napa Valley, Ca |
| 2006 | Chairman - 19th annual symposium on PD and neurogeneration – Keystone, Colorado |
| | Co-Chairman; High Science Meeting – Miami Florida |

16

## GRANT SUPPORT ($ approx)

1. Merck Sharp       $50,000       Double Blind Controlled Study of MRI-486 in Parkinson's
   & Dohme                         Disease - 1975
                                   C.W. Olanow M.D., Co-Investigator

2. NINCDS            $150,000      Cooperative Study of Extracranial/Intracranial Arterial
                                   Anastomosis - 1984
                                   H.J.M. Barnett, M.D., (London.Ont.), Principal Investigator
                                   C.W. Olanow, M.D., Institutional PI (Duke)

3. Eli Lilly         $160,000      Ergoline Derivatives in the Treatment of PD - 1985
                                   C.W. Olanow, M.D., Institutional Principal Investigator (Duke)

4. Sandoz            $100,000      Randomized Single Blind Double Observer Studies of Sinemet and
                                   Parlodel in Previously Untreated Parkinson Patients - 1985
                                   C.W. Olanow, M.D. Principal Investigator

5. Ayerst            $90,000       Ciladopa as an Adjunct to Sinemet Therapy - 1986
                                   C.W. Olanow, M.D., Institutional Principal Investigator (Duke)

6. Sandoz            $15,000       Effect of Parlodel Therapy on Magnetic Resonance Imaging in
                                   Parkinson's Disease - 1986
                                   C.W. Olanow, M.D., Co-Principal Investigator

7. Sandoz            $25,000       Bromocriptine in Pergolide Failures - 1986
                                   C.W. Olanow, M.D., Principal Investigator

8. Sandoz            $80,000       A Study of the Safety, Tolerance and Efficacy of Increasing doses
                                   of CV205-502 in Patients with Parkinson's Disease" - 1987
                                   C.W. Olanow, M.D., Principal Investigator

9. Merck Sharp       $50,000       Dosing Study of Sinemet CR4 in Untreated PD - 1987
   & Dohme                         C.W. Olanow, M.D., Principal Investigator

10. NINCDS           $363,712      Deprenyl/Tocopherol Antioxidative Therapy of Parkinsonism-
                                   4/1987-3/1992
                                   Ira Shoulson, M.D., Principal Investigator (U of Rochester)
                                   C.W. Olanow,M.D., Institutional Principal Investigator (USF) and
                                   steering committee

11. NIH              $5,000        OCO Small Equipment Funding – 1987 C.W. Olanow, M.D.

GRANT SUPPORT (CONT)

| 12. | MDA | $40,000 | Cyclosporine in Myasthenia Gravis" - 1988<br>C.W. Olanow, M.D., Institutional Principal Investigator (USF) |
| 13. | United Parkinson Foundation<br>Grafls | $20,000 | Magnetic Resonance Imaging and Behavioral Correlates Following Transplant of Ferrite Labelled Adrenal Medullary to Striatum" - 1/1989-12/1990<br>C.W. Olanow, M.D. and G Arendash, Ph.D., Principal Investigators |
| 14. | Merck Sharp & Dohme | $114,000 | Double Blind Study Comparing Sinemet to Sinemet CR as Primary Treatment for Parkinson's Disease- 2/1989-2/1995<br>C.W. Olanow, M.D., Instituitonal Principal Investigator (USF) |
| 15. | United Parkinson Foundation | $25,000 | Determination of Feasibility of Solid Intraparenchymal Grafts of Embryonic Human Dopaminergic Neurons - 11/1990-11/1991<br>Thomas B. Freeman, M.D. and C.W. Olanow, M.D., PI's |
| 16. | United Parkinson Foundation | $25,000 | Iron induced degeneration of substantia nigra neurons 11/1990-11/1991<br>C.W. Olanow, M.D., Instituitonal Principal Investigator |
| 17. | Miles Pharma<br>the | $60,000 | A Double-Blind Placebo Controlled Study of the Pharmaceuticals Safety and Efficacy of Nimodipine (Baye 9736) Given by Intravenous Infusion Followed by Oral Administration in Treatment of Acute Ischemic Brain Infarction." - 1989<br>C.W. Olanow, M.D., Institutional Principal Investigator (USF) |
| 18. | MDA | $20,000 | A Multicenter Double-Blind Clinical Trial to Assess the Safety and Efficacy of Cyclosporine in the Treatment of Steroid-Dependent Myasthenia Gravis - 1989<br>C.W. Olanow, M.D., Institutional Principal Investigator (USF) |
| 19. | Sandoz | $60,000 | Double Blind Study of Two Dose Levels of CQA. versus Placebo in the Treatment of Parkinson's Disease" - 1989<br>C.W. Olanow, M.D., Principal Investigator |
| 20. | NIH | $126,936 | Deprenyl/Tocopherol Antioxidative Therapy in Parkinsonism - Extension - 4/1989-3/1992<br>Ira Shoulson, M.D., Principal Investigator (U of Rochester)<br>C.W. Olanow, M.D., Institutional Principal Investigator (USF) and steering committee |

18

## GRANT SUPPORT (CONT)

| | | | |
|---|---|---|---|
| 21. | Sandoz | $180,000 | The Sindepar Study - 1989-1991<br>C.W. Olanow, Principal Investigator |
| 22. | Hoffmann LaRoche | $64,000 | The Safety, Tolerance and Influence on Clinical Status of Ro 19-6327 in Untreated Parkinson's Disease Patients -11/1990-11/1991<br>C.W. Olanow, Institutional Principal Investigator (USF) |
| 23. | Hoffmann LaRoche | $64,000 | The Safety, Tolerance and Influence on Clinical Status of Ro 19-6327 in treated Parkinson's Disease Patients -11/1990-11/1991<br>C.W. Olanow, Institutional Principal Investigator (USF) |
| 24. | Boehringer Ingelheim | $120,000 | An Ascending Dose Tolerance and Efficacy Study of SND 919 in Early Parkinson's disease - 1991<br>C.W. Olanow, Principal Investigator |
| 25. | Smithkline Beecham | $136,850 | Ropinirole vs. Placebo as an Adjunct to Levodopa in the Treatment of Parkinson's Disease"- 1991-1994<br>C.W. Olanow, Principal Investigator |
| 26. | NIH | $150,000 | Deprenyl and Tocopherol Antioxidative Therapy of Parkinsonism Extension (DATE study) - 1992<br>C.W. Olanow, Institutional Principal Investigator (USF) and steering committee |
| 27. | Smithkline Beecham | $41,400 | Pharmacokinetic Assessment of Ropinirole under multiple dosing, steady state conditions in Parkinson's Disease"- 1991-1994<br>C.W. Olanow, Principal Investigator |
| 28. | DuPont Pharma | $90,000 | Central and Peripheral Pharmacokinetics and Behavioral Effects of Levodopa administered as Sinemet and Sinemet CR in Patients with Advanced Parkinson's Disease - 1992<br>C.W. Olanow, Principal Investigator |
| 29. | Sandoz/Somerset | $71,000 | The Effect of Deprenyl on the Pharmacokinetics of Levodopa - 1992<br>C.W. Olanow, Principal Investigator |

## GRANT SUPPORT (CONT)

| | | | |
|---|---|---|---|
| 30. | Regeneron Pharma | $112,000 | A Phase II-III Prospective, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Safety and Efficacy Study of Recombinant Human Ciliary Neurotrophic Factor (rHCNTF) in Patients with Amyotrophic Lateral Sclerosis - 1992<br>C.W. Olanow M.D. Institutional Principal Investigator (USF) and protocol committee |
| 31. | Boehinger Ingelheim | $80,000 | Double-Blind, Placebo-Controlled, Parallel Group Comparison to Assess the Safety, Tolerance and Efficacy of Pramipexole in Advanced Parkinson's Disease (0679) and to Assess Long-Term Safety with Open-Label Pramipeoxle - 1992<br>C.W. Olanow M.D. Principal Investigator |
| 32. | UpJohn | $100,000 | Double-Blind, Placebo-Controlled, Parallel Group Comparison to Assess the Safety, Tolerance and Efficacy of Pramipexole in Early Parkinson's Disease (Part I) and to Assess Long-Term Safety with Open-Label Pramipeoxle - 1992<br>C.W. Olanow M.D, Principal Investigator |
| 33. | Somerset | $250,000 | Dopamine Pharmacology - 1993<br>C.W. Olanow M.D.and L. Wecker PhD, Principal Investigators |
| 34. | Lowenstein Foundation | $750,000 | Mount Sinai Parkinson Disease Research Center Grant 1994-1997<br>C.W.Olanow M.D., Principal Investigator |
| 35. | NINCDS ROI-NS32842 | $4,000,000 | Fetal Transplantation in Parkinson's Disease 1995-1999<br>C.W. Olanow M.D., Principal Investigator |
| 36. | Somerset | $60,000 | Assesment of deprenyl neuroprotection in tissue culture - 1995<br>C.W.Olanow M.D.and C. Mytilineou PhD, Principal Investigators |
| 37. | Somerset | $60,000 | Assessment of transdermal deprenyl in animal models of parkinsonism - 1995-1996.<br>C.W.Olanow M.D. Principal Investigator |
| 38. | Somerset | $40,000 | Evaluation of neuroprotection effects of novel anti-apoptotic agents. 1995-1996.<br>C.W.Olanow M.D. Principal Investigator |
| 39. | Bachman-Strauss Foundation | $230,000 | Mount Sinai dystonia center grant 1996<br>C.W.Olanow M.D. Principal Investigator |

## GRANT SUPPORT (CONT)

| | | | |
|---|---|---|---|
| 40. | Medtronics | $25,000 | Deep brain stimulation for Parkinson's disease 1995-1996<br>C.W.Olanow M.D. Principal Investigator |
| 41. | Somerset | $50,000 | Transdermal selegiline in Parkinson's disease patients - 1996<br>C.W.Olanow M.D. Principal Investigator |
| 42. | PSG | $50,000 | Dopascan in Parkinson's disease and PSP - 1996<br>C.W.Olanow MD Institutional Principal Investigator |
| 43. | Athena Neuroscience | $25,000 | Effect of pergolide on cultured dopamine neurons - 1997<br>C.W.Olanow MD Principal Investigator |
| 44. | Bachman-Strauss Foundation | $230,000 | Mount Sinai Dystonia Center Grant - 1997<br>C.W.Olanow MD Principal Investigator |
| 45. | SKB | $25,000 | Effect of Ropinirole on cultured dopaminergic neurons - 1997<br>C.W.Olanow MD Principal Investigator |
| 46. | Somerset | $50,000 | Effect of desmethyl selegiline on dopamine neurons in SOD mutant mouse - 1997<br>C.W.Olanow M.D. Principal Investigator |
| 47. | Pharmacia Upjohn | $25,000 | Effect of Pramipexole on cultured dopamine neurons - 1997<br>C.W.Olanow M.D. Principal Investigator |
| 48. | NINCDS | $300,000 | Elldopa Study – 1998-2002 NS34796-01A1<br>Stan Fahn MD Principal Investigator<br>C. Warren Olanow M.D. Steering Committee and Institutional PI |
| 49. | Lowenstein Foundation (renewal) | $900,000 | Mount Sinai Parkinson Disease Research Center Grant 1998-2001<br>C.W.Olanow M.D., Principal Investigator |
| 50. | FDA | $400,000 | Deep Brain Stimulation in dystonia<br>M. Brin MD, PI. C. W. Olanow MD, Co-PI. |
| 51. | SKB | $100,000 | Neuroprotection and degeneration in SOD mutant mouse<br>C. W. Olanow MD, Principal Investigator |
| 52. | Bachman-Strauss Foundation | $250,000 | Mount Sinai Dystonia Center Grant - 1998<br>C.W.Olanow MD Principal Investigator |

21

## GRANT SUPPORT (CONT)

| 53. | New York State | $50,000 | Cell death in Parkinson's disease - 1998<br>C. W. Olanow MD, Principal Investigator |
|---|---|---|---|
| 54. | Lowenstein Foundation | $250,000 | NYU-Sinai Surgical Program in PD 1999-2001<br>C. W. Olanow MD, Principal Investigator |
| 55. | Bachmann Strauss Foundation | $300,000 | Mount Sinai Dystonia Center Grant - 1999<br>C. W. Olanow MD, Principal Investigator |
| 56. | NINCDS<br>2 RO1-NS33772 | $3,146,650 | Fetal Transplantation in Parkinson's Disease 1999-2004<br>C.W. Olanow M.D., Principal Investigator |
| 57 | Pharmacia Upjohn | $150,000 | Cell signaling in PPX-mediated neuroprotection - 2000<br>C.W. Olanow M.D., Principal Investigator |
| 58. | CMI | $ 98,000 | M Pruriens and neuroprotection - 2000<br>C.W. Olanow M.D., Principal Investigator |
| 59. | Bachmann Strasuss Foundation | $1,200,000 | Mount Sinai Dystonia Center Grant – 2000/2001<br>C.W. Olanow M.D., Principal Investigator |
| 60. | NIH<br>RO1-33772-05S1 | $ 50,000 | Special equipment grant  2000-2001<br>C.W. Olanow M.D., Principal Investigator |
| 61. | NIH<br>MO1 RR00071 | | GCRC<br>C. W. Olanow M.D., Investigator |
| 62. | Leir Foundation | $3,250,000 | Clinical Pathologic correlation Study in PD 2001-2005<br>C.W. Olanow M.D., Principal Investigator |
| 63. | New York State | $100,000 | Double blind cross over comparison of STN stimulation using rapid analytic vs empiric methods - 2001<br>C.W. Olanow M.D., Principal Investigator |
| 64. | Bendheim Parkinson Center | $3,000,000 | Parkinson Disease Research Center 2001- 2006<br>C.W. Olanow M.D., Principal Investigator |
| 65. | Bachmann Strasuss Foundation | $1,200,000 | Mount Sinai Dystonia Center Grant – 2001/2002<br>C.W. Olanow M.D., Principal Investigator |

## GRANT SUPPORT (CONT)

22

| 66. | Department of the Army | $350,000 | Inflammatory response and oxidative stress in the degeneration of dopamine neurons in Parkinson's disease 2002-2003<br>C. W. Olanow MD, Principal Investigator |
|---|---|---|---|
| 67. | Lowenstein Foundation | $1,000,000 | Neurology Neuroscience Inititative 2001-2003<br>C. W. Olanow MD, Principal Investigator |
| 68. | Bachmann Strauss Foundation | $1,200,000 | Mount Sinai Dystonia Center Grant – 2002/2003<br>C.W. Olanow M.D., Principal Investigator |
| 69. | GSK | $100,000 | Molecular mechanisms of dopamine receptor activation – 2003/2004<br>C. W. Olanow MD, Principal Investigator |
| 70. | Novartis | $180,000 | Effect of CDS in advanced PD - 2004<br>C. W. Olanow MD, Principal Investigator |
| 71. | Schapiro Research Foundation | $1,000,000 | Towards a rodent model of PD – 2003-2005<br>C. W. Olanow MD, Principal Investigator |
| 72. | NINDS RO1 NS045999-01 | $1,896,450 | Proteasome Dysfunction in PD – 2003-2007<br>K McNaught PhD, Principal Investigator<br>C. W. Olanow MD, Co-PI |
| 73 | Bachmann Strauss Foundation | $580,000 | Mount Sinai Dystonia Center Grant - 2004<br>C. W. Olanow MD, Principal Investigator |
| 74 | Teva Neuroscience | $140,000 | In vitro neuroprotective studies with rasagiline - 2005<br>C. W. Olanow MD, Principal Investigator |
| 75. | Lowenstein Foundation | $1,500,000 | Mechanism of cell death induced by proteasome inhibition 2007-2011<br>C. W. Olanow MD, Principal Investigator |

23

## PEER REVIEWED COMMUNICATIONS

1. Olanow CW and Schwartz A. Double-blind controlled study of MK-486 in Parkinson's disease. Transactions of the ANA 1973; 98: 301-303.

2. Olanow CW and Finn A. The effect of salicylate on phenytoin pharmacokinetics. Transactions of the American Neurological Association 1979; 104: 109-110.

3. Wechsler A and Olanow CW. Myasthenia Gravis. Surg Clin NA 1980; 60:931-945.

4. Olanow CW and Finn A. Phenytoin: Pharmacokinetics and clinical therapeutics. Neurosurg 1981; 8: 112-117.

5. Roses AD, Olanow CW, McAdams MW and Lane RJM. There is no direct correlation between serum anti-acetylcholine receptor and antibody levels and the clinical status of individual patients with myasthenia gravis. Neurol 1981; 31: 220-224.

6. Olanow CW, Finn A and Prussak C. The effects of salicylate on the pharmacokinetics of phenytoin. Neurol 1981; 31: 341-342.

7. Olanow CW, Roses AD and Fay JW. The effect of plasmapheresis in post-thymectomy ocular dysfunction. Can J Neuro Sci 1981; 8: 169-172.

8. Olanow CW and Roses AD. The pathogenesis of myasthenia gravis: A hypothesis. Medical Hypothesis 1981; 7: 957-968.

9. Rothman S and Olanow CW. Brainstem glioma in childhood; acute hemiplegic onset. Can J Neuro Sci 1981; 8: 263-264.

10. Ross DR, Coffey CE, Ferren E, Sullivan J and Olanow CW. On-off syndrome treated with lithium carbonate. Am J Psych 1981; 138: 1626-1627.

11. Rizzo GNV, Olanow CW and Roses AD. Coreia em hyperparathyroidisms Rev Assoc Med Brazil 1981; 27: 155-156.

12. Olanow CW and Roses AD. Relationship between the ACHR-AB titer and the clinical status of myasthenia gravis. Ann NY Acad Sci 1981; 377: 856-858.

13. Olanow CW, Lane RJM and Roses AD. Neonatal myasthenia gravis and the thymus gland. Ann NY Acad Sci 1981; 377: 858-859.

14. Roses AD, Hudgson P, McAdams MW, Edwards AM and Olanow CW. On the mechanisms of pathogenesis of human myasthenia gravis. Trans Am Neurol Assoc 1981; 106:212-215.

24

## PEER REVIEWED COMMUNICATIONS (CONT)

15.    Olanow CW, Lane RJM and Roses AD.  Thymectomy in late onset myasthenia gravis.  Arch Neurol 1982; 39: 82-83.

16.    Olanow CW, Hull K, Lane RJM and Roses AD.  Neonatal myasthenia gravis in the infant of an asymptomatic thymectomized mother. Can J Neuro Sci 1982; 9: 45-47.

17.    Coffey CE, Ross DR, Massey EW and Olanow CW.  Familial benign intracranial hypertension and depression. Can J Neuro Sci 1982; 9: 45-47.

18.    Moore AV, Korobkin M, Powers B, Olanow CW, Ravin CE, Putnam CE, Breiman RS and Ram P. Thymoma detection by mediastinal computed tomography in patients with myasthenia gravis. Am J Radiol 1982; 138: 217-222.

19.    Olanow CW, Wechsler A and Roses AD.  A prospective study of thymectomy and the acetylcholine receptor antibodies in human myasthenia gravis. Ann Surg 1982; 196:113-121.

20.    Friedman AH, Wilkins RH, Kenan PD, Olanow CW and Dubois PJ. Pituitary adenoma presenting as facial pain: report of two cases and review of the literature. Neurosurg 1982; 10: 742-745.

21.    Coffey E, Ross DR, Ferren EL, Sullivan JL and Olanow CW.  Treatment of the "on-off" phenomenon in Parkinsonism with lithium carbonate.  Ann Neurol 1982; 12: 375-379.

22.    Sommerville ER and Olanow CW.  Valproic acid: treatment of myoclonis in dyssynergia cerebellaris myoclonica. Arch of Neurol  1982; 39: 527-528.

23.    Roses AD and Olanow CW.  Anti-ACHR AB levels--myasthenia gravis. (Letter) Neurol 1982; 32: 102.

24.    Haynes BF, Harden EA, Olanow CW, Eisenbarth GS, Wechsler A, Hensley LL and Roses AD.  Effect of thymectomy on peripheral lymphocyte subsets in myasthenia gravis: selective effect on T cells in patients with thymic atrophy. J Immnunol 1983; 131: 773-777, 1983

25.    Austin EH, Olanow CW and Wechsler AS.  Thymoma following transcervical thymectomy for myasthenia gravis. Ann Th Surg 1983; 35: 548-550.

26.    Moore AV, Korobkin M, Olanow CW, Heaston DK, Ram PC, Dunnick NR and Silverman PM. Age related changes in the thymus gland: CT-pathologic correlation.  Am J Radiol 1983; 141: 241-246.

27.    Coffey CE, Ross DR, Ferren E, Bragdon A, Hurwitz B and Olanow CW. The effect of lithium on the "on-off" phenomenon in parkinsonism. Advances in Neurology 1983; 37: 61-73.

## PEER REVIEWED COMMUNICATIONS (CONT)

28.   Olanow CW and Roses AD:  A new approach to late onset myasthenia gravis.  Geriatrics 1984; 39: 91-99.

29.   Sabina RL, Swain JL, Olanow CW, Bradley WG, Fishbein NN, Dimauro S and Holmes EW. Myoadenylate deaminase deficiency: functional and metabolic abnormalities associated with disruption of the purine nucleotide cycle. J Clin Invest 1984; 73: 720-730.

30.   Greenberg SJ, Olanow CW, Dawson DV, Crane B and Roses AD. Autologous mixed lymphocyte reaction in patients with myasthenia gravis: correlation with disease activity. J Immunol 1984; 132: 1229-1236.

31.   Olanow CW and Roses AD. ACHR antibody titer and clinical response to thymectomy in MG.  (Letter) Neurology 1984; 34: 987.

32.   Coffey CE, Ross DR and Olanow CW.  Dyskinesias associated with lithium therapy in Parkinsonism.  J Neuropharm 1984; 7: 223-229.

33.   Ross DR, Coffey CE, Massey EW and Olanow CW.  Depression and benign intracranial hypertension. Psychosomatics 1985; 26: 387-393.

34.   The EC/IC Bypass Study Group. The international cooperative study of extracranial/intracranial arterial anastomosis (EC/IC Bypass Study):  Methodology and entry characteristics. Stroke 1985; 16: 397-406.

35.   The EC/IC Bypass Study Group.  Failure of extracranial/intra-cranial arterial bypass to reduce the risk of ischemic stroke. N Engl J Med 1985; 313: 1191-1200.

36.   Drayer B, Olanow CW, Burger P, Johnson A, Herfkins R and Riederer S.  High field magnetic resonance imaging of brain iron-diagnosis of Parkinson's plus (multi-system atrophy) syndromes. Radiology 1986; 159: 493-498.

