IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
BOEHRINGER INGELHEIM            :
INTERNATIONAL GMBH and          :
BOEHRINGER INGELHEIM            :
PHARMACEUTICAL, INC.,           :
                                :
        Plaintiffs,             :
                                :
    v.                          :  Civil Action No. 05-700-JJF
                                :  CONSOLIDATED
BARR LABORATORIES, INC. and     :
MYLAN PHARMACEUTICALS, INC.,    :
                                :
        Defendants.             :
```

### O R D E R

WHEREAS, the Court held a teleconference in the above captioned action on Thursday, May 29, 2008, concerning the potential filing of a preliminary injunction motion by Plaintiffs;

NOW THEREFORE, the Court's rulings in the Transcript of the proceedings are **SO ORDERED**.

   May 29 , 2008                        _Joseph J. Farnan Jr._
      Date                             UNITED STATES DISTRICT JUDGE