THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C.A. No. 05-700-(JJF) <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 05-854-(JJF) |

### STIPULATION AND AGREED ORDER

WHEREAS, this matter has been tried to the Court, post-trial briefing has been completed and the Court has advised the parties that it is working on a decision; and

WHEREAS, the parties had a teleconference with the Court on May 29, 2008 during which the Court granted leave to Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Plaintiffs") to file a one-page preliminary injunction motion and granted leave to Plaintiffs and to Defendant Barr Laboratories, Inc. ("Barr") to serve limited discovery relating to the motion;

NOW therefore, in lieu of Plaintiffs filing a preliminary injunction motion at this time, Plaintiffs and Barr hereby stipulate and agree as follows:

1. Barr shall not market or sell the generic pramipexole dihydrochloride tablets referenced in its Abbreviated New Drug Application No. 77-724 prior to August 1, 2008, unless the District Court enters judgment in favor of Barr prior to that date, in which event Barr may immediately commence marketing and sales of the product;

2. Plaintiffs shall not file a preliminary injunction motion prior to July 1, 2008, and the parties shall not serve any discovery unless and until such a motion is filed; and

3. This order is based solely on a stipulation of the parties and is not the entry of a Preliminary Injunction pursuant to Fed. R. Civ. P. 65.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Karen E. Keller |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs Boehringer Ingelheim International GMBH and Boehringer Ingelheim Pharmaceuticals, Inc.* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Adam Wyatt Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>jshaw@ycst.com<br>apoff@ycst.com<br>kkeller@ycst.com<br><br>*Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of _____, 2008.

---
The Honorable Joseph J. Farnan, Jr.
United States District Judge

2