## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-700 (JJF) |
| BARR LABORATORIES, INC., | ) ) | CONSOLIDATED |
| Defendant. | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854 (JJF) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT BARR LABORATORIES, INC.'S UNOPPOSED MOTION FOR REDACTION OF TRANSCRIPT

Defendant Barr Laboratories, Inc. ("Barr") moves the Court to redact portions of the

transcript of the teleconference held in the above-captioned matter on May 29, 2008.  Plaintiffs

Boehringer Ingelheim International GbmH and Boehringer Ingelheim Pharmaceuticals, and

Defendant Mylan Pharmaceuticals, Inc. have stated that they do not oppose this Motion.

During the May 29, 2008 teleconference, counsel for Barr disclosed confidential and

competitively sensitive information regarding Barr's future business plans.  Barr obviously has a

significant interest in maintaining the confidentiality of that information. Therefore, Barr

requests that any publicly available copies of the transcript of the teleconference on May 29,

2008 be redacted consistent with the attached Exhibit A and pursuant to the Policy On The

Electronic Availability Of Transcripts Of Court Proceedings (effective May 17, 2008), including

but not limited to transcripts that are or will be available by remote electronic access.

Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Adam W. Poff (#3990)
Karen Keller (#4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorney for Barr Laboratories, Inc.*

Date: June 6, 2008

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 6, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue
Wilmington, DE 19801

I further certify that on June 6, 2008, I caused a copy of the foregoing document to be served on the above-listed counsel by e-mail and on the following non-registered participants in the manner indicated:

### BY E-MAIL

Steven C. Cherny, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

Shannon M. Bloodworth, Esquire
Heller Ehrman LLP
1717 Rhode Island Ave., N.W.
Washington, DC 20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  apoff@ycst.com
*Attorneys for Barr Laboratories, Inc.*