IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-700 (JJF) |
| BARR LABORATORIES, INC., | ) ) | CONSOLIDATED |
| Defendant. | ) ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-854 (JJF) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT BARR LABORATORIES, INC.'S NOTICE OF INTENT TO REDACT**

Defendant Barr Laboratories, Inc. hereby notifies the Court of its intent to redact portions of the transcript of the teleconference held in the above-captioned matter on May 29, 2008.

1

Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Adam W. Poff (#3990)
Karen Keller (#4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorney for Barr Laboratories, Inc.*

Date: June 6, 2008

2