## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GmbH and BOEHRINGER INGELHEIM PHARMACEUTICAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No.: 05-700 JJF  (consolidated) |
| BARR LABORATORIES, INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Stuart A. Williams is hereby withdrawn as counsel of record for defendant Mylan Pharmaceuticals Inc.  Defendant continues to be represented by the law firms of Morris James LLP and Heller Ehrman LLP.


Date:  June 9, 2008

　　　　*/s/ Mary B. Matterer*　　　　　
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware   19801-1494
Telephone:  302-888-6800
Facsimile:  302-571-1750
mmatterer@morrisjames.com

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF MYLAN PHARMACEUTICALS INC.*