## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., )
)
        Plaintiffs, )
)
        v. )    C.A. No. 05-700-(JJF)
)    CONSOLIDATED
BARR LABORATORIES, INC., )
)
        Defendant. )
BOEHRINGER INGELHEIM INTERNATIONAL )
GMBH and BOEHRINGER INGELHEIM )
PHARMACEUTICALS, INC., )
)
)
        Plaintiffs, )
)
        v. )    C.A. No. 05-854-(JJF)
)
MYLAN PHARMACEUTICALS, INC., )
)
        Defendant. )
_____ )

### ORDER REGARDING REDACTION OF TRANSCRIPT

       Any publicly available copies of the transcript of the teleconference held on May

29, 2008 in the above-captioned case shall be redacted consistent with the attached Exhibit A and

pursuant to the Policy On The Electronic Availability Of Transcripts Of Court Proceedings

(effective May 17, 2008), including but not limited to transcripts that are or will be available by

remote electronic access.

       SO ORDERED this __16__ day of June, 2008.

                      The Honorable Joseph J. Farnan, Jr.
                      United States District Judge