IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM           :
INTERNATIONAL GMBH and         :
BOEHRINGER INGELHEIM           :
PHARMACEUTICALS, INC.,         :
                               :
          Plaintiffs,          :
                               :
     v.                        :     Civil Action No. 05-700-JJF
                               :     **CONSOLIDATED**
BARR LABORATORIES, INC. and    :
MYLAN PHARMACEUTICALS, INC.,   :
                               :
          Defendants.          :

### O R D E R

At Wilmington, this 26 day of June 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Claims 3, 4, 5, 7, 9 and 10 of U.S. Patent No. 4,886,812 are invalid on the grounds of nonstatutory double patenting.

2. Defendants shall submit with notice to Plaintiffs a proposed Final Judgment Order **within ten (10) days** of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE