IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-700-JJF (CONSOLIDATED) |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-854-JJF |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION AND ORDER**

WHEREAS the parties are engaged in settlement negotiations, and in order to facilitate said negotiations have agreed to extend the date for the defendants to submit a proposed Final Judgment,

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the defendants to submit a proposed Final Judgment is extended until August 11, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Adam Wyatt Poff (#3990) |
| P.O. Box 1347 | Karen E. Keller (#4489) |
| Wilmington, DE 19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| jblumenfeld@mnat.com | P.O. Box 391 |
| mnoreika@mnat.com | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| *Attorneys for Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.* | jingersoll@ycst.com |
| | jshaw@ycst.com |
| | apoff@ycst.com |
| | kkeller@ycst.com |

*Attorneys for Defendant Barr Laboratories, Inc.*

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

_____
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*


SO ORDERED this _____ day of July, 2008.


_____
United States District Court Judge

2395111