IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-700 (JJF) (CONSOLIDATED) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant, | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-854 (JJF) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

### **NOTICE OF WITHDRAWAL OF APPEARANCE OF AS COUNSEL FOR PLAINTIFFS**

The appearance of Joel S. Neckers of LATHAM & WATKINS LLP is hereby withdrawn as counsel for plaintiffs Boehringer Inhelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"). Boehringer will continue to be represented by the law firms of LATHAM & WATKINS LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

        Morris, Nichols, Arsht & Tunnell LLP

        */s/ Jack B. Blumenfeld*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P. O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiffs*
        *Boehringer Ingelheim International GmbH and*
        *Boehringer Ingelheim Pharmaceuticals, Inc.*

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

Kenneth G. Schuler
Amanda J. Hollis
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

July 8, 2008
2366706

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on July 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Mary B. Matterer
> MORRIS JAMES LLP
>
> Adam Wyatt Poff
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Wilmington, DE  19801 | Adam Wyatt Poff, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 |
| Glenn J. Pfadenhauer, Esquire<br>Jessamyn S. Berniker, Esquire<br>Dov P. Grossman, Esquire<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005-5901 | Shannon M. Bloodworth, Esquire<br>HELLER EHRMAN LLP<br>1717 Rhode Island Avenue, NW<br>Washington, DC  20036 |
| Kevin J. Culligan, Esquire<br>HELLER EHRMAN LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524 | |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)