IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-700-JJF **CONSOLIDATED** |
| BARR LABORATORIES, INC., MYLAN PHARMACEUTICALS, INC., | : : : | |
| Defendants. | : | |

### O R D E R

At Wilmington, this 15 day of July 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiffs' post-trial evidentiary objections are **OVERRULED**.

2. Defendants' post-trial evidentiary objections are **OVERRULED**.

                                                                                          UNITED STATES DISTRICT JUDGE