IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>           Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC.,<br><br>           Defendant, | )<br>)<br>)<br>)<br>)   Civil Action No. 05-700 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counterclaim Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH and Defendant and Counterclaim Plaintiff Barr Laboratories, Inc., being all the parties hereto, having entered into a settlement agreement, hereby stipulate that this action, including all claims and counterclaims for relief asserted herein, are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the settlement agreement.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Maryellen Noreika (#3208) | John W. Shaw (#3362) |
| 1201 North Market Street | Adam Wyatt Poff (#3990) |
| P.O. Box 1347 | Karen E. Keller (#4489) |
| Wilmington, DE 19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| jblumenfeld@mnat.com | P.O. Box 391 |
| mnoreika@mnat.com | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| *Attorneys for Plaintiffs* | jingersoll@ycst.com |
| | jshaw@ycst.com |
| | apoff@ycst.com |
| | kkeller@ycst.com |
| | |
| | *Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of August, 2008.

_____
United States District Court Judge