IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　　Defendant. | C.A. No. 05-700-JJF<br>CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | C.A. No. 05-854-JJF |

**STIPULATION AND ORDER**

WHEREAS Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") and Defendant Barr Laboratories have agreed to settle Civil Action No. 05-700 (JJF); and

WHEREAS Boehringer and Defendant Mylan Pharmaceuticals Inc. ("Mylan") are engaged in settlement negotiations, and in order to facilitate said negotiations have agreed to extend the date for Mylan to submit a proposed Final Judgment;

- 2 -

IT IS HEREBY STIPULATED AND AGREED by Boehringer and Mylan, subject to the approval of the Court, that the time for Mylan to submit a proposed Final Judgment is extended until August 25, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Mary B. Matterer* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Mary B. Matterer (#2696) |
| Maryellen Noreika (#3208) | 500 Delaware Avenue, Suite 1500 |
| 1201 North Market Street | P.O. Box 2306 |
| P.O. Box 1347 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19899-1347 | (302) 888-6960 |
| (302) 658-9200 | mmatterer@morrisjames.com |
| jblumenfeld@mnat.com | |
| mnoreika@mnat.com | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
| *Attorneys for Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.* | |

SO ORDERED this _____ day of August, 2008.

_____
United States District Court Judge

2445264