**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-700-JJF <br> CONSOLIDATED |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-854-JJF |

## REQUEST FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Court's June 26, 2008 Order, Defendant Mylan Pharmaceuticals Inc. submits the attached proposed Final Judgment Order. Notice of the proposed Order has been provided to the Plaintiffs Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc., and to Barr Laboratories, Inc., Defendant in now dismissed Civil Action 05-700-JJF (CONSOLIDATED).

Defendant Mylan Pharmaceuticals Inc. respectfully requests prompt entry of the attached Final Judgment Order.

|  |  |
|---|---|
| OF COUNSEL:<br>Kevin J. Culligan<br>Joy Arnold<br>HELLER EHRMAN LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036-6524<br>(212) 832-8300<br>kevin.culligan@hellerehrman.com<br>joy.arnold@hellerehrman.com<br><br>Shannon M. Bloodworth<br>HELLER EHRMAN LLP<br>1717 Rhode Island Avenue, NW<br>Washington, DC  20036<br>(202) 912-2000<br>shannon.bloodworth@hellerehrman.com | */s/ Mary B. Matterer*<br>Mary B. Matterer (#2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br><br>*Attorneys for Mylan Pharmaceuticals Inc.* |