IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-700-JJF CONSOLIDATED |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |
| —————————————————————— | ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-854-JJF |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |
| —————————————————————— | ) | |

**BOEHRINGER INGELHEIM INTERNATIONAL GMBH AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.'S RESPONSE TO MYLAN
PHARMACEUTICALS, INC.'S REQUEST FOR ENTRY OF FINAL JUDGMENT**

On August 25, 2008, Mylan Pharmaceuticals, Inc. ("Mylan") filed a Request for

Entry of Final Judgment (D.I. 41) in C.A. No. 05-854, which had been consolidated with this

action.   Plaintiffs, Boehringer Ingelheim International GmbH and Boehringer Ingelheim

Pharmaceuticals, Inc. ("Plaintiffs") filed a letter in response to Mylan's request, pointing out the

errors and ambiguities in Mylan's proposed judgment and asking the Court to enter Plaintiffs'

proposed Final Judgment and Order instead.  (D.I. 42).

Today Mylan refiled its Request for Entry of Final Judgment in this action, which was closed on August 13, 2008.  (D.I. 258).  Mylan's most recent filing appears to be improper because this case has been closed.  To the extent a response is necessary, however, attached (as Ex. A) is the response plaintiff filed in C.A. No. 05-854 yesterday.  Plaintiffs request that the Court reject Mylan's proposed form of order and enter Plaintiffs' proposed Final Judgment and Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim International GmbH and*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

*Of Counsel*:

Kenneth G. Schuler
Amanda J. Hollis
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL  60606
(312) 876-7700

August 26, 2008

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on August 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Mary B. Matterer, Esquire
MORRIS JAMES LLP

Adam Wyatt Poff, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Wilmington, DE  19801

Adam Wyatt Poff, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY ELECTRONIC MAIL

Glenn J. Pfadenhauer, Esquire
Jessamyn S. Berniker, Esquire
Dov P. Grossman, Esquire
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901

Shannon M. Bloodworth, Esquire
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036

Kevin J. Culligan, Esquire
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

/s/ Maryellen Noreika
Maryellen Noreika (#3208)