37.   Olanow CW and Alberts MJ.  A double-blind controlled study of pergolide mesylate as an adjunct to Sinemet in the treatment of Parkinson's disease.  Advances in Neurol 1987; 45: 555-560.

38.   Olanow CW and Alberts MJ.  A double-blind controlled study of pergolide mesylate in the treatment of Parkinson's disease. Clinical Neuropharm, 1987; 10: 178-185.

39.   Olanow CW, Staijch J, Roses M and Roses AD.  Thymectomy as primary therapy for myasthenia gravis. Annals of NY Acad Sci. 1987; 505: 595-606.

40.   Olanow CW:  Current concepts in the treatment of Parkinson's disease. Journal of Drug Therapy and Research 1988; 13: 102-107.

## PEER REVIEWED COMMUNICATIONS (CONT)

41.    Goetz CG, Olanow CW, Koller WC, et al.  Multicenter Study of Autologous Adrenal Medullary Transplantation to the Corpus Striatum of Patients With Advanced Parkinson's Disease.  N Eng J Med 1989; 320: 337-341.

42.    Werner E and Olanow CW.  Parkinsonism and Amiodarone Therapy.  Annals of Neurology 1989; 25: 630-632.

43.    Goetz CG, Olanow CW, Koller WC. Adrenal medullary autografts in patients with Parkinson's disease (letter). N Eng J Med  1989; 321: 324-327.

44.    Parkinson Study Group, C.W. Olanow, Steering Committee.  DATATOP: A multicenter controlled clinical trial in early Parkinson's disease.  Arch Neurol 1989; 46: 1052-1060.

45.    Parkinson Study Group, C.W. Olanow, Steering Committee.  Effect of Deprenyl on the progression of disability in early Parkinson's disease. N Eng J Med  1989; 321: 1364-1371.

46.    Olanow CW, Werner E and Gauger L:  CV205-502:  Safety, Toleration and Efficacy of Increasing Doses in Patients with Parkinson's Disease, With Double-Blind Placebo Crossover.  Clinical Neuropharm 1989; 12: 490-497.

47.    Parkinson's Study Group. Deprenyl for the treatment of early Parkinson's disease. (Letter) N Eng J Med 1990; 322: 1526-1528.

48.    Hauser RA and Olanow CW.  Managing Parkinson's Disease. Senior Patient 1990; 5:26-31.

49.    Olanow CW. Oxidation reactions in Parkinson's disease. Neurology 1990; 40: 32-37.

50.    Hauser RA and Olanow CW. Critical Drug Appraisal:Pergolide. Drug Therapy 1990; 10: 62-70.

51.    Olanow CW, Koller W, Goetz, CG. Autologous Adrenal Medullary Transplantation in Parkinson's Disease: 18 Month Results. Arch Neurol 1990; 47: 1286-1289.

52.    Shoulson I, Fahn S, Oakes D, Lang A, Langston JW, Lewitt P, Olanow W, Penney JB, Tanner C. Deprenyl for the treatment of early Parkinson's disease (letter) New Eng J Med 1990; 322: 1527-1528.

53.    Jankovic J, McDermott M, Carter J, Gauthier S, Goetz C, Golbe L, Huber S, Koller W, Olanow C, Shoulson I, Stern M, Tanner C, Weiner W, Parkinson's Study Group. Variable expression of Parkinson's disease: A base-line analysis of the DATATOP cohort. Neurology 1990; 40: 1529-1534.

54.    Olanow CW, et al. An open multi-center trial of Sinemet CR in levodopa naive Parkinson's disease patients. Clin  Neuropharm 1991; 14: 235-240.

## PEER REVIEWED COMMUNICATIONS (CONT)

55.    Olanow CW, Gauger LL, Cedarbaum J. Temporal relationships between plasma and CSF pharmacokinetics of levodopa and clinical effect in Parkinson's disease. Ann Neurol 1991; 29: 556-559.

56.    Parkinson's Study Group. DATATOP and clinical neuromythology. Neurology 1991; 41: 771-777.

57.    Freeman TB, Olanow CW. Fetal Homotransplants in the treatment of Parkinson's disease. Arch Neurol (Ltr) 1991; 48: 900-902.

58.    Cedarbaum JM, Olanow CW. Dopamine sulfate in ventricular cerebrospinal fluid and motor function in Parkinson's disease. Neurology 1991; 41: 1567-1570.

59.    Freeman TB, Spence MS, Boss BB, Spector DH, Strecker RE, Olanow CW, Kordower J. Development of dopaminergic neurons in the human substantia nigra. J Exp Neurol 1991; 113: 344-353.

60.    Olanow CW, Calne D. Does selegiline monotherapy in Parkinson's Disease act by symptomatic or protective mechanisms? Neurology 1991; 42: 41-48.

61.    Hauser RA, Olanow CW. Therapy for Parkinson's disease. Arch Neurol (Ltr) 1991;48:1009-1010.

62.    Olanow CW, Cedarbaum J. CSF HVA levels in Parkinson patients. Ann Neurol 1991; 29: 556-559.

63.    Olanow CW. A rationale for dopamine agonists as primary therapy for Parkinson's disease. Can J Neurosci 1992; 19: 108-112.

64.    Sengstock GJ, Olanow CW, Dunn AJ, Arendash GW. Iron induces degeneration of nigrostriatal neurons. Brain Research Bulletin 1992;28:645-649.

65.    Olanow CW. Magnetic resonance imaging in parkinsonism. Neurological Clinics of North America. 1992: 405-420.

66.    Olanow CW. The role of iron and oxidant stress in Parkinson's disease and aging. Ann Neurol 1992; 32: 2-9.

67.    Olanow CW. Dopamine agonists as early therapy for Parkinson's disease. European Neurology 1992; 32: 30-35.

68.    Good P, Olanow CW, Perl DP. Neuromelanin-containing neurons of the substantia nigra accumulate iron and aluminum in Parkinson's disease: A LAMMA study. Brain Res 1992; 593: 343-346.

## PEER REVIEWED COMMUNICATIONS (CONT)

69.    Parkinson's Study Group, Olanow CW, Steering Committee. Effects of tocopherol and deprenyl on the progression of disability in early Parkinson's disease. N Eng J Med 1993;328:176-183.

70.    Sengstock GJ, Olanow CW, Menzies RA, Dunn AJ, Arendash G. Infusion of iron into the rat substantia nigra: Nigral pathology and dose-dependent loss of striatal dopaminergic markers. J Neurosci Res 1993; 35: 67-82.

71.    Olanow CW. MAO-B Inhibitors in Parkinson's Disease. Advances in Neurology 1993;60:666-672.

72.    Olanow CW. A scientific rationale for protective therapy in Parkinson's disease. Journal of Neural Transmission 1993; 91: 161-180.

73.    Woodward WR, Olanow CW, Beckner RM, et al. The effect of L-dopa infusions with and without phenylalanine challanges in parkinsonian patients: plasma and ventrciular CSF L-dopa levels and clinical responses. Neurology 1993; 43: 1704-1708.

74.    Olanow CW. A Rationale for MAO Inhibition as Neuroprotective Therapy for Parkinson's Disease. Movement Disorders 1993; 8 (suppl 1): 1-7.

75.    Hauser RA, Olanow CW. Oro-buccal dyskinesia associated with trihexyphenidyl therapy in a patient with Parkinson's disease. Movement Disorders 1993; 8: 512-514.

76.    Huang CC, Lu CS, Chu NS, Hochberg F, Lilienfeld D, Olanow W, Calne DB. Progression after chronic manganese exposure. Neurology 1993; 43:1479-1483.

77.    Parkinson study group - Olanow CW, (steering committee). A controlled clinical trial of lazabemide (Ro 19- 6327) in untreated Parkinson's disease. Ann Neurol 1993; 33: 350-356.

78.    Olanow, CW. A radical hypothesis for neurodegeneration. TINS 1993;16:439-444.

79.    Olanow CW, Fahn S, Muenter M et al. A multi-center, double-blind, placebo-controlled trial of pergolide as an adjunct to Sinemet in Parkinson's disease. Movement Disorders 1994; 9: 40-47.

80.    Olanow CW, Marsden CD, Lang AE, Goetz CG. The role of surgery in Parkinson's disease management. Neurology 1994; 44 (suppl 1): 17-20.

81.    Olanow CW, Perl DP. Free Radicals and Neurodegeneration. TINS 1994; 17: 193-194.

82.    Hauser RA, Olanow CW. MRI of Neurodegenerative diseases. J Neuroimaging 1994;4:146-158.

29

## PEER REVIEWED COMMUNICATIONS (CONT)

83.    Calne DB, Chu NS, Hung CC, Lu CS, Olanow CW. Manganism and Idiopathic Parkinsonism Similarities and Differences. Neurology 1994; 44: 1583-1586.

84.    Parkinson study group - Olanow CW, (steering committee). A controlled trial of lazabemide (Ro 19-6327) in levodopa treated Parkinson's disease. Arch Neurol 1994; 51: 342-347.

85.    Oestreicher E, Sengstock GJ, Riederer P, Olanow CW, Dunn AJ, Arendash G. Degeneration of nigrostriatal dopaminergic neurons increases iron within the substantia nigra: a histochemical and neurochemical study. Brain Res 1994; 660: 8-18.

86.    Sengstock G, Olanow CW, Dunn AJ, Barone S, Arendash G. Progressive changes in striatal dopaminergic markers, nigral volume, and rotational behavior following iron infusion into the rat substantia nigra. Exp Neurol 1994; 130: 82-94.

87.    Hauser RA, Zesiewicz TA, Rosemurgy AS, Martinez C, Olanow CW. Manganese intoxication and chronic liver failure. Ann Neurol 1994; 36: 871-875.

88.    Montgomery EB, Lieberman A, Singh G, Fries JF, Calne D, Koller W, Meunter M, Olanow CW, Stern M, Tanner C, Tinter R, Wasserstein P, Watts R. Patient education and health promotion can be effective in Parkinson's disease -- a randomized controlled trial. American J of Med 1994; 97: 429-435.

89.    Olanow CW, Arendash G. Metals and free radicals in neurodegeneration. Current Opinion in Neurology 1994; 7: 548-558.

90.    Freeman TB, Sanberg PR, Nauert G, Borlongan C, Liu EZ, Boss BD, Spector D, Olanow CW, Kordower JH. The influence of donor age on the survival of solid and suspension intraparenchymal human embryonic grafts. Cell Transplantation 1995; 4: 141-154.

91.    Shinotoh H, Snow B, Hewitt KA, Pate BD, Doudet D, Nugent R, Perl DP, Olanow CW, Calne DB. MRI and PET studies of manganese-intoxicated monkeys. Neurology 1995; 45: 1199-1204.

92.    Parkinson Study Group. (CW Olanow - steering committee). Factors predictive of the need for levodopa therapy in early, untreated Parkinson's disease. Arch Neurol 1995; 52: 565-570.

93.    Kordower JH, Freeman TB, Snow BJ, Vingerhoets FJG, Mufson EJ, Sanberg PR, Hauser RA, Smith DA, Nauert M, Perl DP, Olanow CW. Neuropathologic evidence of graft survival and striatal reinnervation after the transplantation of fetal mesencephalic tissue in a patient with Parkinson's disease. N Eng J Med 1995; 332: 1118-1124.

94.    Freeman TB, Olanow CW, Hauser RA, et al. Bilateral fetal nigral transplantation into the postcommissural putamen in Parkinson's Disease. Ann Neurol 1995; 38: 379-388.

## PEER REVIEWED COMMUNICATIONS (CONT)

95.    Kordower JH, Freeman TB, Olanow CW. Transplantation of fetal mesencephalic tissue in Parkinson's disease (letter) N Eng J Med 1995; 333: 730-731.

96.    Borlongan CV, Freeman TB, Sorcia TA, Sherman KA, Olanow CW, Cahill DW, Sanberg PR. Cyclosporine A increases spontaneous and dopamine agonist-induced locomotor behavior in normal rats. Cell Transplant 1995; 4: 65-73.

97.    McDermott MP, Jankovic J, Carter J, Fahn S, Gauthier S, Goetz CG, Golbe LI, Koller W, Lang AE, Olanow CW, Shoulson I, Stern M, Tanner CM, Weiner WJ and the Parkinson study group. Factors predictive of the need for levodopa therapy in early untreated Parkinson's disease. Arch Neurol 1995; 52: 565-570.

98.    Olanow CW, Hauser RA, Gauger L, et al. The effect of deprenyl and levodopa on the progression of signs and symptoms in Parkinson's disease. Ann Neurol 1995; 38: 771-777.

99.    Lang AE, Benabid A-I, Koller WC, Lozano AM, Obeso JA, Olanow CW, Pollock P. The core assessment program for cerebral transplantation. Mov Disord 1995; 10: 527-528.

100.    Parkinson's Study Group (Olanow CW - steering committee). Cerebrospinal fluid homovanillic acid in the DATATOP study on Parkinson's disease. Arch Neurol 1995; 52: 237-245.

101.    Olanow CW, Good PF, Shinotoh H, Hewitt KA, Vingerhoets F, Snow BJ, Beal MF, Calne DB, Perl DP. Manganese intoxication in the rhesus monkey; A clinical, pathologic, and biochemical study. Neurology 1996; 46: 492-498.

102.    Parkinson's Study Group (Olanow CW - steering committee). The impact of extended deprenyl and tocopherol treatment in Parkinson's disease patients not requiring levodopa. Ann Neurol 1996;39:29-36.

103.    Parkinson's Study Group (Olanow CW - steering committee). The impact of deprenyl and tocopherol treatment in Parkinson's disease patients requiring levodopa. Ann Neurol 1996;39:37-45.

104.    Olanow CW. Parkinson's disease: Clinical crossroads. JAMA 1996; 275: 716-722.

105.    Olanow CW, Freeman TB, Kordower JH. Fetal nigral transplantation as a therapy for Parkinson's disease. TINS 1996; 19: 102-109. (*Plus Cover*)

106.    Olanow CW. Deprenyl in the Treatment of Parkinson's Disease: Clinical Effects and Speculations on Mechanism of Action. J Neural Transm. 1996; 48: 75-84.

107.    Olanow CW, Freeman TB, Kordower J. Transplantation therapy for Parkinson's disease. Adv Neurol 1997: 74: 249-269.

31

**PEER REVIEWED PAPERS (CONT)**

108.  Buee-Scherrer V, Hof PR, Buee L, Leveugle B, Vermersch P, Perl DP, Olanow CW, Delacourte A. Hyperphosphorylated tau proteins differentiate corticobasal degeneration and Pick's disease. Acta Neuropath 1996; 91: 351-359.

109.  Hauser RA, Zesiewicz TA, Martinez C, Rosemurgy A, Olanow CW. Blood manganese correlates with brain magnetic resonance imaging changes in patients with liver disease. Can J Neurol Sci 1996; 23: 95-98.

110.  Olanow CW, Godbold J, Koller WC. Effect of adding selegiline to levodopa to early, mild Parkinson's disease. (Letter). BMJ 1996; 312: 702-703.

111.  Kordower JH, Rosenstein JM, Collier TM, Burke MA, Chen E-Y, Li JM, Martel L, Levey AE, Mufson EJ, Freeman TB, Olanow CW. Functional fetal nigral grafts in a patient with Parkinson's disease: chemoanatomic, quantatative, ultrastructural, and metabolic studies. JCN 1996; 370: 203-230.

112  Olanow CW, Koller WC. Deprenyl neuroprotective action remains unresoved - reply (letter). Ann Neurol 1996; 40: 266-267.

113.  Parkinson Study Group - Olanow CW, steering committe. Effect of lazabemide on the progression of disability in early Parkinson's disease. Ann Neurol 1996; 40: 99-107

114.  Olanow CW. Parkinson's disease. (letter). JAMA 1996; 276: 104.

115.  Good PF, Werner P, Hsu A, Olanow CW, Perl DP. Evidence for Neuronal Oxidative Damage in Alzheimer's disease. Am J Path 1996; 149: 21-28.

116.  Olanow CW, Koller WC. Deprenyl in Parkinson's disease - reply (letter). Ann Neurol 1996; 40: 269.

117.  Olanow CW. Pallidotomy - Have we made a dent in Parkinson's disease? Ann Neurol 1996; 40:341-343.

118.  Olanow CW. Selegiline: Current perspectives on neuroprotection and mortality. Neurology 1996; 47 (suppl 3): 210-216.

119.  Hauser RA, Murtaugh FR, Akhter K, Gold M, Olanow CW. Magnetic resonance imaging of cotircobasal degeneration. J Neuroimaging 1996; 6: 222-226.

120.  Jenner P, Olanow CW. Oxidative stress and the pathogenesis of Parkinson's disease. Neurology 1996; 47 (suppl 3): 161-170.

## PEER REVIEWED PAPERS (CONT)

121.    Olanow CW, Fahn S, Langston JW, Godbold J. Selegiline and mortality in Parkinson's disease: a point of view. Ann Neurol 1996; 40: 841-845.

122.    ALS CNTF Treatment Study Group (CW Olanow, site PI). A double-blind placebo-controlled clinical trial of subcutaneous recombinant human ciliary neurotrophic factor (rHCNTF) in amyotrophic lateral sclerosis. Neurology 1996; 46: 1244-1249.

123.    Mytilineou C, Radcliffe P, Leonardi EK, Werner P, Olanow CW. L-deprenyl protects mesencephalic dopamine neurons from glutamate receptor-mediated toxicity. J Neurochem 1997; 68: 33-39.

124.    Olanow CW. Attempts to obtain neuroprotection in Parkinson's disease. Neurology 1997;49 (suppl 1): 34-48.

125.    Mytilineou C, Radcliffe PM, Olanow CW. L-(-)-Desmethylselegiline, a metabolite of L-(-)-selegiline, protects mesencephalic dopamine neurons from excitotoxicity *in vitro*. J Neurochem 1997; 68:434-436.

126.    Kordower JH, Styren S, DeKosky ST, Olanow CW, Freeman TB. Fetal grafting for Parkinson's disease: expression of immune markers in two patients with functional fetal nigral implants. Cell Transp 1997; 6: 213-219.

127.    Parkinson study group (C. W. Olanow Steering Committee). Safety and efficacy of pramipexole in early Parkinson's disease: a randomized dose-ranging study. JAMA 1997;278:125-130.

128.    Koller W, Pahwa R, Busenbark K, Hubble J, Wilkinson S, Lang A, Tuite P, Sime E, Lazano A, Hauser R, Malapira T, Smith D, Tarsy D, Miyawaki E, Norregaard T, Kormos T, Olanow CW. High frequency unilateral thalamic stimulation in the treatment of essential and parkinsonian tremor. Ann Neurol 1997; 42: 292-299.

129.    Kordower JH, Goetz CG, Freeman TB, Olanow CW. Dopaminergic Transplants in patients with Parkinson's disease: neuroanatomical correlates of clinical recovery. Exp Neurology 1997; 144: 41-46.

130.    Olanow CW. Dopamine agonists as initial symptomatic treatment for Parkinson's disease? Eur J Neurol 1997: 4:13-18.

131.    Kordower JH, Freeman TB, Bakay RAE, Goetz CG, Olanow CW. Treatment with fetal allografts. Neurology (Letter) 1997; 48: 1737-1738.

132.    Olanow CW. Oxidative stress in Parkinson's disease. Clin Neuropharm 1997; 20 (suppl 1): 3-7.

## PEER REVIEWED PAPERS (CONT)

133.  Holt DA, Nauert GM, Othberg AI, Randall TS, Willing AE, Widen RH, Hauser RA, Sanberg PR, Olanow CW, Freeman TB. Infectious issues in human fetal neural transplantation. Cell Transp 1997; 6: 553-556.

134.  Sengstock GJ, Zawia NH, Olanow CW, Dunn AJ, Arendash GW. Intranigral iron infusion in the rat. Acute elevations in nigral lipid peroxidation and striatal dopaminergic markers with ensuing nigral degeneration. Biol Tace Elem Res. 1997; 58: 177-195.

135.  Mytilineou C, Leonardi EK, Radcliffe P, Heinonen EH, Han SK, Werner P, Cohen G, Olanow CW. Deprenyl and desmethylselegiline protect mesencephalic neurons from toxicity induced by glutathione depletion. J Pharm Exp Ther 1998; 284: 700-706.

136   Kordower JH, Freeman TB, Olanow CW. Neuropathology of fetal nigral grafts in patients with Parkinson' disease. Mov Disord 1998; 13(S): 88-95.

137.  Olanow CW, Mytilineou C, Tatton WH. Status of Selegiline as a neuroprotective agent in Parkinson's Disease. Mov Disord 1998; 13(S): 55-58.

138.  Parkinson Study Group (C W Olanow, Steering Committee). Mortality in DATATOP: a multi-center trial in early Parkinson's disease. Ann Neurol 1998: 43: 318-325.

139.  Kordower JH, Freeman TB, Chen E-Y, Mufson EJ, Sanberg PR, Hauser RA, Snow B, Olanow CW. Fetal nigral grafts survive and mediate clinical benefit in a patient with Parkinson's disease. Mov Disord 1998; 13: 383-393.

140.  Good PF, Hsu A, Werner P, Perl DP, Olanow CW. Protein nitration in Parkinson's disease. J Neuropath and Exp Neurol 1998; 57: 338-342.

141.  Olanow CW, Jenner P, Brooks D. Dopamine Agonists and Neuroprotection in Parkinson's Disease. Ann Neurol 1998; 44(suppl 1): 167-174.

142.  Rodriguez MC, Obeso JA, Olanow CW. Subthalamic Nucleus-Mediated Excitotoxicity In Parkinson's Disease: A Target For Neuroprotection. Ann Neurol 1998; 44(3): 175-188.

143.  Lieberman A, Olanow CW, Sethi K et al. A multi-center double blind placebo-controlled trial of ropinirole as an adjunct to L-dopa in the treatment of Parkinson's disease patients with motor fluctuations. Neurology 1998; 51: 1057-1062.

144.  Jenner P, Olanow CW. Understanding cell death in Parkinson's disease. Ann Neurol 1998; 44(suppl 1): 72-84.

## PEER REVIEWED PAPERS (CONT)

145.    Marsden CD, Olanow CW. Neuroprotection in Parkinson's disease: the causes of Parkinson's disease are being unravelled and rational neuroprotective therapy is close to reality. Ann Neurol 1998; 44(3): 189-196.

146.    Tatton NA, Maclean-Fraser A, Tatton WG, Perl DF, Olanow CW. A Fluorescent Double-Labeling Method to Detect and Confirm Apoptotic Nuclei in Parkinson's Disease. Ann Neurol 1998; 44(suppl 1): 142-148.

147.    Perl DP, Olanow CW, Calne D. Alzheimer's Disease and Parkinson's Disease: Distinct Entities or Extremes of a Spectrum of Neurodegeneration? Ann Neurol 1998; 44(3): 19-31.

148.    Olanow CW, Myllylä VV, Sotaniemi KA, Larsen J-P, Pålhagen S, Przuntek H, Heinonen EH, Kilkku O, Lammintausta R, Mäki-Ikola O, Rinne UK. The effect of selegiline on mortality in patients with Parkinson's disease: a meta-analysis. Neurology 1998; 51: 825-830.

149.    Olanow CW, Tatton WG. Etiology and pathogenesis of Parkinson's disease. Ann Rev Neurosci 1999; 22: 123-144.

150.    Shoulson I, Oakes D, Olanow CW on behalf of the DATATOP investigators. Deprenyl and mortality. (Letter) Ann Neurol (In Press).

151.    Hauser RA, Freeman TB, Snow BJ, Nauert M, Gauger L, Kordower JH, Olanow CW. Long-term evaluation of bilateral fetal nigral transplantation in Parkinson's disease.  Arch Neurology 1999; 56: 179-187.

152.    Walker RH, Spiera H, Brin M, Olanow CW. Parkinsonism associated with Sjogren's syndrome: Three cases and a review of the literature. Mov Disord 1999; 14: 262-268.

153.    Tatton WG, Olanow CW. Apoptosis in neurodegenerative disease: the role of mitochondria. Biochim Biophys Acta 1999; 1410: 195-213.

154.    Olanow CW, Fahn S, Cohen G. Levodopa in the treatment of Parkinson's disease: a concensus meeting. Comment. Mov disord 1999;14: 911-913.

155.    Mytilineou C, Kokotos Leonardi E, Kramer BC, Jamindar T, Olanow CW. Glial cells mediate toxicity in glutathione depleted mesencephalic cultures, J Neurochem 1999; 73:112-119.

156.    Olanow CW. A rational approach to the treatment of early Parkinson's disease. Parkinsonism and Related Disorders 1999; 5: 217-220.

## PEER REVIEWED PAPERS (CONT)

157.    Freeman TB, Vawter DE, Leaverton PE, Godbold JH, Hauser RA, Goetz CG, Olanow CW. Use of placebo surgery in a controlled trial of a cellular-based therapy for Parkinson's disease. New Eng J Med 1999; 341: 988-992.

158.    Hirsch EC, Hunot S, Faucheux B, Agid Y, Mizuno Y, Mochizuki H, Tatton WG, Tatton N, Olanow CW. Dopaminergic neurons degenerate by apoptosis in Parkinson's disease. Mov Disord 1999; 14: 383-385.

159.    Melamed E, Olanow CW, Nutt JG, Lang AE. Dyskinesias assessment workshop: reports from the working groups. Mov Disord 1999; 14; 69-73.

160.    Agid Y, Ahlskog E, Albanese A, Calne D, Chase T, De Yebenes J, Factor S, Fahn S, Gershanik O, Goetz C, Koller W, Kurth M, Lang A, Lees A, Lewitt P, Marsden D, Melamed E, Michel PP, Mizuno Y, Obeso J, Ortel W, Olanow W, Poewe W, Pollak P, Tolosa E. Levodopa in the treatment of Parkinson's disease: a consensus meeting. Mov Disord 1999; 14: 911-913.

161.    Olanow CW, Obeso JA. Preventing levodopa-induced dyskinesia. Ann Neurol 2000; 47: 167-178.

162.    Olanow CW for the Tasmar advisory board. Tolcapone (tasmar) and hepatotoxic effects. Arch Neurol 2000; 57: 263-267.

163.    Obeso JA, Rodriguez-Oroz MC, Rodriguez M, .DeLong MR, Olanow CW. Pathophysiology of Levodopa-Induced Dyskinesias in Parkinson's Disease: Problems with current model. Ann Neurol 2000; 47 (suppl 1): 22-32.

164.    Tagliati M, Perl DP, Drayer B, Olanow CW. Progressive dementia and gait disorder in a 78 year-old woman. J Neurol Neurosurg Psych 2000; 68: 526-531.

165.    Morrison CE, Borod JC, Brin MF, Raskin SA, Germano IM, Weisz DJ, Olanow CW,. A program for neuropsychological investigation of deep brain stimulation (PNIDBS) in movement disorder patients: development, feasibility, and preliminary data. Neuropsychiatry, Neuropsychology and Behavioral Neurology 2000, 13: 204-219.

166.    Olanow CW, Roth T, Schapira AHV. Falling asleep at the wheel. Neurology (letter) 2000; 54: 274.

167.    Hauser RA, Koller WC, Amin J, Hubble JP, Malapira T, Busenbark K, Olanow CW. Time course of loss of clinical benefit follwing withdrawal of levodopa/carbidopa and bromocriptine in early Parkinson's disease. Mov Disord 2000; 15: 485-489.

168.    Freeman TB, Vawter DE, Olanow CW. Reply to Letter to Editor. New Eng J Med 2000; 34: 354-355.

## PEER REVIEWED PAPERS (CONT)

169.    Shashidharan P, Kramer B, Walker RH, Olanow CW, Brin MF. Immunohistochemical localization and distribution of Torsin A in normal human and rat brain. Brain Res 2000; 853: 197-206. (*Plus Cover*)

170.    Olanow CW, Schapira AHV, Roth T. Waking up to sleep episodes in Parkinson's Disease. Mov Disor 2000; 15: 212-215.

171.    Olanow CW, Stocchi F. Why delaying levodopa is a good treatment strategy in early Parkinson's disease. Eur J Neurol 2000; 7: 3-8.

172.    Olanow CW. Obeso JA. Pulsatile Stimulation of dopamine receptors and levodopa-induced motor complications in Parkinson's disease: Implications for the early use of COMT Inhibitors. Neurology 2000; 55 (supp 4) ; 72-81.

173.    Sealfon S, Olanow CW. Dopamine receptors: from structure to behavior. Trends Neurosci 2000; 23: 34-40.

174.    Obeso JA, Rodriguez-Oroz MC, Chana P, Lera G, Rodriguez M, Olanow CW. The evolution and origin of motor complications in Parkinson's disease: Implications for the early use of COMT inhibitors. Neurology 2000; 55(suppl 4): 13-23.

175.    Olanow CW, Schapira AHV, Rascol O. Continuous Dopamine Receptor Stimulation in the Early Treatment of PD. Trends Neurosci 2000; 23 (suppl): 117-126.

176.    Schapira AHV, Obeso J, Olanow CW. The place of COMT inhibitors in the armamentarium of drugs for the treatment of Parkinson's disease. Neurology 2000; 55 (suppl 4); 65-71.

177.    Obeso JA, Rodriguez-Oroz MC, Rodriguez M, Lanciego JL, Artieda J, Gonzalez N, Olanow CW. Pathophysiology of the basal ganglia in PD. Trends Neurosci 2000; 23: 8-19. (*Plus Cover*)

178.    Shashidharan P, Good PF, Hsu A, Perl D, Brin MF, Olanow CW. Torsin A accumulation in Lewy bodies in sporadic Parkinson's disease. Brain Res 2000; 877: 379-381.

179.    Obeso JA, Olanow CW, Nutt JG. Levodopa motor complications in Parkinson's disease. Trends Neurosci 2000; 23 (suppl): 2-7.

180.    Olanow CW, Brin M, Obeso JA. The role of deep brain stimulation as a surgical treatment for Parkinson's disease. Neurology 2000; 55 (suppl 6): 60-66.

181.    Olanow CW. The Management of Unintended Sleep Episodes in Patients with Parkinson's Disease. Eur J Neurol 2000; 7: (suppl 4) 41-44.

## PEER REVIEWED PAPERS (CONT)

182.    Parkinson Study group (CW Olanow – Investigator). A multicenter assessment of dopamine transporter imaging with DOPASCAN/SPECT in parkinsonism. Parkinson Study Group. Neurology. 2000 28; 55:1540-15477.

183.    Olanow CW, Brin MF. Surgical therapies for Parkinson's disease: a physician's perspective. Adv Neurol 2001; 86: 421-433.

184.    Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): treatment guidelines. Neurology 2001; 56 (supplement 5): 1-88.

185.    Walker RH, Brin MF, Sandu D, Gujjari P, Hoff P, Olanow CW, Shashidharan P. Distribution and immunohistochemical characterization of torsiA-immunoreactivity in rat brain. Brain Res 2001; 900: 348-354. (*Plus Cover*)

186.    Olanow CW, Freeman T, Kordower J. Transplantation of embryonic dopamine neurons for severe Parkinson's disease. New Eng J Med 2001; 345: 146.

187.    The Deep Brain Stimulation for PD study group (Obeso JA and Olanow CW corresponding authors). Deep brain stimulation of the subthalamic nucleus or globus pallidus pars interna in Parkinson's disease. New Eng J Med 2001; 345: 956-963.

188.    Cubo E, Gracies JM, Benabou R, Olanow CW, Raman R, Loergens S, Goetz C. Early morning off-medication dyskinesias, dystonia, and choreic subtypes. Arch Neurol 2001; 58: 1379-1382.

189.    McNaught K St. P, Olanow CW, Halliwell, Isacson O, Jenner P. Failure of the ubiquitin-proteasome system in Parkinson's disease. Nature Reviews/Neuroscience 2001; 2: 589-594.

190.    Olanow CW, Watts RL, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease (2001): treatment guidelines. Neurology (Letter) 2002; 58: 156-157.

191.    Bhattacharya K, Saadia D, Eisenkraft B, Yahr MD, Olanow W, Drayer B, Kaufmann H. Brain magnetic resonance imaging in Multiple System Atrophy and Parkinson's Disease. A diagnostic algorithm. Arch Neurol 2002; 59:835-842.

192.    McNaught K St.P, Mytilineou C, JnoBaptiste R, Yabut J, Shashidharan P, Jenner P, and Olanow CW. Impairment of the ubiquitin-proteasome system causes dopaminergic cell death and inclusion body formation in ventral mesencephalic cultures. J Neurochem 2002; 81: 301-306.

193.    McNaught K St.P, Jenner P, Olanow CW, Isaacson O. Selective loss of 20S proteasome $\alpha$-subunits in the substantia nigra pars compacta in Parkinson's disease. Neurosci Lett 2002; 326: 155-158.

**PEER REVIEWED PAPERS (CONT)**

194.    Obeso JA, Olanow CW, Lang A. Deep Brain Stimulation in Parkinson's disease. N Engl J Med (letter) 2002; 346: 452-453.

195.    Olanow CW. The role of dopamine agonists in the treatment of early Parkinson's disease. Neurology 2002; 58 (suppl 1): S33-S41.

196.    Shoulson I, Oakes D, Fahn S, Lang A, Langston JW, LeWitt P, Olanow CW, Penney JB, Tanner C, Kieburtz K, Rudolph A and the Parkinson Study Group. The impact of sustained deprenyl (selegiline) in levodopa-treated Parkinson's disease: a randomized placebo-controlled extension. Ann Neurol 2002; 51: 604-612.

197.    Kramer BC, Yabut JA, Cheong J, JnoBaptiste R, Robakis T, Olanow CW, Mytilineou C. Lipopolysaccharide prevents cell death caused by glutathione depletion; possible mechanisms of protection. Neurosci 2002 ;114: 361-372.

198.    Stocchi F, Ruggieri S, Vacca L, Olanow CW. Prospective Randomized Trial of Lisuride Infusion versus Oral Levodopa in PD Patients. Brain 2002; 125: 2058-2066.

199.    Olanow CW. Surgical therapies for Parkinson's disease. Eur J Neurol 2002; 9 Suppl 3: 31-39.

200.    Agid Y, Olanow CW, Mizuno Y. Levodopa – why the controversy? Lancet 2002; 360: 575.

201.    McNaught K StP, Bjorklund LM, Belizaire R, Isacson O, Jenner P, Olanow CW. Proteasomal inhibition causes nigral degeneration with inclusion bodies in rats. NeuroReport 2002; 13: 1437-1441.

202.    Goetz C, Koller WC, Poewe O, Rascol O, Sampaio C, Brin MF, Lees AJ, Le Witt P, Lozano A, Mizuno Y, Nutt J, Oertel W, Olanow CW, Tolosa E. Management of Parkinson's disease: An evidence-based review. Mov disord 2002; 17 (suppl 4): 1-166.

203.    McNaught K St P, Shashidharan P, Mytilineou C, Perl DP, Jenner P, and Olanow CW. Aggresome-Related Biogenesis of Lewy Bodies. Eur J Neurosci 2002; 16: 2136-2148.

204.    Olanow CW. Dietary vitamin E and Parkinson's disease: something to chew on. Lancet Neurology 2003; 2: 74.

205.    McNaught K StP, Belizaire R, Isacson O, Jenner P, Olanow CW. Altered proteasomal function in sporadic Parkinson's disease. Exp Neurol 2003; 179: 38-46.

206.    Olanow CW. Present and future directions in the management of motor complications in patients with advanced PD. Neurology 2003;61(6 Suppl 3):S24-33.

**PEER REVIEWED PAPERS (CONT)**

207.    Stocchi F, Olanow CW. Neuroprotection in Parkinson's disease: clinical trials. Ann Neurol 2003; 53 (suppl 3): 87-99.

208.    Schapira A, Olanow CW. Rationale for the use of dopamine agonists as neuroprotective agents in Parkinson's disease. Ann Neurol 2003; 53 (suppl 3): 149-159.

209.    Mytilineou C, Walker RH, JnoBaptiste R,Olanow CW. Levodopa is toxic to dopamine neurons in an *in vitro* but not an *in vivo* model of oxidative stress. J Pharm Exp Ther 2003; 304: 792-800.

210.    McNaught K StP, Olanow CW. Proteolytic stress: A unifying concept for the etipathogenesis of Parkinson's disease. Ann Neurol 2003; 53 (suppl 3): 73-86.

211.    Bhattacharya KF, Nouri S, Olanow CW, Yahr MD, Kaufmann H, Selegiline in the treatment of Parkinson's disease: its impact on orthostatic hypotension. Parkinsonism and Related Disorders 2003; 9; 221-224.

212.    Roth T, Rye DB, Borchert LD, Bartlett C, Bliwise DL, Cantor C, Gorell JM, Hubble JP, Musch B, Olanow CW, Pollack C, Stern MB, Watts RL. Assessment of sleepiness and unintended sleep in Parkinson's disease patients taking dopamine agonists. Sleep Medicine 2003; 4: 275-280.

213.    Brodsky MA, Godbold J, Roth T, Olanow CW. Sleepiness in Parkinson's disease: a controlled study. Movement Disorders 2003;18: 668-672.

214.    Olanow CW, Schapira AHV, Agid Y. Neuroprotection for Parkinson's disease: prospects and promises. Ann Neurol. 2003; 53 Suppl 3: S1-2.

215.    Olanow CW. Goetz CG, Kordower JH, Stoessl J, Sossi V, Brin MF, Shannon KM, Perl DP, Godbold J, Freeman TB. A double blind controlled trial of bilateral fetal nigral transplantation in Parkinson's disease. Ann Neurol. 2003; 54: 403-414. *Expedited Publication*

216.    Nair VD, Olanow CW, Sealfon SC. Activation of phosphoinositide 3-kinase by D2 receptor prevents apoptosis in dopaminergic cell lines. Biochem J. 2003; 373: 25-32.

217.    Shashidharan P, Paris N, Sandu D, Karthikeyan L, McNaught K St P, Walker RH, Olanow CW. Overexpression of TorsinA in PC12 Cells Protects Against Toxicity. J Neurochem 2004; 88:1019-1025.

218.    Olanow CW, Stocchi F. COMT Inhibitors in Parkinson's Disease: Can they Prevent and/or Reverse Levodopa-Induced Motor Complications. Neurology. 2004; 62: 72-81.

## PEER REVIEWED PAPERS (CONT)

219.  Kramer BC, Yabut JA, Cheong J, JnoBaptiste R, Robakis T, Olanow CW, Mytilineou C. Toxicity of Glutathione Depletion in Mesencephalic Cultures: A role for Arachidonic Acid and its Lipoxygenase Metabolites. Eur J Neurosci 2004; 19: 280-286.

220.  Stocchi F, Olanow CW. Continuous dopaminergic stimulation in early and advanced Parkinson's disease. Neurology. 2004; 62(suppl 1): 56-63.

221.  Schapira AHV, Olanow CW. Neuroprotection in Parkinson's disease: Myths, mysteries, and misconceptions. JAMA 2004; 291: 358-364. .

222.  Olanow CW. Manganese-induced parkinsonism and Parkinson's disease. Ann New York Acad Sci 2004; 1012: 209-223.

223.  Olanow CW. The scientific basis for the current treatment of Parkinson's disease. Ann Rev Med 2004;55:41-60.

224.  Morrison CE, Borod JC, Perrine K, Beric A, Brin MF, Rezai A, Kelly P, Sterio D, Germano I, Weisz D, Olanow CW. Neuropsychological Functioning Following Bilateral Subthalamic Nucleus Stimulation in Parkinson's Disease. Arch Clinical Neuropsych 2004; 19: 165-181..

225.  Stern MB, Marek KL, Friedman J, Hauser RA, Juncos JL, LeWitt PA, Tarsy D, Olanow CW. A double-blind, randomized controlled trial of rasagiline as monotherapy in early Parkinson's disease patients. Movement Disorders Mov Disord. 2004; 19: 916-923. .

226.  Olanow CW, Freeman T, Kordower J. Future of fetal nigral transplantation. (Letter-Reply) Ann Neurol. 2004; 55: 896-897.

227.  Morrison CE, Borod JC, Brin MF, Olanow CW. Effects of levodopa on cognitive functioning in moderated to severe Parkinson's disease (MSPD). J Neural Tansm 2004 111:1333-1341.

228.  Olanow CW, Damier P, Goetz CG, Mueller T, Nutt J, Rascol O, Serbanescu A, Deckers F, Russ H. Multicenter, open-label, trial of Sarizotan in Parkinson's disease patients with levodopa-induced dyskinesias (The SPLENDID Study). Clin Neuropharm 2004; 27: 58-62 .

229.  Germano IM, Gracies J-M, Weisz DJ, Tse W, Koller WC, Olanow CW. Unilateral stimulation of the subthalamic nucleus in parkinson's disease – a double blind 12-month study. J Neurosurgery 2004;101:36-42.

230.  Olanow CW. Melvin D Yahr – In Memoriam. Neurology 2004; 62:1932-1933.

## PEER REVIEWED PAPERS (CONT)

231.    Mytilineou C, McNaught K StP, Shashidaran P, JnoBaptiste R, Parnandi A, Olanow CW. Inhibition of Proteasome Activity Sensitizes Dopamine Neurons to Heat Shock Treatment and Oxidative Stress. J N Transm;2004; 111: 1237-1251.

232.    Olanow CW, Schapira AHV. Measuring the Effects of Therapy in Parkinson Disease—Reply (letter). JAMA 2004;291:2431. .

233.    Olanow CW, Perl DP, DeMartino GN, McNaught K. Lewy-body formation is an aggresome-related process: a hypothesis. Lancet Neurology 2004;3:496-503.

234.    Nair VD, Yuen T, Olanow CW, Sealfon S. Early single cell bifurcation of Pro- and anti-apoptotic states during oxidative stress. J Biol Chem 2004; 25: 27494-27501.

235.    Olanow CW, Kieburtz K, Stern M, Watts R, Langston W, Guarnieri M, Hubble J. Double-Blind, Controlled Study of Entacapone in Levodopa-Treated Stable Parkinson's Disease Patients. Arch Neurol 2004; 61:1563-1568.

236.    Olanow CW, Agid Y, Mizuno Y, Albanese, U. Bonucelli, P. Damier, J. De Yebenes, O. Gershanik, M. Guttman, F. Grandas, M. Hallett, O. Hornykiewicz, P. Jenner, R. Katzenschlager, W.J. Langston, P. LeWitt, E. Melamed, M.A. Mena, P.P. Michel, C. Mytilineou, J.A. Obeso, W. Poewe, N. Quinn, R. Raisman-Vozari, A.H. Rajput,O Rascol, C. Sampaio and F. Stocchi. Levodopa in the treatment of Parkinson's disease: Current Controversies. Movement Disorders 2004; 19: 997-1005.

237.    Tse W, Cersosimo MG, Gracies JM, Morgello S, Olanow CW, Koller W.  Movement disorders and AIDS: a review. Parkinsonism Relat Disord. 2004; 10: 323-334.

238.    McNaught K St. P, Perl DP, Brownell A-L, and Olanow CW. Systemic exposure to proteasome inhibitors causes a progressive model of Parkinson's disease. Ann Neurol 2004; 56: 149-162 - *Expedited Publication.*

239.    McNaught K StP, Kapustin A, Jackson T, Jengelley T-A, JnoBaptiste R, Shashidharan P, Perl DP, Pasik P, Olanow CW. Neuropathology in the brainstem of patients with primary DYT1 dystonia. Ann Neurol 2004; 56: 540-547.

240.    Halbig TD, Tse WT, Olanow CW. Neuroprotective Agents in Parkinson's Disease: Clinical Evidence and caveats. Neurol Clin 2004; 22(suppl 3):1-17.

241.    Fahn S, Oakes D, Shoulson I, Kieburtz K, Rudolph A, Lang A, Olanow CW, Tanner C, Marek K; Parkinson Study Group. Does levodopa slow or hasten the rate of progression of Parkinson disease? The results of the Elldopa study. N Eng J Med 2004; 351: 2498-2508.

## PEER REVIEWED PAPERS (CONT)

242. Smith LA, Jackson MJ, Al-Barghouthy G, Rose S, Kuoppamaki M, Olanow CW, Jenner P. Multiple small doses of levodopa plus entacapone procudes continuous dopaminergic stimulation and reduces dyskinesia induction in MPTP-treated drug naïve primates. Mov Disord 2005;20:306-314.

243. Shashidharan P, Sandu D, Potla U, Armata I, Walker RH, McNaught KS, Weisz D, Tanduru S, Brin MF, Olanow CW. A transgenic mouse model of DYT1 dystonia. Hum Mol Gen 2005;14:125-133.

244. Olanow CW, Agid Y, Mizuno Y. Levodopa in the Treatment of Parkinson's Disease: Current Controversies. Mov Disord (Letter) 2005; (in press).

245. Olanow CW, Jankovic J. Neuroprotective Therapy in Parkinson's Disease: A Search for a Pathogenesis-Tarteted, Disease-Modifying, Strategy. Mov Disord 2005; 20 (suppl): 3-10.

246. Stocchi F, Vacca L, Ruggieri S, Olanow CW. Infusion of Levodopa Methyl Ester in Patients with Advanced PD: A Clinical and Pharmacokinetic Study. Arch of Neurol 2005; 62: 905-910.

247. Lang AE, Miyasaki J, Olanow CW, Stoessl J, Suchowersky. A Forum on the Early Management of Parkinson's Disease: The Role of COMT Inhibition and Other Dopaminergic Therapies – Current Issues. Can J Neurosci 2005; 32: 277-286.

248. Tse W, Liu Y, Barthlen GM, Halbig TD, Tolgyesi SV, Gracies JM, Olanow CW, Koller WC. Clinical usefulness of the Parkinson's disease sleep scale. Parkinsonism Relat Disord. 2005        ;11:317-321.

249. Snyder B, Olanow CW. Prospects for Stem Cell therapy in Parkinson's disease. Current Opinion in Neurology 2005 Aug;18:376-385.

250. Olanow CW. Double-Blind, Placebo-Controlled Trials for Surgical Interventions in Parkinson's Disease. Arch Neurol 2005; 62: 905-910.

251. Goldman SM, Tanner CM, Olanow CW, Watts RL, Field RD, Langston JW. Occupation and parkinsonism in three movement disorders clinics. Neurology 2005 8;65:1430-1435.

252. Olanow CW. Prospects for neuroprotection in Parkinson's disease. Neurology. 2006;66 (10 suppl 4):S1

253. Olanow CW. Rationale for considering that Propargylamines might be Neuroprotective in Parkinson's Disease. Neurology 2006;66(10 Suppl 4):S69-79.

254. McNaught K, Olanow CW. Protein aggregation in the pathogenesis of familial and sporadic parkinson's disease. Neurobiol Aging 2006;27:530-545.

**PEER REVIEWED PAPERS (CONT)**

255.    Chaudhuri KR, Martinez-Martin P, Schapira AHV, Stocchi F, Sethi K, Odin P, Brown R, Koller W, Barone P, MacPhee P, Kelly L, Rabey M, MacMahon D, Thomas S, Ondo W, Rye D, Forbes A, Tluk S, Dhawan V, Bowron A, Williams AJ, CW Olanow (The international PD Non Motor Group). International multicentre pilot study of the first comprehensive self-completed nonmotor symptoms questionnaire for Parkinson's disease: The NMSQuest study. Mov Disord 2006;21:916-923.

256.    Jenner P, Olanow CW. The pathogenesis of cell death in Parkinson's disease. Neurology 2006;66(10 Suppl 4):S24-36.

257.    Olanow CW. Movement Disorders: A step in the right direction. Lancet Neurology 2006;5:3-5.

258.    McNaught K St P, Jackson T, JnoBaptiste R, Kapustin A, Olanow CW. Proteasomal dysfunction in Parkinson's disease. Neurology 2006;66(10 Suppl 4):S37-49.

259.    Olanow CW, McNaught K. The Ubiquitin-Proteasome System in Parkinson's Disease. Mov Disord 2006;21:1806-1823.

260.    McNaught K, Olanow CW. The proteasome inhibition model of Parkinson's disease. Ann Neurol. 2006;60:243-247.

261.    Olanow CW, Obeso JA, Stocchi F. Drug Insight: The Therapeutic Concept of Continuous dopaminergic stimulation in the Treatment of Parkinson's disease. Nature Clinical Practice Neurology 2006;2:382-392.

262.    Dass B, Olanow CW, Kordower J. Gene Transfer of Trophic Factors and Stem Cell Grafting as Treatments for Parkinson's Disease. Neurology 2006;66(10 Suppl 4):S89-103.

263.    Goetz CG, Fahn S, Martinez-Martin P, Poewe W, Sampaio C, Stebbins GT, Stern MB, Tilley BC, Dodel R, Dubois B, Holloway R, Jankovic J, Kulisevsky J, Lang AE, Lees A, Leurgans S, LeWitt PA, Nyenhuis D, Olanow CW, Rascol O, Schrag A, Teresi JA, Van Hilten B, LaPelle N. Movement Disorder Society-sponsored revision of the Unified Parkinson Disease Rating Scale: (MDS-UPDRS): Process, format and clinimetric testing plan. Mov Disord (in press).

264.    Lippa CF; Duda JE; Grossman M; Hurtig HI; Aarsland D; Boeve BF; Brooks DJ; Dickson DW; Dubois B; Emre M; Fahn S; Farmer JM; Galasko D; Galvin JE; Goetz CG; Growdon JH; Gwinn-Hardy KA; Hardy J; Heutink P; Iwatsubo T; Kosaka K; Lee VM-Y; Leverenz JB; Masliah E; McKeith IG; Nussbaum RL; Olanow CW; Ravina BM; Singleton AB; Tanner CM; Trojanowski JQ Wszolek; ZK. DLB    and    PDD    Boundary    issues:    Diagnosis,    Treatment,    Molecular Pathology and Biomarkers. Neurology (in press).

265.    Olanow CW, Obeso JA, Stocchi F. Continuous Dopamine Receptor Stimulation in the Treatment of Parkinson's Disease: Scientific Rationale and Clinical Implications. Lancet Neurology 2006;5:677-687.

**PEER REVIEWED PAPERS (CONT)**

266.    Cho C, Osaki Y, Kunin M, Cohen B, Olanow CW, Raphan T. A model-based approach for assessing parkinsonian gait and effects of levodopa and deep-brain stimulation. IEEE Journal of Quantum Electronics (in press)

267.    Olanow CW, Schapira AHV, Lewitt PA, Kieburtz K, Sauer D, Olivieri G, Pohlmann H, Hubble J. TCH346 as a neuroprotective drug in Parkinson's disease: a double-blind, randomised, controlled trial. Lancet Neurology 2006;5:1013-1020.

268.    Nair VD, McNaught K St P, Gonzalez-Maeso J, Sealfon S, Olanow CW. P53 mediates non-transcriptional cell death in dopaminergic cells in response to proteasome inhibitors. J Biol Chem 2006;281:39550-39560.

269.    Goetz CG, Damier P, Hicking C, Laska E, Muller T, Olanow CW, Rascol O, Russ H. Sarizotan as a treatment for dyskinesias in Parkinson's disease: A double-blind placebo-controlled trial. Mov Disord (in press).

270.    Olanow CW, Watkins PB. Tolcapone 2007: An Efficacy and Safety Review. J Clin Neuropharm (in Press)

271.    Kieburtz K, Olanow CW. Translational Experimental Therapeutics. The Mount Sinai Journal of Medicine (in press).

272.    Olanow CW, Isacson O. Stem Cells for Parkinson's disease – Is it time for clinical trials. Mov Disord (in press).

## SUBMITTED PAPERS

1,      Olanow CW, Gracies J-M, Goetz CG, Stoessl J, Freeman T, Kordower J, Godbold J, Obeso JA. A double blind placebo-controlled assessment of dyskinesias following fetal nigral transplantation in PD.

2.      Kevin St.P. McNaught, Tehone Jackson, Ruth JnoBaptiste, Toni-Ann Jengelley, Alexander Kapustin, and C. Warren Olanow. Susceptibility of nigral dopaminergic neurons to degenerate may relate to their poor expression of proteasome activators.

3.      Chaudhuri KR, Martinez-Martin P, Brown RG, Sethi K, Stocchi F, Odion P, Ondo W, Abe K, MacPhee G, MacMahon D, Barone P, Rabey M, Bonnuccelli U, Forbes A, Breen K, Tluk S, Naidu Y, Olanow CW, Thomas S, Rye D, Williams AJ, Schapira AHV. The non-motor symptoms scale for Parkinson's disease: First Validation Study.

4.      Perl DP, Olanow CW. The Neuropathology of Manganese-Induced Parkinsonism.

5.      Goetz CG, Laska E, Hicking C, Damier P, Müller T, Nutt J, Olanow CW, Rascol O, Russ H. Placebo influences on dyskinesia in Parkinson's disease.

46

## CHAPTERS

1. Olanow CW, et al: Expected competencies in neurology of the recently graduated medical student. Proceedings of the IInd Workshop on Neurological Education, Burlington, Vermont, June, 1973

2. Olanow CW and Schwartz A: A controlled double observer blind study of MK-486 in Parkinson's disease. In Current Concepts in the Treatment of Parkinsonism. Ed. M.D. Yahr, Raven Press, pp 69-86, 1974

3. Finn AL and Olanow CW: Phenytoin: therapeutic use and serum level monitoring. In Handbook of Therapeutic Drug Monitoring. Frank, Gross and Townsend, Vol 2: 63-85, 1981

4. Wechsler A and Olanow CW: Surgical treatment of myasthenia gravis. In Christopher Textbook of Surgery. Ed. D. Sabiston, 12th Ed., pp 2157-2165, 1981

5. Olanow CW: Current concepts in the management of movement disorders. In Clincial Neurosurgery 1981; 28: 137-170.

6. Olanow CW and Wechsler A: Surgical management of myasthenia gravis. In Surgery of the Chest. 4th Ed. Eds. D. Sabiston and F. Spencer, W.B. Saunders, Chapter 27, pp 849-869, 1983

7. Olanow CW: Medical therapy of movement disorders. In: Neurosurgery Ed. R. Wilkins, McGraw-Hill, Vol 3, Chapter 338, pp 2499-2506, 1984

8. Olanow CW and Alberts M: Low dose bromocriptine in previously untreated Parkinson patients. In Recent Developments in Parkinson's Disease. Eds. S. Fahn, D. Marsden, P. Jenner and P. Teychenne. Raven Press, pp 273-278, 1985

9. Olanow CW: Double-blind controlled study of pergolide mesylate in the treatment of Parkinson's disease. In Recent Developments in Parkinson's Disease, Eds. S. Fahn, D. Marsden, P. Jenner and P. Teychenne. Raven Press, pp 315-321, 1985

10. Olanow CW and Alberts M: Management of Parkinson's disease with bromocriptine. Neuroview, Vol 1, No 2:1-5, 1985

11. Olanow CW and Alberts MJ: Low dose bromocriptine in previously untreated Parkinson patients. In: Approaches to the Use of Bromocriptine in Parkinson's disease. Eds. S. Fahn, D. Marsden, P. Jenner, P. Teychenne, Raven Press pp 15-23, 1985

12. Olanow CW and Wechsler A: The surgical management of myasthenia gravis. In Textbook of Surgery, 13th Ed.,Ed. D. Sabiston, pp 2110-2121, 1986

47

## CHAPTERS (CONT)

13.    Olanow CW, Alberts M, Stajich J and Burch G: A randomized blinded study of low dose Bromocriptine versus low dose Carbidopa/Levodopa in untreated Parkinson patients.  In Recent Developments in Parkinson's Disease, Vol II, Ed. S. Fahn, D. Marsden, D. Calne, M. Goldstein, Macmillan Health Care, pp 201-208, 1987

14.    Olanow CW and Drayer B:  Brain Iron:  MRI studies in Parkinson's syndrome.  In Recent Developments in Parkinson's Disease. Eds. S. Fahn, D. Marsden, D. Calne, M. Goldstein.  Macmillan Healthcare, pp 135-143, 1987.

15.    Olanow CW:  Dopamine Agonists In Early Parkinson's Disease.  In: The Comprehensive Management of Parkinson's Disease. Ed. Matthew Stern and Howard Hurtig.  PMA Publishing Corp, pp 89-101, 1988.

16.    Olanow CW, Murtaugh R, Martinez C, Werner E, and Holgate R:  MR imaging in Parkinson's disease and aging. In Parkinsonism and Aging. Ed. D. Calne. Raven Press, pp 155-164, 1989.

17.    Olanow CW:  Dopamine Agonists:  A Review.  Optimization of the Treatment of Parkinson's Disease. The Proceedings of a Special  Symposium at the 9th International Symposium on Parkinson's Disease. Parthenon Publishing, pp 69-75, 1989

18.    Olanow CW:   Neurological Manifestations of Pregnancy.  In Merritt's Textbook of Neurology, 8th Edition, Ed. L.P. Rowland. Lea & Febinger, pp 892-897, 1989

19.    Olanow CW and Wechsler A:  Surgical Management of Myasthenia Gravis. In: Surgery of the Chest, 5th Ed., Ed. D. Sabiston, 1990; pp 974-994,

20.    Olanow CW, Alberts M, Djang W, Stajich J:  MR Imaging of Putamenal Iron Predicts Response to Dopaminergic Therapy in Parkinsonian Patients. Early Markers of Parkinson's Disease. In: New Vistas in Drug Research (Volume 1), DB Calne, ed. Springer-Verlag, Wien, New York. 1990; 99-109.

21.    Cahill DW and Olanow CW:  Autologous Adrenal Medulla to Caudate Nucleus Transplantation in Advanced Parkinson's Disease: 18 Month Results. In: Progress in Brain Research, Volume 82, Dunnett SB and Richards SJ, eds.Elsevier Science Publishers, 1990; pp637-642.

22.    Olanow, CW and Wechsler A. Surgical Management of Myasthenia Gravis In: Sabiston, D., ed. Textbook of  Surgery, 14th Edition. W.B. Saunders Company, Philadelphia, Pennsylvania. 1991, pgs 1801-1814.

23.    Olanow CW and Hauser RA:  The Treatment of Early Parkinson's Disease. New Trends in Clinical Neurology. The Assessmant and Therapy of Parkinsonism.CD Marsden and S Fahn, eds. Parthenon Publishing, England,  1990:77-88.

**CHAPTERS (CONT)**

24.  Olanow CW, Cohen G. Pathogenesis of Parkinson's Disease. In: C.W. Olanow and A. Lieberman eds. The Scientific Basis for the Treatment of Parkinson's disease. London, England: Parthenon Publishing, 1992:59-76.

25.  Cedarbaum JM and Olanow CW.Possible mechanisms of levodopa-induced adverse reactions. In: C.W. Olanow and A. Lieberman, eds. The Scientific Basis for the Treatment of Parkinson's Disease. London, England: Parthenon Publishing, 1992:113-137.

26.  Olanow CW. Protective Therapy. In: The Scientific Basis for the Treatment of Parkinson's Disease. C.W. Olanow and A. Lieberman, eds. London, England: Parthenon Publishing, 1992:225-256.

27.  Hauser RA, Olanow CW. Designing clinical trials in Parkinson's disease. The Scientific Basis for the Treatment of Parkinson's Disease. C.W. Olanow and A. Lieberman, eds.London, England: Parthenon Publishing, 1992: 275-293.

28.  Hauser RA and Olanow CW. Recent advances in Parkinson's disease. In: Recent Developments in Parkinson's disease. Current Neurology. S. Appel, ed. Mosby-Year Book. 1992:111-154.

29.  Olanow CW. Mechanisms of cell death in Parkinson's disease with special reference to free radicals. In: Current Trends in the Treatment of Parkinson's disease, ed., Agid Y. John Libbey & Company. 1991: 29-36.

30.  Hauser RA and Olanow CW: Considerations in the Design of ClinicalTrials in Parkinson's Disease. In: Methodological Problems of Clinical Trials in Parkinson's Disease, Ed. F. Clifford Rose, Smith-Gordon and Company, London, 1992; pp 1-10.

31.  Hauser RA and Olanow CW: Parkinson's Disease in the Elderly. In: Geriatric Neurology, L. Barclay,ed. Lea & Febiger, Malvern, PA. 1993:155-169.

32.  Hauser RA and Olanow CW. Neural transplants in the treatment of Parkinson's disease and other neurodegenerative disorders. In: Parkinson's Disease and Movement Disorders, eds., J. Jankovic and E. Tolosa, 2nd Edition 1993:549-568.

33.  Arendash GW, Olanow CW, Sengstock GJ. Intranigral iron infusion in rats: a progressive model for excess nigral iron levels in Parkinson's disease? In: Key Topics in Brain Res, Riederer P and Youdim MBH, eds. Springer- Verlag, Wien. 1993: 87-101.

34.  Olanow CW. Amytrophic lateral sclerosis- Clinical definition and relation to other neurodegenerative disorders. In: Advances in Neurodegeneration Research. Birkhauser Boston Basel Berlin Publishers 1993; 149-161.

49

## CHAPTERS (CONT)

35.    Olanow CW. MAO- Inhibitors as Neuroprotective Therapy. In: Monoamine Oxidase Inhibitors in Neurological Disease, A. Lieberman and C.W. Olanow, ed. Marcel Dekker, New York, New York. 1994: 249-262.

36.    Arendash GW, Sengstock GJ, Olanow, CW, Barone S, Dunn AJ. Intranigral iron infusion as a model for Parkinson's disease. In: Animal Models of Toxin-Induced Neurological Disorders, M. Woodruff and A. Nonneman, eds. Plenum Press, New York, New York 1994: 176-212.

37.    Olanow CW. Hallervorden Spatz Syndrome. In: Neurodegenerative Diseases, D.B. Calne, ed. W.B. Saunders Co, Philadelphia, Pennsylvania. 1994: 807-823.

38.    Olanow CW, Hauser RA. Magnetic resonance imaging in neurodegenerative diseases. In: Neurodegenerative Diseases, D.B. Calne, ed. W.B. Saunders Co, Philadelphia, Pennsylvania. 1994; 445-469.

39.    Lilienfeld DE, Perl DP, Olanow CW. Guam neurodegeneration. In: Neurodegenerative Diseases, D.B. Calne, ed. W.B. Saunders Co, Philadelphia, Pennsylvania. 1994; 895-908.

40.    Olanow CW, Calne DB, Chu N-S, Perl D. Manganese-Induced neurotoxicity. In: Calne DB et al (eds). Advances in Neurodegeneration II, Birkhauser, 1994: 53-62.

41.    Olanow CW. The role of surgery in the treatment of Parkinson's disease. In: Beyond the Decade of the Brain. Stern MB, ed. Wells Medical Limited, Kent, England.1994:157-173.

42.    Hauser RA, Freeman TB, Olanow CW. Surgical Therapies for Parkinson's Disease. In: Kurlan R, ed. Treatment of Movement Disorders. J.B. Lippincott, Philadelphia, Pennsylvania 1995; 57-93.

43.    Nai-Shin Chu, Fred Hochberg, Donald B. Calne, C.W. Olanow. Neurotoxicology of manganese. In: Handbook of Neurotoxicology. Chang LW and Dyer RS, eds. Marcel Dekker, New York, New York 1995:91-103.

44.    Jenner P, Olanow CW. Pathological evidence for oxidative stress in Parkinson's disease and related degenerative disorders. In Neurodegeneration And Neuoprotection in Parkinson's Disease. Eds Olanow CW, Jenner P, Youdim MHB. Academic Press, London 1996: 24-45.

45.    Olanow CW, Youdim MHB. Iron and Neurodegeneration: Prospects for neuroprotection. In Neurodegeneration And Neuoprotection in Parkinson's Disease. eds Olanow CW, Jenner P, Youdim MHB. Academic Press, London. 1996: 55-67.

## CHAPTERS (CONT)

46.    Good PF, Perl DP, Olanow, CW. Oxidative stress with emphasis on the role of LAMMA in Parkinson's disease. In Metals and oxidative damage in neurological disorders. Connor J ed. Plenum Press, New York. 1997: 277-290.

47.    Olanow CW, Kordower JH, Freeman TB. Transplantation for Parkinson's disease. In Movement Disorders, eds Watts R, Koller WC. McGraw Hill 1996; 221-236.

48.    Kordower JH, Goetz CG, Freeman TB, Olanow CW. Dopaminergic transplants in patients with Parkinson's disease: Neuroanatomical correlates of clinical recovery. (In press).

49.    Olanow CW, Schapira AVM. Neuroprotection in Parkinson's disease. In Neuroprotection in CNS Diseases. Eds Bar PR, Beal F., Marcel Decker, New York. 1997: 425-445.

50.    Olanow CW. A rationale for using dopamine agonists as primary symptomatic therapy in Parkinson's disease. In: Dopamine agonists in early Parkinson's disease. Eds Olanow CW, Obeso JA, Wells medical publishing, Kent,UK. 1997; 37-48.

51.    Olanow CW, Freeman TB, Kordower JH. Neural transplantation as a therapy for Parkinson's disease. Advances in Neurology 1997; 74: 249-270.

52.    Germano IM, Olanow CW. Clinical characteristics of Parkinson's disease: diagnosis and assessment. In Germano IM (ed), Neurosurgical treatment of movement disorders. AANS Publication Committee, Park Ridge Ill, 1998; 37-46.

53.    Freeman TB, Olanow CW, Holt D, Kordower JH, Borlongan C, Hauser RA, Sanberg PR. Human fetal tissue transplantation. In: Germano IM (ed), Neurosurgical treatments of movement disorders, AANS Publication Committee, Park Ridge Ill, 1998; 177-192.

54.    Olanow CW, Jenner P, Tatton N, Tatton WG. Neurodegeneration in Parkinson's disease. In: Parkinson's Disease and Movement Disorders, eds., J. Jankovic and E. Tolosa, 3rd Edition, Williams and Wilkins, Baltimore USA. 1998; 67-103.

55.    Walker RH, Olanow CW. Anatomy and functional models of the basal ganglia; in Seminars in neurosurgery: neurosurgery of movement disorders: Update. Ed Germano IM, Pub Thieme (in press).

56.    Gracies JM, Olanow CW. Current and experimental therapeutics of Parkinson's disease. In Neuropshcopharmacology: the fifth generation of progress, ed Davis K, Lippincott Williams & Wilkins, New York USA, 2001; 1795-1816.

## CHAPTERS (CONT)

51

57.    Brin MF, Germano I, Danisi F, Weisz D, Olanow CW. Deep brain stimulation in the treatment of dystonia. In: Krauss JK, Jankovic J, Grossman, RG eds. Surgery for Movement Disorders. Philadelphia: Lippincott Williams and Wilkins, 2001; 307-315.

58.    Olanow CW, Jenner P, Tatton W. Etiology and Pathogenesis of Parkinson's disease. In: Parkinson's Disease and Movement Disorders, eds., J. Jankovic and E. Tolosa, 4th Edition, Williams and Wilkins, Baltimore USA. 2002 pp 38-59.

59.    Olanow CW, Kordower JH, Freeman TB. Transplantation and cell based therapies in Parkinson's disease. In Movement Disorders, eds Watts R, Koller WC. 2nd Edition, McGraw Hill, 2002; (In press).

60.    Gracies JM, Olanow CW. Dementia in Parkinson's Disease. In Neurobiology of Mental Illness, second edition. Charney DS and Nestler EJ eds; Oxford University Press New York, 2004; pp896-916.

61.    Tse W, Koller W, Olanow CW. Restless Legs Syndrome: Differential diagnosis and treatment. In Restless Legs Syndrome, eds Chaudhuri KR, Odin P, Olanow CW; Parthenon Publishing, London, 2004: 85-108.

62.    Olanow CW, Schpaira AHV. Surgical therapy for PD. In Principles of treatment for Parkinson's disease, eds Schapira AHV, Olanow CW. Butterworth Heinemann, Elsevier, Philadelphia, USA 2005; 217-234.

63.    Schapira AHV, Olanow CW. Medical therapy for PD. In Principles of treatment for Parkinson's disease, eds Schapira AHV, Olanow CW. Butterworth Heinemann, Philadelphia, Elsevier, USA 2005; 119-144.

64.    Snyder BJ, Olanow CW. Cell transplantation therapy for Parkinson's disease. In Textbook of Neural Repair and Rehabilitation. Eds Selzer ME, Clarke S, Cohen LG, Duncan PW, Gage FH; Cambridge University Press, New York, 2006: 71-88.

65.    Olanow CW, Fahn S. Fetal nigral transplantation for Parkinson's disease: Current status and future directions. In Restorative Therapies in Parkinson's disease, eds Brundin P, Olanow CW; Springer Publishers, New York, 2006; 93-118.

66.    McNaught K St P, Jenner P, Olanow CW. Protein mishandling: Role of the Ubiquitin Proteasome System in the pathogenesis of Parkinson's Disease. In: Parkinson's Disease and Movement Disorders, eds., J. Jankovic and E. Tolosa, 5th Edition, Williams and Wilkins, Baltimore USA. 2006:

67.    Hpyerkinetic Movement Disorders. Harrison's Textbook of Medicine (in Press).

## EDITOR: BOOKS AND JOURNAL SUPPLEMENTS

1.  Olanow CW and Lieberman A. The Scientific Basis for the Treatment of Parkinson's disease. Parthenon Publishing, London, England, 1992.

2.  Olanow CW, Cohen G, Perl D, Marsden D. Role of Iron and Oxidant Stress in the Normal and Parkinsonian Brain. Supplement to Ann Neurol, Volume 32, 1992.

3.  Lieberman A, Olanow CW, Youdim M. Monoamine Oxidase Inhibitors in Neurological Diseases. Marcell Dekker Inc Publishers, New York. 1994.

4.  Olanow CW, Jenner P, Youdim M. Neurodegeneration and Neuoprotection in Parkinson's Disease. Academic Press, London. 1996.

5.  Olanow CW, Reiderer P. Selegiline - Current Concepts and Controversies. Supplement to Neurology Volume 47: 1996.

6.  Olanow CW, Obeso JA. Dopamine agonists in early Parkinson's disease. Wells medical publishing, Kent,UK. 1997.

7.  Olanow CW, Koller WC. An algorithm (decision tree) for the management of Parkinson's disease. Supplement to Neurology, Volume 50, 1998.

8.  Olanow CW, Jenner P. Neuroprotection in Parkinson's disease. Well's Medical Publishing, Kent, UK (In press).

9.  Olanow CW, Jenner P, Beal F. Neurodegeneration and Neuroprotection in Parkinson's disease. Supplement to Annals of Neurology, Volume 44 (3), 1998.

10. Olanow CW, Schapira AVM. Parkinson's Disease. Contemporary Neurology Series, Oxford Press, New York/London, In preparation.

11. Olanow CW, Obeso J, Jenner P. Levodopa-Induced Dyskinesia. Supplement to Annals of Neurology, Volume 47 (1), 2000.

12. Olanow CW, Obeso JA. The role of COMT inhibitors in the treatment of Parkinson's Disease. Supplement to Neurology 2000; volume 55, supplement 4 .

13. Olanow CW, Obeso JA, Nutt J. Basal ganglia, parkinson's disease and levodopa therapy. Supplement to Trends in Neuroscience 2000; Vol 23: Number 10.

14. Riederer P, Calne DB, Horowski R, Mizuno Y, Olanow CW, Poewe W, Youdim MBH. Advances in Research on Neurodegeneration. Springer –Verlag Wien, 2000.

## EDITOR: BOOKS AND JOURNAL SUPPLEMENTS  (CONT)

15.    Olanow CW, Watts R, Koller. An algorithm (decision tree) for the treatment of Parkinson's disease: treatment guidelines. Neurology 2001; 56 (supplement 5): 1-88.

16.    Horowski R, Calne DB, Mizuno Y, Olanow CW, Poewe WH, Riederer P, Youdim MBH. Advances in Research on Neurodegeneration, Vol 10. Springer Verlag, Wien, New York.

17.    Olanow CW, Schapira A, Agid Y. Causes of cell death and prospects for neuroprotection in Parkinson's disease. Ann Neurol 2002; Volume 53 (Suppl 3): 1-170.

18.    Olanow CW. Levodopa, COMT Inhibition, and Continuous Dopaminergic Stimulation.. Neurology 2004; volume 62 (supplement 1) pp 1-81.

19.    Chaudhuri KR, Odin P, Olanow CW, . Restless Legs Syndrome. Parthenon Publishing, London, 2004

20.    Schapira AHV, Olanow CW. Principles of treatment for Parkinson's disease. Butterworth Heinemann, Elsevier, Philadelphia, USA 2005.

21.    Restorative Therapies in Parkinson's disease, eds Brundin P, Olanow CW; Springer Publishing, New York, 2006.

22.    Olanow CW. New Approaches to neuroprotective therapy in Parkinson's disease. Neurology 2006. 66; supplement 4.

## ABSTRACTS

1.  Schwartz A and Olanow CW. Double-blind controlled study of MK-486 in Parkinson's disease. Proceedings of American Neurol Assoc, Montreal, 1973

2.  Schwartz A and Olanow CW. Double-blind controlled study of MK-486 in Parkinson's disease. Proceedings of the IV International Congress on Parkinson's disease. Barcelona, Spain, 1973

3.  Rothman S and Olanow CW. A new spino-cerebellar syndrome. Can J Neuro Sci 1976;3:150.

4.  Olanow CW and Finn A. The effect of salicylate on phenytoin pharmacokinetics. Ann Neuro 1979; 6: 153.

5.  Olanow CW. Failure of plasmapheresis in post-thymectomy myasthenia gravis. Can J Neuro Sci 1980; 7: 334.

6.  Rothman SJ and Olanow CW. Brainstem glioma with hemiplegia onset. Can J Neuro Sci 1980; 7: 319.

7.  Mark B, Hurwitz BJ, Olanow CW and Fay J. Plasmapheresis in idiopathic inflammatory polyradiculoneuropathy. Neurol 1980; 30: 361.

8.  Olanow CW, Lane RJM and Roses AD. The essential role of thymus gland. Proceedings of the 6th Congress of Myasthenia Gravis, New York, December 2-5, 1980.

9.  Olanow CW, Lane RJM and Roses AD. Relationships between the ACHR-AB titer and clinical status of myasthenia gravis. Proceedings of the 6th Congress of Myasthenia Gravis, New York, December 2-5, 1980

10. Olanow CW, Roses AD and Rothman SJ. Thymectomy in juvenile myasthenia gravis. Neurol 1981; 31(2): 84.

11. Olanow CW, Lane RJ and Roses AD. Thymectomy in late onset myasthenia gravis. Neurol 1981; 31(2): 97.

12. Coffey CE, Ross DR, Ferren EL, Sullivan JL, Bragdon A, Hurwitz BJ and Olanow CW. On-off phenomenon treated with lithium carbonate. Neurol 1981; 31(2): 135.

13. Roses AD and Olanow CW. ACHR-AB levels following thymectomy in myasthenia gravis. Clin Res 1981; 29(2): 546.

14. Haynes BF, Olanow CW, Eisenbarth GS and Roses AD. Correction following thymectomy and immunoregulatory T cell imbalance in myasthenia gravis. Clin Res 1981; 29(2): 546.

## ABSTRACTS (CONT)

15.    Roses AD, Hudgson P, McAdams M, Edwards A and Olanow CW.  On the mechanism of pathogenesis in human myasthenia gravis. Ann Neurol 1981; 10: 91.

16.    Moore AV, Korobkin M, Powers B, Olanow CW, Brieman R and Ram PC. Thymoma detection by mediastinal tomography in patients with myasthenia gravis. Proceedings of the Roentgen Ray Society, San Francisco, March, 1981

17.    Moore AV, Korobkin M, Olanow CW, Breiman R, Ram PC and Hidalgo H. CT of the normal and abnormal thymus gland: surgical and pathological correlation in 40 patients.  Proceedings of the Radiological Society of North America, 1981

18.    Olanow CW and Roses AD. The effect of thymectomy on the ACHR-AB in myasthenia gravis. Proceedings of the 12th World Congress of Neurology, Kyoto, Japan, September, 1981

19.    Olanow CW, Haynes BF, Eisenbarth GS and Roses AD.  The effect of thymectomy on T cell subset abnormalities in myasthenia gravis. Proceedings of the 12th World Congress of Neurology, Kyoto, Japan, September, 1981

20.    Moore AV, Korobkin M, Olanow CW, Breiman R, Ram PC and Hidalgo H. CT of the normal and abnormal thymus gland: surgical pathologic correlation in 40 patients.  Proceedings of the Radiologic Society of North America, 1981

21.    Olanow CW, Haynes BF and Roses AD.  The effect of thymectomy on peripheral blood lymphocytes in myasthenia    gravis. Proceedings of the Myasthenia Gravis Foundation Annual Scientific Session, New York, December 4, 1981.

22.    Sabina RL, Bradley WG, Olanow CW, Swain JL and Holmes EW. Functional and biochemical evidence of the  importance of the purine nucleotide cycle in muscle. Clin. Research, 1982

23.    Coffey CE, Massey EW, Ross DR and Olanow CW. Benign intracranial hypertension and depression. Proc Amer Psych Assoc, 1983

24.    Coffey CE, Ross DR and Olanow CW. Dopaminergic effects of lithium in Parkinsonism. Proc Amer Psych Assoc, 1983,

25.    Sabina RL, Swain SL, Olanow CW, Bradley MG, Fishbein WN, Dimauro S and Holmes EW. Impairment    of energy generation as a consequence of disruption of the purine nucleotide cycle in myoadenylate deaminase deficiency. Neurol 1983; 33(2):167.

26.    Coffey CE, Massey EW, Ross DR and Olanow CW.  Benign intracranial hypertension and depression. Neurol 1983; 33(2): 223.

## ABSTRACTS (CONT)

27. Coffey CE, Ross DR and Olanow CW. Benign intracranial hypertension and depression. Proc Soc Biol Psych 1983:127.

28. Olanow CW and Alberts M. Low dose Parlodel as initial therapy in previously untreated Parkinson patients. Proceedings of Symposium on Recent Developments in Parkinson's Disease, Bermuda, 1984.

29. Olanow CW. A randomized double blind controlled study of Pergolide Mesylate in the treatment of Parkinson's disease. Proceedings of Symposium on Recent Developments in Parkinson's Disease, Bermuda, 1984.

30. Vance JN, Periak-Vance MA, Payne CS, Coin JT and Olanow CW. Linkage and genetic analysis in adult onset periodic vestibulo-cerebellar ataxia: report of a new family. Am J Human Genetics 1984; 36: 788.

31. Olanow CW and Alberts MJ. Low dose Bromocriptine in previously untreated Parkinson patients. Proceedings of VIII International Symposium on Parkinson's Disease, New York, June 1985, 89.

32. Olanow CW and Alberts MJ. A double-blind controlled study of Pergolide Mesylate vs Placebo in the treatment of Parkinson's disease. Proceedings of VIII International Symposium on Parkinson's Disease, New York, June 1985, 117.

33. Drayer BP, Burger P, Payne C, Periack-Vance M, Olanow CW, Riederer S and Johnson GA. MR mapping of the brain iron: II. Basal ganglia disorders. Proceedings of the 71st Scientific Assembly of the Radiologic Society of North America, 1985.

34. Sanders DB, Howard JF Jr, Olanow CW, Massey JM and Roses AD. Relationship of acetylcholine receptor antibody titer, single-fiber EMG, and clinical status in patients with myasthenia gravis. Proceedings of the VIIth International Congress on Myasthenia Gravis. NY Acad Sci, NY, March 1986.

35. Massey J, Olanow CW and Sanders DB. Treatment of myasthenia gravis in the elderly. Proceedings of the VIIth International Congress on Myasthenia Gravis. New York, March, 1986

36. Drayer BP, Olanow CW and Burger P. High field strength magnetic resonance imaging in patients with Parkinson's disease. Neurology 1986.

37. Drayer B.P. and Olanow CW. Brain iron: MRI studies in Parkinson's disease. Proceedings of Symposium on Parkinson's Disease, Hawaii, February, 1987.

38. Olanow CW. Prospective randomized trial of Sinemet vs Bromocriptine in untreated Parkinson patients. Proceedings of Symposium on Parkinson's disease, Hawaii, February, 1987

## ABSTRACTS (CONT)

39.   Olanow CW, Drayer BP and Dawson D.  High field strength MR imaging of brain iron in Parkinson's disease. Neurology 1987; 37: 321.

40.   Olanow CW, Alberts M, Staijch J and Burch G.  Prospective randomized blinded study of Sinemet vs Parlodel in untreated Parkinson patients. Neurology 1987; 37: 341.

41.   Parkinson study group - Olanow CW, steering committee. Correlates of clinical decline in early Parkinson's disease. Neurology 1987; 37: 278.

42.   Sanders DB, Howard JF, Massey JM, Mihovilovic M, Olanow CW, Roses AD and Stewart CR. Sero-Negative Myasthenia Gravis. Ann Neurol, July 1987.

43.   Parkinson Study Group.  Correlates of Clinical Decline in Early Parkinson's Disease, Neurology 1987; 37: 398.

44.   Olanow CW.  Early use of dopamine agonists in the treatment of Parkinson's disease.  Proceedings of International Symposium on Dopamine Agonists, New York, April, 1987

45.   Olanow CW.  Early use of dopamine agonists in the treatment of Parkinson's disease.  Arch Neurol 1987.

46.   Olanow CW, Drayer B. MRI studies of iron distribution in Parkinson's disease and aging.  Symposium on Etiology, Pathogenesis and Prevention of Parkinson's Disease. Arch Neurol, Oct. 1987.

47.   Olanow CW, Cahill D and Cox C.  Autologous transplantation of adrenal medulla to caudate nucleus in Parkinson's disease. Neurology 1988; 38: 142.

48.   Olanow CW, Werner E, Gauger L.  A study of the Safety tolerance & efficacy of CV205-502 in Parkinson's Disease. Neurology 1988, 38: 259.

49.   Olanow CW.  Pergolide/Parlodel crossover study.  Neurology 1988; 38: 314.

50.   Olanow CW, Evans MD.  Adrenal medulla to caudate nucleus transplant in Parkinson's disease corrects evoked potential abnormalities.  Neurology 1988; 38: 418.

51.   Cahill DW, Olanow CW:   Results of adrenal medullary transplantation in Parkinson's disease. Proceedings of the Congress of Neurological Surgeons, March 1988.

52.   Cahill DW, Olanow CW:  Transplantation of autologous adrenal medullary fragments into the caudate nucleus with Parkinson's disease. Proceedings of the Southern Neurological Society, 1988.

## ABSTRACTS (CONT)

53.  Olanow CW, Cahill D, Cox C. Autotransplantation of adrenal medulla to caudate nucleus in Parkinson's disease. Annals of Neurology 1988; 24: 180.

54.  Olanow CW, Werner E, Martinez C, and Holgate R.  MRI studies in aging and Parkinson syndromes. Proceedings of the 9th International Symposium on Parkinson's Disease, Jerusalem, June 1988.

55.  Olanow CW.  Pergolide/Parlodel crossover study.  Proceedings of the 9th International Symposium on Parkinson's Disease, Jerusalem, June 1988.

56.  Olanow CW, Cahill D, Cox C.  Autologous transplantation of adrenal medulla to caudate nucleus. Proceedings of the 9th International  Symposium on Parkinson's Disease, Jerusalem, June 1988.

57.  Olanow CW, Alberts M, Stajich J, Burch G.  Single-blind double observer controlled study of Sinemet versus Parlodel in untreated Parkinson patients. Proceedings of the 9th International Symposium on Parkinson's Disease, Jerusalem, June 1988.

58.  Olanow CW.  MR imaging of putamenal iron predicts response to dopaminergic therapy in Parkinson patients. Neurology 1989; 39: 275.

59.  Olanow CW.  Prospective blinded study of Sinemet versus Bromocriptine in untreated Parkinson patients; 3.5 year follow-up. Neurology 1989; 39: 366.

60.  Olanow CW, Cahill DW, Gauger L.  Autotransplantation of adrenal medulla to caudate nucleus in Parkinson's disease - one year follow-up. Neurology 1989; 39: 126.

61.  Cahill DW, Olanow CW.  Adrenal to Caudate Transplantation in Parkinsonism; 18 Month Results and Perspective. Proceedings of the IIIrd International Symposium on Neural Transplantation, Cambridge, England, 1989.

62.  Olanow CW:  Treatment of Early Parkinson's Disease.  Proceedings of XIVth World Congress of Neurology, New Delhi, India, 1989.

63.  Olanow CW, Alberts M, Stajich J, Djang W:  MR scan predicts response to dopamine replacement therapy in patients with Parkinson features. Archives of Neurology 1989.

64.  Jankovic J, McDermott M, Carter J, Gauthier S, Goetz C, Golbe L, Huber S, Koller W, Olanow CW, Shoulson I, Stern M, Tanner C, Weiner W, Parkinson's Study Group. Variable clinical expression of Parkinson's disease: Analysis of the DATATOP database. Neurology 1990; 40: 168.

65.  Olanow CW, Nakano K, Nausieda P, Tetrud J, Manyam B, Last B, Block G, Liss C, Bush D. An open multicenter trial of Sinemet CR in levododpa naive Parkinson's disease patients. Neurology 1990; 40:371.

## ABSTRACTS (CONT)

66.    Gauger LL, Olanow CW, Cahill D. Autologous transplantation of adrenal medulla to caudate nucleus in Parkinson's disease: 24-month follow-up. Neurology 1990; 40: 263.

67.    Olanow CW, Koller W, Goetz CG, Stebbins G. Autologous adrenal medullary transplantation to corpus striatum in patients with advanced Parkinson's disease: the influence of age on clinical response. Proceedings of the Eric K. Fernstrom Symposium, June,1990, Lund, Sweden.

68.    Olanow CW, Cahill DW, Gauger LL. Adrenal medullary transplantation to caudate nucleus in patients with atypical parkinsonism. Proceedings of the Eric K. Fernstrom Symposium, June 1990, Lund, Sweden.

69.    Liu EZ, Kordower J, Cahill DW, Olanow CW, Freeman TB. Storage of embryonic human cadaver dopaminergic neurons as explants in tissue culture medium before transplantation into rodents. Proceedings of the Eric K. Fernstrom Symposium, June 1990, Lund, Sweden.

70.    Liu EZ, Kordower J, Cahill DW, Olanow CW, Freeman TB. Feasibility of solid intraparenchymal grafts of embryonic human dopaminergic neurons.Proceedings of An Eric K. Fernstrom Symposium, June, 1990, Lund, Sweden.

71.    Olanow CW, Cedarbaum J, Gauger LL. Correlation between CSF pharmacokinetics of levodopa and motor performance in Parkinson's disease. Proceedings of The European Conference on Parkinson's Disease and Extrapyramidal Disorders, July, 1990, Rome.

72.    Olanow CW, Koller W, and Goetz C. Autologous Adrenal Medullary Transplantation in Parkisnon's Disease: 18 Month Results. Ann Neurol 1990; 28: 235.

73.    Olanow CW, Cedarbaum J and Gauger L. Correlation Between Cerebrospinal Fluid Pharmacokinetics of Levodopa and Motor Performance in Parkinson's Disease. Ann Neurol 1990; 28: 265.

74.    Olanow CW. Do Oxidation Reactions Contribute to the Pathogenesis of Parkinson's Disease? Ann Neurol 1990; 28: 296.

75.    Hauser RA, Olanow CW. Oro-buccal dyskinesia associated with trihexyphenidyl therapy in a patients with Parkinson's Disease. Mov Disord 1991; 6: 271.

76.    Sengstock GJ, Olanow CW, Dun AJ, et al. Iron induces degeneration of substantia nigra neurons. Movement Disorder 1991; 6: 272.

77.    Cedarbaum JM and Olanow CW. Dopamine sulfate in ventricular cerebrospinal fluid and motor function in Parkinson's disease. 43rd Annual Meeting of the American Academy of Neurology. Neurology 1991; 41: 379.

## ABSTRACTS (CONT)

78.    Freeman TB, Liu EZ, Cahill DW, Olanow CW, Kordower JH. Storage of embryonic cadaver dopaminergic neurons as explants in tissue culture medium before transplantation into rodents. Proceedings of the Southern Neurological Society, 1991.

79.    Olanow CW, Woodward W, Hauser RA, et al. Central pharmacokinetics of levodopa +/- phenylalanine in a patient with advanced Parkinson's disease. Neurology 1992; 42: 420.

80.    Olanow CW, Good PF, Perl D. Iron and Aluminum are Increased in Neuromelanin Granules of the Substantia Nigra in PD - A LAMMA Study. Movement Disorder 1992;.

81.    Beckner RM, Woodward WR, Olanow CW, Nutt JG. Effect of phenylalanine challange on levodopa transport into CSF in parkinsonian patients. Proceedings of the Society for Neuroscience, Anaheim, California, October 25-30, 1992.

82.    Freeman TB, Nauert GM, Sanberg PR, Cahill DW, Olanow CW, Kordower JH. Influence of donor age on survival of human embryonic nigral grafts. Proceedings of the Society for Neuroscience, Anaheim, California, October 25-30, 1992.

83.    Sengstock GJ, Zawia N, Olanow CW, Dunn AJ, Arendash GW. Short term alterations of nigral malondialdehyde (MDA) levels and striatal dopaminergic markers induced by intranigral iron infusion. Proceedings of the Society for Neuroscience, Anaheim, California, October 25-30, 1992.

84.    Perl DP, Good PF, Olanow CW. Iron (Fe) and aluminum (al) accumulate in the neuromelanin granules of pigmented neurons in the substantia nigra pars compacta (SNc) of idiopathic Parkinson's disease. J Neuropathol Exp Neurol 1992; 51: 327.

85.    Korthals JK, Hauser RA, Olanow CW. Electromyographic studies on orthostatic tremor. Movement Disorders 1992; 7: 4

86.    Olanow CW. MRI in movement disorders. Movement Disorder 1992; 7: 21.

87.    LU CS, Huang CC, Chu NS, Hochberg F, Lilienfeld D, Olanow CW, Calne DB. Progression of manganese parkinsonism. Movement Disorders.1992;

88.    Olanow CW. Limitations of conventional scoring system for Parkinson's Disease. Proceedings of Instrumental Methods and Scoring in Diagnosis and Quantification of Extrapyramidal Disorders. Chiemsee, Prien, Germany, April, 1992

89.    Olanow CW. Surgical treatment of Parkinson's disease. Neurology 1992; July: 40-41.

90.    Olanow CW. The early treatment of Parkinson's disease. Neurology 1992; July: 30-31.

## ABSTRACTS (CONT)

91.  Olanow CW, Sengstock G, Arendash G. Intranigral iron infusion induces progressive neurodegeneration. Movement Disorders 1993; 8: 405.

92.  Olanow CW, Calne DB, Perl D, Pate B. Does manganese neurotoxicity act by way of iron-induced oxidant stress? Movement Disorders 1993; 8: 410.

93.  Parkinson's Study Group. The DATATOP Study - CW Olanow - steering committee: Cerebrospinal fluid homovanillic acid changes in patients with mild, eary parkinsonism. Movement Disorders 1993; 8:410.

94.  Parkinson's Study Drug - CW Olanow - steering committee. Controlled trial of Lazabemide in levodopa-treated Parkinson's disease. Movement Disorders 1993; 8: 411.

95.  Sengstock GW, Olanow CW, Arendash G. Iron infusion into the substantia nigra induces progressive reduction in striatal dopamine. Neurology 1993; 43: 389.

96.  Perl DP, Olanow CW, Shintoh H, Hewitt K, et al. Manganese-induced neurotoxicity: differentiation from Parkinson's disease. Neurology 1994;44:367.

97.  Freeman TB, Hauser RA, Sanberg P, Snow B, Olanow CW. Fetal transplantation in Parkinson's disease. Neurology 1994; 44: 324.

98.  Olanow CW, Koller WC, Hauser RA, Malapira T, et al. A prospective, longitudinal controlled study of deprenyl in Parkinson's disease. Neurology 1994; 44: 258.

99.  Hauser RA, Olanow CW, Koller WC. Time course of wash-out of symptomatic medication in Parkinson's    disease. Neurology 1994; 44: 259.

100.  Freeman TB, Sanberg P, Snow BJ, Vingerhoets F, Smith d, Olanow CW. The USF protocol for fetal nigral transplantation in Parkinson's disease. Exp neurol 1994; 129: 6-7.

101.  Borlongan CV, Sanberg P, Scorcia TA, Randall TS, Sherman KA, Koutouzis TK, Olanow CW, Cahill DW, Freeman TB. Cyclosporine A increases spontaneous and dopamine agonist induced locomotor behavior in nromal rats. Exp Neurol 1994; 129: 11.

102   Olanow CW, et al. Iron accumulates in the SNc secondary to 6OH-DA lesions. Movement disorders, 1994;

103.  Freeman TB, Olanow CW, Hauser RA, et al. Fetal nigral transplantation into the postcommissural putamen in Parkinson's disease: The USF experience. J Neurosurg 1995; 82: 354.

## ABSTRACTS (CONT)

104.  Olanow CW, Hauser RA, Snow B, et al. Long-term survival of fetal nigral grafts in Parkinson's disease. Neurol 1995; 45: 204.

105.  Freeman TB, Vawter D, Goetz CG, Hauser RA, Kordower JH, Sanberg P, Snow BJ, Olanow CW. The use of cosmetic surgical placebo controlled trials. Cell Trans 1996; 5: 29.

106.  Kordower JH, Freeman TB, Snow B, et al. Robust long-term fetal nigral graft survival and putamenal innervation correlates with functional recovery in a patient with Parkinson's disease. Exp Neurol (In Press).

107.  Hauser RA, Zesiewicz TA, Martinez C, Rosemurgy AS, Olanow CW. Manganese intoxication may cause neurologic dysfunction in chronic liver disease. Ann Neurol 1995;45: 369.

108.  Kordower JH, Freeman TB, Snow BJ, Vingerhoets FJG, Mufson EJ, Sanberg PR, Rosenstein JM, Collier TJ, Olanow CW. Long-term fetal nigral graft survival and putamenal innervation correlates with functional recovery in a patient with Parkinson's disease - a clinical-pathological analysis. Proceedings of Am Soc Neural Transplantation 1995; 14.

109.  Arendash GW, Sengstock GJ, Olanow CW, Dunn A. Intranigral iron infusion: A new model for Parkinson's disease based on progressive neurodegenerative and behavioral changes. (In Press).

110.  Perl DP, Olanow CW. Overlap Syndromes - The Guam Experience. (In Press)

111.  Smith DA, Hauser RA, Freeman TB, Malapira T, Olanow CW. Relief of parkinsonian and essential tremor by chronic high frequency thalamic stimulation. AANS (In Press).

112.  Goetz CG, Olanow CW, Freeman TB, et al. Fetal mesencephalic transplants in Parkinson's disease: Clinical study design issues. Neurology (In Press).

113.  Freeman TB, Vawter D, Goetz CG, Hauser RA, Kordower JH, Sanberg PR, Snow BJ, Olanow CW. The use of cosmetic surgical placebo controlled trials. Soc Neurosc Abs 1995 (In Press).

114.  Hauser RA, Freeman TB, Gauger LL, Olanow CW. Fetal nigral transplantation for parkinsonism. Mov Disord 1996; 11: 249.

115.  Snow BJ, Vingerhoets FJG, Hauser RA, Freeman TB, Olanow CW. PET studies of bilateral fetal nigral transplantation for Parkinson's disease. Mov Disord 1996; 11: 250.

## ABSTRACTS (CONT)

116.    Olanow CW. New trends in pharmacotherapy for Parkinson's disease. Mov Disord 1996; 11: 11.

117.    Kordower JH, Rosenstein JM, Collier TJ, Chen E-Y, Jing Min Li, Mufson EJ, Sanberg P, Freeman TB, Olanow CW. Functional fetal nigral grafts in a second patient with Parkinson's disease: a post mortem analysis. Soc Neurosci Abst 1996; 22: 318.

118.    Hanbury R, Strycn SD, Sanberg PR, Freeman TB, Olanow CW, Kordower JH. Functional fetal nigral grafts in two patients with Parkinson's disease. Soc Neurosci Abst 1996; 22: 318.

119.    Hauser RA, Freeman TB, Snow B, Sanberg P, Nauert, Borlongan C, Kordower J, Olanow CW. Fetal nigral transplantation for Parkinson's disease: 12-24 month evaluation. Exp Neurol (In press).

120.    Chen EY, Sanberg PR, Freeman TB, OlanowCW, Kordower JH. Functional fetal nigral grafts in two patients with Parkinson's disease: immunological studies. Am Soc Neural Transp 1996; 3: 24.

121.    Kokotos Leonardi ET, Cheng B, Radcliffe PR, Olanow CW, Cohen G, Mytilineou C. L-dopa and L-deprenyl protect against L-BSO induced cell death in cultured mesencephalic neurons. Soc Neurosci Abs 1996; 22: 678.6.

122.    Freeman TB Kordower JH, Hauser RA, Snow BJ, Sanberg PR, Olanow CW. Reasons for limited clinical benefit following fetal nigral transplantation in the treatment of Parkinson's disease. Soc Neurosci Abs 1996; 22: 481.4.

123.    Mytilineou C, Radcliffe PM, Kokotos-Leonardi ET, Werner P, Olanow CW. Deprenyl protects dopamine neurons from excitotoxic cell death. Soc Neurosci Abs. 1996; 22: 1483.

124.    Good PF, Werner P, Hsu A, Perl DP, Olanow CW. Nitrotyrosine residues colocalize to neurofibrillary tangles in Alzheier's disease. Soc Neurosci Abs 1996; 22: 203.

125.    Hauser RA, Freeman TB, Sanberg PR, Snow BJ, Nauert GM, Borlongan CV, Kordower JH, Olanow CW. Fetal nigral transplantation for Parkinson's disease. Cell Trans 1996; 5: 80.

126.    Mytilineou C, Cohen G, Walsh M, Isaacson S, Olanow CW. L-deprenyl increases bcl-2 levels and protects from cell death caused by depletion of glutathione in rat mesencephalic cell cultures. Proc 11th Int Symp on PD, London, 1997 (in press).

127.    Olanow CW, Myllyla VV, Sontanien KA, Larsen JP, Palhagen S, Przuntek H, Heinonen EH, Kilkku O, Lammintavsta R, Maki-Ikola O, Rinne UK. Selegiline ± levodopa is not associated with increased mortality in patients with early untreated Parkinson's disease: a meta-analysis. Eur J Neurol 1996; 3: 165.

## ABSTRACTS (CONT)

128.    Olanow CW, Germano IM, Brin MF, Swope D, Weisz D. Deep brain stimulation of the subthalamic nucleus for Parkinson's disease. Mov Disord 1996; 11: 598-599.

129.    Swope DM, Brin MF, Germano I, Olanow CW. Acute stimulator failure in an advanced Parkinson's disease (PD) patient treated with deep brain stimulation. Neurology 1997; 48: 431.

130.    Kaufman H, Shahin N, Caro S, Olanow W, Yahr M. Orthostatic intolerance in Parkinson's disease. Neurology 1997; 48: 149.

131.    Isaacson I, Xiao W, Good PF, Olanow CW. MPTP alters gene expression of bcl-2 family genes: time course and cellular localization. Neurology 1997; 48: 201.

132.    Werner P, Jamindar TM, Olanow CW, Mytilineou C. Dopamine inhibits cellular respiration in rat midbrain cultures – protection by ascorbate but not deprenyl. Soc Neurosci Abs 1997; 23: 297.

133.    Sherman KA, France RM, Olanow CW, Wecker L. Effects of selegiline on catecholamine and indoleamine content related to monoamine oxidase-A inhibition in rat brain. Soc Neurosci Abs 1997;23:2037.

134.    Good PF, Olanow CW, Hsu A, Gordon J. SOD-1 G86R transgenic mice have decreased striatal dopamine and a greater sensitivity to MPTP than control mice. Soc Neurosci Abs 1997; 23: 1877.

135.    Walker RH. Spiera H, Brin MF, Olanow CW. Parkinsonism associated with Sjogren's syndrome. Ann Neurology 1997; 42: 411.

136.    Kauffman H, Nouri S, Olanow W, Yahr M. Effect of selegiline on cardiovascular function in Parkinson's disease. Clin Autonomic Res 1997; 7: 248.

137.    Freeman TB, Vawter D, Goetz CG, Leaverton PE, Hauser RA, Sanberg PR, Godbold JH, Olanow CW. Transplant Proc 1997; 29: 1925.

138.    Olanow CW, Tatton N, Redman R, Perl D, Walker R, Tatton WG. Apoptosis and mitochondrial membrane potential in Parkinson's disease. Ann Neurol 1998; 44: 452.

139.    Gracies JM, Bucobo JC, Danisi F, Germano IM, Brin M, Olanow CW. Proposal for a method of stimulation parameter adjustment after deep brain stimulation for parkinson's disease. Mov Disord 1998: 13; 50.

140.    Saadia D, Eisenkraft B, Drayer B, Olanow W, Kaufmann H. Brain magnetic resonance imaging in the diagnosis of multiple system atrophy. Neurology 1999; 52; 541.

## ABSTRACTS (CONT)

141. Gracies JM, Bucobo JC, Danisi F, Weisz D, Brin MF, Olanow CW. Paradoxical impact of unilateral subthalamic stimulation on Ldopa treated parkinsonian symptomatology: one case report. Ann Neurol 1998;44:500-501

142. Gracies JM, Danisi F, Bucobo JC, Brin MF, Olanow CW. Alternating movement in Parkinsonism: two types of testing. J Neural Transm (in press).

143. Soussis IA, Mytilineou C, Olanow CW, Sealfon S. Pattern of gene induction by dopamine agonists in rat midbrain cultures studied by microarray analysis. Soc Neurosci Abst 1999; 25: 331.

144. Olanow CW, Good PF, Perl DP. Evidence of damage to the globus pallidus pars interna and pedunculopontine nucleus in Parkinson's disease: implications for neuroprotection. Soc Neurosci Abst 1999; 25: 1342.

145. Good PF, Olanow CW, Hsu a, Gordon JW. Deprenyl, desmethyl deprenyl, and ropinirole extend the life span of SOD-1 G86R transgenic mice. Soc Neurosci Abst 1999; 25: 854.

146. Shashidaran P, Kramer B, Good PF, Walker RH, Hsu A, Perl DP, Olanow CW, Brin MR. Immunoreactivity of torsin-A in normal human brain and in Lewy bodies of Parkinson's disease brain. Soc Neurosci Abst 1999; 25: 2115.

147. Cubo E, Benabou R, Olanow W, Raman R, Leurgans S, Goetz C. Early morning off choreic dyskinesias in pratients with advanced parkinson's disease. Mov disord (in press).

148. Gracies JM, Danisi F, Brin M, Olanow CW. Transient motor twitch and paresthesiae as surrogate markers for tremor reduction in determining optimal electrode configuration following deep brain stimulation. Mov Disord (in press).

149. Gracies JM, Danisi F, Brin MF, Olanow CW. Deep brain stimulation of the subthalamic nucleus for tremulous Parkinson's disease: potential role of direct corticospinal activation. Mov Disord (in press).

150. Walker RH, Muralidharan N, Gujjari P, Hof P, Olanow CW, Brin MF, Shashidaran P. Distribution and immunohistochemical characterization of Torsin-A immunoreactive neurons in rat and macaque brain. Neurol 2000; 54: 54.

151. Olanow CW. Hepatic safety of the COMT inhibitor entecapone. Neurol 2000; 54: 279.

152. Morrisson C, Borod J, Perrine K, Beric A, Brin M, Rezai A, Kelly P, Stereo G, Zgaljardic D, Germano I, Weisz D, Gracies J-M, Olanow CW. Cognition and subthalamic nucleus (STN) stimulation in Parkinson's disease. J Int Neuropsych Soc 2001; 7: 129.

**ABSTRACTS (CONT)**

66

153.    Gracies JM, verhagen L, Cubo E, Penn R, Goetz CG, Olanow CW. Double-blind crossover comparison of the effect of STN stimulation using stimulation settings determined by rapid analytic versus empiric methods in PD patients. Neurology 2001; 56 (suppl 3): 278-279.

154.    Brodsky MA, Godbold J, Roth R, Olanow W. Sleepiness in Parkinson's Disease: A Controlled Study. Neurology 2002; 58 (suppl 3): 434.

155.    McNaught K St P, Mytilineou C, Jenner P, Olanow CW. Selective Dopaminergic Neuronal Death with Proteinaceous Inclusions Following Impairment of the Ubiquitin-Proteasome System. Neurology 2002; 58 (suppl 3): 374.

156.    Jenner P, Al-Barghouthy G, Smith L, Kuoppamaki M, Jackson M, Rose S, Olanow W. Initiation of Entacapone with L-DOPA Further Improves Antiparkinsonian Activity and Avoids Dyskinesia in the MPTP Primate Model of Parkinson's Disease. Neurology 2002; 58 (suppl 3): 374-375.

157.    Olanow CW, McNaught K St P, Bjorklund L, Jenner P, Isacson O. Proteasomal Inhibition Induces Degeneration of Dopaminergic Neurons with Inclusion Bodies in the Substantia Nigra Pars Compacta of Rats. Neurology 2002; 58 (suppl 3): 374..

158.    Olanow CW. Transplantation for Parkinson's disease: Pros, cons, and where do we go from here? Mov Disord 2002; 17 (suppl 5): 15.

159.    Rascol O, Olanow W, Brooks D, Koch G, Truffinet P, Bejuit R. a 2-year multicenter, placebo-controlled, double-blind, parallel-group study of the effect of riluzole on Parkinson's disease progression. Mov Disord 2002; 17 (suppl 5): 39.

160.    Stocchi F, Vacco L, Ruggieri S, Olanow CW. Intraintestinal infusion of L-dopa methyl ester in patients with advanced Parkinson's disease: A clinical and pharmacokinetic study. Mov Disord 2002; 17 (suppl 5): 79.

161.    Gracies JM, Guo LJ, Crisan D, Yang B, Weisz DJ, Olanow CW. Ratio of large to small rapid alternating frequencies (L/S) in the human upper limb: A parameter independent of the joint assessed. Mov Disord 2002; 17 (suppl 5): 164.

162.    McNaught KSP, Perl DP, Olanow CW. Relationship between aggresomes and Lewy bodies. Mov Disord 2002; 17 (suppl 5): 165.

163.    Lim EC, Olanow CW. Atypical PD in a movement disorder practice: clinical characteristics. Mov Disord 2002; 17 (suppl 5): 248.

## ABSTRACTS (CONT)

164.   Brodsky MA, Schilsky ML, Bronster DL, Fatterpekar G, Naidich TP, Olanow W. Parkinsonism, manganese, and brain imaging in liver failure. Mov Disord 2002; 17 (suppl 5): 258.

165.   Olanow CW, Goetz C, Mueller T, Nutt J, Rascol O, Russ H. A prospective 6-month multicenter, open label, dose-rising study of the effects of Sarizotan on dyskinesia in Parkinson's disease. Mov Disord 2002; 17 (suppl 5): 326.

166.   Hubble JP, Guarneri M, Olanow CW. Effects of entacapone in Parkinson's disease patients without end of dose wearing off. Neurology 2003; 60: 289-290.

167.   Huang Z, de la Fuente Fernandez R, Hauser RA, Freeman TB, Sossi V, Olanow CW, Stoessl JA. Dopaminergic alteration in Parkinson's disease patients with off-period dyskinesia following striatal embryonic mesencephalic transplant. Neurology 2003; 60: 126.

168.   Gracies JM, Shrairman R, Landau A, Lindenberg R, Olanow W, O'Brien C. Handwriting acceleration profile in Parkinson's disease. A home study. Neurology 2003; 60: 402-403.

169.   McNaught K St P, Olanow CW. Proteasome activators are poorly expressed in dopaminergic neurons: relevance to nigral vulnerability in Parkinson's disease. Neurology 2003; 60: 214.

170.   Rascol O, Olanow W, Brooks D, Koch G, Truffinet P, Bejuit R. Effect of riluzole on Parkinson's disease progression: a double-blind placebo-controlled study. Neurology 2003; 60: 288.

171.   McNaught KS, Olanow W. The ubiquitin-proteasome system and models of Parkinson's disease. Mov Disord 2004; 19 (suppl 9); 2-3.

172.   Olanow CW. Fetal nigral transplantation and off-medication dyskinesia. Mov Disord 2004; 19 (suppl 9); 12.

173.   Shashidharan P, Walker RH, McNaught KS, Brin MF, Olanow CW. Transgenic mouse model of childhood-onset dystonia. Mov Disord 2004; 19 (suppl 9); 86-87.

174.   Olanow CW, McNaught KS. Neuropathology in DYT1/torsinA-linked dystonia. Mov Disord 2004; 19 (suppl 9); 112.

175.   McNaught KS, Olanow CW. Systemic exposure to proteasome inhibitors cause progressive parkinsonism in rats. Mov Disord 2004; 19 (suppl 9); 227-278.

176.   Stocchi F, Battaglia G, Vacca L, Grassini N, Modugno, Olanow CW. Clinical models of continuous dopaminergic stimulation. Mov Disord 2004; 19 (suppl 9); 435-436.

177.  Olanow CW. The stride-PD (stalevo reduction in dyskinesia evaluation) study. A long-term, controlled study to evaluate the effect of initiating stalevo or carbidopa/levodopa in early PD EUROPEAN JOURNAL OF NEUROLOGY 13: 93-94 Suppl. 2 SEP 2006

178.  Olanow CW. Optimizing the use of dopamine agonists in Parkinson's disease. Eur J Neurol 2006; 13: 316

179.  Rascol O, Damier P, Goetz CG, Hickling C, Laska E, Hock K, Muller T, Olanow CW, Russ H. A large phase III study to evaluate the safety and efficacy of sarizotan in the treatment of l-dopa-induced-dyskinesia associated with PD: the Paddy-1 study. *Mov Disord* 2006;21, suppl 15:S492-3.

180.  Müller T, Olanow CW, Nutt J, Hicking C, Laska E, Russ H.  The Paddy-2 study: the evaluation of sarizotan for treatment-associated for dyskinesia in PD patients. *Mov Disord* 2006;21 suppl 15:S591.

**VISITING PROFESSOR**

| | |
|---|---|
| 1980 | Medical University of South Carolina |
| 1982 | Bowman-Gray University |
| 1983 | Rutgers University |
| 1985 | East Carolina University Medical Center<br>Sherbrooke University<br>University of Montreal |
| 1986 | Medical College of Virginia<br>University of Western Ontario<br>University of South Florida<br>Rutgers University<br>Temple University |
| 1987 | Vanderbilt University<br>Ohio State University<br>The Netherlands |
| 1988 | University of Rochester<br>Boston University<br>Indiana University<br>University of Miami<br>University of Michigan |
| 1989 | Medical College of Virginia<br>University of Kansas<br>University of Pennsylvania, Hassel Foundation Lectureship |
| 1990 | Vanderbilt University<br>Baylor University<br>University of Chicago<br>University of Oregon |
| 1991 | University of British Columbia<br>University of Pittsburg<br>University of Wisconsin<br>University of California at Irvine<br>University of California at Davis<br>University of Saskatchewan |

70

**VISITING PROFESSOR (CONT)**

1991      University of Texas- San Antonio
         Ohio State University
         University of Colorado

1992      University of British Columbia
         Ohio State University
         New York Medical College
         Vanderbilt University

1993      Ohio State
         Mahidol University, Thailand
         Northwestern University
         University of British Columbia
         Freii University, Berlin
         Boston University
         University of Nebraska
         Medical College of Wisconsin
         University of Toronto

1994      New York University
         State University of New York at Stonybrook
         University of Cincinnati
         Harvard University - Massachussets General Hospital
         Emory University

1995      Downstate University of New York
         Columbia University
         Cornell University
         University of London - Royal Free Hospital
         University of New Jersey school of Medicine and Dentistry
         Harvard University - Beth Israel Hospital

1996      University of Rochester
         Yale University
         Dalhousie University
         University of Toronto
         University of British Columbia
         University of Montreal
         McGill University

**VISITING PROFESSOR (CONT)**

| | |
|---|---|
| 1997 | University of Buenos Aires |
| | Columbia University |
| | Loyola University |
| | Baylor University |
| | University of Virginia |
| | |
| 1998 | University of Rochester |
| | National Hospital for Neurological Diseases, Queen Square, London, UK |
| | Royal Free Hospital, London, UK |
| | Louisiana State University |
| | Oregon Health Sciences University |
| | Albert Einstein University |
| | McGill University (Department of Pharmacology) |
| | |
| 1999 | Cornell University |
| | Emory University |
| | University of Pennsylvania |
| | University of Illinois |
| | Rush Presbyterian Medical Center |
| | Northwestern University |
| | University of Chicago |
| | |
| 2000 | Baylor University |
| | University of South Florida – Department of Pharmacology |
| | University College London, Royal Free Hospital |
| | University of Tennessee (Memphis) |
| | |
| 2001 | University of Kentucky |
| | |
| 2002 | University of Innsbruck |
| | Boston University |
| | University of Indiana |
| | Oregon Health Sciences University |
| | University of Washington |
| | |
| 2003 | Harvard University – Department of Neuroscience |
| | McGill University – Department of Pharmacology |
| | University of Pennsylvania – Department of Neurology |

**VISITING PROFESSOR (CONT)**

2004        University of Massachusets
            Cornell University
            UMDNJ – Department of Biochemistry

2005        U of Miami
            Environmental Protection Agency
            U of Alabama
            Harvard University
            University of Texas (San Antonio) – Department of Neuroscience

2006        Jefferson University, Philadelphia
            Baylor University, Houston, Tx

**INVITED SPEAKER**

1.  Current concepts in the therapy of movement disorders. Congress of Neurological Surgeons, Houston, Texas, 1980

2.  Role of surgery in therapy of Parkinson's syndrome. Congress of Neurological Surgeons, Houston, 1980

3.  The role of ACHR antibody in myasthenia gravis. Department of Neurology, Autonomous University, Guadalahara, Mexico, March, 1981

4.  Dopamine agonists in the treatment of Parkinson's syndrome. Washington Neurological Society, Seattle, Washington, June, 1981

5.  Myasthenia gravis. University of Washington Seattle, Washington, June, 1981

6.  The role of thymectomy in the treatment of myasthenia gravis. Straub Clinic, Honolulu, Hawaii 1981

7.  What is M.S.? Update on M.S., Orlando, Florida, November, 1981

8.  Myasthenia gravis update. Medical University of South Carolina, Charleston, South Carolina, 1982

9.  The treatment of Parkinson's syndrome. Virginia Neuroscience Symposium, Virginia Beach, Virginia, July, 1983

10. Future directions of dopamine agonists. University of Pensylvannia Symposium on Parkinson's Disease, Scotsdale, Arizona, 1984.

11. The treatment of Parkinson's disease. Richmond Neurological Society, Richmond, Virginia, April, 1984

12. Dementia. Roanoke Academy of Medicine. Roanoke, Virginia, April, 1984

13. Movement disorders. VA Hospital, Richmond, Virginia, May, 1984

14. Questions the neurologists want answered by the radiologists. Imaging Seminar at Spoleto, Charleston, S.C., June, 1984

15. The use of Parlodel in Parkinson's disease. The Medical University of South Carolina, August, 1984

16. Current concepts in the treatment of Parkinson's disease. Grand Rounds, Roanoke Memorial Hospital, Roanoke, Virginia, May, 1985

17. Treatment of Parkinson's disease. Grand Rounds, New York University, New York, NY, September, 1985

**INVITED SPEAKER (CONT)**

18.  Current concepts in the management of Parkinson's disease. Grand Rounds, New Jersey School of Medicine and Dentistry, Newark, N.J. October, 1985

19.  M.R. scans in Parkinson's patients. Association of Neurologists, Notre Dame Hospital, Montreal, Canada, November, 1985

20.  Current concepts in the treatment of Parkinson's disease. Neurology Grand Rounds, Western Hospital, University of Toronto, Canada November, 1985

21.  Parkinson's disease. Association of Community Neurologists, Toronto, Ontario, Canada, November, 1985

22.  Thymectomy as primary therapy for myasthenia gravis. VIIth International Congress on Myasthenia Gravis, New York, NY, March, 1986

23.  MR studies in Parkinson's disease. Neuroscience Seminar, Queens University, Kingston, Canada, April, 1986

24.  Parkinson's disease. Geriatric Symposium, University of Pittsburgh, Pittsburgh, PA, June, 1986

25.  Bromocriptine in the treatment of Parkinson's disease. University of Pennsylvania Course on Parkinson's Disease, Bermuda, October, 1986

26.  MR studies in Parkinson's disease. University of Pennsylvania Course on Parkinson's Disease, Bermuda, October, 1986

27.  Early treatment of Parkinson's disease. Johns Hopkins University Course on Parkinson's Disease, Scotsdale, AR, April, 1987

28.  Dopamine agonists. Western Society of Neurosciences, San Diego, California, April, 1987

29.  Future therapies in the treatment of Parkinson's disease. American Academy of Family Practice, San Francisco, California, September, 1987

30.  Dopamine Agonists. University of Pensylvannia Symposium on Parkinson's Disease, Bermuda, October, 1987.

31.  Transplantation in Parkinson's Disease. University of Pensylvannia Symposium on Parkinson's Disease, Bermuda, October, 1987

INVITED SPEAKER (CONT)

32.   The neuroimaging of Parkinson's disease and dementia. 5th Annual Advanced Neuroradiology Seminar, Orlando, Florida, October, 1987

33.   The causes and treatment of Parkinson's disease. Southern Medical Association, San Antonio, Texas, November, 1987

34.   MR imaging in Parkinson's disease and aging. Parkinson's and Aging Conference, Milano, Italy, November, 1987

35.   MR studies in Parkinson Plus syndromes and aging. Rush Presbyterian Medical Hospital, Chicago, Illinois, March, 1988

36.   New approaches to diagnosis of Parkinson's disease. Colorado Society of Clinical Neurology. Denver, Colorado, April, 1988

37.   Human studies in brain transplantation. American Academy of Neurology, 40th Annual Meeting, Cincinatti, Ohio April, 1988

38.   Combined bromocriptine and levodopa therapy in early Parkinson's disease. Burke Rehabilitation Center, White Plains, New York. May, 1988

39.   Pharmacotherapy therapy today. 1988 Congress of the International Medical Society of Motor Disturbances. Rome, Italy, June, 1988

40.   When to use Bromocriptine in Parkinson's Disease. International Symposium, The Dopamine Agonists Nowadays: The Role of Bromocriptine. Greek Neuroscience society, Basle, Switzerland, July, 1988

41.   Transplantation. Greek Neuroscience society. Basle, Switzerland, July, 1988

42.   Medical Management and Pharmacology of Parkinson's Disease. 16th Annual Meeting, Southern Clinical Neurological Society, Ixtapa/Zihuatanejo, Mexico, January, 1989

43.   Neural Transplants for Treatment of Parkinson's Disease. Medizinische Einrichtungen der Universitat Dusseldorf. Dusseldorf, West Germany, January, 1989

44.   Issues in Parkinson's Disease. St. Louis Society of Neurological Sciences. St. Louis, Missouri, February, 1989

45.   Imaging of Iron in Brain: Implications for Parkinson's Disease. Neurobiology Seminar, Mount Sinai School of Medicine. New York, New York, March, 1989

**INVITED SPEAKER (CONT)**

46.  Parkinson's Disease. Greenville Post Graduate Seminar. Greenville, South Carolina, March, 1989

47.  Brain Iron in Parkinson's Disease. United Parkinson Foundation Symposium. Chicago, Illinois, April, 1989

48.  Treatment of Early Parkinson's Disease. XIV World Congress of Neurology.   New Delhi, October, 1989

49.  Movement Disorders. Mexican Academy of Neurology. Tijuana, Mexico, November, 1989

50.  Future Therapy for Parkinson's Disease. Orange County Neurological Society.   Orange County, California, November, 1989

51.  Future Therapy for Parkinson's Disease.  San Diego Neurological Society.  San Diego, California, November, 1989

52.  Management Dilemmas in Parkinsonism. American Academy of Neurology. Miami, May, 1990.

53.  Rationale for dopamine agonists as primary therapy in Parkinson's disease. European Conference on Parkinson's Disease and Extrapyramidal Disorders. Rome, July, 1990.

54.  Pharmacology of Parkinson's Disease. Rothballer Memorial Lecture. New York Medical College, New York, New York. February 5, 1991.

55.  Clinical features of parkinsonian rigidity. Motor Control and Its Disorders in Man. Joint Meeting of the International Medical Society of Motor Disturbances (ISMD) and the Club des Mouvements Anormaux. Liege, Belgium, October 4-6, 1991.

56.  The role of MAO-B inhibitors in Parkinson's disease. Advances in Drug Therapy. Tokyo, Japan. October 26, 1991.

57.  The management of early Parkinson's disease. Clinical and Therapeutic Aspects of Parkinsonism. USSR/USA Joint Symposium Moscow, USSR. October 21-23, 1991.

58.  Surgical Treatment of Parkinsonian Disease. Clinical and Therapeutic Aspects of Parkinsonism. USSR/USA Joint Symposium Moscow, USSR. October 21-23, 1991.

59.  Current concepts in the treatment of Parkinson's disease. University of Texas, San Antonio, Texas. November 13, 1991.

60.  Neuroprotective Therapy for Parkinson's Disease.Frontiers in CNS Medicine. Amelia Island, Florida. December 6, 1991.

**INVITED SPEAKER (CONT)**

61.   Symptomatic/Protective Mechanisms for the Treatment of Parkinson's disease. Colorado Neurologic Society, Denver, Colorado. December 4, 1991.

62.   The DATATOP Study - What It Answered. Parkinson's Disease Collaborative Research Conference. Dallas, Texas. January 10-11, 1992.

63.   Pergolide. Eli Lilly Launch Symposium. The Netherlands. January 24-25, 1992.

64.   Amyotrophic Lateral Sclerosis. Pathogenesis of Neurodegenerative Disorders. Winter Conference on Neurodegeneration. Seefeld, Tyrolia. January 31- February 2,1992.

65.   Oxidation Reactions in Parkinson's Disease. Advances in the Treatment of Parkinson's Disease. Connecticut Neurological Society. Trumbull, Connecticut. March 20, 1992.

66.   Oxidation Reaction in Parkinson's Disease. University of British Columbia. Vancouver, Canada. March 24, 1992.

67.   Limitations of conventional scoring system for Parkinson's disease. Instrumental Methods and Scoring in Diagnosis and Quantification of Extrapyramidal Disorders, Chiemsee, Prien, Germany, June 21-22, 1992.

64.   MRI Imaging in movement disorders. Second International Congress of Movement Disorders. Munich, Germany. June 24-26, 1992.

65.   MAO-B inhibition as an antioxidative approach to the therapy of Parkinson's disease. Selegiline in Parkinson's Disease- An Update. Second International Congress of Movement Disorders. Munich, Germany, June 24-26, 1992.

66.   The Pathophysiology and medical treatment of Parkinson's disease: Discussing a possible cause. Second International Congress of Movement Disorders, Breakfast Session. Munich, Germany,June 24-26, 1992.

67.   An overview of neuroprotective treatments for basal ganglia disease. New Approaches to the Treatment of Neurodegenerative Disease. University of London, September 15-16, 1992.

68.   Treatment of Parkinson's Disease. The Diagnosis and Treatment of Movement Disorders: New Developments. American Academy of Family Physician. October , 1992, San Diego, California.

69.   Neuroimaging in Movement Disorders. American Society of Neuroimaging. February 4,  1993. Orlando, Florida.

70.   Update on Transplantation in Parkinson's Disease. Miami, Florida. February 5, 1993.

**INVITED SPEAKER (CONT)**

71. Manganese in Parkinson's Disease. International Winter Conference on Parkinson's Disease. Whistler, BC, Canada. February 8-10, 1993.

72. Free Radicals Play a Major Role in the Pathophysiology of Parkinson's Disease. XXVIIIth Meeting of the Canadian Congress of Neuroscience, June 16-19, 1993, Toronto, Ontario, Canada.

73. Neuroprotection. Joint Meeting of the Italian Movement Disorders Group and the Movement Disorder Society. June 17-19, 1993, Spoleto, Italy.

74. Pergolide. Dutch/Belgium Society for Neuroscience. Belgium. June 16-18, 1993.

75. MAO-B Inhibition as an Antioxidant Approach to the Therapy of Parkinson's Disease. XV World Congress of Gerontology. Budapest. July 4-9, 1993.

76. Intranigral Iron Infusion as a PD Model. 7th Annual Symposium on the Etiology and Pathogenesis of Parkinson's Disease. Boston, Masachusetts. October 17, 1993.

77. Basic Concepts on the Treatment of Parkinson's Disease. European Congress on Mental Dysfunction in Parkinson's Disease. Berlin, Germany. October 20-23, 1993.

78. Selegiline- Where Are We? Where Are We Going? Selegiline in Perspective. University of Wurzburg, Wurzburg Germany. November 22, 1993.

79. Pathogenesis of Parkinson's Disease. International Congress on the Management of Parkinson's Disease. Paris, France. January 28-29, 1994.

80. Functional Neuroimaging. 11th International Symposium on Parkinson's Disease. Rome, Italy. March 26-30, 1994.

81. Pergolide; the role of dopamine agonists in Parkinson's disease. Pergolide Launch Symposium, Copenhagen, Denmark, April 24, 1994.

82. Neurological Side Effects of Drugs in the Aging CNS. American Academy of Neurology, Washington, D.C. May 1, 1994.

83. Clinical, Anatomical and Neuropharmalogical Aspects of Parkinson's Disease. 32nd Annual Meeting of the American Society of Neuroradiology. Nashville, Tennessee. May 1-7, 1994.

84. Can investigations of oxidative nerve cell injury and disordered iron metabolism provide a biomarker for PD? 2nd PERC symposium, Santa Cruz, California, May 22, 1994.

**INVITED SPEAKER (CONT)**

85.   Implications of free radicals in the treatment of Parkinson's disease. 4th European Neurological Society, Barcelona, Spain, June 29, 1994.

86.   New approaches to the treatment of Parkinson's disease. State University of New York at Stoneybrook, July 22, 1994.

87.   Neuroprotection in Parkinson's disease. New York University, New York, September 23, 1994.

88.   Current research and treatment of Parkinson's disease. University of Cincinnati, Cincinnati, October 3, 1994.

89.   Critical considerations in the DATATOP study. XXI LIMPE congress, Palermo Italy, October 13, 1994.

90.   The possible role of transplantation in Parkinson's disease. Harvard University, Massachusets General Hospital, Boston, October 20, 1994.

91.   Surgical therapies of movement disorders. Boston Society for Neurology and Psychiatry, Brigham and Women's Hospital, Boston, October 20, 1994.

92.   Oxidation reactions and Parkinson's disease. Long Island Neurological Society, Syosset, October 25, 1994.

93.   Deprenyl in early Parkinson's disease. Third International Congress of Movement Disorders. Orlando, Florida, November 7-11, 1994.

94.   Current strategies in the treatment of Parkinson's disease. Neurological Association of New Jersey. Orange, New Jersey, November 14, 1994.

95.   Parkinson's disease: Do free radicals play a role? Uniformed Services University of Health Sciences, Betheseda, Nov 19, 1994.

96.   Current approaches to the treatment of motor disturbances in Parkinson's disease. Israeli Neuroscience Society, Jerusalem, Dec 1, 1994

97.   Dopamine agonists in Parkinson's disease. University of Birmingham, Dec 4, 1994.

98.   Current treatment strategies in Parkinson's disease. Manchester University, Dec 6, 1994.

99.   Transplantation strategies in Parkinson's disease. National Hospital at Queen's Square, London, Dec 7, 1994.

**INVITED SPEAKER (CONT)**

100.  Neurodegeneration and neuroprotection. Spanish society of neurology, Barcelona, Spain, Dec 9, 1994.

101.  Fetal nigral transplantation in Parkinson's disease. Emory University, Dec 16, 1994.

102.  Current concepts in neuroprotection. Australia Neurological Society, Sydney Australia, Mar 8, 1995.

103.  Apoptosis and anti-apoptotic agents. New Zealand Neurological Association, Mar 16, 1995

104.  Clinical and Pathological Results of fetal transplantation in Parkinson's disease. Juntnedo University, Tokyo, Japan, March 24, 1995.

105.  Fetal nigral transplantation in Parkkinson's disease. New York Hospital, Cornell Medical Center, New York, April 5, 1995.

106.  Treatment of Parkinson's disease. Downstate University of New York, Brooklyn, April 12, 1995.

107.  Manganese neurointoxication. Neurological Institute, Columbia University, New York, New York, April 19, 1995.

108.  Neurodegeneration. American Academy of Neurology, Seattle Wa, May, 1995.

109.  Case studies in parkinsonism. American Academy of Neurology, Seattle Wa, May, 1995.

110.  Surgical treatment for Parkinson' disease. European Basal Ganglia Club. Rome, Italy. June3, 1995.

111.  The treatment of Parkinson's disease. American Academy of Clinical Neurophysiology, New York, June 16. 1995.

112.  Prospects for neuroprotection. European Neurologic Society, Muncih, June 20, 1995.

113.  Oxidative stress and Parkinson's disease - National Institutes of Health, Betheseda MD, August 28-29, 1995.

114.  Heavy metals and Parkinson's disease - National Institute of Environmental Health Sciences, Research Triangle Park, Sept 18-19, 1995.

115.  Treatment of early Parkinson's disease. European Neurological Societies, September 13, 1995.

116.  Manganese intoxication: implications for the workplace and the liver clinic. Royal Free Hospital, London, October 27, 1995.

**INVITED SPEAKER (CONT)**

117.   Clinical Crossroads: Treatment of Parkinson's disease. Beth Israel Hospital, Harvard Medical School, Boston, November 1, 1995.

118.   Neural transplantation - Bernard Suskind Lecture, Lennox Hill Hospital, New York, March 15, 1996.

119.   Experimental therapy for Parkinson's disease. Department of Medicine Grand Rounds, Mount Sinai Medical Center, New York, New York, March 19, 1996.

120.   Levodopa Neurotoxicity. Lilly Symposium on Parkinson's disease. Indianapolis, Mar 21, 1996.

121.   Case Presentations in Parkinson's disease. American Academy of Neurology, Mar 23, 1996.

122.   Fetal Nigral Transplantation in Parkinson's disease. American Academy of Neurology, Mar 28, 1996.

123.   Heavy metals and neurological disease. Department of Psychiatry Grand Rounds, Mount Sinai Medical Center, New York, New York, Apr 9, 1996.

124.   Deprenyl and neuroprotection. Spanish Neurological Society for neuroscience. Seville, Spain. March, 1996.

125.   New trends in the pharmacotherapy of Parkinson's disease. IVth International Movement Disorder Congress, Vienna, June 1996.

126.   Management of advanced Parkinson's disease. 4th International Movement Disorder Congress, Vienna, June 1996.

127.   Limitations of Current Therapies for Parkinson's Disease. NIH conference - Bethedsda, Sept 1996.

128.   Oxidative stress and Parkinson's disease. SEP/ALSA symposium on neurodegenerative diseases, free radicals and programmed cell death, Kansas City, Missouri, Jan 1997.

129.   Neuroprotection and Parkinson's Disease. 1st Latin-Amercian symposium on movement disorders. Buenos Aires, Feb 1997.

130.   Manganese neurotoxicity. Society of Toxicology, Cinicinatti, Mar, 1997.

131.   Fetal nigral transplantation in Parkinson's disease. 12th International Symposium on Parkinson's Disease, London, Mar 1997.

132.   Oxidative stress in Parkinson's disease. 12th International Symposium on Parkinson's Disease, London, Mar 1997.

**INVITED SPEAKER (CONT)**

133.    Pathophysiology of Parkinson's disease. Merritt Putman Symposium. New York, New York. Mar 1997.

134.    Deep brain stimulation in Parkinson's disease. Neurological Institute, Columbia University, New York, New York, April, 1997.

135.    Selegiline and mortality. American Academy of Neurology, New York, April, 1997.

136.    Transplantation in Parkinson's Disease. American Association of Neurological Surgeons, Denver, April, 1997.

137.    Restructuring the FDA. House Subcommittee on Health and the Environment. Washington, May, 97.

138.    Coordination of NIH research efforts. Subcommittee on Public Health and Safety of the Committee on Labor and Human Resources of the United States Senate. Washington, July, 1997.

139.    Etiology and pathogenesis of Parkinson's disease. World Congress of Neurology, Buenos Aires. September, 1997.

140.    Manganese neurointoxication. World Congress of Neurology, Buenos Aires. September, 1997.

141.    Manganese toxicity and liver disease. Society for Neurotoxicology. Little Rock, Ark, Oct, 1997.

142.    New drugs in Parkinson's disease. Conneticut Neurological Society. Danville, Conn. Oct, 1997.

143.    New approaches to the treatment of Parkinson's disease. Medical College of Ohio, Toledo, Nov, 1997.

144.    Advances in Parkinson's Disease. United States Congressional Congress on Public Policy. Washington, Nov, 1997.

145.    Pathogenesis of neurodegeneration. Baylor University course on Neurology, Houston, Nov, 1997.

146.    Apoptosis in Parkinson's disease. University of Virginia, Charlottesville, Dec, 1997.

147.    Is levodopa toxic in PD? Colloquium on levodopa. Paris, Jan 1998.

148.    Advances in the treatment of PD. Dept of Medicine, University of Rochester, Rochester, Jan 1998.

149.    Of mines and men – Manganese neurointoxication. Pewterer's Lecture, National Hospital for Neurological disease, Queen Square, London, UK, March, 1998.

150.    Oxidative stress and apoptos in PD. American Society of Neurochemistry. Denver, March 1998.

83

**INVITED SPEAKER (CONT)**

151.  Deep brain stimulation of the STN. Royal Free Hospital, London, March 1998.

152.  Dopamine agonists and neuroprotection. Austrian Neurological Society. Vienna, March, 1998.

153.  Apoptosis in Parkinson's disease. World Parkinson Day, WHO, Barcelona, April, 1998.

154.  Selegiline and Neuroprotection, Department of Pharmacology. McGill University, Montreal, April 1998.

155.  Fetal transplant in Parkinson's disease. American Academy of Neurology, Minneapolis, May, 1998.

156.  Treatment of advanced PD. Louisiana State University College of Medicine, Schreveport, May, 1998.

157.  Is stimulation of the STN neuroprotective in PD? Baylor College of Medicine, Houston, May, 1998.

158.  High frequency stimulation of the STN. Albert Einstein College of Medicine, New York, May, 1998.

159.  Pathogenesis of neurodegeneration in PD. European Neurological Society, Nice, France, June, 1998.

160.  Why do cells die in PD? Scandanavian Neurological Society, Oulu Finland, June, 1998.

161.  The role of the STN in Parkinson's Disease, University of Oregon, June, 1998.

162.  Cell death in Parkinson's disease. Danish Neurological Society, Insbruck, August, 1998.

163.  Current concepts of the etiology of Parkinson's disease. EFNS, Seville, Spain, September, 1998.

164.  Delaying levodopa therapy. EFNS, Seville, Spain, September, 1998.

165.  Neurodegeneration in PD. Connecticut Neurological Society, Yale University, New Haven, Sept, 1998.

166.  Surgical treatments of Parkinson's disease. First combined meeting of Board of Trustees, NYU and Mount Sinai Medical Centers, October, 1998.

167.  Apoptosis in Parkinson's Disease. 5th Int Congress on Movement Disorders. New York, Oct 1998.

168.  Cell death in Parkinson's disease. Dutch Neurological Society. New York, October, 1998.

169.  Current and future treatments for Parkinson's disease. Plenary lecture; 3rd Int Symp on the Treatment of Parkinson's Disease. Kyoto, Japan, Oct 1998.

**INVITED SPEAKER (CONT)**

170.    A physicians view of surgery for Parkinson's disease. 13th International Congress on Parkinsons' Disease. Vancouver, Canada, July, 1999.

171.    Theory behind the early use of dopamine agonists in Parkinson's Disease. 13th International Congress on Parkinsons' Disease. Vancouver, Canada, July, 1999.

172.    Surgical therapy for PD: a physician's point of view. Plenary lectue; 13th International Congress on Parkinsons' Disease. Vancouver, Canada, July, 1999.

173.    COMT inhibitors in the treatment of PD. European Federation of Neurological Societies, Lisbon, June 2000

174.    Neuroprotection: what's in the pipeline? Plenary Lecture. Movement Disorder society, Barcelona, June, 2000.

174.    Role of proteins in the pathogenesis of PD. Philadelphia Neurological Society, Philadelphia PA, April, 2001.

175.    Fetal nigral transplantation in PD. Plenary Lecture; Canadian Congress of Neurological Sciences, Halifax, Canada, June 2001.

176.    Dopamine agonists in early PD. Plenary Lecture Canadian Congress of Neurological Sciences, Halifax, Canada, June 2001.

177.    Dopamine agonists as neuroprotective agents. 14th International Congress on Parkinson's Disease. Helskinki, Finland, July 2001

178.    Ubiquitin-proteasome system and PD. Plenary Lecture; 14th International Congress on Parkinson's Disease. Helskinki, Finland, August 2001

178.    An algorithm for the treatment of PD; Plenary Lecture; Japan Neurologica Association, May, 2002.

179.    Double blind controlled trial of fetal nigral transplantation. Plenary Lecture 7th Movement Disorder Society. Miami, November, 2002

180.    Off medication dyskinesia. Plenary Lecture. Movement Disorder Society, Rome, June 2004.

181.    The Lewy Body. Congress on Mental Dysfunction and Parkinson's Disease, Salzburg, Oct, 2004.

182.    The proteasome inhibitor model of PD. LIMPE (Italian Parkinson Society), Padua, Oct 2004.
**INVITED SPEAKER (CONT)**

183. Protein dysregulation and Parkinson's disease, 9th international Parkinson disease and movement disorder congress, New Orleans, March 2005.

Manganese neurotoxicity – Environmental Protection Agency, RTP, NC, May 2005

Potential value of stem cells in PD – University of Alabama, Birmingham, AL, June 2005

The concept of CDS – Irish Neurological Society, Dublin, 2005

184. The Lewy body – new concepts on its origin and significance. PD/RLS Meeting, Stressa Italy, Sept 2005.

185. The pathogenesis of Parkinson's Disease – the past 10 years. International Society for Parkinson's Disease, Kobe Japan, Sept, 2005.

186. Protein misfolding and Parkinson's disease. Nathan Shock Center Conference, San Antonia, Tx, Sept 2005

Prospects for neuroprotectin in PD – WFN Parkinson disease meeting, Berlin, June 2005

Surgery for PD – UK course on PD, Bath UK, Dec 2005

187. Non dopaminergic features of PD – Jefferson University Neurology Course – Oct, 2006 – keynote lecture

188. Protein misfolding and PD. Hammel distinguished lecture – Baylor University, Houston Tx – Jan, 2006

189. Prospects for neuroprotection in PD – Plenary lecture – World Parkinson Congress – Washington, 2006

190. Clinical trials in PD – Keynote lecture – ISCTM, Washington, 2006.

191. Current and future therapies for PD – Plenary lecture – Xth annual Movement Disorder Society Congress, Kyoto, Japan, 2006

192. Therapy for early PD - Xth annual Movement Disorder Society Congress, Kyoto, Japan, 2006

193. Scientific basis for considering dopamine agonists to be neuroprotective in PD - Xth annual Movement Disorder Society Congress, Kyoto, Japan, 2006

86

## PRESENTATIONS

1.  The advantages of MK-486 (Carbidopa) in the treatment of Parkinson's disease. International Congress of Neurology, Barcelona, Spain, September, 1973

2.  New concepts in the treatment of Parkinson's disease Parkinson's Foundation, Barcelona, Spain. September, 1973

3.  Cerebro-vascular disease in the elderly. III Annual Clinical Day, Maimonides Hospital, Montreal, 1973.

4.  Two years experience with decarboxylase inhibitors. Merck, Sharp and Dohme Conference on Sinemet. Toronto, 1975

5.  Long term problems in management of Parkinson's disease. Clinical Seminar on Parkinson's Disease. Department of Neurological Science, McGill University, Montreal, 1975

6.  Principles of pharmacologic therapy of Parkinson's disease. Department of Neurological Science, St. Joseph's Hospital, McMaster University, Hamilton, Ontario, Canada

7.  A new spino-cerebellar syndrome with early mental retardation and seizures. 11th Canadian Congress of Neurosciences, Winnipeg, Manitoba, Canada, 1976

8.  Early herniation following cerebral infarction. Neurology Symposium, Duke University, 1979

9.  The effect of salicylate on phenytoin pharmacokinetics. American Neurological Association, October, 1979

10. Plasmapheresis in idiopathic inflammatory polyradiculoneuropathy. American Academy of Neurology, New Orleans, 1980

11. Current concepts in therapy of myasthenia gravis. Gold Coast Seminars, Palm Beach, Florida, 1980.

12. The treatment of Parkinson's syndrome Gold Coast Seminars, Palm Beach, Florida, 1980

13. Failure of plasmapheresis in post-thymectomy myasthenia gravis. XV Canadian Congress of Neuro-Science, Ottawa, Canada, 1980

14. Brain stem glioma with hemiplegic onset. XV Canadian Congress of Neuroscience, Ottowa, Canada, 1980

15. The management of spasmodic torticollis. Congress of Neurological Surgeons, Houston, 1980

87

**PRESENTATIONS (CONT)**

16. The management of Parkinson's syndrome. Texas Internists, Duke University Medical Center, Durham, N.C. 1980

17. Neonatal myasthenia gravis: The essential role of the thymus gland. Annals of NY Academy of Science, New York, December, 1980

18. Relationship between the ACHR-AB titer and the clinical status in myasthenia gravis. New York Academy of Science, New York, December, 1980

19. Acetylcholine receptor antibody levels following thymectomy in myasthenia gravis. American Society for Clinical Investigation, San Francisco, April, 1981

20. Thymectomy in late onset myasthenia gravis. American Academy of Neurology, Toronto,Canada, April, 1981

21. On-off phenomenon treated with lithium carbonate. American Academy of Neurology, Toronto, Canada, April, 1981

22. Thymoma detection by mediastinal tomography in patients with myasthenia gravis. Roentgen Ray Society, San Francisco March, 1981

23. Lithium induced dyskinesia in Parkinson's syndrome. Symposium on Experimental Therapeutics of Movement Disorders, New York March, 1981

24. On the mechanism of pathogenesis of human myasthenia gravis. ANA, San Francisco, California, 1981

25. CT of the normal and abnormal thymus gland: surgical and pathologic correlation of 40 patients. Radiologic Society of North America, 1981

26. The effect of thymectomy on the ACHR-AB in myasthenia gravis. 12th World Congress of Neurology, Kyoto, Japan 1981

27. The effect of thymectomy on T-cell subset abnormalities in myasthenia gravis. 12th World Congress of Neurology, Kyoto, Japan, 1981

28. The effect of thymectomy on peripheral blood lymphocytes in myasthenia gravis. Myasthenia Gravis Foundation Scientific Meeting, New York, 1981

29. Evidence of thymic factor in the pathogenesis of myasthenia gravis. XCII Canadian Congress of Neurological Sciences, Toronto, Canada, 1982

**PRESENTATIONS (CONT)**

30. The effect of thymectomy on peripheral blood lymphocytes in myasthenia gravis. V International Congress on Neuromuscular Diseases, Marseilles, 1982

31. A prospective study of thymectomy and serum acetylcholine receptor antibodies in myasthenia gravis. V International Congress on Neuromuscular Diseases, Marseilles 1982.

32. Benign intracranial hypertension and depression. 1983 APA New York April 30-May 6, 1983

33. Benign intracranial hypertension and depression. APA New York April 30-May 6, 1983

34. Dopaminergic effects of lithium in Parkinsonism. APA New York April 30-May 6, 1983

35. Neurology for radiologists. Part I. Second Annual Imaging Seminar at Wimbledon, London, England, July 3, 1984

36. Neurology for radiologists. Part II. Second Annual Imaging Seminar at Wimbledon, London, England July 5, 1984

37. Neurological manifestations of heart disease.Cardiology Seminar at Wimbledon, London, England, July 5, 1984

38. Neurosurgical manifestations of cardiac surgery. Cardiology Seminar at Wimbledon, London,England, July 5, 1984

39. Parkinson's disease. Tri-Cities Area of Tennessee Neurlolgists, Johnson City, Tennessee, August 23, 1984

40. A double-blind controlled study of Pergolide Mesylate in the treatment of Parkinson's disease. Tri-Cities Area of Tennessee, Johnson City, Tennessee, August 23, 1984

41. National videoconference on Parkinson's disease.Pittsburgh, Pennsylvania, September 26,        1984

42. Parlodel as primary therapy in the treatment of Parkinson's disease. Sandoz Symposium on Parkinson's Disease, Sonesta Hotel, Bermuda, September 30-October 4, 1984

43. Pergolide in the treatment of Parkinson's disease. Sandoz Symposium on Parkinson's Disease, Sonesta Hotel, Bermuda October, 1984

89

**PRESENTATIONS (CONT)**

44.  The treatment of Parkinson's disease.  The Charlotte Neurological Group, Charlotte, North Carolina, October 15, 1984

45.  Symposium on dopamine agonists in treatment of Parkinson's disease.  Bay Pines VA Hospital, St. Petersburg, FL, November 28, 1984

46.  Low dose bromocriptine in previously untreated Parkinson patients. VIII International Symposium on Parkinson's Disease, New York, June, 1985

47.  A double-blind controlled study of Pergolide Mesylate vs Placebo in the treatment of Parkinson's disease. VIII International Symposium on Parkinson's Disease, New York, June, 1985

48.  New concepts in treatment of Parkinson's disease.  Austin Neurological Society, Austin, Texas November, 1985

49.  Coma. Roanoke Medical Society, Roanoke, VA March, 1986

50.  Studies in Parkinson's disease. Neurology Rounds, University of South Florida, Tampa, FL, March, 1986.

51.  High field strength magnetic resonance imaging in patients with Parkinson's disease. American Academy of Neurology, New Orleans, LA, May, 1986

52.  Brain iron: MRI studies in Parkinson's disease. Sandoz Symposium on Parkinson's Disease, Hawaii, February, 1987

53.  Prospective randomized trial of Sinemet vs Bromocriptine in untreated Parkinson patients. Sandoz Symposium on Parkinson's disease, Hawaii, February, 1987

54.  Imaging of Parkinson's disease. American Society of Neuroimaging, Tampa, FL, March, 1987

55.  High field strength MR in Parkinson's disease. American Academy of Neurology, New York, April 1987

56.  Double observer single blind study of comparing Sinemet to Parlodel in Parkinson's disease. American Academy of Neurology, New York, April, 1987

57.  The early use of dopamine agonists in the treatment of Parkinson's disease.  International Symposium on Dopamine Agonists, New York, April, 1987

58.  Open transplantation of adrenal medulla to caudate nucleus in Parkinson's disease. UPF Transplantation Symposium, Chicago, IL, Aug, 1987

90

**PRESENTATIONS (CONT)**

59.    MRI studies of iron distribution in Parkinson's disease and aging. Symposium on Etiology, Pathogenesis and Prevention of Parkinson's Disease, San Francisco, CA, Oct, 1987

60.    MRI determination of age-specific iron deposition in the brain. American Society of Neuroimaging, Tampa, FL, Feb, 1988

61.    Dopamine agonists and imaging studies. Advances in Parkinson's Disease. Vail, Colorado, Mar 1988

62.    Studies in human neurotransplantation. Advances in Parkinson's Disease. Vail, Colorado, Mar 1988

63.    Results of adrenal medullary-caudate transplants in humans. Second UPF Workshop on adrenal implants in Parkinson's disease. Chicago, Illinois, March 1988

64.    Autologous transplantation of adrenal medulla to caudate nucleus in Parkinson's disease. American Academy of Neurology, 40th Annual Meeting. Cincinatti, Ohio, April 1988

65.    MR studies in Aging and Parkinson Syndromes. 9th International Symposium on Parkinson's disease. Jerusalem, Israel, June 1988

66.    Bromocriptine vs. Pergolide: Results of a crossover study. 9th International Symposium on Parkinson's Disease. Jerusalem, Israel, June 1988

67.    Autologous transplantation of adrenal medulla to caudate nucleus in Parkinson's disease. 9th International Symposium on Parkinson's Disease. Jerusalem, Israel, June 1988

68.    Future directions in the development of dopamine agonists. 9th International Symposium on Parkinson's Disease. Jerusalem, Israel, June 1988

69.    MR scan predicts reponse to dopamine replacement therapy in patients with Parkinson features. Second Annual Symposium on Etiology, Pathogenesis and Prevention of Parkinson's Disease. Philadelphia, PA, October 2, 1988

70.    Autotransplantation of adrenal medulla to caudate nucleus in Parkinson's disease. 113th Annual Meeting of the American Neurological Association. Philadelphia, PA, October 2-5, 1988.

71.    Dopamine Agonists in the Treatment of Parkinson's Disease. An Update on the Treatment of Parkinson's Disease. Chicago, Illinois, April 12, 1989

72.    Prospective Blinded Study of Sinemet Vs. Bromocriptine in Untreatment Parkinson Patients - 3.5 year Follow Up. American Academy of Neurology, Chicago, Ilinois, April 13-19, 1989

## PRESENTATIONS (CONT)

73.   MR Imaging of Putamenal Iron Predicts Response to Dopaminergic Therapy in Parkinson Patients. American Academy of Neurology, Chicago, Illinois, April 13-19, 1989

74.   Autotransplantation of Adrenal Medulla to Caudate Nucleus in Parkinson's Disease - One Year Follow Up. American Academy of Neurology, Chicago, Illinois, April 13-19, 1989

75.   Autologous Adrenal Medullary Transplantation in Parkisnon's Disease: 18 Month Results. American Academy of Neurology, Chicago, Illinois, April 13-19, 1989.

76.   An open multi-center trial of Sinemet CR in levodopa-naive Parkinson's disease patients. First International Congress of Movement Disorders. Washington, D.C., April 25-27, 1990.

77.   Correlation Between Cerebrospinal Fluid Pharmacokinetics of Levodopa and Motor Performance in Parkinson's Disease. First International Congress of Movement Disorders. Washington, D.C., April 25-27, 1990.

78.   Autologous transplantation of adrenal medulla to caudate nucleus in Parkinson's disease- 24 month follow-up. First International Congress of Movement Disorders. Washington, D.C., April 25-27, 1990.

79.   Do Oxidation Reactions Contribute to the Pathogenesis of Parkinson's Disease? 43rd Annual Meeting of the American Academy of Neurology. Boston, Massachusetts, April 21-27, 1991.

80.   Oro-buccal dyskinesia associated with trihexyphenidyl therapy in a patients with Parkinson's Disease. 43rd Annual Meeting of the American Academy of Neurology. Boston, Massachusetts, April 21-27, 1991.

81.   Iron induces degeneration of substantia nigra neurons.43rd Annual Meeting of the American Academy of Neurology. Boston, Massachusetts, April 21-27, 1991.

82.   Movement Disorders: Diagnosis and Treatment. University of South Florda, Department of Psychiatry, Tampa, Florida. December 15, 1991.

83.   Mechanisms of cell death in Parkinson's disease. University of South Florida, Department of Internal Medicine. May 14, 1992.

84.   Overlap of Alzheimer's disease and parkinsonism. Alzheimer's update, Tampa General Hospital, June 4, 1994.

85.   Iron and aluminum are increased in neuromelanin granules of the substantia nigra in Parkinson's Disease- A LAMMA Study. Sixth Annual Symposium on Etiology, Pathogenesis and Prevention of Parkinson's Disease. Toronto, Canada, October 18, 1992.

92

## PRESENTATIONS (CONT)

86.    Iron infusion into the substantia nigra induces progressive reduction in striatal dopamine. 45th Annual Meeting of the American Academy of Neurology. New York, New York. April 25-May 1, 1993.

87.    The latest developments in the free radical theory of neurodegeneration. 7th annual symposium on neurodegenerative disorders, Aspen, Colorado, February 14-16, 1994.

88.    Neuroprotection - where are we now? 7th annual symposium on neurodegenerative disorders, Aspen, Colorado, February 14-16, 1994.

89.    Manganese-induced neurotoxicity: differentiation from Parkinson's disease. American Academy of Neurology. Washington, D.C., May 1-5, 1994.

90.    Fetal transplantation in Parkinson's disease. American Academy of Neurology. Washington, D.C., May 1-5, 1994.

91.    A prospective, longitudinal controlled study of deprenyl in Parkinson's disease. American Academy of Neurology. Washington, D.C., May 1-5, 1994.

92.    Iron accumulates in the SNc secondary to 6OH-DA lesions. Eighth annual symposium on etiology, pathogenesis and treatment of Parkinson's disease, San Franciso, California, October 9, 1994.

93.    Mechanism of cell degeneration. 8th annual symposium on neurodegenerative disorders, Squaw Valley, California, January 30-February 1, 1995.

94.    Surgical therapy for Parkinson's disease 8th annual symposium on neurodegenerative disorders, Squaw Valley, California, January 30-February 1, 1995.

95.    Long-term survival of fetal nigral grafts in Parkinson's disease. American Academy of Neurology, Seattle, Washington, May 7-13, 1995.

96.    Transplantation therapy for Parkinson's disease. Surgical treatments for Parkinson's disease. San Sebastian, Spain, June 24, 1995.

97.    Surgical therapy of Parkinson's disease. American Academy of Neurology Symposium on Parkinson's disease. Tokyo, Japan, July 20-22, 1995.

98.    Overlap between PD, AD, and ALS. American Academy of Neurology Symposium on Parkinson's disease. Tokyo, Japan, July 20-22, 1995.

99.    Possible benefit of dopamine agonists. American Academy of Neurology Symposium on Parkinson's disease. Tokyo, Japan, July 20-22, 1995.

**PRESENTATIONS (CONT)**

100. Mechanism of cell death in Parkinson's disease. IBC conference on neurodegeneration, London, October 30-31, 1995.

101. Future therapy for Parkinson's disease; the role of surgery. IBC conference on neurodegeneration, London, October 30-31, 1995.

102. Deep Brain Stimulation of STN in Parkinson's Disease. Symposium on Etiology of Parkinson' Disease, Miami, Oct 1996.

103. Selegiline and mortality - a meta-analysis. European Federation of Neurological Societies. Rome, Nov S 1996.

94

# EXHIBIT B

## C. Warren Olanow, M.D. Testimony
## February 2002- February 2007

| DATE | CASE | COURT | TESTIMONY |
|---|---|---|---|
| 11/1/02 | *Elam* et al. v. A.O.Smith Corp., et al. | Madison County, Illinois | Deposition |
| 6/16/2003 | *Elam* et al. v. A.O.Smith Corp., et al. | Madison County, Illinois | Trial |
| 10/17/2003 | *Elam* et al. v. A.O. Smith Corp., et al. | Madison County, Illinois | Trial |
| 8/3/2004 | *Boren* et al v. A.O. Smth Corp., et al. | Madison County, Illinois | Deposition |
| 8/12/2004 | *Presler* et al. v. Lincoln Electric Co., et al. | Brazoria County, Texas | Deposition |
| 8/21/2004 | *Presler* et al. v. Lincoln Electric Co., et al. | Brazoria County | Deposition |
| 2/4/2005 | *Presler* et al v. Lincoln Electric Co., et al. | Brazoria County, Texas | Trial |
| 2/23/2005 | In Re: *Welding Rod Products* | N.D. Ohio | Deposition |
| 4/20/2005 | In Re: *Welding Fume Products* | N.D. Ohio | Hearing |
| 4/22/2005 | *Presler* et al v. Lincoln Electric Co., et al. | Brazoria County, Texas | Trial |
| 5/9/2005 | *Boren* et al. v. A.O. Smith | Madison County, | Deposition |

| | Corp., et al. | Illinois | |
|---|---|---|---|
| 5/11/2005 | In Re: *Welding Rod Products* | N.D. Ohio | Hearing |
| 7/14/2005 | *Garza* v. Lincoln Electric Co., et al. | Cameron County, Texas | Deposition |
| 7/25/2005 | In Re: *Welding Fume Products* | N.D. Ohio | Hearing |
| 7/26/2005 | In Re: *Welding Fume Products* | N.D. Ohio | Hearing |
| 10/5/2005 | *Boren* et al v. A.O. Smith Corp., et al. | Madison County, Illinois | Deposition |
| 11/29/2005 | *Boren* et al. v. A.O. Smith Corp., et al. | Madison County, Illinois | Trial |

NY01:190904.1